EOD MAR - 8 2001

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OUTBOARD MARINE CORPORATION, et al., | ) | Case No. 00 B 37405 (Jointly Administered) |
| | ) | |
| Debtors. | ) | Honorable Erwin I. Katz |
| | ) | |
| | ) | Hearing Date: March 7, 2001 |
| | ) | 11:00 a.m. |

### ORDER AUTHORIZING ASSUMPTION AND ASSIGNMENT OF LICENSE AGREEMENT

THIS CAUSE coming on to be heard at the status hearing on Outboard Marine Corporation's ("Debtor") sale of certain assets to JTC Acquisition LLC ("JTC") pursuant to that certain Asset Purchase Agreement (the "Sale Agreement") between the Debtor and JTC dated as of February 5, 2001; the Court having previously approved the terms of the Sale Agreement pursuant to its Order dated February 9, 2001; the Court having been advised that (a) prior to the filing of Debtor's Chapter 11 case, the Debtor and Chris-Craft Industries, Inc. ("Chris-Craft") entered in to a License Agreement dated as of October 1, 1996 (the "Chris-Craft Agreement"), regarding, *inter alia*, the Debtor's use of certain trademarks and registrations identified therein; (b) the Chris-Craft Agreement was identified as a Designated Executory Contract in the Sale Agreement; and (c) no cure amounts are presently due and owing under the Chris-Craft Agreement; the Court being further advised that Chris-Craft has no objection to the assignment and assumption of the Chris-Craft Agreement to JTC; no other objections having been filed or otherwise asserted and the Court being fully advised in the premises;

### NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. This matter is a core proceeding and this Order is a final Order as those terms are used in 28 U.S.C. §§ 157 and 158.

2. Pursuant to 11 U.S.C. §§ 105 and 365, the Debtor's assumption and assignment of the Chris-Craft Agreement to JTC is hereby approved.

3. The Debtor is authorized and directed to execute and deliver such documents or other instruments as may be necessary to effectuate the relief granted herein.

Dated: March 7, 2001

ENTER

_____
Honorable Erwin I. Katz
United States Bankruptcy Judge

{704107.1 - 3/07/01 8:17 AM}