E O D   MAR - 8 2001

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| OUTBOARD MARINE CORPORATION ) | Case No. 00-37405 (Jointly Administered) |
| et al., ) | |
| Debtors ) | Judge Erwin I. Katz |
| ) | |
| ) | Hearing: March 7, 2001 at 11:00 a.m. |

## ORDER AUTHORIZING ASSUMPTION AND ASSIGNMENT OF ASSUMED DESIGNATED EXECUTORY CONTRACTS AND CURE AMOUNTS

THIS CAUSE coming on to be heard at the status hearing on Outboard Marine Corporation's ("Debtor") sale of certain assets to JTC Acquisition LLC ("JTC") pursuant to that certain Asset Purchase Agreement (the "Sale Agreement) between the Debtor and JTC dated as of February 5, 2001; the Court having previously approved the terms of the Sale Agreement pursuant to its Order dated February 9, 2001; the Court previously entering an Order on February 14, 2001 establishing certain cure amounts, and it further appearing that the Sale Agreement has closed and that JTC has designated certain executory contracts to be assumed and assigned to it by the Debtors pursuant to paragraph 1.2 of the Sale Agreement; and that it further appearing that the agreements identified on Exhibit A represent those Designated Executory Contracts pursuant to paragraph 1.2 of the Sale Agreement, and that the cure amounts set forth therein are correct; and the Court being fully advised in the premises;

### NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. This matter is a core proceeding and this Order is a final Order as those terms are used in 28 U.S.C. §§ 157 and 158.

2. Pursuant to 11 U.S.C. §§ 105 and 365 and the relevant provisions of the Sale Agreement, the contracts identified on Exhibit A attached hereto and made a part hereof are hereby deemed to be Designated Executory Contracts and the Debtor's assumption and assignment of those agreements to JTC be and the same is hereby approved and the cure amounts set forth therein are hereby deemed to be correct.

708

3. The Debtor is authorized and directed to execute and deliver such documents or other instruments as may be necessary to effectuate the relief granted herein.

ENTER:

*[signature]*

United States Bankruptcy Judge

DATED: March 7, 2001

CHIDOCS//3511894.1

| Contract/Date | Cure Amount |
|---|---|
| 1. License Agreement by and between Outboard Marine Corporation and Demand Management, Inc. dated July 21, 1999. | $0 |
| 2. License Agreement by and between Outboard Marine Corporation and Falcon Industries, Inc. dated April 26, 1991. | $0 |
| 3. License Agreement by and between Outboard Marine Corporation and Chris-Craft Industries, Inc. dated October 1, 1996. | $0 |
| 4. License Agreement by and between Outboard Marine Corporation and Robert L. Stevens dated April 21, 1999. | $9,500 |
| 5. **Trademark License Agreement by and between Outboard Marine Corporation and Canyon Classics Offshore Yachts, Inc. dated January 26, 1999.** | $0 |
| 6. Patent License Agreement by and between Outboard Marine Corporation and OMC Europe dated September 24, 1993. | $0 |
| 7. Trademark License Agreement by and between Outboard Marine Corporation and OMC Europe dated September 24, 1993. | $0 |
| 8. Trademark Agreement by and between Outboard Marine Corporation and General Motors Corporation dated August 28, 1991. | $0 |
| 9. Contract Agreement by and between Seaswirl Boats and The Inn at Eagle Crest for July 2001 dealer meeting dated August 24, 2000. | $0 |
| 10. Agreement between Marine Concepts and Hydra-Sports for the fabrication of a hull and deck plug, dated June 6, 2000. | $220,745 |
| 11. Sovereignty Submerged Lands Lease by and between Outboard Marine Corporation and Board of Trustees of the Internal Improvement Trust Fund of the State of Florida dated November 24, 1997. | $0 |
| 12. Lease Agreement by and between Four Winns, Inc. and Wexford County Airport Authority dated May 2, 1996. | $1,500 |
| 13. Lease Agreement by and between Four Winns, Inc. and Winkle Investments dated March 1, 2000. | $1,500 |
| 14. Lease Agreement dated as of October 1, 1987 between Seller and the Industrial Development Board of Rutherford County, Tennessee. | $105,000 |



EXHIBIT A