MAR 1 6 2001

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 00-37405 |
| | ) | Chapter 11 |
| OUTBOARD MARINE CORPORATION, | ) | Hon. Erwin I. Katz |
| et al., | ) | |
| | ) | |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, Claude Wm. Irmis, a non-attorney, do hereby certify that on March

14, 2001, I caused to be served upon the parties on the attached list, a copy of the attached

**Agreed Order Pursuant to 11 U.S.C. § 105 Directing State Street Bank and**

**Trust Company to Pay to Bank of America, N.A., as Prepetition Agent, for**

**Application in Accordance with the Final DIP Order Monies Held at State**

**Street Bank and Trust Company in Account No. 110404-012 and Account No.**

**110404-010 and any Sub-Accounts Thereof and Modifying the Automatic Stay**

via overnight delivery;



FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAR 1 4 2001
WAYNE E. NELSON, CLERK
PS REP. - AR

729

I further certify that on March 14, 2001, I caused to be served upon the parties on the attached list, a copy of the attached **Order Establishing Cure Amounts for Certain Executory Contracts and Unexpired Leases** via overnight delivery.

Subscribed and sworn to
before me on this 15th day
of March, 2001

_____
Notary Public

_____
Claude Wm. Irmis

"OFFICIAL SEAL"
JoAnn M. Buss
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7/2002

2

## SERVICE LIST

Robert S. Romano, Esq.
General Counsel
Outboard Marine Corporation
100 Seahorse Dr.
Waukegan, IL 60085
Fax: (847) 689-5371

Anthony J. Smits, Esq.
Bingham Dana LLP
One State Street
Hartford, CT 06103
Fax: (860) 240-2800

Michael A. Kramer
Houlihan Lokey Howard & Zukin
685 Third Avenue,
15th Floor
New York, NY 10017-4024
Fax: (212) 661-3070

William A. Brandt
Development Specialists, Inc.
Three First National Plaza, Ste. 2300
70 West Madison Street
Chicago, IL 60602-4250
Fax: (312) 263-1180

Kathryn Gleason, Esq.
Office of the United States Trustee
Regional Office
227 West Monroe, Suite 3500
Chicago, IL 60606
Fax: (312) 886-5794

District Director
Internal Revenue Service
P.O. Box 970011
St Louis, MO 63197-0011

United States Attorney's Office
219 S. Dearborn Street
5th Floor
Chicago, IL 60604
Fax: (312) 353-2067

Illinois Attorney General
100 West Randolph Street
Chicago, IL 60601
Fax: (312) 814-2549

Illinois Treasurer's Office
Attention Legal Department
100 West Randolph
Suite 15-600
Chicago, IL 60601
Fax: (312) 814-8961

Michael Vincent
Illinois Secretary of State
Department of Business Services
Room 340, Howlett Building
Springfield, IL 62756

## SERVICE LIST

Environmental Protection Agency
1021 North Grand Avenue East
Springfield, IL 62702
Fax: (217) 782-9039

Richard Hiersteiner, Esq.
Palmer & Dodge LLP
One Beacon Street
Boston, MA 02108-3190
Fax: (617) 227-4420

James B. Shein, Esq.
McDermott Will & Emery
227 West Monroe Street
Chicago, IL 60606
Fax: (312) 984-7700

Michael L. Gesas, Esq.
Gesas Pilati and Gesas, Ltd.
53 W. Jackson Blvd.
Ste. 528
Chicago, IL 60604
Fax:(312) 939-1742

Robert L. Green, Esq.
Dan Sullivan, Esq.
Howrey Simon Arnold & White
1299 Pennsylvania Ave
Washington, DC 20004
Fax: (202) 383-6610

Howard L. Adelman, Esq.
Adelman, Gettleman,
Merens, Berish & Carter, Ltd.,
53 West Jackson Blvd., Ste. 1050
Chicago, IL 60604
Fax: (312) 435-1059

Larry Nyhan, Esq.
Matthew A. Clemente, Esq.
Sidley & Austin
10 S. Dearborn St., 48th Floor
Chicago, IL 60603
Fax: (312) 853-7036

Jeffrey Schwartz, Esq.
Gardner Carton & Douglas
321 N. Clark St. Ste. 3400
Chicago, IL 60610
Fax: (312) 603-3000

Michael P. Glynn
ITW Shakeproof
4300 South Racine Avenue
Chicago, IL 60609
Fax: (773) 523-2332

David N. Missner, Esq.
Mark P. Naughton, Esq.
Piper Marbury Rudnick & Wolfe
203 North La Salle Street, Suite 1800
Chicago, IL 60601-1293
Fax: (312) 236-7516

Steven B. Towbin, Esq.
Peter J. Roberts, Esq., Kathleen H.
Klaus, Esq.
D'Ancona & Pflaum LLC
111 E. Wacker Dr., Ste. 2800
Chicago, IL 60601
Fax: (312) 602-3000

Alan Kornberg, Esq.
Paul Weiss Rifkind Wharton & Garri-
son
1285 Avenue of the Americas
New York, NY 10019-6064
Fax: (312) 757-3990

4

## SERVICE LIST

Julia K. Cowles, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Fax: (212) 450-3800

Andrew D. Gottfried
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Fax: (212) 309-6273

Greenmarine Holdings LLC
277 Park Avenue
27th Floor
New York, NY 10172
Fax: (212) 350-5253

Greenlake Holdings II LLC
277 Park Avenue
27th Floor
New York, NY 10172
Fax: (212) 350-5253

Richard Katz
Villa La Sirena
Vico dell'Olivetta 12
18039 Martola Inferiore
Ventimiglia, IT 1  IT 1
Fax: (212) 271-1977

Frank V. Sica
888 Seventh Avenue
33rd Floor
New York, NY 10106
Fax:

Gary K. Duberstein
277 Park Avenue
27th Floor
New York, NY 10172
Fax: (212) 350-5253

Alfred D. Kingsley
277 Park Avenue
27th Floor
New York, NY 10172
Fax: (212) 350-5253

Barry A. Chatz, Esq.
Kamensky & Rubenstein
7250 N. Cicero
Ste. 200
Lincolnwood, IL 60712
Fax: (847) 982-1676

James A. Stempel, Esq.
Kirkland & Ellis
200 E. Randolph Dr.
Chicago, IL 60601
Fax: (312) 861-2200

Jonathan Alden
Florida Department of
Environmental Protection
3900 Commonwealth Blvd.
Tallahassee, FL 32399
Fax: (850) 921-5433

Steven B. Varick
Charles L. Philbrick
McBride Baker & Coles
500 West Madison Street
Chicago, IL 60661
Fax: (312) 993-9350

## SERVICE LIST

Joseph Wright, Esq.
Richard Winter, Esq.
McBride, Baker & Coles
500 West Madison Street
Chicago, IL 60661
Fax: (312) 993-9350

George Vurdelja, Jr.
Vurdelija & Heaphy
120 North LaSalle Street
Suite 1150
Chicago, IL 60602
Fax: (312) 345-2005

Michael Zdeb, Esq.
Thomas Skallas, Esq.
Childress & Zdeb Ltd.
6 West Hubbard Street, Suite 500
Chicago, IL 60610
Fax: (312) 494-0202

Jerome I. Maynard
Dykema Gossett PLLC
55 East Monroe
Chicago, IL 60603
Fax: (312) 551-4919

Lawrence K. Snider, Esq
N. Neville Reid, Esq./Craig E. Reimer, Esq.
Mayer, Brown & Platt
190 South LaSalle Street
Chicago, IL 60603
Fax: (312) 701-7711

Marc M. Bakst, Esq.
Bodman, Longley & Dahling LLP
100 Rennaissance Center
34th Floor
Detroit, MI 48243
Fax: (313) 393-7579

Patrick P. Dinardo, Esq.
Pamela Holleman, Esq.
Sullivan & Worchester
One Post Office Square, Third Floor
Boston, MA 02109
Fax: (617) 338-2880

Don Schiemann
Legal Department
General Motors Corporation
P.O. Box 300 Mail Code 482-C24-D24
Detroit, MI 48265-3000
Fax: (313) 665-4896

Gerald F. Munitz, Esq.
Kathryn A. Pamenter, Esq.
Goldberg, Kohn, Bell, Black, Rosenbloom, & Moritz
55 East Monroe, Suite 3700
Chicago, IL 60603
Fax: (312) 332-2196

George E. Shoup, III
C/o Gordon G. Repp
Outboard Marine Corporation
100 Sea Horse Drive
Waukegan , IL 60085
Fax: (847) 689-6246

## SERVICE LIST

The Honorable Erwin I. Katz
United States Bankruptcy Judge
Dirksen Federal Building
219 South Dearborn
Chicago, IL 60604

Michael A. Kramer
Houlihan, Lokey Howard & Zukin
685 Third Avenue, 13th Floor
New York, NY 10017
Fax: (212) 661-3070

William Brandt
Development Specialists
Three First National Plaza
70 West Madison Street
Chicago, IL 60602-4205
Fax: (312) 263-1180

Kate Logan
Logan & Co.
546 Valley Road
Upper Montclair, NJ 07043
Fax: (973) 509-3191

Roger Fix
President and Chief Executive Officer
Outboard Marine Corporation
100 Sea Horse Drive
Waukegan, IL 60085
Fax: (847) 689-7681

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL 60606
Fax: (312) 993-9767

Robert E. Richards
Sonnenschein Nath & Rosenthal
8000 Sears Tower
Chicago, IL 60606
Fax: (312) 876-7934

Catherine Steege
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611
Fax: (312) 527-0484

James Donnell, Esq.
Paul D. Moak, Esq.
Andrews & Kurth LLP
600 Travis, Suite 4200
Houston, TX 77002
Fax: (713) 220-4285

Douglas L. Lutz, Esq.
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
Fax: (513) 651-6981

Michael T. Hannafan, Esq.
Cory A. Johnson
Michael T. Hannafan & Associates
One East Wacker Drive, Suite 2710
Chicago, IL 60601
Fax: (312) 527-0220

E. James Hopple
Schottenstein Zox & Dunn
41 South High Street
Suite 2600
Columbus , OH 43215
Fax: (614) 462-5135

7

## SERVICE LIST

John Collen, Esq.
Duane Morris & Hechscher
227 West Monroe
Suite 3400
Chicago, IL 60606
Fax: (312) 499-6701

Faria Corp.
385 Norwich-New London Turnpike
Uncasville, CT 06382
Fax: (860) 848-2704

Charles M. Tatelbaum, Esq.
Cummings & Lockwood
3001 Tamiami Trail North
Naples, FL 34101-3032
Fax: (941) 263-0703

Peter Walker
Ferrier Hodgson
2 Market Street, Level 17
Sydney, NSW 2000 AU Phone: (011)
612-9286-9999
Fax: (011) 612-9286-9888

Michael E. Hayes
American National Bank & Trust
Co.of Chicago
Managed Assets Dept., Mail Code
IL1-0631
1 Bank One Plaza
Chicago, IL 60670-0631
Fax: (312) 732-1775

Robert M. Fishman, Esq.
Brian L. Shaw, Esq.
Shaw Gussis Domanskis Fishman &
Glantz
144 West Fulton, Suite 200
Chicago, IL 60607
Fax: (312) 541-0155

Robert P. Simons, Esq.
Terry A. Shulsky, Esq.
Klett Rooney Lieber & Schorling
One Oxford Centre, 40th Floor
Pittsburgh, PA 15219-6498
Fax: (412) 392-2128

Nick Hill
Nelson Wheeler Corporate Advisory
Services Ltd.
138 Gloucester Road
7th Floor Allied Kajima Building
Hong Kong, HK 1 HK Phone: (852)
2598-5123
FAX: (852) 2598-0060

Francis X. Buckley, Esq.
Thompson & Coburn
One Mercantile Center
St Louis, MO 63101-1693
Fax: (314) 552-7010

Mark Page, Esq.
American National Bank and Trust
Company of Chicago
Law Dept., Mail Code IL1-0286
1 Bank One Plaza
Chicago, IL 60670
FAX: (312) 732-3596

8

## SERVICE LIST

Jed A. Hart
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167
Fax: (212) 867-6395

Gary E. Green, Esq.
Coston & Lichtman
53 West Jackson
Suite 1150
Chicago, IL 60604
Fax: (312) 427-7356

Elizabeth Wallace
Environmental Bureau
188 West Randolph, 20th Floor
Chicago, IL 60601
Fax: (312) 814-2347

Robert Glaser
Sub-Director
USWA Sub-District #2
2525 No. 124th Street, Suite 205
Brookfield , WI 53005
Fax: (262) 789-5038

Raymond J. Kloss, Esq.
111 West Maple
Mundelein, IL 60060
Fax: (847) 566-8801

Alan W. Kornberg, Esq.
Lorine F. Levine, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

E. Decker Adams
State Street Bank & Trust Co.
Two Avenue de Lafayette
Boston, MA 02111
Fax: (617) 662-1456

John R. Weiss
Brian M. Graham
Katten Muchin Zavis
525 West Monroe, Suite 1600
Chicago, IL 60661-3693
Fax: (312) 902-1061

Jeffery D. Jeep, Esq.
The Jeff Diver Group
1749 S. Naperville Rd.
Suite 102
Wheaton, IL 60187
Fax: (630) 690-2812

George Graff, Esq.
Murphy, Gillick, Wicht &
Prachthauser
300 No. Corporate Drive
Brookfield , WI 53045
Fax: (262) 782-8109

Thomas H. Geoghegan, Esq.
Jeffrey Boulden, Esq.
Despres Schwartz & Geoghegan
77 West Washington, Suite 711
Chicago, IL 60602
Fax: (312) 372-7391

Scott N. Schrieber, Esq.
Much Shelist Freed Denenberg Ament
& Rubenstein
200 North LaSalle Street, Suite 2100
Chicago, IL 60601
Fax: (312) 621-1750

**SERVICE LIST**

Fax: (212) 373-2053

Chris Condon
American Finance Group
24 School Street
Boston, MA 02108
Fax: (617)

Derek A. Wu, Esq.
1136 West Ontario Street, Apt. 3B
Oak Park, IL 60302
Fax: (708) 386-2924

James R. Scheuerle, Esq.
175 West Apple
Muskegon, MI 49443-0786
Fax: (616) 728-2206

George A. Pierce
Toyota Tsusho America, Inc.
437 Madison Avenue, 29th Floor
New York, NY 10022
Fax: (212) 832-2366

Tony Kordus, Esq.
Liebmann, Conway, Olejnicak & Jerry
231 South Adams Street
Green Bay, WI 54301
Fax: (920) 437-2868

Perry F. Goldlust, Esq.
Heiman, Aber, Goldlust & Baker
702 King Street, Suite 600
Wilmington, DE 19899-1675

Kenneth C. Baker, Esq.
Eastman & Smith
One Seagate
24th Floor
Toledo, OH 43699
Fax: (419) 247-1777

Mark T. Megaw, Esq.
ACE USA
Two Liberty Place
1601 Chestnut Street
Philadelphia, PA 19103
Fax: (215) 640-5557

Robert L. Danaher, Esq.
Sturm, Ruger & Company, Inc.
One Lacey Place
Southport, CT 06490
Fax: (203) 259-6688

Joseph J. Wielebiniski, Esq.
Mark H. Ralston, Esq.
Munsch Hardt Kopf & Harr, P.C.
4000 Fountain Place, 1445 Ross Avenue
Dallas, TX 75202-2790
Fax: (214) 855-7584

## SERVICE LIST

M. Mosley
Internal Revenue Service
Department of the Treasury
230 South Dearborn, Stop 5014-CHI
Chicago, IL 60604
Fax: (312) 566-2825

Billy Wong
Amroc Investments, Inc.
535 Madison Avenue
15th Floor
New York, NY 10022
Fax: (212) 850-7500

Alice K. Small, Esq.
New Jersey Attorney General's Office,
Division of Law
R.J. Hughes Justic Complex.
25 Market Street, 7th West Wing
Trenton, NJ 08625
Fax: (609) 292-6007

Scott N. Schrieber, Esq.
Much Shelist Freed Dennenberg
Ament & Rubenstein, P.C.
200 North LaSalle Street, Suite 2100
Chicago, IL 60601
Fax: (312) 621-1750

Thomas Martin, Esq./Susan
Tennebaum, Esq.
Associate Regional Counsel
United States Environmental Protec-
tion Agency
77 West Jackson Boulevard
Chicago, IL 60604-3590
Fax: (312) 886-7160/(312) 886-0747

Alan S. Tenenbaum, Esq.
Environmental Enforcement Section
U.S. Department of Justice
Ben Franklin Station
Washington , DC 20044
Fax: (202)

Tyler V. Choyke
President
TPC Enterprises/Hidden Harbor Ma-
rine
7700 S. Tamiami Trail
Sarasota, FL 34231
Fax: (941) 925-9216

Steven D. Welhouse
Johnson & Bell
55 East Monroe Street, Suite 4100
Chicago, IL 60603
Fax: (312) 372-9818

Joel R. Nathan
Assistant United States Attorney
219 South Dearborn Street
5th Floor
Chicago, IL 60604

Henry C. Tharpe, Jr.
Kinney, Kemp, Sponcler
225 West King Street
Dalton, GA 30720
Fax: (706) 275-6566

## SERVICE LIST

Michael C. Miller, Esq.
James L. Eggeman, Esq.
Pension Benefit Guaranty Corpora-
tion, Office of the General Counsel
1200 K Street, N.W., Suite 340
Washington, DC 20005-4026
Fax: (202) 326-4112

Terry Malik, Esq.
David Agay, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601
Fax: (312) 558-5700

Mark R. Jacobs. Esq.
Jacobs Partners LLC
383 Main Avenue
Norwalk, CT 06851
Fax: (203) 846-6621

Floyd A. Harris, Esq.
710 North Plankinton Avenue
Suite 700
Milwaukee, WI 53203-2451
Fax: (414) 276-2801

Lynn V. Cravey, Esq.
Ruden McClosky, Smith, Schuster
150 Second Avenue North
17th Floor
St Petersburg, FL 33701
Fax: (727) 823-8979

Robert V. Shannon, Esq.
Bell, Boyd & Lloyd LLC
70 West Madison Street
Suite 3300
Chicago, IL 60602
Fax: (312) 372-2098

Maureen A. Mosh, Esq.
Assistant General Counsel
The Northern Trust Company
50 South LaSalle
Chicago, IL 60675
Fax: (312) 630-1596

Lloyd S. Guerci, Esq.
National Highway Traffic Safety Ad-
ministration
400 Seveth Street S.W.
Washington, DC 20590
Fax: (202) 366-3820

Richard W. Ward, Esq.
2527 Faimont Street
Dallas, TX 75201
Fax: (214) 871-2682

Daniel G. Nienhuis, Esq.
Von Briesen, Purtell & Roper
735 North Water Street
Suite 1000
Milwaukee, WI 53202-3262
Fax: (414) 273-7897

# SERVICE LIST

T. Kellan Grant, Esq.
James E. Morgan, Esq.
Wildman Harrold Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229
Fax: (312) 201-2555

Mark E. Brabec, Esq.
Samuel G. Harrod IV
Meltzer Purtill Stelle
1515 East Woodfield Road, Suite 250
Schaumburg, IL 60173-5431
Fax: (847) 330-1231

William S. Gyves, Esq.
Entwistle & Cappucci LLP
400 Park Avenue
6th Floor
New York, NY 10022
Fax: (212) 894-7272

Andrew Wronski, Esq.
Foley & Lardner
777 East Wisconsin Avenue
Milwaukee, WI 53202-5367
Fax: (414) 297-4900

Francis A. Citera, Esq.
Greenberg Traurig, LLP
227 West Monroe Street, Suite 3500
Chicago, IL 60606
Fax: (312) 456-8435

Jeffrey B. Rose, Esq./Kurt M. Carlson, Esq.
Tishler & Wald
200 South Wacker Drive
Suite 2100
Chicago, IL 60606
Fax: (312) 876-3816

Scott F. Landis
Barley, Snyder, Senft & Cohen
126 East King Street
Lancaster , PA 17602
Fax: (717) 291-4660

Adam C. Smedstad, Esq.
Michael Best & Friedrich LLC
77 West Wacker Drive, Suite 4300
Chicago, IL 60601
Fax: (312) 845-5828

Scott C. Frost, Esq.
Ehrenberg & Frost P.C.
2 North LaSalle Street
Suite 900
Chicago, IL 60602
Fax: (312) 704-9430

Scott R. Clar, Esq.
Dannen, Crane Heyman & Simon
135 South LaSalle Street
Suite 1540
Chicago, IL 60603
Fax: (312) 641-7114

## SERVICE LIST

Thomas J. Magill
Quarles & Brady LLC
500 West Madison Street
Suite 3700
Chicago, IL 60661
Fax: (312) 715-5155

Richard G. Smolev, Esq.
Harold D. Israel, Esq.
Kaye, Scholer, Fierman, Hays & Handler
200 South Wacker Drive, Suite 3100
Chicago, IL 60606
Fax: (312) 674-4911

Peter Janovsky, Esq.
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022
Fax: (212) 753-0396

Phil Converse
American Marine Components, Inc.
707 West Cherry Street
Sunbury, OH 43074-9595
Fax: (740) 965-5735

Thomas L. Frenn, Esq.
Petrie & Stocking S.C.
111 East Wisconsin Avenue
Suite 1500
Milwaukee, WI 53202
Fax: (414) 276-0731

Dennis E. Quaid, Esq.
Michelle G. Novik, Esq.
FagelHaber LLC
55 East Monroe Street, Suite 4000
Chicago, IL 60603
(312) 580-2201

James D. Newbold, Esq.
Illinois Department of Revnue
Revenue Litigation Bureau
100 West Randolph
Chicago, IL 60601
(312) 814-3589

H. Jeffrey Schwartz, Esq.
Benesch Friedlander Coplan &
Aronoff
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2387
Fax: (216) 363-6118

Thomas B. Random, Esq
Butzel Long, P.C.
100 Bloomfield Hills Parkway
Suite 200
Bloomfield Hills, MI 48304
Fax: (248) 258-1439

Ronald E. Gold, Esq.
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202-4182
Fax: (513) 651-6981

## SERVICE LIST

T. Kellan Grant, Esq.
James E. Morgan, Esq.
Wildman Harrold Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229
Fax: (312) 201-2555

Mark E. Brabec, Esq.
Samuel G. Harrod IV
Meltzer Purtill Stelle
1515 East Woodfield Road, Suite 250
Schaumburg, IL 60173-5431
Fax: (847) 330-1231

William S. Gyves, Esq.
Entwistle & Cappucci LLP
400 Park Avenue
16th Floor
New York, NY 10022
Fax: (212) 894-7272

Andrew Wronski, Esq.
Foley & Lardner
777 East Wisconsin Avenue
Milwaukee, WI 53202-5367
Fax: (414) 297-4900

Francis A. Citera, Esq.
Greenberg Traurig, LLP
227 West Monroe Street, Suite 3500
Chicago, IL 60606
Fax: (312) 456-8435

Jeffrey B. Rose, Esq./Kurt M. Carlson, Esq.
Tishler & Wald
200 South Wacker Drive
Suite 2100
Chicago, IL 60606
Fax: (312) 876-3816

Scott F. Landis
Barley, Snyder, Senft & Cohen
126 East King Street
Lancaster , PA 17602
Fax: (717) 291-4660

Adam C. Smedstad, Esq.
Michael Best & Friedrich LLC
77 West Wacker Drive, Suite 4300
Chicago, IL 60601
Fax: (312) 845-5828

Scott C. Frost, Esq.
Ehrenberg & Frost P.C.
2 North LaSalle Street
Suite 900
Chicago, IL 60602
Fax: (312) 704-9430

Scott R. Clar, Esq.
Dannen, Crane Heyman & Simon
135 South LaSalle Street
Suite 1540
Chicago, IL 60603
Fax: (312) 641-7114

14

## SERVICE LIST

David Zazove, Esq.
Field and Golan
70 West Madison, Suite 1500
Chicago, IL 60602
Fax: (312) 263-0939

Lawrence M. Schwab, Esq.
Thomas M. Gaa, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306
Fax: (650) 494-2738

Paul Marshall Harris, Esq.
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
Fax: (617) 345-7050

Timothy M. McClean, Esq.
Clingen, Callow, Wolfe & McLean,
L.L.C.
2100 Manchester Road, Suite 1750
Wheaton, IL 60187
Fax: (630) 871-9869

Russell Snapp
The Boat Gallery
3500 Bluecutt Road
Columbus, MS 39705

E. Katherine Wells, Esq.
South Carolina Department of Health
and Environmental Control
2600 Bull Street
Columbia, SC 29201-1708
Fax: (803) 898-3350

Charles Brackett
Fritz Companies, Inc.
545 Mission Street, 5th Floor
San Francisco, CA 94105

David L. Gore, Esq.
Gore & Gore
53 West Jackson Boulevard, Suite
1332
Chicago, IL 60604

Warren Wolf
Cureton, Caplan, Hunt, Scarmella &
Clark
950B Chester Avenue
Delran, NJ 08075

John W. Crowell, Esq.
Gholson, Hicks & Nichols
AmSouth Bank, 710 Main Street
Third Floor
Columbus, MS 39703-1111
Fax: (662) 327-6217

Mark E. Greene
Attorney at Law
2706 Louisa Street
Catlettsburg, KY 41129-0464
Fax: (606) 739-8618

Thomas Lott
Merrill Lynch Pierce Fenner & Smith
Four World Financial Center
North Tower, 7th Floor
New York, NY 10080
Fax: (212) 449-0769

15

**SERVICE LIST**

Lisa Espinosa
Paymentech Merchant Services, LLC
1601 Elm Street
Dallas, TX 75201

Wiley F. James
James, Goldman & Haughland
Chase Bank of Texas, 201 East Main
Suite 800
El Paso, TX 79949-1770
Fax: (915) 541-6440

Patrick E. Mears, Esq.
Dykema Gossett PLLC
300 Ottawa, N.W., Suite 700
Grand Rapids, MI 49503
Fax: (313) 568-6545

Forrest Lammiman, Esq.
Timothy W. Brink, Esq.
Lord Bissell & Brook
115 South LaSalle Street
Chicago, IL 60603
Fax:

Steven A. Ginther, Esq.
Missouri Department of Revenue,
General Counsels Office
301 West High Street, Room 670
Jefferson City, MO 65105-0475
Fax: (573) 751-7232

Tisha Frederico, Esq.
Tennessee Department of Revenue
Legal Services
312 Eighth Avenue North
Nashville, TN 37243
Fax: (615) 532-7346

Robert D. Towey, Esq.
Vincent D'Agostino, Esq
Lowenstein, Sandler
65 Livingston Avenue
Roseland, NJ 07068

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 00-37405 |
|  | ) | (Jointly Administered) |
| OUTBOARD MARINE CORPORATION, | ) | Chapter 11 |
| et al., | ) | Hon. Erwin I. Katz |
|  | ) |  |
| Debtors. | ) |  |

**AGREED ORDER PURSUANT TO 11 U.S.C. § 105 DIRECTING STATE STREET
BANK AND TRUST COMPANY TO PAY TO BANK OF AMERICA, N.A., AS
PREPETITION AGENT, FOR APPLICATION IN ACCORDANCE WITH THE FINAL
DIP ORDER MONIES HELD AT STATE STREET BANK AND TRUST COMPANY IN
ACCOUNT NO. 110404-012 AND ACCOUNT NO. 110404-010 AND ANY SUB-
ACCOUNTS THEREOF AND MODIFYING THE AUTOMATIC STAY**

Upon the motion (the "Motion")[1] of Outboard Marine Corporation and certain of

its domestic subsidiaries, debtors and debtors-in-possession in the above-captioned case,

(collectively, the "Debtors"), for entry of an agreed order pursuant to 11 U.S.C. § 105 directing

State Street as Depositary Agent pursuant to the Depositary Agreement to pay to the Prepetition

Agent for application in accordance with the terms of the Final DIP Order the monies held in the

Accounts and for modification of the automatic stay; and the Court concluding that the relief

requested in the Motion is in the best interests of the Debtors, their estates and their creditors;

and it further appearing that proper and adequate notice having been given and that no other

notice or further notice is necessary; and upon the record herein; and after due deliberation

thereon; and good an sufficient cause appearing therefore,

### IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.     The Motion is granted in its entirety.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

2.      The automatic stay is modified to the extent necessary to carry out the transactions contemplated in the Motion.

3.      All notices or certificates required to be delivered under the Depositary Agreement to State Street under section 3.10 of the Depositary Agreement to effect payment in respect of the Accounts to the Prepetition Agent as Administrative Agent under the Depositary Agreement shall be deemed to have been delivered and all other procedural requirements thereunder shall be deemed to have been satisfied.

4.      State Street shall pay to the Prepetition Agent any and all monies held in Account No. 110404-012, Account No. 110404-010 and any sub-accounts thereof.

5.      The Prepetition Agent shall distribute the monies to the Prepetition Lenders in accordance with the Final DIP Order.

6.      Upon payment to the Prepetition Agent of the monies on deposit in the Accounts, State Street shall be relieved of and shall not have any liability to the Debtors, the Committee or any creditors of the Debtors, the Prepetition Lenders, the Indenture Trustee, the holders of Debentures or the Pension Benefit Guaranty Corporation (the "PBGC") with respect to the matters raised in the Motion and this Order.

7.      The distribution of the monies in the Accounts to the Prepetition Agent (a) shall be subject to the reservation of rights in favor of the Committee contained in the Final DIP Order, (b) shall be without prejudice to the right of LaSalle Bank National Association, f/k/a/ LaSalle National Bank ("LaSalle"), in its capacity as Indenture Trustee (the "Indenture Trustee") (i) of OMC's 9 1/8% Debentures due 2017, (ii) of OMC's 7% Convertible Subordinated

2

Debentures Due 2002, (iii) of OMC's Medium Term Notes, Series A, (iv) under the Indenture of

Trust dated October 1, 1987 between the Industrial Development Board of Rutherford County

Tennessee and LaSalle, as Successor Trustee, (v) under the Indenture of Trust dated October 1,

1977 from the Development Authority of Clayton County to LaSalle as Successor Trustee, and

(vi) under the Indenture of Trust dated October 1, 1977 from New Jersey Economic

Development Authority to LaSalle as Successor Trustee (the debentures referred to under clauses

(i), (ii), (iii), (iv), (v), and (vi) above shall be collectively referred to as the "Debentures") to

assert, within 30 days after the date of this Order, a claim to such funds, or a portion thereof, on

behalf of the holders of Debentures, and (c) shall be without prejudice to the right, if any, of the

PBGC to assert, within 30 days after the date of this Order, that the transfer of all or a portion of

such funds into the Accounts constituted an avoidable preference or any other claim to such

funds or a portion thereof. Any such claim asserted by the Indenture Trustee or the PBGC shall

be asserted by filing a motion for determination in this Court within such 30 day period seeking a

determination of the interests of the Indenture Trustee and the holders of Debentures or the

PBGC in such funds. If no such motion is filed within such 30 day period, the right of the

Prepetition Agent (and the Prepetition Lenders) permanently to retain such funds shall be subject

only to the reservation of rights in favor of the Committee contained in the Final DIP Order.

## E N T E R E D

Dated: Chicago, Illinois
      March __, 2001

MAR 1 4 2001

ERWIN I. KATZ
UNITED STATES BANKRUPTCY JUDGE

BANK OF AMERICA, N.A. as Prepetition
Agent

By: _____
   One of Its Attorneys

Larry J. Nyhan (ARDC # 03128378)
Matt Clemente (ARDC # 06255757)
SIDLEY & AUSTIN
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000


OUTBOARD MARINE CORPORATION ET.
AL.




By: _____
   One of Their Attorneys

David S. Kurtz (ARDC No. 03126561)
Mark A. McDermott (ARDC No. 06209460)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM (ILLINOIS)
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
PENSION BENEFIT GUARANTY
CORPORATION


By: _____
   One of Its Attorneys

Michael C. Miller
Assistant General Counsel
Office of the General Counsel
PENSION BENEFIT GUARANTY
CORPORATION
1200 K Street, N.W.
Washington, D. C. 20005-4026
202) 326-4020 Ext. 3935

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS

By: _____
   One of Its Attorneys

Steven B. Towbin
Peter J. Roberts
Kathleen H. Klaus
D'ANCONA & PFLAUM
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
(312) 602-2000


LASALLE BANK NATIONAL
ASSOCIATION, f/k/a LASALLE
NATIONAL, AS INDENTURE TRUSTEE




By: _____
   One of Their Attorneys

Jeffrey Schwartz
GARDNER, CARTON & DOUGLAS
Quaker Tower
321 N. Clark Street
Chicago, IL 60610-4795

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 00-37405 |
| | ) | (Jointly Administered) |
| OUTBOARD MARINE CORPORATION, | ) | Chapter 11 |
| et al., | ) | Hon. Erwin I. Katz |
| | ) | Hearing Date:  Mar. 14, 2001 |
| Debtors. | ) | Hearing Time:  11:00 a.m. |

## ORDER ESTABLISHING CURE AMOUNTS FOR CERTAIN
## EXECUTORY CONTRACTS AND UNEXPIRED LEASES

In accordance with that certain Order Approving Bidding Procedures,

Bid Protection, Form of Asset Purchase Agreement, and Procedures in Connection

with Assumption and Assignment of Executory Contracts and Unexpired Leases

with Respect to the Sale of Substantially All of the Debtors' Assets entered by this

Court on January 10, 2001 (the "Procedures Order"), Outboard Marine Corporation

and certain of its domestic subsidiaries, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), having filed a notice with the

Court (the "Cure Notice") and served such Cure Notice on January 12, 2001, on each

non-debtor party to all material executory contracts and unexpired leases (the

"Agreements") stating the cure amounts (the "Cure Amounts") that the Debtors

believe are necessary for the Debtors to assume and/or assign any of the Agreements

pursuant to 11 U.S.C. § 365; and the Procedures Order and Cure Notice having set

February 7, 2001, as the deadline for non-debtor parties to the Agreements to object

to the Cure Amounts (the "Objection Deadline"); and no objection having been filed

by the Objection Deadline with respect to those Agreements listed on <u>Exhibit A</u>

attached hereto;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT

the cure amounts necessary for the Debtors to assume and/or assign any of the

Agreements pursuant to 11 U.S.C. § 365 shall in no event be greater than the Cure

Amounts with respect to such Agreements identified on <u>Exhibit A</u> attached hereto.

Dated: Chicago, Illinois
        March     , 2001

**E N T E R E D**

MAR 1 4 2001

_____
ERWIN I. KATZ
UNITED STATES BANKRUPTCY JUDGE

2

Exhibit A
Outboard Marine Corporation
Contracts and Leases

| Contract/Date | Party/Address | Cure Amount |
|---|---|---|
| DATA PROCESSING SERVICES AGREEMENT DATED 4/24/1998 | ACXIOM (FKA: MAY & SPEH INC) 1501 OPUS PL DOWNERS GROVE, IL 60515 | $232,026.65 |
| CNC MACHINES LEASE AGREEMENT | AMERICAN FINANCE GROUP INC LEASE OPERATIONS P.O. BOX 60581 CHARLOTTE, NC 28260 | $285,611.89 |
| MASTER LEASE AGREEMENT DATED 12/17/1999 & FIRST AMENDMENT DATED 4/12/2000 | AMERICAN FINANCE GROUP INC LEASE OPERATIONS P.O. BOX 60581 CHARLOTTE, NC 28260 | Aggregate amount for both lease agreements with American Finance Group (see above) |
| E-911 SERVICES AND DATA BASE ADMINISTRATION BETWEEN AMERITECH AND OMC DATED 2/5/00 THROUGH 2/5/03 | AMERITECH INFORMATION SYSTEMS 225 W. RANDOLPH ST. HQ 23C CHICAGO IL 60606 | $11,343.22 |
| MASTER SERVICES AGREEMENT DATED 9/30/1999 | DATA SYSTEMS INTERNATIONAL 7801 W 110TH ST STE 200 OVERLAND PARK, KS 66210 | $1,073.05 |
| AGREEMENT DATED 1/29/1992 | FICHT GMBH SPANNLEITENBER 1 D-8011 KIRCHSEEON FED. REP. OF GERMANY | $0.00 |

3

| Contract Name | Party Address | Cure Amount |
|---|---|---|
| DEVELOPMENT AGREEMENT | FICHT GMBH<br>SPANNLEITENBER 1<br>D-8011 KIRCHSEEON<br>FED. REP. OF GERMANY | $82,078.05 |
| AGREEMENT DATED AUGUST 7, 1995 BETWEEN OMC AND G-3 OWNERS ASSOCIATION | G-3 OWNERS ASSOCIATION<br>1965 FOUNTAINBROOK CT.<br>WOODBRIDGE, VA 22192 | $0.00 |
| SOFTWARE LICENSE AGREEMENT DATED 6/22/1998 | HYPERION SOFTWARE OPERATIONS INC<br>900 LONG RIDGE RD<br>STAMFORD, CT 06902 | $3,125.00 |
| TERM LEASE MASTER AGREEMENT DATED 12/7/1998 | IBM GLOBAL FINANCING<br>NORTH CASTLE DRIVE NC220<br>ARMONK, NY 10504 | $102,500.25 |
| CNC MACHINES LEASE AGREEMENT | MAKINO INC<br>7680 INNOVATION WAY<br>PO BOX 8003<br>MASON, OH 45040 | $45,547.73 |
| TRADEMARK LICENSE AGREEMENT, DATED JUNE 1, 1996 BETWEEN OMC & NYLINT CORPORATION; & FIRST AMENDMENT DATED JUNE 2, 1996 | NYLINT CORPORATION<br>1800 SIXTEENTH AVENUE<br>ROCKFORD, IL 61104-5491 | $0.00 |
| TRADEMARK LICENSE AGREEMENT DATED 3/31/1998 | OCEAN PRO ENGINEERING<br>1032 CALLE RECODO<br>SAN CLEMENTE, CA 92672 | $10,000.00 |

4

| Contract/Date | Party/Address | Cure Amount |
|---|---|---|
| SERVICE AGREEMENT DATED 1/13/2000 | RECALL - TOTAL INFORMATION MGT.<br>880 EAST STATE PARKWAY<br>SCHAUMBURG, IL 60173 | $2,877.00 |
| LEASE/PURCHASE AGREEMENT DATED 7/26/1999 | RUGER INVESTMENT CASTING<br>200B RUGER RD<br>PRESCOTT, AZ 86301 | $0.00 |
| MUTUAL CONSENT AGREEMENT BETWEEN OMC AND TOY TRUCK LINES, INC. | TOY TRUCK LINES, INC.<br>7090 WEDDINGTON RD<br>HARRISBURG, NC 28075 | $0.00 |
| SOFTWARE LICENSE AGREEMENT DATED 6/22/1999 | VERTEX, INC.<br>1041 OLD CASSATT ROAD<br>BERWYN, PA 13312 | $26,720.00 |

5

257756-Chicago S1A