UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EOD MAR 29 2001

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OUTBOARD MARINE CORPORATION, | ) | Case No. 00-37405 (Jointly Administered) |
| et al., | ) | |
| Debtors | ) | Judge Erwin I. Katz |
| | ) | |
| | ) | |

ORDER AUTHORIZING ASSUMPTION AND ASSIGNMENT
OF DESIGNATED EXECUTORY CONTRACTS
AND UNEXPIRED LEASES

THIS CAUSE coming on to be heard at the status hearing on the sale by Outboard Marine Corporation (the "Debtor") of certain assets to Bombardier Motor Corporation of America ("Bombardier") pursuant to the Asset Purchase Agreement between the Debtor and Bombardier dated as of February 5, 2001 (the "Agreement"); the Court previously having approved the terms of the Agreement pursuant to its Order Approving Asset Purchase Agreements and Option Agreement, etc., dated February 9, 2001 (the "Sale Order"); the Court previously having entered Orders Establishing Cure Amounts for Certain Executory Contracts and Unexpired Leases on February 14, 2001, March 14, 2001 and March 28, 2001 (the "Cure Amount Orders") establishing cure amounts for certain executory contracts and unexpired leases; it appearing that the sale of certain assets by the Debtor to Bombardier has closed, and the Bombardier has designated certain executory contracts and unexpired leases (the "Designated Contracts") to be assumed and assigned to it by the Debtor pursuant to paragraph 1.2 of the Agreement; and it further appearing that the executory contracts and unexpired leases identified on Exhibit A hereto

#250084v1

represent the Designated Contracts identified by Bombardier pursuant to paragraph 1.2 of the Agreement, and that the cure amounts set forth therein are correct; and the Court being fully advised in the premises;

### NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. This matter is a core proceeding and this order is a final order as those terms are used in 28 U.S.C. §157 and 158.

2. Pursuant to 11 U.S.C. §§105 and 365 and the relevant provisions of the Agreement, the executory contracts and unexpired leases identified on <u>Exhibit A</u> attached hereto are deemed to be Designated Contracts, the Debtor's assumption and assignment of those executory contracts and unexpired leases to Bombardier is approved, and the cure amounts set forth therein are deemed to be correct.

3. The Debtor is authorized and directed to execute and deliver such documents or other instruments as may be necessary to effectuate the relief granted herein.

March 28 2001

ENTERED

_____
United States Bankruptcy Judge

#250084v1

Confidential               Outboard Marine Corporation                              Page 8
                      Bombardier Designated Executory Contracts

| Contract, Parties, Date | Party | Estimated Cure Amt |
|---|---|---|
| MAINTENANCE ELEGIBILITY CERTIFICATE DATED 8/12/1999 | AFP TECHNOLOGY<br>1100 PERIMETER PARK, STE. 116<br>MORRISVILLE, NC 27560 | $0.00 |
| MASTER AGREEMENT FOR THE SUPPLY OF TELECOMMUNICATIONS SERVICES FOR BUSINESS CLIENTS BETWEEN ALESTRA S. de R.L. de CV AND OMC DATED 2/15/99 | ALESTRA S. de R.L. de CV<br>C/O AT&T<br>ATTN: GREG KRAYNAK<br>1111 W. 22ND ST., STE 110<br>OAK BROOK, IL 60523 | $0.00 |
| CNC MACHINES LEASE AGREEMENT | AMERICAN FINANCE GROUP INC<br>LEASE OPERATIONS<br>P.O. BOX 60581<br>CHARLOTTE, NC 28260 | $286,668.65 |
| MASTER LEASE AGREEMENT DATED 12/17/1999 & FIRST AMENDMENT DATED 4/12/2000<br>SUBJECT TO VERIFICATION | AMERICAN FINANCE GROUP INC<br>ATTN: OPERATIONS<br>24 SCHOOL STREET, 7TH FLOOR<br>BOSTON, MA 02108 | $0.00 |
| E-911 SERVICES AND DATA BASE ADMINISTRATION BETWEEN AMERITECH AND OMC DATED 2/5/00 THROUGH 2/5/03 | AMERITECH INFORMATION SYSTEMS<br>225 W. RANDOLPH ST.<br>CHICAGO IL 60606 | $11,343.22 |
| SOFTWARE ESCROW AGREEMENT DATED 6/2/1995 | ARI NETWORK SERVICES INC<br>330 E KILBOURN AVE STE 200<br>MILWAUKEE, WI 53202-3166 | $0.00 |
| LICENSING AGREEMENT DATED 4/28/1998 | ARI NETWORK SERVICES INC<br>330 E KILBOURN AVE STE 200<br>MILWAUKEE, WI 53202-3166 | $0.00 |
| DATA PROCESSING SERVICES AGREEMENT DATED 4/24/1998 | ACXIOM (FKA: MAY & SPEH INC)<br>1501 OPUS PL<br>DOWNERS GROVE, IL 60515 | $232,026.65 |
| LICENSE AGREEMENT BETWEEN BELL & HOWELL PUBLICATION SYSTEMS COMPANY/LIGHTSPEED AND OMC DATED FEBRUARY 14, 1995 | BELL & HOWELL PUBLICATION SYSTEMS COMPANY/LIGHTSPEED<br>5700 LOMBARDO CENTER, SUITE 220<br>CLEVELAND, OH 44131 | $0.00 |
| LICENSE AGREEMENT BETWEEN BELL & HOWELL PUBLICATIONS/LIGHTSPEED AND OMC DATED JANUARY 19, 1995 | BELL & HOWELL PUBLICATION SYSTEMS COMPANY/LIGHTSPEED<br>5700 LOMBARDO CENTER, SUITE 220<br>CLEVELAND, OH 44131 | $0.00 |
| AGREEMENT BETWEEN BORDERCOMM AND THE COMPANY, DATED APPROX. JUNE, 1998 | BORDERCOMM, INC.<br>THUNDERBIRD DRIVE<br>EL PASO, TX 79912 | $0.00 |
| RECORDS MANAGEMENT SERVICES AGREEMENT DATED 2/6/1998 | BRAMBLES DVS, INC.<br>880 E. STATE PARKWAY<br>SCHAUMBURG, IL 60173 | $0.00 |
| SOFTWARE SUPPORT RENEWAL CONFIRMATION DATED 3/22/2000 | COGNOS CORPORATION<br>67 SOUTH BEDFORD STREET, STE. 200W<br>BURLINGTON, MA 01803 | $0.00 |

EXHIBIT A

253474 xls

Confidential          Outboard Marine Corporation          Page 9
Bombardier Designated Executory Contracts

| Contract, Parties, Date | Party | Estimated Cure Amt |
|---|---|---|
| LICENSE AGREEMENT DATED 1/1/1993 | COMPTRON DATA, INC.<br>4201 INLAND ROAD, STE. 22<br>SIERRA VISTA, AZ 85635 | $0.00 |
| SOFTWARE LICENSE AGREEMENT & NONDIS-CLOSURE AGREEMENT DATED 8/20/1998 & 9/11/1998 | COMPUWARE CORPORATION<br>31440 NORTHWESTERN HIGHWAY<br>FARMINGTON HILLS, MI 48334 | $0.00 |
| MASTER SERVICES AGREEMENT DATED 9/30/1999 | DATA SYSTEMS INTERNATIONAL<br>7801 W 110TH ST STE 200<br>OVERLAND PARK, KS 66210 | $1,073.05 |
| MASTER SOFTWARE LICENSE AGREEMENT DATED 9/30/1999 | DATA SYSTEMS INTERNATIONAL<br>7801 W 110TH ST STE 200<br>OVERLAND PARK, KS 66210 | $0.00 |
| SOFTWARE UPDATES/RESPONSE LINE SERVICES AGREEMENT DATED 9/30/1999 | DATA SYSTEMS INTERNATIONAL<br>7801 W 110TH ST STE 200<br>OVERLAND PARK, KS 66210 | $0.00 |
| ESCROW AGREEMENT, BETWEEN DSI TECHNOLOGY ESCROW SERVICES, AND TRACER RESEARCH, AND THE COMPANY DATED MARCH 31, 1999 | DATA SYSTEMS TECHNOLOGY ESCROW SERVICES<br>9555 CHESAPEAKE DRIVE, SUITE 200<br>SAN DIEGO, CA 92123 | $0.00 |
| LICENSE AGREEMENRT BETWEEN DEMAND MANAGEMENT, INC. AND OMC, DATED JULY 21, 1999 | DEMAND MANAGEMENT, INC<br>150 N. MEREMEC, SUITE 400<br>ST. LOUIS, MO 63105 | $0.00 |
| SOFTWARE ESCROW AGREEMENT DATED 2/11/1995 | ESCROWTECH INTERNATIONAL INC.<br>2480 EAST HILLS, CIR., 2ND FL<br>SALT LAKE CITY, UT 84093 | $0.00 |
| PREVENTIVE MAINTENANCE AGREEMENT DATED 2/1/1996 | EVCOR AURORA<br>605 N BROADWAY ST<br>AURORA, IL 60505 | $0.00 |
| AGREEMENT DATED 2/7/1997 | FICHT GMBH | $0.00 |
| PATENT LICENSE & KNOW-HOW AGREEMENT DATED 4/30/1992 | SPANNLEITENBER 1<br>D-8011 KIRCHSEEON | $0.00 |
| AGREEMENT DATED 1/29/1992 | FED. REP. OF GERMANY | $0.00 |
| DEVELOPMENT AGREEMENT | | $82,078.05 |
| AGREEMENT DATED AUGUST 7, 1995 BETWEEN OMC AND G-3 OWNERS ASSOCIATION | G-3 OWNERS ASSOCIATION<br>1965 FOUNTAINBROOK CT.<br>WOODBRIDGE, VA 22192 | $0.00 |
| SOFTWARE MAINTENANCE AGREEMENT DATED 4/19/1995 | GARY BERGMAN ASSOCIATES INC<br>14 HICKORY LN<br>NORTH BRUNSWICK, NJ 08902 | $0.00 |
| FEDERAL SUPPLY SCHEDULE AWARD/CONTRACT DATED 1/1 1995 | GENERAL SERVICES ADMINISTRATION<br>ACCOUNTS RECEIVABLE BRANCH<br>PO BOX 70500<br>CHICAGO, IL 60673 | $0.00 |
| CONFIDENTIAL DEVELOPMENT AGREEMENT BETWEEN HARVARD AND THE COMPANY, 1/14/99 | HARVARD INDUSTRIES, INC.<br>30665 NORTHWESTERN HWY<br>FARMINGTON, MI 48334 | $0.00 |

253474.xls

Case 00-37405   Doc 941-1   Filed 03/28/01   Entered 03/29/01 00:00:00   Desc
Pleading   Page 5 of 7

| Confidential | Outboard Marine Corporation<br>Bombardier Designated Executory Contracts | Page 10 |
|---|---|---|

| Contract, Parties, Date | Party | Estimated Cure Amt |
|---|---|---|
| ASSET PURCHASE AGREEMENT BETWEEN HARVARD AND THE COMPANY, 11/29/99 | HARVARD INDUSTRIES, INC.<br>30665 NORTHWESTERN HWY<br>FARMINGTON, MI 48334 | $0.00 |
| SOFTWARE LICENSE AGREEMENT DATED 6/22/1998 | HYPERION SOFTWARE OPERATIONS INC<br>900 LONG RIDGE RD<br>STAMFORD, CT 06902 | $3,125.00 |
| TERM LEASE MASTER AGREEMENT DATED 12/7/1998 | IBM GLOBAL FINANCING<br>NORTH CASTLE DRIVE NC220<br>ARMONK, NY 10504 | $102,500.25 |
| SOFTWARE LICENSE AGREEMENT DATED 3/23/1999 | INFORMATICA CORP<br>3350 W BAYSHORE RD<br>PALO ALTO, CA 94303 | $0.00 |
| SOFTWARE MAINTENANCE SERVICE AGREEMENT DATED 8/13/1998 | INTEGRATRAK INC<br>12600 SE 38TH ST STE 250<br>BELLEVUE, WA 98006 | $0.00 |
| SOFTWARE PURCHASE ORDER & LICENSE FEE AGREEMENT DATED 1/14/2000 | JOHNSON & MICHAELS INC<br>260 MAY ST<br>ELMHURST, IL 60126 | $0.00 |
| AGREEMENT DATED 2/26/1998 | KAWASAKI HEAVY INDUSTRIES, LTD<br>1-1 HIGASHI-KAWASAKI-CHO 3 CHOME | $0.00 |
| SUPPLY AGREEMENT DATED 6/29/1999 | | $0.00 |
| PROPRIETARY SOFTWARE PURCHASE AGREEMENT DATED 5/30/1995 | MACKINNEY SYSTEMS INC<br>2740 S GLENSTONE STE 403<br>SPRINGFILED, MO 65804-3737 | $0.00 |
| PROPRIETARY SOFTWARE PURCHASE AGREEMENT DATED 2/7/1996 | | $0.00 |
| PROPRIETARY SOFTWARE PURCHASE AGREEMENT DATED 9/8/1993 | | $0.00 |
| PROPRIETARY SOFTWARE PURCHASE AGREEMENT DATED 5/5/1995 | | $0.00 |
| CNC MACHINES LEASE AGREEMENT | MAKINO INC<br>7680 INNOVATION WAY<br>PO BOX 8003<br>MASON, OH 45040 | $45,547.73 |
| LICENSE AGREEMENT DATED 8/10/1992 | MIC SYSTEMS & SOFTWARE, INC<br>18652 FLORIDA STREET, #150<br>HUNTINGTON BEACH, CA 92648 | $0.00 |
| SOFTWARE RENEWAL COST DATED 9/25/2000 | MOORE TECHNOLOGY SOLUTIONS<br>395 MISSION STREET<br>CAROL STREAM, IL 60188 | $0.00 |
| MASTER SELECT AGREEMENT DATED 12/30/1998 THROUGH 12/31/2000 | MSLI, LLC<br>6100 NEIL ROAD<br>RENO, NV 89511-1132 | $0.00 |
| SOFTWARE LICENSE AGREEMENT DATED 12/23/1998 | NOVELL, INC<br>18009 SOUTH NOVELL PLACE<br>PROVO, UT 84606-6194 | $0.00 |
| TRADEMARK LICENSE AGREEMENT, DATED JUNE 1, 1996 BETWEEN OMC & NYLINT CORPORATION; & FIRST AMENDMENT DATED JUNE 2, 1996 | NYLINT CORPORATION<br>1800 SIXTEENTH AVENUE<br>ROCKFORD, IL 61104-5491 | $0.00 |

Confidential  
Outboard Marine Corporation  
Bombardier Designated Executory Contracts  
Page 11

| Contract, Parties, Date | Party | Estimated Cure Amt |
|---|---|---|
| LICENSE AGREEMENT DATED 6/9/1986 NON-ASSERT AND SUPPLEMENTAL AGREEMENT, DATED 5/13/99 | ORBITAL ENGINE COMPANY PTY. LTD. 55 ST. GEORGES TERRACE PERTH, WESTERN AUSTRALIA | $0.00 $0.00 |
| TRADEMARK LICENSE AGREEMENT DATED 3/31/1998 | OCEAN PRO ENGINEERING 1032 CALLE RECODO SAN CLEMENTE, CA 92672 | $10,000.00 |
| SOFTWARE LICENSE AGREEMENT BETWEEN PARAMETRIC AND THE COMPANY | PARAMETRIC TECHNOLOGY INC. 2441 WARRENVILLE ROAD, SUITE 200 LISLE, IL 60532 | $0.00 |
| LICENSE AGREEMENT DATED 12/21/1992 | PAULSON COMPUTER SYSTEMS 6600 FLANAGAN ROAD WEST TACOMA, WA 98467 | $0.00 |
| DISTRIBUTION AGREEMENT DATED 5/14/1993 | PKWARE, INC. 9025 N. DEERWOOD DRIVE BROWN DEER, WI 53223 | $0.00 |
| SUPPLY AGREEMENT DATED 9/30/1999 | POLARIS INDUSTRIES, INC. 1225 HIGHWAY 169 NORTH MINNEAPOLIS, MN 55410 | $0.00 |
| LICENSE AGREEMENT | POLARIS INDUSTRIES, INC. 1225 HIGHWAY 169 NORTH MINNEAPOLIS, MN 55410 | $0.00 |
| SERVICE AGREEMENT DATED 1/13/2000 | RECALL - TOTAL INFORMATION MGT. 880 EAST STATE PARKWAY SCHAUMBURG, IL 60173 | $2,877.74 |
| LICENSE AGREEMENT BETWEEN REYNOLDS & REYNOLDS AND OMC DATED JULY 16, 1992 | REYNOLDS & REYNOLDS 354 MOUND STREET PO BOX 1035 DAYTON, OH 45401 | $0.00 |
| LEASE/PURCHASE AGREEMENT DATED 7/26/1999 | RUGER INVESTMENT CASTING 200B RUGER RD PRESCOTT, AZ 86301 | $0.00 |
| LICENSE AGREEMENT DATED 3/17/1999 | SOFTWARE SUPPORT TEAM, INC. 3900 WOODLAKES BLVD, STE. 200 LAKEWORTH, FL 33463 | $0.00 |
| SOFTWARE SOURCE CODE ESCROW AGREEMENT ACKNOWLEDGEMENT DATED 6/30/1998 | SOURCEFILE, LLC 2201 BROADWAY, STE. 703 OAKLAND, CA 94612 | $0.00 |
| MAINTENANCE AGREEMENT DATED 3/31/1995 | SPANLINK COMMUNICATIONS 1 MAIN STREET S.E., 4TH FL. MINNEAPOLIS, MN 55414 | $0.00 |
| COMMUNICATIONS PURCHASE AGREEMENT DATED 9/22/1993 | SPANLINK COMMUNICATIONS 1 MAIN STREET S.E., 4TH FL MINNEAPOLIS, MN 55414 | $0.00 |
| NON-EXCLUSIVE PERPETUAL LICENSE AGREEMENT DATED 4/30/1993 | STERLING SOFTWARE, INC. 4600 LAKEHURST COURT DUBLIN, OH 43017-0760 | $0.00 |

253474.xls

Confidential  |  Outboard Marine Corporation  |  Page 12
Bombardier Designated Executory Contracts

| Contract, Parties, Date | Party | Estimated Cure Amt |
|---|---|---|
| TERM SOFTWARE LICENSE AGREEMENT DATED 9/17/1992 | STERLING SOFTWARE, INC. 4600 LAKEHURST COURT DUBLIN, OH 43017-0760 | $0.00 |
| PRODUCT RENEWAL NOTIFICATION DATE 6/6/1996 & 8/1/1996 | COMPUTER ASSOCIATES INTERNATIONAL ONE COMPUTER ASSOCIATES PLAZA ISLANDIA, NY 11788-7003 | $0.00 |
| NETCENSUS MAINTENANCE CONTRACT DATED 10/15/2000 THROUGH 4/15/2001 | TALLY SYSTEMS P.O. BOX 70 HANOVER, NH 03755-0070 | $0.00 |
| LICENSE AGREEMENT BETWEEN TOTAL MARINE AND OMC DATED AUGUST 10, 1992 | TOTAL MARINE 12 TIPPING DRIVE BRANFORD, CT 06405 | $0.00 |
| MUTUAL CONSENT AGREEMENT BETWEEN OMC AND TOY TRUCK LINES, INC. | TOY TRUCK LINES, INC. 7090 WEDDINGTON RD HARRISBURG, NC 28075 | $0.00 |
| SOFTWARE LICENSE AGREEMENT DATED 6/22/1999 | VERTEX, INC. 1041 OLD CASSATT ROAD BERWYN, PA 13312 | $26,720.00 |
| | TOTALS | $803,960.34 |

253474.xls