EOD   MAY 2 4 2001

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **OUTBOARD MARINE CORPORATION.** | ) | **Case No. 00 B 37405** |
| **et al.** | ) | **Jointly Administered** |
| | ) | |
| **Debtor.** | ) | **Judge Erwin Katz** |

## ORDER MODIFYING AUTOMATIC STAY

This matter coming before the Court on the continued motion of Joel Buchanan to modify the automatic stay, the Court having already modified the stay to allow Joel Buchanan to file his personal injury action by Order dated April 25, 2001, it is hereby ordered that the motion is GRANTED and the automatic stay is further modified to allow Mr. Joel Buchanan to prosecute to final judgment (including any appeals) and/ or settlement his personal injury claim against Debtor in the Superior Court of Mitchell County, North Carolina.

_____
Judge

Dated: 5/23/01

Michael T. Hannafan
Cory A. Johnson
MICHAEL T. HANNAFAN & ASSOCIATES, LTD.
One East Wacker Drive
Suite 2710
Chicago, IL 60601
312-527-0055