**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | |
| **OUTBOARD MARINE CORPORATION,** | ) | **No. 00 B 37405** |
| et al., | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |
| | ) | **Hon. Ronald Barliant** |
| | ) | |
| | ) | **Hearing Date:   10/01/01** |
| | ) | **Hearing Time:   10:30 a.m.** |

**MOTION OF CHAPTER 7 TRUSTEE TO SET BAR DATE
FOR CHAPTER 11 ADMINISTRATIVE EXPENSES AND
FINAL FEE APPLICATIONS**

Alex D. Moglia, not individually but as chapter 7 trustee for Outboard Marine

Corporation and its Related Debtor Entities ("Trustee"), moves this court pursuant to Fed. R.

Bankr. P. 1019(6) for the entry of an order setting a bar date for the filing of proofs of claim for

all chapter 11 administrative expenses and fee applications. In support of that motion, the

Trustee states as follows:

1.      On December 22, 2000 Outboard Marine Corporation and its related debtor

entities (collectively, "OMC") filed voluntary petitions under chapter 11 of the United States

Bankruptcy Code. On August 20, 2001, OMC's case was converted to a chapter 7 case and the

Trustee was appointed.

2.      Since the conversation, the Trustee has learned that there are hundreds of

potential creditors who may assert claims against OMC's chapter 7 estates under 11 U.S.C. §

503(b), only some of which are known to the Trustee. Given the number of potential

administrative claimants and the Trustee's inability to identify all of the potential claimants, the

Trustee seeks leave to publish notice of the bar date in the Wall Street Journal, in addition to

sending notice to those potential claimants the Trustee is able to identify.

3.    In addition, OMC's chapter 11 estate retained several attorneys and other

professionals, none of whom have submitted final fee applications.

4.    The Trustee asks that the bar date be set for November 30, 2001, or eight weeks

from the hearing on the motion to set the date. This will give the Trustee sufficient time to serve

notice on the professionals and potential administrative claimants and provide the claimants and

professionals with a reasonable opportunity to submit their claims and applications.

WHEREFORE, the Trustee respectfully requests the entry of an order setting October 29,

2001 as the bar date for filling all claims under 11 U.S.C. §§ 330 and 503(b).


Respectfully submitted,

Alex D. Moglia, not individually but as chapter 7
trustee for Outboard Marine Corporation and its
Related Debtor Entities


Date: September 24, 2001                    By: _____
                                                 One of his attorneys

Steven B. Towbin (#2848546)
Kathleen H. Klaus (#6211316)
D'Ancona & Pflaum LLC
111 E. Wacker Drive
Suite 2800
Chicago, IL 60601
(312) 602-2000


552258.v1

2