UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EOD OCT 9 - 2001

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | |
| OUTBOARD MARINE CORPORATION, ) | Case No. 00 B 37405 |
| et al., ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Hon. Ronald Barliant |

## ORDER SETTING BAR DATE FOR CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIMS AND PROFESSIONAL FEE APPLICATIONS

Upon consideration of the motion of the Chapter 7 Trustee to set a Bar Date for Chapter 11 Administrative Expenses and Final Fee Applications, filed by Alex D. Moglia, not individually but as trustee for the above captioned estates, ("Trustee"); due and proper notice having been given to all parties entitled thereto; good cause appearing to grant the requested relief; and, there being no objection;

NOW THEREFORE IT IS ORDERED:

1.  November 30, 2001 is hereby set as the bar date for the filing of chapter 11 administrative expense claims under 11 U.S.C. § 503(b) and final applications for chapter 11 services and expenses in the above-captioned bankruptcy cases.

2.  The Trustee has leave to publish notice of the bar date in one or more newspapers of national circulation, including the Wall Street Journal.

ENTER:

Dated: 04 OCT 2001

_____
The Honorable Ronald Barliant
United States Bankruptcy Judge

*Prepared By:*

Steven B. Towbin (#2848546)
Kathleen H. Klaus (#6211316)
Jeremy C. Kleinman (#6270080)
D'Ancona & Pflaum LLC
111 East Wacker Dr., Suite 2800
Chicago, Illinois 60601
(312) 602-2000

555091.v1

1155