## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| OUTBOARD MARINE CORPORATION, et al., | ) | No. 00 B 37405 |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hon. Ronald A. Barliant |
| | ) | |
| | ) | Hearing Date: December 10, 2001 |
| | ) | Hearing Time: 10:30 a.m. |

EOD  NOV 3 0 2001

## JONES, DAY, REAVIS & POGUE'S
## APPLICATION FOR (A) FINAL ALLOWANCE OF
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## AND (B) ALLOWANCE OF AN ADMINISTRATIVE EXPENSE CLAIM

Jones, Day Reavis & Pogue ("Jones Day") hereby submits this request for

(a) final allowance of compensation and reimbursement of related expenses and (b) allowance of

an administrative expense claim relating to fees and expenses for legal services provided to

Outboard Marine Corporation and its related debtor entities (the "Debtors") for the period from

December 22, 2000 through August 19, 2001 (the "Compensation Period"), pursuant to

sections 327, 330(a), 503(b)(2) and 507(a) of the Bankruptcy Code, 11 U.S.C. §§ 101-1330 (the

"Bankruptcy Code") and the Court's order establishing a bar date for chapter 11 administrative

expense claims and professional fee applications entered on the docket in these cases on

October 9, 2001 (the "Bar Date Order") . In support of this Application, Jones Day respectfully

represents as follows:

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 3 0 2001

KENNETH S. GARDNER, CLERK
PS REP. - AI

## Background

1.      On December 22, 2000 (the "Petition Date"), the Debtors filed voluntary

petitions for relief under chapter 11 of the Bankruptcy Code. On August 20, 2001, the Debtors'

cases were converted to cases under chapter 7 of the Bankruptcy Code.

2.      The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and

1334. This is a core proceeding under 28 U.S.C. § 157(b)(2).

3.      Pursuant to the Court's Order Authorizing Retention and Payment of

Professionals Utilized by Debtors in the Ordinary Course of Business entered on the docket on

January 26, 2001 (the "Retention Order"), the Debtors were authorized to retain Jones Day as

special counsel for employee benefits, general corporate and litigation services and to pay Jones

Day fees in accordance with the procedures set forth therein. A copy of the Retention Order is

attached hereto as Exhibit A.

4.      On or about March 26, 2001, and in accordance with the Retention Order,

Jones Day filed and served an application seeking approval of compensation and expenses for

the period from February 1, 2001 through February 28, 2001 in the total amount of $49,347.36

(the "February Fee Application") based on a Jones Day invoice dated March 21, 2001 in this

amount. On April 11, 2001 the Court entered an order granting the relief requested in the

February Fee Application (the "February Fee Order").

### Request For Compensation and Reimbursement of
### Expenses and Payment of an Administrative Expense Claim

#### *Summary of Relief Requested*

5.      Jones Day makes this Application pursuant to: (a) section  330(a) and 331

and 503(b)(2) of the Bankruptcy Code; (b) Rule 2016 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"); (c) the Retention Order; (d) the Bar Date Order; (e) the

Bankruptcy Rules for the United States District Court and the United States Bankruptcy Court

for the Northern District of Illinois (the "Local Rules"); and (f) the Revised Guidelines for

Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11

U.S.C. § 330 dated January 30, 1996 (the "Guidelines").

        6.    Jones Day hereby seeks final allowance of compensation and

reimbursement of expenses for the Compensation Period as follows:

        a.    Compensation in the amount of $235,640.30 in connection with

services rendered during the Compensation Period.  Jones Day has listed each of its

professionals and paraprofessionals, the hourly rate for each and a summary of all billed

hours and fees for each in the professional summary attached hereto as Exhibit B.  A

summary of the total hours incurred and fees charged for each billing category, and the

related time detail, are attached hereto collectively as Exhibit C and incorporated herein

by reference.

        b.    Reimbursement of actual and necessary expenses of $14,383.59

incurred in connection with Jones Day's services.  A summary and a detailed itemization

of expenses are attached hereto collectively as Exhibit D and incorporated herein by

reference.

        7.    Jones Day also hereby asserts an administrative expense priority claim,

pursuant to sections 503(b)(2) and 507(a) of the Bankruptcy Code, for all unpaid fees and

expenses approved by the Court in this Application.

***Prior Payments to Jones Day***

        8.    Jones Day submitted an invoice dated May 30, 2001 to the Debtors for

fees and expenses for the period from March 1, 2001 to April 30, 2001 in a total amount of

$70,578.54. On July 31, 2001, Jones Day received payment from the Debtors in the amount of

$110,326.00 (the "Payment"). Jones Day applied the Payment to cover the invoice dated March

31, 2001 in full and the invoice dated May 30, 2001 partially. While reviewing its financial

records to prepare this Application, Jones Day discovered that the Payment exceeded by

$59,359.89 (the "Overpayment") the amount which the Debtors were authorized to pay Jones

Day pursuant to the Retention Order and the February Fee Order. Jones Day has tendered a

check to the order of Alex D. Moglia, as chapter 7 trustee, in the amount of the Overpayment to

D'Ancona & Pflaum LLC, counsel for the chapter 7 trustee.[1] Jones Day has not received any

payments from any other source for services rendered or to be rendered in connection with these

cases.

### Services Rendered by Jones Day

9.      As described in the attached Exhibit C, during the Compensation Period,

Jones Day professionals and paraprofessional billed their time devoted to matters on behalf of

the Debtors' estates to 4 distinct subject matter categories. Below is a summary of the activities

performed by Jones Day professionals and paraprofessionals during the Compensation Period,

organized by subject matter categories.

**A.      Employee Benefits — 670.00 hours — $206,438.50**

10.     During the Compensation Period, Jones Day lawyers assisted the Debtors

with a wide range of employee benefit and executive compensation issues. In particular, Jones

Day devoted significant time and effort to:

- advising the Debtors regarding an audit by the United States Department
  of Labor (the "DOL") of all of its employee retirement and welfare benefit

---

[1]      In this Application, Jones Day is seeking final allowance of compensation and
reimbursement of expenses included in the invoice dated May 30, 2001.

CH-1191606v4                                                    4

plans, including meeting with the DOL agents, attending on-site interviews by the DOL, responding to the DOL subpoenaes and working with the DOL's customer service office;

- advising the Debtors regarding the refund of certain insurance premium amounts to affected participants;

- advising the Debtor regarding the termination of its employee benefit plans in compliance with ERISA, the Internal Revenue Code and other applicable laws, including its medical plans, its retiree medical benefits under Section 1114 of the Bankruptcy Code and its qualified and non-qualified retirement plans;

- preparing for the Court the description of the status of the Debtors' retiree medical plans as set forth in the affidavit of the Debtors' human resources director;

- drafting the requisite board resolutions, board minutes and plan amendments relating to the termination of the plans;

- drafting participant communications;

- determining COBRA health care continuation issues;

- coordinating with affected insurance companies and service providers;

- researching the question of the appropriateness of charging expenses to the plans;

- determining the disposition of the assets of the voluntary employee beneficiary association trusts maintained by the Debtors;

- preparing an application to the Internal Revenue Service for a determination on the qualified status of Debtors' 401(k) plan on its termination; and

- responding to inquiries and claims by participants, their representatives and labor organizations, state governmental agencies and congressional offices.

11.    In addition, Jones Day lawyers spent significant time during the

Compensation Period advising the Debtors regarding the termination of its defined benefit

pension plan, including the submission of reportable event notices and other communications

with the Pension Benefit Guaranty Corporation ("PBGC"), negotiating with the PBGC regarding

its possible assumption of the pension plan, researching the impact of the pension plan's

termination on the Debtors' estates and communicating with the creditors committee through

bankruptcy counsel. Jones Day lawyers also advised the Debtors with respect to the solicitation

of annuity bids and plan funding issues in connection with the pension plan's termination and

communicated with the pension plan's actuary and investment advisors. Moreover, Jones Day

assisted the Debtors by: (a) advising the Debtors on the compensation of plan administrative

personnel; (b) researching and responding to claims for certain "bridging" benefits under the

pension plan by a labor organization and other participant representatives; and

(c) communicating with the pension plan trustee on various payment issues. Finally, Jones Day

professionals frequently communicating with Debtors' senior management, general counsel and

board of directors regarding the disposition of the employee benefit plans and related issues.

      B.     **Steven G. Lady — 97.30 hours — $23,958.80**

      12.    Prior to the commencement of theses cases, Steven G. Lady ("Lady") filed

suit in state court against Debtor Outboard Marine Corporation ("OMC"). OMC removed the

case to federal court and filed a motion for summary judgment, which motion was granted by the

district court and affirmed by the United States Court of Appeals for the Fifth Circuit. On the

same day the Debtors filed petitions for relief under chapter 11, Lady filed a petition for

certiorari to the Supreme Court of the United States (the "Supreme Court").

      13.    During the Compensation Period, Jones Day professionals and

paraprofessionals devoted significant time responding to Lady's petition for certiorari. For

example, Jones Day lawyers assisted the Debtors by: (a) researching and drafting a

memorandum regarding the application of the automatic stay to a petition for certiorari;

(b) drafting a waiver of opposition to Lady's petition for certiorari; and (c) drafting a brief in

opposition to the petition at the direction of the Supreme Court. The Supreme Court denied the

petition for certiorari in March 2001.

    **C.**    **Trademarks — 8.30 hours — $1,300.50**

    14.    Jones Day devoted limited time during the Compensation Period to

(i) reviewing various trademarks of the Debtors' to determine any renewal deadlines, and

(ii) informing the appropriate parties of the Debtors' bankruptcy filings.

    **D.**    **Product Liability — 41.50 hours — $3,942.50**

    15.    During the Compensation Period, Jones Day paraprofessionals spent a

limited amount of time organizing and managing the Debtors' product liability files.

### Expenses Incurred by Jones Day

    16.    Section 330 of the Bankruptcy Code authorizes "reimbursement for actual,

necessary expenses" incurred by professionals employed in a chapter 11 case. Accordingly,

Jones Day seeks final allowance for actual and necessary expenses ("Expenses") incurred in

connection with the rendering of services to the Debtors during the Compensation Period, in the

amount of $14,383.59.

    17.    Jones Day maintains the following policies with respect to Expenses:

- No amortization of the cost of any investment, equipment or capital outlay is included in the Expenses. In addition, for those items or services that Jones Day justifiably purchased or contracted from a third party (such as trademark registration fees), Jones Day seeks reimbursement only for the exact amount billed to Jones Day by the third party vendor and paid by Jones Day to the third party vendor.

- Photocopying by Jones Day was charged at $.10 per page in accordance with the Court's Standing Order No. 3.

- No charge was imposed for telecopies in accordance with the Court's Standing Order No. 3.

19.     In particular, for the Compensation Period, Jones Day reviewed the

service descriptions and expense detail that are included in Exhibit C and D, respectively, to this

Application and determined that approximately $7,000.00 in fees and $4,700.00 in expenses

should not be charged to the Debtors.  Consequently, Jones Day's fee and expense payment

request set forth in this Application for the Compensation Period reflects a total adjustment of

approximately $11,700.00

## Relevant Legal Standards

20.     The professional services rendered by Jones Day during the Compensation

Period required a high degree of professional competence and expertise so that the numerous

issues requiring evaluation and response by the Debtors could be addressed with skill and

dispatch.  The provision of such services, therefore, has required the expenditure of substantial

time and effort.  Jones Day submits that the services rendered to the Debtors were performed

efficiently, effectively and economically and that the results obtained provided a significant

benefit to the Debtors' estates and creditors.

21.     Section 507(a)(1) of the Bankruptcy Code grants a priority status to claims

allowed as administrative expenses under section 503(b) of the Bankruptcy Code.

See 11 U.S.C. § 507(a)(1).  In turn, section 503(b)(2) of the Bankruptcy Code provides that

administrative expenses include compensation and reimbursement under section 330 as follows:

> (b)  After notice and a hearing, there shall be allowed administrative
> expenses, other than claims allowed under section 502(f) of [the
> Bankruptcy Code], including —
>
> (2) compensation and reimbursement awarded under section
> 330(a) of [the Bankruptcy Code].

### *Standards for Allowance of Compensation*

22.     Section 330(a) of the Bankruptcy Code provides, in pertinent part, for

payment of:

> (A)  reasonable, compensation for actual, necessary services rendered by
> such trustee, examiner, professional person, or attorney, as the case may be, and
> by any paraprofessional persons employed by such trustee, professional person, or
> attorney, as the case may be, based on the nature, the extent, and the value of such
> services, the time spent on such services, and the cost of comparable services
> other than in a case under this title; and

> (B)  reimbursement for actual, necessary expenses.

To grant a request for compensation pursuant to section 330 of the Bankruptcy Code, a court

must find that such request is reasonable.  The reasonableness of a compensation request is

determined by taking into account the nature, extent and value of the services provided by the

professional and the cost of comparable services in nonbankruptcy contexts.  See Zolfo Cooper

& Co. v. Sunbeam-Oster Co., 50 F.3d 253, 258 (3d Cir. 1995); In re Palladino, No. 01-00972,

2001 Bankr. LEXIS 1322, at *9-10 (N.D. Ill. Oct. 4, 2001).  In the "market-driven approach" to

compensation requests adopted by the Seventh Circuit, the primary focus of the inquiry is the

cost of comparable services in nonbankruptcy contexts.  See In re UNR Indus., Inc., 986 F.2d

207, 209-10 (7th Cir. 1993); In re Continental Ill. Sec. Litig., 962 F.2d 566, 572 (7th Cir. 1992)

("The object in awarding a reasonable attorney's fee . . . is to give the lawyer what he would have

gotten in the way of a fee in an arm's length negotiation, had one been feasible.  In other words

the object is to simulate the market where a direct market determination is infeasible.").  This

market-based approach permits flexibility in billing arrangements.  The "lodestar" method

(hourly rate multiplied by hours worked) is currently the most widely utilized method for

accordance with sections 330 and 331 of the Bankruptcy Code, the services rendered to the

Debtors fully substantiate charges in the amount requested.

***Standards for Allowance of Expenses***

26.     Section 330(a)(1)(B) of the Bankruptcy Code permits reimbursement for

actual, necessary expenses. See Zolfo Cooper, 50 F.3d at 258; White Motor, 50 B.R. at 891-92.

Jones Day has  reviewed the Expenses comprehensively and eliminated those Expenses for the

Compensation Period that it deemed "not necessary."   Accordingly, those Expenses for which

reimbursement is sought in this Application satisfy the standards set forth in section 330(a)(1)(B)

of the Bankruptcy Code, the Guidelines and the Local Rules.

### Conclusion

27.     Jones Day's fees and Expenses are based on its ordinary and customary

hourly rates and disbursement charges during the Compensation Period for work performed for

other clients on both bankruptcy- and nonbankruptcy-related matters.

28.     No agreement or understanding exists between Jones Day or any third

person for the sharing of compensation, except as allowed by section 504(b) of the Bankruptcy

Code and Bankruptcy Rule 2016 with respect to the sharing of compensation between and

among partners of Jones Day.

29.     All of the services for which compensation is requested hereunder were

rendered at the request of and solely on behalf of the Debtors, and not on behalf of any other

entity, and were within the scope of the Retention Order.

WHEREFORE, Jones Day respectfully requests that the Court enter an order, in

substantially the form attached hereto as Exhibit E:  (a) allowing on a final basis compensation of

$235,640.30 for services rendered during the Compensation Period; (b) allowing on a final basis

reimbursement of Expenses incurred during the Compensation Period of $14,383.59; (c) granting

Jones Day an administrative expense claim for all unpaid fees and Expenses allowed in this

Application; (d) authorizing and directing the Debtors to pay Jones Day's administrative expense

claim as soon as chapter 11 administrative expense claims are paid in these cases; and

(e) granting such other and further relief as the Court may deem proper.


Dated:  November 30, 2001                    Respectfully submitted,


Irene Savanis (IL 06188533)
JONES, DAY, REAVIS & POGUE
77 West Wacker Drive
Chicago, Illinois  60601
Telephone:  (312) 782-3939

                        -and-

Paul E. Harner (OH 0043854)
JONES, DAY, REAVIS & POGUE
77 West Wacker Drive
Chicago, Illinois  60601
Telephone:  (312) 782-3939


CH-1191606v4                    14

# EXHIBIT A

E O D   JAN 2 6 2001

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 00-37405 |
| | ) | |
| OUTBOARD MARINE CORPORATION, | ) | (Jointly Administered) |
| et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Hon. Erwin I. Katz |

**ORDER AUTHORIZING RETENTION AND PAYMENT
OF PROFESSIONALS UTILIZED BY DEBTORS
IN THE ORDINARY COURSE OF BUSINESS**

Upon the motion (the "Motion")[1] of Outboard Marine Corporation

and certain of its domestic subsidiaries, debtors and debtors and debtors-in-posses-

sion in the above captioned cases (collectively, the "Debtors"), for entry of an order

authorizing the retention of professionals utilized by the Debtors in the ordinary

course of business (collectively, the "Ordinary Course Professionals"); and it

appearing that the employment of the Ordinary Course Professionals is in the best

interests of the Debtors' respective estates, creditors, and other parties-in-interest;

and it further appearing that proper and adequate notice having been given and that

no other or further notice is necessary; and upon the record herein; and after due

deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

---

[1]    Capitalized terms used but not defined herein shall have the meanings ascribed
to such terms in the Motion related hereto.

ORDERED, ADJUDGED AND DECREED THAT:

1.      The Motion is granted.

2.      The Debtors be, and each of them hereby is, authorized and empow-
ered to employ and retain, pursuant to 11 U.S.C. §§ 105(a) and 327, all Ordinary
Course Professionals listed on Exhibit A attached hereto.

3.      The Debtors are authorized and empowered to make monthly pay-
ments up to $15,000, and up to $50,000 during the entire case, for compensation and
reimbursement of expenses to each of the Ordinary Course Professionals in the
manner outlined in paragraph 4 below, provided, however, that compensation paid to
an Ordinary Course Professional shall not be final until the retention of such Profes-
sional is authorized as a final matter pursuant to the provisions below.  Payments to
any one Ordinary Course Professional shall be subject to the approval of the Court in
accordance with 11 U.S.C. §§ 330 and 331 if invoices of such Ordinary Course
Professional exceed $15,000 in any one month or $50,000 during the entire case.

4.      All Ordinary Course Professionals in these cases may seek interim
compensation in accordance with the following procedure:

        a.      On or before the 30th day of each month following the month
for which compensation is sought (the "Monthly Statement Date"), each Ordinary
Course Professional will submit a monthly statement to: (i) the Debtors at Outboard
Marine Corporation, 100 Sea Horse Drive, Waukegan, Illinois  60085 (Attn: Robert

S. Romano); (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom
(Illinois), 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Attn: David
S. Kurtz); (iii) counsel to the Debtor's Post-Petition Lenders, Sidley & Austin, One
First National Plaza, Chicago, IL 60603 (Attn: Lawrence J. Nyhan); (iv) counsel to
the Committee, D'Ancona & Pflaum, 111 E. Wacker Drive, Suite 2800, Chicago,
Illinois 60601 (Attn: Steven B. Towbin); and (v) the United States Trustee, 227 West
Monroe Street, Suite 3350, Chicago, IL 60606 (Attn: Kathryn Marie Gleason). Each
such person receiving such a statement will have fifteen (15) days after the Monthly
Statement Date to review the statement.

    b.  At the expiration of the fifteen (15) day period, the Debtors
shall promptly pay one hundred percent (100%) of the fees and disbursements
identified in each monthly statement, except such fees or disbursements as to which
an objection has been served as provided in paragraph (c) below. Any Ordinary
Course Professional who fails to submit a monthly statement shall be ineligible to
receive further payment of fees and expenses as provided herein until such time as
the monthly statement is submitted. The first statements shall be submitted and
served by each of the professionals by February 28, 2001 and shall cover the period
from the commencement of this case through January 31, 2001;

    c.  In the event that the Debtors, the United States Trustee, the
Lenders, or the Committee has an objection to the compensation or reimbursement

3

sought in a particular statement, they shall, within fifteen (15) days of the Monthly

Statement Date, serve upon (i) the Ordinary Course Professional whose statement is

objected to, and (ii) except to the extent duplicative of the foregoing clause (i), the

other persons designated to receive statements in paragraph (a) above, a written

"Notice Of Objection To Fee Statement" setting forth the precise nature of the

objection and the amount at issue. Thereafter, the objecting party and the Ordinary

Course Professional whose statement is objected to shall attempt to reach an agree-

ment regarding the correct payment to be made. If the parties are unable to reach an

agreement on the objection within fifteen (15) days after receipt of such objection,

the objecting party may file its objection with the Court and serve such objection on

the parties listed in clauses (i) and (ii) above and the Court shall consider and dispose

of the objection at the next interim hearing scheduled in these cases.

        d.    The pendency of an application or a court order for payment of

compensation or reimbursement of expenses, and the pendency of any Notice of

Objection to Fee Statement or other objection, shall not disqualify an Ordinary

Course Professional from the future payment or compensation or reimbursement of

expenses as set forth above.

        5.    Within 5 business days hereof, the Debtors shall serve this Order upon

each Ordinary Course Professional. Thereafter, no later than 30 days after the entry

of this Order, each Ordinary Course Professional shall file with the Court, and serve

4

on the United States Trustee, an Affidavit of Proposed Professional and Disclosure
Statement, a form of which is attached on Exhibit B, including an explanation of
prepetition services rendered, and postpetition services to be provided, to the
Debtors.

6.    The Debtors are authorized, without need for further hearing or Order
from the Court, to employ and retain Ordinary Course Professionals not presently
listed in Exhibit A ("Additional Ordinary Course Professionals") by filing with the
Court and serving on the United States Trustee, counsel for the Committee appointed
in this case, and counsel for the Debtors' post-petition lenders a supplement to
Exhibit A (the "Supplement"), listing the name and estimated monthly fee of the
Additional Ordinary Course Professional, along with a brief description of the
services to be rendered and by otherwise complying with the terms of this Order.
The Trustee, counsel for the Debtors' post-petition lenders, and counsel for the
Committee shall have fifteen (15) days from receipt of the Supplement to object to
the retention of such Ordinary Course Professional.  If any such objection cannot be
resolved within fifteen (15) days, the matter shall be scheduled for hearing before the
Court at the next scheduled hearing in these cases.  If no objection is received, the
Debtors shall be authorized to retain such Ordinary Course Professional as a final
matter.

Dated: Chicago, Illinois
    January 25, 2001

_____
UNITED STATES BANKRUPTCY JUDGE

6

# Exhibit A
## Ordinary Course Professionals

| Name/Address | Description of Services | Estimated Average Monthly Payment |
|---|---|---|
| Holland & Knight LLP<br>P. O. Box 32092<br>Lakeland, FL 33802 | Intellectual Property | $18,000 |
| Jones, Day, Reavis & Pogue<br>77 W. Wacker Drive<br>Chicago, IL 60601-1692 | General Corporate / Litigation / Employee Benefits | $15,000 |
| Piper Marbury Rudnick & Wolfe<br>203 N. LaSalle Street<br>Chicago, IL 60601 | Environmental | $20,000 |

242392-Chicago S2A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 00-37405 |
| | ) | |
| OUTBOARD MARINE CORPORATION, | ) | (Jointly Administered) |
| et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Hon. Erwin I. Katz |

### AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF  .. _.. .    .. .        )
                                  ) ss:
COUNTY OF _____    )

_____, being duly sworn, deposes and says:

1.    I am a principal of _____ ("____"), which firm maintains offices at _

_____.

2.    Neither I, " _", nor any partner, auditor or other member thereof,

insofar as I have been able to ascertain, has any connection with the above-captioned

debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party

in interest, or their attorneys, except as set forth in this affidavit.

3.    " _ _", has represented and advised the Debtors in _____

J47691.01-Chicago S1A

4.    The Debtors have requested, and "____" has agreed, to continue to

represent and advise the Debtors pursuant to section 327(e) of title 11 of the United

States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") with respect to such

matters. Additionally, the Debtors have requested, and "    " proposes, to render the

following services to the Debtors:        [INSERT SERVICES]                          .

5.    "____"'s current fees arrangement is _____.

6.    Except as set forth herein, no promises have been received by "___"

or any partner, auditor or other member thereof as to compensation in connection

with these chapter 11 cases other than in accordance with the provisions of the

Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules,

orders of this Court, and the Fee Guidelines promulgated by the Executive Office of

the United States Trustee.

7.    "__" has no agreement with any entity to share with such entity any

compensation received by "___".

8.    "____" and its partners, auditors and other members may have in the

past represented, currently represent, and may in the future represent entities that are

claimants of the Debtors in matters totally unrelated to these pending chapter 11

cases. "___" does not and will not represent any such entity in connection with these

pending chapter 11 cases and does not have any relationship with any such entity,

attorneys, or accountants that would be adverse to the Debtors or their estates.

247691.01-Chicago S1A                          2

9.      Neither I, "___", nor any partner, auditor or other member thereof,

insofar as I have been able to ascertain, holds or represents any interest adverse to the

Debtors, or their estates in the matters upon which "_____" is to be engaged.

10.     The foregoing constitutes the statement of "_____" pursuant to

sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and

2016(b).

FURTHER AFFIANT SAYETH NOT

Sworn to before me this
    day of ____, 2001.

# EXHIBIT B

## Outboard Marine Corp.

### FEE SUMMARY—October 31, 2001

| Timekeeper Name | Title | Bar Year | Billing Rate | Billed Hours | Total Fees |
|---|---|---|---|---|---|
| J L ANDRIOFF | PARTNER | 1987 | 375 | 369.90 | 138,712.50 |
| J F CAREY | PARTNER | 1971 | 500 | 1.00 | 500.00 |
| G A CASTANIAS | PARTNER | 1990 | 390 | 22.40 | 8,735.50 |
| R A CHESLEY | PARTNER | 1985 | 425 | .70 | 297.50 |
| J R CORNELL | PARTNER | 1969 | 575 | .70 | 402.50 |
| D C HAGEN | PARTNER | 1980 | 480 | .20 | 96.00 |
| R H KLONOFF | PARTNER | 1980 | 440 | 4.10 | 1,804.00 |
| J S LEAVITT | PARTNER | 1973 | 465 | .90 | 418.50 |
| M D MALONEY | PARTNER | 1987 | 350 | .20 | 70.00 |
| R S RIZZO | PARTNER | 1965 | 496 | 41.00 | 20,350.00 |
| TOTAL | | | | 441.10 | 171,386.50 |
| W S MCKAY JR | OF COUNSEL | 1972 | 375 | 1.80 | 675.00 |
| TOTAL | | | | 1.80 | 675.00 |
| L A HEBAN | COUNSEL | 1985 | 300 | 2.20 | 660.00 |
| TOTAL | | | | 2.20 | 660.00 |
| M K BLAIS | ASSOCIATE | 1999 | 235 | .70 | 164.50 |
| S J BLUMLING | ASSOCIATE | 1998 | 205 | 26.80 | 5,494.00 |
| J W CAMPBELL IV | ASSOCIATE | 1998 | 240 | 32.20 | 7,728.00 |
| M A CODY | ASSOCIATE | 1996 | 270 | 3.20 | 864.00 |
| B B ERENS | ASSOCIATE | 1991 | 360 | 3.00 | 1,080.00 |
| Y FERTMAN | ASSOCIATE | | 205 | 31.80 | 6,519.00 |
| N M MILENKOVICH | ASSOCIATE | 2000 | 170 | 119.10 | 20,265.00 |
| E H MOSIER | ASSOCIATE | 1997 | 220 | 1.00 | 220.00 |
| D B PRIETO | ASSOCIATE | 2000 | 175 | 35.70 | 6,247.50 |
| J M SCHELL | ASSOCIATE | 2000 | 205 | 15.20 | 3,116.00 |
| S C SPITZNAGLE | ASSOCIATE | 1998 | 205 | 9.00 | 1,845.00 |
| K A STIEBER | ASSOCIATE | 1996 | 235 | 1.00 | 235.00 |
| TOTAL | | | | 278.70 | 53,778.00 |
| W A AESCHLIMANN | STAFF ATTY | 1998 | 150 | 2.60 | 390.00 |
| TOTAL | | | | 2.60 | 390.00 |
| B DE SAXE | LEGAL ASST | | 95 | 20.10 | 1,909.50 |
| M C MERRILL | LEGAL ASST | | 125 | .20 | 25.00 |
| K B RIDEN | LEGAL ASST | | 95 | 43.50 | 4,132.50 |
| M C STRAIT | LEGAL ASST | | 130 | 8.00 | 1,040.00 |
| M M WILLIAMS | LEGAL ASST | | 105 | 6.10 | 640.50 |
| TOTAL | | | | 77.90 | 7,747.50 |
| K A BRODERICK | PROJECT ASST | | 110 | 3.90 | 429.00 |
| M E SULLIVAN | PROJECT ASST | | 99 | 5.20 | 514.80 |
| TOTAL | | | | 9.10 | 943.80 |
| J I MANION | OTHER | | 85 | .70 | 59.50 |
| TOTAL | | | | .70 | 59.50 |
| **TOTAL** | | | | **814.10** | **$ 235,640.30** |

# EXHIBIT C

Lady, Steven G.                  Page 1

| Date | Attorney | Hours | Amount |
|---|---|---|---|
| 12/29/00 | G A CASTANIAS | .50 | 175.00 |

Communicate with Campbell regarding petition for certiorari.

| 12/29/00 | G A CASTANIAS | 2.00 | 700.00 |

Review petition for certiorari.

| 01/01/01 | J W CAMPBELL IV | 4.50 | 1,080.00 |

Draft background sections for certiorari opposition.

| 01/02/01 | G A CASTANIAS | .50 | 197.50 |

Research regarding form of notice required for automatic stay of action in Supreme Court.

| 01/04/01 | J W CAMPBELL IV | .20 | 48.00 |

Communicate with F. Lorson, Chief Deputy Clerk, Supreme Court of the United States regarding certiorari opposition on procedures.

| 01/05/01 | J W CAMPBELL IV | .70 | 168.00 |

Prepare opposition waiver and cover letter (.50); discuss same with F. Lorson and R. Klonoff (.20).

| 01/08/01 | G A CASTANIAS | .70 | 276.50 |

Review and revise letter to clerk regarding waiver and bankruptcy.

| 01/25/01 | J W CAMPBELL IV | .50 | 120.00 |

Conference with J. Schell regarding research of vehicle problems for Supreme Court review.

| 01/25/01 | G A CASTANIAS | .20 | 79.00 |

Review Supreme Court order seeking response.

| 01/25/01 | G A CASTANIAS | .70 | 276.50 |

Communicate with J. Campbell and R. Klonoff regarding Supreme Court's order.

| 01/26/01 | J M SCHELL | .20 | 41.00 |

Meeting with Jay Campbell for assignment.

| 01/30/01 | J M SCHELL | .50 | 102.50 |

Research regarding automatic stay of action in Supreme Court.

| 01/31/01 | J M SCHELL | 2.50 | 512.50 |

Research regarding automatic stay of action in Supreme Court.

| 02/01/01 | G A CASTANIAS | .50 | 197.50 |

Communicate with Klonoff and Campbell regarding schedule for opposition to certiorari.

| 02/01/01 | J M SCHELL | 5.50 | 1,127.50 |

Research automatic stay of action in Supreme Court.

| 02/02/01 | J W CAMPBELL IV | 1.20 | 288.00 |

Draft certiorari opposition.

| 02/02/01 | G A CASTANIAS | .20 | 79.00 |

Communicate with R. Klonoff and J. Campbell regarding opposition to certiorari .

| 02/02/01 | K B RIDEN | 1.00 | 95.00 |

Due diligence regarding case file at Aeschlimann's request.

| 02/02/01 | J M SCHELL | 6.50 | 1,332.50 |

Draft and revise memorandum regarding automatic stay of action in Supreme Court.

| 02/03/01 | J W CAMPBELL IV | 7.70 | 1,848.00 |

Draft certiorari opposition.

| 02/04/01 | J W CAMPBELL IV | 5.70 | 1,368.00 |

Draft certiorari opposition.

| 02/04/01 | G A CASTANIAS | 1.00 | 395.00 |

Review opposition to certiorari.

| 02/05/01 | J W CAMPBELL IV | .70 | 168.00 |

Draft certiorari opposition.

| 02/05/01 | G A CASTANIAS | 3.00 | 1,185.00 |

Revise draft opposition to certiorari.

| 02/05/01 | R H KLONOFF | .20 | 88.00 |

Review of certiorari opposition (.10); conversation with J. Campbell regarding certiorari opposition (.10).

| 02/06/01 | J W CAMPBELL IV | 2.50 | 600.00 |

Revise certiorari opposition.

| 02/06/01 | G A CASTANIAS | 1.50 | 592.50 |

Communicate with J. Campbel regarding opposition to certiorari.

| 02/07/01 | K A BRODERICK | 1.70 | 187.00 |

Due diligence regarding briefs in Case Nos. 83-1569/1733.

| 02/07/01 | R H KLONOFF | 1.00 | 440.00 |

Revise draft certiorari opposition (.80); conversation with J. Campbell regarding draft (.20).

| 02/08/01 | J W CAMPBELL IV | 1.20 | 288.00 |

Revise certiorari opposition.

| 02/09/01 | J W CAMPBELL IV | .20 | 48.00 |

Communicate with Castanisas regarding certiorari opposition remove extra space.

| 02/09/01 | G A CASTANIAS | 2.50 | 987.50 |

Revise opposition to certiorari (2.2); discuss same with J. Campbell (.30).

| 02/09/01 | R H KLONOFF | .70 | 308.00 |

Review and analyze revised certiorari opposition.

Lady, Steven G.                                                                    Page 3

| | | | |
|---|---|---|---|
| 02/11/01 | G A CASTANIAS | 1.00 | 395.00 |

Revise opposition to certiorari (.8); conference with Klonoff regarding certiorari opposition (.2).

| | | | |
|---|---|---|---|
| 02/11/01 | R H KLONOFF | .20 | 88.00 |

Conference with G. Castanias regarding certiorari opposition.

| | | | |
|---|---|---|---|
| 02/12/01 | G A CASTANIAS | 1.50 | 592.50 |

Revise opposition to certiorari.

| | | | |
|---|---|---|---|
| 02/14/01 | G A CASTANIAS | 1.50 | 592.50 |

Revise opposition to certiorari (1.3); discuss same with J. Campbell (.20).

| | | | |
|---|---|---|---|
| 02/14/01 | M C STRAIT | 4.00 | 520.00 |

Cite checked opposition brief.

| | | | |
|---|---|---|---|
| 02/14/01 | M E SULLIVAN | 2.50 | 247.50 |

Review and analyze response brief.

| | | | |
|---|---|---|---|
| 02/15/01 | K A BRODERICK | .70 | 77.00 |

Revise Reply Brief.

| | | | |
|---|---|---|---|
| 02/15/01 | J W CAMPBELL IV | 1.20 | 288.00 |

Revise respondent's brief in opposition (.10); conference with Klonoff regarding same (.2).

| | | | |
|---|---|---|---|
| 02/15/01 | G A CASTANIAS | 1.50 | 592.50 |

Review opposition brief (1.2); conference with Klonoff and Campbell regarding same (.30).

| | | | |
|---|---|---|---|
| 02/15/01 | R H KLONOFF | .50 | 220.00 |

Revise certiorari opposition.

| | | | |
|---|---|---|---|
| 02/15/01 | R H KLONOFF | .20 | 88.00 |

Conversation with J. Campbell regarding certiorari opposition.

| | | | |
|---|---|---|---|
| 02/15/01 | J I MANION | .70 | 59.50 |

Research regarding 91st and 92nd Congressional hearings on boat safety.

| | | | |
|---|---|---|---|
| 02/15/01 | M C STRAIT | 4.00 | 520.00 |

Cite check and review opposition brief (3.5); prepare table of authorities for same (.50).

| | | | |
|---|---|---|---|
| 02/15/01 | M E SULLIVAN | 2.70 | 267.30 |

Review and analyze response brief.

| | | | |
|---|---|---|---|
| 02/16/01 | R H KLONOFF | .20 | 88.00 |

Review Mayer Brown comments to certiorari opposition (.10); conversation with J. Campbell regarding same (.10).

| | | | |
|---|---|---|---|
| 02/18/01 | J W CAMPBELL IV | 2.20 | 528.00 |

Revise and review respondent's brief in opposition.

| 02/20/01 | J W CAMPBELL IV | 2.20 | 528.00 |

Review and revise respondent's brief in opposition (1.9); conference with Castanias and Klonoff regarding same (.3).

| 02/20/01 | G A CASTANIAS | 2.00 | 790.00 |

Review draft opposition to petition for certiorari (1.7); conferencewith R. Klonoff and J. Campbell regarding same (.30).

| 02/20/01 | R H KLONOFF | .70 | 308.00 |

Review and analyze revised draft of certiorari opposition (.4); conference with Campbell and Castanias regarding same (.3).

| 02/21/01 | K A BRODERICK | 1.50 | 165.00 |

Review the Table of Contents and Authorities for the Supreme Court Reply Brief.

| 02/21/01 | J W CAMPBELL IV | 1.00 | 240.00 |

Revise respondent's brief in opposition to include references to the Supreme Court's Buckman decision (.20); conference with Klonoff regarding certiorari opposition (.20); conference with Castanias regarding revisions to same (.6).

| 02/21/01 | G A CASTANIAS | .70 | 276.50 |

Communicate with J. Campbell regarding final revisions to opposition to certiorari.

| 02/21/01 | R H KLONOFF | .20 | 88.00 |

Conversation with J. Campbell regarding certiorari opposition.

| 02/23/01 | J W CAMPBELL IV | .50 | 120.00 |

Attention to filing respondent's brief in opposition.

| 03/05/01 | R H KLONOFF | .20 | 88.00 |

Review reply in support of certiorari.

| 03/06/01 | G A CASTANIAS | .70 | 276.50 |

Review petitioner's reply brief (.50); conference with J. Campbell regarding same (.20).

| 03/26/01 | G A CASTANIAS | .20 | 79.00 |

Conference with Klonoff, J. Campbell and R. Chesley regarding denial of certiorari.

| 06/26/01 | B DE SAXE | .70 | 66.50 |

Manage data and files for various case documents.

| 06/28/01 | B DE SAXE | 1.50 | 142.50 |

Manage data and files for various case documents.

| 06/29/01 | B DE SAXE | .50 | 47.50 |

Manage data and files for various case documents.

| 07/03/01 | B DE SAXE | .70 | 66.50 |

Manage data and files for various case documents.

| 07/13/01 | B DE SAXE | .50 | 47.50 |

Manage data and files for various case documents.

Lady, Steven G.                                                                    Page 5

07/16/01      B DE SAXE                                  .70                    66.50
     Manage data/file for various case documents.

   **TOTAL**                                            **97.30**        **$   23,958.80**

Trademarks                                                                              Page 1

01/16/01     M M WILLIAMS                          1.00              105.00
    Communicate with foreign associates regarding communication with J. Pilarski of OMC.

01/17/01     L A HEBAN                             2.20              660.00
    Review and analyze various trademark matters for imminent deadlines (1.0);
communicate with Pilarski and Romano regarding transfer of responsibility (1.0); draft
correspondence to foreign associates (.20).

01/19/01     M M WILLIAMS                          2.00              210.00
    Conference with various foreign associates regarding OMC filing for bankruptcy.

01/22/01     M M WILLIAMS                          1.50              157.50
    Conference with various foreign associates to communicate with J. Pilarski directly
regarding trademark matters due to bankruptcy.

01/26/01     M M WILLIAMS                          1.00              105.00
    Conference with various foreign associates regarding OMC bankruptcy.

02/19/01     M M WILLIAMS                           .20               21.00
    Prepared trademark due date listing for J. Cutler of Bombardier Inc. through March 31,
2001.

02/20/01     M M WILLIAMS                           .20               21.00
    Requested various Bombardier conflict checks from R. Harms.

02/22/01     M M WILLIAMS                           .20               21.00
    Forwarded foreign associate correspondence to J. Cutler and R. Romano.

    **TOTAL**                            **8.30**        **$   1,300.50**

Product Liability                                                      Page 1

| Date | Name | Hours | Amount |
|---|---|---|---|
| 01/03/01 | K B RIDEN | 5.00 | 475.00 |
| | Prepare boxes and documents for transfer off site. | | |
| 01/05/01 | K B RIDEN | 5.00 | 475.00 |
| | Prepare documents and boxes for transfer off site. | | |
| 01/19/01 | K B RIDEN | 2.00 | 190.00 |
| | Prepare boxes to be moved off site. | | |
| 01/22/01 | K B RIDEN | 5.00 | 475.00 |
| | Prepare boxes to be moved off site. | | |
| 01/26/01 | K B RIDEN | 7.00 | 665.00 |
| | Prepare files to be moved off site. | | |
| 01/31/01 | K B RIDEN | 3.50 | 332.50 |
| | Prepare boxes to be moved off site. | | |
| 02/12/01 | K B RIDEN | 7.00 | 665.00 |
| | Index and label boxes to be sent off site. | | |
| 02/28/01 | K B RIDEN | 7.00 | 665.00 |
| | Label and index boxes to be sent off site. | | |
| **TOTAL** | | **41.50** | **$ 3,942.50** |

Employee Benefits                                                                          Page 1

12/28/00      K B RIDEN                              1.00              95.00
Due diligence regarding OMC files and documents.

01/05/01      J L ANDRIOFF                           .50             187.50
Communicate with G. Repp regarding DOL audit issue.

01/08/01      J L ANDRIOFF                          1.20             450.00
Communicate with G. Repp regarding bankruptcy issues (1.0); conference with R.
Chesley regarding same (.20).

01/09/01      J L ANDRIOFF                          1.50             562.50
Draft and revise memorandum regarding plan expenses (1.20); conference with G. Repp,
R. Chesley regarding same (.30).

01/09/01      E H MOSIER                            1.00             220.00
Research regarding impact of filing on employee benefit matters.

01/10/01      D B PRIETO                            2.50             437.50
Draft and revise Application seeking approval of Jones Day as special counsel.

01/11/01      J L ANDRIOFF                          2.50             937.50
Communicate with G. Repp, J. Rusk and G. Shalup regarding plan issues in bankruptcy
(.30); analyze PBGC letter (1.50); review bankruptcy questions regarding employee
benefit plans (.50); call PBGC for extension of time for response (.20).

01/11/01      R S RIZZO                              .20             100.00
Communicate with J. Andrioff regarding plan issues in bankruptcy.

01/15/01      J L ANDRIOFF                          6.70           2,512.50
Communicate with G. Repp, J. Rusk, E. Martinez, and others regarding employee
benefits issues (4.0); prepare for meeting (2.7).

01/16/01      J L ANDRIOFF                          1.70             637.50
Draft and revise response to PBGC regarding bankruptcy issues.

01/17/01      J L ANDRIOFF                           .50             187.50
Draft and revise response to PBGC (.40); conference with PBGC agent regarding
document request (.10).

01/18/01      J L ANDRIOFF                          1.20             450.00
Draft and revise letter to PBGC regarding impact of bankruptcy on plan issue.

01/19/01      J L ANDRIOFF                          2.70           1,012.50
Draft and revise reportable event notice for OMC Employees Retirement Plan (1.5);
conference with PBGC agent regarding plan issues (.40); conference with Blais regarding
accural of plan expenses (.3); conference with Rizzo regarding 401(k) issues (.5).

01/19/01      M K BLAIS                              .70             164.50
Conference with Joni Andrioff regarding accrual of plan expenses during plan year (.30);
conference with J. Carey regarding same (.40).

01/19/01      J F CAREY                              .50             250.00
Communicate with Blais regarding plan expense issue.

01/19/01    J R CORNELL                              .20            115.00
    Telephone conference with J. Andrioff regarding 401(k) and benefits.

01/19/01    D B PRIETO                              2.20            385.00
    Draft and revise application requesting Jones Day as special counsel.

01/19/01    R S RIZZO                              1.50            750.00
    Review and analyze correspondence to OMC regarding PBGC filings and PBGC
    submission (1.0); discussion with J. Andrioff regarding same (.50).

01/22/01    J L ANDRIOFF                           3.00          1,125.00
    Communicate with G. Repp, Skadden Arps, P. Weiss regarding reportable event notice
    (1.30); revise same (.60); analyze employee benefit issues (.50); conference with D.
    Haverick regarding same (.20); review DOL request for documents (.20); conference
    with Rizzo regarding bankruptcy issues (.2).

01/22/01    R S RIZZO                               .70            350.00
    Telephone conference with J. Andrioff regarding continued group issues (.20); review
    filing with PBGC (.50).

01/23/01    J L ANDRIOFF                           1.70            637.50
    Draft and revise memorandum regarding retiree medical issues (1.0); communicate with
    Skadden Arps, G. Repp regarding DOL audit (.50); conference with DOL agent
    regarding extension (.20).

01/23/01    N M MILENKOVICH                         .70            122.50
    Research regarding termination of medical benefits under Bankruptcy Code Section
    1113 and 1114.

01/24/01    J L ANDRIOFF                           4.50          1,687.50
    Draft and revise memorandum regarding bankruptcy issues (2.0); draft communications
    regarding retiree medical, pension and 401(k) plans (1.50); conference with actuary (1.0).

01/24/01    N M MILENKOVICH                         .50             87.50
    Review memorandum regarding medical benefit issues.

01/24/01    R S RIZZO                               .70            350.00
    Review and analysis of Skadden memorandum regarding retiree medical issues.

01/25/01    J L ANDRIOFF                           4.70          1,762.50
    Draft and revise memorandum regarding employee benefit bankruptcy issues (1.50);
    prepare board resolutions (1.0); draft notice of cessation of benefit accruals for pension
    (.50); draft retiree communication regarding COBRA (1.0); communicate with DOL
    regarding plan audit (.70).

01/25/01    N M MILENKOVICH                        6.70          1,172.50
    Review case law regarding Section 1114 of Bankruptcy Code regarding termination of
    medical benefits.

01/25/01    R S RIZZO                              1.70            850.00
    Conference with J. Andrioff to discuss and analyze defined contribution and defined
    benefit plan termination issues (.20); research and analysis of Section 4041 and 4042 of

ERISA and implications of ongoing plan (1.0); research valuation date and forfeiture allocation as protected benefits (.50).

01/26/01    J L ANDRIOFF                          2.50              937.50
Communicate with G. Repp regarding retiree issues (1.50); communicate with N. Milenkovich regarding same (.50); conference with PBGC regarding same (.50).

01/26/01    N M MILENKOVICH                       1.20              210.00
Research case law for Section 1114 of Bankruptcy Code (.7); conference with Andrioff regarding same (.5).

01/26/01    R S RIZZO                              .20              100.00
Telephone conference with J. Andrioff regarding termination of savings plan and SERP.

01/29/01    J L ANDRIOFF                          1.70              637.50
Communicate with PBGC regarding funded status of plan (1.0); communicate with Plan actuary (.30); communicate with G. Repp regarding retiree medical issues and resolutions (.40).

01/30/01    J L ANDRIOFF                          1.70              637.50
Communicate with M. McDermott regarding retiree issues (.70); review pension plan, savings plan issues (1.0).

01/31/01    J L ANDRIOFF                          2.50              937.50
Communicate with PBGC regarding plan termination issues with actuaries (1.50); review fiduciary liability policies and DOL audit notices (.50); conference with J. Carey regarding DOL audit (.50).

01/31/01    J F CAREY                              .50              250.00
Communicate with Andrioff regarding benefits and bankruptcy issues.

02/01/01    J L ANDRIOFF                          4.00            1,500.00
Communicate with PBGC, R. Romano regarding OMC pension plan termination (3.0); draft participant communications (.50), PBGC letter (.50).

02/01/01    R S RIZZO                              .20              100.00
Communicate with J. Andrioff regarding PBGC matters.

02/02/01    J L ANDRIOFF                          5.00            1,875.00
Communicate with PBGC regarding OMC pension plan termination (1.0); telephone conference with D. Haverick, SEI, G. Repp, R. Romano regarding pension plan termination issues (2.0); revise resolutions (1.0); review documents produced for DOL audit (.80); conference with R. Rizzo regarding PBGC issues (.2).

02/04/01    J L ANDRIOFF                          5.00            1,875.00
Draft and revise participant communications (3.0), resolutions (1.50) and PBGC letter (.50).

02/05/01    J L ANDRIOFF                          8.00            3,000.00
Communicate with DOL auditor at OMC (6.0); conference with T. Ellis, J. Rusk and D. Lomax regarding same (2.0).

02/05/01     D C HAGEN                          .20             96.00
   Telephone call with J. Andrioff regarding pension and retiree-medical issues.

02/05/01     R S RIZZO                          .70            350.00
   Review draft correspondence to G. Repp regarding qualified and nonqualified plan
   matters (.40); review draft of correspondence to PBGC (.30).

02/05/01     R S RIZZO                          .20            100.00
   Communicate with J. Andrioff regarding meeting with Department of Labor regarding
   audit of Pension Plan and extension of amendment to all retirement plans.

02/06/01     J L ANDRIOFF                      3.00          1,125.00
   Review and analyze bankruptcy issues for OMC regarding employee benefits.

02/07/01     J L ANDRIOFF                      5.20          1,950.00
   Communicate with G. Repp, IRS agent, M. McDermott, R. Romano, PBGC, L. Herz
   and V. Zerjav regarding impact of bankruptcy on employee benefits (1.0); revise retiree
   communication (2.40); research fiduciary issues regarding employee benefit plan (.50);
   prepare application for determination, notice to interested parties (.50); conferencewith
   Northern Trust regarding plan termination (.80).

02/07/01     N M MILENKOVICH                    .20             35.00
   Communicate with J. Andrioff regarding termination of plan.

02/08/01     N M MILENKOVICH                    .50             87.50
   Review and analyze Form 5310 regarding termination of plan.

02/12/01     J L ANDRIOFF                      1.70            637.50
   Draft and revise retiree communication, resolutions (.80); conference with PBGC
   regarding actions to assume plan (.50); prepare IRS determination letter application (.40).

02/12/01     N M MILENKOVICH                   2.00            350.00
   Review and analyze Form 5310 for filing of termination of benefit plan.

02/13/01     J L ANDRIOFF                      4.00          1,500.00
   Communicate with G. Repp regarding board resolutions (1.50); communicate with
   trustee, PBGC regarding employee benefit issues (1.0); prepare notice to interested
   parties (.50); prepare IRS filing (1.0).

02/13/01     N M MILENKOVICH                    .20             35.00
   Communicate with Andrioff regarding Form 5310.

02/13/01     D B PRIETO                         .50             87.50
   Research regarding payments OMC made to Jones Day one-year prior to the petition
   date for first fee application.

02/13/01     D B PRIETO                        1.20            210.00
   Draft and revise application to retain Jones Day as special counsel.

02/13/01     R S RIZZO                          .50            250.00
   Communicate with J. Andrioff regarding effect of bankruptcy on various employee
   benefit matters.

02/14/01    J L ANDRIOFF                          7.20        2,700.00
Communicate with board members, (Skadden) G. Repp and Weil (Gotshal) regarding
board resolutions terminating employee benefit plans (6.6); conference with Rizzo
regarding plan termination (.10); conference with W. McKay regarding plan termination
(.5).

02/14/01    W S MCKAY JR                          .50          187.50
Communicate with J. Andrioff regarding plan termination.

02/14/01    N M MILENKOVICH                      1.20          210.00
Draft and revise letter to OMC regarding missing information for Form 5310 filing.

02/14/01    R S RIZZO                             .70          350.00
Revise resolutions relating to termination of Savings Plan and cessation of benefit
accruals under the Pension Plan and Non-qualified Plans and other Plans (.60);
conference with J. Andrioff regarding same (.10).

02/15/01    J L ANDRIOFF                         3.70        1,387.50
Communicate with attorneys for GreenMarine regarding board resolutions (1.0); draft
employee communications (1.0); draft application for determination for Savings Plan
(1.0); communicate with G. Repp, D. Lomax, R. Romano regarding same (.30);
conference with Milenkovich regarding 5310 filing (.50).

02/15/01    N M MILENKOVICH                       .50           87.50
Communicate with J. Andrioff regarding 5310 filing.

02/15/01    N M MILENKOVICH                      2.00          350.00
Draft and revise Form 5310 application.

02/15/01    N M MILENKOVICH                      1.00          175.00
Draft and revise cover letter for Form 5310 application seeking missing information.

02/15/01    D B PRIETO                           3.00          525.00
Draft and revise application to retain Jones Day as special counsel.

02/15/01    D B PRIETO                           3.00          525.00
Draft and revise disclosure of compensation for application to retain Jones Day as
special counsel.

02/15/01    R S RIZZO                             .50          250.00
Review amended resolutions regarding plan termination and cessation of benefit accruals
(.30); conference with J. Carey regarding board meetings (.20).

02/16/01    J L ANDRIOFF                         4.00        1,500.00
Draft and revise IRS application for determination for Savings Plan (2.0); revise
employee communications (1.0); conference with G. Repp, E. Kaup, J. Rusk, D. Lomax
regarding plan issues (.50); conference with Milenkovich and Hewitt regarding same
(.50).

02/16/01    N M MILENKOVICH                       .50           87.50
Review and analyze Form 5310 application.

02/16/01     N M MILENKOVICH              2.00          350.00
Draft and revise Form 5310 Application draft (1.80); revise cover letter (.20).

02/16/01     N M MILENKOVICH               .50           87.50
Telephone conference with Hewitt and Associates and J. Andrioff regarding plan issues.

02/16/01     D B PRIETO                   2.50          437.50
Draft and revise Application to retain Jones Day as special counsel.

02/16/01     D B PRIETO                   1.70          297.50
Draft and revise Disclosure of Compensation for Application

02/19/01     J L ANDRIOFF                 5.00        1,875.00
Communicate with G. Repp, J. Rusk, E. Kaup, R. Romano and D. Lomax regarding
employee communications, DOL audit, plan expense issues (3.0); communicate with
Hewitt regarding plan issues (2.0).

02/19/01     D B PRIETO                   2.00          350.00
Draft and revise order approving Application to retain Jones Day as special counsel.

02/19/01     D B PRIETO                   1.70          297.50
Draft and revise Application to retain Jones Day as special counsel.

02/19/01     R S RIZZO                     .20          100.00
Communicate with J. Andrioff regarding impact of plan issues.

02/19/01     R S RIZZO                     .50          250.00
Review and revise drafts of communications to participants of Savings Plan and
Retirement Plan.

02/20/01     J L ANDRIOFF                 4.00        1,500.00
Draft and revise summary of plan provisions (2.0); revise employee communications
(1.0); communicate with G. Shoup, E. Kaup, G. Repp and R. Rizzo regarding same (.50);
telephone conference with R. Rizzo regarding plan termination issues (.50).

02/20/01     N M MILENKOVICH               .70          122.50
Communicate with client regarding Form 5310 Application.

02/20/01     D B PRIETO                   2.00          350.00
Draft and revise application to retain Jones Day as special counsel.

02/20/01     R S RIZZO                    2.20        1,100.00
Communicate with J. Andrioff regarding Department of Labor audit matters and
pension plan terminations (.50); discussion with G. Repp regarding Department of
Labor audit and plan termination issues (1.80).

02/20/01     K A STIEBER                  1.00          235.00
Office conference with J. Andrioff regarding J. Rusk affidavit (.30); draft Rusk affidavit
(.70).

02/21/01     J L ANDRIOFF                 3.20        1,200.00
Communicate with G. Repp regarding savings plan issues and communications, affidavit,
VEBA issues, DOL response and premium issue.

02/21/01      D B PRIETO                        2.70              472.50
Draft and revise Application to retain Jones Day as special counsel.

02/22/01      J L ANDRIOFF                      2.00              750.00
Draft and revise affidavit (.50); draft employee communications (.50); conference with
G. Repp regarding DOL investigation (.50); draft response to DOL (.50).

02/22/01      N M MILENKOVICH                    .50               87.50
Due diligence regarding life insurance fiduciary breach.

02/22/01      N M MILENKOVICH                   2.50              437.50
Research regarding life insurance fiduciary breach.

02/22/01      S C SPITZNAGLE                     .20               41.00
Telephone call to McDermott and J. Andrioff regarding Rusk Affidavit.

02/22/01      S C SPITZNAGLE                     .20               41.00
Telephone calls to Rusk regarding Affidavit.

02/22/01      S C SPITZNAGLE                     .50              102.50
Review Plan Summaries and Rusk affidavit.

02/23/01      J L ANDRIOFF                      3.50            1,312.50
Draft and revise affidavit (1.20); review variuos plans (.50); conference with G. Repp, M.
Miller (PBGC), M. Segal regarding controlled group issues (.30); revise employee
communication (.40); review PBGC trustee agreement (.20); prepare DOL response
(.30); review Hewitt communication (.10); communicate with savings plan participant
(.10); conference with Rizzo regarding PBGC Agreement (.40).

02/23/01      W S MCKAY JR                       .20               75.00
Communicate with J. Andrioff regarding welfare plan premium refund.

02/23/01      N M MILENKOVICH                   2.50              437.50
Research regarding life insurance plan investigation of OMC.

02/23/01      N M MILENKOVICH                   1.00              175.00
Draft memorandum regarding findings of life insurance plan investigation of OMC.

02/23/01      R S RIZZO                         1.70              850.00
Review proposed agreement with PBGC relating to termination of Pension Plan (1.0);
research regarding Title IV provision (.30); conference with J. Andrioff regarding
Agreement with PBGC and welfare plan issues (.40).

02/23/01      S C SPITZNAGLE                     .20               41.00
Telephone call to McDermott regarding Rusk Affidavit.

02/23/01      S C SPITZNAGLE                     .20               41.00
Revise Rusk Affidavit.

02/23/01      S C SPITZNAGLE                     .50              102.50
Review Plan Summaries and Rusk Affidavit.

02/26/01      J L ANDRIOFF                           5.00            1,875.00
Draft and revise retiree communication (4.0); conference with M. Segal, M. Miller, R. Rizzo regarding PBGC issues (.50); conference with G. Repp regarding 401(k) plan issues (.50).

02/26/01      N M MILENKOVICH                        1.70             297.50
Research regarding Department of Labor Advisory opinions related to premium stabilization reserves.

02/26/01      N M MILENKOVICH                         .50              87.50
Review and analyze consent decree in which OMC entered into with Department of Labor in 1995.

02/26/01      N M MILENKOVICH                         .20              35.00
Review response to DOL related to $3,000 penalty assessed against OMC for not complying with Form 5500, on their Four Winn profit sharing plan.

02/26/01      N M MILENKOVICH                         .70             122.50
Draft and revise letter to Department of Labor in response to penalty allegation.

02/26/01      R S RIZZO                               .50             250.00
Communicate with J. Andrioff regarding notice received from PBGC and action to terminate Pension Plan.

02/26/01      S C SPITZNAGLE                          .20              41.00
Draft letter to McDermott and Miller regarding Rusk Affidavit and exhibits.

02/26/01      S C SPITZNAGLE                          .20              41.00
Due diligence regarding plan exhibits to Rusk Affidavit.

02/27/01      J L ANDRIOFF                           5.50            2,062.50
Communicate with OMC board, M. Segal and R. Rizzo regarding plan amendment (1.50); conference with PBGC, R. Rizzo, D. Haverick, G. Repp regarding Pension Plan issues (1.50); review retiree medical issues (2.5).

02/27/01      B B ERENS                               .50             180.00
Telephone call with J. Andrioff regarding Board issues regarding termination of plan (.10); prepare for hearing regarding the same (.30); telephone call with R. Chesley regarding the same (.10).

02/27/01      N M MILENKOVICH                         .50              87.50
Review response to Department of Labor (.20); revise letter regarding same (.30).

02/27/01      R S RIZZO                               .50             250.00
Review and revise draft of resolutions regarding Pension Plan (.40); telephone conference with J. Andrioff regarding same (.10).

02/27/01      R S RIZZO                              3.70            1,850.00
Plan and prepare for conference call with Board regarding pension plan issues (.50); discussion with J. Andrioff and plan actuary regarding termination issues (.30); telephone conference with plan actuary, G. Repp and B. Romano regarding annuity issues (1.40); telephone conference with PBGC regarding press release and corporate action regarding plan termination (.50); telephone conference with R. Fleder and M. Segal regarding plan

termination issue (.80); telephone conference with J. Andrioff regarding issues to be
discussed at evening Board meeting (.20).

| 02/28/01 | J L ANDRIOFF | 7.20 | 2,700.00 |
|---|---|---|---|

Appear for and attend bankruptcy court hearing regarding motion on employee
benefits(2.50); prepare for same (2.50); research regarding notice issues (1.0); conference
with PBGC, DOL, M. Segal regarding hearing (1.20).

| 02/28/01 | B B ERENS | 2.50 | 900.00 |
|---|---|---|---|

Attend bankruptcy hearings regarding retiree medical termination.

| 02/28/01 | N M MILENKOVICH | 3.20 | 560.00 |
|---|---|---|---|

Research statutory law to determine if corporation has to give legal notice to an
employee prior to terminating coverage with a medical insurance carrier.

| 02/28/01 | R S RIZZO | .50 | 250.00 |
|---|---|---|---|

Communicate with J. Andrioff regarding hearing.

| 03/01/01 | J L ANDRIOFF | 5.00 | 1,875.00 |
|---|---|---|---|

Communicate with PBGC regarding annuity purchase progress (1.50); conference with
insurance brokers, Aon regarding insurance issues (.80) ; conference with N. Hennessy
regarding same (.50); review elimination of ancillary benefit issue (.60); due diligence
regarding staffing issue (.80); conference with D. Haverick, R. Romano regarding PBGC
issues (.80).

| 03/01/01 | J R CORNELL | .50 | 287.50 |
|---|---|---|---|

Telephone conference with J. Andrioff regarding PBGC issues and proposed annuity
purchase.

| 03/01/01 | N M MILENKOVICH | .20 | 35.00 |
|---|---|---|---|

Due diligence regarding Form 5310 filing status.

| 03/02/01 | J L ANDRIOFF | 5.50 | 2,062.50 |
|---|---|---|---|

Draft and revise IRS determination letter for Savings Plan (1.30); conference with N.
Milenkovich regarding same (.50); conference call with PBGC regarding participant
communication, status and annuity bid process(1.30); conference with M. Segal regarding
annuity bid process(.60), conference with R. Rizzo regarding same (.50); prepare for call
with PBGC regarding elimination of ancillary benefits (1.00); conference with S.
Blumling regarding same (.30).

| 03/02/01 | S J BLUMLING | 2.70 | 553.50 |
|---|---|---|---|

Communicate with J. Andrioff regarding 411(d)(6) issues (.50); research regarding same
(1.40); review of documents regarding same (.80).

| 03/02/01 | N M MILENKOVICH | 1.50 | 262.50 |
|---|---|---|---|

Communicate with Gordon Repp, J. Andrioff regarding Form 5310 (.50); review Form
5310 for missing information (1.0).

| 03/02/01 | R S RIZZO | .50 | 250.00 |
|---|---|---|---|

Communicate with J. Andrioff regarding PBGC matters.

03/05/01      J L ANDRIOFF                              5.50              2,062.50
Draft and revise IRS determination letter application for Savings Plan(4.50); conference
with N. Milenkovich regarding same (.80), conference with R. Rizzo regarding same
(.20).

03/05/01      S J BLUMLING                             6.20              1,271.00
Preparation of memorandum regarding 411(d)(6) issues (4.0); research regarding same
(1.40); review of documents regarding same (.80).

03/05/01      N M MILENKOVICH                          9.00              1,575.00
Revise Form 5310 (7.2); prepare same for filing (1.0); conference with Andrioff
regarding same (.8).

03/06/01      J L ANDRIOFF                             2.70              1,012.50
Plan and prepare for PBGC conference call (.80); draft employee communication (1.00);
draft communication regarding IRS submission of Savings Plan (.90).

03/06/01      S J BLUMLING                             3.20                656.00
Research regarding 411(d)(6) and 204(h) issues (2.10); draft memorandum regarding
same (1.10).

03/06/01      N M MILENKOVICH                          1.00                175.00
Draft and revise letter to Gordon Repp regarding IRS filing.

03/07/01      J L ANDRIOFF                             2.70              1,012.50
Communicate with PBGC, D. Haverick, R. Rizzo, R. Romano, E. Martinez regarding
pension plan issues (2.00); conference with D. Lomax regarding data issues (.70).

03/07/01      S J BLUMLING                             1.50                307.50
Telephone conference with J. Andrioff regarding pension plan termination issues (.50);
review of documents regarding same (.4); conference call with PBGC regarding same
(.6).

03/07/01      R S RIZZO                                2.20              1,100.00
Plan and prepare for conference call at PBGC regarding plan termination issues (.50);
conference call regarding same (.90); discussion with J. Andrioff regarding same (.70).

03/08/01      J L ANDRIOFF                             3.00              1,125.00
Communicate with J. Rusk, D. Lomax, D. Haverick regarding annuity bid for Pension
Plan (1.00), review subpoenaed documents for DOL (1.00); draft resolutions for Four
Winns matter (1.00).

03/08/01      M D MALONEY                               .20                 70.00
Communicate with Andrioff regarding VEBA issue.

03/08/01      N M MILENKOVICH                          2.00                350.00
Review and analyze missing information from 5310 filing (1.0); draft letter to Gordon
Repp indicating what information is needed for a supplemental filing (1.0).

03/08/01      R S RIZZO                                 .20                100.00
Communicate with J. Andrioff regarding plan termination issues.

03/09/01      J L ANDRIOFF                          3.70              1,387.50
    Communicate with PBGC, R. Rizzo, J. Rusk, D. Lomax D. Haverick , E. Kaup, counsel
    for Mercy Hospital and M. Segal regarding Four Winns medical claims payment, pension
    plan communication and mailing arrangements regarding supplemental benefits (2.8),
    data clean-up for annuity providers (.10), DOL subpoena of welfare plan documents
    (.10); draft participant communication and board resolutions (50); conference with N.
    Milenkovich regarding Savings Plan filing (.20).

03/09/01      N M MILENKOVICH                       .70               122.50
    Communicate with Joni Andrioff regarding supplemental filing (.20), revise letter to Bob
    Romano requesting supplemental informationsent (.50).

03/12/01      J L ANDRIOFF                          4.00              1,500.00
    Communicate with R. Romano, D. Haverick and R. Rizzo regarding plan liability
    estimates (.50); draft summary regarding same for PBGC (1.00); conference with R.
    Rizzo regarding Hewitt matters (.80); draft summary of issues for R. Romano (.20);
    conference with E. Kaup and M. McDermott regarding elimination of ancillary benefit
    issue (1.50).

03/12/01      R S RIZZO                             3.70              1,850.00
    Communicate with J. Andrioff regarding Hewitt estimate of additional liabilities (.80);
    telephone conference with PBGC regarding plan termination matters and PBGC
    foreclosure (.70); revise draft of notice to participants regarding amendment to plan to
    eliminate ancillary benefits (.80); conference call with J. Andrioff and M. Segal regarding
    Title IV issues and bankruptcy court actions (1.40).

03/13/01      J L ANDRIOFF                          3.70              1,387.50
    Communicate with PBGC regarding status issues and press release(1.10); draft status
    letter (1.00); conference with E. Martinez, R. Romano, T. Ellis regarding plan expense
    issues (.30); conference with R. Rizzo regarding plan termination issues (.50); conference
    with G. Shoup, Hewitt regarding plan expense issue(.50); conference with DOL agent
    regarding pension plan audit (.30).

03/13/01      R S RIZZO                             2.70              1,350.00
    Telephone conference with PBGC regarding annuity purchase issues and plan
    administrations (2.20); telephone conference with J. Andrioff and M. Segal regarding
    plan termination issue (.50).

03/14/01      J L ANDRIOFF                          3.00              1,125.00
    Draft and revise status letter to PBGC (.2.0); communicate with PBGC, N. Hennessy
    regarding annuity bid process (1.0).

03/14/01      S J BLUMLING                          .20               41.00
    Telephone conference with J. Andrioff regarding fiduciary issues in selecting an annuity
    provider.

03/14/01      R S RIZZO                             2.20              1,100.00
    Review draft of PBGC press release (.50); telephone conference with general counsel of
    PBGC regarding press release and suggested modifications (.50); review outline of plan
    administration issues and OMC letter to PBGC regarding plan issues (.20); telephone
    conference with B. Romano regarding same (.50); conference with J. Andrioff regarding
    plan matters (.50).

03/15/01      J L ANDRIOFF                         4.00           1,500.00
Draft and revise savings plan communication (1.00), conference with Hewitt regarding
plan expense issues (1.8) communicate with J. Rusk, DOL agent regarding subpoena
response (.40); due diligence regarding annuity bids (.40); communicate with PBGC
regarding plan administration issues (.40).

03/15/01      R S RIZZO                             .50            250.00
Communicate with J. Andrioff regarding asset matters and Board meeting issues (.2);
review memorandum to B. Roman regarding employee benefit issues (.3).

03/16/01      J L ANDRIOFF                         5.20           1,950.00
Draft and revise outline of qualified plan issues for D. Kurtz, E. Kaup (.80); participant
in OMC board conference call (.80); communicate with E. Martinez, R. Romano, T. Ellis
regarding savings plan issues (.60); research regarding early retirement issues with S.
Blumling (.50); communicate with T. Geoghean of IMMA union (.50); communicate
with M. Segal, PBGC regarding press release (.80); revise resolution regarding four
Winns health plan issues (.50); prepare for DOL audit (.50); review annuity bid
package(.20).

03/16/01      S J BLUMLING                         1.70            348.50
Telephone call with J. Andrioff regarding termination of pension plan (.5) research
regarding same (1.2).

03/16/01      R S RIZZO                             .50            250.00
Review and revise memorandum to D. Kusnetz regarding plan termination issues (.3);
review PBGC release regarding annuity trial (.2).

03/18/01      S J BLUMLING                         1.00            205.00
Research regarding ancillary benefits.

03/19/01      J L ANDRIOFF                         3.00           1,125.00
Communicate with Congressman Kirk's office regarding termination plan issues (.80),
revise Four Winns resolutions (.60); prepare for IRS audit meeting (1.0); conference with
PBGC regarding plan issues (.60).

03/19/01      S J BLUMLING                          .70            143.50
Research regarding cut-back of social security supplements.

03/20/01      J L ANDRIOFF                         6.00           2,250.00
Plan and prepare for DOL audit meeting regarding pension plan (1.0) attend same (3.5);
confer with E. Martinez, T. Ellis, R. Romano, N. Milenkovich regarding same (.80);
confer with N. Hennessy regarding same (.70).

03/20/01      S J BLUMLING                         2.70            553.50
Research regarding cut-back of social security supplements (2.0); review of documents
regarding same (.7).

03/20/01      N M MILENKOVICH                      2.00            350.00
Communicate with Department of Labor regarding benefits plans.

03/20/01      R S RIZZO                             .20            100.00
Communicate with J. Andrioff regarding ERISA fiduciary issues.

| 03/21/01 | S J BLUMLING | 1.20 | 246.00 |

Research regarding ERISA fiduciary issues.

| 03/21/01 | R A CHESLEY | .70 | 297.50 |

Attention to billing and fee request matters (.6); telephone conferences with debtors' counsel regarding same (.1).

| 03/21/01 | N M MILENKOVICH | .20 | 35.00 |

Conference with Darlene Lowax at OMC regarding 401 (k) filing.

| 03/21/01 | N M MILENKOVICH | 1.00 | 175.00 |

Draft and revise notes from DOL inquiry.

| 03/21/01 | D B PRIETO | 2.00 | 350.00 |

Draft and revise motion regarding approval of compensation and expenses.

| 03/22/01 | J L ANDRIOFF | 1.00 | 375.00 |

Draft and revise letter to SEI regarding SERP payments.

| 03/22/01 | S J BLUMLING | 1.00 | 205.00 |

Research regarding ERISA fiduciary issues.

| 03/22/01 | D B PRIETO | 4.00 | 700.00 |

Draft and revise motion regarding approval of compensation and expenses for ordinary course professional.

| 03/23/01 | D B PRIETO | 2.00 | 350.00 |

Draft and revise motion regarding approval of compensation and expenses for ordinary course professional.

| 03/25/01 | S J BLUMLING | 4.70 | 963.50 |

Draft memorandum regarding fiduciary obligations in selecting an annuity provider (3.5); research regarding same (1.2).

| 03/26/01 | J L ANDRIOFF | 1.70 | 637.50 |

Analyze bankruptcy issues, including Galesburg retiree issues (.50), 401(k) plan expense issues (.60), DOL audit issues (.60).

| 03/26/01 | D B PRIETO | 2.70 | 472.50 |

Draft and revise motion approving compensation and expenses for ordinary course professional.

| 03/26/01 | R S RIZZO | .20 | 100.00 |

Review correspondence to pension plan trustee regarding payments from pension trust.

| 03/27/01 | J L ANDRIOFF | 2.00 | 750.00 |

Communicate with E. Martinez regarding 401(k) plan issues (1.2); review to do list for OMC matters (.40); review issues regarding employee benefit matters (.40).

| 03/28/01 | J L ANDRIOFF | 2.70 | 1,012.50 |

Communicate with E. Martinez, T. Ellis, Hewitt regarding 401(k) plan issues (.90); draft lump sum letter (1.80).

03/29/01     J L ANDRIOFF                          .20              75.00
Communicate with DOL agent regarding audit.

03/30/01     J L ANDRIOFF                          .70             262.50
Communicate with M. Segal regarding review of annuity bids.

04/02/01     J L ANDRIOFF                         3.30           1,237.50
Communicate with E. Martinez, R. Romano regarding annuity quotes (1.0); conference
with Aon Consulting regarding same (.5); prepare for board meeting (1.0); conference
with E. Martinez, Hewitt regarding termination of savings plan (.5); draft distribution
forms for Lowe (.3).

04/02/01     Y FERTMAN                             .30              61.50
Communicating with J. Andrioff and R. Rizzo regarding underfunded plan.

04/02/01     R S RIZZO                             .50             250.00
Communicate with J. Andrioff regarding insurance company bids and alternative
strategies.

04/03/01     J L ANDRIOFF                         4.30           1,612.50
Draft and revise pension plan issues (2.0); board meeting regareding same (1.5);
communicate with E. Martinez, R. Romano, T. Ellis regarding employee benefit plan
matters (.8).

04/03/01     N M MILENKOVICH                       .30              52.50
Plan and prepare for OMC tele-conference regarding status of employee benefit matters.

04/03/01     N M MILENKOVICH                      2.00             350.00
Tele-conference regarding issues surrounding PBGC and annuity plans.

04/03/01     R S RIZZO                             .20             100.00
Communicate with J. Andrioff regarding annuity bid issues.

04/04/01     W A AESCHLIMANN                       .70             105.00
Draft and revise letter from S. Pace regarding Metzner claim (.4); draft letter to S. Pace
regarding bankruptcy issues (.3).

04/04/01     J L ANDRIOFF                         1.00             375.00
Draft and revise letter to creditors committee regarding plan termination issues (.80);
communicate with R. Rizzo regarding plan termination issues (.2).

04/04/01     N M MILENKOVICH                       .50              87.50
Communicate with Joni Andrioff regarding research findings concerning fiduciary
relationships of an attorney.

04/04/01     N M MILENKOVICH                      4.00             700.00
Research regarding possible breach of fiduciary duty by plan fiduciary if plan not
immunized during bid process for possible annuitizing of plan.

04/04/01     R S RIZZO                             .70             350.00
Communicate with J. Andrioff regarding prior discussion with Board regarding plan
termination issues (.20) ; review and revise draft of letter to Creditors Committee
regarding plan termination issues (.50).

04/05/01    N M MILENKOVICH                    2.00              350.00
Review and analyze notes from meeting on April 2, 2001 with OMC officers and board
members.

04/05/01    N M MILENKOVICH                    1.00              175.00
Due diligence regarding information and drafts of Form 3510.

04/05/01    N M MILENKOVICH                    2.50              437.50
Research regarding fiduciary liability for allowing pension plan assets to decrease in a
sudden decrease of a volatile market.

04/06/01    W A AESCHLIMANN                     .30               45.00
Communicate with J. Sear regarding bankruptcy issues involving plan termination issues.

04/06/01    J L ANDRIOFF                       4.00            1,500.00
Draft and revise voice response system script for Savings Plan (.80); draft employee
communications for Savings Plan distributions (1.20); respond to participant requests for
information (.80); address IDES audit request (.50); conference with R. Romano
regarding subpoena items (.70).

04/06/01    N M MILENKOVICH                    2.80              490.00
Research regarding whether there exists a breach in fiduciary duty if a fiduciary of a plan
fails to immunize the plan upon plan termination.

04/06/01    N M MILENKOVICH                    1.00              175.00
Draft memorandum regarding a fidcuiary breach for failing to immunize a plan.

04/09/01    J L ANDRIOFF                       3.50            1,312.50
Communicate with E. Martinez regarding employee communications for savings plan
(.80); review voice response system script for savings plan (.50); draft letter to Savings
Plan trustee (1.00); draft distribution forms for Lowe participants (1.00); communicate
with Hewitt Associates regarding savings plan(.20).

04/10/01    W A AESCHLIMANN                     .80              120.00
Draft and revise letter to J. Sear regarding bankruptcy issues.

04/10/01    J L ANDRIOFF                       4.30            1,612.50
Communicate with D. Shelley, E. Martinez regarding Savings Plan checklist items (.60);
attention to checklist items (.20); research regarding plan expenses issue (.80); follow-up
participant requests (.60); communicate with Galesburg congressional office (.50); review
creditors letter draft (.80); draft letter to Lowe participants, distribution form (.80).

04/10/01    M A CODY                           1.50              405.00
Review materials in preparation for fee hearing (1.20); meeting with Prieto regarding
same (.30).

04/11/01    J L ANDRIOFF                       4.30            1,612.50
Appear for and attend bankruptcy court regarding fee petition (1.2); complete
participant communications for savings plan (1.0); review creditors letter (.2); conference
call with PBGC regarding plan termination issue (1.0); communicate with DOL agent
regarding pension plan (.9).

04/11/01     M A CODY                          1.70              459.00
Review materials in preparation fo fee hearing (.50); attend fee hearing (1.20).

04/11/01     N M MILENKOVICH                   1.00              175.00
Appear for and attend bankruptcy court hearing regarding payment for February legal
fees.

04/11/01     S C SPITZNAGLE                     .80              164.00
Research regarding ERISA disclosure requirements.

04/12/01     J L ANDRIOFF                      2.30              862.50
Draft and revise distribution forms for Savings Plan (1.5), conference with E. Martinez
regarding Savings Plan issues (.4), finalize plan communications (.4).

04/12/01     N M MILENKOVICH                    .60              105.00
Draft and revise letter to I.R.S. requesting withdrawal of Application for Determination
of a qualified plan.

04/12/01     N M MILENKOVICH                    .20               35.00
Communicate with I.R.S. regarding proper procedure regarding withdrawal of Form
5310 Application for Determination.

04/12/01     N M MILENKOVICH                    .10               17.50
Communicate with Joni Andrioff regarding withdrawal procedure and letter to I.R.S.
seeking withdrawal.

04/12/01     R S RIZZO                          .30              150.00
Communicate with J. Andrioff regarding plan termination issues.

04/12/01     S C SPITZNAGLE                    3.00              615.00
Research regarding ERISA disclosure requirements.

04/12/01     S C SPITZNAGLE                    1.50              307.50
Draft memorandum to Andrioff and Steve Catlett regarding ERISA disclosure
requirements.

04/13/01     J L ANDRIOFF                      3.50            1,312.50
Communicate with PBGC regarding plain termination issues (.80); communicate with D.
Shelley regarding Savings Plan forms, distributions, expenses (.80); review Savings Plan
distribution forms (.20); communicate with B. Johnson, L. Leitza, congressional office,
L. Judson, R. Romano regarding participant requests for information (.80); research
regarding payment of joint and survivor annuity regarding participant (.50); conference
with S. Spitznagle regarding disclosure requirements for plan document requests (.20);
review communication regarding qualified domestic relations order regarding savings
plan participant (.20).

04/13/01     Y FERTMAN                          .50              102.50
Reviewed notice of direct rollovers.

04/13/01     S C SPITZNAGLE                    1.50              307.50
Drafted memorandum to Joni Andrioff and Steve Catlett regarding ERISA disclosure
requirements.

04/16/01     J L ANDRIOFF                              3.50            1,312.50
   Communicate with N. Hennessy, R. Rizzo, D. Haverick, M. Segal, E. Martinez, R.
   Romano regarding PBGC letter and response (1.50); draft response (1.00); conference
   with M. McDermott regarding respose to participant requests (.50); conference with D.
   Shelley regarding Savings Plan (.50).

04/16/01     R S RIZZO                                 1.00             500.00
   Review PBGC letter (.20); draft response (.40); outline alternatives regarding treatment
   of plan (.20); conference with J. Andrioff regarding same (.20).

04/17/01     J L ANDRIOFF                              1.50             562.50
   Communicate with R. Romano regarding employee benefit plan issues (.70); conference
   with McDermott and PBGC (.80).

04/17/01     R S RIZZO                                  .30             150.00
   Review letter from PBGC (.20) and discussion with J. Andrioff regarding same (.10).

04/20/01     J L ANDRIOFF                              3.00            1,125.00
   Draft and revise response letter to PBGC (2.00); conference with E. Martinez, R.
   Romano and PBGC regarding same (1.00).

04/20/01     R S RIZZO                                  .30             150.00
   Review draft of response to PGBC (.10) and telephone conference with J. Andrioff
   regarding same (.20).

04/26/01     J L ANDRIOFF                               .70             262.50
   Communicate with E. Martinez regarding pension plan issues.

04/28/01     J L ANDRIOFF                               .80             300.00
   Communicate with E. Martinez regarding employee benefit plan issues.

04/30/01     J L ANDRIOFF                               .70             262.50
   Communicate with E. Martinez regarding employee benefit plan issues.

05/01/01     J L ANDRIOFF                              1.50             562.50
   Communicate with E. Martinez regarding participant request, pension plan items.

05/01/01     R S RIZZO                                 1.50             750.00
   Communicate with J. Andrioff regarding annuitization issues (.20); conference call with
   J. Andrioff and N. Hennessey regarding same (.50); review Title IV categories (.80).

05/02/01     J L ANDRIOFF                              4.90            1,837.50
   Conference with PBGC regarding pension plan issues (1.3); conference call with OMC
   Board regarding plan issues (1.5); conferencewith R. Rizzo, E. Martinez regarding
   pension plan issues (1.0); research regarding pension plan issues (.6); conference with E.
   Martinez regarding 401(k) plan issues (.5).

05/02/01     R S RIZZO                                 1.80             900.00
   Plan and prepare for conference call with OMC directors to discuss alternatives
   regarding pension plan, including annuitization process and liquidation of plan assets
   (.80); discussion with J. Andrioff regarding telephone conference with PBGC (.10).

05/03/01      J L ANDRIOFF                        4.30           1,612.50
Communicate with PBGC, E. Martinez, R. Romano regarding Pension Plan disposition
(1.1); conference with E. Martinez regarding Pension Plan, 401(k) plan issues (1.2);
research regarding pension plan issues (1.0); conference with N. Hennessy regarding
pension plan, annuity bid issues (.5); communicate with D. Haverick regarding pension
plan issues (.5).

05/03/01      Y FERTMAN                           1.20            246.00
Conference call with PBGC officials regarding plan termination options.

05/03/01      Y FERTMAN                            .80            164.00
Conference call with E. Martines regarding plan termination options.

05/03/01      Y FERTMAN                           2.30            471.50
Research issue of rollovers of corrective distributions.

05/04/01      J L ANDRIOFF                        1.50            562.50
Communicate with E. Martinez regarding 401(k) plan issues, participant
communications, SEI trust issues (.7); communicate with N. Hennessy regarding
meeting (.1); research regarding rollover issues (.2); conference with Y. Fertman
regarding rollover issues (.4); communicate with S. Catlett regarding SEI trust issues (.1).

05/04/01      Y FERTMAN                            .60            123.00
Communicated with J. Andrioff regarding issues of rollovers.

05/04/01      Y FERTMAN                            .30             61.50
Research regarding issues of rollovers.

05/04/01      R S RIZZO                            .50            250.00
Review emails from ASA (.30); discussion with J. Andrioff regarding same (.20).

05/07/01      W A AESCHLIMANN                      .20             30.00
Review and analyze order regarding court conference.

05/07/01      J L ANDRIOFF                        3.40           1,275.00
Communicate with PBGC regarding pension plan issues (1.2); prepare for PBGC call
(1.0); conference with Aon, E. Martinez regarding annuity bidsn (.6); review plan
termination and data update issues (.6).

05/07/01      J L ANDRIOFF                         .80            300.00
Conference with Aon, E. Martinez regarding 401 (k) plan issues.

05/07/01      Y FERTMAN                           4.00            820.00
Conference calls with OMC and PBGC regarding annuitization and plan termination
options (1.90); conference call with OMC and Hewitt Associates regarding same (2.10).

05/07/01      Y FERTMAN                           1.30            266.50
Maintaining data files, records of conference with PBGC.

05/07/01      W S MCKAY JR                         .50            187.50
Communicate with J. Andrioff regarding distribution of benefits issue on termination.

05/08/01     J L ANDRIOFF                          2.50              937.50
    Communicate with E. Martinez regarding pension plan matters (1.0); research regarding
    plan termination issues (1.5)

05/08/01     R S RIZZO                              .20              100.00
    Communicate with J. Andrioff regarding plan fiduciary issues.

05/09/01     J L ANDRIOFF                          .80              300.00
    Communicate with PBGC regarding pension plan matters (.60); conference with N.
    Hennessy regarding annuity purchase issues (.20).

05/09/01     R S RIZZO                              .30              150.00
    Communicate with J. Andrioff regarding meeting with PBGC.

05/10/01     J L ANDRIOFF                          2.80            1,050.00
    Communicate with PBGC regarding pension plan (1.50); conference with N. Hennessy
    regarding annuity purchase issues (.20); conference with E. Martinez regarding plan
    termination (.50); conference with M. Segal regarding PBGC communications (.3);
    research communications (.3).

05/10/01     J L ANDRIOFF                          .20               75.00
    Conference with N. Hennessy regarding annuity purchase issues.

05/10/01     R S RIZZO                              .20              100.00
    Communicate with J. Andrioff regarding meeting with PBGC and partial annuitization.

05/14/01     J L ANDRIOFF                          2.90            1,087.50
    Communicate with PBGC regarding OMC pension plan (1.10); prepare for conference
    call (.80); conference with E. Martinez regarding plan issues (1.00).

05/14/01     R S RIZZO                              .50              250.00
    Communicate with J. Andrioff regarding pension plan annulization issues (.20); prepare
    for conference call with PBGC (.30).

05/15/01     J L ANDRIOFF                          1.10              412.50
    Communicate with E. Martinez regarding pension plan issues (.6); research regarding
    bridging issues (.5).

05/15/01     Y FERTMAN                             .70              143.50
    Conference call with PBGC regarding plan termination options.

05/15/01     Y FERTMAN                             .30               61.50
    Conference call with E. Martines regarding plan termination options.

05/15/01     Y FERTMAN                             .30               61.50
    Communicated with N. Hennessy regarding plan termination.

05/15/01     Y FERTMAN                             .30               61.50
    Communicated with J. Andrioff regarding advanced retirement benefits under the plan.

05/15/01     R S RIZZO                              .30              150.00
    Communicate with J. Andrioff regarding conference call with PGBC.

| 05/16/01 | J L ANDRIOFF | 1.10 | 412.50 |

Communicate with E. Martinez regarding board call and pension plan issues (.6); conference with Aon regarding annuity bid solicitations (.5).

| 05/16/01 | J L ANDRIOFF | .50 | 187.50 |

Conference with Aon regarding annuity bid solicitations.

| 05/16/01 | Y FERTMAN | .50 | 102.50 |

Due diligence regarding records of communications with PBGC.

| 05/16/01 | W S MCKAY JR | .30 | 112.50 |

Communicate with J. Andrioff regarding pension termination.

| 05/17/01 | J L ANDRIOFF | 2.90 | 1,087.50 |

Communicate with R. Romano, E. Martinez and J. Rusk regarding bridging issue (.8); conference call with E. Martinez, D. Haverick regarding funding (.8); conference with N. Hennessy regarding funding issues (.8); review participant requests for information (.5).

| 05/17/01 | W S MCKAY JR | .30 | 112.50 |

Communicate with J. Andrioff regarding pension termination.

| 05/21/01 | J L ANDRIOFF | 4.50 | 1,687.50 |

Communicate with E. Martinez regarding pension plan issues (1.6); conference call with T. Toale, SEI Trust Company regarding immunization of assets (1.0); prepare for call with OMC board of directors regarding plan issues (.6); call with OMC board of directors (.8); draft board resolutions, minutes (.5).

| 05/21/01 | J S LEAVITT | .20 | 93.00 |

Communicate with Andrioff regarding termination of pension plan.

| 05/21/01 | N M MILENKOVICH | 1.00 | 175.00 |

Attended OMC Informational Board Meeting.

| 05/22/01 | J L ANDRIOFF | 2.80 | 1,050.00 |

Conference call with Aon, SEI Trust regarding pension plan assets (1.0); conference with N. Hennessy regarding annuity bid (1.0); communicate with actuary (.8).

| 05/22/01 | J L ANDRIOFF | 2.40 | 900.00 |

Communicate with E. Martinez.

| 05/23/01 | J L ANDRIOFF | 4.10 | 1,537.50 |

Communicate with PBGC regarding technical data regarding allocation categories for plan termination (1.0); communicate with J. Cohen of PBGC (.5); review plan termination regulations (.8); draft board resolutions (.6); communicate with E. Martinez regarding pension plan issues (1.20)

| 05/23/01 | J L ANDRIOFF | 1.10 | 412.50 |

Communicate with actuary regarding plan issues(.6); conference with N. Hennessy regarding preliminary call with PBGC (.5)

| 05/24/01 | J L ANDRIOFF | 4.40 | 1,650.00 |

Conference with T. Toale regarding immunization issues (.5); review materials sent by SEI regarding pension plan assets (1.1); draft board resolutions and funding policy for pension plan (2.0); review outstanding issues and create status list (.8).

| 05/24/01 | J L ANDRIOFF | .60 | 225.00 |

Communicate with D. Haverick, E. Martinez regarding data cleanup issues (.60).

| 05/24/01 | J S LEAVITT | .70 | 325.50 |

Communicate with J. Andrioff regarding investment of pension plan assets pending termination.

| 05/25/01 | J L ANDRIOFF | 2.40 | 900.00 |

Draft and revise board resolutions (.6), SEI authorization letter (.2); review materials prepared by SEI, Aon regarding pension plan immunization (.8), conference with E. Martinez regarding same (.8).

| 05/25/01 | Y FERTMAN | 1.00 | 205.00 |

Researched issue of social security payments to working retirees.

| 05/30/01 | N M MILENKOVICH | 1.00 | 175.00 |

Appear for and attend OMC telephone conference regarding its D.C. plan.

| 06/04/01 | J L ANDRIOFF | .50 | 187.50 |

Communicate with E. Martinez regarding pension issues.

| 06/04/01 | J L ANDRIOFF | 1.00 | 375.00 |

Draft and revise board resolutions.

| 06/05/01 | J L ANDRIOFF | .50 | 187.50 |

Communicate with E. Martinez regarding pension plan issues.

| 06/05/01 | J L ANDRIOFF | 1.00 | 375.00 |

Draft and revise board resolutions.

| 06/05/01 | J L ANDRIOFF | .50 | 187.50 |

Plan and prepare for board meeting.

| 06/06/01 | W A AESCHLIMANN | .30 | 45.00 |

Review and analyze correspondence from B. Elias regarding bankruptcy issues.

| 06/06/01 | J L ANDRIOFF | 1.00 | 375.00 |

Attend OMC board meeting.

| 06/06/01 | J L ANDRIOFF | .80 | 300.00 |

Prepare for OMC board meeting.

| 06/06/01 | J L ANDRIOFF | .70 | 262.50 |

Attend follow-up board meeting.

| 06/06/01 | N M MILENKOVICH | 1.80 | 315.00 |

Communicate with OMC during their Board Meeting regarding disposition of Pension Plan.

06/07/01      Y FERTMAN                                1.50           307.50
    Research regarding whether can reduce social security benefits for working retirees.

06/11/01      J L ANDRIOFF                             .50           187.50
    Communicate with E. Martinez, N. Hennessy, Aon, SEI, regarding preparation for
    board call.

06/11/01      J L ANDRIOFF                             .50           187.50
    Review issues in preparation for board call.

06/12/01      J L ANDRIOFF                             .20            75.00
    Communicate with L. Naden regarding social security law issues.

06/12/01      J L ANDRIOFF                             .60           225.00
    Research regarding social security law issues.

06/13/01      J L ANDRIOFF                             .80           300.00
    Communicate with E. Martinez regarding Hewitt bills and plan expense issues.

06/13/01      J L ANDRIOFF                             .50           187.50
    Attend to participant inquiries.

06/15/01      J L ANDRIOFF                             .80           300.00
    Conference call with E. Martinez, N. Hennessy, T. Toale, SEI regarding board meeting
    presentations.

06/17/01      J L ANDRIOFF                            2.00           750.00
    Plan and prepare for board presentation.

06/18/01      J L ANDRIOFF                            4.00         1,500.00
    Travel to NYC for board presentation.

06/18/01      J L ANDRIOFF                            6.00         2,250.00
    Prepare for and attend board presentations.

06/18/01      J L ANDRIOFF                            2.00           750.00
    Communicate with E. Martinez regarding plan termination issues.

06/18/01      N M MILENKOVICH                          .30            52.50
    Communicate with J. Andrioff regarding Department of Workforce Development (State
    of Wisconsin) complaint against OMC.

06/18/01      N M MILENKOVICH                          .70           122.50
    Research regarding exception to Wisconsin Statute 109.075.

06/18/01      N M MILENKOVICH                         1.00           175.00
    Research case law regarding Wisconsin Statute 109.075 to determine any applicable
    exceptions.

06/18/01      N M MILENKOVICH                          .50            87.50
    Communicate with J. Andrioff regarding research findings related to Statute 109.075 and
    case law.

| 06/18/01 | R S RIZZO | .30 | 150.00 |

Review and analyze revised draft of resolutions and new funding policy of pension plan.

| 06/19/01 | J L ANDRIOFF | 2.00 | 750.00 |

Communicate with DOL agent regarding claim (.3) analyze claim (.5); e-mail to E. Martinez regarding same (.2); review authorization letter to SEI (.2); analyze VEBA issue (.2); review notes for board meeting (.3); conference with R. Romano, E. Martinez regarding same (.2).

| 06/20/01 | J L ANDRIOFF | .80 | 300.00 |

Communicate with E. Martinez regarding VEBA, plan expense issues.

| 06/20/01 | R S RIZZO | .50 | 250.00 |

Communicate with J. Andrioff regarding meeting in New York and response to Department of Labor inquiry (.2); review calculations regarding employee contribution refunds and alternative sources of repayment (.3).

| 06/21/01 | J L ANDRIOFF | .50 | 187.50 |

Review and analyze DOL claim issues regarding life and disability issues (.3); conference with T. Ellis, E. Martinez regarding same (.2).

| 06/21/01 | J L ANDRIOFF | .80 | 300.00 |

Review and analyze VEBA issues (.6); communicate with M. McDermott regarding same (.2).

| 06/21/01 | Y FERTMAN | 1.70 | 348.50 |

Revised distribution election and tax notice forms for Four Winns Profit Sharing Plan.

| 06/22/01 | Y FERTMAN | .30 | 61.50 |

Communicate with Neiden regarding distribution forms.

| 06/25/01 | J L ANDRIOFF | .50 | 187.50 |

Communicate with T. Ellis regarding VEBA issues

| 06/25/01 | J L ANDRIOFF | .50 | 187.50 |

Communicate with E. Martinez regarding Hewitt bills, board minutes.

| 06/26/01 | B DE SAXE | 2.50 | 237.50 |

Manage data and files for OMC.

| 06/27/01 | J L ANDRIOFF | .80 | 300.00 |

Communicate with K. Solarz regarding Hewitt bill.

| 06/27/01 | J L ANDRIOFF | .60 | 225.00 |

Communicate with E. Martinez regarding VEBA issues, DOL claim, Caputo claim.

| 06/27/01 | J L ANDRIOFF | .80 | 300.00 |

Communicate with T. Ellis regarding VEBA issues, welfare claims.

| 06/27/01 | J L ANDRIOFF | .60 | 225.00 |

Draft and revise response to claim for benefits from 27 bridging participants.

| 06/27/01 | J L ANDRIOFF | .50 | 187.50 |

Review and analyze social security office secondary payor claim.

06/27/01      J L ANDRIOFF                              .70            262.50
    Draft and revise board minutes.

06/28/01      J L ANDRIOFF                              .80            300.00
    Communicate with T. Ellis regarding medical claims issues (.4); conference with E.
    Martinez regarding Four Winns profit sharing plan, DOL claims (.4).

06/28/01      B DE SAXE                               2.00            190.00
    Manage data and files for OMC.

06/28/01      N M MILENKOVICH                         1.10            192.50
    Summarize notes from April 3, 2001 Board Meeting (.4); draft minutes to the Board
    meeting (.7).

06/28/01      N M MILENKOVICH                         1.20            210.00
    Summarize notes from May 2, 2001 Board meeting (.2); draft minutes to the Board
    meeting (1.0).

06/28/01      N M MILENKOVICH                         1.10            192.50
    Summarize notes from May 21, 2001 Board meeting (.3) draft minutes to the board
    meeting (.8).

06/28/01      N M MILENKOVICH                         1.40            245.00
    Summarized notes from June 6, 2001 Board meeting (.4); draft minutes to the Board
    meeting (1.0).

06/28/01      N M MILENKOVICH                         1.10            192.50
    Summarized notes from June 18, 2001 Board meeting (.3) draft minutes to the Board
    meeting (.8).

06/29/01      J L ANDRIOFF                             .50            187.50
    Draft and revise response to DOL letter.

06/29/01      J L ANDRIOFF                             .50            187.50
    Draft and revise response to Wisconsin agency letter.

06/29/01      B DE SAXE                               2.00            190.00
    Manage data and files for OMC.

06/29/01      Y FERTMAN                               1.00            205.00
    Draft restatement of plan.

06/29/01      N M MILENKOVICH                         1.50            262.50
    Review and analyze five separate Board meeting minutes.

07/02/01      J L ANDRIOFF                             .50            187.50
    Communicate with T. Ellis regarding DOL letter.

07/02/01      J L ANDRIOFF                             .50            187.50
    Dictate letters to DOL, Wisconsin Department of Human Resources.

07/02/01      B DE SAXE                               2.00            190.00
    Manage OMC data and files.

07/02/01     N M MILENKOVICH                      1.10              192.50
Analyze notes from meeting on May 10, 2001 (.2); draft minutes from Board Meeting (.9).

07/02/01     N M MILENKOVICH                      1.20              210.00
Analyze notes from meeting on May 7, 2001 (.2); draft minutes from Board Meeting (1.0).

07/02/01     N M MILENKOVICH                      1.00              175.00
Analyze notes from meeting on May 15, 2001 (.3); draft minutes from Board Meeting (.7).

07/02/01     N M MILENKOVICH                      2.00              350.00
Analyze notes from Meetings held on May 23, 24, 29 and 30, 2001 (1.0); draft minutes from Board Meeting (1.0).

07/03/01     B DE SAXE                            1.00               95.00
Manage OMC data and files.

07/03/01     Y FERTMAN                            8.70            1,783.50
Draft amendment to Four Winns Profit Sharing Plan to incorporate GUST changes.

07/05/01     B DE SAXE                            1.00               95.00
Manage OMC data and files.

07/05/01     Y FERTMAN                            3.20              656.00
Draft third amendment to Four Winns Profit Sharing Plan (2.0); draft memorandum regarding same (1.2).

07/06/01     Y FERTMAN                            1.00              205.00
Draft GUST amendments to Four Winns Profit Sharing Plan.

07/09/01     J L ANDRIOFF                          .50              187.50
Draft and revise Four Winns Profit Sharing Plan issues.

07/09/01     J L ANDRIOFF                          .10               37.50
Communicate with F. Laskowski regarding plan isses.

07/09/01     J L ANDRIOFF                         1.10              412.50
Review and analyze pension bridging issue.

07/09/01     J L ANDRIOFF                          .10               37.50
Conference with R. Romano regarding various employee benefit issues.

07/10/01     W A AESCHLIMANN                       .10               15.00
Review and analyze correspondence from B. Elias regarding plaintiff's motion to serve for Frey.

07/10/01     J L ANDRIOFF                          .50              187.50
Communicate with R. Romano regarding SERP and bridging issue.

07/10/01     J L ANDRIOFF                          .80              300.00
Review and analyze contract for bridging.

07/10/01      J L ANDRIOFF                                   .80              300.00
Review and analyze bridging issue pursuant to claim for benefits filed by union.

07/10/01      J L ANDRIOFF                                  1.00              375.00
Respond to notices from Wisconsin agency, HCFA, social security.

07/10/01      J L ANDRIOFF                                   .30              112.50
Communicate with M. McDermott regarding response to plan participant.

07/10/01      J L ANDRIOFF                                   .80              300.00
Communicate with T. Ellis regarding SERP payments (.3); review SEI communications
(.5).

07/10/01      J L ANDRIOFF                                   .20               75.00
Communicate with M. McDermott regarding participant inquiry.

07/10/01      N M MILENKOVICH                               1.00              175.00
Review HCFA claim against OMC (.5); review U.S. DOL claim against OMC (.5).

07/10/01      N M MILENKOVICH                                .50               87.50
Analyzed HCFA claim against OMC.

07/10/01      N M MILENKOVICH                                .60              105.00
Analyzed U.S. DOL claim against OMC.

07/10/01      N M MILENKOVICH                                .60              105.00
Analyzed Wisconsin - Dept. of Work Force Development Claim against OMC.

07/10/01      N M MILENKOVICH                                .50               87.50
Draft letter to HCFA directing them to address all claims to the Bankruptcy Court.

07/10/01      N M MILENKOVICH                                .50               87.50
Draft letter to U.S. DOL directing them to address all claims to the Bankruptcy Court.

07/10/01      N M MILENKOVICH                                .80              140.00
Analyzed Wisconsin Statutes in Chapter 109 Wage Payments, claims and collections.

07/10/01      N M MILENKOVICH                                .80              140.00
Conference with Andrioff regarding statute of Chapter 109.

07/11/01      J L ANDRIOFF                                   .50              187.50
Communicate with S. Catlett regarding SEI reimbursement issue.

07/11/01      J L ANDRIOFF                                   .50              187.50
Communicate with R. Romano, E. Martinez regarding bridging issue.

07/11/01      J L ANDRIOFF                                   .80              300.00
Review and analyze bridging agreement.

07/11/01      J L ANDRIOFF                                   .80              300.00
Review and analyze Four Winns profit sharing plan amendment.

07/11/01      J L ANDRIOFF                                   .80              300.00
Communicate with T. Ellis regarding SEI reimbursement issue and life and disability
issue (.6); review E-mail from SEI regarding recovery of amounts (.2).

| 07/11/01 | J L ANDRIOFF | .20 | 75.00 |
| Draft and revise letters to Wisconsin agency. | | | |

| 07/11/01 | J L ANDRIOFF | .20 | 75.00 |
| Draft and revise letters to HCFA. | | | |

| 07/11/01 | J L ANDRIOFF | .40 | 150.00 |
| Communicate with N. Milenkovich regarding various letters. | | | |

| 07/11/01 | N M MILENKOVICH | .50 | 87.50 |
| Discuss letters to HCFA, DOL and Wisconsin Dept. of Work Force Development with Andrioff. | | | |

| 07/11/01 | N M MILENKOVICH | .70 | 122.50 |
| Draft letter to M. McDermott regarding State of Wisconsin Dept. of Work Force Development claim. | | | |

| 07/11/01 | N M MILENKOVICH | 1.80 | 315.00 |
| Research federal case law regarding termination of Leave of Absence Agreement with employees in a bankruptcy setting. | | | |

| 07/11/01 | N M MILENKOVICH | .60 | 105.00 |
| Discuss Wisconsin Chapter 109 statutes with Easley. | | | |

| 07/11/01 | N M MILENKOVICH | .80 | 140.00 |
| Research Four Winns legal entity statute. | | | |

| 07/11/01 | N M MILENKOVICH | .30 | 52.50 |
| Discuss Four Winns legal entity status. | | | |

| 07/12/01 | J L ANDRIOFF | .50 | 187.50 |
| Draft and revise DOL response letters. | | | |

| 07/12/01 | J L ANDRIOFF | .80 | 300.00 |
| Communicate with R. Romano, Morgan Lewis regarding SEI reimbursement issue. | | | |

| 07/12/01 | J L ANDRIOFF | .40 | 150.00 |
| Communicate with N. Milenkovich regarding Wisconsin statute. | | | |

| 07/12/01 | J L ANDRIOFF | .60 | 225.00 |
| Draft and revise letter to M. McDermott regarding Wisconsin statute issue. | | | |

| 07/12/01 | J L ANDRIOFF | .40 | 150.00 |
| Review and analyze bridging issues with R. Romano. | | | |

| 07/12/01 | B DE SAXE | .70 | 66.50 |
| Manage OMC data and files. | | | |

| 07/12/01 | N M MILENKOVICH | .50 | 87.50 |
| Analyze letter from HCFA alleging money owed under Medicare reimbursement. | | | |

| 07/12/01 | N M MILENKOVICH | .50 | 87.50 |
| Conference with Andrioff regarding responding to HCFA letter. | | | |

| 07/12/01 | N M MILENKOVICH | 1.00 | 175.00 |

Draft letter to HCFA (.5); draft letters to OMC (.5).

| 07/13/01 | W A AESCHLIMANN | .20 | 30.00 |

Communicate with B. Elias regarding response to motion to serve.

| 07/13/01 | J L ANDRIOFF | .80 | 300.00 |

Communicate with E. Martinez, C. Mihalic, D. Haverick regarding pension issues.

| 07/13/01 | J L ANDRIOFF | 1.00 | 375.00 |

Draft and revise letter to DOL.

| 07/13/01 | J L ANDRIOFF | .40 | 150.00 |

Conference with R. Romano regarding DOL letter.

| 07/13/01 | J L ANDRIOFF | .10 | 37.50 |

Communicate with SEI counsel regarding DOL letter.

| 07/13/01 | J L ANDRIOFF | .40 | 150.00 |

Review and incorporate comments from M. McDermott regarding DOL response letters.

| 07/13/01 | J L ANDRIOFF | .50 | 187.50 |

Review and analyze Four Winns amendment.

| 07/13/01 | B DE SAXE | 1.80 | 171.00 |

Manage OMC data and files.

| 07/16/01 | J L ANDRIOFF | .80 | 300.00 |

Draft and revise letter to F. Laskowski, R. Romano regarding Four Winns Profit Sharing Plan.

| 07/16/01 | J L ANDRIOFF | 1.30 | 487.50 |

Review and revise draft of Third Amendment to Four Winns Profit Sharing Plan.

| 07/16/01 | J L ANDRIOFF | .10 | 37.50 |

Due diligence regarding board resolutions for Four Winns Profit Sharing Plan trustee.

| 07/16/01 | J L ANDRIOFF | .40 | 150.00 |

Review and analyze Four Winns Profit Sharing Plan for termination provisions.

| 07/16/01 | J L ANDRIOFF | .40 | 150.00 |

Draft and revise board resolutions regarding Four Winns Profit Sharing Plan.

| 07/16/01 | B DE SAXE | 1.00 | 95.00 |

Manage OMC data and files.

| 07/16/01 | R S RIZZO | .20 | 100.00 |

Revise correspondence to DOL regarding DOL audit issues.

| 07/17/01 | J L ANDRIOFF | .80 | 300.00 |

Draft and revise plan expenses for Four Winns Profit Sharing Plan.

| 07/17/01 | J L ANDRIOFF | .20 | 75.00 |

Draft and revise letter to R. Romano regarding status.

07/17/01     J L ANDRIOFF                         1.50              562.50
Communicate with R. Romano, L. Judson, M. Pennington, E. Martinez regarding
pension plan administration issues 27 union bridging employees, QDROs, and
participant requests.

07/17/01     J L ANDRIOFF                          .30              112.50
Communicate with S. Catlett, M. McDermott regarding bridging issues.

07/17/01     J L ANDRIOFF                          .20               75.00
Communicate with E. Martinez regarding pension data issues.

07/17/01     N M MILENKOVICH                      1.00              175.00
Research case law for leave of absence agreements and employment agreements in
bankruptcy.

07/17/01     N M MILENKOVICH                      3.00              525.00
Research regarding leave of absence agreements in a bankruptcy.

07/18/01     J L ANDRIOFF                          .80              300.00
Communicate with E. Martinez, D. Haverick regarding plan data issues.

07/18/01     J L ANDRIOFF                         1.00              375.00
Review and analyze summary analysis prepared by E. Martinez regarding pension plan.

07/18/01     J L ANDRIOFF                          .40              150.00
Conference with creditors committee attorney regarding Wisconsin WARN issues.

07/18/01     B DE SAXE                            1.50              142.50
Manage OMC data and files

07/18/01     R S RIZZO                             .30              150.00
Review amendment to Four Winns Plan (.20); review correspondence regarding same
(.10).

07/19/01     J L ANDRIOFF                          .60              225.00
Communicate with S. Catlett regarding bridging issue and waiver and release issues.

07/19/01     J L ANDRIOFF                          .20               75.00
Communicate with M. McDermott regarding bridging issues.

07/19/01     J L ANDRIOFF                          .80              300.00
Review and analyze JDRP bills for plan charges.

07/19/01     J L ANDRIOFF                         1.00              375.00
Draft and revise board minutes.

07/19/01     J L ANDRIOFF                          .30              112.50
Communicate with E. Martinez regarding pension data issues.

07/20/01     J L ANDRIOFF                          .40              150.00
Communicate with E. Martinez regarding estate, board meeting.

07/20/01     J L ANDRIOFF                          .80              300.00
Review and analyze board resolutions regarding pension plan investments.

| 07/20/01 | J L ANDRIOFF | .30 | 112.50 |

Communicate with M. Segal regarding resolutions and controlled group issues.

| 07/20/01 | J L ANDRIOFF | .30 | 112.50 |

Communicate with N. Hennessy regarding demutualization election.

| 07/20/01 | J L ANDRIOFF | .40 | 150.00 |

Communicate with T. Ellis regarding Mowrey, COBRA claim and Moerchen deferred compensation claim.

| 07/20/01 | J L ANDRIOFF | .40 | 150.00 |

Review and analyze Moerchen claim.

| 07/20/01 | J L ANDRIOFF | .40 | 150.00 |

Communicate with N. Milenkovich regarding Chapter 7 issues.

| 07/20/01 | N M MILENKOVICH | 1.00 | 175.00 |

Revise OMC notes to meetings with PBGC, Plan Actuary and Aon Corporation.

| 07/20/01 | R S RIZZO | .30 | 150.00 |

Review Board Minutes regarding Plan issues.

| 07/23/01 | J L ANDRIOFF | .50 | 187.50 |

Plan and prepare for board meeting.

| 07/23/01 | J L ANDRIOFF | .20 | 75.00 |

Communicate with M. McDermott regarding possible conversion to Ch. 7.

| 07/23/01 | J L ANDRIOFF | .20 | 75.00 |

Communicate with E. Martinez regarding board meeting.

| 07/23/01 | J L ANDRIOFF | 2.20 | 825.00 |

Plan and prepare for board call (.2); participate in same (2.0).

| 07/23/01 | J L ANDRIOFF | .40 | 150.00 |

Follow-up call with N. Hennessy.

| 07/23/01 | J L ANDRIOFF | .20 | 75.00 |

Review and analyze e-mail message regarding demutualization election.

| 07/23/01 | J L ANDRIOFF | .20 | 75.00 |

Review and analyze board minutes.

| 07/23/01 | N M MILENKOVICH | 1.00 | 175.00 |

Revise OMC Notes related to conversations with Aon Corporation, SEI, Hewitt Associates and PBGC.

| 07/23/01 | N M MILENKOVICH | 3.00 | 525.00 |

Attend Board Meeting which included discussions of converting Bankruptcy status; immunization strategy and De Mutualization Process.

| 07/24/01 | J L ANDRIOFF | .40 | 150.00 |

Communicate with E. Martinez regarding estate issues.

| 07/25/01 | N M MILENKOVICH | 1.00 | 175.00 |

Analyze Board Meeting notes of July 23, 2001 to understand immunization process, demutualization process and conversion to Chapter 7 Bankruptcy.

| 07/25/01 | N M MILENKOVICH | 1.00 | 175.00 |

Draft minutes of Board of Director's Meeting.

| 07/26/01 | J L ANDRIOFF | .40 | 150.00 |

Communicate with R. Romano regarding board minutes, bridging employees, SEI matters.

| 07/26/01 | J L ANDRIOFF | .40 | 150.00 |

Communicate with E. Martinez, T. Ellis regarding VEBA issues, bridging employees and SEI matters.

| 07/26/01 | J L ANDRIOFF | .10 | 37.50 |

Communicate with E. Martinez regarding Four Winns Profit Sharing Plans.

| 07/27/01 | N M MILENKOVICH | 2.00 | 350.00 |

Review and analyze all Board minutes form meetings and other meetings that have been memorialized.

| 08/07/01 | J L ANDRIOFF | .50 | 187.50 |

Communicate with E. Martinez regarding conversion.

| 08/07/01 | J L ANDRIOFF | 1.00 | 375.00 |

Draft and revise board minutes regarding plan issues.

| 08/07/01 | J L ANDRIOFF | .80 | 300.00 |

Conference with R. Romano, L. Judo regarding bridging issue.

| 08/07/01 | J L ANDRIOFF | .40 | 150.00 |

Draft and revise response letter to participant claim on deferred accounts.

| 08/07/01 | J L ANDRIOFF | .20 | 75.00 |

Conference with M. McDermott regarding conversion.

| 08/07/01 | J L ANDRIOFF | .20 | 75.00 |

Conference with E. Kaup on claims filing procedure.

| 08/07/01 | J L ANDRIOFF | .40 | 150.00 |

Review and analyze status of SEI matters regarding payment of nonqualified benefits.

| 08/07/01 | J L ANDRIOFF | .80 | 300.00 |

Review and analyze memorandum by plan actuary regarding lump sum cashouts.

| 08/07/01 | J L ANDRIOFF | .30 | 112.50 |

Prepare resolutions for board meeting.

| 08/07/01 | N M MILENKOVICH | .50 | 87.50 |

Review and analyze letter from CA to OMC.

| 08/07/01 | N M MILENKOVICH | .30 | 52.50 |

Communicate with Joni Andrioff regarding CA letter.

| | | | |
|---|---|---|---|
| 08/07/01 | N M MILENKOVICH | .50 | 87.50 |

Draft and revise response to HCFA letter.

| 08/08/01 | J L ANDRIOFF | .40 | 150.00 |

Communicate with R. Romano regarding board minutes and participant responses.

| 08/08/01 | J L ANDRIOFF | .60 | 225.00 |

Draft and revise letter to SEI regarding possible fiduciary breach.

| 08/08/01 | J L ANDRIOFF | .80 | 300.00 |

Draft and revise Third Amendment to Four Winns profit sharing plan.

| 08/08/01 | J L ANDRIOFF | .50 | 187.50 |

Draft and revise outstanding issues list.

| 08/08/01 | N M MILENKOVICH | .20 | 35.00 |

Draft and revise letter to HCFA regarding OMC claims inquiry.

| 08/09/01 | J L ANDRIOFF | 1.00 | 375.00 |

Communicate with board of directors.

| 08/09/01 | J L ANDRIOFF | .50 | 187.50 |

Conference with E. Martinez regarding Four Winns issues.

| 08/09/01 | J L ANDRIOFF | .20 | 75.00 |

Conference with L. Judson regarding calculation issues.

| 08/09/01 | J L ANDRIOFF | .40 | 150.00 |

Conference with R. Romano regarding conversion issues.

| 08/09/01 | J L ANDRIOFF | .50 | 187.50 |

Prepare to do list of outstanding issues.

| 08/09/01 | J L ANDRIOFF | .40 | 150.00 |

Telephone conference with M. Miller of PBGC regarding plan issues.

| 08/09/01 | J L ANDRIOFF | .30 | 112.50 |

Communicate with N. Hennessy.

| 08/09/01 | M C MERRILL | .20 | 25.00 |

Communicate with Chinese patent counsel regarding misdirected OMC patent mail.

| 08/09/01 | N M MILENKOVICH | 1.00 | 175.00 |

Appear for and attend final OMC Board meeting.

| 08/10/01 | J L ANDRIOFF | .50 | 187.50 |

Communicate with R. Romano regarding conversion issues.

| 08/14/01 | J L ANDRIOFF | .30 | 112.50 |

Communicate with participant regarding bridging issue.

| 08/14/01 | J L ANDRIOFF | .30 | 112.50 |

Conference with J. Eggeman of PBGC regarding plan issues.

Employee Benefits                                                    Page 33

08/14/01      J L ANDRIOFF                    .20            75.00
    Conference with N. Milenkovich regarding case conversion.

08/15/01      J L ANDRIOFF                    .50           187.50
    Communicate with participant, participant's counsel regarding bridging issues.

    **TOTAL**                             670.00      $  206,438.50

# **EXHIBIT D**

Outboard Marine Corp.

## DISBURSEMENT SUMMARY

| | |
|---|---:|
| Consultant and Agent Fees | 415.00 |
| Travel - Air Fare | 1,376.00 |
| Printing Charges | 520.96 |
| Long Distance | 696.70 |
| Courier Services | 588.76 |
| Duplication Charges | 2,103.66 |
| Federal Express Charges | 254.44 |
| Filing Fees and Related | 375.00 |
| Lexis Search Fees | 4,630.96 |
| Travel - Food and Beverage Expenses | 19.00 |
| Local Transportation | 83.58 |
| Travel - Taxi Charges | 166.20 |
| Miscellaneous Expenes | 1,161.29 |
| Postage Charges | 16.94 |
| Supplies Expenses | 15.54 |
| Westlaw Search Fees | 1,959.56 |
| **Grand Total** | **14,383.59**★★ |

* Please note that Jones Day has made certain non-substantive edits to the attached entries to comply with the
   Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Guidelines.

★★=Food, beverage and entertainment expenses as defined by I.R.C. Sect. 274(n), included in this amount is $19.00.

Outboard Marine Corp.    Page 1

Lady, Steven G.

## DISBURSEMENT DETAIL

| Date | Lawyer Name | Location | Amount |
|------|-------------|----------|--------|

### DUPLICATION CHARGES

| Date | Lawyer Name | Location | Amount |
|------|-------------|----------|--------|
| 12/28/00 | WAS ACCOUNTING<br>Duplication charges 12/22/00 - 12/28/00 | WAS | .20 |
| 12/28/00 | WAS ACCOUNTING<br>Duplication charges 12/22/00 - 12/28/00 | WAS | 23.30 |
| 01/11/01 | WAS ACCOUNTING<br>Duplication charges 01/05/01 - 01/11/01 | WAS | .90 |
| 01/11/01 | WAS ACCOUNTING<br>Duplication charges 01/05/01 - 01/11/01 | WAS | .60 |
| 01/18/01 | WAS ACCOUNTING<br>Duplication charges 01/12/01 - 01/18/01 | WAS | 1.80 |
| 01/25/01 | WAS ACCOUNTING<br>Duplication charges 01/19/01 - 01/25/01 | WAS | 8.10 |
| 02/08/01 | WAS ACCOUNTING<br>Duplication charges 02/02/01 - 02/08/01 | WAS | 8.80 |
| 02/15/01 | WAS ACCOUNTING<br>Duplication charges 02/09/01 - 02/15/01 | WAS | 5.80 |
| 02/16/01 | K A BRODERICK<br>Duplication charges 2/7/01 at the Supreme Court | WAS | 1.46 |
| 02/22/01 | WAS ACCOUNTING<br>Duplication charges 02/16/01 - 02/22/01 | WAS | .10 |
| 02/22/01 | WAS ACCOUNTING<br>Duplication charges 02/16/01 - 02/22/01 | WAS | 2.40 |

**Duplication charges Subtotal**    **53.46**

### FEDERAL EXPRESS CHARGES

| Date | Lawyer Name | Location | Amount |
|------|-------------|----------|--------|
| 02/15/01 | WAS ACCOUNTING<br>Federal Express charges - FEDERAL EXPRESS, Invoice Number: 914095145,<br>Invoice & Shipping Date: 02/12/01 | WAS | 8.68 |

**Federal Express charges Subtotal**    **8.68**

Outboard Marine Corp.                                                                       Page 2

## Lady, Steven G.

## DISBURSEMENT DETAIL

| Date | Lawyer Name | Location | Amount | |
|------|-------------|----------|--------|---|

**LEXIS SEARCH FEES**

| 03/14/01 | J A LOVE | CLE | 135.03 | |
| | Lexis search fees 1/1/01 | | | |

| | **Lexis search fees Subtotal** | | | **135.03** |

**LOCAL FOOD AND BEVERAGE EXPENSE**

| 02/27/01 | G A CASTANIAS | WAS | 19.00 | |
| | Local food and beverage expense 2-5-01 in DC-dinner | | | |

| | **Local food and beverage expense Subtotal** | | | **19.00** |

**LOCAL TAXI CHARGES**

| 02/16/01 | K A BRODERICK | WAS | 6.00 | |
| | Local taxi charges 2-7-01 to the Supreme Court | | | |

| 02/28/01 | K A BRODERICK | WAS | 12.00 | |
| | Local taxi charges 2-7-01 to the Supreme Court | | | |

| 02/28/01 | K A BRODERICK | WAS | 6.00 | |
| | Local taxi charges 2-14-01 Balmar Printing to JDRP | | | |

| | **Local taxi charges Subtotal** | | | **24.00** |

**LONG DISTANCE CHARGES**

| 02/15/01 | WAS ACCOUNTING | WAS | 2.31 | |
| | Long distance charges 02/09/01 - 02/15/01 | | | |

| 04/30/01 | T BUYTAERT | BRU | 2.68 | |
| | Long distance charges 2/28/01 | | | |

| 04/30/01 | T BUYTAERT | BRU | 12.15 | |
| | Long distance charges cell phone 12/00-1/01 | | | |

| 04/30/01 | T BUYTAERT | BRU | 17.78 | |
| | Long distance charges cell phone 12/00-1/01 | | | |

| | **Long distance charges Subtotal** | | | **34.92** |

**POSTAGE CHARGES**

| 01/17/01 | WAS ACCOUNTING | WAS | 1.02 | |
| | Postage charges JAN. 2001 | | | |

| 02/26/01 | WAS ACCOUNTING | WAS | 5.53 | |
| | Postage charges POSTAGE FEB.2001 | | | |

Outboard Marine Corp. _____ Page 3

## Lady, Steven G.

## DISBURSEMENT DETAIL

| Date | Lawyer Name | Location | Amount | |
|------|-------------|----------|--------|---|
| 03/06/01 | WAS ACCOUNTING<br>Postage charges MAR. 2001 | WAS | 1.39 | |
| | **Postage charges Subtotal** | | | **7.94** |

**PRINTING CHARGES**

| 03/20/01 | M C STRAIT<br>Printing charges - BALMAR SERVICES, INC. INV # 07856 2-28-01 | WAS | 504.96 | |
|------|-------------|----------|--------|---|
| | **Printing charges Subtotal** | | | **504.96** |

**WESTLAW SEARCH FEES**

| 12/29/00 | J W CAMPBELL IV<br>Westlaw Charges: 12/29/2000 | WAS | 155.24 |
|------|-------------|----------|--------|
| 01/01/01 | J W CAMPBELL IV<br>Westlaw Charges: 01/01/2001 | WAS | 92.35 |
| 01/02/01 | J W CAMPBELL IV<br>Westlaw Charges: 01/02/2001 | WAS | 96.68 |
| 01/25/01 | J W CAMPBELL IV<br>Westlaw Charges: 01/25/2001 | WAS | 64.44 |
| 01/31/01 | J M SCHELL<br>Westlaw Charges: 01/31/2001 | WAS | 106.43 |
| 02/01/01 | J M SCHELL<br>Westlaw Charges: 02/01/2001 | WAS | 44.79 |
| 02/02/01 | J M SCHELL<br>Westlaw Charges: 02/02/2001 | WAS | 102.57 |
| 02/03/01 | J W CAMPBELL IV<br>Westlaw Charges: 02/03/2001 | WAS | 17.71 |
| 02/03/01 | J W CAMPBELL IV<br>Westlaw Charges: 02/03/2001 | WAS | 17.71 |
| 02/04/01 | J W CAMPBELL IV<br>Westlaw Charges: 02/04/2001 | WAS | 141.66 |
| 02/05/01 | J W CAMPBELL IV<br>Westlaw Charges: 02/05/2001 | WAS | 93.73 |
| 02/08/01 | J W CAMPBELL IV<br>Westlaw Charges: 02/08/2001 | WAS | 75.98 |

Outboard Marine Corp. | Page 4

### Lady, Steven G.

## DISBURSEMENT DETAIL

| Date | Lawyer Name | Location | Amount |
|------|-------------|----------|--------|
| 02/09/01 | J W CAMPBELL IV<br>Westlaw Charges: 02/09/2001 | WAS | 15.18 |
| 02/14/01 | J W CAMPBELL IV<br>Westlaw Charges: 02/14/2001 | WAS | 20.25 |
| 02/14/01 | M E SULLIVAN<br>Westlaw Charges: 02/14/2001 | WAS | 98.77 |
| 02/14/01 | K A BRODERICK<br>Westlaw Charges: 02/14/2001 | WAS | 72.87 |
| 02/15/01 | K A BRODERICK<br>Westlaw Charges: 02/15/2001 | WAS | 17.71 |
| 02/15/01 | M C STRAIT<br>Westlaw Charges: 02/15/2001 | WAS | 43.01 |
| 02/15/01 | J W CAMPBELL IV<br>Westlaw Charges: 02/15/2001 | WAS | 17.08 |
| 04/23/01 | J M SCHELL<br>Westlaw search fees 2/1/01 | WAS | .56 |

|  | Westlaw search fees Subtotal | | 1,294.72 |
|--|------------------------------|--|----------|
|  | **Total** | | **2,082.71** ** |

** = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is $ 19.00.

### Trademarks

## DISBURSEMENT DETAIL

| Date | Lawyer Name | Location | Amount |
|------|-------------|----------|--------|
| **AGENTS FEES** | | | |
| 01/31/01 | M M WILLIAMS<br>Agents fees - PATPOL LTD. - 1/12/01 | CHI | 415.00 |
|  | **Agents fees Subtotal** | | **415.00** |
| **DUPLICATION CHARGES** | | | |
| 01/25/01 | CHI ACCOUNTING<br>Duplication charges 01/19/01 - 01/25/01 | CHI | 6.50 |

Outboard Marine Corp.                                                                   Page 5

## Trademarks

## DISBURSEMENT DETAIL

| Date | Lawyer Name | Location | Amount | |
|------|-------------|----------|--------|---|
| 01/31/01 | CHI ACCOUNTING | CHI | 1.10 | |
| | Duplication charges 01/26/01 - 02/01/01 | | | |
| 02/22/01 | CHI ACCOUNTING | CHI | .20 | |
| | Duplication charges 02/16/01 - 02/22/01 | | | |
| | **Duplication charges Subtotal** | | | **7.80** |

**LONG DISTANCE CHARGES**

| Date | Lawyer Name | Location | Amount | |
|------|-------------|----------|--------|---|
| 02/15/01 | CHI ACCOUNTING | CHI | 1.15 | |
| | Long distance charges 02/09/01 - 02/15/01 | | | |
| 02/22/01 | CHI ACCOUNTING | CHI | 10.35 | |
| | Long distance charges 02/16/01 - 02/22/01 | | | |
| 02/28/01 | CHI ACCOUNTING | CHI | 6.90 | |
| | Long distance charges 02/23/01 - 03/01/01 | | | |
| | **Long distance charges Subtotal** | | | **18.40** |

**MISCELLANEOUS EXPENSES**

| Date | Lawyer Name | Location | Amount | |
|------|-------------|----------|--------|---|
| 11/29/01 | D B PRIETO | CHI | 1,161.29 | |
| | Miscellaneous expenses - KIM AND CHO - 8/16/01 | | | |
| | **Miscellaneous expenses Subtotal** | | | **1,161.29** |
| | **Total** | | | **1,602.49** |

## Employee Benefits

## DISBURSEMENT DETAIL

| Date | Lawyer Name | Location | Amount | |
|------|-------------|----------|--------|---|
| **AIR FARE** | | | | |
| 06/29/01 | J L ANDRIOFF | CHI | 1,376.00 | |
| | Air Fare 6/19/01 NY | | | |
| | **Air Fare Subtotal** | | | **1,376.00** |
| **BINDING** | | | | |
| 05/17/01 | CHI ACCOUNTING | CHI | 2.00 | |
| | Binding - BOWNE BUSINESS SOLUTIONS - 3/5/01 | | | |

Outboard Marine Corp.                                                                                    Page 6

## Employee Benefits

## DISBURSEMENT DETAIL

| Date | Lawyer Name | Location | Amount | |
|------|-------------|----------|--------|---|
| 05/17/01 | CHI ACCOUNTING<br>Binding - BOWNE BUSINESS SOLUTIONS - 3/6/01 | CHI | 12.00 | |
| 05/17/01 | CHI ACCOUNTING<br>Binding - BOWNE BUSINESS SOLUTIONS - 3/9/01 | CHI | 2.00 | |
| | **Binding Subtotal** | | | **16.00** |

### CALLING CARD CHARGES

| | | | | |
|------|-------------|----------|--------|---|
| 08/20/01 | R A CHESLEY<br>Calling card charges 1/01 | CHI | 40.39 | |
| | **Calling card charges Subtotal** | | | **40.39** |

### COURIER SERVICES

| | | | | |
|------|-------------|----------|--------|---|
| 03/31/01 | M M WILLIAMS<br>Courier services - DHL WORLDWIDE EXPRESS - 2/22/01 | CHI | 24.65 | |
| 05/21/01 | M M WILLIAMS<br>Courier services - DHL WORLDWIDE EXPRESS - 4/13/01 | CHI | 126.26 | |
| 05/21/01 | M M WILLIAMS<br>Courier services - DHL WORLDWIDE EXPRESS - 4/13/01 | CHI | 136.45 | |
| 08/10/01 | M M WILLIAMS<br>Courier services - DHL WORLDWIDE EXPRESS - 7/27/01 | CHI | 135.20 | |
| | **Courier services Subtotal** | | | **422.56** |

### DUPLICATION CHARGES

| | | | | |
|------|-------------|----------|--------|---|
| 01/25/01 | CHI ACCOUNTING<br>Duplication charges 01/19/01 - 01/25/01 | CHI | 27.60 | |
| 01/31/01 | CHI ACCOUNTING<br>Duplication charges 01/26/01 - 02/01/01 | CHI | .50 | |
| 02/08/01 | CHI ACCOUNTING<br>Duplication charges 02/02/01 - 02/08/01 | CHI | 11.80 | |
| 02/08/01 | CHI ACCOUNTING<br>Duplication charges 02/02/01 - 02/08/01 | CHI | 3.50 | |
| 02/08/01 | CHI ACCOUNTING<br>Duplication charges 02/02/01 - 02/08/01 | CHI | 38.80 | |
| 02/15/01 | CHI ACCOUNTING<br>Duplication charges 02/09/01 - 02/15/01 | CHI | 3.30 | |

Outboard Marine Corp.                                                                              Page 7

## Employee Benefits

## DISBURSEMENT DETAIL

| Date | Lawyer Name | Location | Amount |
|------|-------------|----------|--------|
| 02/15/01 | CHI ACCOUNTING<br>Duplication charges 02/09/01 - 02/15/01 | CHI | 1.60 |
| 02/22/01 | CHI ACCOUNTING<br>Duplication charges 02/16/01 - 02/22/01 | CHI | 48.00 |
| 02/22/01 | CHI ACCOUNTING<br>Duplication charges 02/16/01 - 02/22/01 | CHI | 483.00 |
| 02/28/01 | CHI ACCOUNTING<br>Duplication charges 02/23/01 - 03/01/01 | CHI | 11.40 |
| 02/28/01 | CHI ACCOUNTING<br>Duplication charges 02/23/01 - 03/01/01 | CHI | 3.90 |
| 02/28/01 | CHI ACCOUNTING<br>Duplication charges 02/23/01 - 03/01/01 | CHI | 122.20 |
| 02/28/01 | CHI ACCOUNTING<br>Duplication charges - NON-EQUITRAC CHARGES 1/17/01 | CHI | 207.40 |
| 02/28/01 | CHI ACCOUNTING<br>Duplication charges - NON-EQUITRAC CHARGES 1/19/01 | CHI | 78.00 |
| 02/28/01 | CHI ACCOUNTING<br>Duplication charges - NON-EQUITRAC CHARGES 1/31/01 | CHI | 59.00 |
| 03/08/01 | CHI ACCOUNTING<br>Duplication charges 03/02/01 - 03/08/01 | CHI | 4.70 |
| 03/08/01 | CHI ACCOUNTING<br>Duplication charges 03/02/01 - 03/08/01 | CHI | .30 |
| 03/08/01 | CHI ACCOUNTING<br>Duplication charges 03/02/01 - 03/08/01 | CHI | 158.50 |
| 03/08/01 | CHI ACCOUNTING<br>Duplication charges 03/02/01 - 03/08/01 | CHI | 2.30 |
| 03/15/01 | CHI ACCOUNTING<br>Duplication charges 03/09/01 - 03/15/01 | CHI | 6.70 |
| 03/15/01 | CHI ACCOUNTING<br>Duplication charges 03/09/01 - 03/15/01 | CHI | .80 |
| 03/22/01 | CHI ACCOUNTING<br>Duplication charges 03/16/01 - 03/22/01 | CHI | 15.40 |

Outboard Marine Corp.                                                                                      Page 8

## Employee Benefits

## DISBURSEMENT DETAIL

| Date | Lawyer Name | Location | Amount |
|------|-------------|----------|--------|
| 03/22/01 | CHI ACCOUNTING<br>Duplication charges 03/16/01 - 03/22/01 | CHI | 34.60 |
| 03/22/01 | CHI ACCOUNTING<br>Duplication charges 03/16/01 - 03/22/01 | CHI | 8.10 |
| 03/22/01 | DAL ACCOUNTING<br>Duplication charges 03/16/01 - 03/22/01 | DAL | 2.50 |
| 03/29/01 | CHI ACCOUNTING<br>Duplication charges 03/23/01 - 03/29/01 | CHI | 344.20 |
| 03/29/01 | CHI ACCOUNTING<br>Duplication charges 03/23/01 - 03/29/01 | CHI | 16.50 |
| 03/29/01 | CHI ACCOUNTING<br>Duplication charges 03/23/01 - 03/29/01 | CHI | 2.40 |
| 04/05/01 | CHI ACCOUNTING<br>Duplication charges 03/30/01 - 04/05/01 | CHI | .70 |
| 04/05/01 | CHI ACCOUNTING<br>Duplication charges 03/30/01 - 04/05/01 | CHI | 7.30 |
| 04/12/01 | CHI ACCOUNTING<br>Duplication charges 04/06/01 - 04/12/01 | CHI | 16.80 |
| 04/12/01 | CHI ACCOUNTING<br>Duplication charges 04/06/01 - 04/12/01 | CHI | .80 |
| 04/12/01 | CHI ACCOUNTING<br>Duplication charges 04/06/01 - 04/12/01 | CHI | 68.90 |
| 04/16/01 | CHI ACCOUNTING<br>Duplication charges - BOWNE BUSINESS SOLUTIONS - 2/20/01 | CHI | .10 |
| 04/16/01 | CHI ACCOUNTING<br>Duplication charges - BOWNE BUSINESS SOLUTIONS - 2/21/01 | CHI | .10 |
| 04/16/01 | CHI ACCOUNTING<br>Duplication charges - BOWNE BUSINESS SOLUTIONS - 2/26/01 | CHI | .10 |
| 04/19/01 | CHI ACCOUNTING<br>Duplication charges 04/13/01 - 04/19/01 | CHI | 15.80 |
| 04/19/01 | CHI ACCOUNTING<br>Duplication charges 04/13/01 - 04/19/01 | CHI | 40.60 |

Outboard Marine Corp.                                                                    Page 9

## Employee Benefits

# DISBURSEMENT DETAIL

| Date | Lawyer Name | Location | Amount |
|------|-------------|----------|--------|
| 04/26/01 | CHI ACCOUNTING<br>Duplication charges 04/20/01 - 04/26/01 | CHI | 1.00 |
| 05/03/01 | CHI ACCOUNTING<br>Duplication charges 04/27/01 - 05/03/01 | CHI | 3.50 |
| 05/10/01 | CHI ACCOUNTING<br>Duplication charges 05/04/01 - 05/10/01 | CHI | 8.40 |
| 05/17/01 | CHI ACCOUNTING<br>Duplication charges - BOWNE BUSINESS SOLUTIONS 3/6/01 | CHI | .10 |
| 05/17/01 | CHI ACCOUNTING<br>Duplication charges - BOWNE BUSINESS SOLUTIONS 3/16/01 | CHI | .10 |
| 05/17/01 | CHI ACCOUNTING<br>Duplication charges - BOWNE BUSINESS SOLUTIONS 3/16/01 | CHI | .10 |
| 05/17/01 | CHI ACCOUNTING<br>Duplication charges 05/11/01 - 05/17/01 | CHI | 1.30 |
| 05/24/01 | CHI ACCOUNTING<br>Duplication charges 05/18/01 - 05/24/01 | CHI | 7.10 |
| 05/31/01 | CHI ACCOUNTING<br>Duplication charges 05/25/01 - 05/31/01 | CHI | 11.60 |
| 06/07/01 | CHI ACCOUNTING<br>Duplication charges 06/01/01 - 06/07/01 | CHI | 9.00 |
| 06/14/01 | CHI ACCOUNTING<br>Duplication charges 06/08/01 - 06/14/01 | CHI | .30 |
| 06/21/01 | CHI ACCOUNTING<br>Duplication charges 06/15/01 - 06/21/01 | CHI | 4.20 |
| 06/21/01 | CHI ACCOUNTING<br>Duplication charges 06/15/01 - 06/21/01 | CHI | .20 |
| 06/28/01 | CHI ACCOUNTING<br>Duplication charges 06/22/01 - 06/28/01 | CHI | 11.10 |
| 07/05/01 | CHI ACCOUNTING<br>Duplication charges 06/29/01 - 07/05/01 | CHI | 1.80 |
| 07/05/01 | CHI ACCOUNTING<br>Duplication charges 06/29/01 - 07/05/01 | CHI | 71.40 |

Outboard Marine Corp. _____ Page 10

## Employee Benefits

# DISBURSEMENT DETAIL

| Date | Lawyer Name | Location | Amount |
|------|-------------|----------|--------|
| 07/12/01 | CHI ACCOUNTING<br>Duplication charges 07/06/01 - 07/12/01 | CHI | 19.90 |
| 07/12/01 | CHI ACCOUNTING<br>Duplication charges 07/06/01 - 07/12/01 | CHI | 7.60 |
| 07/19/01 | CHI ACCOUNTING<br>Duplication charges 07/13/01 - 07/19/01 | CHI | 21.40 |
| 07/26/01 | CHI ACCOUNTING<br>Duplication charges 07/20/01 - 07/26/01 | CHI | 5.00 |
| 08/02/01 | CHI ACCOUNTING<br>Duplication charges 07/27/01 - 08/02/01 | CHI | 2.20 |
| 08/09/01 | CHI ACCOUNTING<br>Duplication charges 08/03/01 - 08/09/01 | CHI | 1.00 |
| 08/09/01 | CHI ACCOUNTING<br>Duplication charges 08/03/01 - 08/09/01 | CHI | 5.90 |

**Duplication charges Subtotal**                                                    **2,042.40**

## FEDERAL EXPRESS CHARGES

| Date | Lawyer Name | Location | Amount |
|------|-------------|----------|--------|
| 02/12/01 | CHI ACCOUNTING<br>Federal Express charges 2/7/01 | CHI | 8.54 |
| 02/13/01 | J L ANDRIOFF<br>Federal Express charges 1/31/01 | CHI | 17.19 |
| 02/13/01 | J L ANDRIOFF<br>Federal Express charges 1/16/01, 1/19/01, 1/22/01 | CHI | 29.44 |
| 02/21/01 | J L ANDRIOFF<br>Federal Express charges 2/1/01 | CHI | 8.54 |
| 02/21/01 | CHI ACCOUNTING<br>Federal Express charges 2/16/01 | CHI | 9.94 |
| 02/28/01 | CHI ACCOUNTING<br>Federal Express charges 2/27/01 | CHI | 8.54 |
| 03/12/01 | CHI ACCOUNTING<br>Federal Express charges 3/1/01 | CHI | 6.46 |
| 03/12/01 | CHI ACCOUNTING<br>Federal Express charges 3/6/01 | CHI | 9.94 |

Outboard Marine Corp.                                                    Page 11

## Employee Benefits

## DISBURSEMENT DETAIL

| Date | Lawyer Name | Location | Amount |
|------|-------------|----------|--------|
| 03/14/01 | CHI ACCOUNTING<br>Federal Express charges 3/12/01 | CHI | 6.46 |
| 04/12/01 | CHI ACCOUNTING<br>Federal Express charges 4/6/01 | CHI | 9.94 |
| 06/30/01 | CHI ACCOUNTING<br>Federal Express charges 6/27/01 | CHI | 10.61 |
| 07/18/01 | CHI ACCOUNTING<br>Federal Express charges 7/5/01 | CHI | 12.92 |
| 07/18/01 | CHI ACCOUNTING<br>Federal Express charges 7/11/01 | CHI | 6.46 |
| 07/18/01 | CHI ACCOUNTING<br>Federal Express charges 7/12/01 | CHI | 19.38 |
| 07/18/01 | CHI ACCOUNTING<br>Federal Express charges 7/18/01 | CHI | 12.92 |
| 08/10/01 | CHI ACCOUNTING<br>Federal Express charges 8/9/01 | CHI | 8.68 |
| 09/24/01 | CHI ACCOUNTING<br>Federal Express charges 9/19/01 | CHI | 32.50 |
| 09/25/01 | CHI ACCOUNTING<br>Federal Express charges 9/21/01 | CHI | 8.62 |
| 10/09/01 | CHI ACCOUNTING<br>Federal Express charges 9/19/01 | CHI | 10.00 |
| 10/29/01 | CHI ACCOUNTING<br>Federal Express charges 10/24/01 | CHI | 8.68 |

**Federal Express charges Subtotal**                                    **245.76**

## FILING FEES AND RELATED

| 03/05/01 | N M MILENKOVICH<br>Filing fees and related - U.S. DEPARTMENT OF TREASURY - IRS<br>BANKRUPTCY | CHI | 375.00 |

**Filing fees and related Subtotal**                                    **375.00**

Outboard Marine Corp.                                                                 Page 12

## Employee Benefits

## DISBURSEMENT DETAIL

| Date | Lawyer Name | Location | Amount |
|------|-------------|----------|--------|

**LEXIS SEARCH FEES**

| Date | Lawyer Name | Location | Amount |
|------|-------------|----------|--------|
| 02/22/01 | N M MILENKOVICH<br>Lexis Charges: 02/22/2001 | CHI | 292.73 |
| 02/22/01 | N M MILENKOVICH<br>Lexis Charges: 02/22/2001 | CHI | 29.53 |
| 02/22/01 | N M MILENKOVICH<br>Lexis Charges: 02/22/2001 | CHI | 4.64 |
| 02/22/01 | N M MILENKOVICH<br>Lexis Charges: 02/22/2001 | CHI | 277.45 |
| 02/22/01 | N M MILENKOVICH<br>Lexis Charges: 02/22/2001 | CHI | 26.84 |
| 02/23/01 | N M MILENKOVICH<br>Lexis Charges: 02/23/2001 | CHI | 4.38 |
| 02/23/01 | N M MILENKOVICH<br>Lexis Charges: 02/23/2001 | CHI | 125.45 |
| 02/26/01 | N M MILENKOVICH<br>Lexis Charges: 02/26/2001 | CHI | 4.39 |
| 02/26/01 | N M MILENKOVICH<br>Lexis Charges: 02/26/2001 | CHI | 504.60 |
| 02/28/01 | N M MILENKOVICH<br>Lexis Charges: 02/28/2001 | CHI | 68.76 |
| 02/28/01 | N M MILENKOVICH<br>Lexis Charges: 02/28/2001 | CHI | 4.64 |
| 02/28/01 | N M MILENKOVICH<br>Lexis Charges: 02/28/2001 | CHI | 8.76 |
| 02/28/01 | N M MILENKOVICH<br>Lexis Charges: 02/28/2001 | CHI | 9.30 |
| 02/28/01 | N M MILENKOVICH<br>Lexis Charges: 02/28/2001 | CHI | 30.69 |
| 02/28/01 | N M MILENKOVICH<br>Lexis Charges: 02/28/2001 | CHI | 78.04 |
| 02/28/01 | N M MILENKOVICH<br>Lexis Charges: 02/28/2001 | CHI | 682.11 |

Outboard Marine Corp.                                                          Page 13

## Employee Benefits

# DISBURSEMENT DETAIL

| Date | Lawyer Name | Location | Amount |
|------|-------------|----------|--------|
| 02/28/01 | N M MILENKOVICH<br>Lexis Charges: 02/28/2001 | CHI | 65.05 |
| 03/08/01 | N M MILENKOVICH<br>Lexis search fees 01/25/01 | CHI | 52.49 |
| 04/04/01 | N M MILENKOVICH<br>Lexis Charges: 04/04/2001 | CHI | 957.19 |
| 04/04/01 | N M MILENKOVICH<br>Lexis Charges: 04/04/2001 | CHI | 22.03 |
| 04/04/01 | N M MILENKOVICH<br>Lexis Charges: 04/04/2001 | CHI | 39.67 |
| 04/04/01 | N M MILENKOVICH<br>Lexis Charges: 04/04/2001 | CHI | 12.47 |
| 04/05/01 | N M MILENKOVICH<br>Lexis Charges: 04/05/2001 | CHI | 4.41 |
| 04/05/01 | N M MILENKOVICH<br>Lexis Charges: 04/05/2001 | CHI | 88.15 |
| 04/05/01 | N M MILENKOVICH<br>Lexis Charges: 04/05/2001 | CHI | 12.48 |
| 04/06/01 | N M MILENKOVICH<br>Lexis Charges: 04/06/2001 | CHI | 44.07 |
| 04/12/01 | J L ANDRIOFF<br>Lexis search fees 02/7/01, 02/16/01, 02/19/01 | CHI | 172.86 |
| 04/12/01 | N M MILENKOVICH<br>Lexis Charges: 04/12/2001 | CHI | 39.67 |
| 05/10/01 | J L ANDRIOFF<br>Lexis search fees 03/16-28/01 | CHI | 246.39 |
| 06/15/01 | N M MILENKOVICH<br>Lexis Charges: 06/15/2001 | CHI | 41.77 |
| 06/15/01 | N M MILENKOVICH<br>Lexis Charges: 06/15/2001 | CHI | 3.94 |
| 06/18/01 | N M MILENKOVICH<br>Lexis Charges: 06/18/2001 | CHI | 63.49 |

Outboard Marine Corp. _____ Page 14

Employee Benefits

# DISBURSEMENT DETAIL

| Date | Lawyer Name | Location | Amount |
|------|-------------|----------|--------|
| 06/18/01 | N M MILENKOVICH | CHI | 216.36 |
| | Lexis Charges: 06/18/2001 | | |
| 06/29/01 | J L ANDRIOFF | CHI | 118.87 |
| | Lexis search fees 05/02/01 | | |
| 07/11/01 | N M MILENKOVICH | CHI | 136.36 |
| | Lexis Charges: 07/11/2001 | | |
| 07/11/01 | N M MILENKOVICH | CHI | 5.90 |
| | Lexis Charges: 07/11/2001 | | |

**Lexis search fees Subtotal**                                    **4,495.93**

## LOCAL MILEAGE CHARGES

| 01/23/01 | J L ANDRIOFF | CHI | 18.98 |
|------|-------------|----------|--------|
| | Local mileage charges 1/15/01 to Waukegan - 55 mi | | |
| 02/21/01 | J L ANDRIOFF | CHI | 27.60 |
| | Local mileage charges 2/5/01 to/from Waukegan - 80 mi | | |

**Local mileage charges Subtotal**                               **46.58**

## LOCAL PARKING CHARGES

| 01/23/01 | J L ANDRIOFF | CHI | 18.50 |
|------|-------------|----------|--------|
| | Local parking charges 1/15/01 | | |
| 07/17/01 | J L ANDRIOFF | CHI | 18.50 |
| | Local parking charges 6/17/01 | | |

**Local parking charges Subtotal**                               **37.00**

## LOCAL TAXI CHARGES

| 03/14/01 | E ALLEN | WAS | 18.00 |
|------|-------------|----------|--------|
| | Local taxi charges - WASHINGTON SEDANS INV # 00010 3-4-01 51 LA AVENUE TO AS DIRECTED #356 RONALD RIZO | | |
| 07/17/01 | J L ANDRIOFF | CHI | 60.00 |
| | Local taxi charges 6/18/01 to/from O'Hare | | |
| 08/10/01 | N M MILENKOVICH | CHI | 20.00 |
| | Local taxi charges 7/2/01 late work | | |

**Local taxi charges Subtotal**                                  **98.00**

Outboard Marine Corp.                                                                      Page 15

## Employee Benefits

## DISBURSEMENT DETAIL

| Date | Lawyer Name | Location | Amount |
|------|-------------|----------|--------|

### LONG DISTANCE CHARGES

| Date | Lawyer Name | Location | Amount |
|------|-------------|----------|--------|
| 02/08/01 | CHI ACCOUNTING<br>Long distance charges 02/02/01 - 02/08/01 | CHI | 1.85 |
| 02/13/01 | J L ANDRIOFF<br>Long distance charges 1/26/01 | CHI | 5.08 |
| 02/13/01 | J L ANDRIOFF<br>Long distance charges 1/19-24/01 | CHI | 12.00 |
| 02/21/01 | J L ANDRIOFF<br>Long distance charges 1/16/01 Verizon - home | CHI | 3.50 |
| 02/21/01 | J L ANDRIOFF<br>Long distance charges 2/2-7/01 | CHI | 65.99 |
| 02/27/01 | J L ANDRIOFF<br>Long distance charges 2/12-14/01 | CHI | 51.68 |
| 02/28/01 | J L ANDRIOFF<br>Long distance charges 2/16/01 | CHI | 2.77 |
| 03/12/01 | J L ANDRIOFF<br>Long distance charges 2/26-28/01 | CHI | 22.62 |
| 03/12/01 | J L ANDRIOFF<br>Long distance charges 2/23/01 | CHI | 9.94 |
| 04/11/01 | J L ANDRIOFF<br>Long distance charges 3/20/01 | CHI | 6.92 |
| 04/11/01 | J L ANDRIOFF<br>Long distance charges 3/9-15/01 | CHI | 28.14 |
| 04/11/01 | J L ANDRIOFF<br>Long distance charges 3/15/01 | CHI | 6.46 |
| 04/11/01 | J L ANDRIOFF<br>Long distance charges 3/6/01 | CHI | 14.30 |
| 04/12/01 | J L ANDRIOFF<br>Long distance charges 4/4/01 | CHI | 8.77 |
| 04/12/01 | CHI ACCOUNTING<br>Long distance charges 04/06/01 - 04/12/01 | CHI | 3.23 |
| 04/12/01 | CHI ACCOUNTING<br>Long distance charges 04/06/01 - 04/12/01 | CHI | 2.30 |

Outboard Marine Corp.                                                      Page 16

## Employee Benefits

## DISBURSEMENT DETAIL

| Date | Lawyer Name | Location | Amount |
|------|-------------|----------|--------|
| 04/26/01 | J L ANDRIOFF<br>Long distance charges 4/13-18/01 | CHI | 30.00 |
| 04/26/01 | J L ANDRIOFF<br>Long distance charges 4/10-12/01 | CHI | 53.51 |
| 05/03/01 | CHI ACCOUNTING<br>Long distance charges 04/27/01 - 05/03/01 | CHI | 1.38 |
| 05/10/01 | J L ANDRIOFF<br>Long distance charges 4/26/01 Palm Beach | CHI | 13.49 |
| 05/10/01 | CHI ACCOUNTING<br>Long distance charges 05/04/01 - 05/10/01 | CHI | 1.38 |
| 05/16/01 | J L ANDRIOFF<br>Long distance charges 5/1-2/01 | CHI | 38.76 |
| 05/23/01 | J L ANDRIOFF<br>Long distance charges 5/9/01 Washington, DC | CHI | 11.46 |
| 05/23/01 | J L ANDRIOFF<br>Long distance charges 5/15-17/01 | CHI | 20.29 |
| 05/24/01 | CHI ACCOUNTING<br>Long distance charges 05/18/01 - 05/24/01 | CHI | 3.45 |
| 06/07/01 | J L ANDRIOFF<br>Long distance charges 5/21-23/01 | CHI | 47.53 |
| 06/29/01 | J L ANDRIOFF<br>Long distance charges 6/11-14/01 | CHI | 23.61 |
| 07/05/01 | CHI ACCOUNTING<br>Long distance charges 06/29/01 - 07/05/01 | CHI | 5.92 |
| 07/17/01 | J L ANDRIOFF<br>Long distance charges 4/9/01 Verizon | CHI | 1.50 |
| 07/26/01 | CHI ACCOUNTING<br>Long distance charges 07/20/01 - 07/26/01 | CHI | 7.01 |
| 07/31/01 | J L ANDRIOFF<br>Long distance charges 3/30/01; 4/5/01 AT&T | CHI | 58.07 |
| 07/31/01 | J L ANDRIOFF<br>Long distance charges 7/3-20/01 | CHI | 20.47 |

Outboard Marine Corp.                                                         Page 17

## Employee Benefits

# DISBURSEMENT DETAIL

| Date | Lawyer Name | Location | Amount | |
|------|-------------|----------|--------|--|
| 08/20/01 | R A CHESLEY | CHI | 5.60 | |
| | Long distance charges 2/01/01 Cingular Wireless | | | |
| 08/30/01 | J L ANDRIOFF | CHI | 1.62 | |
| | Long distance charges 8/15/01 | | | |
| 08/30/01 | J L ANDRIOFF | CHI | 12.39 | |
| | Long distance charges 7/31/01-8/9/01 | | | |
| | **Long distance charges Subtotal** | | | **602.99** |

**MESSENGER SERVICES**

| Date | Lawyer Name | Location | Amount | |
|------|-------------|----------|--------|--|
| 02/13/01 | J L ANDRIOFF | CHI | 81.25 | |
| | Messenger services 1/16/01 Chicago | | | |
| 04/12/01 | D B PRIETO | CHI | 5.90 | |
| | Messenger services 2/26/01 Chicago | | | |
| 04/20/01 | CHI ACCOUNTING | CHI | 60.00 | |
| | Messenger services - CHICAGO MESSENGER SERVICE - 3/5/01 | | | |
| 04/30/01 | CHI ACCOUNTING | CHI | 5.90 | |
| | Messenger services - CHICAGO MESSENGER SERVICE - 4/17/01 | | | |
| 06/21/01 | CHI ACCOUNTING | CHI | 6.85 | |
| | Messenger services - CHICAGO MESSENGER SERVICE - 4/25/01 | | | |
| 08/31/01 | CHI ACCOUNTING | CHI | 6.30 | |
| | Messenger services - CHICAGO MESSENGER SERVICE - 8/8/01 | | | |
| | **Messenger services Subtotal** | | | **166.20** |

**POSTAGE CHARGES**

| Date | Lawyer Name | Location | Amount | |
|------|-------------|----------|--------|--|
| 03/14/01 | CHI ACCOUNTING | CHI | 9.00 | |
| | Postage charges 3/5/01 | | | |
| | **Postage charges Subtotal** | | | **9.00** |

**SUPPLIES**

| Date | Lawyer Name | Location | Amount | |
|------|-------------|----------|--------|--|
| 02/28/01 | CHI ACCOUNTING | CHI | 15.00 | |
| | Supplies - TABS/BINDERS 2/20/01 | | | |
| 04/30/01 | W A AESCHLIMANN | CHI | .54 | |
| | Supplies 3/13/01 tabs | | | |
| | **Supplies Subtotal** | | | **15.54** |

Outboard Marine Corp.                                                              Page 18

## Employee Benefits

## DISBURSEMENT DETAIL

| Date | Lawyer Name | Location | Amount |
|------|-------------|----------|--------|

**TAXI FARE**

| 03/06/01 | N M MILENKOVICH | CHI | 20.70 |
| | Taxi Fare - FLASH CAB CO. - 2/22/01 | | |

| 03/20/01 | N M MILENKOVICH | CHI | 18.50 |
| | Taxi Fare - FLASH CAB CO. - 3/5/01 | | |

| 03/27/01 | J L ANDRIOFF | CHI | 5.00 |
| | Taxi Fare - PETTY CASH - L.WILLIAMS 3/14/01 | | |

| | **Taxi Fare Subtotal** | | **44.20** |

**WESTLAW SEARCH FEES**

| 03/05/01 | S J BLUMLING | ATL | 10.35 |
| | Westlaw Charges: 03/05/2001 | | |

| 03/08/01 | N M MILENKOVICH | CHI | 121.99 |
| | Westlaw search fees 1/25/01 | | |

| 03/16/01 | S J BLUMLING | ATL | 22.31 |
| | Westlaw Charges: 03/16/2001 | | |

| 03/19/01 | S J BLUMLING | ATL | 45.30 |
| | Westlaw Charges: 03/19/2001 | | |

| 03/20/01 | S J BLUMLING | ATL | 275.38 |
| | Westlaw Charges: 03/20/2001 | | |

| 03/25/01 | S J BLUMLING | ATL | 30.82 |
| | Westlaw Charges: 03/25/2001 | | |

| 05/15/01 | S C SPITZNAGLE | CHI | 158.69 |
| | Westlaw search fees 4/11/01, 4/16/01 | | |

| | **Westlaw search fees Subtotal** | | 664.84 |

| **Total** | | | **10,698.39** |

| **Grand Total** | | | **14,383.59** ** |

** = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is $ 19.00.

# EXHIBIT E

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                          )    Chapter 7
                                                )
**OUTBOARD MARINE CORPORATION,**                )    No. 00 B 37405
**et al.,**                                     )
                                                )    **(Jointly Administered)**
                        Debtors.                )
                                                )    Hon. Ronald A. Barliant

## ORDER GRANTING JONES, DAY, REAVIS & POGUE'S
## APPLICATION FOR (A) FINAL ALLOWANCE
## OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
## AND (B) ALLOWANCE OF AN ADMINISTRATIVE EXPENSE CLAIM

This matter is before the Court on the Application for (A) Final Allowance Of

Compensation And Reimbursement Of Expenses And (B) Allowance Of An Administrative

Expense Claim (the "Application") filed by Jones, Day, Reavis & Pogue ("Jones Day"); the

Court having reviewed the Application and having heard the statements of counsel in support of

the relief requested therein at a hearing before the Court (the "Hearing"); the Court finding that

(a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a

core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) notice of the Application and the

Hearing was sufficient; and the Court having determined that the legal and factual bases set forth

in the Application and at a Hearing establish just cause for the relief granted herein;

THE COURT HEREBY FINDS THAT:[1]

A.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334.

---

[1]      Capitalized terms not otherwise defined herein have the meaning ascribed to them
in the Application.

CH-1191606v4

B.      This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C.      The Application and the notice of the Application comply, as applicable,

with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules.

D.      Jones Day's requested final compensation for services rendered in

connection with its representation of the Debtors during the Compensation Period is reasonable

and appropriate under sections 330(a)(1)(A) and 331 of the Bankruptcy Code.

E.      Jones Day's expenses incurred during the Compensation Period for which

it seeks reimbursement were actual and necessary expenses within the meaning of sections

330(a)(1)(B) and 331 of the Bankruptcy Code.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.      The Application is GRANTED in its entirety.

2.      Jones Day's request for final allowance of compensation of $235,640.30

for services rendered during the Compensation Period and reimbursement of Expenses incurred

during the Compensation Period of $14,383.59 is hereby approved.

3.      Jones Day hereby is granted an allowed postpetition claim entitled to

administrative expenses priority under sections 503(b)(2) and 507(a)(1) of the Bankruptcy Code

for all unpaid fees and Expenses approved by this Application (the "Allowed Administrative

Claim").

4.      The Debtors hereby are authorized and directed to pay to Jones Day the

full amount of the Allowed Administrative Expense Claim as soon as chapter 11 administrative

expense claims are paid in these cases.

Dated: _____, 2001

_____
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

I, Dan B. Prieto, an attorney for Jones, Day, Reavis & Pogue, certify that I caused copies of the foregoing **Jones, Day, Reavis & Pogue's Application For (A) Final Allowance Of Compensation And Reimbursement Of Expenses And (B) Allowance Of An Administrative Expense Claim** to be served on November 30, 2001 by first class mail United States mail with proper postage prepaid to the attached Service List.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dan B. Prieto

CH-1191606v4

## SERVICE LIST

Catherine L. Steege
Jenner & Block
One IBM Plaza
38th Floor
Chicago, IL 60611
Fax: (312) 840-7352

Larry Nyhan, Esq.
Matthew A. Clemente, Esq.
Sidley & Austin
10 S. Dearborn St., 48th Floor
Chicago, IL 60603
Fax: (312) 853-7036

Mark Page
Bank One, NA
Law Dept., Mail Code IL1-0287
1 Bank One Plaza
Chicago, IL 60670-0287
Fax: (312) 732-3596

Harold Kaplan
Jeffrey Schwartz, Esq.
Gardner Carton & Douglas
321 N. Clark St. Suite 3400
Chicago, IL 60610
Fax: (312) 644-3381

Alan Kornberg, Esq.
Paul Weiss
Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064
Fax: (212) 757-3990

Anthony J. Smits, Esq.
Bingham Dana LLP
One State Street
Hartford, CT 06103
Fax: (860) 240-2800

E. Decker Adams
State Street Bank & Trust Co.
Two Avenue de Lafayette
Boston, MA 02111
Fax: (617) 662-1456

Kathryn Gleason, Esq.
Office of the United States Trustee
Regional Office
227 West Monroe, Suite 3500
Chicago, IL 60606
Fax: (312) 886-5794

Alan P. Solow
Goldberg Kohn Bell Black Rosenbloom & Mortiz
55 East Monroe Street, Suite 3700
Chicago, IL 60603
Fax: (312) 332-2196

Richard Hiersteiner, Esq.
Palmer & Dodge LLP
One Beacon Street
Boston, MA 02108-3190
Fax: (617) 227-4420

David A. Blackburn
Chief Executive Officer
Thomas G. Faria Corporation
385 Norwich-New London Turnpike
Uncasville, CT 06382
Fax: (860) 848-2704

Michael L. Gesas, Esq.
Gesas Pilati and Gesas, Ltd.
53 W. Jackson Blvd., Suite 528
Chicago, IL 60604
Fax:(312) 939-1742

CH-1191606v4

Forrest Lammiman, Esq.
Timothy W. Brink, Esq.
Lord Bissell & Brook
115 South LaSalle Street
Chicago, IL 60603
Fax: (312) 443-0336

Roger R. Cloutier, II
Mary McConnell
Genmar Holdings, Inc.
100 South 5th Street, Suite 2400
Minneapolis, MN 55402
Fax: (612) 337-1930

John Collen
Duane, Morris & Heckscher LLP
227 W. Monroe Street, Suite 3400
Chicago, IL 60606
Fax: (312) 499-6701

Alex D. Moglia & Associates, Inc.
1325 Remington Road
Suite H
Schaumburg, IL 60173
Fax: (847) 884-1188

Elizabeth Wallace
Senior Assistant Attorney General
Environmental Bureau
Illinois Attorney General's Office
188 West Randolph Street - Suite #2001
Chicago, IL 60601
Fax: (312) 814-2347

Alan S. Tenenbaum, Senior Counsel
Frank Biros
Trial Attorneys
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
Fax: (202) 353-0296

Robert L. Green, Esq.
Dan Sullivan, Esq.
Howrey Simon Arnold & White
1299 Pennsylvania Ave
Washington, DC 20004
Fax: (202) 383-6610

Howard L. Adelman, Esq.
Adelman, Gettleman,
Merens, Berish & Carter, Ltd.,
53 West Jackson Blvd., Suite 1050
Chicago, IL 60604
Fax: (312) 435-1059

Russell C. Bergman
LaSalle Bank, N.A.
135 South LaSalle Street, Suite 1960
Chicago, IL 60603
Fax: (312) 904-2236

James L. Eggeman
Michael Miller
Pension Benefit Guaranty Corporation
1200 K Street, N.W., Suite 340
Washington, DC 20005-4026
Fax: (202) 326-4112

Stanley J. Parzen
Mayer, Brown & Platt
190 South LaSalle Street
Chicago, IL 60603-3441
Fax: (312) 701-7711

Micheal M. Eidelman
Vedder, Price, Kaufman & Kammholz
222 N. LaSalle Street
Suite 2600
Chicago, IL 60601
Fax: (312) 609-5005