IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                          )      Case No. 00-37405
                                                )      (Jointly Administered)
OUTBOARD MARINE CORPORATION,  et al.,           )      Chapter 11
                                                )      Hon. Ronald Barliant
                                                )      Hearing Date:  December 10, 2001
          Debtors.                              )      Hearing Time: 10:30 a.m.

**FIRST AND FINAL APPLICATION OF DEVELOPMENT SPECIALISTS, INC.
AS CRISIS MANAGEMENT CONSULTANTS TO THE
DEBTORS-IN-POSSESSION, SEEKING (A) ALLOWANCE AND
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF OUT-OF-
POCKET EXPENSES AND (B) A FINAL ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES UNDER 11 U.S.C. §§ 330 AND 331**

Pursuant to 11 U.S.C. Sections 330 and 331 and Rule 2016 of the Federal Rules of

Bankruptcy Procedures, the firm of Development Specialists, Inc. (hereafter "DSI" or "the

Firm") hereby submits its *First and Final Application of Development Specialists, Inc. as Crisis*

*Management Consultants to the Debtor-in-Possession, seeking (A) Allowance and Payment of*

*Interim Compensation and Reimbursement of Out-of-Pocket Expenses and (B) A Final Allow-*

*ance of Compensation and Expense Reimbursement* ("the Application") for the period December

23, 2000 through and including August 20, 2001 ("the Application Period").  The Firm hereby

moves this Honorable Court for an Order (a) awarding DSI a fourth interim allowance of: (i)

compensation for professional services rendered to and on behalf of the Debtor-in-Possession for

the period April 1, 2001 through and including August 20, 2001 ("the Fourth Interim Period") in

the amount of $25,177.50 and (ii) reimbursement of DSI's actual, reasonable and necessary out-

of-pocket expenses incurred during the Fourth Interim Period in the amount of $485.78, (b)

awarding DSI a final allowance of compensation for professional services rendered and actual,

reasonable and necessary expenses incurred for and on behalf of the Debtor-in-Possession for the

period December 23, 2000 through and including August 20, 2001 during the Chapter 11 case in

the aggregate amount of $314,132.00 and $4,507.63 respectively (in each case inclusive of the

amounts incurred during the Fourth Interim Period), and (c) granting DSI such other relief as is

just and proper. In support of the Application, DSI respectfully represents as follows:

### I.
### INTRODUCTION

1.      Development Specialists, Inc. submits this Application in accordance with the

United States Trustee Guidelines for Reviewing Application for Compensation and Re-

imbursement of Expenses Filed Under 11 U.S.C §330 ("UST Guidelines").

### II.
### APPLICATION

A.   **Approval of Employment of Development Specialists, Inc.**

     **and Prior Compsensation.**

2.      On December 22, 2000 ("the Petition Date"), each of the Debtors filed a voluntary

petition in this Court for relief under Chapter 11 of Title 11 of the United States Code, 11

U.S.C. §§ 101 et seq., as amended ("the Bankruptcy Code").

3.      This Court has jurisdiction over this Interim Application pursuant to 28

U.S.C.§§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This

is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4.      The statutory predicates for the relief requested herein are Sections 330 and 331

of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

## B.    RETENTION OF DEVELOPMENT SPECIALISTS, INC.

Prior to the commencement of these chapter 11 cases, the Debtors sought DSI's services

with respect to, among other things, advice regarding the Debtors' business plan, restoration of

confidence in the Debtors' operations and assistance in reducing the Debtor's expenditures.  DSI

is an international workout and turnaround firm with offices located in California, Ohio,

Massachusetts, Illinois and Florida.  The Firm provides a broad spectrum of services to debtors,

creditors, boards of directors and other stakeholders that may be impacted in an insolvency or

turnaround situation.   DSI and its senior professionals have an excellent reputation for advising

financially distressed companies and DSI has extensive knowledge of the Debtor's business

5.    On December 28, 2000, the Debtors filed an application with this Court, a  copy

of which is attached hereto as Exhibit A ("the Retention Application"), requesting an or-

der authorizing them to retain Development Specialists, Inc. as the Crisis Management

Consultants and to provide, among other things, the following professional services

(which are more fully described in the November 17, 2000 Engagement Letter attached to

the Retention Application):

(a)    Review the Debtors' overall business plan, augment the Debtors' business
plan where necessary to facilitate its implementation in the context of the
overall restructuring and restore the confidence of the debtors' lenders,
creditors and ownership;

(b)    Review all current operating and overhead expenses to determine if such
outlays are reasonable and necessary under the circumstances and insure
that the Debtors' financial expenditures are as conservative as possible in
the context of any restructuring;

(c)    Assist the debtors' CEO, CFO and General Counsel as requested in their
negotiations with the Debtors' various creditor constituencies, including
bondholders, lenders and shareholders;

270981.02-Chicago S2A

**(d)**   Monitor and control the Debtors' accounting department;

**(e)**   Assist the Debtors in developing plans to windup, shutdown, or heavily curtail operations, including aiding with the retention and termination of employees;

**(f)**   Aid the Debtors' CFO and General Counsel in the review and analysis of issues in connection with assets available for sale, or other dispositions; and

**(g)**   Assist in the preparation of the bankruptcy schedules and implementation of the various reporting systems that will be required to be submitted to the Bankruptcy Court.

6.      On January 10, 2001, this Court entered an order ("the Retention Order") authorizing the Debtors to employ DSI as their crisis management consultants effective as of the Petition Date.  A copy of the Retention Order is annexed hereto as Exhibit B.

7.      The case was converted to a case under Chapter 7 of the U.S. Bankruptcy Code on August 20, 2001.

## COMPENSATION PAID AND ITS SOURCES

8.      All services for which compensation is requested were performed for or on behalf of the Debtor.

9.      There is no agreement or understanding between DSI and any other person other than the members of the Firm for sharing of compensation to be received for services rendered in this case.

10.     On January 8, 2001, this Court entered an Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals ("the Administrative Order").  A copy of the Administrative Order is annexed hereto as Exhibit C.

5

11.    Pursuant to the Administrative Order, certain professionals of the Debtors and the

Committee, including DSI, were authorized to submit to the Debtors monthly fee state-

ments (the "Monthly Fee Statements") without formal application to this Court.  The

Debtors were authorized, absent objection by any of the major parties in the Chapter 11

cases, to pay 90% of the monthly fees and 100% of the monthly expenses sought in the

Monthly Fee Statements, subject to the filing of interim and final fee applications.

12.    Summarized below are the Monthly Fee Statements filed by DSI that are the

subject of this Interim Application:

| Applicable Period | Amounts Requested | Amounts Paid | Amount Held Back |
|---|---|---|---|
| 12/23/00 - 1/31/01 | Fees:  $185,185.00<br>Exp.: $   3,067.53 | Fees:  $166,666.50<br>Exp.: $   3,067.53 | $18,518.50 |
| 2/1/01 - 2/28/01 | Fees:  $ 84,149.50<br>Exp.: $0 | Fees:  $ 75,743.55<br>Exp.: $0 | $ 8,405.95 |
| 3/1/01 - 3/31/01 | Fees:  $ 19,620.00<br>Exp.  $      954.32 | Fees:  $ 17,658.00<br>Exp.: $      954.32 | $ 1,962.00 |
| 4/1/01 - 8/20/01<br>(not previously requested)<br>Fourth Interim Period | Fees:  $ 25,177.50<br>Exp.: $      485.78 | Fees: $0<br>Exp.: $0 | N/A |
| Total including holdback and unbilled fees and expenses | Fees: $314,132.00<br>Exp.  $   4,507.63 | Fees: $260,068.05<br>Exp.: $   4,021.85 | Fees: $54,063.95<br>Exp. $      485.78 |

6

13.    Development Specialists, Inc. held a post-petition retainer of $366,317.31.

14.    Fees and expenses allowed pursuant to the terms of the Monthly Fee Statement Order and procedure were paid by the Debtor to DSI, with the exception of the holdback amount.

15.    Pursuant to the terms of the Monthly Fee Statement Order there is a holdback of $28,886.45, which was not credited against the post-petition retainer.

16.    On October 5, 2001, Development Specialists, Inc. turned over $250,000 of the post-petition retainer to Alex D. Moglia, Chapter 7 Bankruptcy Trustee for the Estate of Outboard Marine Corporation. This transfer was done at the request of the Chapter 7 Trustee in a letter dated September 26, 2001. Final reconciliation and turnover of the re-maining retainer is to be completed after the hearing on this matter.

## SUMMARY OF PROFESSIONAL SERVICES RENDERED DURING THE APPLICATION PERIOD

17.    At the commencement of the bankruptcy cases, DSI created nineteen (19) different matter numbers or subject-matter categories ("the Matter Categories") to which its professionals assigned the time billed by them, all of which are related to the tasks performed by DSI on behalf of the Debtors. All DSI professionals kept a contemporane-ous record of the time spent rendering such services and, consistent with guidelines of the Office of the United States Trustee, separated tasks in billing increments of one-tenth of an hour.

18.    The table below contains the list of the categories used by DSI in this matter,

along with the total hours billed to that category and the total fees sought by category:

## COMPENSATION BY PROJECT CATEGORY

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|
| Case Administration/General | 32.10 | $11,376.50 |
| Fee Application/Client Billing | 13.30 | $2,992.50 |
| Attend Court Hearing/Review of Pleadings | 96.60 | $41,396.50 |
| Business Analysis | 284.70 | $78,381.50 |
| Preparation of Liquidation Analysis | 36.70 | $8,229.50 |
| Preparation of Bankruptcy Schedules | 11.40 | $2,556.00 |
| A/R Review and Collection | 14.50 | $3,833.50 |
| Claims Analysis/Objections | 4.30 | $1,035.00 |
| Lease Analysis/Executory Contracts | 9.10 | $2,242.00 |
| Employee Benefits/Pension/Insurance | 39.80 | $10,919.00 |
| Asset Analysis and Recovery | 6.80 | $3,060.00 |
| Managing Business Operations | 102.40 | $27,581.00 |
| Auction Preparation | 10.00 | $2,700.00 |
| Sale of Assets | 163.90 | $57,146.50 |
| Environmental Issues | 28.10 | $9,771.50 |
| Secured Lenders/Cash Collateral | 88.40 | $24,399.00 |
| Creditor/ Creditor Committee Contact | 68.90 | $23,362.00 |
| Shareholder Contact/Related Issues | 2.40 | $945.00 |
| Non-Debtor Subsidiary Issues | 9.30 | $2,205.00 |
| TOTALS | 1,022.70 | $314,132.00 |
| Blended Average Rate/Hour | | $307.16/hour |

270981.02-Chicago S2A

19.   Attached hereto, as Exhibit D, is a summary of the hours spent by task by

consultant for the Application Period.  The summary includes the time spent by the con-

sultant and the fees incurred per category per consultant.

20.   Attached as Exhibit E is a detailed copy of the chronological time spent by

category by consultant for the period commencing December 23, 2000 through and

including August 20, 2001.  This report represents a chronological sort of the Firm's time

reports.  These time reports are kept in the regular course of business reflecting the

services rendered by the Firm during the Application Period.  The time reports are or-

ganized on a daily basis.  The Firm is particularly sensitive to issues of "lumping" and,

unless time was spent in one time frame on a variety of different matters for a particular

client, separate time entries are set forth in the time reports.

21.   The following is a general description of the categories into which DSI has

organized this Application and a brief summary of the hourly consulting services per-

formed within each category.

### Narrative/Summary

A.   Case Administration/General

This category includes the applicant's telephone conversations and meetings with

the Debtors, the Debtors' attorneys, the Debtors' customers and other parties of

interest regarding the status of the case, the press coverage the case is generating

and the logistics and organization of the case, including general day-to-day op-

erational issues of the Debtors.

Total Fees:$11,376.50        Total Hours:____32.10__

B.    Fee Application/Client Billing

This category includes time expended in the review and compilation of compen-

sation and expense applications to be submitted to the Court.


Total Fees:$2,992.50        Total Hours:____13.30__


C.    Attend Court Hearings/Review Pleadings

The time spent in this category includes the review of motions and pleadings ei-

ther filed or to be filed with the Court by the Debtors' attorneys and other parties

in interest.  It also involves meetings and telephone calls to discuss the before

mentioned documents and attendance at hearings. These matters included such

items as retention of professionals, hearings regarding the sale of assets and lift

stay actions.

Total Fees:$41,396.50        Total Hours:__96.60__


D.    Business Analysis

The time expended in this category includes meetings and discussions pertaining

to the Debtors' operations within the context of the Chapter 11 filing, including

DIP budget preparation process and dealings with cutomers and vendors. In addi-

270981.02-Chicago S2A

tion, DSI worked closely with the Debtor regarding review of cash collateral systems, shut down analysis and logistics, analysis of financial projections and review of inventory processes and accounting.

Total Fees:$78,381.50                    Total Hours:   284.70

E.    Preparation of Liquidation Analysis

The time expended in this category includes updating and revising liquidation analysis and scenarios for the Debtor and Non-debtor entities.

Total Fees:$8,229.50              Total Hours:      36.70

F.    Bankruptcy Schedules

The time expended in this category includes the coordination of gathering data in the compilation of the Debtors' Schedules and Statements of Financial Affairs and the review of same.

Total Fees:$2,556.00              Total Hours:      11.40

G.    Accounts Receivable Review and Collection

The time expended in this category includes numerous discussions with the

Debtor regarding the Debtors' accounts receivable including collection activity

and the potential set-off and rebate claims of the customers and/or floor planners.


Total Fees:$3,833.50          Total Hours:    14.50


H.    Claims Analysis and Objections

The time expended in this category includes establishing reclamation claims proc-

ess and handling the claims.  Also included in this category is time spent review-

ing the claims docket and claims summaries and responding to specific claims, as

required.


Total Fees:$1,035.00          Total Hours:    4.30


I.    Lease Analysis / Executory Contracts

The time expended in this category includes the review and discussions pertaining

to the Debtors' leases and executory contracts including assumption and termina-

tion issues.


Total Fees:$2,242.00          Total Hours:    9.10

270981.02-Chicago S2A

J.    Employee Benefits / Pension / Insurance

The time expended in this category includes dealing with the myriad of employee
and employee benefits issues such as retention plans and worker compensation in-
surance.  In addition, DSI worked with the Debtor and the Debtors' professionals
to terminate various types of employee benefit plans.

Total Fees:$10,919.00            Total Hours:   39.80

K.    Asset Analysis and Recovery

The time expended in this category includes the review of the appraisal reports
prepared for each of the Debtors' locations.

Total Fees:3,060.00          Total Hours:      6.80

L.    Managing Business Operations

The time expended in this category includes interaction with the Debtor with re-
gard to the post petition daily operations of the Debtors' business.  This effort in-
cluded numerous discussions with employees, management and officers regarding
boat sales, inter-company accounting issues, and shut down logistics and analysis.
This interaction included attendance at numerous staff meetings and discussions
and telephone conversations with employees, vendors and customers.

Total Fees:$27,581.00 _____    Total Hours:   102.40

M.    Auction Preparation

The time expended in this category includes the time spent coordinating auctions

for any assets not sold in the Houlihan Lokey sale process.

Total Fees:$2,700.00 ____    Total Hours:  10.0 _____

N.    Sale of Assets

The time expended in this category includes the discussions and meetings with the

Debtors' counsel, investment bankers and numerous potential buyers regarding

the sale process and due diligence requests. The sales process included significant

time assisting the Debtor and the Debtor's professionals in negotiating the sales

and evaluating the offers.

Total Fees:$57,146.50 _____    Total Hours:   163.90

O.    Environmental Issues

The time expended in this category includes the discussions and meetings with the

Debtors' and Debtors' professionals regarding the status of environmental mat-

ters, claims and regulatory issues

.

Total Fees:$9,771.50 ____    Total Hours:     28.10

R.    Shareholder Contact/Related Issues

The time expended in this category includes dealings with the Debtors' Board of

Directors, including participating in conference calls with the Board.

Total Fees:$945.00    Total Hours:    2.40

S.    Non-Debtor Subsidiary Issues

The time expended in this category includes the time spent managing the opera-

tions of the Debtor's foreign entities, including numerous conference calls with

the Debtors' foreign counsel and other professionals regarding budget and fund-

ing issues and later issues relating the disposition of the foreign entities.

Total Fees:    $2,205.00    Total Hours:    9.30

22.    The members of the Firm who have rendered professional services to the Debtor

together with their position at the Firm, their tenure, hourly rate and hours spent on this

matter are presented below:

| Name | Title | Year | Rate* | Hours | Amount |
|------|-------|------|-------|-------|--------|
| | | | | | |
| William A. Brandt, Jr. | President and CEO | 1978 | $425.00 yr 2000 | 8.00 | $  3,740.00 |
| | | | $450.00 yr 2001 | 265.00 | $119,250.00 |
| Frederick C. Caruso | Vice President and CPA (WI-1980, IL- and Certified Insolvency Accountant 1998) | 1982 | $380.00 yr 2000 | 9.60 | $  3,648.00 |
| | | | $410.00 yr 2001 | 73.80 | $ 30,258.00 |
| William G. King | Senior Consultant, CPA(TX-1990) | 1999 | $275.00 | 4.80 | $  1,320.00 |
| James E. Moore | Senior Consultant | 1985 | $270.00 | 178.10 | $ 48,087.00 |
| George E. Shoup, III | Consultant | 1994 | $180.00 yr 2000 | 16.80 | $  3,024.00 |
| | | | $225.00 yr 2001 | 465.80 | $104,805.00 |
| **TOTALS** | | | | 1,022.70 | $314,132.00 |

\* The above hourly rates are adjusted on January 1st of each new year to reflect the advancing experience, capabilities and growing seniority of our professionals as well as other general economic factors that affect the operations of DSI's business.

23.    In compliance with UST Guidelines , attached as <u>Exhibit H</u> are descriptions of the qualifications of all the DSI consultants with significant hours for services rendered to the Debtor.

24.   These hourly rates are DSI's normal hourly rates of compensation for work of this character.  The reasonable value of the services rendered by DSI for the period commencing April 1, 2001 through and including August 20, 2001 (the Fourth Interim Period) is equal to $25,177.50.  The blended hourly rate for the Fourth Interim Period is $317.50.  The reasonable value of services rendered by DSI for the Application Period (which is inclusive of the Fourth Interim Period) is $314,132.00.  The blended hourly rate for the Firm for the entire duration of the case is $307.16.

25.   Attached as <u>Exhibit F</u> is a summary schedule of the hours spent by category by consultant for the Fourth Interim Period.  The detail of these hours are contained in the detail schedule attached as <u>Exhibit E.</u>

26.   Attached hereto as <u>Exhibit G</u>, and incorporated herein, is a summary and detailed listing of DSI's out-of-pocket expenses which total $4,507.63 for the Application Period. This Application includes photocopy charges at $.10 per page.  DSI's photocopier automatically records the number of copies made when a person who is doing the copying enters the client's account number into a device that is attached to the photocopier.  Development Specialists, Inc. summarizes each client's photocopying charges on a monthly basis.  Whenever feasible, DSI sends large copying projects to an outside copy service that charges a reduced rate for photocopying.

27.   DSI charges the actual cost of the toll charges for outgoing long distance faxes. Fax receipts are not charged to clients.  DSI does charge the actual cost for long distance calls placed by professionals from their offices.  DSI believes the foregoing rates are market rates.

## OVERVIEW OF THE CASES

A.    The Debtors' Business

1. Prior to the Petition Date, OMC operated its outboard marine engine and
boat manufacturing business through sixteen domestic subsidiaries and seventeen foreign
subsidiaries. The Debtors in these proceedings include OMC and eight of its domestic
subsidiaries.

2. The Debtors and their non-debtor affiliates collectively were one of the
world's largest designers, manufacturers, and sellers of outboard marine engines, boats,
and marine parts and accessories. The Debtors' products included Johnson and Evinrude
brand outboard engines and Chris*Craft, Four Winns, Seaswirl, Stratos/Javelin, Hydra-
Sports, Lowe, and Princecraft recreational and fishing boats. In fiscal year 1999, the
Debtors and their non-debtor affiliates had revenues of $1.1 billion. For the first nine
months of fiscal year 2000, revenues were $858 million.

3. The Debtors and their non-debtor affiliates conducted their operations
from over thirty manufacturing, distribution, warehouse, and office facilities located in
fifteen states and several foreign countries, including Australia, Belgium, Brazil, Canada,
China, Hong Kong, and Mexico. They sold their products through a worldwide network
of approximately 5,100 independently-owned dealers, roughly 3,600 of which were lo-
cated in North America.

B.    Events Leading to the Chapter 11 Filing

    4.    In fiscal year 1997, the Debtors became aware of certain performance
issues associated with engines utilizing the so-called "FICHT technology," a patented,
highly innovative, fuel-injection technology designed for two-stroke engines. In April
1998, the Debtors began to identify the causes of these performance issues and prepared
and distributed upgrade kits to dealers.

    5.    In January 1999, the Debtors completed their analysis and determined that
certain further technological improvements were needed to improve the overall perform-
ance of the FICHT engines. In April 1999, the Debtors therefore provided their dealers
with additional upgrade kits containing performance enhancements. These performance
issues negatively impacted the Debtors' sales during this time period.

    6.    In September 1998, the Debtors announced that, over the next two years,
they would close their two largest engine manufacturing facilities located in Waukegan,
Illinois and Milwaukee, Wisconsin. The Debtors incurred a restructuring charge of $98.5
million in 1998 as a result of these expected closings. As part of this plan, the Debtors
determined to outsource to third-party vendors substantially all of the production opera-
tions conducted at these facilities.

    7.    The Debtors began outsourcing production in 1999, but experienced
significant difficulties in transitioning production to third-party vendors. As a result, full
production capabilities for certain engine components took longer than anticipated. The
Debtors were forced to significantly curtail production from February to July 2000 - the

busiest production months of the year for marine manufacturers - as they worked with out-source vendors with production and other quality issues.

8.     Because of these and other operational issues, the Debtors' earnings and liquidity were significantly affected. On January 28, 2000, certain entities affiliated with the Debtors' owners invested $65 million in the Debtors through the purchase of Series A Convertible Preferred Stock. One such entity subsequently provided significant additional funding to the Debtors in the total amount of roughly $100 million. During this time pe-riod, the Debtors experienced significant turnover among its management employees.

9.     By November 2000, the primary season for sales of marine products has concluded. However, the Debtors' production issues with respect to many of its outsour-ced components still had not been resolved. The Debtors also continued to suffer liquidity constraints despite the significant cash infusions from their investors. Indeed, the Debtors' liquidity situation became more exacerbated because of the normal year-end drop off in sales and the increasingly slowing economy which significantly affects the market for lux-ury items such as boats and engines.

10.     As a result of these circumstances, the Debtors significantly reduced their operations in order to reduce cash operating losses. On December 1, 2000, the Debtors employed approximately 6,600 employees. On that day, however, the Debtors laid off ap-proximately 1,000 employees around the United States. On December 15, 2000, and De-cember 22, 2000, the Debtors further reduced their remaining workforce and discontinued virtually all manufacturing operations. As of the Petition Date, the Debtors employed roughly 800 employees.

11.    In November, 2000, the Debtors retained the investment banking firm of

Houlihan, Lokey, Howard & Zukin Capital ("Houlihan"); the turnaround management

consulting firm of Development Specialists, Inc. ("DSI"); and domestic and foreign re-

structuring counsel , Bingham Dana, LLP, respectively, to assist the Debtors in evaluating

their strategic alternatives.  Working with these professionals, the Debtors concluded, after

exploring various out-of-court restructuring alternatives, that the best vehicle for maxi-

mizing value was through the sale of their assets.

C.    Key Events After the Petition Date

12.    After the Petition Date, the Debtors continued the efforts, begun in

November 2000, to find one or more suitable buyers for some or all of their operating as-

sets.  As part of these efforts, the Debtors obtained entry of an order by this Court on

January 9, 2001, establishing detailed bidding and other procedures related to the auction

sale of the Debtors' assets.  Many potential purchasers conducted extensive due diligence,

and several eventually submitted bids on various pools of assets in the form of detailed

asset purchase agreements.

13.    After identifying the highest and best offers for certain groups of assets,

the Debtors conducted an auction sale of their assets on February 5, 2001.  The auction

lasted many hours and resulted in the Debtors' acceptance of a joint bid ("the Joint Bid")

for substantially all of the Debtors' assets submitted by Bombardier Motor Corporation of

America ("Bombardier") and JTC Acquisition, LLC ("JTC").  The face amount of the

Joint Bid was $95 million. After a hearing conducted by this Court on approval of the
Joint Bid, this Court entered an order on February 9, 2001 approving the Debtors' sale of
the assets pursuant to the terms thereof. Additionally, on February 23, 2001, this Court
entered an order authorizing the Debtors' sale of a trademark to Quebec, Inc. ("Quebec")
for $7 million.

14.     After the approval of these sales, the Debtors continued the process of
winding up their estates and working with their creditor constituencies, including the
Committee and the Debtors' pre-petition and post-petition lenders (the "Lenders"), to
formulate a plan of liquidation for distribution of the proceeds of sale and other assets.
After consulting with all major constituencies in the case, the Debtors concluded that the
best vehicle for the remaining wind-up of their estates was through a Chapter 7 liquida-
tion. Accordingly, on August 20, 2001, this Court approved the consensual conversion of
these bankruptcy cases from Chapter 11 of the Bankruptcy Code to Chapter 7 of the
Bankruptcy Code.

## APPLICABLE AUTHORITY

1.     Under Section 330 of the Bankruptcy Code, a Bankruptcy Court may award to a
professional employed by the estates "reasonable compensation for actual, necessary
services: rendered by the professional, plus "reimbursement of actual, necessary ex-
penses." 11U.S.C. §330(a)(1). See generally In re Geraci, 138 F.3d 314 (7th Cir. 1998);
Matter of Taxman Clothing Company, 49 F.3d 310 (7th Cir. 1995).

2.     In determining the amount of "reasonable compensation", the Court must

consider the nature, extent, and value of the services, taking into account all the relevant

factors, including the time spent on such services; the rates charged for such services;

whether the services were necessary and beneficial; whether the services were performed

in a reasonable amount of time commensurate with the complexity, importance, and na-

ture of the problem, issue, or task addressed; and whether the compensation is reasonable

based on the customary compensation charged by comparably skilled practitioners in

cases other than cases under the Bankruptcy Code 11 U.S.C. § 330(a)(3).

3.     Bankruptcy Courts reviewing fee applications use several different approaches to

apply these guidelines, including familiar methods such as the approach outlined in John-

son v. Georgia Highway Express, 488 F.2d 714 (5th Cir. 1974). See generally In re

Geraci, 138 F.3d 314 (7th Cir. 1998); In re Spanjer Brothers, Inc., 203 B.R. 85 (Bankr.

N.D. Ill. 1996). Similarly, Bankruptcy Courts frequently utilize the lodestar analysis,

analyzing the benefit of the services to the estate and considering whether the services

rendered were reasonable and necessary. See Matter of Taxman Clothing Company, 49

F.3d 310, 315 (7th Cir. 1995); In re UNR Industries, Inc., 986 F.2d 208 (7th Cir. 1993).

4.     These analyses examine similar factors, including: (i) the novelty or difficulty of

the questions, (ii) the experience, reputation and skill of the professional, (iii) time limi-

tations imposed by the circumstances, (iv) whether the fee is fixed or contingent, (v) the

preclusion of other employment by the professional due to acceptance of the case, and

(vi) the amount involved and the results obtained or the quality of the services. Matter of

Taxman Clothing Company, 49 F.3d 310, 315 (7th Cir. 1995); In re Spanier Brothers, Inc., 203 B.R. 85 (Bankr. N.D. Ill. 1996).

5.      In accordance with the factors enumerated in 11 U.S.C. § 330 and above, the amounts requested herein by DSI are fair and reasonable, given: (i) the nature of the bankruptcy cases, (ii) the novelty and complexity of the bankruptcy cases, (iii) the time and labor required to represent the Debtors effectively, (iv) the time limitations imposed by the bankruptcy cases, (v) the nature and extent of the services rendered, (vi) DSI's experience, reputation and ability, (vii) the value of DSI's services, and (viii) the cost of comparable services other than in a case under the Bankruptcy Code.

**WHEREFORE** DSI respectfully requests that this Court enter an Order, pursuant to §§330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016 as follows:

1.      An Order awarding DSI (a) a fourth allowance of interim compensation for professional services rendered for and on behalf of the Debtor during the Fourth Interim Period in the aggregate amount of $25,177.50; (b) reimbursement of its actual, reasonable and necessary out-of-pocket expenses incurred during the Fourth Interim Period in the amount of $485.78.

2.      A final allowance of compensation for professional services rendered for and on behalf of the Debtor during the Application Period in the aggregate amount of $314,132.00; and reimbursement of its actual, reasonable and necessary out-of-pocket expenses incurred during the Application Period in the aggregate amount of $4,507.63 (in each case inclusive of the amounts incurred during the Fourth Interim Period and the

25

270981.02-Chicago S2A

amounts held back from the interim payments made pursuant to the Monthly Fee State-

ment Order) and;

3.    Granting DSI such other and further relief as is just and equitable under the cir-

cumstances.

Respectfully submitted,


_____
Steven L. Victor
Development Specialists, Inc.
Three First National Plaza
70 West Madison Street
Suite 2300
Chicago, Illinois 60602
312/263-4141

Crisis Management Consultants to the Debtors-In-Possession


Dated: November 30, 2001

# EXHIBIT A

EOD   DEC 28 2000

**FILED**
UNITED STATES BANKRUPTCY COURT,
NORTHERN DISTRICT OF ILLINOIS

DEC 28 2000

WAYNE E. NELSON, CLERK
PS REP. - LG

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 00-37405 |
| | ) | (Jointly Administered) |
| OUTBOARD MARINE CORPORATION, | ) | Chapter 11 |
| et al., | ) | Hon. Erwin I. Katz |
| | ) | Hearing Date: January 4, 2001 |
| Debtors. | ) | Hearing Time: 2:00 p.m. |

### APPLICATION FOR AN ORDER PURSUANT TO
### 11 U.S.C. § 327(a) AUTHORIZING THE EMPLOYMENT
### AND RETENTION OF DEVELOPMENT SPECIALISTS,
### INC. AS CRISIS MANAGEMENT CONSULTANTS

Outboard Marine Corporation and certain of its domestic subsidiaries,

debtors and debtors-in-possession in the above captioned cases (collectively, the

"Debtors"), hereby apply (the "Application") to this Court for an order pursuant to 11

U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) authorizing the employment and

retention of Development Specialists, Inc. ("DSI") as crisis management consultants

nunc pro tunc to the Petition Date (as hereinafter defined).  In support of this

Application, the Debtors respectfully represent as follows:

### BACKGROUND

A.    The Chapter 11 Filings

1.    On December 22, 2000 (the "Petition Date"), each of the Debtors filed

a voluntary petition in this Court for reorganization relief under chapter 11 of title 11

of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy

EXHIBIT __A__ PAGE __1__

Code"). The Debtors continue to manage their properties as debtors-in-possession

pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' cases

have been consolidated for procedural purposes and are being jointly administered by

the Court.

2.      No creditors' committee has yet been appointed in these cases. No

trustee or examiner has been appointed.

3.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C.

§§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This

matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4.      The statutory predicate for the relief requested herein is section 327(a)

of the Bankruptcy Code.

B.      The Debtors' Business

5.      Outboard Marine Corporation ("OMC"), based in Waukegan, Illinois,

operates its business through sixteen domestic subsidiaries and seventeen foreign

subsidiaries. The Debtors in these proceedings include OMC and eight of its

domestic subsidiaries: (i) OMC Recreational Boat Group, Inc.; (ii) Recreational

Boat Group Limited Partnership; (iii) OMC Fishing Boat Group, Inc.; (iv) OMC

Aluminum Boat Group, Inc.; (v) OMC Latin America/Carribean, Inc.; (vi) Outboard

Marine Transportation Corporation; (vii) OMCEMA, Inc; and (viii) OMC Nevada,

Inc. (collectively, the "Subsidiary Debtors").



EXHIBIT __A__ PAGE __2__

6. The Debtors and their non-debtor affiliates collectively are one of the world's largest designers, manufacturers, and sellers of outboard marine engines, boats, and marine parts and accessories. The Debtors' products include Johnson and Evinrude brand outboard engines and Chris*Craft, Four Winns, Seaswirl, Stratos, Javelin, Hydra-Sports, Lowe, and Princecraft recreational and fishing boats. In fiscal year 1999, the Debtors and their non-debtor affiliates had revenues of $1.1 billion. For the first nine months of fiscal year 2000, revenues were $858 million.

7. The Debtors and their non-debtor affiliates conduct their operations from over thirty manufacturing, distribution, warehouse, and office facilities located in fifteen states and several foreign countries, including Australia, Belgium, Brazil, Canada, China, Hong Kong, and Mexico. They sell their products through a world-wide network of approximately 5,100 independently-owned dealers, roughly 3,600 of which are located in North America.

8. OMC was incorporated in 1936 and focused on the manufacture of two-stroke engines for a variety of marine and non-marine uses. In the late 1980's, a structural shift occurred in the marine industry as engine manufacturers, including OMC, began to package their engines with boats. In line with this trend, OMC acquired fifteen boat companies by 1990 and divested its non-marine product lines, thereby transforming itself from an engine company to a marine company. In September 1997, OMC was acquired by, and became a wholly-owned subsidiary of,

3

EXHIBIT A PAGE 3

Greenmarine Holdings, LLC ("Greenmarine"). Greenmarine holds 99.9% of the

outstanding common stock of the Debtors. The members of Greenmarine are

Greenlake Holdings LLC ("Greenlake"), Quasar Strategic Partners QDC ("QSP")

and Quantum Industrial Partners LDC ("QIP").

9.     The Debtors own a majority interest in FICHT GmbH & Co. KG

("FICHT"), a German limited partnership that has developed a patented, highly

innovative, fuel-injection technology designed for two-stroke engines. FICHT

licenses this technology to OMC for use in production of its outboard marine

engines. OMC sublicenses this technology to manufacturers of snowmobiles,

personal watercraft, motorcycles, and lawn equipment.

C.     Prepetition Indebtedness

10.     Effective January 6, 1998, OMC entered into that certain Amended

and Restated Loan and Security Agreement, as amended (the "Loan Agreement"),

with a syndicate of lenders (the "Lenders") for which Bank of America, N.A. is

administrative and collateral agent (the "Agent"). The Loan Agreement provides for

a revolving credit facility of up to $150 million with a $60 million sublimit for letters

of credit.

11.     As of the Petition Date, the unpaid principal owed to the Lenders

under the Loan Agreement was approximately $81 million. Additionally, a total of

$47.5 million in letters of credit was outstanding. OMC and five Subsidiary Debtors

EXHIBIT $\underline{A}$ PAGE $\underline{4}$

are the obligors under the Loan Agreement. The obligations are secured by liens on and security interests in certain of the Debtors' personal property.

12.    On May 27, 1998, OMC issued $160 million principal amount of 10 3/4% Senior Notes Series A due 2008 with interest payable semiannually on June 1 and December 1 of each year. On April 14, 1999, OMC completed an exchange offer of all of the Series A Notes for the Series B Notes (the "Senior Notes"), the economic terms of which are not materially different from the Series A Notes. Payment of the Senior Notes is guaranteed by five of the Subsidiary Debtors.

13.    As of the Petition Date, $65.2 million of the principal face amount of OMC's 9 1/8% Debentures due 2017 (the "Debentures") was outstanding. The Debentures are redeemable through the operation of a sinking fund. As of September 30, 2000, OMC had deposited funds with the trustee for the Debentures that would allow for redemptions of $34.8 million of the Debentures.

14.    OMC is obligated on other indebtedness, including, as of the Petition Date, an aggregate of (i) $5 million principal amount of OMC's Medium-Term Notes Series A; (ii) $3.6 million principal amount of OMC's 7% Convertible Subordinated Debentures due 2002; (iii) a $15 million Subordinated Note convertible into shares of certain of OMC's convertible preferred stock (the "Convertible Note"); and (iv) $10.6 million of industrial revenue bonds.

5

EXHIBIT A PAGE 5

15.    As a normal business practice, OMC has entered into arrangements with certain financial institutions, including TransAmerica Commercial Finance Corporation, under which such institutions provide inventory financing ("Floorplan Financing") to qualified dealers of the Debtors' engines and boats. Under the Floorplan Financing, OMC pays for certain interest charges incurred by the dealers during the off-season, and is obligated to repurchase products in the event of a dealer's default, subject to certain aggregate limits.

D.    Events Leading to Chapter 11 Filings

16.    In fiscal year 1997, the Debtors became aware of certain performance issues associated with engines utilizing the FICHT technology. In April 1998, the Debtors began to identify the causes of these performance issues and prepared and distributed upgrade kits to dealers. In January 1999, the Debtors completed their analysis and determined that certain further technological improvements were needed to improve the overall performance of the FICHT engines. In April 1999, the Debtors therefore provided their dealers with additional upgrade kits containing performance enhancements. These performance issues negatively impacted the Debtors' sales during this time period.

17.    In September 1998, the Debtors announced that, over the next two years, they would close their two largest engine manufacturing facilities located in Waukegan, Illinois and Milwaukee, Wisconsin. The Debtors incurred a restructuring

6

EXHIBIT __A__ PAGE __6__

charge of $98.5 million in 1998 as a result of these expected closings. As part of this plan, the Debtors determined to outsource to third-party vendors substantially all of the production operations conducted at these facilities.

18.     The Debtors began outsourcing production in 1999, but experienced significant difficulties in transitioning production to third-party vendors. As a result, full production capabilities for certain engine components took longer than anticipated. The Debtors were forced to significantly curtail production from February to July 2000 - the busiest production months of the year for marine manufacturers - as they worked with outsource vendors with production and other quality issues.

19.     Because of these and other operational issues, the Debtors' earnings and liquidity were significantly affected. On January 28, 2000, Greenmarine, and QIP invested $65 million in the Debtors through the purchase of Series A Convertible Preferred Stock. QIP subsequently provided significant additional funding to the Debtors, including (i) $15 million on May 2, 2000, through the purchase of the Convertible Note; (ii) $20 million on May 31, 2000, through the purchase of Series C Convertible Preferred Stock; and (iii) $20 million on July 19, 2000, through the purchase of Series D Convertible Preferred Stock. During this time period, the Debtors experienced significant turnover among its management employees.

20.     By November 2000, the primary season for sales of marine products had concluded. However, the Debtor's production issues with respect to many of its

7

outsourced components still had not been resolved. The Debtors also continued to

suffer liquidity constraints despite the significant cash infusions from Greenmarine

and QIP. Indeed, the Debtors' liquidity situation became more exacerbated because

of the normal, year-end drop off in sales and the increasingly slowing economy

which significantly affects the market for luxury items such as boats and engines.

During the first three quarters of 2000, the Debtors lost $87 million, including $27.4

million during the third quarter alone.

21.    As a result of these circumstances, the Debtors significantly reduced

their operations in order to reduce cash operating losses. On December 1, 2000, the

Debtors employed approximately 6,600 employees. On that day, however, the

Debtors laid off approximately 1,000 employees around the United States. On

December 15, 2000, and December 22, 2000, the Debtors further reduced their

remaining workforce and discontinued virtually all manufacturing operations. As of

the petition Date, the Debtors employed roughly 650 employees.

22.    In November, 2000, the Debtors retained the investment banking firm

of Houlihan, Lokey, Howard & Zukin Capital; the turnaround management consult-

ing firm of Development Specialists, Inc.; and domestic and foreign restructuring

counsel Skadden, Arps, Slate, Meagher & Flom (Illinois) and Bingham Dana, LLP,

respectively, to assist the Debtors in evaluating their strategic alternatives. Working

with these professionals, the Debtors have concluded, after exploring various out-of-

8

court restructuring alternatives, that the best vehicle for maximizing value on a going

concern basis is through the sale of their assets, in whole or in part, pursuant to

section 363 of the Bankruptcy Code.

## RELIEF REQUESTED

23.    The Debtors desire to retain and employ DSI as crisis management

consultants in these chapter 11 cases with regard to the filing of their chapter 11

petitions and prosecution of their chapter 11 cases.  Accordingly, the Debtors

respectfully request entry of an order pursuant to section 327(a) of the Bankruptcy

Code authorizing each of them to employ and retain DSI as crisis management

consultant to perform the functions that will be necessary during their chapter 11

cases as more fully described below.

## BASIS FOR RELIEF

24.    Prior to the commencement of these chapter 11 cases, the Debtors

sought DSI's services with respect to, among other things, advice regarding the

Debtors' business plan, restoration of confidence in the Debtors' operations and

assistance in reducing the Debtors' expenditures.  DSI is particularly well suited for

the type of representation required by the Debtors.  DSI has extensive experience and

expertise in consulting with financially distressed companies throughout the United

States.  DSI was founded over twenty years ago by William Brandt, Jr. to provide

specialized consulting services to under-performing businesses. Since its inception, DSI has provided crisis management consulting services to over 100 companies.

26.    The Debtors seek to retain DSI as their crisis management consultant because, among other things, (i) DSI and its senior professionals have an excellent reputation for advising financially distressed companies, and (ii) DSI has extensive knowledge of the Debtors' financial and business operations. In addition to DSI's understanding of the Debtors' financial history and the industry in which the Debtors operate, DSI and its senior professionals have extensive experience in the reorganization and restructuring of troubled companies.

26.    The professionals of DSI have been employed as crisis management consultants in other troubled company situations, including, among others, Mercury Finance Company, Model Imperial, Inc., United Wholesale, Inc., and Commercial Financial Services, Inc. Thus, the Debtors believe that DSI is well qualified to perform the work required of it in these chapter 11 cases.

### SERVICES TO BE RENDERED

27.    DSI will provide financial management and consulting services for and on behalf of the Debtors as may be necessary or appropriate. The professional services DSI will provide are more fully described in the engagement letter dated November 17, 2000, annexed to the Brandt Affidavit (the "DSI Agreement") and include, without limitation the following:

10

(a)     review the Debtors' overall business plan, augment the Debtors' business plan where necessary to facilitate its implementation in the context of the overall restructuring and restore the confidence of the Debtors' lenders, creditors and ownership;

(b)     review all current operating and overhead expenses to determine if such outlays are reasonable and necessary under the circumstances and insure that the Debtors' financial expenditures are as conservative as possible in the context of any restructuring;

(c)     assist the Debtors' CEO, CFO and General Counsel as requested in their negotiations with the Debtors' various creditor constituencies, including bondholders, lenders and shareholders;

(d)     monitor and control the Debtors' accounting department;

(e)     assist the Debtors in developing plans to windup, shutdown, or heavily curtail operations, including aiding with the retention and termination of employees;

(f)     aid the Debtors' CFO and General Counsel in the review and analysis of issues in connections with assets available for sale, or other dispositions; and

(g)     assist in the preparation of the bankruptcy schedules and implementation of the various reporting systems that will be required to be submitted to the bankruptcy court.

## DISINTERESTEDNESS OF PROFESSIONALS

28.     To the best of the Debtors' knowledge, information, and belief, other than in connection with this case, DSI has no connection with, and holds no interest adverse to, the Debtors, their creditors, or any other party in interest, or their respective attorneys or accountants in the matters for which DSI is proposed to be retained except as disclosed in the Brandt Affidavit.

11

EXHIBIT __A__ PAGE __11__

29.    To the best of the Debtors' knowledge, DSI is a "disinterested person", as such term is defined in section 101(14) of the Bankruptcy Code and as required under section 327(a) of the Bankruptcy Code. The Brandt Affidavit, executed on behalf of DSI in accordance with section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014, is filed contemporaneously herewith and incorporated herein by reference. The Debtors' knowledge, information, and belief regarding the matters set forth in this Application are based on, and made in reliance upon, the Brandt Affidavit.

30.    The Debtors submit that the appointment of DSI on the terms and conditions set forth herein is in the best interest of the Debtors, their creditors, and all parties-in-interest.

## PROFESSIONAL COMPENSATION

31.    Pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, local rules and orders of the Court, DSI will file interim and final applications for allowance of its fees and expenses in respect of its services.

32.    Pursuant to the DSI Agreement, the Debtors have agreed to compensate DSI with a fee based on DSI's customary hourly rates. The current hourly rates for DSI employees assigned to this engagement are provided below:

| Professional | Rate |
| --- | --- |
| Williams A. Brandt, Jr. | $425/hr. |
| Fred C. Caruso | 380/hr. |

12

EXHIBIT A  PAGE 12

| Frederick R. Reed | 375/hr. |
| Patrick J. O'Malley | 360/hr. |
| Bradley D. Sharp | 340/hr. |
| Geoffrey L. Berman | 315/hr. |
| M. Scott Michel | 300/hr. |
| Joseph J. Luzinski | 295/hr. |
| Steven L. Victor | 295/hr. |
| James H. Olstad | 280/hr. |
| James E. Goergen | 250/hr. |
| James E. Moore | 250/hr. |
| John C. Wheeler | 250/hr. |
| Alan J. Omori | 210/hr. |
| Mark F. Thomann | 210/hr. |
| George E. Shoup, III | 180/hr. |
| Maurice S. Cousin | 95/hr. |

33.    These rates may change from time to time in accordance with DSI's established billing practices and procedures, but will remain in line with market rates for comparable services.  DSI has been paid a retainer of $350,000 in connection with its engagement by the Debtors, as set forth in greater detail in the DSI Agreement.

34.    In addition, DSI will seek reimbursement for reasonable out-of-pocket expenses incurred in connection with this engagement.

35.    The DSI Agreement contains indemnification provisions intended to protect DSI from losses occasioned through legal proceedings arising out of its engagement by the Debtors.  In the event, however, that DSI is finally judicially determined on the merits to be responsible for any losses due to its own gross negligence, bad faith, willful misfeasance or reckless disregard of its obligations or

13

EXHIBIT____A____PAGE___13___

Mr. Roger Fix
Mr. Eric T. Martinez
17 November 2000
Page Five


It is my belief that this short proposal/agreement letter
sufficiently encompasses all of the terms and conditions under
which OMC and DSI would enter into this proposed retention
arrangement.  If you are in agreement with the various terms and
conditions of this proposal, I would ask that you indicate your
acceptance of the proposal by signing an original copy of this
Agreement on the signature lines below and then by returning one
of the fully-executed Agreements to our Chicago offices along
with a retainer check in the amount of $350,000.

Should either you or any of the other members of OMC, or its
counsel, have any questions, comments or concerns, or require
additional clarification or information regarding this retention
letter, please do not hesitate to call.

Very truly yours,

William A. Brandt, Jr.

WABJr/jd

cc:  Mr. David S. Kurtz
     Mr. Michael A. Kramer


Accepted by Outboard Marine Corporation

        By: _____

        Title: _____

        Date: _____



Development Specialists, Inc.

EXHIBIT __A__ PAGE _19_

# EXHIBIT B

interests of each of the Debtors' estates; and it appearing that proper and adequate

notice has been given and that no other or further notice is necessary; and upon the

record herein; and after due deliberation thereon; and good and sufficient cause

appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.    The Application is granted.

2.    The Debtors shall be, and hereby are, authorized to retain and employ

DSI as crisis management consultant in this chapter 11 case, pursuant to § 327(a) of

the Bankruptcy Code.

3.    DSI shall be, and hereby is, authorized to perform any and all services

for the Debtors that are necessary or appropriate in this chapter 11 case, including

those services described in the Application.

4.    DSI shall be compensated for such services and reimbursed for any

related expenses in accordance with the applicable provisions of the Bankruptcy

Code, the Bankruptcy Rules, the local rules and any standing or future orders of this

Court.

5.    DSI is authorized to apply its prepetition retainer to pay any fees,

charges, and disbursements relating to services rendered to the Debtors prior to the

2

EXHIBIT __B__ PAGE __2__

# EXHIBIT C

E O D  JAN 0 8 2002

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 00-37405 |
| | ) | |
| OUTBOARD MARINE CORPORATION, | ) | (Jointly Administered) |
| et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Hon. Erwin I. Katz |

## ADMINISTRATIVE ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 331 ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS

Upon the motion (the "Motion")[1], of Outboard Marine Corporation

and certain of its domestic subsidiaries, debtors and debtors-in-possession in the

above captioned cases (collectively, the "Debtors"), for an order under 11 U.S.C.

§§ 105(a) and 331 establishing procedures for interim compensation and reimburse-

ment of expenses of professionals specifically retained by order of this Court; and

this Court having determined that granting the relief requested in this Motion is in

the best interests of the Debtors, their estates, and creditors; and it appearing that

proper and adequate notice has been given and that no other or further notice is

necessary; and upon the record herein; and after due deliberation thereon; and good

and sufficient cause appearing therefor,

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion related hereto.

EXHIBIT C PAGE 1

17

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.    The Motion is granted.

2.    Except as may otherwise be provided in Court orders authorizing the retention of specific professionals, all professionals in these cases may seek interim compensation in accordance with the following procedure:

a.    On or before the 30th day of each month following the month for which compensation is sought (the "Monthly Statement Date"), each professional will submit a monthly statement to: (i) the Debtors at Outboard Marine Corporation, 100 Sea Horse Drive, Waukegan, Illinois 60085 (Attn: Robert S. Romano); (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom (Illinois), 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Attn: David S. Kurtz); (iii) counsel to the Debtor's Lenders; (iv) counsel to the Committee; and (v) the United States Trustee. Each such person receiving such a statement will have twenty (20) days after the Monthly Statement Date to review the statement.

b.    At the expiration of the twenty (20) day period, the Debtors shall promptly pay ninety percent (90%) of the fees and one hundred percent (100%) of the disbursements identified in each monthly statement, except such fees or disbursements as to which an objection has been served as provided in paragraph (c) below. Any professional who fails to submit a monthly statement shall be ineligible to receive further payment of fees and expenses as provided herein until

EXHIBIT C PAGE

such time as the monthly statement is submitted. The first statements shall be

submitted and served by each of the professionals by February 28, 2001 and shall

cover the period from the commencement of this case through January 31, 2001;

           c.      In the event that the Debtors, the United States Trustee, the

Lenders, or the Committee has an objection to the compensation or reimbursement

sought in a particular statement, they shall, within twenty (20) days of the Monthly

Statement Date, serve upon (i) the professional whose statement is objected to, and

(ii) except to the extent duplicative of the foregoing clause (i), the other persons

designated to receive statements in paragraph (a) above, a written "Notice Of

Objection To Fee Statement" setting forth the precise nature of the objection and the

amount at issue. Thereafter, the objecting party and the Professional whose state-

ment is objected to shall attempt to reach an agreement regarding the correct pay-

ment to be made. If the parties are unable to reach an agreement on the objection

within twenty (20) days after receipt of such objection, the objecting party may file

its objection with the Court and serve such objection on the parties listed in clauses

(i) and (ii) above and the Court shall consider and dispose of the objection at the next

interim fee hearing. The Debtors will be required to pay promptly those fees and

disbursements that are not the subject of a Notice of Objection to Fee Statement.

           d.      Approximately every four (4) months, each of the Profession-

als shall file with the court and serve on the parties identified in paragraph (a) above,

3

EXHIBIT C PAGE 3

with the foregoing procedure for monthly and interim compensation and reimburse-

ment of Professionals.  Within three (3) business days after entry of this order, the

Debtors shall fund an escrow, to be maintained by counsel to the Committee, in an

amount equal to $250,000.00 to be used exclusively for such expenses, without

prejudice to the rights of any party in interest to object to the reasonableness of any

such expenses in accordance with the foregoing procedures.

Dated: Chicago, Illinois
      January 4, 2001

_____
UNITED STATES BANKRUPTCY JUDGE

EXHIBIT C  PAGE 5

# EXHIBIT D

Date: 11/26/01                         Summary Fee Transaction File List                      Page: 1

Development Specialists, Inc. (sti2)

From 12/23/00 Thru 08/20/01

|  |  | Hours | Amount |  |
|---|---|---|---|---|
| Subtotal for Consultant # 001 | Billable | 18.40 | 8220.00 | W. A. Brandt, Jr. |
|  | Total | 18.40 | 8220.00 |  |
| Subtotal for Consultant # 002 | Billable | 0.40 | 164.00 | F. C. Caruso |
|  | Total | 0.40 | 164.00 |  |
| Subtotal for Consultant # 026 | Billable | 13.30 | 2992.50 | G. E. Shoup |
|  | Total | 13.30 | 2992.50 |  |
| Total for Category # 11 | Billable | 32.10 | 11376.50 | Case Administration/General |
|  | Total | 32.10 | 11376.50 |  |
| Subtotal for Consultant # 026 | Billable | 13.30 | 2992.50 | G. E. Shoup |
|  | Total | 13.30 | 2992.50 |  |
| Total for Category # 12 | Billable | 13.30 | 2992.50 | Fee Application/Client Billing |
|  | Total | 13.30 | 2992.50 |  |
| Subtotal for Consultant # 001 | Billable | 81.80 | 36775.00 | W. A. Brandt, Jr. |
|  | Total | 81.80 | 36775.00 |  |
| Subtotal for Consultant # 002 | Billable | 7.50 | 2934.00 | F. C. Caruso |
|  | Total | 7.50 | 2934.00 |  |
| Subtotal for Consultant # 007 | Billable | 1.00 | 270.00 | J. E. Moore |
|  | Total | 1.00 | 270.00 |  |
| Subtotal for Consultant # 026 | Billable | 6.30 | 1417.50 | G. E. Shoup |
|  | Total | 6.30 | 1417.50 |  |
| Total for Category # 14 | Billable | 96.60 | 41396.50 | Attend Court Hrgs/Rev Pleadgs |
|  | Total | 96.60 | 41396.50 |  |
| Subtotal for Consultant # 001 | Billable | 26.10 | 11745.00 | W. A. Brandt, Jr. |
|  | Total | 26.10 | 11745.00 |  |
| Subtotal for Consultant # 002 | Billable | 8.20 | 3302.00 | F. C. Caruso |
|  | Total | 8.20 | 3302.00 |  |

EXHIBIT __D__ PAGE __1__

Date: 11/26/01                          Summary Fee Transaction File List                          Page: 2
                                        Development Specialists, Inc. (sti2)

From 12/23/00 Thru 08/20/01

                                                    Hours        Amount
                                                    -----        ------
        Subtotal for Consultant # 007      Billable    151.70     40959.00 J. E. Moore
                                           Total       151.70     40959.00

        Subtotal for Consultant # 026      Billable     93.90     21055.50 G. E. Shoup
                                           Total        93.90     21055.50

        Subtotal for Consultant # 046      Billable      4.80      1320.00 W. G. King
                                           Total         4.80      1320.00

                                                    ======     ========
Total for Category # 22                    Billable    284.70     78381.50 Business Analysis
                                           Total       284.70     78381.50

        Subtotal for Consultant # 002      Billable      0.70       287.00 F. C. Caruso
                                           Total         0.70       287.00

        Subtotal for Consultant # 026      Billable     36.00      7942.50 G. E. Shoup
                                           Total        36.00      7942.50

                                                    =====      =======
Total for Category # 25                    Billable     36.70      8229.50 Preparation of Liq. Valuation
                                           Total        36.70      8229.50

        Subtotal for Consultant # 026      Billable     11.40      2556.00 G. E. Shoup
                                           Total        11.40      2556.00

                                                    =====      =======
Total for Category # 26                    Billable     11.40      2556.00 Bankruptcy Schedules
                                           Total        11.40      2556.00

        Subtotal for Consultant # 001      Billable      0.40       180.00 W. A. Brandt, Jr.
                                           Total         0.40       180.00

        Subtotal for Consultant # 002      Billable      2.60      1066.00 F. C. Caruso
                                           Total         2.60      1066.00

        Subtotal for Consultant # 026      Billable     11.50      2587.50 G. E. Shoup
                                           Total        11.50      2587.50

                                                    =====      =======
Total for Category # 29                    Billable     14.50      3833.50 A/R Review/Collection
                                           Total        14.50      3833.50

EXHIBIT __1__ PAGE __2__



Date: 11/26/01                        Summary Fee Transaction File List                        Page: 3

                                      Development Specialists, Inc. (sti2)

From 12/23/00 Thru 08/20/01

|  |  | Hours | Amount |  |
|---|---|---|---|---|
|  |  | ----- | ------ |  |
| Subtotal for Consultant # 001 | Billable | 0.30 | 135.00 | W. A. Brandt, Jr. |
|  | Total | 0.30 | 135.00 |  |
| Subtotal for Consultant # 026 | Billable | 4.00 | 900.00 | G. E. Shoup |
|  | Total | 4.00 | 900.00 |  |
|  |  | ==== | ======= |  |
| Total for Category # 31 | Billable | 4.30 | 1035.00 | Claims Analysis/Objections |
|  | Total | 4.30 | 1035.00 |  |
| Subtotal for Consultant # 002 | Billable | 1.10 | 442.00 | F. C. Caruso |
|  | Total | 1.10 | 442.00 |  |
| Subtotal for Consultant # 026 | Billable | 8.00 | 1800.00 | G. E. Shoup |
|  | Total | 8.00 | 1800.00 |  |
|  |  | ==== | ======= |  |
| Total for Category # 34 | Billable | 9.10 | 2242.00 | Lease Analysis/Exec Contracts |
|  | Total | 9.10 | 2242.00 |  |
| Subtotal for Consultant # 001 | Billable | 5.00 | 2250.00 | W. A. Brandt, Jr. |
|  | Total | 5.00 | 2250.00 |  |
| Subtotal for Consultant # 002 | Billable | 4.00 | 1640.00 | F. C. Caruso |
|  | Total | 4.00 | 1640.00 |  |
| Subtotal for Consultant # 007 | Billable | 3.10 | 837.00 | J. E. Moore |
|  | Total | 3.10 | 837.00 |  |
| Subtotal for Consultant # 026 | Billable | 27.70 | 6192.00 | G. E. Shoup |
|  | Total | 27.70 | 6192.00 |  |
|  |  | ===== | ======== |  |
| Total for Category # 35 | Billable | 39.80 | 10919.00 | Employee Benefit/Pension/Insur |
|  | Total | 39.80 | 10919.00 |  |
| Subtotal for Consultant # 001 | Billable | 6.80 | 3060.00 | W. A. Brandt, Jr. |
|  | Total | 6.80 | 3060.00 |  |
|  |  | ==== | ======= |  |
| Total for Category # 37 | Billable | 6.80 | 3060.00 | Asset Analysis and Recovery |
|  | Total | 6.80 | 3060.00 |  |

EXHIBIT  1  PAGE 3

Date: 11/26/01                          Summary Fee Transaction File List                          Page: 4
                                     Development Specialists, Inc. (sti2)

From 12/23/00 Thru 08/20/01

|  |  | Hours | Amount |
|--|--|-------|--------|
| Subtotal for Consultant # 001 | Billable | 1.20 | 540.00 W. A. Brandt, Jr. |
|  | Total | 1.20 | 540.00 |
| Subtotal for Consultant # 002 | Billable | 23.50 | 9626.00 F. C. Caruso |
|  | Total | 23.50 | 9626.00 |
| Subtotal for Consultant # 026 | Billable | 77.70 | 17415.00 G. E. Shoup |
|  | Total | 77.70 | 17415.00 |
| Total for Category # 41 | Billable | 102.40 | 27581.00 Managing Business Operations |
|  | Total | 102.40 | 27581.00 |
| Subtotal for Consultant # 007 | Billable | 10.00 | 2700.00 J. E. Moore |
|  | Total | 10.00 | 2700.00 |
| Total for Category # 42 | Billable | 10.00 | 2700.00 Auction Preparation |
|  | Total | 10.00 | 2700.00 |
| Subtotal for Consultant # 001 | Billable | 85.80 | 38577.50 W. A. Brandt, Jr. |
|  | Total | 85.80 | 38577.50 |
| Subtotal for Consultant # 002 | Billable | 5.80 | 2369.00 F. C. Caruso |
|  | Total | 5.80 | 2369.00 |
| Subtotal for Consultant # 026 | Billable | 72.30 | 16200.00 G. E. Shoup |
|  | Total | 72.30 | 16200.00 |
| Total for Category # 43 | Billable | 163.90 | 57146.50 Sale of Assets |
|  | Total | 163.90 | 57146.50 |
| Subtotal for Consultant # 001 | Billable | 11.80 | 5310.00 W. A. Brandt, Jr. |
|  | Total | 11.80 | 5310.00 |
| Subtotal for Consultant # 002 | Billable | 1.30 | 533.00 F. C. Caruso |
|  | Total | 1.30 | 533.00 |
| Subtotal for Consultant # 007 | Billable | 12.30 | 3321.00 J. E. Moore |
|  | Total | 12.30 | 3321.00 |

EXHIBIT D PAGE 4

Summary Fee Transaction File List
Development Specialists, Inc. (sti2)

From 12/23/00 Thru 08/20/01

| | | Hours | Amount | |
|---|---|---|---|---|
| Subtotal for Consultant # 026 | Billable | 2.70 | 607.50 | G. E. Shoup |
| | Total | 2.70 | 607.50 | |
| Total for Category # 44 | Billable | 28.10 | 9771.50 | Environmental Issues |
| | Total | 28.10 | 9771.50 | |
| Subtotal for Consultant # 001 | Billable | 11.00 | 4902.50 | W. A. Brandt, Jr. |
| | Total | 11.00 | 4902.50 | |
| Subtotal for Consultant # 002 | Billable | 12.50 | 5119.00 | F. C. Caruso |
| | Total | 12.50 | 5119.00 | |
| Subtotal for Consultant # 026 | Billable | 64.90 | 14377.50 | G. E. Shoup |
| | Total | 64.90 | 14377.50 | |
| Total for Category # 51 | Billable | 88.40 | 24399.00 | Secured Lenders/Cash Collaterl |
| | Total | 88.40 | 24399.00 | |
| Subtotal for Consultant # 001 | Billable | 22.90 | 10260.00 | W. A. Brandt, Jr. |
| | Total | 22.90 | 10260.00 | |
| Subtotal for Consultant # 002 | Billable | 15.80 | 6424.00 | F. C. Caruso |
| | Total | 15.80 | 6424.00 | |
| Subtotal for Consultant # 026 | Billable | 30.20 | 6678.00 | G. E. Shoup |
| | Total | 30.20 | 6678.00 | |
| Total for Category # 52 | Billable | 68.90 | 23362.00 | Creds./Creds.' Comm. Contact |
| | Total | 68.90 | 23362.00 | |
| Subtotal for Consultant # 001 | Billable | 1.80 | 810.00 | W. A. Brandt, Jr. |
| | Total | 1.80 | 810.00 | |
| Subtotal for Consultant # 026 | Billable | 0.60 | 135.00 | G. E. Shoup |
| | Total | 0.60 | 135.00 | |
| Total for Category # 54 | Billable | 2.40 | 945.00 | Shareholdr Contact/Rltd Issues |
| | Total | 2.40 | 945.00 | |



EXHIBIT ___ PAGE 5

Date: 11/26/01                          Summary Fee Transaction File List                          Page: 6
                                      Development Specialists, Inc. (sti2)

From 12/23/00 Thru 08/20/01

|  |  | Hours | Amount |  |
|---|---|---|---|---|
|  |  | ----- | ------ |  |
| Subtotal for Consultant # 001 | Billable | 0.50 | 225.00 | W. A. Brandt, Jr. |
|  | Total | 0.50 | 225.00 |  |
|  |  |  |  |  |
| Subtotal for Consultant # 026 | Billable | 8.80 | 1980.00 | G. E. Shoup |
|  | Total | 8.80 | 1980.00 |  |
|  |  | ---- | ------- |  |
| Total for Category # 55 | Billable | 9.30 | 2205.00 | Non-Debtor Subsidiary Issues |
|  | Total | 9.30 | 2205.00 |  |
|  |  | ------- | -------- |  |
| Grand Totals | Billable | 1022.70 | 314132.00 |  |
|  | Total | 1022.70 | 314132.00 |  |

EXHIBIT _____ PAGE _____

# EXHIBIT E

Outboard Marine Corporation ("OMC")

HOURS
-----------------

FOR THE FOREGOING PROFESSIONAL SERVICES RENDERED:

1022.70

314,132.00

RECAPITULATION

| CONSULTANT | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| W. A. Brandt, Jr. | 8.80 | $425.00 | $3,740.00 |
| W. A. Brandt, Jr. | 265.00 | 450.00 | 119,250.00 |
| F. C. Caruso | 9.60 | 380.00 | 3,648.00 |
| F. C. Caruso | 73.80 | 410.00 | 30,258.00 |
| J. E. Moore | 178.10 | 270.00 | 48,087.00 |
| G. E. Shoup | 16.80 | 180.00 | 3,024.00 |
| G. E. Shoup | 465.80 | 225.00 | 104,805.00 |
| W. G. King | 4.80 | 275.00 | 1,320.00 |

TOTAL CURRENT WORK                              314,132.00

BALANCE DUE                                     $314,132.00
                                                ==========

EXHIBIT _E_ PAGE _1_

Outboard Marine Corporation ("OMC")

Page: 1
11/26/01

HOURS

**12/26/00**

WAB   Lengthy telephone call from Jeff St. Onge at the
Dow Jones' Bankruptcy Review, this with respect
to information on the OMC filing and issues he
has heard with respect to the filing actually
involved and where we go from here.                          .60

WAB   Further telephone call with Jeff St. Onge, this
with respect to the status of further follow up
questions on the OMC filing, the status of the
sales process, and other related matters.                    .40

**12/27/00**

WAB   Review of a series of facsimiles between Mark
McDermott and Gordon Repp and others, all with
respect to Brunswick apparently petitioning the
London Boat Show not to allow us to exhibit, and
approaching our customers, and a review of the
drafts of letters that may be able to be issued
in connection with same, as well as other matters
related thereto.                                             .50

**12/28/00**

WAB   Telephone call from Sam Zusmann of Holland &
Knight, this with respect to the status of patent
and intellectual property work that the firm is
doing for OMC, the status of further work they
will do and other related matters.                           .20

WAB   Telephone call from Roger Fix, this with respect
to the status of issues regarding press coverage,
sales status, and issues with respect to
Brunswick's matter for the London Show.                      .40

**12/29/00**

WAB   Review of a memorandum from Fred Caruso sent via
facsimile to all parties on the OMC planning
committee, this talking about the January
planning session with OMC management and DSI, the
financial information, general ledger
information, accounts receivable listings, and

EXHIBIT _E_ PAGE _2_

Outboard Marine Corporation ("OMC")

HOURS

other items that have got to be done in
connection with closing the year end for the
books, completing of due diligence and doing
other matters.                                          .30

01/02/01
    WAB Telephone call from Fred Caruso, this with
        respect to the outcome of today's meetings at
        OMC, the status of his conversations with various
        people, and other related issues.                 .30

01/03/01
    WAB Further conference call with Jim Moore and George
        Shoup as a follow up to today's conference call
        with the creditors' committee, this with respect
        to the follow-up information required, and issues
        in connection with further information to be
        provided to the creditors' and DSI's organization
        and structure to do so in the next several days
        prior to the hearings.                            .40

01/04/01
    WAB Telephone call with Fred Caruso, this to discuss
        the outcome of yesterday's conference call among
        all of the professionals, the status of a number
        of the issues that still need to be worked out,
        specifically concerning certain groups of
        professional retentions and other sales, as well
        as the return of the Penske trucks, and other
        related matters.                                  .30

01/10/01
    WAB Lengthy telephone call with Fred Caruso, this for
        an update on the hearings of today, the status of
        what has been deferred, the status of what has
        been accepted, the status of these sales efforts,
        due diligence, actual-to-budget comparisons with
        respect to forecast for the debtor-in-possession
        period, and other related matters.                .40

01/15/01
    FCC Review 01/12/01 and 01/15/01 e-mail regarding
        pending motions, DIP reports and Canadian
        environmental issues.                             .40

01/16/01
    WAB Telephone call with George Shoup, this with
        respect to the initial indications from the

EXHIBIT E PAGE 3

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|

DoveBid appraisals as to the value of the
machinery and equipment, both at orderly
liquidation and at forced sale in the engine
division, as well as discussions with him of the
letter earlier received this month from ACT, Inc.
in Orlando, Florida with respect to the
government contracts and the need to get an
additional copy of this on to Jim Moore in
connection with the negotiations with the
government.                                             .30

WAB Facsimile to Jim Moore at OMC of the ACT, Applied
Combustion Technology, letter regarding the
government contracts.                                  .10

01/18/01

WAB Telephone call with George Shoup, this with
respect to the general level of distress at OMC
following the receipt of the appraisals, its
impact on the covenants and financing situation
for the DIP loan, and other related issues, and a
review with him of the various alternatives
presented by this scenario.                            .30

WAB Further telephone call with George Shoup, this
with respect to the meetings to be held on Friday
in Chicago, the agenda and timetable for such
meetings, and a review of the data that may be
necessary in connection with the status of the
case.                                                  .30

01/23/01

GES Participate in discussion with Fred Caruso and
Jim Moore.                                             .50

01/24/01

WAB Telephone conference call with Jim Moore and
George Shoup, this to go over a host of issues
coming out of today's hearings, including the
ordinary course retention of professionals and
who has been retained and who is still needed,
the status of the due diligence room and its
comments with respect to the environmental issues
raised by those in the hearing today, and the
status of current funding pursuant to the DIP
order, money needed, timetable for the need of
the money, and other related matters.                  .40

WAB Late evening meeting with George Shoup, this to
review the events of today, the status of the
budget, to review the status of how the payments

EXHIBIT _E_ PAGE _4_

Outboard Marine Corporation ("OMC")

HOURS

    for the freight bills for the Suzuki engines will
be handled, petition to the banks in connection
with same, and other related matters, as well as
to update the financial status of OMC,
disbursements, and other issues that need
discussing.    .80

**01/29/01**
    WAB Telephone call with Warren Marwedel of Marwedel
Minichello & Reeb, this to negotiate a settlement
over the shipping and demurrage charges in
connection with the status of the Suzuki engines
now sitting in customs warehouses in Long Beach,
California, and agreement with him on a number
for discount purposes for release of the product.    .40
    WAB Telephone call with George Shoup, this to go over
the status of the Suzuki issues, its placement
within the budget, the status of the available
eligibility on a collateral pick up from this
credit, and other related matters.    .30

**01/31/01**
    GES Telephone call with Terry Ellis and Bill Brandt
regarding status of case and projected course.    .70

**02/01/01**
    WAB Telephone call from Mike Horan, of Horan &
Katchey in Tampa, counsel for one of the
creditors, this with respect to the status of
warranty claims and the other issues.    .40

**02/02/01**
    WAB Conference call with Terry Ellis and George
Shoup, this with respect to the Suzuki inventory
being held in storage in Los Angeles, and the
status of further issues in connection therewith.    .30
    WAB Further telephone call with Warren Marwedel at
Marwedel Minichello & Reeb, this with respect to
the status of the bill, and further negotiation
of a discount on the bill, as well as discussion
of the additional two trailers now found which
will be added to the overall settlement solution
bringing the total of value closer to $2 million
from $1.7 million.    .40
    WAB Further telephone call with George Shoup, this to
back up the facts that he has with respect to the
apparent removal from the trailers by "K" Line of
a number of the Suzuki inventory items and their

EXHIBIT E PAGE 5

Outboard Marine Corporation ("OMC")

HOURS

       present storage in a bonded warehouse and an
attempt to review and figure out what the
additional storage charges are for the bonded
warehouse beyond just the "K" Line as part of the
overall solution.                                    .30

GES  Attend OMC employee meeting lead by Roger Fix and
Jim Rusk regarding pending sale and related
issues.                                         1.00

GES  Telephone call from Eric Kaup regarding status of
case and next week's agenda.                .20

02/03/01
    WAB  Review of an electronic transmission from Mark
McDermott, this transmitting the communication
sent to all potential purchasers of OMC's engine
division regarding potential product recalls sent
by the United States Coast Guard, and a review of
the notice as attached, this in advance of the
sale negotiations on Monday.               .20

02/07/01
    WAB  Further telephone call with Fred Caruso, this
with respect to all of the contretemps occurring
today in the OMC case, DSI's position on budget
development, the status of expenditures,
reporting to the bank and other issues, authority
in command and control issues with respect to OMC
and our ability to make things happen, as well as
a host of other issues related thereto.       .30

WAB  Telephone call with Mark McDermott, this with
respect to the status of the bank's call today,
budgetary issues and related items.          .20

WAB  Further conference call with Mark McDermott and
Roger Fix, this with respect to the budget
preparation, bank conference call, and other
related items.                                   .20

WAB  Further telephone call with Mark McDermott, this
as a follow up, and with respect to the
completion of the budgetary process and other
issues at risk.                                 .20

WAB  Further telephone call from George Shoup while he
is at OMC, this with respect to the outcome of
the bank conference call, and issues related
thereto.                                       .30

WAB  Telephone call from Ira Bodenstein, the U.S.
Trustee, this on the status of the OMC case and
issues related thereto.                     .20

GES  Discussion with B. Brandt regarding hinderance of

EXHIBIT E PAGE 6

Outboard Marine Corporation ("OMC")

|  |  | HOURS |
|---|---|---|
| | OMC management to complete budget. | .60 |

**02/09/01**

WAB Conference call with Fred Caruso, George
Shoup and Jim Moore, this to discuss the status
at OMC, the status of the change in sale
negotiations, the budgeting issues that have
presented the problem, and the back-up
information DSI needs to have ready.          .40

**02/10/01**

WAB Review of the appraisal for the Lowe Aluminum
Boat operation in Lebanon, Missouri, and a review
of the real estate appraisal indicating the value
of $1,600,000 attributable to this property, and
a review of the calculations in detail contained
in this report substantiating this value.          .60

WAB Review of the complete appraisal of real property
report for the Chris-Craft Light Manufacturing
facility in Sarasota, Florida, and a review of
this report indicating a value of $4,400,000,
this in connection with this large boat
manufacturing facility.          .90

**02/13/01**

WAB Lengthy early morning telephone call with George
Shoup, this in advance of the meetings today,
this to review the budgetary numbers he was given
last night, the exchange of information and
facsimile that occurred late yesterday with
respect to the disposition of certain of the
accounts, and other related items, as well as
preparation for today's meetings between the
banks, the creditors, and the management.          .30

**02/15/01**

GES Telephone call with debtor regarding revisions
and comments to DIP budget.          .50

**02/19/01**

WAB Review of a facsimile from Mark McDermott, this
with respect to his schedules on Monday and
Tuesday regarding further meetings in the OMC
matter, and our ability to contact him.          .10

GES Prepare listing of outstanding items for closing.          .80

**02/20/01**

WAB Review of a facsimile from Ron Haglof at Thompson

EXHIBIT $E$ PAGE $7$

Outboard Marine Corporation ("OMC")

HOURS

Coburn in St. Louis, this with respect to the interim supply agreement between OMC and Kawasaki, and the status of the conference call and attendees at 1:30 Central time tomorrow the 21st. .10

GES Discussion with B. Brandt regarding case update and escrow accounts the debtor created for Kawasaki and Polaris. .20

02/21/01

WAB Review of the final form of the agreed order, as entered by the Court on the 20th, approving the DIP financing budget and directing the debtors to turnover funds held by OMC Development. .10

WAB Telephone call from Mark McDermott, this with respect to further elucidation on the Kawasaki, Polaris and Volvo Penta matters, the status of the usage of the cash by the business in the near-term prior to closing, and other related matters. .40

02/22/01

WAB Meetings with George Shoup and Fred Caruso, this to discuss the status of the budgetary matters, the concern we have regarding the management and disbursements from the so-called escrow accounts, and other related matters. .40

WAB Telephone call with Mark McDermott at Skadden ARps, this to discuss the concerns that DSI personnel have with respect to the escrow accounts, their maintenance management and other issues. .30

WAB Telephone call with Steve Towbin, this with respect to our issues concerning the management of the escrow accounts, disbursements from the, accounting for some of the issues in connection with same and other related matters. .30

WAB Review of a 47-page facsimile from Terry Ellis, this transmitting information about the account deposits for both Polaris and Kawasaki, as well as the escrow account status for same, the agreements, and other items in connection with this transaction and a review of this 47-page transaction. .60

WAB Review of a facsimile from Gordon Repp at Outboard Marine, this transmitting the initial draft of the potential release notice for the escrow accounts both in Kawasaki and Polaris, and

EXHIBIT _E_ PAGE _8_

Outboard Marine Corporation ("OMC")

|  |  | HOURS |
|---|---|---|
|  | a review and mark up of same. | .20 |

**02/23/01**

WAB Review of a facsimile from Warren Marwedel, late
in the evening, this transmitting the revised
spreadsheet showing the outstanding freight and
related charges owed by OMC to "K" Line with
respect to the inventory in Long Beach, these
calculating charges totaling approximately
$81,221, with additional charges of $109 a day,
and a review and comparison of this spreadsheet
to the earlier spreadsheets appended to the
Bombardier contract during the auction.                    .30

**02/26/01**

WAB Review of a facsimile from Mark McDermott, this
giving his schedule in connection with the 341
meeting of this week, and discussing his
attendance at the 341.                                      .10

GES Meeting with E. Martinez and B. Romano regarding
outstanding items and budgeting.                            1.50

GES Prepare open items to discuss with debtor
regarding closings and administration of estate.           2.00

**03/02/01**

GES Telephone conversations with T. Ellis regarding
U.S. Trustee's Office reporting requirements and
open items.                                                 .70

**03/08/01**

WAB Telephone call with the U.S. Trustee's office,
this to discuss a number of administrative
matters with respect to the case, and the status
of where we go from here follow the asset sale
closings.                                                   .30

**03/09/01**

WAB Early morning telephone call with George Shoup,
this with respect to budgetary matters, the
status of the cash flow analysis, sales of
assets, and post-closing issues to be addressed
in connection with OMC.                                     .30

**03/14/01**

GES Telephone call with Joe Miller regarding today's
hearing.                                                    .20

EXHIBIT _E_ PAGE _9_

Outboard Marine Corporation ("OMC")

HOURS

**03/15/01**

GES Telephone call with Joe Miller regarding U.S.
Trustee's Office reporting and my discussion with
debtor regarding same, review my files regarding
memorandum to debtor regarding same.                    .30

**03/19/01**

WAB Brief meeting with George Shoup and Steve Towbin,
this to discuss the background of the present
dispute over the creation of the OMC budget, the
status, and other related matters.                       .20

**03/20/01**

WAB Telephone call with George Shoup, this with
respect to the continuing issues over the OMC
budget and matters related thereto.                      .20

GES Telephone call with Mark McDermott regarding
budgeting, executory contract rejection and data
request to debtor.                                        .30

**03/27/01**

GES Review e-mail and schedule of outstanding items.      .20

**03/28/01**

WAB Review of a series of reports and memorandums
from Bingham, Dana, this with respect to the
international operations and potential recoveries
from the overseas subsidiaries of OMC, including
those in Asia, Australia, Brazil, Canada, Europe,
Mexico, and others, as well as George Shoup's
notes with respect to same, and further
discussion and analysis with respect to the
budgetary issues at hand.                                .40

**03/29/01**

WAB Review of a facsimile from George Shoup, this
giving the confusing story regarding the shipment
of engines sent to Australia from Suzuki which
were paid for by the parent corporation by a draw
against the letter of credit, the present status
of their sales efforts, and other issues related
thereto.                                                 .20

**04/04/01**

WAB Brief telephone call from George Shoup, this with
respect to the status of certain OMC matters, the
outcome of my conversation with Steve Towbin
today and other related issues.                          .20

EXHIBIT _E_ PAGE _10_

Outboard Marine Corporation ("OMC")

| | | HOURS |
|---|---|---|
04/06/01
    GES Discussions with Mark McDermott regarding update.    .20

04/09/01
    GES Review motion by Tracker for payment of their
        break up fee, review of contract rejection motion
        and GECC motion to compel and review of Jones Day
        fee application detail.    .70

04/16/01
    GES Telephone conversations with Barry Chatz and
        follow up telephone call to Mark McDermott
        regarding Kawasaki.    .50

04/26/01
    WAB Telephone call from George Shoup, this with
        respect to the status on the OMC deal, near-term
        budgeting issues, problems closing the portions
        of the JTC transaction related to the Chris-Craft
        sale, and other issues regarding the penalty fees
        due on that mortgage, the status of interim
        operations and related matters.    .30
    WAB Telephone call with Bob Romano, this with respect
        to the status of the case, the status of sales,
        the status of operations, residual employee
        matters, and a host of other matters in
        connection with remaining current on the status
        of the case.    .40

05/09/01
    WAB Further telephone call with Fred Caruso, this
        after mine with Steve Towbin and his with others,
        all with respect to the type of affidavit we
        might be willing to grant in the Directors' and
        Officers' litigation and our recollection of the
        instructions that were given and whether or not
        they were possibly followed by the Directors.    .20
    WAB Telephone call from Fred Caruso, this with
        respect to the status of his calls from Bob
        Romano regarding suits brought against the
        Directors and Officers over wrongful terminations
        and the affidavits he may need from our offices
        with respect to same.    .30

05/14/01
    GES Review of docket regarding recent filings and
        call to M. McDermott regarding case update.    .40

EXHIBIT _E_ PAGE _16_

Outboard Marine Corporation ("OMC")

HOURS

05/22/01
WAB Telephone call from George Shoup, this with
respect to the meeting to discuss the retention
of Arthur Andersen to review claims against a
host of individuals, and the status of who should
attend from our offices, as well as issues that
should be raised.                                            .20

05/29/01
WAB Brief telephone call with George Shoup, this with
respect to near-term budgetary matters,
transitional issues, and current funding on the
OMC matter, as well as residual personnel
retained to continue with the administration of
the estate.                                                   .10

05/30/01
WAB Brief meeting with Steve Towbin, this to discuss
the status of OMC, transition under a confirmed
plan through a Liquidating Trustee, and issues in
connection with the sale of the property in
Waukegan, and the present status of other related
issues.                                                       .30

06/29/01
GES Telephone conference call with M. McDermott
regarding fee application filing and status of
foreign subsidiaries.                                        .40

07/09/01
GES Telephone call to Mark McDermott regarding
professional fee application filling.                        .20

07/10/01
GES Telephone call to Bill Brandt regarding OMC's
budget issues.                                               .20

07/11/01
GES Telephone call with Mark McDermott regarding
budgetary issues.                                            .20

07/16/01
GES Telephone call to Eric Kaup(.1) regarding fee
application filing and review of AMEX application
(.4).                                                        .50

08/01/01
GES Telephone call with Mark McDermott regarding DIP

EXHIBIT E  PAGE 12

Outboard Marine Corporation ("OMC")

| | HOURS |
|---|---|
| hearing, foreign proceedings and Arthur Andersen engagement. | .20 |

08/20/01
GES Telephone call with Mark McDermott regarding
conversion to Chapter 7.

| | |
|---|---|
| | .10 |
| Case Administration/General | 32.10 |

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|

**02/19/01**
GES Review of time entries in preparation of
reconciliation of pre-petition invoice.                    .80

**02/21/01**
GES Commence preparation of January fee statement and
review of time entries.                                   1.50
GES Review of professional fee motion and orders
establishing monthly procedures.                           .50

**02/28/01**
GES Prepare correspondence for January fee statement
and final review of same.                                  .30
GES Prepare correspondence of pre-petition fee
reconciliation and review of same.                         .40

**03/01/01**
GES Prepare fee notice regarding January invoice.          .40

**03/28/01**
GES Prepare February invoice, review time and prepare
correspondence regarding same.                             .80

**04/26/01**
GES Prepare March fee statement.                           .40

**04/27/01**
GES Finalize and submit March fee statement.               .70

**07/03/01**
GES Commence review of time for cumulative fee
application for December 23rd to April 30th.              2.50

**07/16/01**
GES Draft DSI's narrative for first interim fee and
expense application and review of time entries.          5.00
                                                         -----
        Fee Application/Client Billing                   13.30



EXHIBIT E PAGE 14

Outboard Marine Corporation ("OMC")

HOURS

**12/26/00**

FCC  Prepare for with counsel and attend emergency
court hearing regarding DIP financing order and
payment of pre-petition wages.                                4.30

**12/27/00**

WAB  Review of a further facsimile from Mark
McDermott, this transmitting all of the
fully-revised and final bidding procedures and
assets to be sold listing, as well as all of the
bid requirements, and the final form of the
motion for the entry of the order approving the
bidding procedures and asset purchase agreements,
and a review and mark up of the final form of
this pleading.                                                 .80

WAB  Review of the final form in draft of the notice
of motion, and other issues related to the entry
of an order approving the bidding procedures, bid
protection and form of asset purchase agreement,
as well as authorizing sales of assets free and
clear of liens and encumbrances, and authorizing
the assumption and assignment of executory
contracts, and the review of the items in this
draft of the motion, now scheduled to be heard
January 4th at 2:00 p.m.                                       .60

**12/28/00**

FCC  Review draft motion of retention order and
separate telephone calls with E. Martinez and M.
McDermott regarding same.                                     .40

**01/02/01**

FCC  Review final draft of employee retention motion
and brief meeting with M. McDermott regarding
same.                                                         .30

FCC  Review proposed presentation for bid procedures
motion and meeting with M. McDermott regarding
same.                                                         .50

**01/03/01**

WAB  Review of a facsimile from Skadden Arps of a
number of pages, this transmitting a memorandum,
together with the corrected engagement letter for
DSI, and a review of this packet of information
in this facsimile, and to prepare for tomorrow's
discussion.                                                   .30

WAB  Review of the notice and motion for an order
authorizing the implementation of a key employee

EXHIBIT _E_ PAGE _15_

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|

retention program, and a review of this motion
and the exhibits attached thereto, all with
respect to the feedback being received from the
creditors' committee and in preparation for this
week's conference call.    .40

WAB Review of the application for the order
authorizing the retention of employment of KPMG
as accountants, auditors and tax advisors to the
debtors, and a review of all of the information
appended thereto as exhibits, this with respect
to this retention.    .40

WAB Review of the final form of the motion for the
entry of an order providing administrative
expense treatment for holders of valid
reclamation claims and establishing procedures
for resolution of payment of reclamation claims,
as well as prohibiting third parties from
interfering with delivery of goods to OMC, and a
review and mark up of same in advance of today's
conference call.    .40

01/04/01
    GES Attend hearing on professional retentions,
bidding process, schedule extension and other
first-day related motions.    1.00

01/08/01
    WAB Review of the final form of the order, also
entered by Judge Katz, establishing procedures
for interim compensation and reimbursement of
expenses to professionals.    .20

WAB Review of the order authorizing the employment
and retention of Bingham, Dana as special foreign
insolvency counsel to the debtors.    .10

WAB Review of a further order, entered under Section
105 authorizing the appointment of Evan Flaschen
and Anthony Smits as joint foreign
representatives of OMC and setting the
responsibilities of the foreign representatives,
and a review of all of the interlineation
attached thereto.    .20

WAB Review of the order, entered by Judge Katz,
authorizing the retention of Skadden Arps.    .10

WAB Review of the supplemental notice to the
reclamation claim filed by United Plastics Group,
and a review of the exhibits attached thereto.    .10

WAB Review of a facsimile from Mark McDermott
transmitting the proposed insert to the bidding

Outboard Marine Corporation ("OMC")

| | | HOURS |
|---|---|---|
| | procedures order regarding the allocation of purchase price as suggested by the creditors' committee counsel. | .10 |
| WAB | Review of a facsimile from Gary Beckett at OMC, this with respect to circulation of the notice to all publications, and the status of these issues. | .10 |
| FCC | Review updated sale bidding procedures and telephone call with M. McDermott regarding same. | .30 |
| JEM | Attend Court hearing for emergency motion to lift stay to allow Volvo to take possession of their tooling. | 1.00 |

01/09/01

| | | |
|---|---|---|
| WAB | Review of a facsimile from Mark McDermott at Skadden Arps, this in connection with the evidence that will need to be offered in connection with the employee retention motion, and other issues, as well as status related thereto. | .10 |
| WAB | Review of a further e-mail from Mark McDermott, this transmitting clean and black-lined versions of the final form of the bidding procedures, the order approving bidding procedures, as well as all of the changes included therein, and a review of these prior to presentation at the Court later this week. | 1.10 |
| WAB | Review of the final form, as transmitted by e-mail, of the notice of the hearing on sale of the debtor's assets, this as prepared by Mark McDermott. | .20 |
| FCC | Telephone call with M. McDermott regarding DSI retention motion, employee retention motion and other miscellaneous issues. | .30 |
| FCC | Continuing telephone call with M. McDermott and R. Fix regarding employee retention motion. | .70 |

01/10/01

| | | |
|---|---|---|
| FCC | Telephone call with M. Kramer regarding result from today's court hearing. | .20 |

01/12/01

| | | |
|---|---|---|
| WAB | Review of the final form of the stipulation and order between Outboard Marine and Penske Truck providing for the rejection of the executory contracts and the return of the trucks, and a review of the final form of this stipulation and order, this resolving all of the outstanding issues with the return of the trucks, and review | |

EXHIBIT _E_ PAGE _14_

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| of the order as entered on January 10th by Judge Katz. | .20 |
| WAB Review of the order, entered on January 10th by Judge Katz authorizing the employment and retention of DSI. | .10 |
| WAB Review of the order, entered by Judge Katz on the 10th, establishing Wednesdays as omnibus hearing days in the OMC case. | .10 |
| WAB Review of the final form of the order, as approved by Judge Katz on the 10th as well, this incorporating all interlineation, and approving the bidding procedures, bid protection and form of asset purchase agreement, and a review of all of the addendums and change to the bidding process documents as attached thereto. | .50 |

01/16/01

WAB Review of the final form of the bid package with the notice of substantially all of the sales, as well as the order approving the bidding procedures all put together, and a review of the package as finally disseminated.                     .40

WAB Review of the notice of the routine motion filed by the Environmental Protection Agency, and Alan Tenebaum of the Environmental Enforcement Section of the Environmental and Natural Resources Division of the Department of Justice, all with respect to the pending environmental matters at OMC and U.S. Department of Justice's representation of the EPA in connection with the matter.                     .10

01/17/01

WAB Review of the notice of routine motion and routine motion filed by the State of Illinois Environmental Protection Agency to receive all notices, and a review of the Senior Assistant Attorney General who will be handling the file in this matter, Elizabeth Wallace.                     .10

01/18/01

WAB Review of a delivered copy of the limited objection of the Official Committee of Unsecured Creditors to the proposed final adequate protection and financing orders, and a review of this lengthy 19-page objection along with the exhibits attached thereto, and a review and mark up of each and every one of the objections for

EXHIBIT _E_ PAGE _18_

Outboard Marine Corporation ("OMC")

HOURS

inclusion in the discussions to occur at the
meeting tomorrow morning at Sidley & Austin, all
with respect to the attempt to see if these
objections can be settled.                                      .50

01/19/01

WAB Review of an application by Steve Towbin of
D'Acona & Pflaum, to serve as the counsel for the
Official Committee of Unsecured Creditors, and a
review of the motion seeking authority, as well
as the application and affidavit attached
thereto.                                                        .30

WAB Review of an application filed by CPS
Distributors, for relief from the automatic stay
or in the alternative adequate protection, and a
review of the issues with respect to the
inventory they claim has been delivered, and the
exhibits attached thereto, and a review of this
pleading, as well as all of the exhibits attached
thereto in time to respond this morning at the
meeting of creditors and their counsel to our
suggested response to same.                                     .40

WAB Review of the notice of motion and motion for
relief from the automatic stay by General
Electric Capital, and a review of the memorandum
of points and authorities attached thereto, as
well as the exhibits, all with respect to the
status of these matters, as well as the
declaration of Patricia McVey in support of the
motion, all with respect to the Modular Space
Services, and a review of the contracts, as well
as the master contracts, this in an attempt to
determine what the disposition of this particular
property is, whether it can be returned quickly,
and the status of same prior to today's
creditors' meetings, so a response can be
formulated in front of all creditors.                           .20

WAB Review of the objection filed by the Official
Committee of Unsecured Creditors to Outboard
Marine's application for an order authorizing the
retention of Houlihan Lokey as financial advisor
and investment banker, and a review of the points
taken in connection with same in the opposition,
this in advance of today's meetings with the
creditors, this in an attempt to formulate a
response for a middle ground to see if a
compromise can be struck today to work this
matter out.                                                     .30

Outboard Marine Corporation ("OMC")

HOURS

WAB Review of the notice of appearance and request
for papers by Shelby Jordan, filed on behalf of
Gulf Coast Marine, and a review of our files to
indicate the nature of their involvement in this
case and their issues.                                    .10

WAB Review of a further filing by Art Raphael, as
counsel for CPS Distributors, to the notice of
the amounts necessary to cure defaults under
contracts and leases proposed to be assumed and
assigned, and a review of this filing, and
comparison to the earlier filing received today,
this with respect to their request for lifting
the automatic stay, all to determine whether this
property is necessary in connection with the sale
and the status of same to provide a response to
the creditors at today's meetings.                        .30

WAB Review of the objection to the proposed
assumption and assignment of executory contracts
in connection with this sale by Orbital Engine
and Orbital Engine Company of Australia, and
a review of their objections, as well as the
exhibits attached thereto, all in an attempt to
be available to answer questions about these
matters at today's creditors' meetings.                   .30

WAB Review of the motion of Joseph Wielebinski for
leave to appear pro hac vice, as well as the
draft of the order regarding same, this as
counsel for Ruger Investment Casting Division
of Sturm, Ruger & Company, as well as their
coincidentally filed objection to OMC's motion
for the entry of an order providing
administrative expense treatment for holders of
valid reclamation claims and establishing
procedures, and a review of these issues and
their objection prior to today's creditor
meeting.                                                  .30

01/22/01

WAB Review of the order, entered by Judge Katz on the
18th of January, authorizing the implementation
of the key employee retention program.                    .10

WAB Review in detail of the voluminous motion filed
by the City of Waukegan, this being the objection
to the order to sell the assets, this being with
respect to trying to hold back the lake front
property, and a review of this motion and all of
the exhibits attached thereto, and a review of
separate filings apparently sent from the Jeff

EXHIBIT _E_ PAGE _20_

|  | HOURS |
|---|---|
| Diver Group in Wheaton with respect to same, and separate exhibits under a different cover. | .60 |

**01/23/01**

WAB Review of a more than 150-page motion filed by North Shore Gas Company to prohibit the sale of certain real estate as a part of the auction sale and substantially all of the debtor's assets, and a review of this motion and all of the exhibits attached thereto prior to tomorrow's hearing in connection with the bidding procedures motion.          1.30

WAB Review of a facsimile from Mark McDermott's office at Skadden Arps, this transmitting a letter to Judge Katz, this detailing for him and all on the service list the matters presently scheduled for hearing on January 24th, and a review of the listing as sent.          .20

WAB Review of a filing by the creditors' committee of a preliminary response by them to the motion for the order to appoint an official committee of employees, former employees, and retirees, and a review of the conditions set forth in their motion under which such an appointment would be acceptable.          .10

WAB Late evening review of the motion set for tomorrow, as well as, specifically, the motion set by the City of Waukegan and North Shore Gas, this following my conversation with Mike Elam, and a review of the issues in connection with the pending arbitration and other matters presently not on the calendar, this for presentation to the group tomorrow at Court.          1.30

**01/24/01**

WAB To Bankruptcy Court for hearings on the financing orders, the motion to create an employees' committee, and other issues related thereto.          .90

WAB Conferences following Bankruptcy Court hearing outside of the Bankruptcy Court with Katie Gleason and members of the Katten Muchin firm in connection with the environmental issues brought by North Shore, with Joel Nathan, of the U.S. Attorney's office representing the USCPA, with Mark Jacobs and others as counsel for the putative employees' committee, and a host of other issues in connection with the case.          .70

WAB Review of OMC's omnibus reply to the objection of the City of Waukegan and the objection of North

EXHIBIT _E_ PAGE _21_

Outboard Marine Corporation ("OMC")

HOURS

Shore Gas to the sale of real estate, and
re-review of the motions prior to today's
hearing, this in connection with the pending
arbitration and other matters to discuss with
Steve Towbin prior to Court. .30

WAB Review of OMC's limited objection to the motion
for an order appointing the Official Committee of
Employees, this as filed by Skadden Arps. .20

WAB Review of the notice of routine motion of the
Northern Trust Company to receive all notices,
and a review of why the Northern Trust Company
would be involved, with respect to the records of
the business. .10

WAB Review of a host of faxes from George Shoup at
OMC, this transmitting a host of motions and his
mark ups of same with respect to the budgetary
impact, the status of reclamation claims, and a
number of issues to be talked about further
today, and a review of these, as well as the
motions with mark up on the budgets for the
retentions of the professionals in the ordinary
course, and the status of comments with respect
to budgetary imperatives. .60

FCC Review amended DIP term sheet and order,
telephone call with M. McDermott regarding same. .50

01/26/01

WAB Review of the final form of the order, entered by
Judge Katz yesterday, authorizing the retention
and payment of professionals utilized by OMC in
the ordinary course of business, and a review of
the exhibits and other items attached thereto
prior to further discussions with Mike Elam
today. .30

WAB Review of the order, entered by Judge Katz on the
24th of January, authorizing the employment and
retention by OMC of Houlihan Lokey as financial
advisor and investment banker, and a review of
the exhibits attached thereto which incorporate
all of the revisions to the present retention,
this to be current with respect to the status of
these matters. .30

WAB Review of the final form of the application of
the Official Committee of Unsecured Creditors for
authority to employ financial advisor, this new
advisor replacing the formerly suggested advisor
of Chanin Capital Partners, being American
Express Tax Business Services formerly known as

Outboard Marine Corporation ("OMC")

HOURS

AMG, and a review of the status of this
application and the affidavits attached thereto.  .30

WAB Review of the supplemental verified statement of
Steve Towbin in support of the application of the
Official Committee of Unsecured Creditors to
employ counsel.  .10

WAB Review of filings, apparently sent earlier in the
week by Craig Nelson of Entwistle & Cappucci, as
well as Peter Morgenstern of Bragar, Wexlar, et
al., this presenting motions to the Bankruptcy
Court for admission pro hac vice with respect to
Peter Morgenstern, and, as well, the motion for
an order appointing the Official Committee of
Employees, former employees and retirees, and a
review of the arguments contained therein, as
well as review of Section 1114 with respect to
the type and designation of employees that need
to be placed within.  .30

WAB Review of the final form of the agreed final
order granting certain pre-petition adequate
protection relief to the pre-petition lenders and
a review of all of the final forms of the
exhibits, this with respect to the operation of
the budgetary items and other issues that need to
observed during the course of the case.  .70

WAB Review of the final order approving the
post-petition financing and granting liens and
super administrative priority to the
debtor-in-possession lenders, and a review of
this order in detail, and all of the exhibits
attached thereto, as well as comparison to the
final forms of the budgets and other items posted
with respect to same, all regarding the status of
this case.  .70

WAB Review of the filing by the National Highway
Traffic Safety Administration and their claim and
objection to any disposition that does not
require satisfaction of OMC's obligation to
complete the safety recall campaigns, and a
review of these pleadings, as well as review
quickly of our files on who may be responsible
for monitoring these issues, and as well, who may
be responsible for dealing with the follow up.  .20

01/30/01
WAB Review of the final form of the motion for the
order to modify the automatic stay to permit set
offs of dealer rebate claims against dealer

EXHIBIT _E_ PAGE _23_

Outboard Marine Corporation ("OMC")

HOURS

receivables at OMC's discretion pursuant to the
collection strategy, and a review of the final
form, as agreed upon by all parties of the nature
of this motion.                                                    .20

WAB Review of the objection of Sturm, Ruger to OMC's
notice of amounts necessary to cure defaults
under contracts, and a review of same prior to
further review and meetings tomorrow on the sales
process.                                                          .20

WAB Review of a motion for an order authorizing the
sale of certain equipment of Volvo Penta of the
Americas, this in connection with the continuing
settlement with Volvo Penta on the use of their
tooling, and a review of the companion motion to
shorten time and limit notice with respect to
this particular sale.                                            .20

WAB Review of the motion for authority to enter into
a stipulation and order between Outboard Marine
and Mellon First United Leasing for rejection of
certain unexpired executory contracts, and a
review of the exhibits attached thereto.                         .20

WAB Review of the motion for authority to enter into
a stipulation and order between Outboard Marine
and Gelco Corporation for rejection of certain
unexpired executory contracts.                                   .20

WAB Review of the motion of TransAmerica Commercial
Finance and TransAmerica Commercial Finance
Corporation Canada for relief from the automatic
stay and for set off and recoupment rights, and a
review of this motion in connection with the
floor planning at OMC, as well as review of the
exhibits attached thereto.                                       .40

WAB Review of the uncontested motion of Dr. Pepper/7
Up to compel rejection of executory contracts.                   .10

WAB Review of the routine motion filed by Francis
Buckley of Thompson Colburn for admission pro
hac vice in the Outboard Marine matter, this to
appear on behalf of Kawasaki Motors, this with
respect to their issues both as a purchaser and
creditor in OMC.                                                 .10

WAB Review of a letter from Mark McDermott to Judge
Katz's chambers, and to the service list, this
setting forth for the Court's review a list of
the matters scheduled for hearing tomorrow at
11:00 a.m. in Chicago, and a review and mark up
of this list with respect to who needs to be
there and what other issues may arise.                           .20


EXHIBIT E   PAGE 24

Outboard Marine Corporation ("OMC")

HOURS

**01/31/01**

WAB Early morning review of a facsimile that came in
late last night from McBride, Baker & Coles,
which is the motion for an issuance of an
emergency temporary restraining order requiring
the conveyance of certain real estate, this
brought by Larson Marine Services, and a review
of this complaint and the exhibits attached
thereto, as well as the supplementary facsimile
transmitted from McBride, Baker & Coles this
morning containing the declaration of Jerry
Larson.                                                   .50

**02/02/01**

WAB Review of the stipulation and order, now entered
by Judge Katz on the 31st, between OMC and Gelco
Corporation regarding the rejection of certain
unexpired executory contracts, and a review of
the exhibits, which are the GE Capital Fleet
Services trailers, all with respect to the
turnover of the equipment.                                .10

WAB Review of the stipulation and order, entered by
Judge Katz on the 31st of January, this with
respect to the rejection of the First United
Leasing unexpired executory contracts, and a
review of the equipment leases that need to be
considered in connection with the return.                 .10

WAB Review of an order, entered by Judge Katz on the
31st of January, authorizing the sale of certain
equipment to Volvo Penta, and a review of the
list of equipment that needs to be included in
this transaction.                                         .10

WAB Review of the notice, as issued by Skadden Arps,
of the highest and best qualified bids for the
debtor's assets, these in advance of Monday's
sale.                                                     .20

**02/05/01**

WAB Review of a facsimile from Skadden Arps and David
Kurtz, this transmitting the new motion for an
order authorizing OMC to pay premiums to extend
their current Directors' and Officers' liability
insurance policy, and a review of this motion and
the draft of the order attached thereto.                  .30

WAB Review of the notice of entry of appearance and
demand for notices filed by Wildman, Harrold, et
al., this on behalf of McClarin Plastics, and a
quick review of the schedules to see where and in

EXHIBIT _E_ PAGE _25_

Outboard Marine Corporation ("OMC")

HOURS

which company McClarin Plastics is situated, as
well as review of the verified statement of
Wildman, Harrold attached, and also filed in OMC
in connection with their representation of not
only McClarin Plastics, but as well, Sturm,
Ruger, and the issues regarding the
representation of two claimants in the OMC
matter.                                                      .10

WAB Review of the order, entered by Judge Katz on the
31st of January adding the retiree group through
Bell Boyd & Lloyd to the service list.                       .10

WAB Review of the motion for adequate protection
filed by Plaspros by its attorneys, Meltzer,
Purtell, et al., this with respect to the status
of the goods that they have supplied and the
related molds and tooling belonging to OMC which
are in their possession, and a review of the
motions as filed, all with respect to same.                  .20

WAB Review of the objection of Shared Marketing
Services to OMC's motion to assume and assign
executory contracts, and a review of this motion
as filed, as well as review of what in particular
this contract relates to in connection with the
impending sales.                                             .20

02/06/01

WAB To Bankruptcy Court for hearings on the status of
the sale of yesterday in front of Judge Katz, and
then for lengthy meetings following the hearing,
on a number of issues in connection with the
closings, including budgets, further bank
advances, head count reductions, issues of where
the collateral is, delivery of certain collateral
outside or in the pipeline of shipment, and other
items, this with Larry Nyhan of Sidley & Austin
representing the banks, Steve Towbin for the
committee, Mark McDermott for Skadden Arps, Matt
Clemente of Sidley & Austin also for the bank
group, and George Shoup of DSI.                             1.70

WAB Review of a filing by Skadden Arps, of the motion
for the order authorizing OMC to pay certain
pre-petition medical claims, and a review of the
listing as finally assembled with respect to
same, and its impact on the budget issues.                   .20

WAB Review of the limited objection of Cadillac Truck
Service to the debtor's motion to sell assets
free and clear of liens, and a review of this
issue which apparently involves the service on

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| the boat trailers maintained by OMC. | .20 |

WAB Review of a further limited objection filed by
Makino to the debtor's motion for an offer
selling free and clear of liens, this with
respect to the status of the Makino machinery
located in OMC's Burnsville, North Carolina
facility, and a review of the issues at stake in
connection with yesterday's auction. .20

WAB Review of a letter to Judge Katz from Mark
McDermott, this transmitting the list of matters
presently scheduled for hearing on February 7th
beginning at 11:00 a.m., and a review and mark up
of these matters in case testimony or attention
is required. .20

WAB Review of the objection of Suzuki Motor
Corporation to OMC's motion to assume and assign
certain OEM supplies/purchase agreements, and a
review of this contract and the exhibits, as well
as our working file in the matter prior to
further conversations with Jerry Munitz tomorrow. .20

WAB Review of a facsimile from Patrick Mears at
Dykema Gossett, this transmitting Federal Mogul
Corporation's objection to the assumption and
assignment of certain patent licenses and cure
amounts, as well as the objection of Federal
Mogul to the proposed sale of the debtor's engine
business, and a review of these in light of the
conversations with Pat Mears at the time of the
sale. .30

WAB Review of the objection of Deutsche Financial
Services to OMC's notice of amounts necessary to
cure defaults under contracts. .10

WAB Review of the objection of Deutsche Financial
Services to the debtor's sale of assets, which
may include assets already sold by the debtor to
dealers and pledged to Deutsche Financial
Services, and a review of this pleading in
advance of Thursday's sale. .10

02/07/01
WAB Review of a telecopy transmission from Joseph
Baldi & Associates, this with respect to the
limited objection of Klus d/b/a Ocean Pro
Engineering to the sale of substantially all of
the debtor's assets, and a review of the exhibits
with respect to the use of the name "ocean pro"
and the other items, and a review of our files to
determine whether this is sold and which estate



EXHIBIT E PAGE 27

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| it is part of. | .50 |
| WAB Review and mark up of the letter to Judge Katz from Mark McDermott, this setting forth the list of the matters presently scheduled for hearing on February 8th, and a review and mark up of same in preparation for any testimony that may be needed. | .30 |
| WAB Review of the filing by Steve Towbin on behalf of the creditors' committee of their response in opposition to the application of CPS Distributors for relief from the automatic stay. | .20 |
| WAB Review of the limited objection of CIT Communications Finance Corporation to the debtor's motion for assumption and assignment of certain contracts, and a review of the contracts related thereto in connection with testimony anticipated on Thursday. | .20 |
| WAB Review of the notice of motion filed by Dr. Pepper/7 Up regarding the motion to compel rejection of the executory contracts and the hearing to be held on February 14th regarding same. | .10 |
| WAB Review of the limited objection of TransAmerica Commercial Finance of Canada to the sale of certain inventory by the debtor, and a review of this pleading in preparation with respect to the repossessed inventory and other items, all with regard to the hearing to be scheduled on Thursday to approve this sale. | .30 |
| WAB Review of the motion, filed by Skadden Arps, this for an order approving OMC's acquisition of the FICHT Technology and the settlement and release of claims thereto. | .20 |
| WAB Late evening review of the notice of the debtor's assumption and assignment of certain agreements to JTC Acquisition, as well as review of the final form of the conformed copy of the asset purchase agreement between Outboard Marine and JTC, and the letter directed to Outboard Marine Corporation regarding the joint bid by OTC and Bombardier Motor Corporation of America, as well as all of the exhibits related thereto, this in advance of tomorrow's Court hearings. | 1.60 |

02/08/01
    WAB Early morning review, as a follow up to last
        night's review, of the notice of OMC's assumption
        and assignment of certain agreements to
        Bombardier Corporation of America, the asset

EXHIBIT _E_ PAGE _28_

Outboard Marine Corporation ("OMC")

HOURS

purchase agreement between Outboard Marine
Corporation and Bombardier Motor Corporation of
America, and the option agreement with respect to
Plant 2 signed by Outboard Marine and Bombardier
Corporation of America, and a review of these
documents, in furtherance of the review of the
boat sale documents last night, all in
preparation for this afternoon's hearings and
sale.                                                                  2.20

WAB Early morning telephone call with David Kurtz,
this to discuss the status of today's Court
hearing, his review and my review of the
objections, the status of the numerical
information, potential testimony, and other items
that might be needed in connection with the show,
potentiality of higher bids, and other related
matters.                                                               .30

WAB To offices of Skadden Arps for meetings with a
host of parties prior to today's Court hearing,
this on the objections received, the further
evaluation of the bids accepted, and further
refinement and work with the various parties in
advance of today's hearing, and meetings with
Steve Towbin and Kate Klaus of D'Ancona, counsel
for the creditors' committee, David Kurtz, Mark
McDermott, Joe Mullin and others at Skadden Arps
for the debtor, Roger Fix and Eric Martinez while
at Skadden, as well as John McKenna and other
representatives of Houlihan Lokey with respect
to the contract and bidding issues.                                    2.40

WAB To Bankruptcy Court for hearings throughout the
afternoon, including negotiating sessions during
breaks, on the bids for the acquisition of the
assets of OMC, and participation in the meetings
during the initial breaks between Kirkland &
Ellis and Brunswick, as well as others, this with
respect to the abortive last minute bid placed by
Brunswick and the further refinement, if
possible, of such a bid in order to find any way
in which it may be acceptable, and meetings with
a host of parties in connection therewith.                             3.80

WAB Review of the joinder of Deutsch Financial
Services to the objection of Deutsch Financial
Services Corporation to the sale of assets.                            .10

WAB Review of the joinder of Deutsch Financial
Services to the objection of Deutsch Financial
Services Corporation's debate and dispute over
the amounts necessary to cure the assumed and

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| assigned contracts. | .10 |

WAB Review and mark up of a facsimile received late in the early afternoon from Samuel Schwartz at Kirkland & Ellis, this transmitting copies of the notice that Kirkland & Ellis wishes to appear on behalf of Brunswick Corporation, as well as copies of the related motion which are styled as the qualified bidder's objection to OMC's motion for the entry of the order authorizing the sale of the assets, and a review and mark up of this prior to today's further hearings in front of Judge Katz, this in anticipation of a Brunswick bid, and a review of the mathematics of the existing bids as scheduled. .30

WAB Review of a further facsimile from Skadden Arps, this being the revised and amended agenda sent along to the Court and other parties with respect to all of the items now listed for the 2:00 p.m. hearing, and a review and match up of the original listings with respect to the additions, and other items which will come before the Court. .20

WAB Review of the notice of motion, this with respect to the February 14th hearing by local counsel Dan Zazove on the motion of Dr. Pepper/7 Up to compel rejection of executory contracts. .10

WAB Review of the notice of filing by Computer Associates International and Sterling Software, this with respect to a host of software licenses and service agreements between Four Winns and others, all with respect to the cure amounts related to their contracts, and other issues related thereto. .20

WAB Review of the motion to intervene and receive notice filed by Wildman Harrold, this with respect to McClarin Plastics, and in connection with earlier filings. .10

WAB Review of the verified statement of LaSalle National Bank as Indenture Trustee for the 9-1/8 debentures due in 2007, as well as LaSalle National Bank as Indenture Trustee for the Industrial Development Board of Rutherford County, Tennessee, and LaSalle National Bank as the Indenture Trustee for the development authority of Clayton County, and finally, LaSalle National Bank as the Indenture Trustee for the New Jersey Economic Development Authority, all with respect to the status of the sale, and the amounts due, and a review of these filings in

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|

    connection with the OMC matter and LaSalle
National Bank's position in a variety of the
issues.   .20

WAB Early morning review of the revised OMC
liquidation summary, the spreadsheet analysis
covering several pages for each and every
division, and a review and mark up provided that
testimony may be needed, and in advance of the
meetings this morning at Skadden Arps.   .70

**02/09/01**

WAB Early morning telephone call with David Kurtz,
this with respect to the outcome of yesterday's
hearings, and who shall be needed for the
continuation of the hearings today in front of
Judge Katz, as well as other issues with respect
to budgeting and the related matters.   .20

WAB Review of the post-auction supplement to the
objection of Deutsch Financial Services.   .10

WAB Review of the notice of routine motions for
admission pro hac vice, all with respect to the
law firm that wishes to appear for all of the OMC
employees in this case, this being Entwistle and
Cappucci.   .10

WAB Review of a facsimile from Whyte & Hirshboek in
Milwaukee, this transmitting a motion for
modification of the automatic stay or in the
alternative to compel immediate assumption or
rejection of the executory contract with Blue
Cross/Blue Shield of Wisconsin, and a review of
the motion and memorandum of law attached
thereto.   .30

**02/12/01**

WAB Review of a facsimile from Mark McDermott, this
transmitting the draft of a motion requesting
authority to terminate every employee benefit
plan, including the retiree plans.   .30

WAB Telephone call from Jeff St. Onge of Bloomburg
News, this with respect to the status of a story
he wrote Thursday and Friday regarding the sale
process, updates on the sale process and other
related matters.   .30

WAB Review of the motion for adequate protection
filed by Intrepid Molding, and a review of the
issues with respect to the status of the Illinois
Tool and Die Lien Act, and a review of this
approximately $410,000 claim, as well as the

EXHIBIT _E_ PAGE _31_

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|

status of which company is affected by it, and
what issues need to be resolved in connection
with the ongoing budget to closing.  .20

WAB  Review of the routine motion to receive notice,
this given by Gadspy & Hannah, and a review of
the seven creditors that have suggested Gadspy &
Hannah represent them, including Anderson Marine
at Bay City, Kelvin's Marine, Counce Marine, and
other marine dealers, and a review of the
location of these dealers briefly to physically
determine where they are and whether they are
nearby each other.  .10

WAB  Review of the objection of Atlas Industries to
the notice of amounts necessary to cure, this in
connection with the more than $7,330,000 claim
they put forth versus the $1,753,000 claim
calculated by Outboard Marine, and a review of
Exhibit A which is the balance they put forth on
the cure amounts, and mark up of same for further
discussion in connection with the closing.  .30

WAB  Review of the associated limited objection of
Atlas Industries to the debtor's motion for the
order selling free and clear of liens.  .10

WAB  Review of the final form of the order approving
the asset purchase agreements and option
agreements authorizing the sale of certain assets
of the debtor free and clear of liens, claims and
encumbrances, and authorizing assumption and
assignment of certain contracts, and a review of
the final form of this order, and all of the
exhibits thereto in final form, this in
connection with the debate over the form of the
order as earlier given.  .70

WAB  Review of the final form of the order, entered by
Judge Katz on the 9th of February, pertaining to
the objection of the City of Waukegan to the
debtor's motion to sell its assets, and a review
of the interlineation thereto.  .10

WAB  Review of the order, entered by Judge Katz on the
9th of February, approving the debtor's
acquisition of FICHT Technology and limiting
notice in connection therewith.  .10

02/13/01

WAB  Review of the limited objection of the Official
Creditors' Committee to OMC's first supplement to
Exhibit A of the ordinary course professional's
order, and a review of this objection, as well as

EXHIBIT _E_  PAGE _32_

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|

the supplement that they have submitted regarding
the estimated average monthly payment, and cross
comparison to the original order to determine the
issues at stake. .20

WAB Review of the United States' objection to changes
in the terms of the sale of substantially all of
the assets of Outboard Marine, this with respect
to the status of the approval of any sale
regarding the contaminated property, and a review
of this order, as well as review of the final
form of the sale documents and comparison, all
with respect to the status of the sale and other
related matters. .20

WAB Review of a voluminous filing by William Kohn of
Barns & Thornburg, this being the notice of the
application for the order authorizing the payment
of break-up fees to Godfrey Conveyor Company,
this in connection with their initial bid and
the overbid by Irwin Jacobs, and a review of this
motion in detail, as well as brief calculation
and confirmation of the break-up bid numbers, and
a review of this similarity of the number of
mailings received from Kohn's offices, four in
total, which are apparently all of the exact same
pleading. .40

02/14/01
WAB Review of the motion by the Ruger Investment
Casting Division of Sturm, Ruger for admission
pro hac vice, this in connection with the
continuing debate over the reclamation claims and
other issues at OMC regarding Sturm, Ruger. .10

WAB Late evening review and mark up of the initial
draft of the emergency motion to utilize cash in
the ordinary course pending closings and to
surcharge lenders' collateral, this with respect
to the $14.2 million held in the reserve account,
and its disposition. .40

02/15/01
WAB Telephone call with George Shoup, this with
respect to the testimony that may be required at
10:00 a.m. Friday morning on the budgeting issues
in front of the emergency Judge, and the status
of matters related thereto. .20

WAB Review of the order, entered by Judge Katz on the
14th, establishing the cure amounts for certain
executory contracts and unexpired leases, and a

EXHIBIT E PAGE 33

Outboard Marine Corporation ("OMC")

HOURS

review of this initial listing, these with most
of the creditors where cure amount is zero, and
a review in advance of the closing.                          .40

WAB  Review of the motion extending the time to assume
or reject unexpired leases of non-residential
real property in the OMC case.                               .10

WAB  Review and mark up of the initial fax of the
draft of the motion from Mark McDermott at
Skadden Arps of the emergency motion to utilize
cash in the ordinary course pending closings, and
to surcharge lender's collateral, and a review
and mark up of same.                                         .30

GES  Review of objections of ordinary case
professional motion and e-mail from Joe Miller
regarding same.                                              .40

02/16/01

WAB  Review of the objection of the Official Committee
of Unsecured Creditors to OMC's emergency motion
to use cash collateral, and a review of their
numbers suggested in the budgets and brief
meeting with George Shoup to review them against
our understanding of the present budgetary
numbers.                                                     .20

WAB  To Bankruptcy Court for initial hearing on the
emergency motion by the debtor in Outboard Marine
to use some of the $14,200,000 segregated account
for the purposes of funding near-term budgets.              .50

GES  To Bankruptcy Court for DIP motion.                    .50

02/19/01

WAB  Review of a filing by Skadden Arps of the second
supplement to Exhibit A on the motion to employ
in the ordinary course a host of professionals,
and a review of the employment lawyers who have
been added to the list, Mika Meyers.                         .10

WAB  Review of the notice of the hearing on the
debtor's motion to terminate all employee benefit
plans, as well as the attached motion for the
entry of an order authorizing the termination of
the employee benefit plans at OMC.                           .20

WAB  Review of the emergency motion to utilize cash in
the ordinary course pending closings on asset
sales and to surcharge the lender's collateral,
and the final version of the budget attached
thereto, as negotiated all through the day on
Friday, this in connection with the status of the
expenses to be incurred and paid between the sale

EXHIBIT _E_ PAGE _34_

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| date and the closings of the sale. | .30 |

WAB Review of the motion to allow the sale of the trademarks to Quebeck, Inc., this with respect to the disposition of the Princecraft name.     .20

**02/20/01**

WAB Review of the motion for the entry of the order authorizing the rejection of collective bargaining agreements and terminating the retiree medical benefits for union employees, and a review of the motion and all of the exhibits attached thereto.     .30

WAB Review of the notice of filing of the documentation in support of the limited objection of the sale of Textron Financial Corporation to the sale of certain inventory, and a review of these documents which basically discuss the Wholesale Repurchase Agreement between Textron and OMC in connection with its dealers and dealer network, and a review of all of the exhibits attached thereto, this in an attempt to discover which matters this pertains to and how to deal with it prior to the closing.     .30

**02/22/01**

WAB Review of the revised notice of the hearing on the debtor's motion to terminate the employee benefit plans, now scheduled for February 28th.     .10

**02/23/01**

WAB Review of a filing by the creditors' committee of their support for OMC's motion for an order authorizing the sale of trademarks in the Princecraft case to Quebec, Inc.     .10

**02/26/01**

WAB Review of the amended application for an order authorizing the retention of Peat Marwick as accountants, auditors and tax advisors.     .20

WAB Review of a motion for an order approving the acquisition of the FICHT Technology, and a review of the final form of this settlement agreement as reached with all parties.     .10

WAB Review of a filing by Mayer Brown & Platt, representing Northern Trust, this with respect to a motion for instructions regarding the disposition of the funds being held in the trust agreement by Northern Trust, all subject to a

EXHIBIT __E__ PAGE 35

EXHIBIT C PAGE 36

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| letter of credit, and a review of the motion for instructions and all of the exhibits attached thereto. | .40 |

**02/27/01**

WAB Review of a facsimile from Skadden Arps, this listing the initial items to be on the Judge's agenda for the hearings to be held on Wednesday, February 28th, and a review and check off of same. .10

WAB Review of a facsimile from Altheimer & Gray, this being Gemma's emergency motion, in initial form, with respect to the status of the Murfreesboro, Tennessee, facility. .10

**02/28/01**

WAB Telephone call with Fred Caruso, this following the conclusion of the first meeting of creditors in Chicago, this on the outcome of the meeting. .20

WAB Review and mark up of a facsimile from Skadden Arps, this listing all of the matters on Judge Katz's calendar for the 28th, and a review and mark up of what we need to cover with respect to same. .20

GES Attend 341 meeting. 1.30

**03/01/01**

WAB Review of the amended notice of motion filed by Intrepid Moldings for adequate protection now to be heard on March 7th, and a review of the motion for adequate protection as attached to this pleading, all with respect to the status of molding and tool services provided to OMC by Intrepid. .20

WAB Review of a host of emergency motions filed by Gemma, this with respect to the Murfreesboro property in Tennessee, and brief discussions with George Shoup regarding the status of the disputes surrounding this property, the IRB that may be attendant to the property and other related matters. .20

WAB Review of the order, entered yesterday by Judge Katz, approving the debtor's acquisition of the FICHT Technology. .20

WAB Review of the final form of the affidavit of James Rusk, and the materials also presented with it on an on line basis, in the index, all with respect to the original documents and records maintained by OMC in connection with the benefit

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| plans and consolidated health and welfare plans, and a review of this material as finally presented in connection with the termination of many of the employee benefit plans. | .90 |

WAB Review of the filing by Lord Bissel & Brook of Bombardier Motor Corporation's response to the limited objection of Computer Associates International and Sterling Software, the appearances filed by counsel at Lord, Bissel & Brook on behalf of Bombardier, and other matters relevant thereto, this in connection with reviewing these items and understanding this pleading prior to the prorations and other issues dealing with the sale. .40

WAB Review of the notice of filing by Bombardier of its response to Orbital Engine Corporation's objection to the proposed assumption and assignment of contract, and a review of these materials as they are transmitted, all in connection with information regarding the closing. .40

WAB Review of the notice of appeal filed by Piper Marbury on behalf of Genmar, this with respect to the order authorizing the sale of the trademarks and other assets connected with the Princecraft Canadian sale. .10

WAB Review of the final form of our firm's first interim fee and expense reimbursement statement for the period 23 December 2000 to 31 January 2001, the cover sheet, distribution sheet, and other issues, all being disseminated in connection with the agreements reached by all parties in connection with the status of monthly billings to this case. .20

03/02/01

WAB Review of the final form of the motion for the entry of an agreed order to turn over the funds held from the overseas subsidiaries presently in the State Street Bank and Trust Company, these to be turned over to Bank of America in connection with the settlement reached among all parties as to the future disposition of these funds. .20

03/05/01

WAB Review of the order, entered by Judge Katz on the 28th of February authorizing OMC to terminate employee benefit plans with respect to non-union

EXHIBIT _E_ PAGE _37_

Outboard Marine Corporation ("OMC")

|  | | HOURS |
|--|--|------:|
| | employees. | .10 |
| WAB | Review of the order, entered by Judge Katz on the 28th of February, authorizing OMC to terminate retiree medical plans with respect to all union employees and reject all collective bargaining agreements. | .10 |

03/06/01
| | | |
|--|--|------:|
| WAB | Review of the notice of the continued hearing regarding the application for an order authorizing the payment of break-up fees to Godfrey Conveyor Company, this now scheduled for March 7, 2001, and a review of this pleading as filed. | .10 |

03/07/01
| | | |
|--|--|------:|
| WAB | Review of an early morning facsimile from Skadden Arps, this being a copy to the service list of the letter transmitted to Judge Katz setting forth for his review, a list of all of the matters presently scheduled for the hearing on March 7th at 11:00 a.m., and a review and check off of these matters, this with respect to the status of the case, and what DSI may need to do by way of either attendance or further action. | .20 |
| WAB | Review of a facsimile from Skadden Arps of the initial draft of the motion being sought in aid of the acquisition of FICHT Technology. | .20 |

03/08/01
| | | |
|--|--|------:|
| WAB | Review of the motion for an entry of an order in aid of the implementation of the order approving the debtor's acquisition of the FICHT Technology. | .20 |
| WAB | Review of the second notice of amounts necessary to cure defaults under contracts and leases proposed to be assumed and assigned as purchases in connection with the OMC sale, and a review of the exhibit attached thereto in connection with the closing. | .20 |
| WAB | Review of the motion of Sturm, Ruger & Co. for adequate protection and notice of lien, this with respect to the tooling issues earlier discussed. | .20 |

03/13/01
| | | |
|--|--|------:|
| WAB | Review of the notice of motion in support of the application for an order authorizing the employment and retention of Entwistle & Cappucci as the co-attorneys for the Official Committee of | |

EXHIBIT $\mathcal{E}$ PAGE 38

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| Retired Employees, and a review of this application, as well as the affidavit attached thereto. | .30 |
| WAB Review of the further notice of motion in support of the application for the order authorizing the employment and retention of Bragar, Wexler, Eagel & Morgenstern as co-attorneys for the Official Committee of Retired Employees, and review of the several affidavits submitted in support thereof as well. | .30 |
| GES Review of Sturm Ruger motion, review of motion to compel payment on Washington lease. | .50 |

03/15/01

|  |  |
|---|---|
| WAB Review of the final form of the order, entered by Judge Katz yesterday, establishing the cure amounts for certain executory contracts and unexpired leases, and a review of Exhibit A attached thereto, this with respect to these numbers, and notation with respect to the status of which contracts, if any, need to be addressed on an administrative claim basis. | .30 |
| WAB Review of the further order, entered by Judge Katz on the 9th of March, in aid of the implementation of the order approving the debtor's acquisition of the FICHT Technology, as well as limiting notice in connection therewith. | .10 |

03/16/01

|  |  |
|---|---|
| WAB Motion of Overhead Handling for reclamation or in the alternative an administrative lien claim, and a review of the motion and the exhibits attached thereto. | .20 |

03/19/01

|  |  |
|---|---|
| WAB Review of the motion of Overhead Handling Systems for reclamation claim or administrative lien claim, once again, and a review of the affidavits attached thereto, as well as other matters related thereto. | .20 |

03/23/01

WAB Review of the routine motion for the entry of an
order to appear on the service list filed by
Anderson Marine of Bay City, as well as
affiliated companies including Calvin's Marine,
Manteo Marine, Smithville Marine and J&B Marina
Enterprises, and a review of these appearances,

EXHIBIT _E_ PAGE _39_

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| as well as quick review of our creditors' list, this indicating whether these are warranty claims or direct claims. | .20 |

WAB Review of the final form of the motion for the entry of an order authorizing the payment of the transaction fee in connection with the sale of Outboard Marine's business units, this fee to Houlihan Lokey, and a review of this motion and all of the exhibits attached thereto. | .30 |

**03/30/01**

WAB Review of the routine motion for an entry of order requiring notice, as well as the certificate of service and draft order attached thereto, this with respect to Greene & Curtis and their representation of Tracker Marine, as well as their attendant routine motion for admission pro hac vice, their notice of the application for an order to excuse the designation of local counsel without necessity of a hearing, and the penultimate notice of the application authorizing the payment of the break-up fee to Tracker Marine, this in connection with their initial bid, and a review of the Tracker Marine initial bid for the Stratos/Javelin boat manufacturing operation in Murfreesboro, Tennessee, and other related matters, all with respect to their argument to now be paid a break-up fee in connection with this original bid offer. | .40 |

WAB Review of a pleading filed by The Northern Trust through their counsel, Mayer Brown & Platt, with respect to its request for instructions regarding the "Rabbi Trust" in the amount of $13,581,000, and a review of their request with respect to the continued and disputed disposition of these funds, as well as review of the pleading, and other related matters, in preparation for further discussions of the disposition of these funds this week. | .20 |

**04/03/01**

WAB Review of the notice of the motion of General Electric Capital Corporation to compel Outboard Marine to assume or to reject lease equipment, and a review of the items attendant thereto, as well as the exhibits, and a review of my list with respect to the disposition of this current equipment. | .30 |

Outboard Marine Corporation ("OMC")

HOURS

WAB Review of the notice of filing of the motion and response by Computer Associates and Sterling Software replying to Bombardier Motor Corporation's response to the limited objection on the assignment of assumption, and a review of these pleadings with respect to the disposition of this equipment still held in debate.                                     .20

WAB Review of the notice of motion in Outboard Marine for an entry of an order pursuant to Section 365 authorizing the rejection of certain executory contracts and unexpired leases.                                     .50

WAB Review of the motion for the order to extend the deadline to assume or reject certain unexpired leases of non-residential property and requesting the entry of a stipulated order between Outboard Marine and Bombardier regarding the carrying cost pending assumption, and a review of the final form of these orders.                                     .20

WAB Review of the final form of the motion for the entry of the order authorizing the use of cash collateral, the grant of adequate protection and the provisional payment of a portion of the sale proceeds to lenders.                                     .50

WAB Review of the order, entered by Judge Katz on the 28th of March establishing the cure amounts for certain executory contracts and unexpired leases.    .10

WAB Review of the order, entered on the 28th of March authorizing OMC to pay Houlihan Lokey the transaction fee in connection with the sale.           .10

WAB Review of the debtor's objection to the motion for relief from automatic stay from Rhonda and Steve Debolt.                                     .20

04/06/01

WAB Review of the objection of Federal-Mogul Corporation to OMC's motion to authorize the use of cash collateral, granting adequate protection and paying a portion of the proceeds of the sale to lenders, and a review of the motion and the exhibits attached thereto, as well as review of the notice filed in connection with same, this filed by Dykema Gossett in connection with their representation of Federal-Mogul.                                     .50

WAB Review of the notice of filing and filing of the protective objection of Federal-Mogul Corporation to OMC's motion authorizing the rejection of certain executory contracts.                                     .10

WAB Review of the order, entered by Judge Katz on the

EXHIBIT *E* PAGE 41

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| 4th, this authorizing the use of cash collateral, and a review of all of the exhibits attached thereto and budgets in final form. | .20 |
| WAB Review of the order, entered by Judge Katz on the 4th of April authorizing the rejection of certain executory contracts and unexpired leases and further review of the exhibits attached thereto. | .30 |
| WAB Review of the final form of the stipulated order between Outboard Marine and Bombardier Motor Corporation regarding payment of carrying costs in connection with the assumption or rejection of leases. | .20 |
| WAB Review of the order to extend the deadline to assume or reject certain unexpired leases of non-residential real property, this entered by Judge Katz on the 4th of April. | .10 |
| WAB Review of the order, entered by Judge Katz on the 4th of April disposing of the objection of CPS Distributors to notice of the amounts necessary to cure defaults. | .10 |
| WAB Review of the order, entered on the 4th of April, disposing of the objection to the cure amount of Superior Maintenance. | .10 |
| WAB Review of the order, entered on April 4th, disposing of Jeff Evans' objections to the cure amounts. | .10 |
| WAB Review of the order, entered by Judge Katz on April 4th, disposing of certain objections of Meyer Engineering to cure amounts. | .10 |
| WAB Review of the order, entered by Judge Katz on April 4th, disposing of Dan Morehead's objection to the cure amounts. | .10 |
| WAB Review of the order, entered by Judge Katz on April 4th, disposing of BASF Corporation's limited objection to the sale of certain property and cure notice. | .10 |

04/09/01

    WAB Review of the routine motion of Northern Trust Company, holder of a number of the trust funds, to appear in this case and to be on the service list.      .10

04/13/01

    WAB Review of the motion for the order approving the private sale of stock of Outboard Marine in Germany and limiting notice thereof, and all of the appendices attached thereto with the form of

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| the final agreement. | .40 |

WAB Review of the motion for an order approving
Outboard Marine's grant to Bombardier of an
option to purchase the Waukegan facility and the
request to limit notice in connection with same. .30

04/16/01
WAB Review of the order, entered by Judge Katz on the
11th, on the oral motion of JTC Acquisition to
receive notices and the representation of same by
Altheimer & Gray. .10

WAB Review of the notice of motion for admission pro
hac vice, the draft of the order of same, and all
of the appendices attached thereto with respect
to submissions by counsel, all with respect to
the appearance of Greene & Curtis on behalf of
Tracker Marine, all with respect to their issues
regarding the bidding situation at the company
and reimbursement for certain of the bids
provided. .10

04/17/01
WAB Review of the notice of mailing pursuant to the
Court order of the notice of the pending action
and order for bar date seeking intervention with
respect to the creditors' committee and the
Northern Trust Company as Trustee of the Outboard
Marine Corporation trust dated 1987, and a review
of this pleading as filed. .20

04/20/01
WAB Review of the motion of Gerardus Ah Fook for
relief from the automatic stay to complete
product liability litigation pending in a
Washington State Superior County Court, and a
review of this pleading as filed. .20

WAB Review of a motion to lift the automatic stay
filed by Dannen, Crane, on behalf of Billie
Kanipe on behalf of her deceased husband Joseph
Kanipe, this with respect to liability issues,
and a review of both this pleading and a later
facsimile transmitting an amended motion in
connection with this very same request to lift
the automatic stay for the purposes of pursuing
litigation in the matter. .30

04/24/01
WAB Review of the motion filed by Rooks, Pitts &

EXHIBIT E PAGE 43

Outboard Marine Corporation ("OMC")

HOURS

Poust for a motion to modify the stay on behalf
of the Morse Controls Division of IMO Industries,
and a review of the status of this, which seems
to relate to a negligence action and a joint
defense of several parties, as well as review of
our records regarding same, all with respect to
the status of this claim.                               .20

04/27/01
    WAB Review of the agreed order on the motion of GE to
compel rejection of leases and request for
administrative expense.                                 .10

    WAB Review of the final form of the stipulation and
order between Outboard Marine and Fox and Brindle
regarding mechanics and material liens filed
by them, and a review of the outcome of this
settlement, the stipulation attached thereto, and
all of the documentation as well with respect to
the sale process.                                       .30

    WAB Review of the order approving the private sale of
stock of Outboard Marine, GMBH subject to limited
right of first refusal of Bombardier, and a
review of this notice, as well as the attached
portion limiting notice, and the exhibits
thereto.                                                .30

04/30/01
    WAB Review of the objection of the senior lenders to
the application of Tracker Marine for the payment
of a $75,000 break-up fee in connection with the
purchase of a portion of the boat inventory and
business.                                               .10

05/02/01
    WAB Review of a motion for an order authorizing the
retention of Jones, Lang, LaSalle, Americas, Inc.
as the real estate broker with respect to the
debtor's property in Milwaukee, Wisconsin, and a
review of this motion, together with the separate
motion which is the affidavit of Jeffrey Counsell
in support of the application for the order, and
a review of these two items with respect to the
disposition of the Milwaukee property.                  .40

05/07/01
    WAB Review of two separate motions, these being
the motions authorizing the employment and
retention of Bragar, Wexlar, as co-attorneys for

EXHIBIT E PAGE 44

Outboard Marine Corporation ("OMC")

HOURS

the Official Committee of Retired Employees, and
as well the companion application which is the
motion for an order requesting the employment
and retention of Entwistle & Cappucci as
co-attorneys, and a review of these motions, as
well as the affidavits and other items attached
thereto.                                                          .20

WAB Review of a late evening facsimile from the law
firm of Bragar, Wexler, this transmitting an
amended notice of motion in support of their
application to be retained as co-counsel to the
employees' committee.                                            .10

WAB Review of a further late evening facsimile from
the law firm of Bragar, Wexler, this transmitting
a further amended notice, and comparison to the
first notices, all with respect to the status of
the various changes being sought.                                .10

05/08/01

WAB Review of the filing by the City of Waukegan of
the notice of the motion relating to the
statement of the City of Waukegan in support of
OMC's motion for an order approving OMC's motion
to grant Bombardier an option to purchase the
Waukegan facility, and limiting notice in
connection therewith, and a review of the status
of this motion as filed.                                         .20

05/11/01

WAB Review of the pleading filed by Tracker Marine to
the objections of the Official Creditors'
Committee and the senior lenders to Tracker
Marine's application for an entry of an order
authorizing the payment of a break-up fee.                       .30

05/21/01

WAB Review of the creditors' committee's motions to
fix an official service list and for authority to
reimburse Chanin Capital Partners for certain
expenses, and a review of these motions as
attached and filed with the Court for the
Wednesday, May 30th hearing date.                                .30

WAB Review of the final form of the motion filed by
Lord Bissel & Brook on behalf of Bombardier for
an order compelling OMC to execute and deliver an
affidavit consenting to the transfer of the Lake
Michigan Water Allocation Permit, and brief
discussions with George Shoup and others as to

EXHIBIT _E_ PAGE 45

Outboard Marine Corporation ("OMC")

HOURS

the issues of why this has not been earlier
transferred in connection with the sale, and what
issues may still be outstanding regarding same.    .20

GES  Review Bombardier motion to compel OMC to
transfer water allocation permit.                  .30

05/23/01

WAB  Review of the final form of the creditors'
committee's motion to fix an official service
list and for authority to reimburse Chanin
Capital Partners for certain expenses, and a
review of this pleading as filed by D'Ancona &
Pflaum, as well as discussion with George Shoup
concerning same.                                   .20

WAB  Review of a facsimile from Matt Clemente of a
pleading filed by Sidley on behalf of the
lenders, of the objection of the senior lenders
to the motion for payment of the underbid
protection provisions of the Court order, this
filed by S&S Acquisitions, and a review of this
pleading, as well as of the exhibits attached
thereto, and a review of my records in connection
with the status of this particular Outboard
Marine dispute.                                    .30

WAB  Review of the surreply of the senior lenders to
the reply of Tracker Marine regarding the
objections to the Official Committee of Creditors
and senior lenders to the application of Tracker
Marine for its break-up fee in connection with
the sales process.                                 .10

05/25/01

WAB  Review of the objection of the senior lenders to
the motion for payment under bid protection of a
Court order, this with respect to further
information concerning the S&S bid earlier made
for a portion of the boat division.                .10

05/30/01

WAB  Review of the final form of the motion by Cheryl
Colvett to lift the automatic stay, this with
respect to the sex discrimination suit she has
engaged in against the company, and a review of
the pleadings as attached thereto and the
exhibits.                                          .20

05/31/01

WAB  Review of OMC's motion to compel the release of

EXHIBIT _C_ PAGE _46_

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| the lien in accordance with prior order, this with respect to the Sarasota, Florida property, and a review of the pleadings as filed, as well as the issues attached as exhibits thereto. | .20 |

06/01/01
GES Review motion to compel lien of UPB. .40
GES Review motion to lift stay by Cheryl Colvett and complaint against OMC. .40

06/05/01
WAB Review of a filing by Christopher Combest for Altheimer & Gray, this with respect to his replacing Michael Eidelman at Altheimer & Gray as counsel for JTC Acquisition. .10
WAB Review of a further notice from the law firm of Entwistle & Cappucci as attorneys for the Official Committee of Retired Employees, this with respect to their change of address and other notices related thereto. .10
WAB Review of Orbital's reply to Bombardier's response to Orbital's objection to the proposed assumption and assignment of executory contracts as well as review of the affidavit of Christopher Norman in connection therewith, and a review of our files with respect to the status of this dispute. .30
WAB Review and mark-up of a facsimile arriving late in the day from Mark McDermott, this being the initial draft of the disclosure statement with respect to the joint plan of reorganization without Outboard Marine Corporation and its debtor subsidiaries, this prior to further conversations with Mark McDermott, Fred Caruso, George Shoup and others, all with respect to the efficacy of same. 3.20

06/08/01
WAB Review of Orbital's reply to Bombardier's response regarding the assumption and assignment of executory contracts, this as filed in the Bankruptcy Court. .20

06/11/01
WAB Review of the joinder filed by Outboard Marine in support of the opposition of the Committee of Unsecured Creditors regarding the motion to remand or for abstention in the Clarence Bangert

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| lawsuit. | .10 |

**06/18/01**

WAB Review of request for service now filed by
Michael Elam at Piper Marbury, this with respect
to his role as special counsel for environmental
matters in the Outboard Marine case.                          .10

WAB Review of a filing by Outboard Marine, of the
motion to compel the release of lien in
accordance with a prior Court order, this
directed at Union Planters Bank.                              .20

**06/19/01**

WAB Review of a package of messengered materials
from yesterday transmitting the joint plan of
reorganization of Outboard Marine Corporation and
its domestic subsidiaries, the attendant
disclosure statement with respect to the joint
plan of reorganization, the plan administrator
agreement, the motion for the order approving the
disclosure statement, voting confirmation
procedures, solicitation materials and vote
tabulation procedures, and the application for
the order establishing bar dates and for filing
proofs of claim, and a review of all of these
matters in connection with the final form of
OMC's confirmation process.                                  2.70

WAB Review of the motion of Acxiom Corporation for
the entry of an order granting an allowed
administrative claim for post-petition services
and directing the immediate payment of such
claim, and a review of the nature of the Acxiom
service agreement for data processing, and a
review of our files with respect to the
information on this administrative claim.                     .30

WAB Review of the notice of motion brought by counsel
for Union Planters Bank's response in opposition
to OMC's motion to compel release of lien and as
well the motion for relief from the order
approving bidding procedures and other items, and
a review in detail of this Union Planters issue,
this with respect to the lien issue in question.             .60

WAB Review of OMC's response to Union Planters Bank's
response to the debtor's motion to compel release
of lien, and a review of our files on this
matter, all with respect to this particular
matter, and in advance of the confirmation
hearing all regarding same.                                  .30

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| WAB Review of the reply of the creditors' committee to OMC's reply to Union Planters Bank, all with respect to the status of the issues concerning the compelling of the release of the lien. | .20 |

06/22/01

WAB Review of the supplemental declaration of Larry Setchell regarding AH Fook's motion to lift the stay and the memorandum of points and authorities in support of this, all filed by Robert Fishman, and a review of this pleading as filed and comparison of our notes regarding this particular matter.                                              .30

WAB Review of a filing by Steve Towbin of the application of the creditors' committee for approval of its selection of special litigation counsel, Leo Beus, and a review of the pleadings as filed in connection therewith, as well as the verified declaration attached thereto.           .20

WAB Review of the notice of motion of the order by OMC for retention of River Bend Engineering as environmental compliance consultant, as well as the affidavit of Richard Fulk in support thereof.   .40

WAB Review of the motion for an order approving OMC's entry into administrative order on consent for the remedial design at Waukegan Coke plant and separately for limiting notice thereof, and a review of all of the appendices attached to this motion.                                               .60

06/25/01

WAB Review of the filing by D'Ancona & Pflaum of selected material concerning the creditors' committee's proposed retention of Beus, Gilbert as special litigation counsel, and a review of the materials so included.                              .30

06/29/01

WAB Review of the reassignment order entered by Judge Sonderby yesterday, this transferring the case from Judge Katz to any other judge but Judge Schmetterer, based on his earlier recusal, this for further consideration.                             .10

07/02/01

WAB Review of the order, circulated by Judge Barliant, this with respect to the reassignment of the Outboard Marine case to his court.          .10

EXHIBIT 6 PAGE 49

Outboard Marine Corporation ("OMC")

HOURS

07/05/01
   WAB Review of the first application of D'Ancona &
   Pflaum as counsel to the unsecured creditors'
   committee for allowance of interim compensation
   and reimbursement of expenses, and a review of
   this application seeking almost $522,000 in fees
   and $51,500 in expenses, and a review of the
   narrative, itemized detail contained therein, and
   other relevant matters.                                    .80

07/06/01
   WAB Review of the third monthly statement regarding
   the Official Unsecured Creditors' Committee
   expenses, this filed by Steve Towbin on behalf of
   D'Ancona & Pflaum, and a review of these
   expenses.                                                  .10

07/09/01
   WAB Review of the objection by the Official Committee
   of Unsecured Creditors to the motion of Geradus
   Ah Fook for relief from the automatic stay to
   complete pending State Court litigation, and a
   review of the pleadings concerning this personal
   injury claim, and quick review of the schedules,
   this to determine the present amount we have
   scheduled for Geradus Ah Fook, if anything, in
   the listing earlier prepared by the company and
   DSI.                                                       .20

07/10/01
   WAB Review of an order, entered by Judge Barliant,
   this with respect to the reassignment of the case
   from Judge Katz, and the status of what the Judge
   wishes with respect to the further actions in his
   Courtroom regarding noticing, the status of the
   case, and other related matters.                           .10
   WAB Review of the joint statement of case status,
   this filed by the parties to the OMC case,
   including all of its domestic subsidiaries, the
   unsecured creditors, and the banks, this in
   response to the Judge's order, and to bring the
   Judge up to date on these matters.                         .50
   WAB Review of the response by OMC to the motion of
   Acxiom Corporation for the entry of an order
   granting an allowed administrative claim,
   directing payment of the claim, as well as in
   response to a variety of other potential issues
   regarding the Acxiom claim, including authorizing

EXHIBIT _E_ PAGE _50_

Outboard Marine Corporation ("OMC")

HOURS

OMC to file third-party claim against Bombardier
Motor Corporation of America, and a review of
this pleading and all of its exhibits as attached
thereto.                                                    .80

07/12/01
WAB Review of the filing of the joinder by the
Official Creditors' Committee to OMC's response
to the motion of Acxiom Corporation for an entry
of an order granting allowed administrative
claim.                                                      .10

07/13/01
WAB Review of the response of the Official Creditors'
Committee in opposition to the motion of Kawasaki
Heavy Industries for the allowance and payment of
an alleged administrative expense.                          .20

WAB Review of the first application of American
Express Tax and Business Services for allowance
of professional fees and expenses in the Outboard
Marine case, and a review of this request for
compensation seeking more than $480,000 in fees
and expenses, and a review of the itemized detail
attached thereto.                                           .60

WAB Review of the notice of continuance of the
omnibus hearing July 18th to August 1st, this now
in front of Judge Barliant, this with respect to
the status issues and the motion of Ah Fook for
relief from the automatic stay.                             .10

07/17/01
WAB Review of the response to the motion of Acxiom
for an entry of an order giving an allowed
administrative claim and immediate payment of
such claim, this filed by Lord Bissel & Brook on
behalf of Bombardier, the purchaser of certain of
the assets of the business.                                 .20

07/18/01
WAB Review of a series of motions filed by Ungaretti
& Harris, this with respect to James Hesse's
routine motion to receive notice and Hesse's
motion to allow Cary Middleton to appear pro hac
vice, all with respect to earlier claims filed.            .10

07/20/01
WAB Review of a series of pleadings received from Joe
Baldi regarding the assumption of contracts

EXHIBIT __6__ PAGE __51__

Outboard Marine Corporation ("OMC")

HOURS

related to MSA Inc. and Lookout Leasing, and
after initial confusion and cross-checking
through a number of cases given the erroneous
captions on it, finally identification through
the computer system of OMC and the conflict
issues and discussion with Joe Baldi's office
about the error in the pleadings for the August
1st hearing regarding the assumption or rejection
of executory service contracts to MSA and Lookout
Leasing in the OMC matter.                                    .30

07/24/01
    WAB Review of the opposition filed by the creditors'
committee to the motion of James Hesse to receive
notice of all matters.                                       .10
    WAB Review of a facsimile from Skadden Arps, this
with respect to further amended notices and
orders from Judge Barliant regarding the
continuation of the omnibus hearing presently
scheduled.                                                   .10

07/25/01
    WAB Review of the revised notices sent out in the
Outboard Marine case by Joe Baldi, this with
respect to the request by Lookout Leasing and
separately by MSA, Inc. to compel Outboard to
assume or reject leases.                                     .10
    WAB Review of the amended notice of the continuance
of the omnibus hearing from July 18th to August
1st, this with respect to a host of matters
presently up in the Outboard Marine matter case,
including several motions for relief from the
automatic stay, specifically the one by Ah Fook.            .10

07/26/01
    WAB Review of the filing by Benjamin Johnson, through
his counsel Bush, Motto, all with respect to the
question of the relief from stay with regard to
the lawsuit he has brought against Outboard
Marine, and a review of this pleading, as well as
the schedules with respect to the status of same.           .20
    GES Review of a host of administrative motions.              .30

07/27/01
    WAB Review of the application of Larry Setchell for
leave to appear pro hac vice, this in connection
with the motion by Ah Fook to modify the stay.              .10

EXHIBIT  E PAGE 52

Outboard Marine Corporation ("OMC")

HOURS

07/30/01
   WAB Review of an extensive motion, sent via facsimile
        from Skadden Arps regarding the request for an
        order authorizing the continued use of cash
        collateral and granting additional adequate
        protection, and a review of the motion, as well
        as the draft order attached thereto and the
        financial information attached thereto.            .30

08/02/01
   WAB Review of Axciom Corporation's reply to the
        responses of OMC, the Unsecured Creditors'
        Committee and Bombardier to its earlier motion
        for the entry of an order granting an allowed
        administrative claim and directing immediate
        payment of such claim, and a review of the
        lengthy exhibits attached thereto.                 .40

08/10/01
   WAB Review of OMC's surreply to the responses of
        Axciom and Bombardier with respect to the earlier
        motion of Axciom for the request for an order
        granting it an allowed administrative claim.       .20

08/13/01
   WAB Review of the notice of filing of the third
        supplement of Exhibit A to the ordinary course
        professionals, this transmitting information
        regarding Sonnenberg's and Anderson's Harbor tax
        refund work on behalf of OMC.                      .10
   WAB Review of the memorandum and opinion regarding
        the amended and restated trust agreement (the
        Rabbi Trust) to ensure payment of certain
        supplemental retirement benefits to certain
        retired executives of OMC, and a review of this
        order regarding intervention in the adversary
        proceeding which grants intervention by Judge
        Barliant, this dated the 9th of August.            .20
   WAB Review of a further order and memorandum of
        opinion from Judge Barliant dated the 9th
        allowing the plaintiffs to remand their claim
        against Northern Trust to the State Court in
        connection with the trust documents and
        agreements, and a review of this memorandum and
        opinion in connection with the dispute over the
        funds being held at Northern Trust.                .20
   GES Review of Acxiom's responses regarding payment of
        their administrative claim and debtor's reply to

EXHIBIT E  PAGE 53

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| same. | .70 |

**08/17/01**

WAB Review of the motion of Acxiom Corporation for
the entry of an order approving the settlement
agreement between Acxiom Corporation, OMC and the
Committee of Unsecured Creditors, and a review of
this pleading, as well as the items attached
thereto regarding the agreement.                     .20

WAB Review of the filing by the creditors' committee
of the motion to convert the case to a case under
Chapter 7 of the Bankruptcy Code as requested by
the creditors' committee.                            .10

WAB Review of a facsimile from Skadden Arps which is
OMC's motion to compel release of lien in
accordance with prior Court order, all with
respect to the compliance with the sale order and
the request that Temperature Control comply with
the earlier required orders.                         .20

**08/20/01**

GES Review motion to convert filed by Steve Towbin.   .20
GES Review of Anxicom administrative claim pleading.  .30
                                                     -----
Attend Court Hrgs/Rev Pleadgs                        96.60

Outboard Marine Corporation ("OMC")

HOURS

**12/26/00**

FCC Telephone call with G. Shoup regarding
self-insured medical and workman's compensation
plans, timetable to complete bankruptcy schedules
and budget versus actual reporting (two telephone
calls).                                                                                     .50

**12/27/00**

GES Telephone conference call with Eric Martinez and
Terry Ellis regarding revisions to budget.                           1.00

GES Discussion with Joe Cleverdon regarding budget
questions (multiple).                                                                .60

**12/28/00**

FCC Review and respond to e-mail regarding weekly
budgets, sale procedures and other miscellaneous
correspondence.                                                                       .50

FCC Telephone conference call with T. Ellis and E.
Martinez regarding weekly cash flow budget and
other operating issues, additional telephone
calls with E. Martinez regarding same.                               .70

**12/29/00**

FCC Telephone call with M. McDermott regarding
foreign cash issues.                                                                  .30

**01/02/01**

GES Review variance to budget prepared by DSI to the
budget submitted to Court regarding changes made
by debtor.                                                                               1.50

JEM Review of motions for retention plan and bidding
procedures.                                                                               .80

JEM Attended directional meeting with OMC staff,
George Shoup and Fred Caruso, discussed as tasks
and appointment of lead persons.                                          3.50

JEM Contact Phil Brittker of Chemical Analytics to
arrange visits to facilities in North Carolina.                      .40

JEM Telephone call to Terry Stinson to discuss what
needs to be done at facilities for shut down.                       .80

JEM Conference call from Terry Stinson and Mike Sokop
to discuss manufacturing Fitch products for
Kawaski and Polaris, also possible sale of
Delavan facility.                                                                        .50

JEM Meeting with Howard Hayes, Roger Fix and Mark
McDermott to discuss manufacturing Fitch product
for Polaris and Kawaski, also lengthy discussion
regarding sale of Delavan facility.                                        1.60


EXHIBIT E PAGE 55

Outboard Marine Corporation ("OMC")

HOURS

**01/03/01**

| | | |
|---|---|---|
| JEM | Fax copy of petition to all plant managers. | .30 |
| JEM | Conference call with Jim Rusk, Sandy Meurlot and Chris Wainscott to all boat company Presidents to discuss benefits, questions and answers about bankruptcy and status of company in general. | 1.40 |
| JEM | Conference call with George Shoup from bank group and creditors' committee attorneys. | .40 |
| JEM | Conference call with George Shoup from Bill Brandt to discuss Court, leased trucks and status in general. | .30 |
| JEM | Review of dream boat give away contest, call to Mark McDermott about same, advise Sandy Meurlot and Chris Wainscott cannot do same. | .80 |
| JEM | Meeting with Jim Rusk, Bob Young and other training personnel to discuss shut down of training centers. | 1.10 |
| JEM | Discuss with Gordon Repp as to machinery and equipment and tooling at suppliers. | .40 |

**01/04/01**

| | | |
|---|---|---|
| JEM | Telephone call to Tom Houseman at Four Winds to discuss how computer systems would be made available to other boat companies if sold separately, telephone call to David Skatoff of Houlihan Lokey to advise of same. | .60 |
| JEM | Telephone call to Mike Sybrandy, asked for information on equipment and tooling at outside vendors. | .30 |
| JEM | Payroll analysis of January budget to actual for all facilities, boat, engines, test centers and distribution. | 2.90 |
| JEM | Discuss with Roger Fix regarding Volvo parts production. | .40 |
| JEM | Telephone call from Terry Stinson to discuss status of shut down of manufacturing facilities and when cash would be available. | .60 |
| JEM | Telephone call from Mike Sokop to further discuss status and terms for producing parts for Kawaski and Polaris. | .30 |
| JEM | Conference call from Fred Caruso and George Shoup to discuss status of first week budget. | .40 |
| JEM | Telephone call to Terry Ellis to get status of cash control system. | .30 |
| JEM | Telephone call to Steve Towbin to advise who I was using for auction proposals on machinery and equipment and real estate. | .30 |
| JEM | Return telephone call from Dave Skatoff of | |

EXHIBIT _E_ PAGE _56_

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| Houlihan Lokey to discuss computer system at Four Winds and status of sales in general. | .40 |
| JEM Discuss with Sandy Meurlot regarding OMTC being a business unit and sold as same or part of boat company sales, also discuss engines not invoiced as yet. | .50 |
| JEM Telephone call from Terry Stinson to discuss Volvo and problems if furnace and smelter are shut down. | .40 |
| JEM Conference call from Howard Hayes, Mike Sokop and Bob Kobylarz to discuss meeting with Kawaski and Polaris and their counteroffer for production of parts. | .60 |

**01/05/01**

| | |
|---|---|
| GES Review of budget timing regarding cash flow and review of payroll figures. | 3.00 |
| JEM Discuss with Roger Fix as to Volvo problem and their rejection of OMC offer to manufacture product. | .30 |
| JEM Telephone call to Fred Caruso to review budget to actual for January payroll. | .30 |
| JEM Discussion with Eric Repp regarding creating report for payroll budget to actual by week. | .20 |
| JEM Telephone call to Karn Johnson to request list of finished engines by horse power range. | .20 |
| JEM Advise Dennis Miller of visit from Chemical Analytics. | .20 |
| JEM Discuss with Gordon Repp as to Volvo problem, telephone call to Steve Forbes to request copy of Volvo agreement. | .40 |
| JEM Meeting with Roger Fix, Howard Hayes and Terry Stinson by phone to discuss Volvo problem, tie in Mark McDermott to advise of new information. | .80 |
| JEM Meeting with Eric Martinez as to final offer to Volvo, telephone call to John Anderson at Four Winds to discuss use of Penta stern drives. | .80 |
| JEM Telephone call to Terry Stinson to discuss same and get phone number for Mark Skrzydek. | .30 |
| JEM Telephone call to and from Mark Skrzydek of Volvo to discuss how and when move of tooling will take place. | .80 |
| JEM Telephone call to Mark McDermott to discuss Court hearing on Monday and problems with Volvo plan. | .60 |
| JEM Meeting and review of supply agreement with Howard Hayes for Kawaski and Polaris. | 1.10 |

EXHIBIT 6 PAGE 57

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| **01/06/01** | |
| JEM Telephone call to Terry Stinson to discuss complete Volvo situation, problems with same and sale of parts and work in process. | .80 |
| JEM Telephone call from Mark McDermott to discuss Volvo's emergency motion to lift stay to get their tooling back, advise of possible union problems, problems with Volvo having too many people in facility with no supervision and changes needed to motion. | .80 |
| **01/08/01** | |
| JEM Meeting with Mark McDermott and Roger Fix to review changes to motion and advise of problems, also discuss payment of repair bill by Volvo. | .80 |
| JEM Telephone call to Fred Caruso to advise of hearing and discuss status of plan for move. | .20 |
| JEM Meeting with Dennis Miller to discuss plan for move and bringing in more OMC people. | .60 |
| JEM Telephone call to Sheldon Good Corp., Mr. Allen Cravitz, to discuss auction proposal. | .20 |
| JEM Telephone call to Janet Hanson of First Protection to discuss warranty proposal. | .40 |
| JEM Discuss with Bob Romano as to status of Volvo move, meeting again with Dennis Miller to discuss same. | .70 |
| JEM Discuss with Fred Caruso as to status of appraisals and auction proposals. | .30 |
| JEM Meeting with Howard Hayes to discuss status of Kawasaki and Polaris supply agreement. | .50 |
| GES Attend Finance/Accounting staff meeting regarding planning and time table for financial reporting. | 1.80 |
| **01/09/01** | |
| JEM Meeting with Dennis Miller to review status of Volvo tooling move, ask for insurance certificate. | .40 |
| JEM Meeting with Terry Ellis to review last week's payroll as to budget. | 1.00 |
| JEM Telephone call to DoveBid to ask them to call Larry at Bank of America to give them update on appraisals. | .20 |
| JEM Conference call with Howard Hayes and Terry Stinson as to status of Omex and their role in Kawasaki and Polaris supply agreement. | .40 |
| JEM Discuss with Sandy Meurlot regarding engines drop shipped to dealers, review list of same, telephone call to Fred Poehlmann to discuss same. | .40 |

EXHIBIT _E_ PAGE 58

Outboard Marine Corporation ("OMC")

|  |  | HOURS |
|---|---|---|
| JEM | Discuss and review second draft of supply agreement for Kawasaki and Polaris. | .50 |
| JEM | Telephone calls to and from Rob Strickland of Furrow Auctions to discuss what information is needed for proposal of real estate auction. | .40 |
| JEM | Telephone calls to and from Allen Cravitz of Sheldon Good to discuss what information he needed for a proposal of real estate auction. | .40 |
| JEM | Review of First Protection warranty proposal for finished goods engines, fax to Chris Wainscott, telephone call to Chris to discuss same. | .60 |
| JEM | Meeting and conference call with Howard Hayes, Roger Fix, Andi Paukovec, Mike Sybrandy and Mike Sokop to discuss and review feasibility of making parts for Kawasaki and Polaris. | 1.10 |
| JEM | Pull asset and real estate lists together for Furrow and Sheldon Good. | .90 |
| JEM | Discuss and review with George Shoup budget-to-actual number for payroll of January 5th. | 1.00 |
| JEM | Review of lists of machinery and equipment at outside vendors and OMC owned tooling at vendors, discuss same with Gordon Repp. | .90 |
| JEM | Discuss with Terry Ellis as to how money from Volvo should be handled. | .40 |
| JEM | Meeting and discussion with Dennis Miller status of Ficht housings and possibility of making another $12,000. | .50 |
| GES | Analysis of cash budget and data regarding budget to actual/reconciliation. | 3.00 |

01/10/01

| JEM | Telephone calls to and from Chris Wainscott to discuss how we want to implement First Protection warranty plan into engine sales, also discuss returned goods and status of same. | .50 |
|---|---|---|
| JEM | Conference call with Fred Caruso to George Shoup to discuss budget problems, also advise Fred of proposal from First Protection and machinery and equipment and tooling at outside vendors, also discuss drop shipped engines. | .50 |
| GES | Analysis of budget numbers regarding payroll to-date, discuss with debtor accounts receivable set off issues and review of data supplied. | 2.00 |

01/11/01

| JEM | Prepare site information for real estate auction, fax to Furrow, DoveBid and Sheldon Good. | .90 |
|---|---|---|

EXHIBIT 6  PAGE 59

Outboard Marine Corporation ("OMC")

|  | | HOURS |
|---|---|---|
| JEM | Discuss with Dennis Miller as to status of Volvo tooling pick up, go to shop, view same. | .80 |
| JEM | Telephone call to Captain of the Guards, request entry into returned goods warehouse to assess how to sell. | .20 |
| JEM | Telephone call from Eric Kaulp to discuss how to handle consigned equipment issue, telephone call to Terry Stinson to discuss same and request listing. | .50 |
| JEM | Meeting with Dave Calamia to discuss and tour returned goods area. | 1.80 |
| JEM | Meeting with Jan Scheske to discuss inventory of antique motors. | .40 |
| JEM | Telephone call to Dave Windstein to request inventory of OMC owned boats in returned goods area. | .20 |
| JEM | Telephone call to Janet Hanson at First Protection to discuss setting up policy. | .40 |
| JEM | Return telephone call to Mike Sybrandy to discuss proof of ownership for equipment at vendors. | .30 |
| JEM | Return telephone call to Ken Roman to discuss drop shipped engines, discuss same with Sandy. | .40 |
| JEM | Telephone calls to and from Dean Devoe to discuss parts sales, status of same and bulk OBS parts package, telephone call to Mark McDermott to discuss same, will be done with a de minimus order, return telephone call to Dean to advise of same. | .70 |
| JEM | Meeting and conference call with Fred Caruso, Roger Fix, Howard Hayes and Terry Stinson to Al Pettigrew at Omex facility, discuss as to what to produce and how long it will take and how much purchased inventory is needed to balance production. | 1.10 |
| JEM | Review and discuss with Fred Caruso as to amount of inventory in returned goods area. | .30 |
| JEM | Discussion with Fred Caruso and George Shoup as to accounts receivable collection problems. | .40 |

01/12/01

| JEM | Review boat inventory in returned goods area. | .20 |
|---|---|---|
| JEM | Telephone call from Fred Caruso to discuss selling of parts and accessories, also finished goods engines and set up meeting for Monday with OMC management. | .30 |
| JEM | Discuss with Sandy Meurlot as to system for selling boats prior to any business sale. | .50 |
| JEM | Telephone call to Chris Wainscott to discuss | |



EXHIBIT E  PAGE 60

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| selling finished goods, set up meeting with sales staff for 1:30 p.m. | .40 |
| JEM Discuss with Terry Ellis cash control for finished goods sales. | .60 |
| JEM Review of engine inventory in returned goods warehouse. | .50 |
| JEM Discuss with Terry Ellis as to OMC selling parts to DFI and allowing them to buy parts from vendors off OMC tooling. | .50 |
| JEM Meeting with engine sales group to discuss sale of finished goods, discount and price. | 1.70 |
| JEM Meeting with Eric Martinez to discuss problems with budget. | .70 |
| JEM Discuss with Sandy as to discount on boat sales for warranty, review current year and five year average of claims. | .80 |

01/15/01

|  |  |
|---|---|
| JEM Reschedule 9:00 a.m. meeting for 2:00 p.m., telephone call to Fred Caruso to advise. | .30 |
| JEM Telephone call to DoveBid to advise verbal report on machinery and equipment appraisal due tomorrow, arrange conference call for same. | .30 |
| JEM Discuss with Sandy Meurlot as to discount on motors that are sold with boats, how to handle motors at boat companies and when to sell. | .60 |
| JEM Telephone call to Terry Stinson to discuss returning chemicals for credit, reducing utility cost, FICHT castings and drumming up plating sludge. | .50 |
| JEM Telephone call to Jim Rusk to get consigned boat inventory. | .20 |
| JEM Review and add to open points list. | .40 |
| JEM Meeting at engineering building with engine sales staff, finalize pricing in preparation for 3:00 p.m. meeting. | 1.00 |
| JEM Meeting with Roger Fix, Eric Martinez and Bob Romano to review budget and suggestions to fix overages. | .90 |
| JEM Meeting to review hot line set up and finished engine sales. | 1.10 |
| JEM Discussion with Jim Rusk concerning consigned engines. | .40 |
| JEM Meeting with Eric Martinez and Ken Romahn to try and simplify order entry. | .80 |
| JEM Discuss and review open points with Fred Caruso. | .40 |



EXHIBIT E PAGE 61

Outboard Marine Corporation ("OMC")

|  | | HOURS |
|---|---|---|

01/16/01

FCC  Telephone call with E. Martinez, G. Shoup and T. Ellis regarding oral appraisals received on machinery. .30

JEM  Review inventory of engines at boat companies. .50

JEM  Conference call with Bob Romano and Terry Stinson to resolve Volvo issues. .50

JEM  Telephone call to Terry Stinson regarding returning chemicals for credit, utility reduction, FICHT castings, drumming up plating sludge and consigned. .50

JEM  Meeting with Eric Martinez, Credit and Parts and Accessories Sales, discuss order entry and accounts receivable collection. 1.30

JEM  Discussion with Howard Hayes as to supply agreement with Polaris and Kawasaki. .30

JEM  Telephone call to and from Ross Pollack to discuss his report to the bank group due today, set up conference call at 1:00 p.m. with OMC and at 2:00 p.m. with bank group. .50

JEM  Advise Roger Fix of one shift operation on Polaris and Kawasaki housings, also that it should shut down, Roger disagreed and said I didn't understand the strategy of the situation and that the casting operating of one machine shold continue to operate its need for the sale effort. .20

JEM  Advise Terry Ellis and Eric Martinez as to conference calls with DoveBid and bank group. .30

JEM  Conference call with Terry Ellis to Steve Feldman to discuss appraisal value of machinery and equipment for all divisions, review of letter and report for same. .40

JEM  Discussion as to findings on appraisal report, match with liquidation report, discuss with Eric Martinez, telephone call to Steve Feldman to verify numbers, telephone call to Fred Caruso to advise of same, quick plan as to how to report to bank, conference call with Eric Martinez and Terry Ellis to Larry Cannariato of Bank of America. 2.30

JEM  Review of term and conditions sheet for parts and accessories purchase and finished goods purchase, also accounts receivable collections, telephone call to Dean Devor about same. .40

JEM  Telephone call from David Skatoff to discuss Polaris offer, review of same, start to review liquidation analysis. .60

EXHIBIT E  PAGE 62 

Outboard Marine Corporation ("OMC")

|  | | HOURS |
|---|---|---|
| JEM | Review of letter from Bill Brandt concerning government contracts and selling same to ACT Inc. | .50 |
| GES | Analysis of payroll data, prepare variance to budget, review budget and discussion with Payroll. | 3.20 |

**01/17/01**

| | | |
|---|---|---|
| JEM | Complete liquidation analysis of Polaris offer. | 1.30 |
| JEM | Meeting with Furrow Auctions representatives and Gordon Repp to discuss how real estate is to be sold and status of OMC in general. | 1.50 |
| JEM | Meeting with Dennis Miller and Furrow Auction representatives to arrange tour, telephone call to Delavan, Beloit and Milwaukee to arrange tours at those locations also. | .80 |
| JEM | Meeting with Eric Martinez, Bob Romano and Gordon Repp to discuss selling finished engines to international market. | .70 |
| JEM | Telephone call to ACT Inc. to discuss buying assets and government contracts, telephone call to Jeff Campbell, government contractor, to discuss novation of contracts, discuss same with Bob Romano. | .80 |
| JEM | Meeting with Bob Romano and Dennis Miller to discuss selling products to Volvo. | .40 |
| JEM | Discussion and review with Terry Ellis of parts and accessories sales for past two years and inventory for engine group. | .50 |
| JEM | Meeting with Eric Martinez and Bob Romano to discuss appraisal numbers, conference call with Eric and Bob to Steve Feldman of DoveBid to discuss same. | .60 |
| JEM | Conference call with Eric Martinez and Bob Romano to Larry Cannariato of Bank of America as to status of DIP motion. | .50 |
| JEM | Meeting with Eric Martinez to finalize procedures for selling parts and accessories and finished engines. | .70 |
| JEM | Discuss and review with Sandy Meurlot operating numbers for OMTC and possible sale as a business unit. | .40 |
| GES | Analysis of budget and timing of payment issues with Terry Ellis. | 1.40 |
| WGK | Discussions with G. Shoup and J. Dorrance regarding Stuart property and related valuation matters. | 1.20 |



Outboard Marine Corporation ("OMC")

|  | | HOURS |
|---|---|---|

**01/18/01**

JEM Conference call to government contract officer, Jeff Campbell, his attorney and contract manager to discuss novating contract and general status of OMC. — .80

JEM Telephone call to Bob Romano to advise of government contract call. — .30

JEM Telephone call to ACT Inc. to advise of my telephone call to government in reference to his interest in OMC government contracts. — .40

JEM Discussion with John Pilarski as to pump jet technology and how it affects the government contracts. — .40

JEM Discussion with Sandy Meurlot as to multiple buildings at all locations. — .40

JEM Telephone call to Mike Shaffer to discuss status of real estate appraisals. — .30

JEM Meeting with Eric Martinez to discuss final draft of notice to customers about discount for prepayment on post dated invoices. — .60

JEM Review and discuss with Eric Martinez pricing for engine sales. — .50

JEM Telephone call from Terry Stinson to advise e-mail from Hong Kong that there are no employees at facility, return telephone call to Terry to advise of report from Bingham Dana stating that 60 employees remain at Hong Kong facility, fax same. — .70

JEM Telephone calls to and from Steve Feldman requesting his lists of machinery and equipment, discuss same with Gordon Repp. — .40

JEM Review of guidelines for international sale of engines. — .50

JEM Discussion with John Arzbach as to discount for international sales and arrange meeting for tomorrow. — .30

JEM Telephone call to Dean Devor to get parts and accessories sales to date, review and discuss same with Terry Ellis. — .80

JEM Discussion with George Shoup as to how to state value of Stuart, Florida real estate on liquidation analysis. — .40

GES Review of budget through sale process and revise liquidation analysis in preparation of bank group meeting. — 7.00

**01/19/01**

WAB Early morning review of a host of financial

EXHIBIT _E_ PAGE _64_

Outboard Marine Corporation ("OMC")

| | | HOURS |
|---|---|---|
| | information, including the preliminary budget for OMC with the DIP shut-down weekly report, as well as the total debtor entity budget reports through the 15th of February, and a review and mark up of these items prior to today's meetings to be refreshed as to the issues in question regarding funding necessary. | .90 |
| JEM | Telephone call from Terry Stinson to discuss operations at OMEX and cost of same. | .40 |
| JEM | Discussion with Bob Romano regarding the status of government contracts and my assisting in setting up plan for FICHT rework. | .50 |
| JEM | Advise Eric Martinez as to my meeting with International Sales. | .30 |
| JEM | Meeting with International Sales Group to discuss pricing, commission and duty payments, also parts and accessories sales. | .80 |
| JEM | Review boat company engine inventory. | .60 |
| JEM | Complete review of bid procedures and purchase agreement. | .90 |
| JEM | Telephone call from Fred Caruso to advise how bank and creditors' meeting went, also advise his need of information on auctions and parts sales for Monday meeting. | .30 |
| JEM | Telephone calls to Dean Devor and Fred Isle to advise I need sales information for Monday's bank group meeting. | .50 |
| JEM | Make up information sheets on machinery and equipment auctions and real estate auctions for Monday's meeting. | .90 |
| JEM | Advise Terry Ellis of settlement with bank for funding until February 19th. | .30 |
| JEM | Telephone call to Houlihan Lokey to review and discuss engine business lots, talked with Joe Cleverdon. | .60 |
| WGK | Discussions with various brokers and valuation experts regarding market values associated with the Stuart property, discussions with G. Shoup regarding same. | 2.80 |

01/22/01

| | | |
|---|---|---|
| FCC | Telephone call with J. Hunt regarding market based pricing. | .30 |
| JEM | Review Ruger's reclamation motion, telephone call to Mark McDermott to advise Ruger's holds OMC tooling and machinery and equipment, pull file to start review. | .40 |
| JEM | Review and fax information on auctions and engine | |



EXHIBIT _E_ PAGE _65_

Outboard Marine Corporation ("OMC")

|  |  | HOURS |
|---|---|---|
|  | and parts sales. | .50 |
| JEM | Conference call with George Shoup, Fred Caruso and complete bank group to discuss sale effort, auction proposals and budget. | 2.20 |
| JEM | Discussion with James Rusk, asked for consigned boat inventory. | .20 |
| JEM | Telephone call to Al Pettigue to discuss making and shipping parts to Volvo from OMEX, telephone call from Terry Stinson to confirm. | .40 |
| JEM | Complete review of Ruger's contract file, telephone call to Terry Ellis, ask if payment for equipment had been received. | .70 |

01/23/01

| | | |
|---|---|---|
| FCC | Telephone call with M. McDermott regarding reclamation claims, Directors' and Officers' policy and accounts receivable dispute with floor planners. | .30 |
| JEM | Telephone call to Bob Young to set up meeting for 3.0 Thunder rework. | .40 |
| JEM | Meeting with Eric Martinez and Terry Ellis to discuss cash received from Volvo parts sales and engine sales. | .60 |
| JEM | Meeting with Bob Young to discuss Thunder 3.0 FICHT fix. | .50 |
| JEM | Meeting with engine sales group to discuss drop shipped engines and boat company engine inventory, also discuss returned engines and consigned engines. | 1.30 |
| JEM | Meeting with Eric Martinez to discuss kick off of selling finished goods engines. | .40 |
| JEM | Review of status reports from Dennis Miller and Al Pettigue. | .50 |
| JEM | Telephone call from Barbara Hassen to advise of conference call tomorrow, review of itinerary for conference call from Terry Ellis. | .50 |
| JEM | Discuss with Howard Hayes as to contracts with Kawasaki and Polaris, also discuss tool sale to Volvo. | .60 |
| JEM | Discussion with Sandy Meurlot as to how boat lots will be sold. | .40 |
| JEM | Discussion with Eric Martinez and Terry Ellis regarding Ruger's tooling, machinery and equipment and value for reclamation. | .50 |
| JEM | Review status of shut down activities at Burnsville facility, OMEX and Waukegan. | .60 |
| JEM | Conference call with George Shoup to Fred Caruso to bring him up-to-speed in general. | .80 |


EXHIBIT  E  PAGE 66

Outboard Marine Corporation ("OMC")

|  | | HOURS |
|---|---|---|

WGK Review and discuss with J. Chamberlin and G.
Shoup market analysis prepared by J. Chamberlin
related to Stuart property.    .80

**01/24/01**

FCC Telephone call with L. Hunt regarding market
based pricing for foreign entities.    .20

JEM Discuss and review with Terry Ellis letter from
Gordon Repp to Roger Fix advising them no credit
payment for payment on machinery and equipment.    .40

JEM Telephone call to Terry Stinson to advise
conference call postponed until Friday, also
that all locations will send me status of shut
down.    .30

JEM Further telephone call to Deloris Cabrera, GSA
officer, to give her update on OMC.    .50

JEM Telephone call from John McKenna to ask about
boat and engine sales.    .30

JEM Discuss with Bill Brandt as to Ruger's
reclamation motion, collect accounts receivable
and accounts payable information for Bill Brandt.    .30

JEM Further review of shut down status of Andrews and
Calhoun.    .50

JEM Telephone calls to and from Dean Devor to discuss
status of Thunder 3.0 kits, fax Dean bill of
material for same.    .40

JEM Return telephone call from Dean Devor to review
inventory status of Thunder kits.    .40

JEM Telephone call with Bill Brandt to advise of
Phase I information and discussion regarding
status in general.    .40

JEM Review list of retirees for names to serve on
committee with Jim Rusk.    .60

GES Review of budget through 2/9/01 and inquire as to
bills in pipeline and lengthy discussion with
Accounts Payable Department regarding same,
review time of expenditures and accuracy of
budget in light of amended DIP.    5.50

**01/25/01**

FCC Telephone call with J. Moore and G. Shoup
regarding updated liquidation analysis, rebate
credits, inventory sales and status of real
estate appraisal.    .50

FCC Telephone call with E. Martinez regarding status
of sales process, accounts receivable
collections, inventory sales and financial
reporting to the bank group.    .50

EXHIBIT E PAGE 67

Outboard Marine Corporation ("OMC")

|  |  | HOURS |
|---|---|---|
| FCC | Review this week's budget versus actual variance report. | .20 |
| FCC | Review e-mail regarding OMC-Canada insolvency issues. | .30 |
| JEM | Conference call with George Shoup to Fred Caruso regarding status of liquidation analysis, appraisals and budget. | .50 |
| JEM | Telephone call with Joe Cleverdon regarding supplying information of strategy for sales effort. | .30 |
| JEM | Review of new antique motors inventory, appraisal of paintings and inventory of displays. | .80 |
| JEM | Telephone call from John Ward to discuss status of facility, guard service, fax copy of petition. | .30 |
| JEM | Telephone call from Al Pettigue to discuss status of Volvo parts. | .30 |
| JEM | Return telephone call to American Container to advise him to see attorney about reclamation of product. | .40 |
| JEM | Telephone call to Deloris Cabrera, Government Contracting Officer, concerning contracts held by OMC. | .60 |
| JEM | Discuss with Roger Fix and Eric Martinez procedure to sell engines. | .60 |
| JEM | Discussion with Bob Romano procedure to sell engines. | .30 |
| JEM | Meeting and discussion with Bob Romano regarding Thunder 3.0 fix and government contracts. | .70 |
| JEM | Telephone call to Eric Kaup to discuss Thunder 3.0 rework, fax inventory and status information. | .40 |
| JEM | Telephone call to Fred Isele and his sales group to advise procedure has been okayed, mark up changes and kick off engine sales, discussion as to accepting company checks. | .40 |
| JEM | Telephone call to Mary Kay Schamle to discuss contact with government contracting officer. | .20 |
| JEM | Review of new reports from all engine facilities as to parts and accessories parts status, waste clean up and shut down status in general. | .70 |
| JEM | Discussion with Sandy Meurlot regarding status of boat sales. | .30 |

01/26/01

| FCC | Review 1/25/01 revised liquidation analysis, telephone call with G. Shoup regarding my comments and revisions. | 2.00 |
|---|---|---|
| JEM | Return telephone call from Mary Kay Schmale, lengthy discussion regarding status of government | |

EXHIBIT *E* PAGE 68

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| contracts. | .40 |

JEM Meeting with Terry Ellis and Eric Martinez
regarding cash problems with Kawasaki and Polaris
supply agreements.                                                      .60

JEM Telephone call from Terry Ellis to ask if I had
contacted DoveBid about doing appraisal on
finished goods inventory.                                              .30

JEM Conference call with all engine division plant
managers, discussion concerning Human Resources
problems, status of shut down, sale status and
cash request.                                                        1.80

JEM Discussion with Terry Ellis as to Suzuki
shipment, waiting for freight payment before
release.                                                               .60

JEM Telephone call to Andy Becker at DoveBid to
discuss their doing inventory appraisals.                             .40

JEM Telephone call from John Ward, City of Andrews
about to shut off water, fax him utility order.                       .50

JEM Conference call from Andy Becker and Mike of
DoveBid regarding inventory appraisals, advise of
value of engines and boats and locations.                            .50

JEM Conference call with Terry Ellis to Ginger Brown
at BOFA to discuss priority of inventory to be
appraised.                                                             .40

JEM Telephone call from Allen Kravitz at Sheldon Good
to discuss timing for auction proposals.                              .20

JEM Telephone call from Fred Isle to advise engine
sale kick off was underway and there was some
interest in buying engines.                                            .30

JEM Review of engine list at exhibit storage facility
and value of exhibits.                                                 .50

JEM Review of evaluation of Stuart, Florida property
by SLC Commercial.                                                     .40

JEM Advise Terry Ellis that he cannot spend more for
Kawasaki parts than we have in escrow, review of
new supply agreement concerning same.                                .60

01/29/01
FCC Telephone call with T. Ellis regarding accounts
receivable and inventory reporting, continuing
telephone call with E. Martinez regarding
employee retention plan.                                              .40

JEM Conference call with George Shoup to Bill Brandt
to discuss status of offers.                                          .30

JEM Meeting with Mark Robertson and Alan Samski of
American Express Tax and Business Services,
provide them warranty information, discussed
same.                                                                  .60


EXHIBIT E PAGE 69

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| JEM Take Mark Robertson and Alan Samski to Fred Caruso to review warranty further. | .50 |
| JEM Start complete review of offers, do outline of assets being purchased and possible contract problems. | 5.10 |
| JEM Another discussion with Terry Ellis about Sea Pro wanting to send engines back. | .30 |
| JEM Discussion with Terry Ellis about Suzuki shipment in U.S., conference call to Larry Morano about same. | .30 |
| JEM Discussion with Mike Sybrandy about how to acquire parts for Kawasaki, Kawasaki offer to buy from OMC vendor, discussion with Howard Hayes about same, advise they cannot do that, it is allowing them to view costing of FITCH parts. | .70 |
| JEM Discussion with George Shoup regarding setting up budget for disposing of remaining assets after sale. | .30 |

01/30/01

| | |
|---|---|
| JEM Continue to review offers for assets of OMC, review of note and issues from Skadden Arps and Houlihan Lokey. | 2.60 |
| JEM Discussion with Howard Hayes about Kawasaki and how to allocate remaining parts between Polaris and Kawasaki. | .50 |
| JEM Meeting with Mark Robertson and Alan Samski to discuss and review Polaris and Kawasaki supply agreements, provide copies of same. | .60 |
| JEM Discussion with Terry Ellis as to BOFA wanting inventory appraisal, telephone call from Allen Becker and Rick of DoveBid about same, pull information on finished goods, work in process and raw material, copy and send to them. | .90 |
| JEM Go to engineering building, meet with Fred Poleman and review sales history for engines, return to main plant and fax to DoveBid. | .70 |
| JEM Telephone call from Mike Shaffer to advise spreadsheet for real estate, appraisals are being faxed, review same, return telephone call to Mike to discuss, copy and give to Eric Martinez and George Shoup to use in evaluation of bids, discuss same. | .80 |
| JEM Go to engineering building, meeting with sales group to discuss and review sales of engines. | 1.10 |
| JEM Discuss with Mark Robertson and Alan Samski as to status of bids in general and status of parts and accessories and finished goods engines. | .50 |

EXHIBIT $\mathcal{E}$ PAGE 70



Outboard Marine Corporation ("OMC")

HOURS

JEM Receive Sheldon Good and Furrow Auctions
proposals for real estate auctions, review same,
discuss estimated receipts with George Shoup.          .60

01/31/01

WAB Lengthy meetings with George Shoup and conference
calls with George and Terry Ellis, all about the
budgeting process, the debtor-in-possession
finance situation post February 9th, the status
of the revised liquidation analysis, and other
issues in connection with the budgetary and
line-by-line item analysis in connection with the
cash collateral position that needs to be looked
at over the next week or two.                         1.10

JEM Review and discuss with George Shoup spreadsheet
on bids against liquidation facilities, copy same
for meeting.                                           .50

JEM Attended meeting with Skadden, OMC and Houlihan
Lokey to discuss and review bids for both boat
and engine business units.                            2.50

JEM Meeting with George Shoup and Bill Brandt to
discuss meeting with Skadden, OMC and Houlihan
Lokey in preparation for bank and creditor
meeting.                                               .50

JEM Meeting with Skadden, OMC, Houlihan Lokey, bank
group and creditors, to discuss and review bids
for boat and engine business units, Houlihan
Lokey and Bill Brandt advise as to offers to tee
up for stalking horse bids.                           3.60

02/01/01

JEM Telephone call to Eric Martinez to discuss
international sale, telephone call to Fred Isle
to give him "go".                                      .30

JEM Telephone calls to Terry Ellis to discuss Suzuki
shipments and status of same.                          .20

02/02/01

WAB Further telephone calls with George Shoup,
following today's conference call with all of the
lenders, this with respect to further refinements
in, completion of and further analysis of the
liquidation analysis to be provided as a measure
of the purchase offers, specifically and most
importantly as a measure against the purchase
offer for the engine division.                         .50

JEM Telephone call from Mark McDermott to discuss
Thunder 3.0 recall and fix.                            .50

EXHIBIT __E__ PAGE __91__

Outboard Marine Corporation ("OMC")

HOURS

**02/04/01**

WAB Late evening review, in detail, of all of the financial information, earlier liquidation analysis, line-by-line break down, and other items, this to work to an informal number for adjustments in advance of tomorrow's sale, of the componency with respect to the liquidation analysis, and other issues related thereto, working through the inventory, accounts receivable, real estate, property, plant and equipment by each division, and by the engine side, all with respect to the preparation of sheets allowing for the rapid comparison of the liquidation values versus sale.    3.80

**02/05/01**

JEM Telephone call to Bob Romano to discuss status of government contracts.    .20

JEM Return telephone call to Allen Kravitz of Sheldon Good, discussion as to status of OMC and his auction proposal.    .20

**02/06/01**

WAB Lengthy telephone call with Eric Martinez, this with respect to near-term budgeting, cash advances, accruals, and other issues that must be immediately taken care of in response to the bank's request for further budgeting issues.    .40

WAB Brief meeting with George Shoup, this to discuss the OMC budgets, the cut backs so far with respect to future budgets, issues in connection with his telephone call with representatives of PricewaterhouseCoopers on behalf of the bank indicating that future funding post-sale will be slim, and providing a benchmark against what we must measure the budget allocations to be, as well as other related matters.    .40

FCC Separate telephone calls with B. Paul, E. Martinez and G. Shoup regarding update of holding cost budget.    .60

GES Discussion with Terry Ellis regarding budgeting requirement, accounts payable and employee expense issues.    .80

GES Prepare payroll data for reduction in head count scenarios.    5.00

JEM Telephone call from Tom Jr. at Thomas Industries, discussion as to his auction proposals and status of OMC in general.    .30

EXHIBIT _E_ PAGE _72_

Outboard Marine Corporation ("OMC")

HOURS

02/07/01

WAB Early morning telephone call with George Shoup,
this with respect to his work today at the OMC
site in Waukegan on preparation of the budget.          .30

WAB Further telephone call with Steve Towbin, counsel
to the creditors' committee, this as a follow up
to his questions of yesterday on the budget, and
matters related thereto in terms of timing of
payments, potential layoffs, and material changes
that may be engendered on the sales contracts
through these layoffs and a review with him of
some of the issues upon which we need guidance.         .30

WAB Further telephone call with George Shoup, this to
review further issues in connection with the
budget items, and the status of the issues and
priority of items to be prepared today.                 .30

WAB Further telephone call at longer length with Fred
Caruso, this to review the status of the budget
preparation issues, the concept and pipeline for
reviewing the budgetary changes and suggestions
with the potential purchasers, at least as to
layoff issues, as well as other issues concerning
the payment of benefits to present and former
employees, and budgetary impediments with respect
to same.                                                .40

WAB Lengthy telephone call with George Shoup, this
with respect to the difficulties encountered in
this morning's meetings, the status of our
inability at this point to give a budget to the
bank because of management's decisions, and other
ramifications in connection therewith, including
the near-term problems with the Suzuki check on
freight for the release of the inventory as
promised Bombardier and other items.                    .40

WAB Telephone call from George Shoup, this just prior
to the budget deadline, and with respect to the
issues that PricewaterhouseCoopers has raised
regarding the budgetary issues.                         .20

FCC Review e-mail including Transamerica set off
issues and sale issues.                                 .30

FCC Telephone call with E. Martinez regarding new
holding cost budget.                                    .30

GES Meeting with debtor and PricewaterhouseCoopers to
discuss the status of data required to prepare a
standstill budget until closing, discussions with
Roger Fix regarding my position on continuing to
fund pre-petition nonessential employee claims
(travel and expenses, and commissions) and

Outboard Marine Corporation ("OMC")

| | | HOURS |
|---|---|---|
| | discuss with debtor the importance of compiling this information as soon as possible. | 1.00 |
| GES | Telephone call to Eric Martinez's office to discuss the importance of preparing a budget prior to the 1:00 bank call. | .20 |
| GES | Prepare professional fee roll forward to 2/9/01. | .50 |
| GES | Review historical budget in efforts to prepare a budget based on previous assumptions in lieu of debtor's cooperation in obtaining better data, compare to previous variance reports to determine potential outstanding liability incurred post-petition. | 4.50 |
| JEM | Telephone call to Terry Ellis to ask if Polaris and Kawasaki escrow had been set up and could she fund a request from Mike Sybrandy and Howard Hayes. | .30 |
| JEM | Return telephone call to Howard Hayes, advise him it is okay to send pallets to OMEX. | .30 |
| JEM | Return telephone call to Rob Strickland and Ross Pollack to advise on sale and possible sale by buyer. | .50 |
| JEM | Telephone call to George Shoup, discussion as to open points and status of sale. | .30 |

02/08/01

| | | |
|---|---|---|
| WAB | Early morning telephone call with George Shoup, this with respect to the status of budgets, the status of the work on the budgets, our estimations with respect to the spread should a buyer show up in Court and bid more producing a bonding situation requiring funding and the math that would equate with that formula, as well as other issues dealing with payroll matters, head counts, and others that can be discussed, as well as the further issues that the company has not yet produced a budget we have seen that we can work from. | .30 |
| WAB | Review of a facsimile from Cindy Stephenson at PricewaterhouseCoopers sent to George Shoup, this transmitting the initial draft of the budget developed and sent by the management group at OMC to the banks, and a review of this budget, as well as issues contained therein. | .50 |
| GES | Additional review of potential accrual but unpaid post-petition liabilities excluded from Eric Martinez's budget. | 1.50 |
| JEM | Telephone call to George Shoup to discuss status of sale and of go-forward operations of OMC. | .30 |

EXHIBIT E PAGE 74

Outboard Marine Corporation ("OMC")

HOURS

**02/09/01**

WAB    Meeting at DSI with Jim Moore and George Shoup,
  this to discuss the budgetary issues, the status
  of our involvement, head count issues, the
  apparent administrative claims that could result
  from the shut down of the Kawasaki operations at
  Delevan which apparently have been agreed to by
  management without Court approval, and other
  issues related thereto.  .40

WAB    Review of a facsimile from Skadden Arps, this
  transmitting the weekly budget and holding costs
  that Roger Fix has sent on to Irwin Jacobs, and a
  review of the summary of the weekly budget plus
  the itemized detail of the head count and
  personnel listed thereafter with Jim Moore and
  George Shoup, this to discuss its reasonableness
  and to discuss where we go from here.  .60

GES    Review of debtor's prepared budget with respect
  to previous budget and variance reports regarding
  potential shortfall.  3.50

JEM    Discussion with George Shoup as to our status at
  OMC and sale process, discuss Kawasaki and
  Polaris agreement, telephone call to Terry Ellis
  to ask if escrow accounts were up and funded,
  conference call with Fred Caruso, Bill Brandt and
  George Shoup to discuss our continuing role at
  OMC, call to Howard Hayes to get status of
  Kawasaki and Polaris supply agreements, further
  discussion with George Shoup and Bill Brandt
  about same.  1.70

JEM    Discussion with George Shoup and Bill Brandt as
  to DSI's continuing role at OMC and our
  appearance at the meeting tomorrow.  .60

**02/12/01**

WAB    Telephone call with George Shoup, this to go over
  the budget he claims to have received from Scott
  Peltz, the status of issues related thereto, and
  debates over certain of the categories.  .40

WAB    Further telephone call with George Shoup, this
  with respect to the status of the budget, the
  changes that Steve Towbin has suggested, and his
  visitation to the premises today, with others,
  all to discuss the status of the budget.  .20

WAB    Further telephone call with George Shoup, this
  with respect to the budgetary meetings to be held
  on Tuesday in Chicago, the status of DSI's work
  on same, and issues related to a host of matters

EXHIBIT _E_ PAGE _75_

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| going through the budget that was faxed over today. | .30 |
| GES Review on telephone with Terry Ellis certain OMC budget assumptions. | .80 |
| GES Analyze OMC prepared budgets, accruals and other back up. | 1.80 |

02/13/01

WAB Review of the initial draft of the DIP financing summary with all exhibits as prepared by George Shoup, Jim Moore and others, and a review and extensive mark up, this with respect to the potential revisions that may be necessary.    .90

GES Prepare for budget meeting at Skadden Arps, review of debtor's prepared materials regarding same.    1.20

GES To Skadden Arps for pre-meeting regarding budget. 1.50

GES To Sidley & Austin for committee, bank and Bombardier meeting regarding budget going forward and reductions thereto.    6.00

GES Telephone call with Matt Clemente regarding Genmar and the debtor's request to lower head count pre-closing.    .20

GES Review payroll reductions as a result of Bombardier proposals, prepare analysis regarding same.    1.50

02/14/01

WAB Later morning telephone call with George Shoup, this following the initial round of discussions among all parties in the case, this with respect to the continuation of the debate over the OMC budgets, and other matters related thereto.    .40

GES Review data files from debtor regarding changes to budget.    1.50

GES Telephone call with Mark McDermott regarding changes to DIP budget.    .30

GES Telephone call with Terry Ellis regarding debtor's DIP budget and funding issues.    .40

GES Update, review and revise DIP budget.    2.00

GES Telephone call from Eric Kaup regarding changes to budget and revisions thereto.    .80

02/15/01

WAB Telephone call at length with George Shoup this morning, this to discuss the budget debates of yesterday, the final versions of the issues presented to the various parties, and the status

EXHIBIT _6_ PAGE _76_

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| of DSI's involvement with respect to certain recommendations. | .20 |
| WAB Meeting with George Shoup, this with respect to the status of the work on the budgets, the present disagreements on the budgets, and issues related thereto. | .30 |
| WAB Conference call with Mark McDermott of Skadden Arps and George Shoup, this to discuss the status of the budgets, some of the issues that appear to be hang ups, and where we might be able to break the impasse. | .30 |
| WAB Lengthy conference call with Terry Ellis, Eric Martinez and George Shoup, all over the continuing budget disputes and matters related thereto. | .60 |
| WAB Lengthy meeting with George Shoup, this to review the DIP financing summary sheets, the revisions thereto, and to walk through all of the changes in the spreadsheet analysis, this with respect to the budgets, the status of same, and other items before the meetings of today and tomorrow regarding agreement on the various budgetary matters. | .90 |
| WAB Review of a further facsimile from George Shoup and Eric Martinez, this transmitting new files related to the OMC DIP financing summary and transmitting sources and uses of cash report, and a review and reconciliation of same in connection with the earlier sources and uses transmitted regarding the status of the sheets and revisions to the sheets for the earlier budgets, and a review of the final form of these in connection therewith, and prior to further meetings today and tomorrow regarding same. | .40 |
| GES Review of debtor's revisions to the DSI format of the DIP budget. | 1.50 |
| GES Prepare revisions to DIP budget regarding comments of debtor, bank and the OCUC. | 3.00 |

02/16/01

| | |
|---|---|
| WAB Telephone call with George Shoup, this with respect to the further negotiations concerning the budgetary allowances for the parts and accessories business, the status of that business as seen by the banks and creditors and other issues related thereto. | .20 |
| WAB Telephone call with George Shoup, this to confirm a final budget arrangement, an agreement among | |

EXHIBIT E PAGE 77

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|

all parties, and the movement of monies between
categories to complete the ability to fund the
budget on the conditions the bank has set forth.      .20

WAB  Review of revised facsimiles and messages on the
budget back between George Shoup, Steve Towbin
and Eric Martinez, this with respect to OMC
Mexico, the status of the expenses in connection
therewith, the reduction in payroll expenses
regarding the Genmar operations, and a host of
other issues, and a review of the sheets this
morning prior to today's meeting and Court
hearing regarding same.      .30

WAB  Late afternoon meetings with George Shoup, and a
review, as sent by facsimile to all parties, of
the revised OMC budgets, and all of the
supporting spreadsheets, this with respect to the
sources and uses of cash, detail of the cash on
hand, the revisions to the Delavan expenses, the
revisions to the OMC Mexico operations, revisions
to corporate payroll, engine payroll,
Genmar/boats payroll, credit for the retainers as
granted, and all pre-petition payments, and a
review of the revised spreadsheets and supporting
documentation on all of these, this with respect
to further conversations to happen today, and the
interim agreement among all parties to at least
get through the next week to closing.      1.10

02/19/01

WAB  Review of a facsimile from George Shoup, this in
advance of the motions being issued later today,
of the final form of the OMC debtor-in-possession
financing budgets, together with all of the
background and workpapers connected thereto with
respect to the final agreements among all parties
as to the further funding, the application of
funds, the source of funds, and other related
matters, and a review and mark up of same prior
to further meetings tonight with Steve Towbin,
and meetings with others regarding these similar
issues.      .70

02/20/01

WAB  Lengthy telephone call with George Shoup, this to
review the OMC revisions to the budget in some
detail, to discuss the issues that have arisen
with Steve Towbin regarding the use of the
Kawasaki money, the delivery of the Kawasaki

EXHIBIT _E_  PAGE _76_

Outboard Marine Corporation ("OMC")

HOURS

product and other related matters, all with
respect to the apparent minimal disputes that
have arisen or misunderstandings that have arisen
surrounding the application of those funds by the
bank group.                                                     .40

WAB Review of a facsimile from Eric Martinez, this
with respect to the status of the concern
regarding the Kawasaki money and its use in the
budget given what he believes is its dedicated
use for Kawasaki payables.                                     .10

WAB Review of a further facsimile from Steve Towbin
to Matt Clemente at the bank, this with respect
to the delivery of the product in his view, on
behalf of the creditors' committee, of the use of
the funds.                                                     .10

02/21/01

WAB Meeting at length with George Shoup at DSI's
offices, this to get to the bottom of the issue
that is surrounding the use of the so-called
"Kawasaki funds", the status of their
incorporation into the budget, management's
position with respect to the use of these funds,
and other related matters.                                     .50

WAB Conference call with Steve Towbin and George
Shoup, this with respect to the apparent
continuing dispute over the Kawasaki
manufacturing proposition in Delavan, Wisconsin,
the status and disposition of the funds received
in connection therewith and other related
matters.                                                       .40

WAB Participation in lengthy conference call with
members of management including Eric Martinez,
Terry Ellis, Gordon Repp and Bob Romano from the
company, Matt Clemente on behalf of the bank
group, Steve Towbin on behalf of the creditors,
Ron Hegloff from Thompson & Coburn in St. Louis
along with the Kawasaki account executives on the
matter, and Eric Kaup of Skadden Arps, all with
respect to the OMC transactions involving
Polaris, Kawasaki, Volvo Penta and others, and
the status of these matters.                                   .80

GES Review of budget regarding accounts payable
accruals and previous budget regarding potential
short falls.                                                  1.30

02/25/01

WAB Late morning telephone call with George Shoup,

EXHIBIT _E_ PAGE _79_

Outboard Marine Corporation ("OMC")

                                                              HOURS
        this in advance of the 341 meetings to be held in
        OMC later this week, this to discuss the
        resolution of the Kawasaki matter, and addressing
        the Polaris matter with respect to the budgetary
        issue and the various matters that these items
        touch upon in connection with spending, the
        bank's budget, and other items.                        .30

03/01/01
    WAB Lengthy telephone call with George Shoup, this
        with respect to the Friday budgetary issues that
        need to be addressed, the status of concerns that
        have developed over the use of the Kawasaki and
        Polaris money, issues with respect to the
        advances required from the bank, and other
        related matters.                                       .30

03/02/01
    WAB Review of a facsimile from George Shoup, this
        transmitting a host of earlier information and
        debate over the status of the final budget,
        payroll, and other issues, as well as incremental
        funding required, and a review of the
        spreadsheets, financial information, and other
        matters in connection with the status of the
        budgeting required.                                    .40

03/04/01
    WAB Telephone call at length with George Shoup, this
        to discuss the status of and problems with the
        budgets as provided by the debtor, the apparent
        inability to borrow any further funds from the
        bank, the status of the administrative payments,
        the likelihood of administrative insolvency,
        matters related to the status of the build up of
        post-petition payables and the amount of money
        likely owed and not fully described by present
        management, as well as other related matters.         .30

03/06/01
    WAB Review of a further report, developed by George
        Shoup, of the OMC cash summary and sources of
        uses of cash for the budgetary information, and a
        review of this spreadsheet analysis taking the
        budget process through the 27th of April, and a
        review of all of the category, the line-by-line
        analysis, and other issues with respect to cash
        that will be available on a post-closing basis.       .50

EXHIBIT E  PAGE 80

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|

**03/08/01**

WAB Lengthy telephone call with George Shoup, this as a follow up to my conversation with Steve Towbin of this day, this with respect to the anomolies in the budget, the issues that concern us, the status and the efficacy of the information we have received, and a host of other issues related thereto. — .40

**03/13/01**

WAB Telephone call at length with George Shoup, this to discuss the status of the OMC budget negotiations, open administrative accounts payables, cash reserves, and other related issues. — .30

**03/16/01**

WAB Telephone call with Steve Towbin, this with respect to the preparation of the budget, and other issues related thereto. — .20

WAB Meetings with Steve Towbin and George Shoup, this with respect to the creation of an OMC budget, as well as conference calls with Eric Kaup, George Shoup and Steve Towbin regarding the employees at OMC being forthcoming with respect to the accounts payable data, and other issues that need to be faced in connection with the status of the business and the preparation of a new budget. — .50

**03/21/01**

GES Telephone conversations with Mark McDermott regarding budgetary issues. — .40

GES Meeting at Sidley & Austin with debtor, Soros, PricewaterhouseCoopers, Bank of America, Steve Towbin and American Express regarding budget issues. — 2.30

GES Prepare numerous revisions and review of budget draft, incorporating debtor's, counsel's and bank group's consultants' views. — 6.50

GES Review accounts payable data received from debtor indicating less than $130,000 in post-petition "open" accounts payable. — .50

**03/22/01**

GES Incorporate debtor's counsel's and debtor's suggestions to final version of budget and discussions regarding same. — 1.80

EXHIBIT $\mathcal{E}$ PAGE 81

Outboard Marine Corporation ("OMC")

|  |  | HOURS |
|---|---|---|
| 03/27/01 | | |
| GES | Prepare revised budget and circulate same. | .40 |
| 03/28/01 | | |
| WAB | Review of a lengthy facsimile from George Shoup to all parties, this transmitting at Mark McDermott's request a revised budget through the end of July, this year, and a review of the sources and uses of cash, the spreadsheet analysis, and other items attached thereto. | .70 |
| WAB | Review of a later afternoon facsimile of a variety of spreadsheets, this with respect to the summary analysis of sale proceeds and the analysis of the DIP loan balance, and a review of these in connection with the budget to determine the appropriate applicability. | .40 |
| 05/25/01 | | |
| GES | Review draft plan and disclosure statement. | 2.50 |
| 06/19/01 | | |
| GES | Review of draft plan and disclosure statement. | 1.00 |
| 07/05/01 | | |
| WAB | Review of a letter, at some length, from Mark McDermott at Skadden Arps, counsel for OMC, to both Steve Towbin, counsel for the unsecured creditors' committee, and Matt Clemente, bank's counsel, this transmitting the comparison of OMC's cash collateral budget against actual expenditures through 31 May 2001, and a review of the several pages of explanation, as well as the spreadsheet analysis attached thereto, all with respect to certain questionable issues concerning the comparative analysis, and other issues regarding DSI's recollection of same. | .70 |
| 07/10/01 | | |
| WAB | Telephone call with George Shoup, this with respect to budgetary issues, the apparent request by a host of parties that the budget be recalculated, and the serious missassumptions that George believes are being made with respect to administration costs and others, and a discussion as to how we at DSI notify the various parties to the estate including the creditors' committee of what we perceive to be these misperceptions. | .20 |

EXHIBIT _E_ PAGE _82_

Outboard Marine Corporation ("OMC")

HOURS

07/11/01

GES Review of debtor's proposed budget, calculate
    potential short falls and raise concerns with
    Eric Martinez, discussion with Mark McDermott
    regarding same.    1.80

GES Telephone call with Terry Ellis regarding
    methodology used to prepare most recent budget
    and interpret the budget to actual and analysis
    prepared by debtor.    .60

GES Telephone conference call with Mark McDermott,
    Eric Martinez, Terry Ellis and Mitch Hirsh
    regarding budgetary issues and concerns.    1.20

07/12/01

WAB Telephone call with George Shoup, this with
    respect to the finalization of certain of the
    budgetary issues presented by former management
    to the bank group, and the status of issues
    related thereto, as well as the clarification of
    DSI's role in same.    .20

GES Review of draft budget and revised projections of
    cash needed through July 27, 2001.    2.00

GES Telephone call with Mark McDermott regarding
    budgetary issues.    .40

GES Telephone call with Mark McDermott and Eric
    Martinez regarding changes to budget analysis.    1.20

07/16/01

WAB Review of a further letter sent Saturday from
    Mark McDermott to Steve Towbin and Larry Nyhan,
    this with respect to the status of the revised
    budget to actual analysis for the operations of
    Outboard Marine, and the current status of other
    issues related thereto.    .20

GES Review of OMC correspondence from Mark McDermott
    regarding the budget, review of revised budget to
    August 31, 2001.    .50
                           ------

    Business Analysis    284.70



EXHIBIT __E__ PAGE __83__

Outboard Marine Corporation ("OMC")

|  | | HOURS |
|---|---|---|
| **12/26/00** | | |
| GES | Review revisions to liquidation analysis and budgeting. | 3.50 |
| **01/02/01** | | |
| GES | Update November liquidation analysis. | 2.10 |
| **01/08/01** | | |
| GES | Update liquidation analysis for November activity. | 3.00 |
| **01/11/01** | | |
| GES | Discussion with Fred Caruso and Roger Fix regarding liquidation analysis assumptions. | .40 |
| **01/15/01** | | |
| FCC | Meeting with G. Shoup regarding update liquidation analysis. | .70 |
| GES | Review November liquidation analysis and discuss with Fred Caruso regarding proposed changes to assumptions and formats. | 2.50 |
| **01/22/01** | | |
| GES | Update foreign liquidation analysis. | 2.60 |
| **01/23/01** | | |
| GES | Prepare revisions to liquidation analysis. | 2.00 |
| GES | Telephone conference call with PricewaterhouseCoopers regarding accounts receivable numbers. | .20 |
| **01/25/01** | | |
| GES | Finalize November 30th liquidation analysis and revising assumptions and proofing work product. | 7.50 |
| **01/26/01** | | |
| GES | Telephone call from Fred Caruso regarding updated liquidation analysis at 11/00 and revisions thereto. | .50 |
| GES | Revise and update liquidation analysis, prepare memorandum to Roger Fix regarding analysis regarding same. | 3.00 |
| GES | Review and walk through liquidation analysis with Roger Fix. | .40 |
| GES | Prepare liquidation analysis split by Engine and Boat by division. | 3.00 |



EXHIBIT _E_ PAGE 84

Outboard Marine Corporation ("OMC")

Page: 84
11/26/01

|  |  | HOURS |
|---|---|---|
| 02/03/01 |  |  |
| GES | Update December 31st liquidation scenario. | 2.00 |
| 02/04/01 |  |  |
| GES | Finalize December 31st liquidation scenario. | 2.50 |
| 02/05/01 |  |  |
| GES | Prepare for sale - auction and update liquidation schedules. | .80 |
|  | Preparation of Liq. Valuation | 36.70 |

EXHIBIT E PAGE 85


Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| **12/27/00** | |
| GES Telephone call with Mark McDermott regarding coordination of preparing schedules. | .20 |
| **01/17/01** | |
| GES Discussion with Beth Crocker of Logan & Company regarding status of schedules and Statement of Financial Affairs. | 1.20 |
| **02/04/01** | |
| GES Review of debtor's Statement of Financial Affairs and Schedules. | 2.00 |
| **02/08/01** | |
| GES Prepare summaries of liquidations analysis as references for potential testimony at sale hearing. | 3.00 |
| **02/27/01** | |
| GES Review of bankruptcy schedules in preparation for 341 meeting. | 2.00 |
| **02/28/01** | |
| GES Further review of Statement of Financial Affairs and schedule of debtors in preparation of 341 meeting. | 3.00 |
|  | ----- |
| Bankruptcy Schedules | 11.40 |

EXHIBIT _E_ PAGE _86_

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|

**01/08/01**

GES  Discussion with Fred Caruso and follow up with
Gordon Repp to discuss floor plan receivables in
transit.                                                                          .40

**01/11/01**

FCC  Meeting with T. Ellis regarding accounts
receivable rebate issues.                                             .60

FCC  Meeting with T. Ellis to update accounts
receivable collection strategy, including
telephone call with TransAmerica's representative
regarding their set off claim.                                    2.00

**01/15/01**

GES  Review of draft of accounts receivable motion and
follow up telephone call to Mark McDermott
regarding same.                                                          .80

**01/16/01**

WAB  Telephone call with George Shoup, this with
respect to the outstanding issues regarding
accounts receivable collection, as well as other
issues in connection with the sales process and
development of the case.                                            .40

GES  Review of accounts receivable set off claims
issues and rebate set off.                                        2.20

GES  Telephone call with Mark McDermott regarding
accounts receivable motion and appraisal results.   .20

GES  Discussion with Shannon Meyer of
PricewaterhouseCoopers regarding accounts
receivable rebate set-off and calculate summary
sheet of my analysis for her.                                     .40

**01/17/01**

GES  Review of accounts receivable rebate detail.        2.50

**01/22/01**

GES  Discussion with Andi Paukovec and Bob Wisemen
regarding accounts receivable warranty set off.    1.50

GES  Analyze accounts receivable data regarding
accounts receivable rebates and potential set off
issues.                                                                     2.80

**01/23/01**

GES  Review of revised accounts receivable rebate
notices.                                                                    .30



EXHIBIT  $\mathcal{E}$  PAGE  87

Outboard Marine Corporation ("OMC")

HOURS

01/29/01
    GES Discussion with Mark McDermott regarding
       receivable rebate motion and TransAmerica.    .40
                                            -----

        A/R Review/Collection              14.50

EXHIBIT E PAGE 88

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|

**01/03/01**
GES Review of reclamation claims and procedures.    .40

**01/05/01**
WAB Review of a notice of reclamation claim by United Plastics Group, and a review of all of the attachments thereto, this as Exhibit A, this with respect to the goods that they are seeking to claim reclamation on.    .30

**01/10/01**
GES Discussion with Carol Aberman regarding reclamation claim process and put together memorandum regarding same.    .40

**01/17/01**
GES Review correspondence and corresponding spreadsheet regarding reclamation claims received and claims procedure.    .40
GES Prepare memorandum to debtor regarding reclamation claim court process.    .40

**01/22/01**
GES Telephone call with Mark McDermott regarding reclamation claim motion and giving back the bank's collateral.    .40
GES Review of reclamation claim motion set for hearing today, note DSI was not furnished with the motion prior to its filing.    .30

**01/24/01**
GES Review of CPS motion and discuss same with Gordon Repp.    .50

**06/18/01**
GES Review of Acxicom's administrative claim motion.    .40

**06/25/01**
GES Review of correspondence from M. McDermott regarding claims docket and review of claims summary prepared by Logan & Company.    .80
            ----
   Claims Analysis/Objections    4.30


EXHIBIT E  PAGE 89

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|

**12/29/00**
FCC Telephone call with C. Steege regarding Sea Fox's
executory contract with OMC.                                    .30

**01/02/01**
GES Discussions with Eric Kaup and Gordon Repp
regarding preparation of executory contracts.          .40

**01/08/01**
GES Review and respond to e-mail regarding GECC.          .20

**01/09/01**
FCC Telephone call with S. Meurlot regarding status
of Ryder trucks and inventory that is located on
their trailers.                                                      .40
FCC Telephone call with G. Shoup regarding executory
contract issues (GECC and Ryder).                          .40

**01/10/01**
GES Commence review of leases prepared by Joe Miller
regarding identification of leases to reject.         1.00
GES Telephone call with Joe Miller regarding GECC
lease.                                                                 .30
GES Follow up telephone call with Joe Miller
regarding GECC and review of documents.                1.00
GES Telephone call with Eric Kaup regarding Penske
stipulation and workers compensation.                    .20

**01/16/01**
GES Telephone call from Keith Berquist of GE Capital
regarding lease termination and coordinating
giving back property and review of fax.                  .30

**01/17/01**
GES Meeting with Debtors regarding status of GE Fleet
Services leases and termination.                        1.50

**01/18/01**
GES Telephone call with Joe Miller regarding GECC
leases.                                                              .30
GES Review of correspondence regarding GECC leases.     .40

**01/22/01**
GES Telephone call with Joe Miller and follow up with
Debtor GECC lease.                                             .50

**01/23/01**
GES Review G.E. Lease, review of correspondence

EXHIBIT _E_ PAGE _90_

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| regarding same and inquire into status of post-petition invoices. | .40 |

**01/25/01**

GES Telephone conversation with Mildred Hudrick regarding GECC post-petition payable.  .10

**04/13/01**

GES Review of Federal Mogul Corp.'s objection to executory contract rejection and cash collateral motion.  .60

GES Review of stipulated order with OMC and Bombardier regarding payment of carrying costs.  .20

**07/26/01**

GES Review of Bombardier's response to Acxicom's motion for payment of claim.  .60

----

Lease Analysis/Exec Contracts  9.10

EXHIBIT _E_ PAGE _9L_

Outboard Marine Corporation ("OMC")

HOURS

committee, meetings with George Shoup and perusal
of the various lists available from Human
Resources of the active retirees, and cross-match
with member of the Human Resources Department at
OMC of those individuals likely to serve on an
1114 committee, who would be available, and work
through the lists to identify likely candidates
for such a committee, and following review,
highlighting of same in preparation for Court on
Wednesday if needed or thereafter.                      3.10

01/23/01
    GES  Review of employee committee request to form a
         committee.                                       .30

01/24/01
    WAB  Telephone conference call with George Shoup and
         Jim Moore, this with respect to the retirees'
         committee, issues of how to identify personnel
         the Judge may select and that may be candidates
         for all parties, and other issues related
         thereto.                                         .40
    WAB  Further telephone conference call with George
         Shoup and Jim Moore, this to discuss the
         potential formation of a retiree committee, and
         to review the potential list of retirees that
         might be available from the company, as well as
         issues related thereto in the selection process,
         and to discuss the compilation of same with Human
         Resources and other folks on staff.              .40

01/25/01
    GES  Telephone conversation with Joe Miller regarding
         Aetna information.                               .20
    GES  Telephone conversation with Andrea at Aetna
         regarding funding HMO benefits, bankruptcy and
         lay off information.                             .30

01/27/01
    FCC  Review Hewitt summary of expenses for termination
         of benefit plans.                               .20

01/31/01
    GES  Telephone call from Bruce Arnold of White
         Hershbeck regarding OMC and his client
         involvement in case.                            .20



EXHIBIT __E__ PAGE __94__

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| **02/01/01** | |
| GES Review status of benefit plan terminations and lack of response from Jones Day and/or the debtor regarding same. | .50 |
| **02/11/01** | |
| GES Review of draft motion terminating employee and retiree benefit plans. | .40 |
| GES Review e-mail from Mark McDermott regarding terminating employee benefit plans and respond to same. | .20 |
| **02/19/01** | |
| GES Review of motion seeking authority to terminate benefit plans. | .40 |
| GES Various telephone calls with Eric Kaup, debtor, employees and Joanne Androff regarding terminating employee benefits. | 1.00 |
| **02/20/01** | |
| GES Telephone call from Eric Kaup regarding 401(k) plan termination procedures. | .20 |
| GES Review of debtor's motion terminating Union agreements. | .40 |
| GES Telephone call from Kelly Solar regarding 401(k) plan termination. | .20 |
| GES Telephone call from Joni Androff regarding 401(k) plan termination. | .20 |
| GES Telephone call from Eric Kaup and follow up call to Carol Harris regarding employee 401(k) plan termination notice. | .30 |
| GES Review of proposed 401(k) termination fee allocation. | .30 |
| **02/22/01** | |
| GES Discussion with Jim Rusk regarding benefit plan termination and staffing. | .30 |
| **02/23/01** | |
| GES Discussion with Charolette Harris of Hewitt regarding 401(k) expenses. | .20 |
| GES Review SERP participant objection to terminating plans. | .30 |
| **03/01/01** | |
| WAB Review of the notice placed by the Pension Benefit Guaranty Corporation in newspapers of general circulation with regard to the retirement | |

EXHIBIT _6_ PAGE _95_

Outboard Marine Corporation ("OMC")

|  | | HOURS |
|---|---|---|
| | plan at OMC yesterday. | .10 |
| GES | Telephone call with P. Gard regarding principal claims funding. | .40 |

**03/02/01**
GES  Review of retention payment spreadsheet.                .40

**03/05/01**
GES  Review of order terminating employee benefit
plans and union contract.                               .40

**03/06/01**
WAB  Review of a facsimile from Mark McDermott, this
being a letter that Jim Rusk has received at
Outboard Marine from Blue Cross/Blue Shield of
Wisconsin canceling all employee medical plans,
and a review of this letter, the notice of the
group insurance termination, and all of the
conversion and other items attendant thereto with
respect to the status of employee options
thereafter, and a review of these materials as
forwarded.                                              .40

**03/13/01**
GES  Telephone call with Joni Androff regarding 401(k)
plan expenses.                                          .30
GES  Review correspondence from Hewitt at Jones Day
regarding total termination expenses.                  .50
GES  Telephone call with Joe Miller regarding open
items including professional fees, lease payments
and terminating nonassumed leases.                     .40

**03/14/01**
GES  Review correspondence regarding 401(k) plan
termination issues.                                    .50
GES  Discussion with Eric Kaup regarding funding
401(k) expenses.                                       .20

**03/21/01**
GES  Review data and sample report format from Paul
Gard of Principal regarding medical claim
funding.                                               .30

**03/27/01**
GES  Review data file from Principal regarding status
of medical claims funding.                             .80



EXHIBIT E  PAGE 96

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|

**03/28/01**

GES Review Jones Day statement of fees and review
detail to see if these fees should be paid by the
plans and not the estate. .50

GES Additional review of claims data from Principal
and prepare questions for Principal regarding
same. 1.00

**04/09/01**

GES Telephone call with Eric Kaup regarding Hernandez
expense reports. .30

GES Review of correspondence from Hernandez's
attorney regarding moving expenses. .40

**04/16/01**

GES Telephone call with Eric Kaup regarding
Hernandez's moving expense claim, prepare
correspondence regarding same. .70

**05/01/01**

GES Telephone call from Paul Gard regarding medical
claim processing. .30

**05/02/01**

GES Telephone call to Eric Kaup regarding medical
claim processing. .20

**05/03/01**

GES Review of Jones Day fee application regarding
billing estate for expenses that should have been
borne by the plan. .40

**08/13/01**

GES Telephone call with Mark McDermott regarding
Rabbi Trust dispute and status of proceedings. .20

GES Review of the judge's order on the Rabbi Trust
dispute. .30

-----

Employee Benefit/Pension/Insur 39.80

EXHIBIT  E   PAGE 97



Outboard Marine Corporation ("OMC")

                                                          HOURS
02/09/01
    WAB Review of the complete appraisal of real property
        as prepared for Outboard Marine Corporation for
        the 100 Marine Drive property in Calhoun,
        Georgia, and a review of the appraisals in
        connection with this $10,150,000 value
        conclusion, as well as the regional analysis,
        cost approach analysis, and other items contained
        therein, this with respect to this and in
        connection with the imminent closing and/or
        possible liquidation aspects of this building.        .80
    WAB Review of the real estate appraisal of the OMC
        facility in Morrow, Georgia, and a review of the
        information contained in this file valuing this
        property at approximately $2,150,000, and a
        review of the land valuation, analysis of
        competing sales, cost approach, and other
        information in connection with the closings.          .60
    WAB Review of the $4,700,000 appraisal for the OMC
        industrial building in Morris County, New Jersey,
        and a review of the information, comparables,
        description, cost, income capitalization, and
        other approaches to this valuation.                  1.10
    WAB Review of the appraisal for the OMC industrial
        buildings in Colver, Oregon, this valuing this
        group of buildings at $1,500,000, and a review of
        all three parcels as they are appraised, the cost
        approach, replacement approach and other data
        supporting this valuation.                            .50
    WAB Review of the Outboard Marine appraisal for the
        distribution building in Dallas, Texas, this at a
        value of $2,600,000, and a review of this Cushman
        & Wakefield report, the information contained
        therein, cost approach, replacement approach, and
        other data.                                           .80

02/10/01
    WAB Review of the complete real estate appraisal
        report prepared by Cushman & Wakefield for the
        Stratos/Javelin Boats operation in Murfreesboro,
        Tennessee, and a review of this report indicating
        a valuation of $4,850,000 for this property, and
        a review of other issues related to the cost and
        replacement calculations and income calculations
        related to this value.                                .80
    WAB Review of the report of the OMC aluminum boat
        facility in Syracuse, Indiana, this valued at
        $1,700,000, and a review of the information

EXHIBIT _E_ PAGE _98_

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| contained in this report with respect to this valuation. | .60 |
| WAB Review of the OMC/Four Winns Industrial portfolio of vacant land sites and the Cadillac Lake testing center in Cadillac, Michigan, this giving the combined value of only $575,000, and a review of this report with respect to the Four Winns facility as listed. | .60 |
| WAB Review of the two separate appraisal reports for the Hydra-Sports facilities, this being both the manufacturing facility in Columbia, South Carolina and in the same town the warranty facility, and a review of these two separate reports, indicating, according to Cushman & Wakefield, a value for the manufacturing facility of approximately $1,450,000, while a value indicated for the warranty facility in the same town by Cushman & Wakefield of only approximately $300,000, and a review of both of these appraisals, this in connection with the imminent closing and valuations related to the OMC properties. | 1.00 |
| | ---- |
| Asset Analysis and Recovery | 6.80 |

Outboard Marine Corporation ("OMC")

|  | | HOURS |
|---|---|---|

**12/26/00**
GES Discussions with debtor's employee regarding post-bankruptcy operations.   1.50

**12/29/00**
FCC Telephone call with S. Merlot regarding utility issues at the boat plants.   .30

**01/02/01**
FCC Meeting with senior management to plan accounts receivable collection, inventory sales, communications and Human Resources issues, and plant shutdown issues.   3.00
FCC Meeting with T. Ellis and key accounting personnel regarding general ledger preparation, tax preparation, accounts receivable aging, inventory reports, preparation of monthly operating reports and bankruptcy schedules and other miscellaneous accounting issues.   4.00
GES Attend staff meeting regarding planning and operations.   3.00
GES Discuss with Terry Ellis a host of financial and bankruptcy issues.   .40
GES Discuss with Gary Becket regarding proposed dealer communications.   .10
GES Attend finance department staff meeting regarding bankruptcy operations, timetables for financials and general operation procedures.   3.00

**01/03/01**
GES Prepare notice to plants regarding utility companies and procedures if they request deposits and/or refuse service.   .50
GES Assist debtor in managing operations, dealing with vendor issues and environmental concerns.   2.50

**01/04/01**
FCC Telephone call with G. Shoup and J. Moore to discuss strategy and open points on Human Resources and auction issues.   .50
GES Update Fred Caruso on status of case and review of previous day's notes regarding same.   .40
GES Discussions with Terry Ellis regarding bank reporting and operational issues.   .40
GES Telephone conversations with Fred Caruso and Jim Moore regarding a host of "hot" issues and follow up with debtor regarding same.   1.80



EXHIBIT E PAGE 100

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|

**01/05/01**

FCC Telephone call with G. Repp regarding international shutdown issues. — .60

FCC Telephone call with J. Moore regarding Volvo production issues and plant staffing issues. — .40

FCC Telephone call with R. Fix regarding Volvo production, continuing separate telephone calls with J. Moore, M. McDermott, K. Steege and E. Martinez regarding Volvo inventory and accounts receivable issues. — 1.00

GES Discuss with Eric Martinez regarding the Volvo issue, following up with Jim Moore and Mark McDermott in a call regarding the debtor's position on running Volvo parts. — 1.00

GES Discuss with Sandy Meurlot regarding engines drop shipped to boat dealers pre-petition and not invoiced. — .40

GES Review of utility first-day motion. — .40

GES Telephone call from Cadillac, Michigan plant, accounts payable department, regarding call from Michigan Gas Exchange regarding their threats to discontinue service, follow-up call to and memorandum to Michigan Gas Exchange regarding same. — .80

GES Telephone call to Eric Kaup regarding request for Skadden to send letter advising utilitites how to seek adequate assurance to Michigan Gas Exchange. — .20

**01/08/01**

FCC Meeting with accounting and Parts & Accessories personnel regarding accounts receivable collection strategy and inventory sales strategy. — 1.80

FCC Meeting with D. Bingham and senior management regarding status of shutdown of foreign operations. — 2.00

**01/09/01**

GES Participate in boat sale discussion. — .40

GES Telephone call with Jerry Adkin regarding vendor holding Johnson displays in his possession. — .30

**01/10/01**

FCC Review updated OMEX shutdown strategy. — .20

FCC Meeting with J. Moore regarding boat inventory and trailer repositioning. — .50

FCC Review e-mail and respond regarding engine sales to Europe. — .40



EXHIBIT $\mathcal{E}$ PAGE 101

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|

**01/11/01**

FCC Meeting with R. Fix, J. Moore and miscellaneous
   other senior management regarding OMEX
   operations. — 1.40

FCC Meeting with T. Ellis regarding cash reporting,
   status of accounts receivable collections and DIP
   documents. — 1.50

FCC Meeting with Linda Hunt regarding market based
   pricing adjustment for intercompany accounting
   with foreign subsidiaries. — .80

GES Meeting and discussion with Terry Ellis and Fred
   Caruso regarding workers compensation funding and
   bankruptcy issues. — 1.30

GES Discussion with Terry Ellis regarding accounts
   receivable collection and Canadian issues. — .80

GES Discussions with Jim Moore and Fred Caruso
   regarding accounts receivable issues. — .50

GES Update boat analysis by division. — 6.00

**01/12/01**

FCC Prepare agenda for 1/15/01 meeting with OMC
   senior management regarding accounts receivable,
   inventory sales and expense reductions. — 1.00

GES Telephone call from Four Winns' controller
   regarding disposal vendor. — .40

**01/15/01**

FCC Meeting with B. Romano, E. Martinez, R. Fix
   (partial), J. Moore and G. Shoup (partial)
   regarding accounts receivable collection,
   inventory sales and expense reduction. — 1.70

FCC Meeting with B. Romano regarding Canadian
   environmental issues and inventory located at
   warehouse. — 1.00

FCC Telephone call with M. McDermott regarding
   accounts receivable collection issues and
   Canadian environment issues. — .50

GES Discussion with Eric Kaup regarding employee
   vacation claims and GE Capital. — .20

GES Attend budget and finance update meeting with
   Fred Caruso, Jim Moore, Terry Ellis, Eric
   Martinez and briefly with Roger Fix. — 1.00

GES Follow up with Eric Martinez, Accounts Payable
   and Human Resources after budgeting meeting. — 1.60

**01/16/01**

WAB Review of a facsimile from DoveBid, this
   transmitting the 4-page report in two sections on

EXHIBIT _E_ PAGE _102_

Outboard Marine Corporation ("OMC")

|  | | HOURS |
|---|---|---|
| | the outcome of the appraisals for the machinery and equipment in all OMC locations, this totaling, in orderly liquidation value, just over $15 million, and a review and mark up of the various issues with respect to what it does to the banking structure on a post-petition basis. | .50 |
| GES | Discussion with Andi Paukovec regarding payroll issues and accounts payable. | .30 |
| GES | Discussion with B. Brandt regarding update on status of case. | .20 |

**01/17/01**

| FCC | Telephone call with G. Shoup regarding payroll reconciliation and executory contracts. | .20 |
|---|---|---|
| FCC | Telephone call with J. Moore regarding inventory sales. | .20 |
| FCC | Telephone call with M. McDermott regarding floor plan issues and machinery and equipment appraisal. | .20 |
| GES | Review of impact of retention funding on DIP budget. | .40 |
| GES | Telephone conference call with M. McDermott regarding cash requirements. | .50 |

**01/18/01**

| FCC | Telephone call with T. Ellis regarding payroll reconciliation for pre-petition and post-petition payrolls. | .30 |
|---|---|---|

**01/22/01**

| GES | Telephone call with Eric Kaup regarding Michigan Gas exchange and follow up with Cadillac, Michigan plant regarding continuation of service. | .60 |
|---|---|---|

**01/23/01**

| GES | Dealing with Four Winns employee and Michigan Gas to ensure continuous service of natural gas. | .50 |
|---|---|---|
| GES | Numerous discussions with Eric Kaup, Terry Ellis and Andi Paukovec regarding utility service at Four Winns. | .80 |

**01/24/01**

| WAB | Telephone call from Warren Marwedel of Marwedel Minichello & Reeb in Chicago, he representing the trans-shipper for the Chinese manufactured inventory about to be landed in the U.S. for OMC, and a discussion of the listing of manifest, document delivery, and other issues, and what may | |
|---|---|---|



Outboard Marine Corporation ("OMC")

|  |  | HOURS |
|---|---|---|
| | be done with respect to these documents which are now subject, under his argument, a maritime lien, and a review with him of the issues in connection with the case and the present status of why we might need the inventory. | .40 |
| WAB | Further conference call with George Shoup and Jim Moore, this to discuss the overseas inventory arriving in Long Beach, the status of the shipper's liens, what among the inventory and differential shipments will be necessary and what not, and a review of the bills of lading and other information that need to produced in connection with same, as well as discussion with Jim Moore of the Phase I report in the due diligence room and what it points out to all parties. | .30 |

01/25/01
|  |  |  |
|---|---|---|
| GES | Telephone conference call with Fred Caruso and Jim Moore regarding status of case. | .50 |
| GES | Telephone conversation with Terry Ellis regarding daily payables and funding needs. | .20 |
| GES | Telephone conversation with Bill Brandt regarding funding status. | .20 |
| GES | Attend meeting with Terry Ellis, Andi Paukovec and Eric Kaup (by telephone) regarding accounts payable funding issues. | 1.30 |

01/26/01
|  |  |  |
|---|---|---|
| GES | Telephone call with Victor Strum & Warren Marwedel regarding shipping invoices and liens asserted on $1.7 million of motors. | .20 |
| GES | Telephone call from Victor Strum regarding shippers liens. | .20 |

02/01/01
|  |  |  |
|---|---|---|
| GES | Commence analysis for head count reduction. | 1.80 |

02/02/01
|  |  |  |
|---|---|---|
| GES | Review of 2/2/01 payroll detail. | .80 |

02/07/01
|  |  |  |
|---|---|---|
| GES | Review of restricted cash account escrow agreement and account detail. | 1.50 |

02/09/01
|  |  |  |
|---|---|---|
| GES | Telephone call from Frank Buckly regarding his client's (Kawasaki) post-petition agreement with | |

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| OMC. | .30 |
| GES Telephone call with Jim Moore regarding Kawaski agreement and continued production by debtor. | .20 |
| GES Review correspondence regarding Fleet leases and their return. | .30 |
| GES Discussion with Jim Moore regarding status of sale process. | .40 |
| GES Discussion with Mark McDermott and Joe Miller regarding Kawasaki production. | .30 |
| GES Discussion with Howard Hayes regarding Kawasaki production. | .40 |

02/12/01
GES Telephone call from Carol Aberman regarding
    leases.                                         .40

02/16/01
GES Telephone call from Warren Marwedel regarding
    Suzuki engine issue.                            .30

02/19/01
GES Telephone call with Eric Kaup regarding Liberty
    Mutual and Volvo.                               .20
GES Telephone call with Terry Ellis regarding medical
    plan payments, post-petition, pending lay-offs
    and outstanding items.                          .40

02/20/01
GES Telephone call from Eric Kaup regarding debtor's
    holding of goods owned by third parties.        .20

02/21/01
GES Discussion with Bill Brandt regarding Kawasaki
    issue.                                          .40
GES Telephone call with Terry Ellis regarding
    Kawasaki issue.                                 .20
GES Various discussions with Bill Brandt and debtor
    regarding information requested regarding
    Kawasaki and Polaris.                           .50
GES Telephone conversations with Eric Martinez and
    Terry Ellis regarding escrow transactions with
    Kawasaki and Polaris.                           .60

02/22/01
GES Discussions with M. McDermott regarding Kawasaki
    cash issue and review of documents.             .80
GES Review of Polaris and Kawasaki escrow agreement.  .30

EXHIBIT _E_ PAGE _105_


Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|

**02/23/01**

GES Discussions with Terry Ellis and Eric Martinez
regarding Polaris and Kawasaki escrows, and
analysis thereof.    .50

GES Telephone call from Barry Chatz and Thompson
Coubourn regarding Kawasaki funding.    .40

**02/26/01**

GES Telephone conversation with J. Miller regarding
funding issues, post 3/2/01, and another call
regarding 341 meeting.    .40

GES Telephone conversations with T. Ellis regarding
accounts payable and closing issues.    .60

GES Review of Polaris and Kawasaki agreements and
funding analysis.    1.00

GES Prepare budget format for period 3/2/01 to
4/27/01 and review of accrual items.    2.50

**02/27/01**

GES Discussion with E. Martinez regarding OMEX
funding.    .40

GES Telephone call with E. Kaup regarding funding.    .20

**02/28/01**

GES Telephone call from W. Marwedel regarding Suzuki
engines.    .20

GES Telephone call with E. Kaup regaridng Suzuki
engine issues.    .20

**03/01/01**

GES Coordinate with debtor revisions to budget.    1.50

GES Telephone conversations with W. Marwedel
regarding K-Line issues.    .40

GES Prepare memorandum to W. Marwedel regarding
K-Line.    .40

**03/02/01**

GES Prepare revisions to budget and numerous
telephone calls with debtor regarding same.    4.00

GES Mark up latest budget draft proposal by debtor.    1.00

GES Telephone call from B. Chatz and Kawasaki's
counsel regarding funding requirements for
continuation of Parts and Accessories business
(.4), follow up call with E. Martinez regarding
same (.1).    .50

GES Coordinate the funding and release of the Suzuki
engines.    .50

GES Telephone call with W. Marwedel regarding



EXHIBIT E PAGE 106

Outboard Marine Corporation ("OMC")

|  | | HOURS |
|---|---|---|
| | stopping additional draws on the letter of credit for future Suzuki shipments. | .30 |
| GES | Telephone conversations with E. Kaup regarding funding requirements. | .30 |

03/04/01
| GES | Telephone call with B. Brandt regarding OMC funding. | .20 |

03/05/01
| GES | Telephone call with E. Kaup regarding K Line issue. | .30 |
| GES | Telephone call with L. Morrandono regarding shipping concerns. | .40 |
| GES | Telephone call with M. McDermott regarding general update. | .20 |
| GES | Telephone call with E. Martinez and T. Ellis regarding outstanding issues. | .30 |
| GES | Prepare questions and data request regarding budget, discussions with debtor regarding same. | 3.00 |

03/06/01
| GES | Additional updating and reviewing budget, discuss same with debtor. | 5.00 |
| GES | Various discussions with T. Ellis regarding funding issues and budget data. | 1.50 |
| GES | Telephone call to T. Majak of Pinkerton regarding continuing service and payment terms. | .50 |
| GES | Telephone conversations with E. Kaup regarding budget and funding concerns (2). | .40 |
| GES | Telephone conversations with M. McDermott regarding budget and revisions to its presentation. (2) | .50 |
| GES | Review correspondence from Bombardier regarding Suzuki. | .30 |

03/08/01
| GES | Telephone conversations with T. Ellis and E. Martinez regarding funding. | .30 |
| GES | Discussion with W. Brandt regarding OMC update. | .20 |

03/13/01
| GES | Telephone call with Terry Ellis regarding payment of professionals and follow up telephone call with Kirk Brewer regarding same. | .40 |
| GES | Telephone call with Bill Brandt regarding cash issues. | .20 |

EXHIBIT _E_ PAGE _107_

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| **03/22/01** | |
| GES Telephone call from Terry Ellis regarding outstanding items (relocation services, uncashed checks and Milwaukee costs). | .40 |
| GES Follow up call with Eric Kaup regarding discussion with Terry Ellis. | .30 |
| **03/27/01** | |
| GES Telephone call to Eirc Kaup regarding retention of Arthur Andersen for their environmental insurance analysis/services. | .20 |
| GES Telephone conversations with Mark McDermott regarding lease rejection (.2) budget issues (.3) and the cash collateral motion (.3). | .80 |
| **03/28/01** | |
| GES Prepare revisions to budget and circulate same. | .40 |
| GES Discussion with Mark McDermott regarding cash collateral motion and Polaris escrow. | .20 |
| GES Review outstanding item list from Eric Martinez. | .20 |
| **03/29/01** | |
| GES Telephone call with Mark McDermott regarding oustanding items and follow up call regarding same. | .40 |
| **04/09/01** | |
| GES Telephone conversations with Mark McDermott and Barry Chatz regarding Kawasaki escrow account. | .50 |
| **04/13/01** | |
| GES Review of correspondence from Frank Buckly regarding release of Kawasaki escrow funds. | .20 |
| | ------ |
| Managing Business Operations | 102.40 |



Outboard Marine Corporation ("OMC")

                                                            HOURS

01/02/01
    JEM Telephone call to Tom Jr. at Thomas Industries,
        advise of OMC bankruptcy and fax location and
        contact for each.                                    .30

01/03/01
    JEM Telephone call from Steve Feldman, needs contact
        for Seaswirl, telephone call to Sandy about same,
        return telephone call to Steve with information.     .30
    JEM Telephone call to Tom Jr. to advise Terry Stinson
        knows about his visit and will coordinate his
        tours for auction proposals.                         .40
    JEM Telephone call to Ross Pollack to get information
        concerning real estate auctions, review of furrow
        auction comparison information.                      .50

01/15/01
    JEM Telephone call from Rob Strickland with questions
        on property and arrange tour of Georgia and North
        Carolina properties, discuss same with Gordon
        Repp.                                                .60

01/19/01
    JEM Telephone call from Allen Kravitz of Sheldon
        Good to discuss what is needed in real estate
        auction proposal and status of OMC in general.      .40
    JEM Telephone call from Merle Sharick to discuss real
        estate appraisals and arrange tours for him, fax
        building information and contracts.                  .40
    JEM Telephone call from Allen Kravitz to introduce to
        Bob Hatcher who will visit Calhoun facility, fax
        Bob information for Calhoun.                         .30
    JEM Telephone call to Terry Stinson to advise of
        visits to Andrews, Burnsville, Spruce Pine and
        Calhoun, also discuss what is being worked on at
        OMEX.                                                .40

01/22/01
    JEM Meeting with Allen Kravitz of Sheldon Good &
        Company to review properties and how they should
        be handled.                                         1.80
    JEM Meeting with Ross Pollack of DoveBid to discuss
        auction proposals and tours of Waukegan
        facilities including returned goods area.           2.10

01/23/01
    JEM Review letter from Ross Pollack of DoveBid
        regarding his procedures for auction of machinery



EXHIBIT ___E___ PAGE 109

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| and equipment and real estate, telephone call to him about same. | .50 |

**01/24/01**

JEM Review of proposal to list Stuart, Florida property, discuss with George Shoup, telephone call to Bill King to advise not to enter into any agreement.  .50

JEM Telephone calls to Thomas Industries and Furrow Auctions, advise them to send proposals with procedure and no price until available machinery, equipment and real estate are a known.  .80

JEM Telephone call to Thomas Industries to advise no cost in proposal, just procedure to be used for sale.  .30

**01/25/01**

JEM Telephone call from Eric Martinez and Larry Cannariato regarding doing inventory appraisal, telephone call to DoveBid about same.  .40
                                                                    -----
Auction Preparation                                                 10.00

Outboard Marine Corporation ("OMC")

                                                                      HOURS
**12/26/00**
    WAB Review of an electronic transmission and
        facsimile from Mark McDermott at Skadden Arps,
        this transmitting the draft of bidding procedures
        to be used in connection with the sales of OMC's
        assets, these drafts having already been revised
        once, and a review of all of the issues with
        respect to the bidding procedures, and mark up of
        same, all in connection with the status of the
        bidding procedures to be used.                           .80

**12/27/00**
    WAB Telephone call from Jerry Manian at Asset Sales
        Corporation, this with respect to the machinery
        and equipment sales anticipated in connection
        with OMC, and the status of his proposal
        regarding same.                                          .30
    GES Review of Houlihan Lokey's bid procedures
        package.                                                1.20

**12/28/00**
    GES Telephone conference call with Mark McDermott
        regarding sale procedures.                              .30
    FCC Telephone call with M. McDermott regarding sale
        bid procedures and DIP term sheet.                      .30

**12/29/00**
    WAB Review of a facsimile from David Skatoff at
        Houlihan Lokey, this with respect to KCS
        International doing its due diligence visit to
        Four Winns in Cadillac, Michigan, and the
        timetable for such due diligence visits.                .10
    WAB Review of a further facsimile from David Skatoff
        at Houlihan Lokey, this with respect to Godfrey
        Marine doing their due diligence at the Lowe and
        Seaswirl locations, and the status of their
        arrangements.                                           .10

**01/02/01**
    WAB Review of a letter from Frank Iacobucci at the
        Yancey County Economic Development Commission in
        Burnsville, North Carolina, this with respect to
        the investor group claiming to have an interest
        in purchasing assets of OMC, and a review of to
        whom this letter should be forwarded for prompt
        and quick response.                                     .10
    WAB Telephone call from Jim Moore, this with respect
        to due diligence and sales efforts, skeletal

EXHIBIT _E_ PAGE _111_

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| staff remaining at the boat companies, and other issues related thereto. | .30 |

**01/04/01**
GES Telephone call from Joe Cleverdon of Houlihan regarding Canadian liquidation analysis.                       .40

**01/05/01**
WAB Review of a facsimile from Mark McDermott at Skadden Arps, this with respect to the bid protection and break-up fee issues to be raised in connection with the bid structure, and the status of Judge Katz's reaction thereto.                      .10

**01/08/01**
WAB Review of a facsimile from Mark McDermott at Skadden Arps which was sent over the weekend, this being an initial draft of the debtor's motion with respect to the notice of the sale of the assets, and a review of this motion with respect to same.                      .40

WAB Early morning review, after taking the items off-line of the transmission from Mark McDermott, transmitting all of the clean and black-lined copies of the bidding procedures, the draft of the order approving the bidding procedures, the order approving the sale modified to reflect the creditors' committee's requested changes, and all other documents, and a review and final mark up of same prior to further discussions with all parties incorporating any last minute corrections, this before their presentation to the Court.                      2.70

WAB Review of a letter from Michael Varney, President and CEO of Applied Combustion Technology, Inc. of Orlando, Florida, this with respect to the acquisition of certain OMC assets, and following review, facsimile to David Skatoff at Houlihan Lokey, this with regard to the information concerning this party's prospective interest in purchasing certain of the OMC assets.                      .30

**01/09/01**
FCC Telephone conference call with Houlihan Lokey regarding sale process issues.                      1.20

GES Participate in telephone conference call with Mark McDermott, Houlihan Lokey and DSI regarding sale process, retention plan and retention of

EXHIBIT _E_ PAGE 112

Outboard Marine Corporation ("OMC")

| | HOURS |
|---|---|
| Houlihan Lokey. | 1.20 |

**01/10/01**

WAB Review of a letter from Steve Good at Sheldon
Good & Co., this with respect to their interest
in marketing the North Chicago facility and their
previous experience in reviewing same. .10

FCC Review information regarding letter of interest
from potential buyer. .40

**01/11/01**

FCC Meeting with R. Fix regarding potential selling
price for engine business. .50

**01/12/01**

GES Review of OMC bidding procedures. .40

GES Discussion with Jim Moore regarding OMC bidding
procedures. .20

GES Review of executory contract notice and comments
to M. McDermott. .40

**01/15/01**

FCC Telephone call with J. McKenna regarding sales
process issues. .50

**01/16/01**

WAB Telephone call with Fred Caruso, this to discuss
the status of what is occurring at OMC, the
status of the sales process, and other issues
related thereto. .30

FCC Telephone call with D. Skatoff regarding balance
sheet analysis. .30

**01/17/01**

GES Discussion with Sandy Merlot and Wayne Gore
regarding sales process. .80

GES Review of update from Houlihan Lokey regarding
sale process. .20

GES Discussion with Houlihan Lokey regarding sizing
up bidding. .40

**01/23/01**

GES Telephone conversation with Joe Cleverdon
regarding accounts receivable and finance
receivables. .50

GES Discussion with Wayne Gore regarding trademark
and asset segregation issues. .30

GES Discussion with Wayne Gore regarding open sale

Outboard Marine Corporation ("OMC")

|  | | HOURS |
|---|---|---|
| | issues. | .40 |
| GES | Review status memorandum and discuss with Gordon Repp. | .20 |

01/24/01

WAB Late afternoon telephonic conference call once again with Jim Moore and George Shoup, this to go over a host of issues, including the list of retirees that they have pulled together, the issues on Warren Marwedel's documents with respect to the Chinese inventory being shipped in, a host of issues with respect to the cash position, the DIP order, the budgets, professional fee expenses, and other related matters.                                                   .70

WAB Further telephone conference call with George Shoup and Jim Moore at OMC, this following the receipt of the data from Warren Marwedel, and with respect to the budgetary impact on the payment of the freight carrier, the status of whether the inventory included under these shipments from Asia was included in the sales budgetary forecast, and whether the freight costs were involved, and other issues related thereto.   .30

WAB Telephone call with Fred Caruso, this with respect to the status of the January 31st meeting, the status of the issues in connection with the review of the sale bids and the mechanism for doing so, and the status of issues related to the environmental discussions of today, and its affect on the sale process.        .40

GES Discussion with Jim Moore and Bill King on Stuart, Florida property valuation and review of proposal.                                                    .40

01/25/01

FCC Telephone call with D. Reinsh regarding HSR Act for the boat companies, telephone call with S. Merlot regarding same.                                  .60

01/26/01

WAB Late evening review of the memorandum from John McKenna at Houlihan Lokey, which is the preliminary draft summary of the bids submitted for assets, and receipt of the stack of bids, and a review and mark up, on a variation basis, with earlier numbers, the status of the spread of the potential bids, this prior to examining the bids

Outboard Marine Corporation ("OMC")

|  | | HOURS |
|---|---|---|
| | in detail, and with respect to the status of the sales process. | .70 |
| WAB | Review in detail, of the entire package as delivered from Bombardier Motor Corporation of America, to Houlihan Lokey, by the President, Pierre Baudoin, and the Secretary, Jennifer Milsson, and a review of this $50 million offer for essentially all of the assets of the engine business, and a review and mark up of this, and all of the exhibits contained therein, this to ensure that the issues as to what is being sold as part of the engine process is understood as compared to other bids received. | 2.10 |
| GES | Telephone call from Joe Cleverdon from Houlihan Lokey regarding valuation bids. | .20 |

01/27/01

| WAB | Brief discussion and evening meeting with Steve Towbin, this with respect to the receipt of the bids in the OMC matter, and the status of his reaction. | .20 |
|---|---|---|
| GES | Preliminary review of bids. | 2.50 |
| GES | Commence review of bids and prepare material for Bill Brandt and Fred Caruso. | 3.50 |

01/28/01

| WAB | Telephone call with Fred Caruso, this to discuss, briefly, the status of the bids received on Friday, and issues in connection therewith. | .30 |
|---|---|---|
| WAB | Review of the Genmar bid, for virtually all of the assets of the boat group, for $33 million from a subsidiary being created for the acquisition called JTC of Genmar, and a review of this document, as well as the transmittal letter from David Missner, and all of the exhibits and other items attached thereto. | 2.10 |
| WAB | Review of the bid transmitted by Kirkland & Ellis on behalf of Brunswick Corporation, and a review of this bid, all of the information contained therein, and a review of this $46 million purchase offer, together with comparison to the Bombardier offer, and a review of the assets excluded and included, in order to better determine the value of this particular sale. | 2.20 |
| WAB | Review of the offer for $2.5 million from Stelican for assets of Chris-Craft, and a review of the transmittal letter from Merrill Lynch International Bank with respect to the sale, and | |

Outboard Marine Corporation ("OMC")

HOURS

    the commitment by Placraft, apparently
withdrawing certain aspects of the bid on behalf
of Stelican, and the Stelican limited bid as
received from this endeavor in London, and a
review of this bid package, all with respect to
the purchase offer of $2.5 million for
Chris-Craft.    .70

WAB  Review of the offer from Prosports from $1
million for essentially the same assets of
Chris-Craft Corporation, and compare to the
Stelican offer, this to ensure the comparability,
and to measure them against the Genmar offer.    .80

WAB  Review of a bid by KCS International on behalf of
them by Godfrey & Kahn of Milwaukee, this in the
amount of approximately $20 million for most of
the assets of the Four Winns Boat Division, and a
review of the exhibits, and other detail attached
to the proposed purhcase contract in connection
with this Four Winns sale.    1.30

WAB  Review of a letter to John McKenna from Barnes &
Thornburg, this transmitting letters from Robert
Deputy of the Godfrey Conveyor Co., all with
respect to bids for the Lowe Boat Company, the
Four Winns Co., and the Hydro Sports Co., and a
review at this time, for comparative purposes of
only the offer for approximately $15 million for
the Four Winns Co., and comparison to the earlier
offers from KCS International, as well as
comparison to the assets being sold in connection
with the Genmar proposal.    .90

WAB  Review of the offer from Dore Enterprises for the
Four Winns Boat Co., this in the amount of just
over $11,130,000, and a review and comparison of
this bid to the Godfrey bid, the KCS bid, and
integration to the Genmar bid.    .60

WAB  Review of the package of documents from S&S
Acquisition as pertains to the Hydra-Sports bid,
this in the amount of approximately $1,500,000,
and a review of their transmittals to John
McKenna, and a review of the assets listed for
sale.    .90

WAB  Review of the letter from Godfrey Conveyer Co.,
this relating to Hydra-Sports, and for the small
bid of what they intend to buy.    .40

WAB  Review of a further package of information as
contained in the Godfrey Conveyer Co. bid, this
for $7.5 million for the Lowe Boat Company, and a
review of the details and exhibits attached

EXHIBIT  E  PAGE 116

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| thereto. | .80 |

WAB Review of the ALW Boat Acquisition proposal for
the Lowe Boat Company in the amount of $5
million, and the apparent related further
transaction from ALW which belong in
miscellaneous assets, and separation of those to
review just the ALW
value right now, although then review of the
apparent secondary million dollar offer relating
to the boat transport trailers and carriers, and
comparison to the other bids to determine how it
separates out and what assets it relates to.                          .70

WAB Review of the purchase offer as received from
Paul Phillabaum, this in connection with the
purchase of the Lowe Boat's assets for $2
million, and a review of his offer.                                          .50

WAB Review of the voluminous offer received from the
law firm of Belanger & Sauve in Montreal, this
transmitting a bid on behalf of Mr. Marcel Dubois
in the amount of approximately $6,200,000 for the
Altra Marine Products Princecraft Division, and
comparison of these assets to the bid for the
entire boat group by Genmar which includes
Princecraft, and comparison to the differential
assets listed with respect to same.                                     1.60

01/29/01
WAB Review of the continuation of the bids in
connection with OMC, including those submitted by
Seaswirl Acquisition, which is an entity designed
through Lehman Brothers and Tarragona Investment
Group, this to purchase Seaswirl in the amount of
$4,750,000.                                                                      .70

WAB Review of the bid from KAL Custom Enterprises in
Fremont, California, this for the Seaswirl Boat
Division in the amount of $2,500,000, and a
review of the letters from US Bank and other
items in the bid package, as well as the terms
and conditions of the contract and exhibits with
respect to this purchase offer.                                           .60

WAB Review of the S&S Acquisition package, this
relating specifically to just the Seaswirl
Division, and a review of that package and bid
for approximately $2,300,000 as opposed to the
$4 million bid earlier sent in for the Lowe
Division.                                                                          .60

WAB Review of a package of submitted documents from
Bowie & Bruegmann in Walnut Creek, California,

EXHIBIT __E__ PAGE __117__

Outboard Marine Corporation ("OMC")

HOURS

this on behalf of Sea Power Marine of Oakland, California, and a review of this bid in the amount of approximately $2 million for the Seaswirl Division, as well as comparison of the assets and other items, and the ability to fund as compared to others.                                                    .90

WAB Review of the Godfrey Conveyer Company's small bid for the assets of Seaswirl as contained in their large package.                                              .40

WAB Review of the Tracka Marine bid for Stratos/Javelin in the amount of $2,500,000, and the small amount of submissions in connection with this purchase offer, all with respect to their purchase of the assets of the Stratos Javelin Division.                                                 .40

WAB Review of the bid by ALW Boat Acquisition for the inventory of Stratos/Javelin in the amount of approximately $1,500,000, and comparison of that bid to the integration of the Lowe bid earlier submitted by ALW, as well as review of the items in the inventory excluded from the Genmar bid.          .90

WAB Review of the letter from Thompson & Coburn, this transmitting on behalf of Kawasaki Heavy Industries in Cobe, Japan, a bid in the amount of $500,000 for the rights to the FICHT Technology, and a review of this bid.                                      .70

WAB Review of a two part bid as received from the Maverick Boat Company in Fort Pierce, Florida, this with respect to the two part offer to purchase Hydra-Sports, apparently for $500,000, as well as matching other offers for $500,000 which apparently contain inventory differentials versus sale of a going concern business, and a review and comparison of the documents as contained with respect to this purchase.                  .80

WAB Review of the letter from Makino to John McKenna at Houlihan Lokey, this transmitting the purchase offer of $450,000 for significant assets related to the Burnsville, North Carolina machinery, and a review of this offer and comparison to the Bombardier and Brunswick offers, this to see where these assets will fall and if they can be matched.                                                  .70

WAB Early morning conference call with George Shoup and Jim Moore at OMC headquarters, this to review the status of the biddings, the status of the infirmities in a variety of offers, including those which are apparent in Bombardier, and

EXHIBIT E  PAGE 118

Outboard Marine Corporation ("OMC")

HOURS

     others, the cross-match of the request for the
trailer operations as against the National
Transportation Highway Safety Administration's
earlier motion with respect to the recall, the
status of other offers as they cross-match,
environmental issues as related to certain of the
offers, the status of the budgeting or
expenditure for the money to pay Warren
Marwedel's clients, "K" Line, to free up
approximately $1.7 million in inventory, and the
status of a host of the environmental issues as
well.            .70

WAB Further telephone call from George Shoup, this
with respect to the examination of the bids, and
the issues that have been raised in connection
with confidentiality of same, and other related
matters.          .30

WAB Telephone call from George Shoup, this with
respect to the status of the OMC matters, and the
initial outline of the bid reviews that need to
be addressed.         .20

WAB Review of a 34-page facsimile of the notes by
both Skadden Arps and by Houlihan Lokey to all of
the purchase offers, and a review and highlight
of same, and comparison with the notes taken over
the weekend, all with respect to the creditors'
meeting and preparation for it on Wednesday, the
status of these offers and issues related
thereto.         1.80

WAB Review, this following the changes today, of the
revised collective bids from Godfrey Conveyor
Company, this based on the comments on the
spreadsheet, and a review of those bids, as well
as review of the change in the bids, the
different multiple combinations that are
possible, and all of the other issues with
respect to assumption of liabilities,
specifically, the warranty issues, and matters
related thereto, and mark up of these several
contracts to see what more can be made of them,
as well as brief mark up of the Tracker Marine
contract on the Stratos/Javelin basis, this to
see if it can be integrated with the Ben Worthy
contract on trailers.        2.10

FCC Telephone conference call with R. Fix, E.
Martinez, B. Romano and M. McDermott regarding
Ficht licensing issues.        .70

GES Review of bids and take notes on issues with

EXHIBIT _E_ PAGE _119_

|  | HOURS |
|---|---|
| contracts and other terms in contracts. | 6.30 |
| GES Review of Engine Division liquidation analysis in light of low offers and comparison of same to bids received regarding same. | 3.00 |
| GES Telephone conversations with Joe Cleverdon regarding bid analysis. | .50 |

01/30/01

WAB Review of the Sturm, Ruger & Company offer in the amount of $100,000 for their tooling, comparison to the Bombardier and Brunswick offers, as well as to the other information developed by George Shoup and Jim Moore regarding the tooling presently held in their possession and the reclamation claim they have made.                                    .70

WAB Review of a copy of check, purchase offer and other documents submitted by Phoenix International Corporation, a division of John Deere, all with respect to the physical assets at the Delavan, Wisconsin plant, this in connection with the operation of that plant, and a review of this exhibit, and comparison to the larger bids for pieces of the engine operations, this to determine its overlap.                                    .80

WAB Review of a facsimile from Mark McDermott, this transmitting communications from Orbital, this with respect to the settlement agreement, and its availability to potential bidders.                                    .20

WAB Review of an e-mail from George Shoup, this transmitting the memorandum that has been sent from Houlihan Lokey to Roger Fix, all with respect to the sales process update and next steps, and a review of this in advance of tomorrow's meetings, and with respect to the deadlines outlined for the balance of the week.                                    .40

WAB Review of a further facsimile from Mark McDermott, this with respect to the negotiations over the FICHT Technology, and the rejection of the current offer, as well as the demands made for further sums.                                    .10

WAB Review, in anticipation of tomorrow's meetings, of the singular contracts that will be of discussion, including a late evening review and mark up of the entire Bombardier contract with all exhibits, specifically keyed to the environmental problems that they point out and how they propose to take title to the property, as well as review of the file materials that I


EXHIBIT E   PAGE 120

Outboard Marine Corporation ("OMC")

HOURS

have received from Mike Elam with respect to
same, the nature of the contracts as initially
understood between suppliers and leasehold
interest, as well as issues with FICHT Technology
and the Orbital settlement, and a review of all
of these matters, and then comparison of the
Kawasaki Heavy Industries purchase offer for the
FICHT Technology, as well as integration of the
Bombardier bid with certain of the other singular
bids such as the Sturm, Ruger bid for OMC tooling
and related assets, the Volvo Penta bids for
engine patents, the Phoenix International
Corporation bid for the physical assets at the
Delevan plant, as well as Makino for the
Burnsville, North Carolina machinery, and a
review of all of these, as well as further
integration of the Ben Worthy contract and offer,
as against the National Transportation Safety
Board's analysis of the recall liabilities, all
in an attempt to prepare sheets for tomorrow's
discussions and in preparation for tomorrow's
meetings, warranty issues, reduction of inventory
values on the boats and separately on the engine
side, and other matters in preparation for
tomorrow.                                                      4.60

FCC Review summary of boat and engine bids prepared
by Houlihan Lokey.                                             .70

GES Analysis of bids and comparison of each bid in
whole and in part and prepare summary with Wayne
Gore of Houlihan Lokey.                                      10.50

01/31/01

WAB Telephone call at length with George Shoup, this
to review the bid analysis, the comparison of the
bid analysis to the liquidation analysis, and
discuss possible scenarios.                                    .60

WAB Telephone call with Fred Caruso, this with
respect to an analysis from his perspective of
the bid process, the conversations he has already
had this morning, and our mutual issues with
respect to values of inventory, accounts
receivable, and real estate matters.                          .40

WAB To offices of Sidley & Austin, for lengthy
meeting on the sales process with the investment
bankers, the creditors' committee, their counsel
and professionals, the banks, their counsel and
professionals, members of management, and Board
of Directors, and participation in this huge

Outboard Marine Corporation ("OMC")

|  | | HOURS |
|---|---|---|
| | meeting throughout the afternoon at Sidley & Austin and the break out sessions in connection therewith. | 5.20 |
| WAB | To offices of Skadden Arps for smaller meeting among the debtor's group, including management, members of the Board of Directors, their counsel, counsel for the management group and the company, investment bankers, and others, all to workout the necessary issues, following the large meeting of today, in connection with the sale and sale process. | 2.30 |
| WAB | Early morning review, prior to today's meetings, of the summary of submitted bids, the abstracts with respect to the problems on the bids, the spreadsheet analysis as against the liquidation analysis as prepared by George Shoup, and a host of other documents and spreadsheets, as well as the original liquidation budget, all in preparation for today's meetings. | 1.90 |
| WAB | Review, following all of today's efforts and phone calls, of all of the changes to the spreadsheets, and a review of the summary of submitted bids as suggested by Houlihan Lokey, and a review and mark up of all of the 37 pages behind there, this with respect to the changes in the contracts noted, the changes in the economics of certain aspects of the contracts based on the issues found and discovered in today's meetings, and a whole host of related matters. | 1.30 |
| FCC | Telephone call with R. Fix regarding sale valuation issues. | .30 |
| GES | Prepare materials for meeting with the bank group and committee to evaluate sale offers. | 2.40 |
| GES | Attend meeting at Skadden Arps regarding evaluation of bids and liquidation valuations. | 2.30 |

02/01/01

| | | |
|---|---|---|
| WAB | To offices of Skadden Arps in Chicago, for early morning meetings with Chad Gettleman, Chris Michalik of the Soros Partners, Wayne Gore of Houlihan Lokey, as well as George Shoup and others, all with respect to the status and bid preparation, continuing contractual negotiations, the work up on the lease issue with respect to the Bombardier transaction, and other matters. | 1.90 |
| WAB | Telephone call from David Missner at Piper Marbury Rudnick & Wolfe, this with respect to the bid by Genmar, and continued work with him on | |



Outboard Marine Corporation ("OMC")

HOURS

negotiation for a possible larger bid by Irwin
Jacobs on behalf of Genmar for the boat division.    .40

WAB    Telephone call from Peter Gillon at Greenberg
Traurig, this with respect to his client
LandBank's interest in acquiring the OMC land and
how that would work to facilitate the Bombardier
deal, and a lengthy discussion of this matter
him.    .40

WAB    Conference call with Chris Michalik, Chad
Gettleman, John McKenna, and others in the
conference room at Skadden Arps, all with respect
to the Gillon conversation, and where we go from
here.    .40

WAB    Conference call from Irwin Jacobs and Roger
Clouthe from Genmar Industries, this with respect
to the potential sale of the boat business, and a
lengthy discussion with them of the status of
their bid, break-up fees, topping fees and other
issues, all related to seeing if they can be
induced to make the stalking horse bid for the
boat division.    .80

WAB    Telephone call from Chris Michalik, this in
furtherance of mine and as a result of my
discussions with Irwin Jacobs and Roger Clouthe,
as well as with respect to the problems in the
FICHT Technology settlement.    .30

WAB    Telephone call with Evan Flaschen of Bingham Dana
in Hartford, this with respect to the FICHT
Technology settlement, the status of
negotiations, and other issues related thereto.    .50

WAB    Further telephone call from Evan Flaschen at
Bingham Dana, this to confirm a deal has been
reached on the settlement and releases in the
FICHT Technology and with respect to other
matters.    .40

WAB    Further telephone call from Chris Michalik,
member of the Board of Directors at Outboard
Marine, this with respect to the snags that have
developed in the Bombardier deal, and the status
of certain issues we may try to get the process
moving.    .30

WAB    Late evening further review of the Bombardier
contract, all of the environmental plat maps and
information I have, real estate appraisals,
machinery and equipment appraisals, and cross
comparison of that to the Bombardier contract,
this in connection with the telephone calls
received today from Peter Gillon with respect to



EXHIBIT _E_ PAGE _123_

Outboard Marine Corporation ("OMC")

HOURS

land bank, the status of the EPA consent decrees,
and a review of the Dames and Moore Phase I
environmental study, this briefly to try and
discover the issues in connection with the
Bombardier sale, and how the environmental
matters can be approached.                         2.20

WAB Late into the evening review of the Genmar
contract, this following the conversation with
Irwin Jacobs, of the contract for the sale of
Princeville, the Altra Marine contract in Canada,
the status of whether it is feasible to imply
these assets can be offered at the sale, the
status of the environmental issues at
Princeville, a rework of the Genmar bid as
against the expected changes in the Godfrey bid
after all of these negotiations today, the status
of excluded assets, included assets,
environmental and other issues that need to be
dealt with, and others, all in advance of
tomorrow's conference call with the larger
committee to discuss where we are on the sale
process, as well as rereview late into the
evening of the liquidation budget and comparison,
specifically for the engine division, against the
engine division sale and Bombardier offer, and a
review and mark up of the line item issues, as
well as the potential carrying costs that discuss
a differential between same.                       2.70

FCC Telephone call with G. Shoup regarding valuation
issues for each asset categories for bid
comparisons.                                        .30

GES Meeting with Skadden Arps, Houlihan Lokey and
Soros's representatives regarding finalizing
deals for the sale including discussions
regarding Bombardier's environmental concerns for
purchasing the Coke plant site in Waukegan,
Illinois.                                          2.80

GES Discussion with Fred Caruso regarding forced
liquidation analysis.                               .50

GES Participate in conference call (already in
progress) with Irwin Jacobs and Bill Brandt
regarding Genmar sale.                              .40

GES Discussion with Bill Brandt regarding status of
case and sale offers.                               .80

02/02/01
    WAB Early morning review of the spreadsheet analysis,
    notes from yesterday, and other items, all in



EXHIBIT E   PAGE 124

Outboard Marine Corporation ("OMC")

HOURS

anticipation of today's lengthy conference call
to discuss the movement on the bids, and a review
of my notes from conversations with Anthony Smits
of Bingham Dana about the Princecraft issues,
with Irwin Jacobs and others about their bid from
Genmar, and related matters.                                    .80

WAB Participation in this morning's telephonic
conference call with a whole host of individuals
and parties in connection with the sale process
including the senior management of OMC, Roger
Fix, Eric Martinez and others, as well as Sandy
Meurlot from the boat division, Houlihan Lokey as
investment bankers and a number of their
personnel, a number of individuals from Skadden
Arps for the debtor, Larry Nyhan and members of
his bank group, as well as members of
PricewaterhouseCoopers, advisors to the bank
group, DSI including Fred Caruso and George
Shoup, Steve Towbin and others from D'Ancona &
Pflaum representing the creditors' committee and
a number of their members, Chad Gettleman and
Chris Michalik representing the Soros Funds, and
others from their group, and a lengthy discussion
and review of where the bids are at this
particular point.                                             1.70

WAB Telephone call with Jim Moore, this with respect
to further back-up information on the liquidation
budget, the status of the inventory sales, and
other issues related thereto in connection with
the continuing work on the liquidation analysis.               .20

WAB Telephone call with George Shoup, this with
respect to the announced bids, the status and
outcome of today's employee meeting at OMC, and
other issues related thereto including near-term
budgeting issues.                                              .30

WAB Telephone call from David Missner, this on behalf
of his client Genmar and Irwin Jacobs, this to
discuss their propositions for Monday morning,
the nature of the delivery of their contract, and
further discussions that we have had with respect
to whether or not they'll put in a bid yet today.             .30

WAB Further telephone call from George Shoup, this
with respect to the status of apparently
negotiations with Brunswick over the final form
of the bid and issues related thereto.                         .30

WAB Lengthy telephone call with Mark McDermott, this
to review the status of the bids as submitted
tonight, specifically those from Godfrey and



EXHIBIT ___E___ PAGE 125

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| Brunswick, and to review other issues in connection with the transactions. | .60 |
| WAB Telephone call with Fred Caruso, this to review the liquidation analysis prepared in connection with and in comparison to certain of the bids received, this in advance of Monday's auction. | .30 |
| WAB Further telephone call from David Missner on behalf of Genmar, this with respect to the status of their offer, their completed contracts, and other issues related thereto. | .20 |
| WAB Late evening telephone call from George Shoup, this with respect to the first spreadsheet he has received with the revised bids for Monday morning, and to discuss the revisions, as well as preparations for Monday morning's auction. | .40 |
| GES Discussion with Fred Caruso regarding bank/sale issues. | .40 |
| GES Participate in conference call with bank group, the Committee and Houlihan Lokey regarding sale process. | 1.50 |
| GES Discussion with Bill Brandt regarding status of sale process. | .30 |
| GES Telephone call from Joe Cleverdon of Houlihan Lokey regarding the liquidation analysis. | .30 |

02/03/01

WAB Further telephone call from David Missner, this with respect to issues involving the Genmar bid, the apparent infirmities in other bids he has noted, and issues with respect to meetings during the balance of the weekend to firm up the various bid issues.                                      .30

02/04/01

WAB Telephone call with Fred Caruso, this with respect to further analysis of DSI's liquidation analysis, all with respect to comparison against the potential purchase offers, and a review with him of some of the issues in the case that affect the liquidation value, including the environmental issues affecting the property, the recently issued recall notices affecting the 1999 and 2000 engine inventory, and other related matters.                                           .30

02/05/01

WAB Early morning review of the spreadsheet analysis, bid analysis, portions of bid issues with respect

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| to what is being bid upon and what is not, and other issues in advance of today's sales. | .80 |
| WAB Telephone call with George Shoup, this in order to enable us to procure all of the relevant data on the Coast Guard engine recall, and other issues, all with respect to matters that will affect today's sale process. | .20 |
| WAB Review of a further facsimile from Gary Beckett at OMC, this with respect to the Coast Guard recall notice and other issues related thereto. | .10 |
| WAB To offices of Skadden Arps for early morning preparation with all parties, including the banks, creditors' committee, potential bidders, and others, in connection with the auction sale to be held today, then to auction sale through the period of time where negotiations are conducted with Bombardier and others to finalize a deal for the engines. | 5.90 |
| WAB Telephone call from George Shoup, this at the mid-term conclusion of the boat bidding, this to advise whether I need to be there and the status of the bids. | .40 |
| WAB Further telephone call from George Shoup, this to discuss the confusion in the boat issues, the status of Genmar's request that the bidding be finished for the engines, and other related matters. | .30 |
| WAB Late evening telephone call from George Shoup, this at the dinner break, this prior to further bidding for the engines at OMC. | .20 |
| WAB Return to Skadden Arps late in the afternoon for participation in the final numerous hours of the auction and bidding process, and meetings throughout the late afternoon, early evening, and into the late evening at Skadden Arps with respect to the status of the multiple bids being made, the evaluation of the liquidation scenarios and collateral being discussed as part of the sale package, and meetings with the various bidders, representatives of the creditors' committee and their counsel, bankers and their counsel, as well as management members, members of the Soros Representation Group, and others, all with respect to the final outcome of the sale. | 4.60 |
| GES Attend all day auction at Skadden Arps and numerous discussions with counsel, investment bank and debtors regarding liquidation values |  |



EXHIBIT 6 PAGE 127

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| and evaluating offers. | 14.00 |

**02/06/01**
WAB Review of a facsimile from Mark McDermott, this attaching the first draft of a press release announcing the acceptance of the joint bid for Outboard Marine's engine and boat business for $95 million, and a review and mark up of same in advance of further discussions on supplementary drafts later this day. .20

WAB Review of a further facsimile from Mark McDermott, this transmitting a slightly revised press release, as well as discussing whether the buyers have approved the press release. .10

GES Discussions with Terry Ellis regarding sale outcome. .30

GES To hearing and brief meeting afterward with counsel and lender's counsel regarding outcome of sale process. 1.00

**02/07/01**
WAB Review of a further facsimile from Gordon Repp at OMC, this pointing out further inconsistencies in the latest draft of the press release, and discussing how the same should be remedied. .10

**02/08/01**
GES Attend pre-hearing meeting at Skadden Arps to discuss sale hearing issues and attendance at hearing. 6.00

**02/09/01**
WAB Telephone call from Mark Thomas at Katten Muchin, this with the name of a new potential buyer, who wishes to remain confidential, and who would like to top all existing bids, and a lengthy discussion with him of whether this is possible, the details of the sale, and other related matters. .70

**02/12/01**
WAB Review of a facsimile from Jeff St. Onge at Bloomberg News, this transmitting copies of the story he has written in connection with the sale of the assets at OMC. .10

**02/19/01**
GES Telephone call from Joe Cleverdon regarding sale

EXHIBIT _E_ PAGE 128

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| of residual assets. | .30 |
| GES Review of motion regarding sale of Canadian assets. | .30 |
| GES Telephone call to Steve Forbes regarding access to books and records with buyers. | .20 |
| GES Telephone call to Roger Claude regarding timing of lay-offs at boat companies. | .40 |
| GES Review of debtor's prepared adjustments to payroll to maintain budget. | 1.80 |

02/21/01
    GES Telephone call from Eric Kaup regarding
        Bombardier request to keep certain employees on
        OMC payroll subject to their funding.                     .20

03/01/01
    WAB Review of a further series of facsimiles between
        George Shoup and Warren Marwedel, this with
        respect to the remaining status and wire transfer
        information for all of the liens held by K-Line
        on all of the inventory coming in from Suzuki in
        Japan, and now being held up in Long Beach, and a
        review of the exchange of letters, final figures,
        and other amounts, as well as the request for
        check disbursements in connection with the
        Bombardier closing, this to release this
        inventory as part of the closing.                         .20

03/06/01
    WAB Review of a facsimile from Mark McDermott, this
        being a letter he has received from counsel for
        Bombardier, all with respect to the status of the
        dispute over the undelivered and other remaining
        items in the Suzuki inventory both in Japan and
        in the USA.                                               .40

03/08/01
    WAB Telephone call with Mark McDermott's offices,
        this with respect to the Suzuki questions brought
        up by Bombardier with respect to the location and
        inventory matters, and other related matters.            .20

03/27/01
    GES Telephone call from prospective buyer of Dallas
        facility and status of OMC asset disposition.            .40

03/28/01
    GES Review Skadden Arps' due diligence room list



EXHIBIT E PAGE 129

Outboard Marine Corporation ("OMC")

|  |  | HOURS |
|--|--|-------|
|  | regarding trying to obtain information on the Milwaukee property. | .80 |
| GES | Telephone call from Adam Rich regarding status of Milwaukee sale. | .40 |

03/29/01

WAB Telephone call with George Shoup, this with respect to the meeting scheduled for next Thursday in Chicago over the allocation of proceeds from the sale between the various competing interests, and a discussion with him of my review of numbers yesterday sent both in connection with the budget and with that allocation transaction.                .20

04/02/01

GES Telephone call from Eric Kaup regarding Milwaukee property.                .30

04/09/01

WAB Lengthy telephone call from Peter Gillon of the Greenberg Traurig Washington D.C. office, this with respect to his earlier proposal regarding the environmentally challenged properties, his client's interest in purchasing or assuming the obligations in connection with a host of the residual properties, and a review with him of the status of the case, the option that Bombardier has on a portion of the properties, the timetable for determining what properties will be of some interest, and other issues related thereto.                .40

04/26/01

GES Telephone call from Joe Cleverdone regarding sale process and remaining assets.                .40

05/22/01

WAB Later telephone call with George Shoup, this with respect to the disposition of the real estate, the Bombardier sale and completion of the option taken on the existing plant and other related matters.                .20

WAB Lengthy telephone call with Peter Gillon at Greenberg Traurig in Washington, all with respect to the continuing disposition of the real estate in Waukegan and other locations, his client's interest in acquiring it, and managing it, and doing a fee arrangement in connection with

EXHIBIT _E_ PAGE _130_

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| something as a beneficiary for the creditors or others, and the status of the various issues in connection with same and the proposals he has regarding this to offer, which I have suggested be directed to the creditors' committee. | .40 |
| Sale of Assets | 163.90 |

Outboard Marine Corporation ("OMC")

HOURS

**01/04/01**

WAB Lengthy telephone call with Mike Elam of
Piper Marbury Rudnick & Wolfe, all with respect
to the status and the background on the
environmental issues facing OMC, and the issues
with respect to what needs to be addressed first.    .40

WAB Telephone call with Fred Caruso, this following
my call with Michael Elam of Piper Marbury
Rudnick & Wolfe, all with respect to
environmental matters, and further issues that
need to be addressed in connection with a review
of the pending environmental issues.    .20

**01/05/01**

WAB Telephone call from Peter Gillon at Washington's
office of Greenberg Traurig, this with respect to
a host of environmental issues, and his
representation of a client who may have an
interest in a number of the presently "clouded"
properties owned by OMC.    .30

JEM Telephone call from Phil Bettiker to arrange
meeting to give proposal for waste disposal.    .20

JEM Meeting with Roger Crawford regarding
environmental clean up of all engine facilities.    1.20

JEM Meeting with Dennis Miller, Roger Crawford and
Phil Bettiker to discuss what is needed for waste
clean up proposals.    .70

JEM Exit meeting with Phil Bettiker to discuss his
findings and coordinate his proposal with the
ones from North Carolina facilities.    .80

**01/11/01**

FCC Meeting with B. Romano regarding employee
retention agreement and environmental issues.    1.30

JEM Discuss and review environmental problems
throughout OMC, concentrate on problem at
Peterborrow, Ontario, Canada.    .60

**01/12/01**

JEM Telephone call to and from Phil Bettiker to
discuss waste removal proposal for all
facilities, arrange meeting with Dennis Miller
for further tour of Waukegan.    .50

JEM Meeting with Phil Bettiker to review proposal and
discuss timing for clean up.    1.10

JEM Discuss with Gordon Repp conference call
rescheduled for Monday at 9:00 a.m. concerning
Peterburrow, Ontario, Canada.    .20



EXHIBIT E PAGE 132

Outboard Marine Corporation ("OMC")

HOURS

**01/15/01**

WAB  Review of a lengthy report sent to Steve Towbin
by Dave Missner, this with respect to all of the
environmental matters at OMC, and a review of all
of the reports prepared by Mike Elam, which are
attached to this report, and a review and mark up
of same.                                              .90

JEM  Conference call with Gordon Repp to Canadian
counsel to discuss environmental problem with
Peterborrow, Ontario.                                1.00

JEM  Review of quote for waste removal from Chemical
Analytics, match to budget numbers.                   .50

**01/18/01**

JEM  Review of letters from North Shore Sanitary
District concerning discharges and Safe Guard
environmental waste disposal proposal.                .60

JEM  Discussion with Dennis Miller to identify waste
streams.                                              .70

JEM  Compare Safe Guard to Chemical Analytics
proposal, telephone call to Phil Bettiger and ask
if he had seen storage facility.                      .60

**01/19/01**

JEM  Telephone call from Phil Bettiker requesting
manifest information, telephone call to Roger
Crawford about same, will supply annual report to
Phil, return telephone call to him.                   .40

**01/23/01**

WAB  Late evening telephone call with Mike Elam at
Rudnick & Wolfe, and further follow-up review
briefly of the pleadings and the plat maps, this
with respect to the issues he has raised
regarding Monday's pending arbitration on the
Waukegan property and all of the other complex
issues surrounding same.                              .90

**01/24/01**

WAB  Further telephone call with Dave Missner at Piper
Marbury Rudnick & Wolfe, this with respect to the
order granted this morning allowing his firm to
be retained for environmental issues, and
negotiations with him over the pre-petition sum
necessary to be paid before his firm will agree
to work.                                              .30

WAB  Telephone call with Katie Gleason at the U.S.
Trustee's office, this to discuss the first tier



EXHIBIT _E_ PAGE _133_

Outboard Marine Corporation ("OMC")

HOURS

    report on environmental matters and feasibility
analysis included in the due diligence room and
to discuss our review of same, this with respect
to the status of the adequacy of the
environmental data disclosed, as well as to
discuss the conversations I've had with Piper
Marbury Rudnick & Wolfe regarding their retention
and issues in connection with approval of same
from their standpoint.         .30

JEM Telephone call from Bill Brandt to discuss North
Shore Gas and City of Waukegan objecting to sale
due to environmental problems, telephone call to
Roger Crawford to ask if environmental
information included in data room, telephone call
to Bill Brandt to advise information in data
room, go to environmental building, copy Phase I
for Waukegan lake front property, review
Skadden's objection to City and North Shore Gas
motion to stop sale.         2.30

GES Review of North Shore Gas' objection to sale and
response from debtor.         .80

01/25/01
    WAB Review of all of the documentation sitting in the
due diligence room, including the entire Phase I
environmental site assessment and asbestos survey
report prepared by Dames & Moore on June 28,
2000, as well as all of the other information,
plat maps, and other discussions, all with
respect to the conversations emanating from
yesterday's discussion, the status of the sale of
the properties and further conversations to be
had with all parties today.         5.80

    WAB Telephone call with Mike Elam, this following the
initial review of the environmental issues, this
to discuss with him the status of the review,
where we go from here, and the status of the
positions to be taken at arbitration that need to
be addressed to the company.         .50

    WAB Telephone call with Mike Elam of Piper Marbury
Rudnick & Wolfe, this with respect to the motions
to be presented to the Court with respect to the
retentions, this with regard to his firm for
environmental matters, as well as issues in
connection with the pending arbitration matters.         .20

01/26/01
    WAB Telephone call with Mike Elam, this with respect


EXHIBIT E PAGE 134

Outboard Marine Corporation ("OMC")

HOURS

to the additional form of the notice and order
that will be required in connection with the
settlement on the pre-petition amounts, and the
status of such issues in connection with the
arrangements for these matters.                                    .30

WAB Lengthy telephone call from John Jellinek, this
with respect to the environmental liabilities at
OMC, the status of his company's previous walk of
the property with Vice President Crawford
regarding the clean-up contracts, and the status
of those contracts, and a host of other issues.                  .50

JEM Meeting with Phil Bettiker to review his proposal
for waste removal of all engine facilities.                      .90

01/31/01
WAB Telephone call with from Mike Elam, at Rudnick &
Wolfe, this with respect to environmental issues
in the case, and review with him of the issues in
connection with the Bombardier bid, and the
issues they have raised with respect to a freedom
from further environmental issues in connection
with these properties.                                           .30

02/23/01
WAB Telephone call at some length with Mike Elam at
Piper Marbury Rudnick & Wolfe, this with respect
to the environmental issues that face us in the
closings, the status of the review of the offer
he has received from Lawson Marine and his
opinion with respect to the valuation connected
to that offer, issues in connection with
Bombardier's option to purchase Plant 2 and the
60-day period in which they have right to
exercise and how we will deal with the evaluation
post-closing on that matter, as well as his
firm's retention dealing with the arrearage for
fees and other related matters.                                  .30

03/21/01
GES Telephone call from Peter Gillon of Greenberg
regarding Land Banks' interest in the Waukegan
site.                                                            .40

03/27/01
GES Telephone call to Arthur Andersen to discuss
their role in the case and process to get them
started, review of their engagement letter
regarding same.                                                  .90

EXHIBIT E PAGE 135

Outboard Marine Corporation ("OMC")

                                                                   HOURS
04/09/01
   WAB  Telephone call with Mike Elam of Piper Marbury
        Rudnick & Wolfe, this with respect to the status
        of the environmental matters at OMC, the status
        of Bombardier's dealings with the EPA and OMC's
        issues in connection with same, and other related
        matters.                                                     .20

05/18/01
   GES  Telephone call from J. Cederick regarding OMC
        engagement by OMC and meeting with insurance
        carriers on 5/24/01.                                         .20

06/25/01
   GES  Review of motion to retain River Band Engineering
        as environmental compliance consultants.                    .40

08/07/01
   WAB  Telephone call from Michael Elam at Piper Marbury
        Rudnick & Wolfe, this with respect to the
        current status of the environmental issues that have come
        to the forefront at OMC, issues in connection
        with the status of the response required on the
        apparent discovery of PVC spills, as well as
        other issues in connection with the likelihood of
        an imminent conversion to a Chapter 7 and how the
        environmental matters will be dealt with therein.           .20

08/20/01
   WAB  Telephone call from Michael Elam, this with
        respect to the new issues raised by the Illinois
        Environmental Protection Authority, the issues
        they want addressed right away with respect to
        the PCP matters, and other matters, and our
        issues with respect to those in light of the
        likely conversion of the case today.                        .20
                                                                   -----
        Environmental Issues                                       28.10



EXHIBIT __E__ PAGE 136

Outboard Marine Corporation ("OMC")

                                                              HOURS
12/23/00
    WAB Review of the final form, and Execution Copy of
        the term sheet for the provision of
        debtor-in-possession financing for Outboard
        Marine Corporation and its affiliates, and a
        review of the final agreement with respect to the
        terms engendered.                                      1.90

12/27/00
    GES Prepare weekly budget and timing issues per the
        DIP lenders, review request for a weekly budget,
        incorporating input from Eric Martinez and Terry
        Ellis.                                                 5.00

12/28/00
    FCC Telephone call with E. Martinez regarding DIP
        term sheet issues.                                      .20

01/03/01
    GES Prepare data in response to the bank group's
        consultants (PricewaterhouseCoopers).                 1.50
    GES Meeting with PricewaterhouseCoopers consultants
        regarding the debtor's reporting requirements,
        additional documentation regarding accounts
        receivable set offs and preparation.                  4.50
    GES Discuss with debtor and follow-up telephone call
        with bank regarding bank reporting.                    .50

01/04/01
    GES Telephone call from Cindy Stephenson of
        PricewaterhouseCoopers regarding bank reporting.       .10

01/05/01
    GES Telephone call from Cindy Stephenson and Shannon
        Meyer regarding bank reporting and additional
        document requests, follow up with debtor
        regarding the status of PricewaterhouseCooper's
        requests.                                              .70

01/09/01
    GES Discussion with Terry Ellis regarding bank
        reporting and intercompany data.                       .60

01/10/01
    GES Telephone call with Terry Ellis regarding budget
        to actual regarding week of 1/5/01 and review of
        same.                                                  .50

EXHIBIT _E_ PAGE _137_



Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|

**01/11/01**

    FCC  Meeting with G. Repp regarding DIP documents,
        telephone call with Skadden counsel regarding
        same.    1.50

**01/16/01**

    GES  Telephone call with bank and debtor to discuss
        follow up.    .50
    GES  Discussion with debtor and DSI representatives
        regarding status of DoveBid.    1.50

**01/17/01**

    GES  Discussion with Shannon Meyer of
        PricewaterhouseCoopers regarding accounts
        receivable rebates.    .40

**01/18/01**

    FCC  Telephone call with B. Paul regarding agenda for
        01/19/01 meeting with the bank group.    .30
    WAB  Brief meeting with Toby Gerber of the Jenkins &
        Gilchrist firm, this with respect to the outcome
        of the appraisals, and other alternatives in
        connection with the opposition now brewing to the
        DIP loan from the creditors, and the bank's
        position with respect to the loan in general.    .30
    GES  Telephone call with M. McDermott regarding
        bankruptcy meeting.    .60
    GES  Discussion with Bill Brandt regarding bank
        meeting (two calls).    .30
    GES  Discussion with Fred Caruso regarding preparation
        for bank meeting.    .40

**01/19/01**

    FCC  Attend bank/committee meeting regarding DIP
        financing and operation issues.    6.00
    WAB  Participation in early morning meeting at DSI's
        preparatory to the larger meeting with creditors
        and bankers, this with Mark McDermott, Dave
        Kurtz, George Shoup and Fred Caruso.    .60
    WAB  To Sidley & Austin for meetings with bank group,
        their counsel, and their financial advisors
        including Larry Nyhan and Matt Clemente of Sidley
        & Austin representing the bank, Mark Page, Matt
        Norwood and Michael Hayes of American National
        Bank, as well as Larry Cannariato of Bank of
        America, and their financial advisors Robert
        Paul, Cindy Stephenson and Randy Wilson of
        PricewaterhouseCoopers, as well as David Kurtz,



Outboard Marine Corporation ("OMC")

|  |  | HOURS |
|---|---|---|
|  | George Shoup and Fred Caruso, all to discuss and debate the issues concerning the DIP funding requests. | .70 |
| GES | Discussion with Fred Caruso in preparation of bank group meeting. | .50 |
| GES | Update materials in preparation of bank group meeting. | 1.50 |
| GES | Attend bank group meeting at Sidley & Austin. | 6.00 |

01/22/01

| FCC | Prepare for and attend meeting with bank group regarding accounts receivable collection, inventory sales, machinery and equipment appraisals, real estate appraisals and foreign operations. | 4.00 |
|---|---|---|
| GES | Participate in bank group call regarding sale process, accounts receivable and liquidation analysis. | 2.20 |

01/23/01

| GES | Meeting with bank, PricewaterhouseCoopers and debtor regarding revisions to DIP loan. | 2.00 |
|---|---|---|
| GES | Review amended DIP order. | .80 |

01/24/01

| GES | Telephone call to TransAmerica regarding floor plan receipt set off. | .80 |
|---|---|---|
| GES | Prepare professional fee accrual and follow up with each professional. | 1.20 |

01/25/01

| WAB | Telephone call with George Shoup, this with respect to the status of the budgetary items that need to be spent today, the status of the still unresolved issues with the lenders concerning advances. | .40 |
|---|---|---|
| WAB | Further telephone call with George Shoup, this with respect to the funding finally received today of $1.1 million, the budgeting of items that will be funded today as a result of the incomplete nature of the funding, as well as a review with him of the listing of the items we need to have funded, payroll taxes, payroll, and other related matters. | .60 |
| GES | Telephone conference call with Ginger Brown, Larry Cannriato and Terry Ellis regarding budgeting. | .30 |
| GES | Telephone conversation with Joe Miller regarding |  |

EXHIBIT __E__ PAGE_139_



Outboard Marine Corporation ("OMC")

|  | | HOURS |
|---|---|---|
| | today's hearing status. | .20 |
| GES | Telephone conversation with Cindy Stevenson regarding bank reporting. | .20 |
| GES | Telephone conversation with Eric Kaup regarding bank reporting importance. | .20 |

01/26/01
| FCC | Telephone call with Scott Peltz to answer his questions regarding the liquidation analysis, historical operations and the sale process. | .50 |
|---|---|---|

01/31/01
| GES | Meeting with Sidley & Austin regarding sales offers. | 4.80 |
|---|---|---|
| GES | Telephone conference call with PricewaterhouseCoopers regarding forced liquidation analysis. | 1.00 |

02/01/01
| WAB | Early morning telephone call from Larry Nyhan, this prior to going over to the meeting at Skadden Arps, this with respect to the bank's need for liquidation budgets, a new liquidation analysis, operational budgets, and other issues, and discussion of these factors with him. | .40 |
|---|---|---|
| GES | Discussion with PricewaterhouseCoopers regarding their forced liquidation analysis and review of my assumptions regarding my input to their analysis. | 2.00 |

02/02/01
| WAB | Telephone call with George Shoup, this to go over the bank's demands for a revised budget, to go over, briefly, the initial review of the schedules that need to be addressed with respect to head count reduction, and a host of other related issues. | .40 |
|---|---|---|
| GES | Discussion with PricewaterhouseCoopers regarding status of obtaining data from debtor to prepare go-forward budget. | .50 |

02/03/01
| WAB | Review of a facsimile from Mark McDermott, this with respect to the allocation of the purchase proceeds due to be told the lenders under the DIP agreement, and the status of an allocation related thereto. | .10 |
|---|---|---|
| WAB | Review of a further facsimile from Fred Caruso to | |

EXHIBIT _E_ PAGE 140

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| all parties, this with DSI's opinion of the allocation issues and how they should be addressed. | .10 |
| GES Telephone conversations with Barbara Schmidt of PricewaterhouseCoopers regarding appraisal figures. | .50 |

02/06/01

| WAB Review of the initial draft of the mark up of the head count, monetary savings, and other issues, in connection with the operation of OMC, and a review of the changes thereto, as well as notations with respect to issues involving the purchase and sale contracts already approved and the reductions forecast and the impact on same. | .90 |
|---|---|
| GES Discussion with Bob Paul of PricewaterhouseCoopers regarding budgeting issues and apparent lack of cooperation from the debtor. | .20 |
| GES Telephone call from Rick Stone of PricewaterhouseCoopers regarding letters of credit and additional documents he would like to review. | .30 |
| GES Telephone call from Barb Schmidt regarding additional bank group requests and their request to prepare the go-forward with the debtor. | .20 |

02/07/01

| WAB Telephone call from Matt Clemente at Sidley & Austin, this with respect to budget development, the bank's concerns and other issues in terms of negotiation with the budget. | .30 |
|---|---|
| WAB Further telephone call with Matt Clemente, this in advance of the bank's telephone call at 1:00 today, all to apprise him of our inability to give him a budget by that time, and to discuss DSI's thinking with respect to the issues that he has raised. | .20 |
| WAB Telephone call with Matt Clemente at Sidley & Austin, counsel for the debtors, this with respect to the Suzuki problem, issues in connection with inventory, the sale process, and other related matters. | .20 |
| WAB Further telephone call with David Kurtz at Skadden Arps, this with respect to the Suzuki shipment issues, the inventory in Long Beach, as well as Japan, and the status of the financial ramifications related to both of these. | .20 |

EXHIBIT $E$ PAGE $141$

Outboard Marine Corporation ("OMC")

|  |  | HOURS |
|---|---|---|
| GES | Participate in bank call with the debtor regarding going-forward budget. | .80 |

02/08/01
| GES | Telephone call with PricewaterhouseCoopers regarding budget prepared by OMC. | .20 |

02/09/01
| GES | Telephone call with Cindy Stevenson of PricewaterhouseCoopers regarding budget. | .30 |
| GES | Telephone conference call with Barb Schmidtt of PricewaterhouseCoopers regarding budget shortfall of $2.5 million. | .30 |

02/12/01
| WAB | Review of a facsimile from Mark McDermott, this with respect to the transfer of the $14.2 million in cash presently held in the dedicated overseas account and controlled by the estate. | .10 |
| WAB | Review of a further facsimile from Bob Romano regarding the transfer of these funds and his desire not to do so. | .10 |
| WAB | Review of a further facsimile from Gordon Repp, this concurring with Bob Romano on the transfer of the $14.2 million in funds. | .10 |
| GES | Discussion with Mark McDermott regarding budget hearing. | .30 |

02/14/01
| WAB | Early morning telephone call with George Shoup, this prior to today's bank, creditor and management meeting, this to discuss the positions that DSI has come to with respect to input on the budget, the status of our reaction to certain of the budgetary categories and expenditures, and other related matters. | .30 |

02/15/01
| GES | Review of debtor's motion to use part of the $14.2 million foreign money to fund operations. | .60 |
| GES | Various discussions with Mark McDermott regarding changes to DIP budget and incorporate changes into same. | 1.50 |
| GES | Participate in DIP lender conference call. | .50 |

02/16/01
| WAB | To offices of Sidley & Austin for late morning and early afternoon meetings with Mark McDermott, | |

EXHIBIT _E_ PAGE _142_

Outboard Marine Corporation ("OMC")

HOURS

George Shoup, Steve Towbin, Larry Nyhan, Matt
Clemente, Alan Samski and others from the
American Express Group, all with respect to the
status of the budgets, and a variety of break-out
meetings and conference calls with people from
the company including Eric Martinez and Terry
Ellis, David Kurtz, and others, all in an attempt
to come to a consensual budget and cash flow
process during the current period of time leading
up to the closing, and to defer for the time
being issues of the transitional matters to be
dealt with until after this point, and a review
with all parties during this of various budget
options and negotiations with all parties.                    3.10

GES  To Sidley & Austin with Bill Brandt, OCUC and
bank's counsel to discuss budget and funding
issues, including numerous telephone calls to
debtor in between to discuss changes to the
budget.                                                       3.10

GES  Telephone conversations with bank group and
debtor regarding changes to budget.                          1.30

GES  Prepare revisions to budget regarding suggestions
of bank group, OCUC and debtor.                              2.20

GES  Telephone call from Barb Schmidt regarding
changes to budget.                                            .40

02/20/01
GES  Review and respond to e-mails regarding debtor's
cash and inclusion in budget numbers.                         .40

02/21/01
GES  Telephone call from Eric Kaup regarding debtor's
reluctance to use cash in accounts for purchases
other than for Kawasaki or Polaris.                           .30

02/28/01
GES  Telephone call with C. Stevenson regarding OMC
budget.                                                       .30

03/01/01
GES  Telephone conversations with C. Stevenson
regarding budget revisions.                                   .40

03/02/01
GES  Discussion with C. Stevenson regarding bank's
comments on budget.                                           .20



Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|

03/07/01
    GES Participate in funding call with debtor,
    committee and the bank.    1.50

03/08/01
    GES Telephone call with C. Stevenson and T. Ellis
    regarding budget.    .50

03/21/01
    GES Telephone call from Barb Schmidt regarding
    budget.    .20

03/27/01
    GES Review cash collateral motion and memorandum from
    Steve Towbin regarding allocation of proceeds.    1.00

03/28/01
    GES Review of PricewaterhouseCoopers analysis of
    proceeds.    .50

04/20/01
    GES Telephone call with Cindy Stevenson regarding
    appraisals of real property.    .20

04/25/01
    GES Telephone call with Arthur Rice regarding his
    client's interest in the OMC case.    .30

04/27/01
    GES Telephone call from Arthur Rice regarding Union
    Bank's claim in the OMC matter and obstacles
    encountered by Arthur.    .50
    GES Telephone call from M. McDermott regarding my
    discussion regarding Arthur Rice's client.    .30

06/19/01
    GES Review of Union Planter Bank's pleading and
    response to same by Mark McDermott.    .70

07/09/01
    GES Review of OMC budget to actual analysis in
    preparation of next budget, noting the overage in
    payments to utility expenses and previous budget
    errors in calculating the accrued expenses.    .40

07/10/01
    GES Telephone conversations with Mark McDermott
    regarding the debtor's budget/funding concerns,

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| including the overspending for certain liabilities the debtor inadequately reflected in its previously prepared budget, noting that DSI informed the debtor, bank and committee of the numbers in the previously prepared budget failed to properly reflect accrued expenses. | .60 |
| GES Review of debtor's budget to actual up through 5/31/01 in preparation of discussion with Mark McDermott to try to understand the debtor's reporting and how they should present the data to the bank and to the committee. | 2.00 |

07/16/01
GES Review of draft motion for use of cash collateral.                                                .60
                                                                                                   -----
        Secured Lenders/Cash Collaterl                                                             88.40

EXHIBIT _E_ PAGE _145_

Outboard Marine Corporation ("OMC")

HOURS

**12/27/00**

GES Review of Houlihan Lokey's booklet for creditors'
    meeting.    .60

GES Telephone call from Barry Chatz regarding
    tomorrow's creditor meeting.    .30

GES Telephone call from Phil Updyke regarding his
    creditor in Indiana.    .20

GES Telephone call from Joe Cleverdon at 10:30 P.M.,
    return to office per his request to go over
    budget questions in light of Houlihan Lokey's
    presentation to the creditors' committee
    tomorrow.    1.50

**12/28/00**

WAB Telephone call from Judy Mencher, this with
    respect to the status of the OMC deal, her role
    as a bondholder for her organization, and issues
    with respect to the timing and location of the
    first meeting of creditors.    .40

WAB Participation with Fred Caruso in the creditors'
    committee conference call following the creation
    of the creditors' committee and their initial
    meeting, this for presentations by Mark McDermott
    and Michael Kramer with respect to the status of
    the case and other related issues concerning the
    initial direction of the case, sales efforts,
    status of cash, and other related matters.    1.30

FCC Participate in conference call with creditors'
    committee, Houlihan Lokey and counsel regarding
    status of operations, the bankruptcy process and
    sale process.    1.30

**12/29/00**

WAB Review of a facsimile from Mark McDermott, this
    with respect to the outcome of his meeting with
    Steven Towbin, counsel for the creditors'
    committee, this with respect to the sales
    procedure, issues in connection with the way the
    sales will be structured and whether the
    committee needs advisors, and other related and
    relevant matters.    .10

FCC Telephone call with M. McDermott regarding
    12/28/00 meeting with the newly formed creditors'
    committee.    .30

FCC Telephone call with S. Towbin regarding
    disbursement budget.    .20



EXHIBIT E PAGE 146

Outboard Marine Corporation ("OMC")

HOURS

**01/02/01**

WAB Telephone call from Steve Towbin, counsel for the
creditors' committee in OMC, this with respect to
background issues on the case, and other issues
regarding my perspective.                                    .30

FCC Update liquidation analysis and cash flow budgets
and e-mail to S. Towbin, telephone call with S.
Towbin to review same.                                      1.30

**01/03/01**

WAB Participation in this afternoon's telephonic
conference call with the creditors' committee
members, their counsel, representatives of
Skadden Arps and Houlihan Lokey, all in advance
of tomorrow's hearings.                                     1.50

GES Participate in Committee conference call
regarding status.                                          1.50

**01/04/01**

WAB Telephone call from David Missner, representing
Genmar Holdings, all with respect to his
particular issues, on behalf of selected large
creditors, with respect to a number of the
matters raised in yesterday's conference call.              .40

WAB Telephone call with Fred Caruso, this following
his with Steve Towbin and mine with Dave Missner,
all with respect to creditor committee issues and
DSI's response to same.                                      .40

WAB Further telephone with Steve Towbin, this with
respect to the outcome of the issues raised in
yesterday's call, the disposition of the rental
trucks that Penske has filed a motion for return
on, the issue of the overseas accounts in New
York and the status of perfection on that by the
existing bank group prior to the case, at least
insofar as a business issue is raised, and other
related matters concerning the operation of the
business.                                                   .40

WAB Participation in this afternoon's telephonic
conference call with a host of members of the
creditors' committee, other professionals, and
other parties, this to discuss a number of the
motions on retention of professionals, severance
pay, and other issues that are before the Court.           1.20

WAB Review of a facsimile from Joe Miller, this
transmitting information regarding the 3:00
CST conference call to be held today, and the
status of who shall attend and what shall be

Outboard Marine Corporation ("OMC")

|  |  | HOURS |
|---|---|---|
|  | discussed. | .10 |
| FCC | Telephone call with S. Towbin regarding retention of professionals and liquidation analysis. | .40 |
| FCC | Participate in conference with creditors' committee counsel, Houlihan Lokey and debtor's counsel regarding engagement of professionals. | 1.20 |
| GES | Telephone call with debtor, debtor's counsel and committee members regarding their objections to certain bid procedures, professional retentions and host of issues. | 1.20 |

01/05/01

WAB Lengthy telephone call with Steve Towbin, this with respect to the concerns he has voiced regarding Volvo Penta, and the status of the dispute thus far.                                                    .40

WAB Further telephone call with Fred Caruso, this to discuss the status of Volvo Penta, as well as similarly situated suppliers in the two stroke business, including Kawasaki and Polaris, and a discussion with him of the terms we are presently discussing with all parties.                                      .30

WAB Further telephone call with Steve Towbin, this to apprise him of the negotiations and to offer him suggestions as to how the impasse might be broken, as well as to respond to Volvo Penta's motion.                                                       .30

WAB Further telephone call with Fred Caruso, this to discuss at greater length the Volvo Penta issue, and Steve Towbin's reaction to it.                      .20

01/08/01

FCC Telephone call with M. Seery regarding information request and explanation of liquidation analysis and DIP budget.                    .40

01/09/01

WAB Lengthy early morning telephone call with Steve Towbin, this prior to the series of conference calls today, this with respect to further discussions with him regarding some of the data he has requested in connection with the employee retention matters, ongoing sales efforts, and other issues with respect to data he needs provided by our firm for the creditors' committee, and with specificity regarding the environmental matters and potential environmental issues our firm will deal with associated with



EXHIBIT E PAGE 148

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| the properties that are not likely to immediately sell. | .40 |
| FCC Participate in conference call with M. McDermott, R. Fix, S. Towbin and numerous of the creditors' committee regarding the employee retention program. | 1.80 |

01/11/01
FCC Telephone call with K. Klaus regarding explanation of liquidation analysis.    .40
GES Telephone call with Mike Seerly regarding Channin Partners regarding liquidation analysis assumptions.    .80

01/12/01
FCC Telephone call with M. Seerly regarding liquidation issues.    .50

01/15/01
WAB Brief meeting with David Missner, this to discuss a host of issues in connection with the background on the OMC case, his particular creditors' issues with respect to Genmar, the status of the environmental issues as they concern his firm's earlier work, and other related matters, as well as the form of the sales contract.    .30

01/16/01
WAB Telephone call with Steve Towbin, this with respect to the status of OMC, the status of a number of issues the creditors wish to take up and other related matters.    .20
WAB Further telephone call with George Shoup, this with respect to the apparent objection by the creditors' committee to the interim financing order, as well as to the asset sale structure.    .20
GES Participate in committee update conference call.    .80

01/18/01
WAB Telephone call with Steve Towbin, this with respect to the status of the OMC matter, the impact on the appraisals, and a host of other related matters.    .30

01/19/01
FCC Prepare for and attend pre-meeting with M. McDermott and D. Kurtz regarding today's meeting



EXHIBIT E  PAGE 149

Outboard Marine Corporation ("OMC")

|  |  | HOURS |
|--|--|-------|
| | with bank group and OCUC. | 2.00 |

WAB To offices of Sidley & Austin for further meeting
and larger meeting with the creditors' committee
and the banking representatives including Larry
Nyhan and Matthew Clemente of Sidley & Austin
representing the banking group and agent, Larry
Cannariato representing Bank of America, as well
Mark Page, Matt Norwood and Michael Hayes
representing American National Bank and their
advisors, Robert Paul, Cindy Stephenson and Randy
Wilson, as well as David Kurtz and Mark McDermott
of Skadden Arps representing the debtor, and
George Shoup and Fred Caruso of DSI, as well as
Steve Towbin and Peter Roberts of D'Ancona &
Pflaum, Russell Bergman of LaSalle Bank, and
other creditors, as well as by telephone John
McKenna of Houlihan Lokey, investment banker for
the company, and Michael Seery of Chanin Capital
Partners, potential investment banker of the
creditors' committee, all to discuss and resolve
the objections to the DIP financing situation, to
discuss the retention of professionals, the
budgeting process, current debts, and other
related issues.                                              4.90

01/20/01
FCC Prepare agenda and prepare for 01/22/01 all bank
group meeting regarding status of accounts
receivable collections, inventory sales, foreign
operations, shutdown budget and DIP financing.              1.50

01/22/01
WAB Telephone call from Kathy Steege, this with
respect to her bondholder's position on the
creditors' committee, that of DBJ, and the issues
they wish addressed in connection with the
analysis of the liquidation, as well as other
matters related thereto.                                      .20

01/23/01
WAB Telephone call from Jim LeShaw at Greenberg
Traurig in Miami, this concerning a number of
creditors he has in connection with both warranty
and engine sales issues, and a discussion with
him as to the background of the case and how
these matters will likely be handled in the near
future in connection with the sale.                           .20

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|

**01/24/01**

WAB Meetings prior to today's Bankruptcy Court
hearing with Steve Towbin, and others, all prior
to the case, this with respect to environmental,
patent, and other issues affecting the business,
as well as cash flow issues, and larger
discussions with Peter Roberts and Steve Towbin
about certain of the environmental issues, with
Tim Pohl and others from Skadden Arps with
respect to today's presentations and other
related matters.                                                                    .80

WAB Telephone call with Steve Towbin, this following
negotiations with David Missner and others, all
with respect to the status of the retention of
Piper Marbury Rudnick & Wolfe as environmental
counsel, and the issues that obtain concerning
their pre-petition fees to be paid.                                                  .40

**01/25/01**

FCC Telephone call with Alan Sandsky regarding his
questions regarding status of OMC's liquidation.     .30

GES Telephone call with Joe Cleverdon regarding
committee request.                                                                   .30

**01/26/01**

FCC Telephone call with Jackson Craig, a member of
the OCUC committee, to answer his questions on
the sale process.                                                                    .40

**01/27/01**

WAB Review of a further mailing from Warren Marwedel
at Marwedel Minichello & Reeb, this transmitting
notices of all of the carrier's liens for cargo
with respect to the final billings from "K" Line
America, Inc., and the summary sheets of all the
freight and related charges, plus the daily
demurrage, and a review of these charges and the
overall strategy with George Shoup at a brief
meeting on OMC's matters, and with respect to
where we go from here with respect to the
redemption of these cash items.                                                      .50

**01/29/01**

GES Meeting with Alan Samsky and his associates from
American Express Business Services regarding
walk through of liquidation analysis and
corresponding source data.                                                          2.00



EXHIBIT __E__ PAGE _151_

Outboard Marine Corporation ("OMC")

HOURS

pursuant to the arrangements made with Bombardier
at the sale for the release of same and the
inclusion of it as part of the inventory, and a
review and mark up of this final deal point
letter.                                                                    .20

WAB Review of a quick letter from Pat Mears at Dykema
Gossett, this with respect to the arrangements
provided for the Federal Mogul people at Monday's
auction prospective.                                                       .10

GES Telephone conference call with Bob Romano and
Steve Towbin regarding request for the debtor to
supply much needed data to prepare go-forward
budget.                                                                    .30

**02/09/01**

WAB Telephone call from Steve Towbin, this with
respect to the call from Mark Thomas, as well as
the outcome of the meeting with George Shoup and
Jim Moore, all concerning the budgetary issues,
the completion of the entry of the sale order and
other related matters.                                                     .30

WAB Review of a further facsimile from Victor Sturm
in the offices of Warren Marwedel, this with
respect to the continuing demurrage, the agreed
upon price and settlement, the vitiation of the
terms should our check not be relayed soon, and
other terms and conditions with respect to the
Suzuki inventory sitting on "K" Lines' premises
in Long Beach.                                                             .20

**02/12/01**

WAB Telephone call with Steve Towbin, this with
respect to the budget differences, the arguments
that are apparently outstanding, and DSI's
suggestions for how to bridge the gap, as well as
issues with respect to the present funding status
through closing.                                                           .40

GES Telephone conversations with Mark Robertson of
American Express regarding budgeting.                                      .50

GES Review document request from American Express,
forward same to debtor with my comments.                                  .30

**2/13/01**

WAB Brief telephone call with Steve Towbin's office,
this in advance of today's meeting among the
creditors, bank and debtor.                                                .10

EXHIBIT _E_ PAGE/53

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| **02/26/01** | |
| FCC Telephone call with G. Shoup regarding planning for 2/28/01 341 meeting. | .30 |
| GES Discussion with F. Caruso regarding 341 meeting preparation. | .30 |
| GES Telephone conversations with M. Hirsh regarding case progress. | .40 |
| **02/28/01** | |
| FCC Prepare for and attend the 341 meeting with creditors. | 3.50 |
| GES Telephone call with J. Miller regarding 341 meeting. | .20 |
| **03/01/01** | |
| GES Telephone call with M. Clemente regarding funding. | .30 |
| **03/08/01** | |
| WAB Telephone call with Steve Towbin, this with respect to the status of the Bombardier closing last night, and now the future of the estate post-asset sales from the creditors' perspective. | .30 |
| WAB Brief telephone call with Steve Towbin, this following mine with the U.S. Trustee's office, as to their concerns and other issues that need addressing. | .10 |
| **03/09/01** | |
| WAB Telephone call with Scott Peltz, this with respect to the OMC situation, the status of the creditors' analysis of certain of the issues, and where we go from here. | .20 |
| WAB Telephone call with Steve Towbin, this with respect to the OMC budgetary issues, the status of OMC matters, post-sale issues of administration, and other related matters. | .30 |
| **03/13/01** | |
| GES Review appraisal reports received via Congress from Cushman and forward same to American Express. | .60 |
| GES Review of data request from American Express and respond to same. | .40 |
| **03/15/01** | |
| GES Telephone call with Steve Towbin and American Express regarding budget funding. | .50 |

EXHIBIT __E__ PAGE __156__



Outboard Marine Corporation ("OMC")

                                                                    HOURS
03/16/01
    WAB Review of a letter from Steve Towbin to Matt
        Clemente, counsel for the bank group, this
        transmitting a memorandum regarding the
        disposition of the cash proceeds available from
        the sales, the status of Towbin's position for
        negotiation with the bank, and a review of the
        financial information contained therein.           .30
    GES Discussion with Steve Towbin and Bill Brandt
        regarding budgeting issues and follow up
        telephone call with Eric Kaup regarding accounts
        payable information.                                .50

03/28/01
    GES Review cash collateral motion mark up.             .50

04/04/01
    WAB Brief discussion with Steve Towbin as to the
        status of the budgetary and other related
        processes at OMC, as well as issues that need to
        be addressed in the near-term.                     .10

04/11/01
    GES Review of creditor committee letter and respond
        to same.                                           .60

04/20/01
    GES Telephone call with Eric Martinez and Mark
        McDermott regarding appraisals.                    .20

05/09/01
    WAB Telephone call with Steve Towbin, this to apprise
        him in general of the status of the case and to
        review his information regarding same, and to
        discuss the Officers' and Directors' matters, and
        to review with him how we wish to proceed and
        whether he has any objections.                     .20

05/18/01
    WAB Telephone call with Steve Towbin, this with
        respect to the status of the potential
        confirmation of a plan for OMC, and the status of
        other issues related thereto.                      .20

06/21/01
    WAB Review of a letter from Steve Towbin to Mike Elam
        at Piper Marbury, this with respect to his
        inclusion on the service list, and issues of

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|
| economy of judicial notice that Steve wishes to raise in connection with same. | .10 |

**06/25/01**
GES Review of Application of the Committee to select special litigation counsel.    .30

**07/26/01**
GES Telephone call to Mark McDermott regarding call from creditor's committee litigation counsel.    .20
GES Telephone conversations with Rick Harris of the Committee's litigation counsel regarding case background and benchmark liquidation analysis used throughout the case, review of OMC files in preparation for call.    3.00

**08/01/01**
GES Telephone conversation with Mitch Hirch regarding background on the benchmark liquidaiton analysis prepared at the beginning of the case, in his calculation of the unsecured collateral.    .80

**08/02/01**
GES Host of telephone calls (and review of my files) regarding the accounts receivable issues pertaining to the valuation by the bank and potential set off exposure in his preparation of the valuation of the committee's collateral.    1.30

**08/10/01**
WAB Telephone call from Steve Towbin, this with respect to the status of the case, the status of DSI's potential future involvement in same, issues of the transitional matters related thereto, and other related concerns.    .30
                                                                   -----
Creds./Creds.' Comm. Contact    68.90



EXHIBIT E   PAGE 158

Outboard Marine Corporation ("OMC")

                                                            HOURS
02/15/01
    WAB Participation in telephonic Board conference call
       of late this afternoon, this to review all of
       the issues in connection with the budget
       disagreements, the status of other issues that
       the various parties have not come to an agreement
       on, and other issues related thereto including
       termination of the retiree benefits, programs and
       related matters.                                 1.20

02/16/01
    WAB Participation in this morning's Board conference
       call with Board members, management, and others,
       all to discuss the transition issues, and
       included on the call are Chris Michalik from the
       Soros Group, Roger Fix, Eric Martinez, Bob Romano
       and Gordon Repp from the company, George Shoup
       from DSI, Mark McDermott from Skadden, Alan
       Kornberg and others from Paul Weiss in New York,
       all with respect to the status of and the
       discussions surrounding post-confirmation and
       sale completion issues.                           .60
    GES Participate on Board call that never occurred,
       waited on line half an hour before the call was
       cancelled.                                        .60
                                     ----
       Shareholdr Contact/Rltd Issues                   2.40

Outboard Marine Corporation ("OMC")

                                                              HOURS
01/03/01
    GES Participate in teleconference with debtor, local
        and international counsel regarding status of
        foreign proceedings.                                    .60

01/04/01
    GES Telephone call to Dan Cantieri (the boat group
        analyst) regarding Canadian balance sheets and
        Interco issues.                                         .40
    GES Review of Princecraft's financials and the
        parents regarding accounting for the Interco
        accounts in relation to a proposed stock sale.         2.00

01/05/01
    GES Telephone call with Dan Cantieri regarding Prince
        Craft analysis.                                         .20

01/08/01
    GES Participate in telephone conference call with
        debtor and counsel regarding status of foreign
        nondebtor subsidiaries.                                2.00

01/15/01
    GES Telephone conversations with Mark McDermott
        regarding Canadian environmental liability and
        telephone call to Patrick Shea of Toronto law
        firm Smith Lyons regarding practical impact of
        environmental claims in bankruptcy.                     .80

01/18/01
    GES Review of Canadian budgets regarding
        environmental issues and impact of Prince
        Crafts new facility excluded from monthly
        operating reports balance sheets.                       .40

02/01/01
    WAB Telephone call from Anthony Smits at Bingham Dana
        in Hartford, this with respect to the Princecraft
        boat operation in Canada, the status of its
        insolvency, issues in connection with the status
        of the sale possibilities today or with the other
        boat groups, and other related matters.                 .50

03/05/01
    GES Telephone call with O. Urzar and W. Bolster
        regarding Brazilian operations.                         .50
    GES Telephone call with J. Moore regarding operating
        agreement for OMEX.                                     .20

EXHIBIT _E_ PAGE _160_

Outboard Marine Corporation ("OMC")

|  | HOURS |
|---|---|

**03/28/01**

GES Telephone call with Anthony Smits regarding
foreign subsidiaries and review of status
memorandum regarding same.                          .40

**04/11/01**

GES Telephone call with Patrick Shea regarding
Canadian issues.                                      .30

**04/18/01**

GES Prepare correspondence to Bingham Dana and
Skadden Arps regarding status of Canadian
proceeding and my recommendations to speed the
process up and free up cash sitting in Canada,
exchange e-mails regarding same.                     1.00
                                                     ----
Non-Debtor Subsidiary Issues                         9.30

# EXHIBIT F

Date: 11/26/01                          Summary Fee Transaction File List                          Page: 1
                                        Development Specialists, Inc. (sti2)
From 04/01/01 Thru 08/20/01

|  |  | Hours | Amount |  |
|---|---|---|---|---|
| Subtotal for Consultant # 001 | Billable | 2.00 | 900.00 | W. A. Brandt, Jr. |
|  | Total | 2.00 | 900.00 |  |
| Subtotal for Consultant # 026 | Billable | 3.60 | 810.00 | G. E. Shoup |
|  | Total | 3.60 | 810.00 |  |
| Total for Category # 11 | Billable | 5.60 | 1710.00 | Case Administration/General |
|  | Total | 5.60 | 1710.00 |  |
| Subtotal for Consultant # 026 | Billable | 8.60 | 1935.00 | G. E. Shoup |
|  | Total | 8.60 | 1935.00 |  |
| Total for Category # 12 | Billable | 8.60 | 1935.00 | Fee Application/Client Billing |
|  | Total | 8.60 | 1935.00 |  |
| Subtotal for Consultant # 001 | Billable | 26.80 | 12060.00 | W. A. Brandt, Jr. |
|  | Total | 26.80 | 12060.00 |  |
| Subtotal for Consultant # 026 | Billable | 2.60 | 585.00 | G. E. Shoup |
|  | Total | 2.60 | 585.00 |  |
| Total for Category # 14 | Billable | 29.40 | 12645.00 | Attend Court Hrgs/Rev Pleadgs |
|  | Total | 29.40 | 12645.00 |  |
| Subtotal for Consultant # 001 | Billable | 1.30 | 585.00 | W. A. Brandt, Jr. |
|  | Total | 1.30 | 585.00 |  |
| Subtotal for Consultant # 026 | Billable | 11.20 | 2520.00 | G. E. Shoup |
|  | Total | 11.20 | 2520.00 |  |
| Total for Category # 22 | Billable | 12.50 | 3105.00 | Business Analysis |
|  | Total | 12.50 | 3105.00 |  |
| Subtotal for Consultant # 026 | Billable | 1.20 | 270.00 | G. E. Shoup |
|  | Total | 1.20 | 270.00 |  |



EXHIBIT E   PAGE 1

Date: 11/26/01                           Summary Fee Transaction File List                              Page: 2
                                       Development Specialists, Inc. (sti2)

From 04/01/01 Thru 08/20/01

|  |  | Hours | Amount |  |
|---|---|---|---|---|
|  |  | ----- | ------ |  |
| Total for Category # 31 | Billable | 1.20 | 270.00 | Claims Analysis/Objections |
|  | Total | 1.20 | 270.00 |  |
|  |  |  |  |  |
| Subtotal for Consultant # 026 | Billable | 1.40 | 315.00 | G. E. Shoup |
|  | Total | 1.40 | 315.00 |  |
|  |  | ==== | ====== |  |
| Total for Category # 34 | Billable | 1.40 | 315.00 | Lease Analysis/Exec Contracts |
|  | Total | 1.40 | 315.00 |  |
|  |  |  |  |  |
| Subtotal for Consultant # 026 | Billable | 2.80 | 630.00 | G. E. Shoup |
|  | Total | 2.80 | 630.00 |  |
|  |  | ==== | ====== |  |
| Total for Category # 35 | Billable | 2.80 | 630.00 | Employee Benefit/Pension/Insur |
|  | Total | 2.80 | 630.00 |  |
|  |  |  |  |  |
| Subtotal for Consultant # 026 | Billable | 0.70 | 157.50 | G. E. Shoup |
|  | Total | 0.70 | 157.50 |  |
|  |  | ==== | ====== |  |
| Total for Category # 41 | Billable | 0.70 | 157.50 | Managing Business Operations |
|  | Total | 0.70 | 157.50 |  |
|  |  |  |  |  |
| Subtotal for Consultant # 001 | Billable | 1.00 | 450.00 | W. A. Brandt, Jr. |
|  | Total | 1.00 | 450.00 |  |
|  |  |  |  |  |
| Subtotal for Consultant # 026 | Billable | 0.70 | 157.50 | G. E. Shoup |
|  | Total | 0.70 | 157.50 |  |
|  |  | ==== | ====== |  |
| Total for Category # 43 | Billable | 1.70 | 607.50 | Sale of Assets |
|  | Total | 1.70 | 607.50 |  |
|  |  |  |  |  |
| Subtotal for Consultant # 001 | Billable | 0.60 | 270.00 | W. A. Brandt, Jr. |
|  | Total | 0.60 | 270.00 |  |
|  |  |  |  |  |
| Subtotal for Consultant # 026 | Billable | 0.60 | 135.00 | G. E. Shoup |
|  | Total | 0.60 | 135.00 |  |
|  |  | ==== | ====== |  |

EXHIBIT __F__ PAGE __2__



Date: 11/26/01                          Summary Fee Transaction File List                          Page: 3
                                       Development Specialists, Inc. (sti2)

From 04/01/01 Thru 08/20/01

                                                         Hours      Amount
                                                         -----      ------
         Total for Category #  44          Billable       1.20      405.00 Environmental Issues
                                           Total          1.20      405.00


         Subtotal for Consultant # 026     Billable       5.60     1260.00 G. E. Shoup
                                           Total          5.60     1260.00

                                                         ----     -------
         Total for Category #  51          Billable       5.60     1260.00 Secured Lenders/Cash Collaterl
                                           Total          5.60     1260.00


         Subtotal for Consultant # 001     Billable       0.90      405.00 W. A. Brandt, Jr.
                                           Total          0.90      405.00

         Subtotal for Consultant # 026     Billable       6.40     1440.00 G. E. Shoup
                                           Total          6.40     1440.00

                                                         ----     -------
         Total for Category #  52          Billable       7.30     1845.00 Creds./Creds.' Comm. Contact
                                           Total          7.30     1845.00


         Subtotal for Consultant # 026     Billable       1.30      292.50 G. E. Shoup
                                           Total          1.30      292.50

                                                         ----     ------
         Total for Category #  55          Billable       1.30      292.50 Non-Debtor Subsidiary Issues
                                           Total          1.30      292.50


                                                         -----    --------
         Grand Totals                      Billable      79.30    25177.50
                                           Total         79.30    25177.50



EXHIBIT E PAGE 3

# EXHIBIT G

OUTBOARD MARINE COMPANY
EXPENSES FROM 12/23/00 TO 8/20/01

| | 12/23/00-1/31/01 | 2/1/01-3/31/01 | 4/1/01-8/20/01 | TOTAL |
|---|---|---|---|---|
| MILEAGE/CABS/TOLLS | 804.93 | 95.70 | | 900.63 |
| POSTAGE | | 8.92 | 5.90 | 14.82 |
| LONG DISTANCE PHONE CALLS | 1,791.79 | 474.36 | 217.28 | 2,483.43 |
| PHOTOCOPIES (.10 PER COPY) | 281.50 | 222.80 | 184.20 | 688.50 |
| MESSENGER SERVICE/OVERNIGHT CHARGES | 189.31 | 152.54 | 38.40 | 380.25 |
| BREAKFAST MEETING EXPENSE | | | 40.00 | 40.00 |
| | | | | |
| TOTAL | 3,067.53 | 954.32 | 485.78 | 4,507.63 |

EXHIBIT G PAGE 1

# EXHIBIT H

<u>WILLIAM A. BRANDT, JR.</u>

<u>PROFESSIONAL QUALIFICATIONS</u>

WILLIAM (Bill) A. BRANDT, JR. has been in the business of workout, turnaround and insolvency consulting for almost 30 years and is recognized as one of the foremost practitioners in the field.  He is President and Chief Executive Officer of Development Specialists, Inc., a firm specializing in the provision of management, consulting and turnaround assistance to troubled or reorganizing concerns.  The firm maintains offices in Boston, Chicago, Columbus, London, Los Angeles, Miami and the San Francisco Bay Area.

Mr. Brandt and his firm have been involved in some of the nation's most celebrated restructurings.  He has served as management, as a fiduciary, or in a similar capacity, in thousands of matters both in this country and abroad.  His involvement in some cases of recent note include those of Mercury Finance Company, where he was the Chief Executive Officer of this publicly-traded sub-prime lending corporation; AgriBioTech, Inc., a publicly-traded company where he was designated by the Bankruptcy Court in Nevada to be the Responsible Party; NewCare Health Corporation where he is the Bankruptcy Court-appointed Examiner with Expanded Powers; Keck Mahin & Cate, a national law firm where he was the Chief Executive Officer; and Tri Valley Growers, one of the world's largest agricultural cooperative enterprises, where he was designated by the Bankruptcy Court in Oakland, California to be the Responsible Party.

Mr. Brandt has written for publications ranging from *Maclean's*, Canada's Weekly Newsmagazine, to the *American Bankruptcy Institute's Law Review*.  He is a frequent lecturer and speaker on topics of corporate restructuring, bankruptcy, and related public policy issues.  He has been profiled and interviewed in a wide array of publications, including, among others, *The Wall Street Journal*, *The New York Times*, *Business Week*, *The Miami Herald*, *The Chicago Tribune*, *The Boston Globe*, *Billboard Magazine* and *Bank Bailout Litigation News*.

1


Development Specialists, Inc.


EXHIBIT H PAGE 1

Mr. Brandt has advised Congress on matters of insolvency and bankruptcy, and in that capacity was the principal author of the recently adopted amendment to the Bankruptcy Code permitting the election of Trustees in Chapter 11 cases. He has been a member of the President's National Finance Board and served as a Florida Delegate to the 1996 Democratic National Convention. He also served as a member of the Democratic Party's Platform Committee for the recently concluded 2000 Presidential Convention.

Mr. Brandt has completed several terms as a member of the Board of Directors of the American Bankruptcy Institute, has served on the Advisory Board to that organization's Law Review, and has just concluded almost 20 years of service as a member of the Panel of Trustees for the Northern District of Illinois. He is a member of the Commercial Law League of America, the National Association of Bankruptcy Trustees, the International Council of Shopping Centers and the Urban Land Institute. Mr. Brandt is a Governing Member of the Chicago Symphony as well as a Life Trustee of Fenwick High School in Oak Park, Illinois.

His biography appears in a number of reference works including *Who's Who in America*, *Who's Who in Finance and Industry* and *Who's Who in American Law*. He received his B.A. from St. Louis University and his M.A. from The University of Chicago, where he completed further post-graduate work towards a doctoral degree.

2



Development Specialists, Inc.

EXHIBIT H    PAGE 2

## FRED C. CARUSO

### PROFESSIONAL QUALIFICATIONS

Mr. Caruso, Vice-President of Development Specialists, Inc., is a Certified Public Accountant and a Certified Insolvency and Reorganization Accountant.

Mr. Caruso joined DSI in 1982 as Chief Financial Officer. He has assumed day-to-day management control for 12 different companies where operations included sub-prime financial services, metal fabrication, injection molding, blow molding, residential construction, real estate management, government contracting, hospitality and food service, wholesale and retail oil distribution, and computer software. Mr. Caruso has also provided consulting services to both debtors and creditors for a variety of other businesses involving banking, OEM automotive supply, wholesale distributorships, aftermarket automotive supply, mortgage servicing, general contracting and retailing. Mr. Caruso has testified as an expert witness in various bankruptcy, state, and federal court trials relating to business valuation and plan feasibility. Due to his skills in forensic accounting and fraud detection, Mr. Caruso was appointed both a Chapter 11 and a Chapter 7 Trustee for cases involving "Ponzi schemes" and misappropriation of funds.

Prior to joining DSI, Mr. Caruso worked for a "Big 8" accounting firm and was an audit manager for a smaller firm for five years. He graduated from the University of Wisconsin in 1977 with degrees in accounting and finance. He is a member of the American Bankruptcy Institute, the Association of Insolvency Accountants, and the American and Illinois Institutes of Certified Public Accountants.

**DSI** Development Specialists, Inc.

EXHIBIT H PAGE 3

## WILLIAM G. KING

### PROFESSIONAL QUALIFICATIONS

Mr. King has over 14 years of broad business, financial consulting and auditing experience in a variety of areas including bankruptcy proceedings, crisis management consulting, litigation consulting, corporate reinsurance programs and independent financial statement audits.

Mr. King's bankruptcy and crisis management experience has provided involvement in a broad range of assignments including financial modeling and forecasting, budgeting, managing vendor relations, cash management, evaluating and implementing internal financial controls and overseeing a debtor's day-to-day financial operations. These assignments typically have been performed under a reorganization or Chapter 11 scenario, but also have been in assisting or advising Trustees, Creditors' Committees, Assignees, Examiners and Receivers.

Prior to joining DSI, Mr. King was with American Bankers Insurance Group, where he had overall responsibility to executive management for managing, reporting and mitigating the company's significant exposure to reinsurance claims involving asbestosis and environmental liability coverage.

Previously, Mr. King was with Price Waterhouse as a Manager in their Dispute Analysis and Corporate Recovery Group. His primary focus and expertise were in managing engagements requiring an in-depth understanding of investigative accounting procedures, lost profit analyses, expert witness testimony and/or bankruptcy proceedings. Through this expertise, he has assisted numerous law firms and other interested parties investigate and quantify complex business issues resulting from various allegations/events including "Ponzi" schemes, misappropriation of assets, healthcare fraud, breach of contract damages, intellectual property disputes, preference payments and fraudulent conveyances.

Prior to Price Waterhouse, Mr. King was employed by Arthur Andersen & Co. where he was a Senior in their Audit and Attestation Group.

Mr. King has a Bachelor of Science degree in accounting from John Brown University and is a Certified Public Accountant in the State of Texas. In addition, he is a member of the Texas Society of Certified Public Accountants and currently serves on the Coral Gables Cable Television Advisory Board.

 **DSI** Development Specialists, Inc.

EXHIBIT __H__ PAGE __4__

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:                                    )        **Chapter 7**
                                          )
**OUTBOARD MARINE**                       )        **No. 00 B 37405**
**CORPORATION, et al.,**                  )
                                          )        **Jointly Administered**
                                          )
                    Debtors.              )        **Hon. Ronald Barliant**

## ORDER ALLOWING INTERIM AND FINAL COMPENSATION AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES INCURRED BY DEVELOPMENT SPECIALISTS, INC.

Upon consideration of the First and Final Application of Development Specialists,

Inc. as Crisis Management Consultants to the Debtors-in-Possession, seeking (A)

Allowance and Payment of Interim Compensation and Reimbursement of Out-of-Pocket

Expense and (B) A Final Allowance of Compensation And Reimbursement of Expenses

Under 11 U.S.C. §§ 330 and 331 (the "Application"); due and proper notice having been

provided to all parties entitled thereto; the court having core jurisdiction to hear and

determine the Application; and after due deliberation and consideration of the

Application, there being good cause to grant the relief provided herein; it is **ORDERED**:

1.      The Application is allowed in its entirety.

2.      Development Specialists, Inc., ("DSI") is herewith allowed $25,177.50 in

interim compensation for services rendered during the period of April 1, 2001 through

August 20, 2001.

568156.v1

3.    DSI is herewith allowed $485.78 in interim reimbursement of expenses incurred during the period of April 1, 2001 through August 20, 2001.

4.    Development Specialists, Inc., ("DSI") is herewith allowed final allowance of compensation in the amount of $314,132.00 for services rendered during the period December 23, 2000 through August 20, 2001.

5.    Development Specialists, Inc., ("DSI") is herewith allowed final reimbursement in the amount of $4,507.63 for actual, necessary out-of-pocket expenses during the period of December 23, 2000 through August 20, 2001.

**ENTER:**

Dated: December __, 2001                    _____

                                           **Bankruptcy Judge**

Prepared by:

Steven B. Towbin (#2848546)
Kathleen H. Klaus (#6211316)
Jeremy C. Kleinman (#6270080)
D'Ancona & Pflaum LLC
111 E. Wacker Dr., #2800
Chicago, IL 60601
(312) 602-2000
Attorneys for the Chapter 7 Trustee.