E O D DEC 0 3 2001

*FILED*
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
NOV 30 2001
KENNETH S. GARDNER, CLERK
PS REP. - KS

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

------------------------------------------------x
In re:                                          :   Case No. 00-37405
                                                :   (Jointly Administered)
OUTBOARD MARINE CORPORATION,                    :
et al.,                                         :   Chapter 11
                                                :
        Debtors.                                :   Hon. Erwin I. Katz
------------------------------------------------x

**FIRST AND FINAL APPLICATION OF ENTWISTLE & CAPPUCCI, LLC
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
OFFICIAL COMMITTEE OF RETIRED EMPLOYEES OF
OUTBOARD MARINE CORPORATION, FOR THE PERIOD
FROM FEBRUARY 21, 2001 THROUGH NOVEMBER 30, 2001**

| | |
|---|---|
| Name of Applicant: | Entwistle & Cappucci, LLC |
| Authorized to Provide Professional Services to: | Official Committee of Retired and Debtor-in-Possession |
| Date of Order Authorizing Employment: | February 23, 2001 |
| Period for which compensation and reimbursement is sought: | February 21, 2001 through November 30, 2001 |
| Amount of Fees sought: | $ 38,718.50 |
| Amount of Expense Reimbursement sought: | $ 533.65 |

This is an: ___ interim   _X_ final application

1284

Dated: Norwalk, Connecticut
November 29, 2001

                                The Applicant:

                                ENTWISTLE & CAPPUCCI
                                Attorneys for the Official Committee
                                of Retired Employees

By: _____
                                Mark R. Jacobs, Esq.
                                *Counsel for Entwistle & Cappucci*
                                Jacobs Partners LLC
                                Merritt View
                                383 Main Avenue
                                Norwalk, CT 06851

                                Entwistle & Cappucci
                                123 N. Wacker Drive
                                Suite 1800
                                Chicago, IL 60606

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

------------------------------------------------x
In re:                                          :    Case No. 00-37405
                                                :    (Jointly Administered)
OUTBOARD MARINE CORPORATION,                    :
et al.,                                         :    Chapter 11
                                                :
Debtors.                                        :    Hon. Erwin I. Katz
------------------------------------------------x

**FIRST AND FINAL APPLICATION OF ENTWISTLE & CAPPUCCI FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES, FOR THE PERIOD FROM FEBRUARY 21, 2001 THROUGH NOVEMBER 30, 2001**

Entwistle & Cappucci ("Entwistle"), counsel for The Official Committee of Retired Employees of Outboard Marine Corp. (the "Retirees Committee"), as and for its application for final allowance of counsel fees and reimbursement of disbursements, respectfully represents:

**GENERAL BACKGROUND**

1.      On December 22, 2000 (the "Petition Date"), the Debtor filed an involuntary petition in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"). The Debtor continues to operate its business and manage its property as debtor-in-possession under sections 1107(a) and 1108 of the Bankruptcy Code.

2.      No trustee or examiner has been appointed or designated in this case.

3.      An Official Committee of Unsecured Creditors was appointed January 2, 2001, and retained the law firm of D'Ancona & Pflaum, LLC, 111 East Wacker Drive, Chicago, Illinois 60601 on January 12, 2001. The Retirees Committee was appointed on February 21, 2001, and an order entered by the Court on February 23, 2001 authorizing the employment of Entwistle as counsel for the Retirees Committee.

4. This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157(b)(1) and 1334(b). Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

5. The statutory predicate for the relief requested herein is Bankruptcy Code section 330.

6. Entwistle is applying for final compensation pursuant to section 330 of the Bankruptcy Code for legal services performed for the Retirees Committee from February 21, 2001 through November 30, 2001 (the "Application Period") in the amount of $38,718.50 and for reimbursement of actual and necessary out-of-pocket disbursements of $533.65 incurred by Entwistle during the Application Period in connection with such services.

7. No agreement or understanding exists between Entwistle and any other person for the sharing of compensation received or to be received for services rendered in or in connection with this matter except as provided below. Applicant will not, in any form or guise, share or agree to share compensation for services with any person, nor will Entwistle share in the compensation for any other person rendering services in these cases, except as so provided by section 504(b) of the Bankruptcy Code and Rule 2016 of the Bankruptcy Rules.

## DESCRIPTION OF SERVICES

8. All of the professional services for which this final award is being sought hereby were rendered solely on behalf of the Retirees Committee in connection with the chapter 11 proceedings herein and in fulfillment of the responsibility of the Applicant as counsel to the Retirees Committee.

9. The services performed by Entwistle all fall within the category of representing the interests of the Retirees Committee in these chapter 11 proceedings. Specifically, the services performed by BWEM in this category include, meeting with retirees for the purpose of forming and

organizing the Retirees Committee, participating in conferences with retirees and other professionals in this case regarding the rights of the retirees in these chapter 11 proceedings and the need for an official committee of retirees, preparing for and attending the hearings to consider the appointment of an official committee of retirees and the retention of counsel to represent such committee, reviewing and preparing an objection to the Debtor's motion to reject the retirees' pension plan, preparing a motion to withdraw the reference with regard to such motion, attending the hearing on the rejection motion, addressing appeal issues with respect to the order granting the rejection motion, preparing notices of appeal, addressing issues relating to the retirees' insurance benefits and responding to inquiries from member of the Retirees committee and other former employees concerning their benefits.

10. The following is a statement of the number of hours spent and the amount of compensation requested for each professional who worked on this project:

| **Professional** | **Position** | **No. of Hours** | **Compensation Requested** |
|---|---|---|---|
| Andrew J. Entwistle | Partner | 20.7 | $9,315.00 |
| Craig E. Nelson | Partner | 69.4 | $26,025.00 |
| Edward L. Doherty | Associate | 11.8 | $2,242.00 |
| Rachel Davis | Associate | 4.4 | $484.00 |
| Chris de Lise | Associate | 2.9 | $652.50 |
| **Total** | | 109.2 | $38,718.50 |

### THE FEE AND EXPENSE REQUESTED

12. Annexed hereto and made a part hereof as Attachment A are detailed time sheets upon which this fee application is based. Each such time sheet contains a summary of each individual professional's time for the Application Period, itemizing the services performed, dates by each person rendering the service, the time spent in rendering such service, the hourly rate of the

professional rendering the service and the dollar value of such service. Annexed hereto as Attachment B and made a part hereof are statements detailing the actual and necessary out-of-pocket disbursements incurred by Entwistle during the Application Period in connection with services rendered to the Retirees Committee in the chapter 11 proceedings.

13. The services and expenses for which allowance is sought hereby total $38,718.50 and $533.65, respectively. Entwistle has not filed any prior fee applications and has not received any prior payments toward the fees and expenses for which reimbursement is sought in this Application. Entwistle has complied with Fed. R. Bankr. P. 2016(a) in the keeping of its time records and its Rule 2016 Affirmation is annexed hereto.

14. The legal services for which such compensation is requested were performed for the Retirees Committee and not on behalf of any other entity. Such services have been necessary to protect and enforce the rights and interests of the Retirees in connection with these chapter 11 proceedings. The reasonable value of services rendered by Entwistle as counsel to the Retirees Committee in these proceedings is based upon the Applicant's usual hourly rates for matters of this nature.

15. Entwistle requests that the fees and expenses sought in this Application be both allowed and paid, and submits that the source of the proposed payment will be from the Debtor's funds and/or other assets of the Debtor's estate.

**WHEREFORE**, Applicant prays that an allowance be made to it in the sum of $38,718.50 as interim compensation for professional services rendered to the Retirees, in addition to the sum of $533.65 as reimbursement for reasonable and necessary disbursements made on the Retiree's behalf and for such other and further relief that this Court deems just and proper.

Dated: Norwalk, Connecticut
November 29, 2001

        ENTWISTLE & CAPPUCCI
        Attorneys for the Official Committee
        of Retired Employees

By: _____
        Mark R. Jacobs, Esq.
        *Counsel for Entwistle & Cappucci*
        Jacobs Partners LLC
        Merritt View
        383 Main Avenue
        Norwalk, CT 06851

        Entwistle & Cappucci
        123 N. Wacker Drive
        Suite 1800
        Chicago, IL 60606

# Exhibit A

Entwistle & Cappucci LLP

400 Park Avenue
New York, New York 10022

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/29/2001 | 1 |

**BILL TO**

Outboard Marine Corporation

| TERMS | MATTER |
|---|---|
|  |  |

| TIMEKEEPER | SERVICES | TIME | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| AJE | Review materials re: issues before employee committee | 1.8 | 450.00 | 2/21/2001 | 810.00 |
| CEN | Prepare materials re: committee; pre-hearing matters re: termination of benefits; coordinate committee members; telecon w/J. Holt and R. Asma | 7.3 | 375.00 | 2/21/2001 | 2,737.50 |
| AJE | Follow re: benefit issues | 0.9 | 450.00 | 2/22/2001 | 405.00 |
| CEN | Conference call w/committee; review and file order; follow up on committee matters | 6.2 | 375.00 | 2/22/2001 | 2,325.00 |
| CDL | Prepare motions for filing | 0.6 | 225.00 | 2/22/2001 | 135.00 |
| AJE | Review materials re: employment claim in bankruptcy | 0.9 | 450.00 | 2/23/2001 | 405.00 |
| AJE | Review client materials re: information on insurance benefit termination issues for hearing; review research re: committee issues | 3.7 | 450.00 | 2/26/2001 | 1,665.00 |
| CEN | Field calls from many retirees; prepare motion and retention for court | 6.3 | 375.00 | 2/26/2001 | 2,362.50 |
| RD | Read and review employee e-mail messages | 0.2 | 110.00 | 2/26/2001 | 22.00 |
| AJE | Review draft submissions; review materials re insurance issues and application to terminate same | 3.1 | 450.00 | 2/27/2001 | 1,395.00 |
| CEN | Matters re: termination of benefits; prepare for tomorrow's hearing; file motions and answer numerous employee calls | 7.7 | 375.00 | 2/27/2001 | 2,887.50 |
| CDL | Prepare filings for court on certain committee matters | 2.3 | 225.00 | 2/27/2001 | 517.50 |
| AJE | Various telephone calls re: hearing on insurance issues; review various emails and outline responses to committee; related calls | 3.8 | 450.00 | 2/28/2001 | 1,710.00 |
| CEN | Benefit issues; court hearing; follow iup with committee members; return numerous retiree calls/emails | 8.4 | 375.00 | 2/28/2001 | 3,150.00 |
| RD | Read and review employee e-mail messages | 0.1 | 110.00 | 2/28/2001 | 11.00 |

**Total**

Entwistle & Cappucci LLP

400 Park Avenue
New York, New York 10022

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/29/2001 | 1 |

**BILL TO**

Outboard Marine Corporation

| TERMS | MATTER |
|---|---|
| | |

| TIMEKEEPER | SERVICES | TIME | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| AJE | Receipt and review of materials re: bankruptcy/employee issues | 0.8 | 450.00 | 3/1/2001 | 360.00 |
| CEN | Revise retention agreement; numerous calls with retirees re termination of benefits | 7.8 | 375.00 | 3/1/2001 | 2,925.00 |
| CEN | Return numerous calls from retirees; conf. call w/R. Glaser; revise retention application | 4.3 | 375.00 | 3/2/2001 | 1,612.50 |
| AJE | Review issues re: termination of benefits; review tax returns for plan | 1.5 | 450.00 | 3/5/2001 | 675.00 |
| CEN | Calls from retirees | 2.8 | 375.00 | 3/5/2001 | 1,050.00 |
| RD | Read and review employee e-mail messages | 0.2 | 110.00 | 3/5/2001 | 22.00 |
| RD | Research issues relating to COBRA and pension funds | 0.8 | 110.00 | 3/5/2001 | 88.00 |
| AJE | Review e-mails and follow up on insurance issues in bankruptcy | 0.4 | 450.00 | 3/6/2001 | 180.00 |
| AJE | Review various issues | 0.7 | 450.00 | 3/6/2001 | 315.00 |
| CEN | Calls from retirees | 2.6 | 375.00 | 3/6/2001 | 975.00 |
| RD | Read and review employee e-mails | 0.3 | 110.00 | 3/6/2001 | 33.00 |
| AJE | Review e-mails; follow on open employment issues with committee; review documents reference appeal of termination of benefits | 1.6 | 450.00 | 3/7/2001 | 720.00 |
| CEN | Retention Application - discussed S. Thoma; review of file appeal re: benefit plans; file final 1114 Order | 3.8 | 375.00 | 3/7/2001 | 1,425.00 |
| RD | Prepare retention letter to be filed | 0.2 | 110.00 | 3/7/2001 | 22.00 |
| CEN | Retention Applications; discuss w/L. Eastwood | 0.4 | 375.00 | 3/8/2001 | 150.00 |
| AJE | Review various issues re: benefits follow up with Morgenstern | 1.4 | 450.00 | 3/13/2001 | 630.00 |
| RD | Read and review employee e-mails | 0.3 | 110.00 | 3/13/2001 | 33.00 |
| AJE | Telephone call | 0.1 | 450.00 | 3/14/2001 | 45.00 |
| CEN | Discuss Committee/Appeal w/P. Morgenstern and follow up with group | 0.9 | 375.00 | 3/30/2001 | 337.50 |

**Total**

Entwistle & Cappucci LLP

**Invoice**

400 Park Avenue
New York, New York 10022

| DATE | INVOICE # |
|---|---|
| 11/29/2001 | 1 |

**BILL TO**

Outboard Marine Corporation

| TERMS | MATTER |
|---|---|
|  |  |

| TIMEKEEPER | SERVICES | TIME | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| CEN | Teleconference w/Nat'l Benefits Consultants re: health plan; continue attempts to get census data from OMC; discuss w/P. Morgenstern | 1.8 | 375.00 | 4/25/2001 | 675.00 |
| CEN | Amend retention application | 1.3 | 375.00 | 5/4/2001 | 487.50 |
| ELD | Attend to bankruptcy filing difficulties w/C. Nelson | 2 | 190.00 | 5/4/2001 | 380.00 |
| CEN | Obtain transcripts for R. Glaser - Chrmn of Committee; draft retention applications | 1.6 | 375.00 | 5/7/2001 | 600.00 |
| ELD | Receipt and review of motion documents from L. Eastwood; telephone calls (various) w/C. Nelson and L. Eastwood re: service and filing of motion; attend to completion, execution, service and filing of motion papers | 6.1 | 190.00 | 5/7/2001 | 1,159.00 |
| CEN | Send transcripts to R. Glaser and P. Whitehead; file retention applications | 3.6 | 375.00 | 5/8/2001 | 1,350.00 |
| RD | Review issues in case | 0.8 | 110.00 | 5/8/2001 | 88.00 |
| ELD | Conference preparation; telephone calls (various) w/C. Nelson | 2.7 | 190.00 | 5/8/2001 | 513.00 |
| CEN | Prepare for and attend hearing re: retention applications | 2.1 | 375.00 | 5/9/2001 | 787.50 |
| ELD | Telephone call w/M. Jacobs re: motion hearing; telephone call w/C.Nelson re same; conference call w/Court - Judge Katz | 1 | 190.00 | 5/9/2001 | 190.00 |
| RD | Telephone conference w/P.Morgenstern; read and review recent pleadings | 0.5 | 110.00 | 8/7/2001 | 55.00 |
| CEN | Discuss appeal w/P. Morgenstern and R. Glaswer | 0.5 | 375.00 | 8/8/2001 | 187.50 |
| RD | Research rules on filing for appeal | 1 | 110.00 | 8/8/2001 | 110.00 |

**Total** $38,718.50

# Exhibit B

11/29/01

**Entwistle & Cappucci, L.L.P.**
**Customer QuickReport**
February 21 through November 30, 2001

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **In re Outboard Marine Corporation** | | | | | | | |
| Stmt Charge | 2/26/2001 | | Court costs A... | Accounts Receivable | | Filing Fees | 0.00 |
| Stmt Charge | 3/31/2001 | | Vendor West... | Accounts Receivable | | Legal Library | 178.62 |
| Stmt Charge | 5/1/2001 | | Vendor Meck... | Accounts Receivable | | Reimbursed E... | 2.00 |
| Stmt Charge | 5/11/2001 | | Lunch with C... | Accounts Receivable | | Meals | 37.60 |
| Stmt Charge | 5/11/2001 | | Reimbursem... | Accounts Receivable | | Filing Fees | 10.00 |
| Stmt Charge | 5/11/2001 | | Reimbursem... | Accounts Receivable | | Filing Fees | 10.00 |
| Stmt Charge | 5/11/2001 | | Reimbursem... | Accounts Receivable | | Filing Fees | 210.00 |
| Stmt Charge | 5/31/2001 | | Meals while ... | Accounts Receivable | | Meals | 34.00 |
| Stmt Charge | 5/31/2001 | | Outside dupli... | Accounts Receivable | | Reimbursed E... | 34.35 |
| Stmt Charge | 5/31/2001 | | Telephone ch... | Accounts Receivable | | Telephone | 0.33 |
| Stmt Charge | 10/5/2001 | | Vendor Meck... | Accounts Receivable | | Reimbursed E... | 5.00 |
| Stmt Charge | 10/31/2001 | | Telephone ch... | Accounts Receivable | | Telephone | 11.75 |

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

------------------------------------------------x
In re: : Case No. 00-37405
: (Jointly Administered)
OUTBOARD MARINE CORPORATION, :
et al., : Chapter 11
:
Debtors. : Hon. Erwin I. Katz
------------------------------------------------x

## RULE 2016 STATEMENT

Entwistle & Capucci LLP ("E&P") makes this statement pursuant to 11 U.S.C. section 329 and Bankruptcy Rule 2016 setting forth the compensation paid or agreed to be paid to it for services rendered as counsel to the Official Committee of Retired Employees of Outboard Marine Corp. (the "Retirees Committee") in connection with the above-captioned chapter 11 case and the source of such compensation.

1. This Statement is submitted in support of the first and final application of E&P for an allowance of compensation for professional services incurred in the above-captioned chapter 11 proceeding solely in connection with E&P's authorized representation of the Retirees Committee in this case.

2. E&P is seeking compensation for services rendered on behalf of the Retirees Committee at its usual hourly rates for matters of this nature and for reimbursement of expenses, charges and disbursements made in connection therewith upon proper application to the Court.

3. E&P has not to date received any retainer, compensation or reimbursement for any fees or expenses incurred in connection with this case.

4. Except as otherwise may be set forth herein, E&P has not to date shared any portion of said compensation with any other person or entity, other than the attorneys of said law firm.

Further, neither E&P, nor any member thereof, has made any agreement for the sharing of compensation in connection with this case.

Dated: Norwalk, Connecticut
       November 29, 2001

                              ENTWISTLE & CAPUCCI LLP
                              Attorneys for the Official Committee
                              of Retired Employees

By: _____
     Mark R. Jacobs, Esq.
     *Counsel for Entwistle & Capucci*
     Jacobs Partners LLC
     Merritt View
     383 Main Avenue
     Norwalk, CT 06851

     Entwistle & Capucci LLP
     123 N. Wacker Drive
     Suite 1800
     Chicago, IL 60606

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------------------------------x
In re:                                            :    Case No. 00-37405
                                                  :    (Jointly Administered)
OUTBOARD MARINE CORPORATION,                      :
et al.,                                           :    Chapter 11
                                                  :
       Debtors.                                   :    Hon. Erwin I. Katz
---------------------------------------------------------x

## ORDER AWARDING FIRST AND FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO ENTWISTLE & CAPUCCI LLP

Upon the application of Entwistle & Capucci, LLP (the "Applicant"), the duly retained counsel for the Official Committee of Retired Employees of Outboard Marine Corp. (the "Committee") seeking a first and final allowance of counsel fees and disbursements made pursuant to section 330 of the Bankruptcy Code (the "Application"); and

Upon the time records and other supporting documentation submitted by said Applicant and upon all prior pleadings and proceedings heretofore had herein, due deliberation having been had, and sufficient cause appearing to me therefore, it is hereby

**ORDERED**, that the Applicant is allowed final compensation for services rendered as counsel to the Debtor in this case in the sum of $38,718.50 and reimbursement of expenses in connection therewith in the sum of $533.65.

Dated: _____

                                          _____
                                          Hon. Erwin I. Katz
                                          United States Bankruptcy Judge