E O D  DEC 0 3 2001

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

```
--------------------------------------------------x
In re:                                       :
                                             :
OUTBOARD MARINE CORPORATION,                 :
et al.,                                      :
                                             :
            Debtors.                         :
--------------------------------------------------x
```

Case No. 00-37405
(Jointly Administered)

Chapter 11

Hon. Erwin I. Katz

**F I L E D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

**NOV 3 0 2001**

**KENNETH S. GARDNER, CLERK**
**PS REP. - AI**

### FIRST AND FINAL APPLICATION OF BRAGAR WEXLER EAGEL & MORGENSTERN FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES, FOR THE PERIOD FROM FEBRUARY 21, 2001 <u>THROUGH NOVEMBER 30, 2001</u>

Bragar Wexler Eagel & Morgenstern ("BWEM"), counsel for The Official Committee of Retired Employees of Outboard Marine Corp. (the "Retirees Committee"), as and for its application for final allowance of counsel fees and reimbursement of disbursements, respectfully represents:

### <u>GENERAL BACKGROUND</u>

1.      On December 22, 2000 (the "Petition Date"), the Debtor filed an involuntary petition in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"). The Debtor continues to operate its business and manage its property as debtor-in-possession under sections 1107(a) and 1108 of the Bankruptcy Code.

2.      No trustee or examiner has been appointed or designated in this case.

12-85

3.    An Official Committee of Unsecured Creditors was appointed January 2,
2001, and retained the law firm of D'Ancona & Pflaum, LLC, 111 East Wacker Drive, Chicago,
Illinois 60601 on January 12, 2001. The Retirees Committee was appointed on February 21,
2001, and an order entered by the Court on February 23, 2001 authorizing the employment of
BWEM as counsel for the Retirees Committee.

4.    This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157(b)(1) and
1334(b). Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under
28 U.S.C. § 157(b)(2).

5.    The statutory predicate for the relief requested herein is Bankruptcy Code section
330.

6.    BWEM is applying for final compensation pursuant to section 330 of the
Bankruptcy Code for legal services performed for the Retirees Committee from February 21,
2001 through November 30, 2001 (the "Application Period") in the amount of $66,013.00 and
for reimbursement of actual and necessary out-of-pocket disbursements of $3,724.17 incurred by
BWEM during the Application Period in connection with such services.

7.    No agreement or understanding exists between BWEM and any other person for
the sharing of compensation received or to be received for services rendered in or in connection
with this matter except as provided below. Applicant will not, in any form or guise, share or
agree to share compensation for services with any person, nor will BWEM share in the
compensation for any other person rendering services in these cases, except as so provided by
section 504(b) of the Bankruptcy Code and Rule 2016 of the Bankruptcy Rules.

## DESCRIPTION OF SERVICES

8.    All of the professional services for which this final award is being sought hereby
were rendered solely on behalf of the Retirees Committee in connection with the chapter 11
proceedings herein and in fulfillment of the responsibility of the Applicant as counsel to the
Retirees Committee.

9.    The services performed by BWEM all fall within the category of representing the
interests of the Retirees Committee in these chapter 11 proceedings.  Specifically, the services
performed by BWEM in this category include, meeting with retirees for the purpose of forming
and organizing the Retirees Committee, participating in conferences with retirees and other
professionals in this case regarding the rights of the retirees in these chapter 11 proceedings and
the need for an official committee of retirees, preparing for and attending the hearings to
consider the appointment of an official committee of retirees and the retention of counsel to
represent such committee, reviewing and preparing an objection to the Debtor's motion to reject
the retirees' pension plan, preparing a motion to withdraw the reference with regard to such
motion, attending the hearing on the rejection motion, addressing appeal issues with respect to
the order granting the rejection motion, preparing notices of appeal, addressing issues relating to
the retirees' insurance benefits and responding to inquiries from member of the Retirees
committee and other former employees concerning their benefits.

10.    In addition to the services described above, BWEM professionals spent a total of
31.8 hours in preparing this Application and supporting documents.  More specifically, 24.3
hours of the time listed below for paralegal, Ellasandra Davis, was spent in preparing this
Application and 7.5 hours of Attorney Lane's time was spent in preparing this Application.  The

following is a statement of the number of hours spent and the amount of compensation requested

for each professional who worked on this project:

| Professional | Position | No, of Hours | Compensation Requested |
|---|---|---|---|
| Raymond A. Bragar | Partner | 10.0 | $4,000.00 |
| Peter D. Morgenstern | Partner | 60.25 | $27,112.50 |
| Lisa Eastwood | Associate | 12.80 | $4,928.00 |
| Gregory Blue | Associate | 1.5 | $450.00 |
| Kandra Payne | Paralegal | 6.5 | $552.50 |
| Mark R. Jacobs | Of Counsel | 46.0 | $20,700.00 |
| Robert M. Fleischer | Of Counsel | 3.4 | $1,190.00 |
| Leslie L. Lane | Of Counsel | 15.5 | $4,650.00 |
| Ellasandra E. Davis | Paralegal | 24.3 | $2,430.00 |
| **Total** | | **180.25** | **$66,013.00** |

## THE FEE AND EXPENSE REQUESTED

12.    Annexed hereto and made a part hereof as Attachment A are detailed time sheets

upon which this fee application is based. Each such time sheet contains a summary of each

individual professional's time for the Application Period, itemizing the services performed, dates

by each person rendering the service, the time spent in rendering such service, the hourly rate of

the professional rendering the service and the dollar value of such service. Annexed hereto as

Attachment B and made a part hereof are statements detailing the actual and necessary out-of-

pocket disbursements incurred by BWEM during the Application Period in connection with

services rendered to the Retirees Committee in the chapter 11 proceedings.

13.     The services and expenses for which allowance is sought hereby total $66,013.00 and $3,724.17, respectively. BWEM has not filed any prior fee applications and has not received any prior payments toward the fees and expenses for which reimbursement is sought in this Application. BWEM has complied with Fed. R. Bankr. P. 2016(a) in the keeping of its time records and its Rule 2016 Affirmation is annexed hereto.

14.     The legal services for which such compensation is requested were performed for the Retirees Committee and not on behalf of any other entity. Such services have been necessary to protect and enforce the rights and interests of the Retirees in connection with these chapter 11 proceedings. The reasonable value of services rendered by BWEM as counsel to the Retirees Committee in these proceedings is based upon the Applicant's usual hourly rates for matters of this nature.

15.     BWEM requests that the fees and expenses sought in this Application be both allowed and paid, and submits that the source of the proposed payment will be from the Debtor's funds and/or other assets of the Debtor's estate.

**WHEREFORE,** Applicant prays that an allowance be made to it in the sum of $66,013.00 as final compensation for professional services rendered to the Retirees Committee, in addition to the sum of $3,724.17 as reimbursement for reasonable and necessary disbursements made on the Retirees Committee's behalf and for such other and further relief as this Court deems just and proper.

Dated: Norwalk, Connecticut
November 29, 2001

                        BRAGAR WEXLER EAGEL &
                        MORGENSTERN
                        Attorneys for the Official Committee
                        of Retired Employees

By: _____
                        Mark R. Jacobs, Esq.
                        900 Third Avenue
                        New York, NY 10022
                        (212) 308-5858

                        *Special Counsel to Bragar Wexler Eagel &*
                        *Morgenstern, Attorneys for the Official*
                        *Committee of Retired Employees*

# Exhibit A

Bragar Wexler Eagel & Morgenstern, LLP

# Invoice

900 Third Avenue
New York, NY 10022

| DATE | INVOICE # |
|---|---|
| 11/29/2001 | 1 |

**BILL TO**

Outboard Marine

|  |  | TERMS | | MATTER | |

| TIMEKEEPER | SERVICES | TIME | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| LKE | Begin work on motion to withdraw reference | 2.2 | 385.00 | 2/21/2001 | 847.00 |
| PDM | Participate in committee conference call; tel. w/M. Jacobs re same | 2 | 450.00 | 2/21/2001 | 900.00 |
| PDM | Review pleadings re rejection of employee plans and tel. w/M. Jacobs re response | 1.8 | 450.00 | 2/21/2001 | 810.00 |
| PDM | Review issues re rejection motions and review cases, statute and relevant rules; cases on withdrawal of reference | 2.25 | 450.00 | 2/22/2001 | 1,012.50 |
| RAB | Work on motions; Call Boldin | 4.8 | 400.00 | 2/23/2001 | 1,920.00 |
| KP | Draft and revisions to documents for PDM re order, application and affidavit | 4.5 | 85.00 | 2/23/2001 | 382.50 |
| PDM | Participation in committee conference call | 1.5 | 450.00 | 2/23/2001 | 675.00 |
| PDM | Continue review of debtor's application: cases and statutes | 1.3 | 450.00 | 2/23/2001 | 585.00 |
| RAB | Work on opposition to motions. Draft letter demanding information | 4.9 | 400.00 | 2/24/2001 | 1,960.00 |
| PDM | Review and revise objection and tel. w/M. Jacobs re same | 2.8 | 450.00 | 2/25/2001 | 1,260.00 |
| PDM | Begin preparation for hearing: review all pleadings; tel. w/union reps and co-counsel | 6.6 | 450.00 | 2/26/2001 | 2,970.00 |
| PDM | Continue preparation for hearing; meet w/clients and debtor; creditors' committee; tel. w/brokers re substitute coverage | 14.5 | 450.00 | 2/27/2001 | 6,525.00 |
| RAB | Consult as to tro | 0.3 | 400.00 | 2/28/2001 | 120.00 |
| PDM | Attend hearing on rejection motion; meet w/clients and preparation | 12.2 | 450.00 | 2/28/2001 | 5,490.00 |
| PDM | Revise retention pleadings | 2.25 | 450.00 | 3/1/2001 | 1,012.50 |
| PDM | Tel. w/employee consultants re substitute coverage; many calls from employees | 3.25 | 450.00 | 3/2/2001 | 1,462.50 |
| PDM | Field calls from retirees | 4.2 | 450.00 | 3/5/2001 | 1,890.00 |
| LKE | Telecon PDM ; telecons to employees | 1.1 | 385.00 | 3/6/2001 | 423.50 |
| PDM | Take employee calls; research on substitute plans | 2.1 | 450.00 | 3/6/2001 | 945.00 |

**Total**

Bragar Wexler Eagel & Morgenstern, LLP

# Invoice

900 Third Avenue
New York, NY 10022

| DATE | INVOICE # |
|------|-----------|
| 11/29/2001 | 1 |

**BILL TO**

Outboard Marine

| | TERMS | MATTER |
|---|-------|--------|
| | | |

| TIMEKEEPER | SERVICES | TIME | RATE | DATE | AMOUNT |
|------------|----------|------|------|------|--------|
| LKE | Telecon Jacobs; telecon C Nelson; draft notices of motion | 1.4 | 385.00 | 3/8/2001 | 539.00 |
| LKE | Telecon Jacobs; telecon PDM; finalize notices of motion; arrange service | 3.6 | 385.00 | 3/9/2001 | 1,386.00 |
| KP | Preparation of documents, preparation of affidavit of service | 2 | 85.00 | 3/9/2001 | 170.00 |
| PDM | Calls w/retirees; tel. w/Entwhistle re potential alternatives for rejected plans | 0.8 | 450.00 | 3/13/2001 | 360.00 |
| LKE | Additional work on motion and mootness issues | 4.1 | 385.00 | 3/23/2001 | 1,578.50 |
| PDM | Tel. re appeal w/committee member and Nelson | 0.75 | 450.00 | 3/30/2001 | 337.50 |
| PDM | Tel. w/Nelson; letter to OMC and tel. call to counsel re census data | 1.25 | 450.00 | 4/25/2001 | 562.50 |
| GB | Telecons C Nelson, E Doherty, PDM, and LKE re filing of motions for appointment of BWEM and E&C as counsel | 1.5 | 300.00 | 5/4/2001 | 450.00 |
| PDM | Tel. w/Entwhistle office re retention and scope of continuing committee tasks | 0.7 | 450.00 | 8/7/2001 | 315.00 |
| LKE | Obtain retention information for fee application | 0.4 | 385.00 | 11/12/2001 | 154.00 |

**Total** $37,043.00

Bragar Wexler Eagel & Morgenstern

**Invoice**

900 Third Avenue
New York, NY 10022

| DATE | INVOICE # |
|------|-----------|
| 11/29/2001 | 1 |

| BILL TO |
|---------|
| Outboard Marine |

| | TERMS | MATTER |
|---|-------|--------|
| | | |

| TIMEKEEPER | SERVICES | TIME | RATE | DATE | AMOUNT |
|------------|----------|------|------|------|--------|
| MRJ/Inv | Committee organization conference call | 2 | 450.00 | 2/21/2001 | 900.00 |
| MRJ/Inv | Review debtors 1114, 363 pleadings | 2 | 450.00 | 2/21/2001 | 900.00 |
| MRJ/Inv | Draft 1114 order | 0.5 | 450.00 | 2/21/2001 | 225.00 |
| MRJ/Inv | Prepare, attend hearing | 1 | 450.00 | 2/21/2001 | 450.00 |
| MRJ/Inv | Attn debtors 1114, 363 pleadings | 2 | 450.00 | 2/22/2001 | 900.00 |
| MRJ/Inv | Attn objections | 2 | 450.00 | 2/22/2001 | 900.00 |
| MRJ/Inv | Prepare, attend committee conference call | 1.5 | 450.00 | 2/22/2001 | 675.00 |
| MRJ/Inv | Attn 1114, 363 objections | 5 | 450.00 | 2/23/2001 | 2,250.00 |
| MRJ/Inv | Revise objections; telecon P Morgenstern re same | 2 | 450.00 | 2/25/2001 | 900.00 |
| LLL/Inv | Review Debtor's motion to Terminate Pension Plan and legal research and office conference with MRJ re: Same. | 2.8 | 300.00 | 2/26/2001 | 840.00 |
| MRJ/Inv | Attn objections | 4 | 450.00 | 2/26/2001 | 1,800.00 |
| MRJ/Inv | 1114 research | 1.5 | 450.00 | 2/26/2001 | 675.00 |
| LLL/Inv | Office conference with MRJ re: Legal research relating to Debtor's motion to terminate pension plan and further research re: Same; Shepardize cases cited in Debtor's motion. | 2.6 | 300.00 | 2/27/2001 | 780.00 |
| MRJ/Inv | Attn objections | 4.5 | 450.00 | 2/27/2001 | 2,025.00 |
| MRJ/Inv | Prepare, attend committee conference call | 1.5 | 450.00 | 2/27/2001 | 675.00 |
| MRJ/Inv | Prepare, attend conference call debtor, creditors committee, banks | 1.5 | 450.00 | 2/27/2001 | 675.00 |
| MRJ/Inv | Attn 1114 reschedule | 1.5 | 450.00 | 2/28/2001 | 675.00 |
| MRJ/Inv | Telecons P Morgenstern, J Boulden re strategy | 1 | 450.00 | 2/28/2001 | 450.00 |
| MRJ/Inv | Prepare, attend conference call debtor, creditors committee re settlement | 1 | 450.00 | 2/28/2001 | 450.00 |
| LLL/Inv | Office conference w/MRJ re hearing on termination of plan and research re same | 1.4 | 300.00 | 2/28/2001 | 420.00 |
| MRJ/Inv | Attn Katz order, appeals grounds | 2.5 | 450.00 | 3/1/2001 | 1,125.00 |
| MRJ/Inv | Attn insurance issues | 0.5 | 450.00 | 3/2/2001 | 225.00 |
| MRJ/Inv | Attn appeal issues | 1 | 450.00 | 3/2/2001 | 450.00 |
| MRJ/Inv | Attn committee order, petition pleadings | 1 | 450.00 | 3/5/2001 | 450.00 |

**Total**

Bragar Wexler Eagel & Morgenstern, LP

# Invoice

900 Third Avenue
New York, NY 10022

| DATE | INVOICE # |
|------|-----------|
| 11/29/2001 | 1 |

| BILL TO |
|---------|
| Outboard Marine |

| | TERMS | MATTER |
|---|---|---|
| | | |

| TIMEKEEPER | SERVICES | TIME | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| LLL/Inv | Office conference with MRJ and RMF re: Notice of Appeals and research re: Time to file same and cost to file same. | 0.5 | 300.00 | 3/5/2001 | 150.00 |
| MRJ/Inv | Attn appeals issues | 1 | 450.00 | 3/6/2001 | 450.00 |
| MRJ/Inv | Attn appeals issues | 2 | 450.00 | 3/7/2001 | 900.00 |
| MRJ/Inv | Attn retention | 0.5 | 450.00 | 3/7/2001 | 225.00 |
| RMF/Inv | Prepare Notices of Appeal, review procedure, conf. with local counsel, conf. with MRJ, review procedure for service, etc. | 2.5 | 350.00 | 3/7/2001 | 875.00 |
| MRJ/Inv | Attn retention pleadings, service | 1 | 450.00 | 3/8/2001 | 450.00 |
| RMF/Inv | T/c counsel, re: statement of issues on appeal, t/c local counsel | 0.5 | 350.00 | 3/16/2001 | 175.00 |
| LLL/Inv | Telephone conference's with MRJ and B. Clazer re: Conference call. | 0.7 | 300.00 | 3/21/2001 | 210.00 |
| MRJ/Inv | Attn committee meeting agenda | 0.5 | 450.00 | 3/21/2001 | 225.00 |
| MRJ/Inv | Prepare, attend retention hearing | 1.5 | 450.00 | 5/9/2001 | 675.00 |
| RMF/Inv | O/c MRJ, review note and papers from E&C, re: appeal status, | 0.4 | 350.00 | 7/18/2001 | 140.00 |
| EED/02 | Conference w/M Jacobs re fee app; telecon L East wood re same | 0.5 | 100.00 | 11/8/2001 | 50.00 |
| EED/02 | Telecon P Morgenstern | 0.1 | 100.00 | 11/9/2001 | 10.00 |
| EED/02 | Begin drafting fee app; telecon L Eastwood re time records; conference w/P Morgenstern re same | 4 | 100.00 | 11/12/2001 | 400.00 |
| EED/02 | Draft fee app | 5 | 100.00 | 11/13/2001 | 500.00 |
| EED/02 | Setup file for BWE&M in Quickbooks; enter BWE&M time data and expenses | 2.5 | 100.00 | 11/15/2001 | 250.00 |
| EED/02 | Prepare draft fee application for MRJ; office conference w/MRJ | 0.5 | 100.00 | 11/26/2001 | 50.00 |
| EED/02 | Telecon P Morgenstern | 0.2 | 100.00 | 11/27/2001 | 20.00 |
| EED/02 | Work on fee application | 5 | 100.00 | 11/28/2001 | 500.00 |
| LLL/Inv | Work on fee application | 2.5 | 300.00 | 11/28/2001 | 750.00 |
| EED/02 | Work on fee application, telecon P Morgenstern | 6.5 | 100.00 | 11/29/2001 | 650.00 |

## Total

Bragar Wexler Eagel & Morgenstern LLP

# Invoice

900 Third Avenue
New York, NY 10022

| DATE | INVOICE # |
|------|-----------|
| 11/29/2001 | 1 |

**BILL TO**

Outboard Marine

| | | TERMS | | MATTER | |
|---|---|---|---|---|---|

| TIMEKEEPER | SERVICES | TIME | RATE | DATE | AMOUNT |
|------------|----------|------|------|------|--------|
| LLL/Inv | Work on fee application | 5 | 300.00 | 11/29/2001 | 1,500.00 |

| | **Total** | **$28,970.00** |
|---|---|---|

# Exhibit B

Bragar Wexler Eagel & Morgenstern LLP

11/29/01

# Customer QuickReport
## February 21 through November 30, 2001

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| **Outboard Marine** | | | | | | | |
| Stmt Charge | 2/23/2001 | | Travel Agenc... | Accounts Receivable | | Travel & Ent | 150.00 |
| Stmt Charge | 2/23/2001 | | Airplane ticke... | Accounts Receivable | | Travel & Ent | 570.00 |
| Stmt Charge | 2/27/2001 | | Meals while ... | Accounts Receivable | | Meals | 33.26 |
| Stmt Charge | 2/28/2001 | | Hotel while st... | Accounts Receivable | | Travel & Ent | 421.60 |
| Stmt Charge | 3/1/2001 | | Parking at air... | Accounts Receivable | | Travel & Ent | 48.30 |
| Stmt Charge | 3/1/2001 | | Hotel while st... | Accounts Receivable | | Travel & Ent | 396.41 |
| Stmt Charge | 3/20/2001 | | | Accounts Receivable | | Reference Mat... | 143.23 |
| Stmt Charge | 3/27/2001 | | | Accounts Receivable | | Postage and ... | 134.40 |
| Stmt Charge | 5/17/2001 | | FedEx | Accounts Receivable | | Overnight Deli... | 75.94 |
| Stmt Charge | 5/25/2001 | | FedEx | Accounts Receivable | | Overnight Deli... | 37.18 |
| Stmt Charge | 10/5/2001 | | FedEx | Accounts Receivable | | Overnight Deli... | 14.04 |
| Stmt Charge | 10/19/200' | | FedEx | Accounts Receivable | | Overnight Dell... | 46.14 |
| Stmt Charge | 11/15/200' | | | Accounts Receivable | | Clerical | 479.50 |
| Stmt Charge | 11/15/200' | | | Accounts Receivable | | Professional F... | 917.50 |
| Stmt Charge | 11/15/200' | | | Accounts Receivable | | Messenger | 8.00 |
| Stmt Charge | 11/15/200' | | Long Distanc... | Accounts Receivable | | Telephone | 34.57 |
| Stmt Charge | 11/15/200' | | | Accounts Receivable | | Professional F... | 24.00 |
| Stmt Charge | 11/15/200' | | Velobinding | Accounts Receivable | | Professional F... | 2.50 |
| Stmt Charge | 2/26/2001 | | faxes-efax in... | 2000 · Accounts Re... | | 4130 · Reimbu... | 9.95 |
| Stmt Charge | 2/28/2001 | | photocopy se... | 2000 · Accounts Re... | | 4139 · Printing... | 4.65 |
| Stmt Charge | 2/28/2001 | | faxes-monthl... | 2000 · Accounts Re... | | 4130 · Reimbu... | 173.00 |

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

----------------------------------------------------x

In re:                                    :    Case No. 00-37405
                                          :    (Jointly Administered)
OUTBOARD MARINE CORPORATION,              :
et al.,                                   :    Chapter 11
                                          :
        Debtors.                          :    Hon. Erwin I. Katz
----------------------------------------------------x

### RULE 2016 STATEMENT

Bragar Wexler Eagel & Morgenstern, LLP ("BWEM") makes this statement pursuant to 11

U.S.C. section 329 and Bankruptcy Rule 2016 setting forth the compensation paid or agreed to be

paid to it for services rendered as counsel to the Official Committee of Retired Employees of

Outboard Marine Corp. (the "Retirees Committee") in connection with the above-captioned chapter

11 case and the source of such compensation.

1.      This Statement is submitted in support of the first and final application of BWEM

for an allowance of compensation for professional services incurred in the above-captioned chapter

11 proceeding solely in connection with BWEM's authorized representation of the Retirees

Committee in this case.

2.      BWEM is seeking compensation for services rendered on behalf of the Retirees

Committee at its usual hourly rates for matters of this nature and for reimbursement of expenses,

charges and disbursements made in connection therewith upon proper application to the Court.

3.      BWEM has not to date received any retainer, compensation or reimbursement for

any fees or expenses incurred in connection with this case.

4.      Except as otherwise may be set forth herein, BWEM has not to date shared any

portion of said compensation with any other person or entity, other than the attorneys of said law

firm. Further, neither BWEM, nor any member thereof, has made any agreement for the sharing of

compensation in connection with this case.

Dated: Norwalk, Connecticut
      November 29, 2001

                        BRAGAR WEXLER EAGEL
                          & MORGENSTERN, LLP
                        Attorneys for the Official Committee
                        of Retired Employees

By: _____
      Mark R. Jacobs, Esq.
      900 Third Avenue
      New York, NY 10022
      (212) 308-5858

      *Special Counsel to Bragar Wexler Eagel &*
      *Morgenstern, Attorneys for the Official*
      *Committee of Retired Employees*

## UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

---------------------------------------------------x
In re:                                         :   Case No. 00-37405
                                               :   (Jointly Administered)
OUTBOARD MARINE CORPORATION,                   :
et al.,                                        :
                                               :   Chapter 11
                                               :
        Debtors.                               :   Hon. Erwin I. Katz
---------------------------------------------------x

## ORDER AWARDING FIRST AND FINAL ALLOWANCE OF
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## TO BRAGAR WEXLER EAGEL & MORGENSTERN, LLP

Upon the application of Bragar Wexler Eagel & Morgenstern, LLP (the "Applicant"), the

duly retained counsel for the Official Committee of Retired Employees of Outboard Marine Corp.

(the "Committee") seeking a first and final allowance of counsel fees and disbursements made

pursuant to section 330 of the Bankruptcy Code (the "Application"); and

Upon the time records and other supporting documentation submitted by said Applicant and

upon all prior pleadings and proceedings heretofore had herein, due deliberation having been had,

and sufficient cause appearing to me therefore, it is hereby

**ORDERED**, that the Applicant is allowed final compensation for services rendered as

counsel to the Debtor in this case in the sum of $66,013.00 and reimbursement of expenses in

connection therewith in the sum of $3,724.17.

Dated: _____


                                    _____
                                    Hon. Erwin I. Katz
                                    United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

---------------------------------------------------------x
In re:                                          :     Case No. 00-37405
                                                :     (Jointly Administered)
OUTBOARD MARINE CORPORATION,                    :
et al.,                                         :     Chapter 11
                                                :
         Debtors.                               :     Hon. Erwin I. Katz
---------------------------------------------------------x

**FIRST AND FINAL APPLICATION OF BRAGR WEXLER EAGEL**
**& MORGENSTERN, LLP FOR COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO**
**OFFICIAL COMMITTEE OF RETIRED EMPLOYEES OF**
**OUTBOARD MARINE CORPORATION, FOR THE PERIOD**
**FROM FEBRUARY 21, 2001 THROUGH NOVEMBER 30, 2001**

Name of Applicant:                              Bragar Wexler Eagel &
                                                Morgenstern, LLP

Authorized to Provide                           Official Committee of
Professional Services to:                       Retired Employees

Date of Order Authorizing                       February 23, 2001
Employment:

Period for which compensation and               February 21, 2001 through
reimbursement is sought:                        November 30, 2001

Amount of Fees sought:                          $66,013.00

Amount of Expense Reimbursement sought:         $3,724.17

This is an: ____interim   X   final application

Dated: Norwalk, Connecticut
      November 29, 2001

The Applicant:

BRAGAR WEXLER EAGEL &
MORGENSTERN
Attorneys for the Official Committee
of Retired Employees

By: _____
Mark R. Jacobs, Esq.
900 Third Avenue
New York, NY 10022
(212) 308-5858

*Special Counsel to Bragar Wexler Eagel &*
*Morgenstern, Attorneys for the Official*
*Committee of Retired Employees*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
------------------------------------------------x
In re:                                          :   Case No. 00-37405
                                                :   (Jointly Administered)
OUTBOARD MARINE CORPORATION,                    :
et al.,                                         :   Chapter 11
                                                :
        Debtors.                                :   Hon. Erwin I. Katz
------------------------------------------------x
```

### FIRST AND FINAL APPLICATION OF BRAGAR WEXLER EAGEL & MORGENSTERN FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES, FOR THE PERIOD FROM FEBRUARY 21, 2001 <u>THROUGH NOVEMBER 30, 2001</u>

Bragar Wexler Eagel & Morgenstern ("BWEM"), counsel for The Official Committee of Retired Employees of Outboard Marine Corp. (the "Retirees Committee"), as and for its application for final allowance of counsel fees and reimbursement of disbursements, respectfully represents:

### <u>GENERAL BACKGROUND</u>

1.      On December 22, 2000 (the "Petition Date"), the Debtor filed an involuntary petition in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"). The Debtor continues to operate its business and manage its property as debtor-in-possession under sections 1107(a) and 1108 of the Bankruptcy Code.

2.      No trustee or examiner has been appointed or designated in this case.

3.    An Official Committee of Unsecured Creditors was appointed January 2,

2001, and retained the law firm of D'Ancona & Pflaum, LLC, 111 East Wacker Drive, Chicago,

Illinois 60601 on January 12, 2001. The Retirees Committee was appointed on February 21,

2001, and an order entered by the Court on February 23, 2001 authorizing the employment of

BWEM as counsel for the Retirees Committee.

4.    This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157(b)(1) and

1334(b). Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under

28 U.S.C. § 157(b)(2).

5.    The statutory predicate for the relief requested herein is Bankruptcy Code section

330.

6.    BWEM is applying for final compensation pursuant to section 330 of the

Bankruptcy Code for legal services performed for the Retirees Committee from February 21,

2001 through November 30, 2001 (the "Application Period") in the amount of $66,013.00 and

for reimbursement of actual and necessary out-of-pocket disbursements of $3,724.17 incurred by

BWEM during the Application Period in connection with such services.

7.    No agreement or understanding exists between BWEM and any other person for

the sharing of compensation received or to be received for services rendered in or in connection

with this matter except as provided below. Applicant will not, in any form or guise, share or

agree to share compensation for services with any person, nor will BWEM share in the

compensation for any other person rendering services in these cases, except as so provided by

section 504(b) of the Bankruptcy Code and Rule 2016 of the Bankruptcy Rules.

## DESCRIPTION OF SERVICES

8.    All of the professional services for which this final award is being sought hereby
were rendered solely on behalf of the Retirees Committee in connection with the chapter 11
proceedings herein and in fulfillment of the responsibility of the Applicant as counsel to the
Retirees Committee.

9.    The services performed by BWEM all fall within the category of representing the
interests of the Retirees Committee in these chapter 11 proceedings.  Specifically, the services
performed by BWEM in this category include, meeting with retirees for the purpose of forming
and organizing the Retirees Committee, participating in conferences with retirees and other
professionals in this case regarding the rights of the retirees in these chapter 11 proceedings and
the need for an official committee of retirees, preparing for and attending the hearings to
consider the appointment of an official committee of retirees and the retention of counsel to
represent such committee, reviewing and preparing an objection to the Debtor's motion to reject
the retirees' pension plan, preparing a motion to withdraw the reference with regard to such
motion, attending the hearing on the rejection motion, addressing appeal issues with respect to
the order granting the rejection motion, preparing notices of appeal, addressing issues relating to
the retirees' insurance benefits and responding to inquiries from member of the Retirees
committee and other former employees concerning their benefits.

10.    In addition to the services described above, BWEM professionals spent a total of
31.8 hours in preparing this Application and supporting documents.  More specifically, 24.3
hours of the time listed below for paralegal, Ellasandra Davis, was spent in preparing this
Application and 7.5 hours of Attorney Lane's time was spent in preparing this Application.  The

following is a statement of the number of hours spent and the amount of compensation requested

for each professional who worked on this project:

| Professional | Position | No. of Hours | Compensation Requested |
|---|---|---|---|
| Raymond A. Bragar | Partner | 10.0 | $4,000.00 |
| Peter D. Morgenstern | Partner | 60.25 | $27,112.50 |
| Lisa Eastwood | Associate | 12.80 | $4,928.00 |
| Gregory Blue | Associate | 1.5 | $450.00 |
| Kandra Payne | Paralegal | 6.5 | $552.50 |
| Mark R. Jacobs | Of Counsel | 46.0 | $20,700.00 |
| Robert M. Fleischer | Of Counsel | 3.4 | $1,190.00 |
| Leslie L. Lane | Of Counsel | 15.5 | $4,650.00 |
| Ellasandra E. Davis | Paralegal | 24.3 | $2,430.00 |
| **Total** | | **180.25** | **$66,013.00** |

## THE FEE AND EXPENSE REQUESTED

12.     Annexed hereto and made a part hereof as Attachment A are detailed time sheets

upon which this fee application is based.  Each such time sheet contains a summary of each

individual professional's time for the Application Period, itemizing the services performed, dates

by each person rendering the service, the time spent in rendering such service, the hourly rate of

the professional rendering the service and the dollar value of such service.  Annexed hereto as

Attachment B and made a part hereof are statements detailing the actual and necessary out-of-

pocket disbursements incurred by BWEM during the Application Period in connection with

services rendered to the Retirees Committee in the chapter 11 proceedings.

13.     The services and expenses for which allowance is sought hereby total $66,013.00

and $3,724.17, respectively.  BWEM has not filed any prior fee applications and has not received

any prior payments toward the fees and expenses for which reimbursement is sought in this

Application.  BWEM has complied with Fed. R. Bankr. P. 2016(a) in the keeping of its time

records and its Rule 2016 Affirmation is annexed hereto.

14.     The legal services for which such compensation is requested were performed for

the Retirees Committee and not on behalf of any other entity.  Such services have been necessary

to protect and enforce the rights and interests of the Retirees in connection with these chapter 11

proceedings.  The reasonable value of services rendered by BWEM as counsel to the Retirees

Committee in these proceedings is based upon the Applicant's usual hourly rates for matters of

this nature.

15.     BWEM requests that the fees and expenses sought in this Application be both

allowed and paid, and submits that the source of the proposed payment will be from the Debtor's

funds and/or other assets of the Debtor's estate.

**WHEREFORE,** Applicant prays that an allowance be made to it in the sum of

$66,013.00 as final compensation for professional services rendered to the Retirees Committee,

in addition to the sum of $3,724.17 as reimbursement for reasonable and necessary

disbursements made on the Retirees Committee's behalf and for such other and further relief as

this Court deems just and proper.

Dated: Norwalk, Connecticut
    November 29, 2001

                    BRAGAR WEXLER EAGEL &
                    MORGENSTERN
                    Attorneys for the Official Committee
                    of Retired Employees


                By: _____
                    Mark R. Jacobs, Esq.
                    900 Third Avenue
                    New York, NY 10022
                    (212) 308-5858

                    *Special Counsel to Bragar Wexler Eagel &
                    Morgenstern, Attorneys for the Official
                    Committee of Retired Employees*

**EXHIBIT A**

Bragar Wexler Eagel & Morgenstern, LLP

**Invoice**

900 Third Avenue
New York, NY 10022

| DATE | INVOICE # |
|------|-----------|
| 11/29/2001 | 1 |

**BILL TO**

Outboard Marine

| | TERMS | | MATTER |
|---|---|---|---|
| | | | |

| TIMEKEEPER | SERVICES | TIME | RATE | DATE | AMOUNT |
|------------|----------|------|------|------|--------|
| LKE | Begin work on motion to withdraw reference | 2.2 | 385.00 | 2/21/2001 | 847.00 |
| PDM | Participate in committee conference call; tel. w/M Jacobs re same | 2 | 450.00 | 2/21/2001 | 900.00 |
| PDM | Review pleadings re rejection of employee plans and tel. w/M. Jacobs re response | 1.8 | 450.00 | 2/21/2001 | 810.00 |
| PDM | Review issues re rejection motions and review cases, statute and relevant rules; cases on withdrawal of reference | 2.25 | 450.00 | 2/22/2001 | 1,012.50 |
| RAB | Work on motions; Call Boldin | 4.8 | 400.00 | 2/23/2001 | 1,920.00 |
| KP | Draft and revisions to documents for PDM re order, application and affidavit | 4.5 | 85.00 | 2/23/2001 | 382.50 |
| PDM | Participation in committee conference call | 1.5 | 450.00 | 2/23/2001 | 675.00 |
| PDM | Continue review of debtor's application; cases and statutes | 1.3 | 450.00 | 2/23/2001 | 585.00 |
| RAB | Work on opposition to motions. Draft letter demanding information | 4.9 | 400.00 | 2/24/2001 | 1,960.00 |
| PDM | Review and revise objection and tel. w/M. Jacobs re same | 2.8 | 450.00 | 2/25/2001 | 1,260.00 |
| PDM | Begin preparation for hearing; review all pleadings; tel. w/union reps and co-counsel | 6.6 | 450.00 | 2/26/2001 | 2,970.00 |
| PDM | Continue preparation for hearing; meet w/clients and debtor; creditors' committee; tel. w/brokers re substitute coverage | 14.5 | 450.00 | 2/27/2001 | 6,525.00 |
| RAB | Consult as to rro | 0.3 | 400.00 | 2/28/2001 | 120.00 |
| PDM | Attend hearing on rejection motion; meet w/clients and preparation | 12.2 | 450.00 | 2/28/2001 | 5,490.00 |
| PDM | Revise retention pleadings | 2.25 | 450.00 | 3/1/2001 | 1,012.50 |
| PDM | Tel. w/employee consultants re substitute coverage; many calls from employees | 3.25 | 450.00 | 3/2/2001 | 1,462.50 |
| PDM | Field calls from retirees | 4.2 | 450.00 | 3/5/2001 | 1,890.00 |
| LKE | Telecon PDM ; telecons to employees | 1.1 | 385.00 | 3/6/2001 | 423.50 |
| PDM | Take employee calls; research on substitute plans | 2.1 | 450.00 | 3/6/2001 | 945.00 |

**Total**

Bragar Wexler Eagel & Morgenstern, LLP
900 Third Avenue
New York, NY 10022

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/29/2001 | 1 |

**BILL TO**

Outboard Marine

| TERMS | MATTER |
|-------|--------|
|       |        |

| TIMEKEEPER | SERVICES | TIME | RATE | DATE | AMOUNT |
|------------|----------|------|------|------|--------|
| LKE | Telecon Jacobs; telecon C Nelson; draft notices of motion | 1.4 | 385.00 | 3/8/2001 | 539.00 |
| LKE | Telecon Jacobs; telecon PDM; finalize notices of motion; arrange service | 3.6 | 385.00 | 3/9/2001 | 1,386.00 |
| KP | Preparation of documents, preparation of affidavit of service | 2 | 85.00 | 3/9/2001 | 170.00 |
| PDM | Calls w/retirees; tel. w/Entwhistle re potential alternatives for rejected plans | 0.8 | 450.00 | 3/13/2001 | 360.00 |
| LKE | Additional work on motion and mootness issues | 4.1 | 385.00 | 3/23/2001 | 1,578.50 |
| PDM | Tel. re appeal w/committee member and Nelson | 0.75 | 450.00 | 3/30/2001 | 337.50 |
| PDM | Tel. w/Nelson; letter to OMC and tel. call to counsel re census data | 1.25 | 450.00 | 4/25/2001 | 562.50 |
| GB | Telecons C Nelson, E Doherty, PDM, and LKE re filing of motions for appointment of BWEM and E&C as counsel | 1.5 | 300.00 | 5/4/2001 | 450.00 |
| PDM | Tel. w/Entwhistle office re retention and scope of continuing committee tasks | 0.7 | 450.00 | 8/7/2001 | 315.00 |
| LKE | Obtain retention information for fee application | 0.4 | 385.00 | 11/12/2001 | 154.00 |

**Total**   $37,043.00

Biagai Wexler Eagel & Morgenstern, LLP

# Invoice

900 Third Avenue
New York, NY 10022

| DATE | INVOICE # |
|---|---|
| 11/29/2001 | 1 |

**BILL TO**

Outboard Marine

| | TERMS | MATTER |
|---|---|---|
| | | |

| TIMEKEEPER | SERVICES | TIME | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| MRJ/Inv | Committee organization conference call | 2 | 450.00 | 2/21/2001 | 900.00 |
| MRJ/Inv | Review debtors 1114, 363 pleadings | 2 | 450.00 | 2/21/2001 | 900.00 |
| MRJ/Inv | Draft 1114 order | 0.5 | 450.00 | 2/21/2001 | 225.00 |
| MRJ/Inv | Prepare, attend hearing | 1 | 450.00 | 2/21/2001 | 450.00 |
| MRJ/Inv | Attn debtors 1114, 363 pleadings | 2 | 450.00 | 2/22/2001 | 900.00 |
| MRJ/Inv | Attn objections | 2 | 450.00 | 2/22/2001 | 900.00 |
| MRJ/Inv | Prepare, attend committee conference call | 1.5 | 450.00 | 2/22/2001 | 675.00 |
| MRJ/Inv | Attn 1114, 363 objections | 5 | 450.00 | 2/23/2001 | 2,250.00 |
| MRJ/Inv | Revise objections; telecon P Morgenstern re same | 2 | 450.00 | 2/25/2001 | 900.00 |
| LLL/Inv | Review Debtor's motion to Terminate Pension Plan and legal research and office conference with MRJ re: Same. | 2.8 | 300.00 | 2/26/2001 | 840.00 |
| MRJ/Inv | Attn objections | 4 | 450.00 | 2/26/2001 | 1,800.00 |
| MRJ/Inv | 1114 research | 1.5 | 450.00 | 2/26/2001 | 675.00 |
| LLL/Inv | Office conference with MRJ re: Legal research relating to Debtor's motion to terminate pension plan and further research re: Same; Shepardize cases cited in Debtor's motion. | 2.6 | 300.00 | 2/27/2001 | 780.00 |
| MRJ/Inv | Attn objections | 4.5 | 450.00 | 2/27/2001 | 2,025.00 |
| MRJ/Inv | Prepare, attend committee conference call | 1.5 | 450.00 | 2/27/2001 | 675.00 |
| MRJ/Inv | Prepare, attend conference call debtor, creditors committee, banks | 1.5 | 450.00 | 2/27/2001 | 675.00 |
| MRJ/Inv | Attn 1114 reschedule | 1.5 | 450.00 | 2/28/2001 | 675.00 |
| MRJ/Inv | Telecons P Morgenstern, J Boulden re strategy | 1 | 450.00 | 2/28/2001 | 450.00 |
| MRJ/Inv | Prepare, attend conference call debtor, creditors committee re settlement | 1 | 450.00 | 2/28/2001 | 450.00 |
| LLL/Inv | Office conference w/MRJ re hearing on termination of plan and research re same | 1.4 | 300.00 | 2/28/2001 | 420.00 |
| MRJ/Inv | Attn Katx order, appeals grounds | 2.5 | 450.00 | 3/1/2001 | 1,125.00 |
| MRJ/Inv | Attn insurance issues | 0.5 | 450.00 | 3/2/2001 | 225.00 |
| MRJ/Inv | Attn appeal issues | 1 | 450.00 | 3/2/2001 | 450.00 |
| MRJ/Inv | Attn committee order, petition pleadings | 1 | 450.00 | 3/5/2001 | 450.00 |

**Total**

Bragar Wexler Eagel & Morgenstern, LLP

900 Third Avenue

New York, NY 10022

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/29/2001 | 1 |

| BILL TO |
|---|
| Outboard Marine |

| TERMS | | MATTER | |
|---|---|---|---|
| | | | |

| TIMEKEEPER | SERVICES | TIME | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| LLL/Inv | Office conference with MRJ and RMF re: Notice of Appeals and research re: Time to file same and cost to file same. | 0.5 | 300.00 | 3/5/2001 | 150.00 |
| MRJ/Inv | Attn appeals issues | 1 | 450.00 | 3/6/2001 | 450.00 |
| MRJ/Inv | Attn appeals issues | 2 | 450.00 | 3/7/2001 | 900.00 |
| MRJ/Inv | Attn retention | 0.5 | 450.00 | 3/7/2001 | 225.00 |
| RMF/Inv | Prepare Notices of Appeal, review procedure, conf. with local counsel, conf. with MRJ, review procedure for service, etc. | 2.5 | 350.00 | 3/7/2001 | 875.00 |
| MRJ/Inv | Attn retention pleadings, service | 1 | 450.00 | 3/8/2001 | 450.00 |
| RMF/Inv | T/c counsel, re: statement of issues on appeal, t/c local counsel | 0.5 | 350.00 | 3/16/2001 | 175.00 |
| LLL/Inv | Telephone conference's with MRJ and B. Clazer re: Conference call. | 0.7 | 300.00 | 3/21/2001 | 210.00 |
| MRJ/Inv | Attn committee meeting agenda | 0.5 | 450.00 | 3/21/2001 | 225.00 |
| MRJ/Inv | Prepare, attend retention hearing | 1.5 | 450.00 | 5/9/2001 | 675.00 |
| RMF/Inv | O/c MRJ, review note and papers from E&C, re: appeal status, | 0.4 | 350.00 | 7/18/2001 | 140.00 |
| EED/02 | Conference w/M Jacobs re fee app; telecon L Eastwood re same | 0.5 | 100.00 | 11/8/2001 | 50.00 |
| EED/02 | Telecon P Morgenstern | 0.1 | 100.00 | 11/9/2001 | 10.00 |
| EED/02 | Begin drafting fee app; telecon L Eastwood re time records; conference w/P Morgenstern re same | 4 | 100.00 | 11/12/2001 | 400.00 |
| EED/02 | Draft fee app | 5 | 100.00 | 11/13/2001 | 500.00 |
| EED/02 | Setup file for BWE&M in Quickbooks; enter BWE&M time data and expenses | 2.5 | 100.00 | 11/15/2001 | 250.00 |
| EED/02 | Prepare draft fee application for MRJ; office conference w/MRJ | 0.5 | 100.00 | 11/26/2001 | 50.00 |
| EED/02 | Telecon P Morgenstern | 0.2 | 100.00 | 11/27/2001 | 20.00 |
| EED/02 | Work on fee application | 5 | 100.00 | 11/28/2001 | 500.00 |
| LLL/Inv | Work on fee application | 2.5 | 300.00 | 11/28/2001 | 750.00 |
| EED/02 | Work on fee application, telecon P Morgenstern | 6.5 | 100.00 | 11/29/2001 | 650.00 |

| **Total** |
|---|

Bragar Wexler Eagel & Morgenstern, LLP

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/29/2001 | 1 |

**BILL TO**

Outboard Marine

| | TERMS | MATTER |
|---|---|---|
| | | |

| TIMEKEEPER | SERVICES | TIME | RATE | DATE | AMOUNT |
|------------|----------|------|------|------|--------|
| LLL/Inv | Work on fee application | 5 | 300.00 | 11/29/2001 | 1,500.00 |

| | **Total** | $28,970.00 |
|---|---|---|

**EXHIBIT B**

Bragar Wexler Eagel & Morgenstern, LLP
Case 00-37405   Doc 1632-1   Filed 11/30/01   Entered 12/03/01 00:00:00   Desc
Customer QuickReport
Pleading   Page 33 of 55
February 21 through November 30, 2001

11/29/01

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| **Outboard Marine** | | | | | | | |
| Stmt Charge | 2/23/2001 | | Travel Agenc... | Accounts Receivable | | Travel & Ent | 150.00 |
| Stmt Charge | 2/23/2001 | | Airplane ticke... | Accounts Receivable | | Travel & Ent | 570.00 |
| Stmt Charge | 2/27/2001 | | Meals while ... | Accounts Receivable | | Meals | 33.26 |
| Stmt Charge | 2/28/2001 | | Hotel while st... | Accounts Receivable | | Travel & Ent | 421.60 |
| Stmt Charge | 3/1/2001 | | Parking at air... | Accounts Receivable | | Travel & Ent | 48.30 |
| Stmt Charge | 3/1/2001 | | Hotel while st... | Accounts Receivable | | Travel & Ent | 396.41 |
| Stmt Charge | 3/20/2001 | | | Accounts Receivable | | Reference Mat... | 143.23 |
| Stmt Charge | 3/27/2001 | | | Accounts Receivable | | Postage and ... | 134.40 |
| Stmt Charge | 5/17/2001 | | FedEx | Accounts Receivable | | Overnight Deli... | 75.94 |
| Stmt Charge | 5/25/2001 | | FedEx | Accounts Receivable | | Overnight Deli... | 37.18 |
| Stmt Charge | 10/5/2001 | | FedEx | Accounts Receivable | | Overnight Deli... | 14.04 |
| Stmt Charge | 10/19/2001 | | FedEx | Accounts Receivable | | Overnight Deli... | 46.14 |
| Stmt Charge | 11/15/2001 | | | Accounts Receivable | | Clerical | 479.50 |
| Stmt Charge | 11/15/2001 | | | Accounts Receivable | | Professional F... | 917.50 |
| Stmt Charge | 11/15/2001 | | | Accounts Receivable | | Messenger | 8.00 |
| Stmt Charge | 11/15/2001 | | Long Distanc... | Accounts Receivable | | Telephone | 34.57 |
| Stmt Charge | 11/15/2001 | | | Accounts Receivable | | Professional F... | 24.00 |
| Stmt Charge | 11/15/2001 | | Velobinding | Accounts Receivable | | Professional F... | 2.50 |
| Stmt Charge | 2/26/2001 | | faxes-efax in... | 2000 · Accounts Re... | | 4130 · Reimbu... | 9.95 |
| Stmt Charge | 2/28/2001 | | photocopy sa... | 2000 · Accounts Re... | | 4139 · Printing... | 4.65 |
| Stmt Charge | 2/28/2001 | | faxes-monthl... | 2000 · Accounts Re... | | 4130 · Reimbu... | 173.00 |

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

-------------------------------------------------------x

In re:                              :    Case No. 00-37405
                                    :    (Jointly Administered)
OUTBOARD MARINE CORPORATION,        :
et al.,                             :    Chapter 11
                                    :
        Debtors.                    :    Hon. Erwin I. Katz
-------------------------------------------------------x

### RULE 2016 STATEMENT

Bragar Wexler Eagel & Morgenstern, LLP ("BWEM") makes this statement pursuant to 11

U.S.C. section 329 and Bankruptcy Rule 2016 setting forth the compensation paid or agreed to be

paid to it for services rendered as counsel to the Official Committee of Retired Employees of

Outboard Marine Corp. (the "Retirees Committee") in connection with the above-captioned chapter

11 case and the source of such compensation.

1.      This Statement is submitted in support of the first and final application of BWEM

for an allowance of compensation for professional services incurred in the above-captioned chapter

11 proceeding solely in connection with BWEM's authorized representation of the Retirees

Committee in this case.

2.      BWEM is seeking compensation for services rendered on behalf of the Retirees

Committee at its usual hourly rates for matters of this nature and for reimbursement of expenses,

charges and disbursements made in connection therewith upon proper application to the Court.

3.      BWEM has not to date received any retainer, compensation or reimbursement for

any fees or expenses incurred in connection with this case.

4.      Except as otherwise may be set forth herein, BWEM has not to date shared any

portion of said compensation with any other person or entity, other than the attorneys of said law

firm. Further, neither BWEM, nor any member thereof, has made any agreement for the sharing of

compensation in connection with this case.

Dated: Norwalk, Connecticut
       November 29, 2001

> BRAGAR WEXLER EAGEL
> & MORGENSTERN, LLP
> Attorneys for the Official Committee
> of Retired Employees
>
> By: _____
>    Mark R. Jacobs, Esq.
>    900 Third Avenue
>    New York, NY 10022
>    (212) 308-5858
>
> *Special Counsel to Bragar Wexler Eagel &
> Morgenstern, Attorneys for the Official
> Committee of Retired Employees*

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

```
-------------------------------------------------x
In re:                                  :   Case No. 00-37405
                                        :   (Jointly Administered)
OUTBOARD MARINE CORPORATION,            :
et al.,                                 :   Chapter 11
                                        :
      Debtors.                          :   Hon. Erwin I. Katz
-------------------------------------------------x
```

### ORDER AWARDING FIRST AND FINAL ALLOWANCE OF
### COMPENSATION AND REIMBURSEMENT OF EXPENSES
### TO BRAGAR WEXLER EAGEL & MORGENSTERN, LLP

Upon the application of Bragar Wexler Eagel & Morgenstern, LLP (the "Applicant"), the

duly retained counsel for the Official Committee of Retired Employees of Outboard Marine Corp.

(the "Committee") seeking a first and final allowance of counsel fees and disbursements made

pursuant to section 330 of the Bankruptcy Code (the "Application"); and

Upon the time records and other supporting documentation submitted by said Applicant and

upon all prior pleadings and proceedings heretofore had herein, due deliberation having been had,

and sufficient cause appearing to me therefore, it is hereby

**ORDERED**, that the Applicant is allowed final compensation for services rendered as

counsel to the Debtor in this case in the sum of $66,013.00 and reimbursement of expenses in

connection therewith in the sum of $3,724.17.

Dated: _____

_____
Hon. Erwin I. Katz
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

-------------------------------------------------------x

In re:                                     :    Case No. 00-37405
                                           :    (Jointly Administered)
OUTBOARD MARINE CORPORATION,               :
et al.,                                    :    Chapter 11
                                           :
      Debtors.                             :    Hon. Erwin I. Katz

-------------------------------------------------------x

## FIRST AND FINAL APPLICATION OF BRAGR WEXLER EAGEL
## & MORGENSTERN, LLP FOR COMPENSATION FOR SERVICES
## RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
## OFFICIAL COMMITTEE OF RETIRED EMPLOYEES OF
## OUTBOARD MARINE CORPORATION, FOR THE PERIOD
## FROM FEBRUARY 21, 2001 THROUGH NOVEMBER 30, 2001

| | |
|---|---|
| Name of Applicant: | Bragar Wexler Eagel & Morgenstern, LLP |
| Authorized to Provide Professional Services to: | Official Committee of Retired Employees |
| Date of Order Authorizing Employment: | February 23, 2001 |
| Period for which compensation and reimbursement is sought: | February 21, 2001 through November 30, 2001 |
| Amount of Fees sought: | $66,013.00 |
| Amount of Expense Reimbursement sought: | $3,724.17 |

This is an: ____ interim   X   final application

Dated: Norwalk, Connecticut
November 29, 2001

           The Applicant:

           BRAGAR WEXLER EAGEL &
           MORGENSTERN
           Attorneys for the Official Committee
           of Retired Employees

By: _____
           Mark R. Jacobs, Esq.
           900 Third Avenue
           New York, NY 10022
           (212) 308-5858

           *Special Counsel to Bragar Wexler Eagel &*
           *Morgenstern, Attorneys for the Official*
           *Committee of Retired Employees*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

```
-----------------------------------------------------x
In re:                                    :    Case No. 00-37405
                                          :    (Jointly Administered)
OUTBOARD MARINE CORPORATION,              :
et al.,                                   :    Chapter 11
                                          :
        Debtors.                          :    Hon. Erwin I. Katz
-----------------------------------------------------x
```

**FIRST AND FINAL APPLICATION OF BRAGAR WEXLER EAGEL &**
**MORGENSTERN FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE**
**OF RETIRED EMPLOYEES, FOR THE PERIOD FROM FEBRUARY 21, 2001**
**THROUGH NOVEMBER 30, 2001**

Bragar Wexler Eagel & Morgenstern ("BWEM"), counsel for The Official Committee of

Retired Employees of Outboard Marine Corp. (the "Retirees Committee"), as and for its

application for final allowance of counsel fees and reimbursement of disbursements, respectfully

represents:

## GENERAL BACKGROUND

1.    On December 22, 2000 (the "Petition Date"), the Debtor filed an involuntary

petition in this Court for reorganization relief under chapter 11 of title 11 of the United States

Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"). The Debtor continues to

operate its business and manage its property as debtor-in-possession under sections 1107(a) and

1108 of the Bankruptcy Code.

2.    No trustee or examiner has been appointed or designated in this case.

3.      An Official Committee of Unsecured Creditors was appointed January 2,

2001, and retained the law firm of D'Ancona & Pflaum, LLC, 111 East Wacker Drive, Chicago,

Illinois 60601 on January 12, 2001. The Retirees Committee was appointed on February 21,

2001, and an order entered by the Court on February 23, 2001 authorizing the employment of

BWEM as counsel for the Retirees Committee.

4.      This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157(b)(1) and

1334(b). Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under

28 U.S.C. § 157(b)(2).

5.      The statutory predicate for the relief requested herein is Bankruptcy Code section

330.

6.      BWEM is applying for final compensation pursuant to section 330 of the

Bankruptcy Code for legal services performed for the Retirees Committee from February 21,

2001 through November 30, 2001 (the "Application Period") in the amount of $66,013.00 and

for reimbursement of actual and necessary out-of-pocket disbursements of $3,724.17 incurred by

BWEM during the Application Period in connection with such services.

7.      No agreement or understanding exists between BWEM and any other person for

the sharing of compensation received or to be received for services rendered in or in connection

with this matter except as provided below. Applicant will not, in any form or guise, share or

agree to share compensation for services with any person, nor will BWEM share in the

compensation for any other person rendering services in these cases, except as so provided by

section 504(b) of the Bankruptcy Code and Rule 2016 of the Bankruptcy Rules.

## DESCRIPTION OF SERVICES

8.      All of the professional services for which this final award is being sought hereby were rendered solely on behalf of the Retirees Committee in connection with the chapter 11 proceedings herein and in fulfillment of the responsibility of the Applicant as counsel to the Retirees Committee.

9.      The services performed by BWEM all fall within the category of representing the interests of the Retirees Committee in these chapter 11 proceedings.  Specifically, the services performed by BWEM in this category include, meeting with retirees for the purpose of forming and organizing the Retirees Committee, participating in conferences with retirees and other professionals in this case regarding the rights of the retirees in these chapter 11 proceedings and the need for an official committee of retirees, preparing for and attending the hearings to consider the appointment of an official committee of retirees and the retention of counsel to represent such committee, reviewing and preparing an objection to the Debtor's motion to reject the retirees' pension plan, preparing a motion to withdraw the reference with regard to such motion, attending the hearing on the rejection motion, addressing appeal issues with respect to the order granting the rejection motion, preparing notices of appeal, addressing issues relating to the retirees' insurance benefits and responding to inquiries from member of the Retirees committee and other former employees concerning their benefits.

10.      In addition to the services described above, BWEM professionals spent a total of 31.8 hours in preparing this Application and supporting documents.  More specifically, 24.3 hours of the time listed below for paralegal, Ellasandra Davis, was spent in preparing this Application and 7.5 hours of Attorney Lane's time was spent in preparing this Application.  The

following is a statement of the number of hours spent and the amount of compensation requested

for each professional who worked on this project:

| Professional | Position | No. of Hours | Compensation Requested |
|---|---|---|---|
| Raymond A. Bragar | Partner | 10.0 | $4,000.00 |
| Peter D. Morgenstern | Partner | 60.25 | $27,112.50 |
| Lisa Eastwood | Associate | 12.80 | $4,928.00 |
| Gregory Blue | Associate | 1.5 | $450.00 |
| Kandra Payne | Paralegal | 6.5 | $552.50 |
| Mark R. Jacobs | Of Counsel | 46.0 | $20,700.00 |
| Robert M. Fleischer | Of Counsel | 3.4 | $1,190.00 |
| Leslie L. Lane | Of Counsel | 15.5 | $4,650.00 |
| Ellasandra E. Davis | Paralegal | 24.3 | $2,430.00 |
| **Total** | | **180.25** | **$66,013.00** |

## THE FEE AND EXPENSE REQUESTED

12.    Annexed hereto and made a part hereof as Attachment A are detailed time sheets

upon which this fee application is based. Each such time sheet contains a summary of each

individual professional's time for the Application Period, itemizing the services performed, dates

by each person rendering the service, the time spent in rendering such service, the hourly rate of

the professional rendering the service and the dollar value of such service. Annexed hereto as

Attachment B and made a part hereof are statements detailing the actual and necessary out-of-

pocket disbursements incurred by BWEM during the Application Period in connection with

services rendered to the Retirees Committee in the chapter 11 proceedings.

13.    The services and expenses for which allowance is sought hereby total $66,013.00 and $3,724.17, respectively.  BWEM has not filed any prior fee applications and has not received any prior payments toward the fees and expenses for which reimbursement is sought in this Application.  BWEM has complied with Fed. R. Bankr. P. 2016(a) in the keeping of its time records and its Rule 2016 Affirmation is annexed hereto.

14.    The legal services for which such compensation is requested were performed for the Retirees Committee and not on behalf of any other entity.  Such services have been necessary to protect and enforce the rights and interests of the Retirees in connection with these chapter 11 proceedings.  The reasonable value of services rendered by BWEM as counsel to the Retirees Committee in these proceedings is based upon the Applicant's usual hourly rates for matters of this nature.

15.    BWEM requests that the fees and expenses sought in this Application be both allowed and paid, and submits that the source of the proposed payment will be from the Debtor's funds and/or other assets of the Debtor's estate.

**WHEREFORE,** Applicant prays that an allowance be made to it in the sum of $66,013.00 as final compensation for professional services rendered to the Retirees Committee, in addition to the sum of $3,724.17 as reimbursement for reasonable and necessary disbursements made on the Retirees Committee's behalf and for such other and further relief as this Court deems just and proper.

Dated: Norwalk, Connecticut
      November 29, 2001

                        BRAGAR WEXLER EAGEL &
                        MORGENSTERN
                        Attorneys for the Official Committee
                        of Retired Employees

By: _____
                        Mark R. Jacobs, Esq.
                        900 Third Avenue
                        New York, NY 10022
                        (212) 308-5858

                        *Special Counsel to Bragar Wexler Eagel &*
                        *Morgenstern, Attorneys for the Official*
                        *Committee of Retired Employees*

**EXHIBIT  A**

Bragar Wexler Eagel & Morgenstern, LLP
900 Third Avenue
New York, NY 10022

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/29/2001 | 1 |

**BILL TO**

Outboard Marine

| TERMS | MATTER |
|-------|--------|
|       |        |

| TIMEKEEPER | SERVICES | TIME | RATE | DATE | AMOUNT |
|------------|----------|------|------|------|--------|
| LKE | Begin work on motion to withdraw reference | 2.2 | 385.00 | 2/21/2001 | 847.00 |
| PDM | Participate in committee conference call; tel. w/M Jacobs re same | 2 | 450.00 | 2/21/2001 | 900.00 |
| PDM | Review pleadings re rejection of employee plans and tel. w/M. Jacobs re response | 1.8 | 450.00 | 2/21/2001 | 810.00 |
| PDM | Review issues re rejection motions and review cases, statute and relevant rules; cases on withdrawal of reference | 2.25 | 450.00 | 2/22/2001 | 1,012.50 |
| RAB | Work on motions; Call Boldin | 4.8 | 400.00 | 2/23/2001 | 1,920.00 |
| KP | Draft and revisions to documents for PDM re order, application and affidavit | 4.5 | 85.00 | 2/23/2001 | 382.50 |
| PDM | Participation in committee conference call | 1.5 | 450.00 | 2/23/2001 | 675.00 |
| PDM | Continue review of debtor's application; cases and statutes | 1.3 | 450.00 | 2/23/2001 | 585.00 |
| RAB | Work on opposition to motions. Draft letter demanding information | 4.9 | 400.00 | 2/24/2001 | 1,960.00 |
| PDM | Review and revise objection and tel. w/M. Jacobs re same | 2.8 | 450.00 | 2/25/2001 | 1,260.00 |
| PDM | Begin preparation for hearing; review all pleadings; tel. w/union reps and co-counsel | 6.6 | 450.00 | 2/26/2001 | 2,970.00 |
| PDM | Continue preparation for hearing; meet w/clients and debtor; creditors' committee; tel. w/brokers re substitute coverage | 14.5 | 450.00 | 2/27/2001 | 6,525.00 |
| RAB | Consult as to tro | 0.3 | 400.00 | 2/28/2001 | 120.00 |
| PDM | Attend hearing on rejection motion; meet w/clients and preparation | 12.2 | 450.00 | 2/28/2001 | 5,490.00 |
| PDM | Revise retention pleadings | 2.25 | 450.00 | 3/1/2001 | 1,012.50 |
| PDM | Tel. w/employee consultants re substitute coverage; many calls from employees | 3.25 | 450.00 | 3/2/2001 | 1,462.50 |
| PDM | Field calls from retirees | 4.2 | 450.00 | 3/5/2001 | 1,890.00 |
| LKE | Telecon PDM ; telecons to employees | 1.1 | 385.00 | 3/6/2001 | 423.50 |
| PDM | Take employee calls; research on substitute plans | 2.1 | 450.00 | 3/6/2001 | 945.00 |

## Total

Bragar Wexler Eagel & Morgenstern, LLP
900 Third Avenue
New York, NY 10022

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/29/2001 | 1 |

**BILL TO**

Outboard Marine

| | TERMS | MATTER |
|---|---|---|
| | | |

| TIMEKEEPER | SERVICES | TIME | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| LKE | Telecon Jacobs; telecon C Nelson; draft notices of motion | 1.4 | 385.00 | 3/8/2001 | 539.00 |
| LKE | Telecon Jacobs; telecon PDM; finalize notices of motion; arrange service | 3.6 | 385.00 | 3/9/2001 | 1,386.00 |
| KP | Preparation of documents, preparation of affidavit of service | 2 | 85.00 | 3/9/2001 | 170.00 |
| PDM | Calls w/retirees; tel. w/Entwhistle re potential alternatives for rejected plans | 0.8 | 450.00 | 3/13/2001 | 360.00 |
| LKE | Additional work on motion and mootness issues | 4.1 | 385.00 | 3/23/2001 | 1,578.50 |
| PDM | Tel. re appeal w/committee member and Nelson | 0.75 | 450.00 | 3/30/2001 | 337.50 |
| PDM | Tel. w/Nelson; letter to OMC and tel. call to counsel re census data | 1.25 | 450.00 | 4/25/2001 | 562.50 |
| GB | Telecons C Nelson, E Doherty, PDM, and LKE re filing of motions for appointment of BWEM and E&C as counsel | 1.5 | 300.00 | 5/4/2001 | 450.00 |
| PDM | Tel. w/Entwhistle office re retention and scope of continuing committee tasks | 0.7 | 450.00 | 8/7/2001 | 315.00 |
| LKE | Obtain retention information for fee application | 0.4 | 385.00 | 11/12/2001 | 154.00 |

| | | | | **Total** | $37,043.00 |
|---|---|---|---|---|---|

Bruga Wohier Eagel & Morgenstern, LLP

900 Third Avenue
New York, NY 10022

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/29/2001 | 1 |

**BILL TO**

Outboard Marine

| | TERMS | MATTER |
|--|-------|--------|
| | | |

| TIMEKEEPER | SERVICES | TIME | RATE | DATE | AMOUNT |
|------------|----------|------|------|------|--------|
| MRJ/Inv | Committee organization conference call | 2 | 450.00 | 2/21/2001 | 900.00 |
| MRJ/Inv | Review debtors 1114, 363 pleadings | 2 | 450.00 | 2/21/2001 | 900.00 |
| MRJ/Inv | Draft 1114 order | 0.5 | 450.00 | 2/21/2001 | 225.00 |
| MRJ/Inv | Prepare, attend hearing | 1 | 450.00 | 2/21/2001 | 450.00 |
| MRJ/Inv | Attn debtors 1114, 363 pleadings | 2 | 450.00 | 2/22/2001 | 900.00 |
| MRJ/Inv | Attn objections | 2 | 450.00 | 2/22/2001 | 900.00 |
| MRJ/Inv | Prepare, attend committee conference call | 1.5 | 450.00 | 2/22/2001 | 675.00 |
| MRJ/Inv | Attn 1114, 363 objections | 5 | 450.00 | 2/23/2001 | 2,250.00 |
| MRJ/Inv | Revise objections; telecon P Morgenstern re same | 2 | 450.00 | 2/25/2001 | 900.00 |
| LLL/Inv | Review Debtor's motion to Terminate Pension Plan and legal research and office conference with MRJ re: Same. | 2.8 | 300.00 | 2/26/2001 | 840.00 |
| MRJ/Inv | Attn objections | 4 | 450.00 | 2/26/2001 | 1,800.00 |
| MRJ/Inv | 1114 research | 1.5 | 450.00 | 2/26/2001 | 675.00 |
| LLL/Inv | Office conference with MRJ re: Legal research relating to Debtor's motion to terminate pension plan and further research re: Same; Shepardize cases cited in Debtor's motion. | 2.6 | 300.00 | 2/27/2001 | 780.00 |
| MRJ/Inv | Attn objections | 4.5 | 450.00 | 2/27/2001 | 2,025.00 |
| MRJ/Inv | Prepare, attend committee conference call | 1.5 | 450.00 | 2/27/2001 | 675.00 |
| MRJ/Inv | Prepare, attend conference call debtor, creditors committee, banks | 1.5 | 450.00 | 2/27/2001 | 675.00 |
| MRJ/Inv | Attn 1114 reschedule | 1.5 | 450.00 | 2/28/2001 | 675.00 |
| MRJ/Inv | Telecons P Morgenstern, J Boulden re strategy | 1 | 450.00 | 2/28/2001 | 450.00 |
| MRJ/Inv | Prepare, attend conference call debtor, creditors committee re settlement | 1 | 450.00 | 2/28/2001 | 450.00 |
| LLL/Inv | Office conference w/MRJ re hearing on termination of plan and research re same | 1.4 | 300.00 | 2/28/2001 | 420.00 |
| MRJ/Inv | Attn Katx order, appeals grounds | 2.5 | 450.00 | 3/1/2001 | 1,125.00 |
| MRJ/Inv | Attn insurance issues | 0.5 | 450.00 | 3/2/2001 | 225.00 |
| MRJ/Inv | Attn appeal issues | 1 | 450.00 | 3/2/2001 | 450.00 |
| MRJ/Inv | Attn committee order, petition pleadings | 1 | 450.00 | 3/5/2001 | 450.00 |

**Total**

Bragar Wexler Eagel & Morgenstern, LLP

900 Third Avenue

New York, NY 10022

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/29/2001 | 1 |

| BILL TO |
|---------|
| Outboard Marine |

| | TERMS | MATTER |
|---|---|---|
| | | |

| TIMEKEEPER | SERVICES | TIME | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| LLL/Inv | Office conference with MRJ and RMF re: Notice of Appeals and research re: Time to file same and cost to file same. | 0.5 | 300.00 | 3/5/2001 | 150.00 |
| MRJ/Inv | Attn appeals issues | 1 | 450.00 | 3/6/2001 | 450.00 |
| MRJ/Inv | Attn appeals issues | 2 | 450.00 | 3/7/2001 | 900.00 |
| MRJ/Inv | Attn retention | 0.5 | 450.00 | 3/7/2001 | 225.00 |
| RMF/Inv | Prepare Notices of Appeal, review procedure, conf. with local counsel, conf. with MRJ, review procedure for service, etc. | 2.5 | 350.00 | 3/7/2001 | 875.00 |
| MRJ/Inv | Attn retention pleadings, service | 1 | 450.00 | 3/8/2001 | 450.00 |
| RMF/Inv | T/c counsel, re: statement of issues on appeal, t/c local counsel | 0.5 | 350.00 | 3/16/2001 | 175.00 |
| LLL/Inv | Telephone conference's with MRJ and B. Clazer re: Conference call. | 0.7 | 300.00 | 3/21/2001 | 210.00 |
| MRJ/Inv | Attn committee meeting agenda | 0.5 | 450.00 | 3/21/2001 | 225.00 |
| MRJ/Inv | Prepare, attend retention hearing | 1.5 | 450.00 | 5/9/2001 | 675.00 |
| RMF/Inv | O/c MRJ, review note and papers from E&C, re: appeal status, | 0.4 | 350.00 | 7/18/2001 | 140.00 |
| EED/02 | Conference w/M Jacobs re fee app; telecon L East wood re same | 0.5 | 100.00 | 11/8/2001 | 50.00 |
| EED/02 | Telecon P Morgenstern | 0.1 | 100.00 | 11/9/2001 | 10.00 |
| EED/02 | Begin drafting fee app; telecon L Eastwood re time records; conference w/P Morgenstern re same | 4 | 100.00 | 11/12/2001 | 400.00 |
| EED/02 | Draft fee app | 5 | 100.00 | 11/13/2001 | 500.00 |
| EED/02 | Setup file for BWE&M in Quickbooks; enter BWE&M time data and expenses | 2.5 | 100.00 | 11/15/2001 | 250.00 |
| EED/02 | Prepare draft fee application for MRJ; office conference w/MRJ | 0.5 | 100.00 | 11/26/2001 | 50.00 |
| EED/02 | Telecon P Morgenstern | 0.2 | 100.00 | 11/27/2001 | 20.00 |
| EED/02 | Work on fee application | 5 | 100.00 | 11/28/2001 | 500.00 |
| LLL/Inv | Work on fee application | 2.5 | 300.00 | 11/28/2001 | 750.00 |
| EED/02 | Work on fee application, telecon P Morgenstern | 6.5 | 100.00 | 11/29/2001 | 650.00 |

**Total**

Bragar Wexler Eagel & Morgenstern, LLP

# Invoice

900 Third Avenue
New York, NY 10022

| DATE | INVOICE # |
|------|-----------|
| 11/29/2001 | 1 |

**BILL TO**

Outboard Marine

| | TERMS | MATTER |
|---|-------|--------|
| | | |

| TIMEKEEPER | SERVICES | TIME | RATE | DATE | AMOUNT |
|------------|----------|------|------|------|--------|
| LLL/Inv | Work on fee application | 5 | 300.00 | 11/29/2001 | 1,500.00 |

**Total**     $28,970.00

**EXHIBIT  B**

Bragar Wexler Eagel & Morgenstern, LLP
Customer QuickReport
February 21 through November 30, 2001

11/29/01

Case 00-37405    Doc 1632-1    Filed 11/30/01    Entered 12/03/01 00:00:00    Desc
Pleading    Page 52 of 55

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| **Outboard Marine** | | | | | | | |
| Stmt Charge | 2/23/2001 | | Travel Agenc... | Accounts Receivable | | Travel & Ent | 150.00 |
| Stmt Charge | 2/23/2001 | | Airplane ticke... | Accounts Receivable | | Travel & Ent | 570.00 |
| Stmt Charge | 2/27/2001 | | Meals while ... | Accounts Receivable | | Meals | 33.26 |
| Stmt Charge | 2/28/2001 | | Hotel while st... | Accounts Receivable | | Travel & Ent | 421.60 |
| Stmt Charge | 3/1/2001 | | Parking at air... | Accounts Receivable | | Travel & Ent | 48.30 |
| Stmt Charge | 3/1/2001 | | Hotel while st... | Accounts Receivable | | Travel & Ent | 396.41 |
| Stmt Charge | 3/20/2001 | | | Accounts Receivable | | Reference Mat... | 143.23 |
| Stmt Charge | 3/27/2001 | | | Accounts Receivable | | Postage and ... | 134.40 |
| Stmt Charge | 5/17/2001 | | FedEx | Accounts Receivable | | Overnight Deli... | 75.94 |
| Stmt Charge | 5/25/2001 | | FedEx | Accounts Receivable | | Overnight Deli... | 37.18 |
| Stmt Charge | 10/5/2001 | | FedEx | Accounts Receivable | | Overnight Deli... | 14.04 |
| Stmt Charge | 10/19/2001 | | FedEx | Accounts Receivable | | Overnight Deli... | 46.14 |
| Stmt Charge | 11/15/2001 | | | Accounts Receivable | | Clerical | 479.50 |
| Stmt Charge | 11/15/2001 | | | Accounts Receivable | | Professional F... | 917.50 |
| Stmt Charge | 11/15/2001 | | | Accounts Receivable | | Messenger | 8.00 |
| Stmt Charge | 11/15/2001 | | Long Distanc... | Accounts Receivable | | Telephone | 34.57 |
| Stmt Charge | 11/15/2001 | | | Accounts Receivable | | Professional F... | 24.00 |
| Stmt Charge | 11/15/2001 | | Velobinding | Accounts Receivable | | Professional F... | 2.50 |
| Stmt Charge | 2/26/2001 | | faxes-efax in... | 2000 · Accounts Re... | | 4130 · Reimbu... | 9.95 |
| Stmt Charge | 2/28/2001 | | photocopy se... | 2000 · Accounts Re... | | 4139 · Printing... | 4.65 |
| Stmt Charge | 2/28/2001 | | faxes-monthl... | 2000 · Accounts Re... | | 4130 · Reimbu... | 173.00 |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

```
-------------------------------------------------------x
```
In re:                                            :       Case No. 00-37405
                                                  :       (Jointly Administered)
OUTBOARD MARINE CORPORATION,                      :
et al.,                                           :       Chapter 11
                                                  :
     Debtors.                                     :       Hon. Erwin I. Katz
```
-------------------------------------------------------x
```

## RULE 2016 STATEMENT

Bragar Wexler Eagel & Morgenstern, LLP ("BWEM") makes this statement pursuant to 11

U.S.C. section 329 and Bankruptcy Rule 2016 setting forth the compensation paid or agreed to be

paid to it for services rendered as counsel to the Official Committee of Retired Employees of

Outboard Marine Corp. (the "Retirees Committee") in connection with the above-captioned chapter

11 case and the source of such compensation.

1.      This Statement is submitted in support of the first and final application of BWEM

for an allowance of compensation for professional services incurred in the above-captioned chapter

11 proceeding solely in connection with BWEM's authorized representation of the Retirees

Committee in this case.

2.      BWEM is seeking compensation for services rendered on behalf of the Retirees

Committee at its usual hourly rates for matters of this nature and for reimbursement of expenses,

charges and disbursements made in connection therewith upon proper application to the Court.

3.      BWEM has not to date received any retainer, compensation or reimbursement for

any fees or expenses incurred in connection with this case.

4.      Except as otherwise may be set forth herein, BWEM has not to date shared any

portion of said compensation with any other person or entity, other than the attorneys of said law

firm.  Further, neither BWEM, nor any member thereof, has made any agreement for the sharing of

compensation in connection with this case.

Dated:  Norwalk, Connecticut
        November 29, 2001

                              BRAGAR WEXLER EAGEL
                                & MORGENSTERN, LLP
                              Attorneys for the Official Committee
                              of Retired Employees


                         By: _____
                              Mark R. Jacobs, Esq.
                              900 Third Avenue
                              New York, NY 10022
                              (212) 308-5858

                              *Special Counsel to Bragar Wexler Eagel &
                              Morgenstern, Attorneys for the Official
                              Committee of Retired Employees*

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

```
-----------------------------------------------------x
In re:                                    :    Case No. 00-37405
                                          :    (Jointly Administered)
OUTBOARD MARINE CORPORATION,              :
et al.,                                   :    Chapter 11
                                          :
         Debtors.                         :    Hon. Erwin I. Katz
-----------------------------------------------------x
```

### ORDER AWARDING FIRST AND FINAL ALLOWANCE OF
### COMPENSATION AND REIMBURSEMENT OF EXPENSES
### TO BRAGAR WEXLER EAGEL & MORGENSTERN, LLP

Upon the application of Bragar Wexler Eagel & Morgenstern, LLP (the "Applicant"), the duly retained counsel for the Official Committee of Retired Employees of Outboard Marine Corp. (the "Committee") seeking a first and final allowance of counsel fees and disbursements made pursuant to section 330 of the Bankruptcy Code (the "Application"); and

Upon the time records and other supporting documentation submitted by said Applicant and upon all prior pleadings and proceedings heretofore had herein, due deliberation having been had, and sufficient cause appearing to me therefore, it is hereby

**ORDERED**, that the Applicant is allowed final compensation for services rendered as counsel to the Debtor in this case in the sum of $66,013.00 and reimbursement of expenses in connection therewith in the sum of $3,724.17.

Dated: _____

                                    _____
                                    Hon. Erwin I. Katz
                                    United States Bankruptcy Judge