UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EOD DEC 03 2001

---------------------------------------------x
In re:                                        :  Case No. 00-37405
                                              :  (Jointly Administered)
OUTBOARD MARINE CORPORATION,                  :
et al.,                                       :  Chapter 11
                                              :
      Debtors.                                :  Hon. Erwin I. Katz
---------------------------------------------x

### FIRST AND FINAL APPLICATION OF BRAGR WEXLER EAGEL & MORGENSTERN, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF RETIRED EMPLOYEES OF OUTBOARD MARINE CORPORATION, FOR THE PERIOD FROM FEBRUARY 21, 2001 THROUGH NOVEMBER 30, 2001

| | |
|---|---|
| Name of Applicant: | Bragar Wexler Eagel & Morgenstern, LLP |
| Authorized to Provide Professional Services to: | Official Committee of Retired Employees |
| Date of Order Authorizing Employment: | February 23, 2001 |
| Period for which compensation and reimbursement is sought: | February 21, 2001 through November 30, 2001 |
| Amount of Fees sought: | $66,013.00 |
| Amount of Expense Reimbursement sought: | $3,724.17 |

This is an: ___ interim  _X_ final application

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 30 2001

KENNETH S. GARDNER, CLERK
PS REP. - AI

1286

Dated: Norwalk, Connecticut
       November 29, 2001

                                    The Applicant:

                                    BRAGAR WEXLER EAGEL &
                                    MORGENSTERN
                                    Attorneys for the Official Committee
                                    of Retired Employees

By: ___/s/ Mark R. Jacobs___
                                    Mark R. Jacobs, Esq.
                                    900 Third Avenue
                                    New York, NY 10022
                                    (212) 308-5858

                                    *Special Counsel to Bragar Wexler Eagel &*
                                    *Morgenstern, Attorneys for the Official*
                                    *Committee of Retired Employees*