IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | ) | Case No. 00-37405 |
|---|---|---|
| | ) | (Jointly Administered) |
| OUTBOARD MARINE CORPORATION, | ) | Chapter 7 |
| et al., | ) | Hon. Ronald Barliant |
| | ) | Hearing Date:  12/10/01 |
| Debtors. | ) | Hearing Time:  10:30 a.m. |

### NOTICE OF HEARING

PLEASE TAKE NOTICE THAT at on December 10, 2001, at 10:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ronald Barliant, United States Bankruptcy Judge, Everett McKinley Dirksen Courthouse, 219 South Dearborn Street, Chicago, Illinois, Courtroom 738, and then and there present the **Application for Final Allowance of Compensation and Reimbursement of Expenses of Bingham Dana LLP as Special Foreign Insolvency Counsel to the Debtors** (the "Fee Application").

Dated:  Chicago, Illinois
        December 3, 2001

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

DEC 03 2001

KENNETH S. GARDNER, CLERK
PS REP. - BW

By: _____
David S. Kurtz (ARDC No. 03126561)
Mark A. McDermott (ARDC No. 06209460)
Eric W. Kaup (ARDC 06229548)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM (ILLINOIS)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606-1285

- and -

Evan D. Flaschen (ct10660)
Anthony J. Smits (ct19901)
BINGHAM DANA LLP
One State Street
Hartford, CT 06103

SPECIAL FOREIGN INSOLVENCY
COUNSEL TO THE DEBTORS

1289

## CERTIFICATE OF SERVICE

I, Scott Fenwick, a non-attorney, do hereby certify that on December 3, 2001, I caused to be served upon the parties upon the attached list a copy of the attached **Notice of Hearing** via U.S. first class mail, postage prepaid.

Subscribed and sworn to
before me on this 3rd day of December, 2001

_____                    _____
Notary Public                                                    Scott Fenwick

"OFFICIAL SEAL"
SARAH E. BARR
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/13/2004

# SERVICE LIST

Catherine L. Steege
Jenner & Block
One IBM Plaza
38th Floor
Chicago, IL 60611
Fax: (312) 840-7352

Larry Nyhan, Esq.
Matthew A. Clemente, Esq.
Sidley & Austin
10 S. Dearborn St., 48th Floor
Chicago, IL 60603
Fax: (312) 853-7036

Mark Page
Bank One, NA
Law Dept., Mail Code IL1-0287
1 Bank One Plaza
Chicago, IL 60670-0287
Fax: (312) 732-3596

Harold Kaplan
Jeffrey Schwartz, Esq.
Gardner Carton & Douglas
321 N. Clark St. Suite 3400
Chicago, IL 60610
Fax: (312) 644-3381

Alan Kornberg, Esq.
Paul Weiss
Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064
Fax: (212) 757-3990

Anthony J. Smits, Esq.
Bingham Dana LLP
One State Street
Hartford, CT 06103
Fax: (860) 240-2800

E. Decker Adams
State Street Bank & Trust Co.
Two Avenue de Lafayette
Boston, MA 02111
Fax: (617) 662-1456

Kathryn Gleason, Esq.
Office of the United States Trustee
Regional Office
227 West Monroe, Suite 3500
Chicago, IL 60606
Fax: (312) 886-5794

Alan P. Solow
Goldberg Kohn Bell Black Rosenbloom & Mortiz
55 East Monroe Street, Suite 3700
Chicago, IL 60603
Fax: (312) 332-2196

Richard Hiersteiner, Esq.
Palmer & Dodge LLP
One Beacon Street
Boston, MA 02108-3190
Fax: (617) 227-4420

David A. Blackburn
Chief Executive Officer
Thomas G. Faria Corporation
385 Norwich-New London Turnpike
Uncasville, CT 06382
Fax: (860) 848-2704

Michael L. Gesas, Esq.
Gesas Pilati and Gesas, Ltd.
53 W. Jackson Blvd., Suite 528
Chicago, IL 60604
Fax:(312) 939-1742

527767.v1

Forrest Lammiman, Esq.
Timothy W. Brink, Esq.
Lord Bissell & Brook
115 South LaSalle Street
Chicago, IL 60603
Fax: (312) 443-0336

Roger R. Cloutier, II
Mary McConnell
Genmar Holdings, Inc.
100 South 5th Street, Suite 2400
Minneapolis, MN 55402
Fax: (612) 337-1930

John Collen
Duane, Morris & Heckscher LLP
227 W. Monroe Street, Suite 3400
Chicago, IL 60606
Fax: (312) 499-6701

Alex D. Moglia & Associates, Inc.
1325 Remington Road
Suite H
Schaumburg, IL 60173
Fax: (847) 884-1188

Elizabeth Wallace
Senior Assistant Attorney General
Environmental Bureau
Illinois Attorney General's Office
188 West Randolph Street - Suite #2001
Chicago, IL 60601
Fax: (312) 814-2347

Alan S. Tenenbaum, Senior Counsel
Frank Biros
Trial Attorneys
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
Fax: (202) 353-0296

Robert L. Green, Esq.
Dan Sullivan, Esq.
Howrey Simon Arnold & White
1299 Pennsylvania Ave
Washington, DC 20004
Fax: (202) 383-6610

Howard L. Adelman, Esq.
Adelman, Gettleman,
Merens, Berish & Carter, Ltd.,
53 West Jackson Blvd., Suite 1050
Chicago, IL 60604
Fax: (312) 435-1059

Russell C. Bergman
LaSalle Bank, N.A.
135 South LaSalle Street, Suite 1960
Chicago, IL 60603
Fax: (312) 904-2236

James L. Eggeman
Michael Miller
Pension Benefit Guaranty Corporation
1200 K Street, N.W., Suite 340
Washington, DC 20005-4026
Fax: (202) 326-4112

Stanley J. Parzen
Mayer, Brown & Platt
190 South LaSalle Street
Chicago, IL 60603-3441
Fax: (312) 701-7711

Micheal M. Eidelman
Vedder, Price, Kaufman & Kammholz
222 N. LaSalle Street
Suite 2600
Chicago, IL 60601
Fax: (312) 609-5005