EOD   JAN 17 2002

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | |
| OUTBOARD MARINE CORPORATION, ) | Case No. 00 B 37405 |
| *et al.*, ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Hon. Ronald Barliant |

### ORDER APPROVING NOTICE OF TRUSTEE'S MOTION FOR APPROVAL OF HIS ABANDONMENT OF THE ESTATE'S INTEREST IN THE SHARES OF OUTBOARD MARINE CORPORATION OF CANADA, LTD.

Upon consideration of the motion of the chapter 7 Trustee for Approval of His Abandonment of the Estate's Interest in the Outstanding Shares of Outboard Marine Corporation of Canada, Ltd., filed by Alex D. Moglia, not individually but as trustee for the above captioned estates, ("Trustee"); due and proper notice having been given to all parties entitled thereto; good cause appearing to grant the requested relief; and, their being no objection;

NOW THEREFORE IT IS ORDERED:

1. The Trustee's Motion is granted.

2. The Trustee's form of Notice of his intent to abandon the estate's interest in the outstanding shares of Outboard Marine Corporation of Canada, Ltd. (the "Shares") is approved.

3. February 7, 2002 is set as the deadline for the filing of objections to the abandonment of the Shares.

575614.v1

4. Final hearing on the Trustee's motion shall take place on February 11, 2002 at 10:30 a.m.

Dated: JAN 1 6 2002

ENTER:

*/s/ Ronald Barliant*

The Honorable Ronald Barliant
United States Bankruptcy Judge

**_Prepared By_:**

Steven B. Towbin (#2848546)
Kathleen H. Klaus (#6211316)
Jeremy C. Kleinman (#6270080)
D'Ancona & Pflaum LLC
111 East Wacker Dr., Suite 2800
Chicago, Illinois 60601
(312) 602-2000

*Counsel for the Chapter 7 Trustee*

575614.v1

- 2 -