E O D  APR 0 2 2002

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 00-37405 |
| ) | (Jointly Administered) |
| Outboard Marine Corporation, ) | |
| et al., ) | Chapter 7 |
| ) | |
| Debtors. ) | Hon. Ronald Barliant |
| ) | |
| ) | Hearing:    April 15, 2002 |
| ) |              10:30 a.m. |

## MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO TRUSTEE'S OBJECTION TO KPMG LLP'S FIRST AND FINAL APPLICATION FOR COMPENSATION AND EXPENSES DURING THE APPLICATION PERIOD

KPMG LLP ("**KPMG LLP**"), by and through its attorneys, and pursuant to section 105(a) of the United States Bankruptcy Code (the "**Bankruptcy Code**"), hereby request that the Court make and enter an order substantially in the form attached hereto extending the deadline by which KPMG LLP may submit its response to the Trustee's objection to KPMG LLP's first and final application for compensation and expenses during the application period (the "**Fee Objection**"), and in support thereof states as follows:

1. On December 22, 2000, Outboard Marine Corporation ("**OMC**") commenced its Chapter 11 bankruptcy case. On August 20, 2001, OMC's chapter 11 case was converted under Chapter 7 of the Bankruptcy Code.

2. On November 30, 2001, KPMG LLP filed its Application for Allowance of Compensation and Expense (First and Final) for Period Beginning 12/22/00 and Ending July 31, 2001 of KPMG LLP as Accountants, Auditors and Tax Advisors to the Debtor (the "**Fee Application**").

3. On February 4, 2002, the Trustee filed its Fee Objection.

FILED
UNITED STATES
NORTHERN DISTRICT BANKRUPTCY COURT
OF ILLINOIS
APR 0 1 2002
KENNETH S. GARDNER, CLERK
PS REP. - PS

1537

4. The deadline for KPMG LLP to file a response to the Fee Objection was February 28, 2002; however, prior to February 28, 2002, the Trustee's attorneys informed KPMG LLP that the Trustee had agreed to extend the deadline to April 1, 2002.

5. WHEREFORE, KPMG LLP requests that this Court (i) extend the deadline by which KPMG LLP may file a response to the Fee Objection from April 1, 2002 to May 13, 2002, and (ii) grant such other relief as is necessary or appropriate.

Dated: March 28, 2002

                                          KPMG LLP

                                          By: _____
                                               One of its attorneys

Nancy A. Peterman, ARDC# 6208120
Patrick M. Jones, ARDC # 6271256
GREENBERG TRAURIG, P.C.
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435

\\chi-srv01\jonespat\40873v01\VJD01!.DOC\3/28/02