UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EOD APR 17 2002

| | | |
|---|---|---|
| In Re: | ) | Case No. 00-37405 |
| | ) | Chapter 11 |
| OUTBOARD MARINE | ) | Jointly Administered |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| | ) | Hon. Ronald A. Barliant |
| Debtors. | ) | Case No. 01-A-00188 |

## ORDER

This cause coming to be heard on the Northern Trust Company's ("Northern") Second Agreed Motion for Payment of Fees, notice having been given, and the Court being advised,

IT IS HEREBY ORDERED:

1. Northern's motion is granted;

2. If, in the future, there is a final, non-appealable order of a Court of competent jurisdiction that Northern breached its fiduciary duties to the Beneficiaries, then the Chapter 7 Trustee shall have the right to seek a Court order requiring return of such payments and Northern shall have the right to oppose the entry of such an Order.

3. The Chapter 7 Trustee shall pay Northern its trustee and attorneys' fees sought in Northern's motion in the amount of $30,231.17 within 7 days of the entry of this order

Enter:

_____
The Honorable Ronald Barliant
**1 5 APR 2002**

*Order drafted by:*
Stuart M. Rozen
Priscilla P. Weaver
Mayer, Brown, Rowe & Maw
190 South LaSalle Street
Chicago, Illinois 60603
(312) 782-0600