EOD MAY 29 2002

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAY 28 2002
KENNETH S. GARDNER, CLERK
PS REP. - KS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  )  Case No. 00 B 37405
 )  (Jointly Administered)
OUTBOARD MARINE CORPORATION,  )  Chapter 7
et al.,  )
 Debtors.  )  Hon. Ronald Barliant

Hearing Date: June 10, 2002
Hearing Time: 10:30 a.m.

## TRUSTEE'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF HIS OBJECTION TO KPMG LLP'S FIRST AND FINAL APPLICATION FOR COMPENSATION AND EXPENSES INCURRED DURING THE PERIOD BEGINNING DECEMBER 22, 2000 AND ENDING JULY 31, 2001 AND TO SET HEARING DATE

Alex D. Moglia, not individually but as chapter 7 trustee ("Trustee") for Outboard Marine Corporation and its related debtor entities ("OMC") states as follows for this Motion for Leave to File Reply In Support of His Objection to KPMG LLP's First and Final Application for Compensation and Expenses Incurred During the Period Beginning December 22, 2000 and Ending July 31, 2001:

1. The Trustee objected to KPMG, LLP's application for fees for services allegedly performed on behalf of OMC's chapter 11 estate, on several ground, including KPMG, LLP's failure to adequately disclose payments it received from and claims it has against the debtor. The Trustee also had questions about certain of the work performed and the evidence submitted

2. In its response to the Trustee's objection, KPMG, LLP raises new matters that the Trustee seeks leave to address in the attached reply.

3. Given the questions of fact that are at issue on this matter, the Trustee also respectfully asks the court to set KPMG's application and the Trustee's request for disgorgement for an evidentiary hearing.

WHEREFORE, there being no just cause otherwise, the Trustee respectfully asks the court (a) for leave to file the attached reply; and (b) to set this matter for an evidentiary hearing.

Dated: May 28, 2002

Respectfully submitted,

Alex D. Moglia, not individually, but as chapter 7 trustee for the Outboard Marine Corporation and its related debtor entities

By: _____
One of its attorneys

Steven B. Towbin (#2848546)
Kathleen H. Klaus (#6211316)
D'Ancona & Pflaum LLC
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601
(312) 602-2000

- 2 -

602526 v2, 102528/000