EOD JUN 0 5 2002

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| | ) |
| OUTBOARD MARINE CORPORATION, *et al.*, | ) No. 00 B 37405 |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Hon. Ronald Barliant |
| | ) |
| ALEX D. MOGLIA, not personally but as CHAPTER 7 TRUSTEE FOR OUTBOARD MARINE CORPORATION AND ITS RELATED DEBTOR ENTITIES, | ) |
| Plaintiff, | ) |
| v. | ) Adv. No. ~~00445~~ |
| | ) |
| BARLOWORLD HANDLING LP, d/b/a WRENN HANDLING, | ) |
| Defendant. | ) Hearing Date: May 28, 2002 |
| | ) Hearing Time: 10:30 a.m. |

## ORDER APPROVING COMPROMISE BETWEEN PLAINTIFF AND DEFENDANT BARLOWORLD HANDLING LP, d/b/a WRENN HANDLING AND DISMISSING COMPLAINT

Upon consideration of the motion (the "Motion")[1] of Alex D. Moglia, not personally but as chapter 7 trustee ("Plaintiff") for Outboard Marine Corporation and its Related Debtor Entities (collectively, the "Debtor"), requesting the entry of an order, pursuant to Fed. R. Bankr. P. 9019, approving a proposed compromise between the Plaintiff and Barloworld Handling LP, d/b/a Wrenn Handling ("Defendant"); due and proper notice of the Motion having been provided; it appearing that there is good cause to grant the relief requested; and, there being no objection to the relief requested; it is therefore ORDERED as follows:

602326.v1

1. To the extent provided herein, the Motion is granted.

2. Notice of the Motion as provided for therein is sufficient and further notice is waived pursuant to Fed. R. Bankr. P. 2002(a)(3).

3. The terms of the Proposed Compromise as further specified in the Motion are approved pursuant to Fed. R. Bankr. P. 9019: (a) Defendant will remit payment of $20,000.00 (the "Repayment") to the Plaintiff within four (4) days of this order becoming final and nonappealable; and (b) upon Plaintiff's full and final receipt and the full and final honoring of the Repayment, Defendant shall be released by Plaintiff from the Claims made by Plaintiff pursuant to 11 U.S.C. §§ 547 and 550.

4. The Complaint against Defendant is dismissed pursuant to Fed. R. Bankr. P. 7041(a)(2).

5. Notwithstanding the dismissal of the Complaint, this Court shall retain jurisdiction to enforce this order and the Proposed Compromise.

6. Plaintiff is authorized to take such further actions and execute such documents, including a settlement agreement and release, as may be necessary to document the Proposed Compromise with Defendant.

ENTER:

Dated: May 28, 2002

_____
Bankruptcy Judge

2 8 MAY 2002

---

[1] Terms not defined herein shall have the meanings ascribed to them in the Motion.

602326.v1

Prepared by:
Steven B. Towbin (#2848546)
Stephen T. Bobo (#6182054)
Mark L. Johnson (#6204488)
Jon Vigano (#6257850)
Mark L. Radtke (#6275738)
D'Ancona & Pflaum LLC
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601
(312) 602-2000
Attorneys for Alex D. Moglia, not personally but
as Chapter 7 Trustee for Outboard Marine
Corporation and Its Related Debtor Entities