EOD JUN 19 2002

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | No. 00 B 37405 |
| OUTBOARD MARINE CORPORATION, ) | (Jointly Administered) |
| et al., ) | |
| ) | Hon. Ronald Barliant |
| Debtors. ) | |

## ORDER SUPPRESSING EXHIBIT A TO THE
## SECOND MOTION FOR ENTRY OF AN ORDER ALLOWING
## THE TRUSTEE TO COMPROMISE CERTAIN PREFERENCE OBLIGATIONS

This matter coming to be heard the motion of Alex D. Moglia, not individually, but as chapter 7 trustee for Outboard Marine Corporation and its Related Debtor Entities ("Trustee") under Bankruptcy Rule 9018 and Local Bankruptcy Rule 401 for the entry of an Order Suppressing Exhibit A to the Second Motion for Entry of an Order Allowing the Trustee to Compromise Certain Preference Obligations (the "Motion").

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The Trustee's Motion is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2)(B) and (O).

2. The Trustee shall file Exhibit A as a "suppressed document" under Local Bankruptcy Rule 401.

608755-2

3.  The clerk of court is directed to maintain these documents separately from the other documents filed in this case, and shall not allow any person access to those documents, without further order of court.

4.  The clerk or court is to bring the matter of the disposition of the suppressed documents to the court's attention following the closing of this case and either (a) the expiration of the time to file a notice of appeal, if no appeal was filed; or (b) if an appeal was filed, the filing of the mandate or final order resulting from the appeal.

ENTER:

_____
Honorable ~~Roland~~ Barliant
United States Bankruptcy Judge

17 JUN 2002

**_PREPARED BY_**

Steven B. Towbin (#2848546)
Stephen T. Bobo (#6182054)
Mark L. Johnson (#6204488)
Jon C. Vigano (#6257850)
D'Ancona & Pflaum LLC
111 East Wacker Dr., Suite 2800
Chicago, IL 60601
(312) 602-2000

608755-2