EOD JUL 08 200?

FILED
UNITED STATES BANKRUPTCY
NORTHERN DISTRICT OF IL
JUL 03 2002
KENNETH S. GARDNER,
PS REP. - LS

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| OUTBOARD MARINE | ) | No. 00 B 37405 |
| CORPORATION, *et al.*, | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Hon. Ronald Barliant |
| | ) | Hearing Date: July 16, 2002 |
| | ) | Hearing Time: 10:30 a.m. |

**FINAL STATEMENT REGARDING THE OFFICIAL UNSECURED CREDITORS' COMMITTEE'S EXPENSES AND MOTION TO DISTRIBUTE**

1. This Statement is being submitted by counsel for the committee of unsecured creditors formed under 11 U.S.C. § 1102 (the "Committee") in connection with the above-captioned chapter 11 cases of Outboard Marine Corporation and its related debtors (the "Debtors").

2. This Statement is submitted pursuant to ¶ 2(f) of the "Administrative Order Pursuant To 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals" dated January 4, 2001 (the "Administrative Order").

3. The Committee was formed and began fulfilling its statutory duties on December 28, 2000.

1818

4. On January 4, 2001, the court entered the Administrative Order that governs procedures for submitting Monthly Statements by professionals retained by order of the court and by Committee members.

5. Unless any person receiving this Statement notifies the Committee's counsel of any objection within twenty (20) days hereof pursuant to ¶ 2(c) of the Administrative Order, counsel for the Committee shall pay from the escrow fund established for such purpose the following expense:

| **Payee** | **Amount** |
| --- | --- |
| James M. Rumford | $5,274.50 |
| Print Masters | $9,000.00 |
| Mail, Copies & More | $7,645.50 |
| Ernst & Young | $21,985.00 |
| Copies/Kinkos | $28,501.55 |
| Copies/Print Masters | $11,508.22 |
| Copies/Minutemen Press | $8456.15 |
| Chris Craft/Computer work | $1500.00 |

6. The court approved Mr. Rumford's retention by the Trustee on October 29, 2001. The $5,274.50 is to pay Mr. Rumford for services rendered in connection with managing OMC's real property in Waukegan, Illinois and Wisconsin.

7. The $21,985.00 payment to Ernst & Young is for fees and expenses incurred in connection with the Trustee's litigation with OMC's prepetition lenders in connection with the valuation of OMC's assets sold on February 5, 2001.

8. The remaining costs are for copying and shipment of documents related to potential preference payments made by OMC's boat division. The records were kept at locations across the country. The Committee wishes to close the account and forward the remaining $2907.52 in the account to Alex D. Moglia, not individually, but has chapter 7 trustee ("Trustee") for Outboard Marine Corporation and its related debtor entities.

WHEREFORE, there being no just cause otherwise, the counsel for the Committee asks the court to authorize it to make the above referenced payments and to turn over the remaining sums to the Trustee.

        D'Ancona & Pflaum LLC, as escrow agent for the Outboard Marine Corporation chapter 11 Creditors Committee Expense Account

Dated: July 3, 2002      By: _____
                                                 One of its attorneys

Steven B. Towbin (#2848546)
Kathleen H. Klaus (#6211316)
D'Ancona & Pflaum LLC
111 E. Wacker Drive
Suite 2800
Chicago, IL 60601
(312) 602-2000