EOD   NOV 0 1 2002

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| OUTBOARD MARINE CORPORATION, | ) | Case No. 00 B 37405 |
| et al., | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hon. John H. Squires |

### NOTICE OF TRUSTEE'S INTENDED ABANDONMENT OF EMPLOYEE RECORDS AND FINAL HEARING THEREON

**PLEASE TAKE NOTICE AS FOLLOWS:**

1. On or about October 23, 2002, Alex D. Moglia, not individually but as chapter 7 trustee ("Trustee") for Outboard Marine Corporation and its related debtor entities (collectively, "OMC" or "Debtor"), filed a motion ("Motion") for approval of his intended abandonment of the Debtor's records ("Employee Records") relating to its former employees. A copy of the Motion is available upon written request to the undersigned.

2. A final hearing on the Motion shall be held in Courtroom No. 680, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois on November 12, 2002 at 10:30 a.m. before the Honorable John H. Squires, Bankruptcy Judge or such other Judge who may be sitting in his place and stead. Such hearing may be continued from time to time without further notice other than by announcement in open court.

3. Objections, if any, to the Motion and the Trustee's intended abandonment of the Employee Records shall be filed with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Suite 710, Chicago, Illinois, 60604 so that they are **received** on or before November 8, 2002, with a copy served concurrently upon the Trustee's counsel, Peter J. Roberts, D'Ancona & Pflaum LLC, 111 E. Wacker Dr., #2800, Chicago, IL 60601(Fax: (312) 602-3097).

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY ENTER AN ORDER AUTHORIZING THE TRUSTEE TO ABANDON THE EMPLOYEE RECORDS.**

Dated: October 30, 2002

Alex D. Moglia, not individually, but as Chapter 7 Trustee for Outboard Marine Corporation and its related debtor entities

By: _____
One of his attorneys

Steven B. Towbin (#2848546)
Peter J. Roberts (#6239025)
Kathleen H. Klaus (#6211316)
D'Ancona & Pflaum LLC
111 East Wacker Dr., Suite 2800
Chicago, IL 60601
(312) 602-2000

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

OCT 3 1 2002

KENNETH S. GARDNER, CLERK
PB REP: BW

564321.v2

2019