UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| OUTBOARD MARINE CORPORATION, *et al.*, | ) ) ) | No. 00 B 37405 |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Hon. John H. Squires |

E O D  FEB 1 2 2003

### ORDER ALLOWING FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO NOVACK AND MACEY

This matter coming to be heard on the application of Alex D. Moglia, (the "Trustee") not individually but as trustee for the chapter 7 estates of Outboard Marine Corporation ("OMC") and its related debtor entities (collectively, the "Debtors") for the Final Allowance and Payment of Fees and Expenses Incurred Through November 19, 2002 by Novack and Macey ("Novack"), and the court finding that proper notice has been given thereof and being otherwise fully advised in the premises;

NOW THEREFORE IT IS ORDERED:

1. The Trustee's Application is granted.

2. Novack is allowed $34,996.50 in compensation for services rendered during the final application period of July 1, 2002 through November 19, 2002.

3. The court's prior award of compensation to Novack for services rendered as special litigation counsel is allowed, on a final basis.

650095.v1

2262

4. Novack is allowed $5,637.75 in the reimbursement of expenses incurred during the final application period of July 1, 2002 through November 19, 2002.

5. The court's prior award of the reimbursement of expenses incurred by Novack in connection with its services rendered as special litigation counsel is allowed, on a final basis. Novack shall apply $12,125.46, representing the amount due after application of all interim payments received to date and shall return $62,874.54, the unused portion of its retainer, to the Trustee within ten (10) business days of the entry of this order.

Date: 2/11/03

ENTERED:

Hon. John H. Squires
United States Bankruptcy Judge

11 FEB 2003

Prepared by:
Steven B. Towbin (#2848546)
Kathleen H. Klaus (#6211316)
Jeremy C. Kleinman (#6270080)
D'Ancona & Pflaum LLC
111 E. Wacker Dr., #2800
Chicago, IL 60601 / (312) 602-2000

650095.v1

-2-