UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

E O D FEB 12 2003

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 00 B 37405 |
| OUTBOARD MARINE CORPORATION, | ) | (Jointly Administered) |
| *et. al.*, | ) | |
| Debtors. | ) | Hon. John H. Squires |

## ORDER APPROVING SETTLEMENT AGREEMENTS

Upon consideration of the motion (the "Motion")[1] of Alex D. Moglia, not personally but as chapter 7 trustee ("Plaintiff") for Outboard Marine Corporation and its Related Debtor Entities (collectively, the "Debtor"), requesting the entry of an order, pursuant to Fed. R. Bankr. P. 9019, approving proposed Settlement Agreements between the Trustee and certain defendants ("Defendants") in connection with Adv. Nos. 02 A 00430, 02 A 00690, 02 A 00697, 02 A 00705, 02 A 01148, 02 A 01171, 02 A 01178, 02 A 01617, 02 A 01874, 02 A 01883, 02 A 01889, 02 A 01971, 02 A 02572, 02 A 02606, 02 A 02929, 02 A 01937, 02 A 01946 and other preference-related demands not currently pending before the court; due and proper notice of the Motion having been provided; it appearing that there is good cause to grant the relief requested; and, there being no objection to the relief requested; it is therefore ORDERED as follows:

1. The Motion is hereby granted.

2. Notice of the Motion as provided for therein is sufficient and further notice is waived pursuant to Fed. R. Bankr. P. 2002(a)(3).

3. The terms of the Settlement Agreements as further specified in the Motion are approved pursuant to Fed. R. Bankr. P. 9019.

---

[1] Terms not defined herein shall have the meanings ascribed to them in the Motion.

656828.v2: 102528/000

4. Upon full and final honoring of the Settlement Sums set forth in the Motion, Plaintiff shall file stipulations of dismissal for the Complaints against each Defendant pursuant to Fed. R. Bankr. P. 7041(a)(2).

5. Notwithstanding the dismissal of the Complaint, this Court shall retain jurisdiction to enforce this Order and the Settlement Agreements.

6. Plaintiff is authorized to take such further actions and execute such documents as may be necessary to document the Settlement Agreement with Defendant.

ENTER:

_____
Bankruptcy Judge

1 1 FEB 2003

Dated: February _11_, 2003

**Prepared By**:

Jon Vigano (#6257850)
Jeremy C. Kleinman (#6270080)
Mark L. Radtke (#6275738)
Janice A. Alwin (#6277043)
D'Ancona & Pflaum LLC
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601
(312) 602-2000

Attorneys for Alex D. Moglia, not personally but as Chapter 7 Trustee for Outboard Marine Corporation and Its Related Debtor Entities

656828.v2: 102528/000