UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EOD FEB 13 2003

FILED
FEB 10 2003

John H. Squires Bankruptcy Judge
UNITED STATES BANKRUPTCY COURT

----------------------------------------x
In re:                        :  Case No. 00-37405
                              :  (Jointly Administered)
OUTBOARD MARINE CORPORATION,  :
et al.,                       :  Chapter 11
                              :
     Debtors.                 :
----------------------------------------x

### REVISED FINAL APPLICATION OF ENTWISTLE & CAPPUCCI FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES, FOR THE PERIOD FROM FEBRUARY 21, 2001 THROUGH FEBRUARY 4, 2003

Entwistle & Cappucci ("Entwistle"), counsel for The Official Committee of Retired Employees of Outboard Marine Corp. (the "Retirees Committee"), as and for its application for final allowance of counsel fees and reimbursement of disbursements, respectfully represents:

### GENERAL BACKGROUND

1. On December 22, 2000 (the "Petition Date"), the Debtor filed a voluntary petition in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code").

2. An Official Committee of Unsecured Creditors was appointed January 2, 2001, and retained the law firm of D'Ancona & Pflaum, LLC, 111 East Wacker Drive, Chicago, Illinois 60601 on January 12, 2001. The Retirees Committee was appointed on February 21, 2001, and an order was entered by the Court on February 23, 2001 authorizing the employment of Entwistle and BWEM as co-counsel for the Retirees Committee.

3. On or about November 29, 2001, Entwistle filed its First and Final Application for Compensation and Reimbursement of Expenses (the "Original Application.") On August 6, 2002, by Memorandum Opinion, Bankruptcy Judge Barliant granted the Original Application in full, noting



specifically that, "there are no charges that appear to be redundant, excessive, or unnecessary." A Motion for Reconsideration of Judge Barliant's decision was granted by Trustee Barliant without hearing by minute order dated September 23, 2002. Judge Barliant however, declined to vacate or modify the findings quoted above concerning the Original Application. At a final hearing on December 10, 2002 in regard to the Original Application and the Trustee's Motion for Reconsideration, this Court again approved the Original Application in full, after deciding that it should not act as a "quasi-appellate" court by revisiting Judge Barliant's specific factual findings in approving the Original Application. The Trustee then filed a second Motion for Reconsideration which is currently pending before this Court. Entwistle does not believe that this Court may or should reconsider the Original Application for a second time. However, should this Court decide to do so, Entwistle hereby submits this Revised Application with changes aimed at satisfying the Trustee's concerns and objections to the Original Application.

4. This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157(b)(1) and 1334(b). Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2). The statutory predicate for the relief requested herein is Bankruptcy Code section 330.

5. Entwistle is applying for final compensation pursuant to section 330 of the Bankruptcy Code for legal services performed for the Retirees Committee from February 21, 2001 through February 4, 2003 (the "Application Period") in the amount of $38,718.50 and for reimbursement of actual and necessary out-of-pocket disbursements of $533.65 incurred by Entwistle during the Application Period in connection with such services.

6. No agreement or understanding exists between Entwistle and any other person for the sharing of compensation received or to be received for services rendered in or in connection with this matter except as provided below. Applicant will not, in any form or guise, share or agree

2

to share compensation for services with any person, nor will Entwistle share in the compensation for any other person rendering services in these cases, except as so provided by section 504(b) of the Bankruptcy Code and Rule 2016 of the Bankruptcy Rules.

## DESCRIPTION OF SERVICES

7. All of the professional services for which this final award is being sought hereby were rendered solely on behalf of the Retirees Committee in connection with the chapter 11 proceedings herein and in fulfillment of the responsibility of the Applicant as counsel to the Retirees Committee.

8. Summary of Principal Activities

The principal activities performed by Entwistle in its representation of the Retirees Committee consist of the following.

    a. Committee Administration [$21,591.50]

    b. Objection to Debtor's Motion to Reject Pension Plan [13,748.00]

    c. Advising Committee Members [3,379.00]

9. Description of Principal Activities

    a. Committee Administration. In this category, Entwistle performed the following services: meeting with retirees for purpose of forming and organizing the Retirees Committee, participating in conferences with retirees and other professionals in this case regarding the rights of the retirees in these chapter 11 proceedings and the need for an official committee of retirees, preparing for and attending the hearings to consider the appointment of an official committee of retirees and the retention of counsel to represent such committee.

    b. Objection to Debtor's Motion to Reject Pension Plan. In this category, Entwistle performed the following services: reviewing and preparing an objection to the Debtor's motion to reject the retirees' pension plan, preparing a motion to withdraw the reference with regard

3

to such motion, attending the hearing on the rejection motion, preparing notice of appeal, addressing appeal issues with respect to the order granting the rejection motion, preparing notices of appeal.

      c.      Advising Committee Members. In this category, Entwistle performed the following services: addressing issues relating to retirees' insurance benefits and responding to inquiries from members of the Retirees' Committee and other former employees concerning their benefits.

      10.      The following is a statement of the number of hours spent and the amount of compensation requested for each professional who worked on this project:

| Professional | Position | No. of Hours | Hourly Rate | Compensation Requested |
|---|---|---|---|---|
| Andrew J. Entwistle | Partner | 20.7 | $450 | $9,315.00 |
| Craig E. Nelson | Partner | 69.4 | $375 | $26,025.00 |
| Edward L. Doherty | Associate | 11.8 | $190 | $2,242.00 |
| Rachel Davis | Associate | 4.4 | $110 | $484.00 |
| Chris de Lise | Associate | 2.9 | $225 | $652.50 |
| Total | | | 109.2 | $38,718.50 |

## THE FEES AND EXPENSE REQUESTED

      11.      Annexed hereto and made a part hereof as Attachment A are detailed time sheets upon which this fee application is based. Each such time sheet contains a summary of each individual professional's time for the Application Period, itemizing the services performed, dates by each person rendering the service, the time spent in rendering such service, the hourly rate of the professional rendering the service and the dollar value of such service. Entwistle has reviewed and

4

revised certain time entries to address the Trustee's objection to the "lumping" of time entries. Such revisions are based upon each Entwistle attorney's best recollection of the breakdown of each time entry. Annexed hereto as Attachment B and made a part hereof are statements detailing the actual and necessary out-of-pocket disbursements incurred by Entwistle during the Application Period in connection with services rendered to the Retirees Committee in the chapter 11 proceedings.

12. The services and expenses for which allowance is sought hereby total $38,718.50 and $533.65, respectively. Entwistle has not received any prior payments toward the fees and expenses for which reimbursement is sought in this Application. Entwistle has complied with Fed. R. Bankr. P. 2016(a) in the keeping of its time records and its Rule 2016 Affirmation is annexed hereto.

13. The legal services for which such compensation is requested were performed for the Retirees Committee and not on behalf of any other entity. Such services have been necessary to protect and enforce the rights and interests of the Retirees in connection with these chapter 11 proceedings. The reasonable value of services rendered by Entwistle as counsel to the Retirees Committee in these proceedings is based upon the Applicant's usual hourly rates for matters of this nature.

14. Entwistle requests that the fees and expenses sought in this Application be both allowed and paid, and submits that the source of the proposed payment will be from the Debtor's funds and/or other assets of the Debtor's estate.

**WHEREFORE,** Applicant prays that an allowance be made to it in the sum of $38,718.50 as interim compensation for professional services rendered to the Retirees, in addition to the sum of $533.65 as reimbursement for reasonable and necessary disbursements made on the Retiree's behalf and for such other and further relief that this Court deems just and proper.

Dated: Norwalk, Connecticut
       February 6, 2003

                          ENTWISTLE & CAPPUCCI
                          Attorneys for the Official Committee
                          of Retired Employees

                          By: _____
                              Mark R. Jacobs, Esq.
                          *Counsel for Entwistle & Cappucci*
                          Jacobs Partners LLC
                          Merritt View
                          383 Main Avenue
                          Norwalk, CT 06851

                          Entwistle & Cappucci
                          123 N. Wacker Drive
                          Suite 1800
                          Chicago, IL 60606

**ATTACHMENT A**

Entwistle & Cappucci LLP

400 Park Avenue
New York, New York 10022

# Statement

Date

11/29/2001

Bill To

Outboard Marine Corporation

### a. Committee Administration

Amount Due

$21,591.50

| Date | Bill Code | Description | Time | Rate | Amount | Balance |
|---|---|---|---|---|---|---|
| 01/31/2001 | | Balance forward | | | | 0.00 |
| 02/21/2001 | AJE | Appointment of Committe- Review materials re: issues before employee committee | 1.8 | 450.00 | 810.00 | 810.00 |
| 02/21/2001 | CEN | Prepare materials re: committee(3.0); pre-hearing matters re: termination of benefits(3.0); coordinate committee members(1.0); telecon w/J. Holt and R. Asma(.3) | 7.3 | 375.00 | 2,737.50 | 3,547.50 |
| 02/22/2001 | AJE | Follow re: benefit issues | 0.9 | 450.00 | 405.00 | 3,952.50 |
| 02/22/2001 | CEN | Conference call w/committee(2.0); review and file order(2.0); follow up on committee matters(2.20) | 6.2 | 375.00 | 2,325.00 | 6,277.50 |
| 02/26/2001 | AJE | Review client materials re: information on insurance benefit termination issues for hearing(3.0); review research re: committee issues(.7) | 3.7 | 450.00 | 1,665.00 | 7,942.50 |
| 02/26/2001 | CEN | Field calls from many retirees(1.30); prepare motion and retention for court(5.0) | 6.3 | 375.00 | 2,362.50 | 10,305.00 |
| 03/01/2001 | CEN | Revise retention agreement(6.0); numerous calls with retirees re termination of benefits(1.8) | 7.8 | 375.00 | 2,925.00 | 13,230.00 |
| 03/02/2001 | CEN | Return numerous calls from retirees(1.0); conf. call w/R. Glaser(1.8); revise retention application(.3) | 4.3 | 375.00 | 1,612.50 | 14,842.50 |
| 03/07/2001 | CEN | Retention Application(1.5) - discussed S. Thoma(1.5); review of file appeal re: benefit plans; file final 1114 Order(.8) | 3.8 | 375.00 | 1,425.00 | 6,267.50 |
| 03/07/2001 | RD | Prepare retention letter to be filed | 0.2 | 110.00 | 22.00 | 16,289.50 |

Amount Due

$21,591.50

Page 1

Entwistle & Cappucci LLP

400 Park Avenue
New York, New York 10022

# Statement

Date

11/29/2001

**Bill To**

Outboard Marine Corporation

### a. Committee
### Administration

Amount Due

$21,591.50

| Date | Bill Code | Description | Time | Rate | Amount | Balance |
|---|---|---|---|---|---|---|
| 03/08/2001 | CEN | Retention Applications(.1); discuss w/L. Eastwood(.4) | 0.4 | 375.00 | 150.00 | 16,439.50 |
| 05/04/2001 | CEN | Amend retention application | 1.3 | 375.00 | 487.50 | 16,927.00 |
| 05/04/2001 | ELD | Attend to bankruptcy filing difficulties w/C. Nelson | 2 | 190.00 | 380.00 | 17,307.00 |
| 05/07/2001 | CEN | Obtain transcripts for R. Glaser - Chmn of Committee(.6); draft retention applications(1.0) | 1.6 | 375.00 | 600.00 | 17,907.00 |
| 05/07/2001 | ELD | Receipt and review of motion documents from L. Eastwood(2.0); telephone calls (various) w/C. Nelson(2.0) and L. Eastwood re: service and filing of motion; attend to completion, execution, service and filing of motion papers(2.1) | 6.1 | 190.00 | 1,159.00 | 19,066.00 |
| 05/08/2001 | CEN | Send transcripts to R. Glaser and P. Whitehead; file retention applications | 3.6 | 375.00 | 1,350.00 | 20,416.00 |
| 05/08/2001 | RD | Review issues in case | 0.8 | 110.00 | 88.00 | 20,504.00 |
| 05/09/2001 | CEN | Prepare for and attend hearing re: retention applications | 2.1 | 375.00 | 787.50 | 21,291.50 |
| 05/09/2001 | ELD | Telephone call w/M. Jacobs re: motion hearing(.25); telephone call w/C. Nelson re same(.25); conference call w/Court - Judge Katz(.50) | 1 | 190.00 | 190.00 | 21,481.50 |
| 08/08/2001 | RD | Research rules on filing for appeal | 1 | 110.00 | 110.00 | 21,591.50 |

Amount Due

$21,591.50

Page 2

**Brager Wexler Eagel & Morgenstern, LLP**
885 Third Avenue, Suite 3040
New York, NY 10022

# Statement

| Date |
|---|
| 11/29/2001 |

| Bill To |
|---|
| Outboard Marine |

### a. Committee
### Administration

| Amount Due |
|---|
| $2,250.00 |

| Date | Bill Code | Description | Time | Rate | Amount | Balance |
|---|---|---|---|---|---|---|
| 01/31/2001 | | Balance forward | | | | 0.00 |
| 02/21/2001 | MRJ/Inv | Appointment of Committee- Committee organization conference call | 2 | 450.00 | 900.00 | 900.00 |
| 03/07/2001 | MRJ/Inv | Attn retention | 0.5 | 450.00 | 225.00 | 1,125.00 |
| 03/08/2001 | MRJ/Inv | Attn retention pleadings, service | 1 | 450.00 | 450.00 | 1,575.00 |
| 05/09/2001 | MRJ/Inv | Prepare, attend retention hearing | 1.5 | 450.00 | 675.00 | 2,250.00 |
| 11/29/2001 | | Amount Due | | | | 2,250.00 |

Brager Wexler Eagel & Morgenstern, LLP
885 Third Avenue, Suite 3040
New York, NY 10022

# Statement

Date: 11/20/2001

Bill To: Outboard Marine

## b. Reject
## Pension Plan

Amount Due: $20,965.00

| Date | Bill Code | Description | Time | Rate | Amount | Balance |
|---|---|---|---|---|---|---|
| 01/31/2001 | | Balance forward | | | | 0.00 |
| | | Reject Pension Plan- | | | | |
| 02/20/2001 | MRJ/Inv | Attn 1114, 363 pleadings | 2 | 450.00 | 900.00 | 900.00 |
| 02/21/2001 | MRJ/Inv | Review debtors 1114, 363 pleadings | 2 | 450.00 | 900.00 | 1,800.00 |
| 02/21/2001 | MRJ/Inv | Draft 1114 order | 0.5 | 450.00 | 225.00 | 2,025.00 |
| 02/21/2001 | MRJ/Inv | Prepare, attend hearing | 1 | 450.00 | 450.00 | 2,475.00 |
| 02/22/2001 | MRJ/Inv | Attn debtors 1114, 363 pleadings | 2 | 450.00 | 900.00 | 3,375.00 |
| 02/22/2001 | MRJ/Inv | Attn objections | 2 | 450.00 | 900.00 | 4,275.00 |
| 02/23/2001 | MRJ/Inv | Attn 1114, 363 objections | 5 | 450.00 | 2,250.00 | 6,525.00 |
| 02/25/2001 | MRJ/Inv | Revise objections; telecon P Morgenstern re same | 2 | 450.00 | 900.00 | 7,425.00 |
| 02/26/2001 | LLL/Inv | Review Debtor's motion to Terminate Pension Plan (1.0)and legal research and office conference with MRJ re: Same.(1.8) | 2.8 | 300.00 | 840.00 | 8,265.00 |
| 02/26/2001 | MRJ/Inv | Attn objections | 4 | 450.00 | 1,800.00 | 10,065.00 |
| 02/26/2001 | MRJ/Inv | 1114 research | 1.5 | 450.00 | 675.00 | 10,740.00 |
| 02/27/2001 | LLL/Inv | Office conference with MRJ re: Legal research relating to Debtor's motion to terminate pension plan (2.0)and further research re: Same; Shepardize cases cited in Debtor's motion.(.60) | 2.6 | 300.00 | 780.00 | 11,520.00 |
| 02/27/2001 | MRJ/Inv | Attn objections | 4.5 | 450.00 | 2,025.00 | 13,545.00 |
| 02/27/2001 | MRJ/Inv | Prepare, attend conference call debtor, creditors committee, banks | 1.5 | 450.00 | 675.00 | 14,220.00 |
| 02/28/2001 | MRJ/Inv | Attn 1114 reschedule | 1.5 | 450.00 | 675.00 | 4,895.00 |
| 02/28/2001 | MRJ/Inv | Telecons P Morgenstern, J Boulden re strategy | 1 | 450.00 | 450.00 | 5,345.00 |
| 02/28/2001 | MRJ/Inv | Prepare, attend conference call debtor, creditors committee re settlement | 1 | 450.00 | 450.00 | 5,795.00 |
| 02/28/2001 | LLL/Inv | Office conference w/MRJ re hearing on termination of plan (.4)and research re same(1.0) | 1.4 | 300.00 | 420.00 | 6,215.00 |
| 03/01/2001 | MRJ/Inv | Attn Kutx order(1.0), appeals grounds(1.5) | 2.5 | 450.00 | 1,125.00 | 7,340.00 |
| 03/02/2001 | MRJ/Inv | Attn appeal issues | 1 | 450.00 | 450.00 | 17,790.00 |
| 03/05/2001 | MRJ/Inv | Attn committee order(.5), petition pleadings(.5) | 1 | 450.00 | 450.00 | 18,240.00 |

Page 1

Brager Wexler Eagel & Morgenstern, LLP
885 Third Avenue, Suite 3040
New York, NY 10022

# Statement

Date

11/29/2001

Bill To

Outboard Marine

## b. Reject
## Pension Plan

Amount Due

$20,965.00

| Date | Bill Code | Description | Time | Rate | Amount | Balance |
|---|---|---|---|---|---|---|
| 03/05/2001 | LLL/Inv | Office conference with MRJ and RMF re: Notice of Appeals and research re: Time to file same and cost to file same. | 0.5 | 300.00 | 150.00 | 18,390.00 |
| 03/06/2001 | MRJ/Inv | Attn appeals issues | 1 | 450.00 | 450.00 | 18,840.00 |
| 03/07/2001 | MRJ/Inv | Attn appeals issues | 2 | 450.00 | 900.00 | 19,740.00 |
| 03/07/2001 | RMF/Inv | Prepare Notices of Appeal(1.0), review procedure(2.0), conf. with local counsel, conf. with MRJ, review procedure for service, etc.(.5) | 2.5 | 350.00 | 875.00 | 20,615.00 |
| 03/21/2001 | LLL/Inv | Telephone conference's with MRJ and B. Clazer re: Conference call. | 0.7 | 300.00 | 210.00 | 20,825.00 |
| 07/18/2001 | RMF/Inv | O/c MRJ, review note and papers from E&C, re: appeal status. | 0.4 | 350.00 | 140.00 | 20,965.00 |
| 11/29/2001 | | Amount Due | | | | 20,965.00 |

Entwistle & Cappucci LLP

400 Park Avenue
New York, New York 10022

# Statement

Date

11/29/2001

Bill To

Outboard Marine Corporation

## b. Reject
## Pension Plan

Amount Due

$3,379.00

| Date | Bill Code | Description | Time | Rate | Amount | Balance |
|---|---|---|---|---|---|---|
| 01/31/2001 | | Balance forward | | | | 0.00 |
| | | Advising Committee Members- | | | | |
| 02/26/2001 | RD | Read and review employee e-mail messages | 0.2 | 110.00 | 22.00 | 22.00 |
| 02/28/2001 | RD | Read and review employee e-mail messages | 0.1 | 110.00 | 11.00 | 33.00 |
| 03/05/2001 | CEN | Calls from retirees | 2.8 | 375.00 | 1,050.00 | 1,083.00 |
| 03/05/2001 | RD | Read and review employee e-mail messages | 0.2 | 110.00 | 22.00 | 1,105.00 |
| 03/06/2001 | CEN | Calls from retirees | 2.6 | 375.00 | 975.00 | 2,080.00 |
| 03/06/2001 | RD | Read and review employee e-mails | 0.3 | 110.00 | 33.00 | 2,113.00 |
| 03/13/2001 | RD | Read and review employee e-mails | 0.3 | 110.00 | 33.00 | 2,146.00 |
| 03/14/2001 | AJE | Telephone call | 0.1 | 450.00 | 45.00 | 2,191.00 |
| 04/25/2001 | CEN | Teleconference w/Nat'l Benefits Consultants re: health plan; continue attempts to get census data from OMC; discuss w/P. Morgenstern | 1.8 | 375.00 | 675.00 | 2,866.00 |
| 05/08/2001 | ELD | Conference preparation(2.0); telephone calls (various) w/C. Nelson(.70) | 2.7 | 190.00 | 513.00 | 3,379.00 |

Amount Due

$3,379.00

**Brager Wexler Eagel & Morgenstern, LLP**
885 Third avenue, Suite 3040
New York, NY 10022

# Statement

Date

11/29/2001

Bill To

Outboard Marine

### c. Advising
### Committee Members

Amount Due

$1,800.00

| Date | Bill Code | Description | Time | Rate | Amount | Balance |
|---|---|---|---|---|---|---|
| 01/31/2001 | | Balance forward | | | | 0.00 |
| | | Advising Committee Members- | | | | |
| 02/22/2001 | MRJ/Inv | Prepare, attend committee conference call | 1.5 | 450.00 | 675.00 | 675.00 |
| 02/27/2001 | MRJ/Inv | Prepare, attend committee conference call | 1.5 | 450.00 | 675.00 | 1,350.00 |
| 03/02/2001 | MRJ/Inv | Attn insurance issues | 0.5 | 450.00 | 225.00 | 1,575.00 |
| 03/21/2001 | MRJ/Inv | Attn committee meeting agenda | 0.5 | 450.00 | 225.00 | 1,800.00 |
| 11/29/2001 | | Amount Due | | | | 1,800.00 |

**ATTACHMENT B**

**Entwistle & Cappucci LLP**
**Customer QuickReport**
February 21 through November 30, 2001

11/29/01

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| In re Outboard Marine Corporation | | | | | | | |
| Stmt Charge | 2/26/2001 | | Court costs A... | Accounts Receivable | | Filing Fees | 0.00 |
| Stmt Charge | 3/31/2001 | | Vendor West... | Accounts Receivable | | Legal Library | 178.62 |
| Stmt Charge | 5/1/2001 | | Vendor Meck... | Accounts Receivable | | Reimbursed E... | 2.00 |
| Stmt Charge | 5/11/2001 | | Lunch with C... | Accounts Receivable | | Meals | 37.60 |
| Stmt Charge | 5/11/2001 | | Reimbursem... | Accounts Receivable | | Filing Fees | 10.00 |
| Stmt Charge | 5/11/2001 | | Reimbursem... | Accounts Receivable | | Filing Fees | 10.00 |
| Stmt Charge | 5/11/2001 | | Reimbursem... | Accounts Receivable | | Filing Fees | 210.00 |
| Stmt Charge | 5/31/2001 | | Meals while ... | Accounts Receivable | | Meals | 34.00 |
| Stmt Charge | 5/31/2001 | | Outside dupli... | Accounts Receivable | | Reimbursed E... | 34.35 |
| Stmt Charge | 5/31/2001 | | Telephone ch... | Accounts Receivable | | Telephone | 0.33 |
| Stmt Charge | 10/5/2001 | | Vendor Meck... | Accounts Receivable | | Reimbursed E... | 5.00 |
| Stmt Charge | 10/31/2001 | | Telephone ch... | Accounts Receivable | | Telephone | 11.75 |

Page 1

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

-------------------------------------------------x
In re:                                           :   Case No. 00-37405
                                                 :   (Jointly Administered)
OUTBOARD MARINE CORPORATION,                     :
et al.,                                          :   Chapter 11
                                                 :
        Debtors.                                 :
-------------------------------------------------x

### RULE 2016 STATEMENT

Entwistle & Capucci LLP ("Entwistle") makes this statement pursuant to 11 U.S.C. section 329 and Bankruptcy Rule 2016 setting forth the compensation paid or agreed to be paid to it for services rendered as counsel to the Official Committee of Retired Employees of Outboard Marine Corp. (the "Retirees Committee") in connection with the above-captioned chapter 11 case and the source of such compensation.

1. This Statement is submitted in support of the revised final application of Entwistle for an allowance of compensation for professional services incurred in the above-captioned chapter 11 proceeding solely in connection with Entwistle's authorized representation of the Retirees Committee in this case.

2. Entwistle is seeking compensation for services rendered on behalf of the Retirees Committee at its usual hourly rates for matters of this nature and for reimbursement of expenses, charges and disbursements made in connection therewith upon proper application to the Court.

3. Entwistle has not to date received any retainer, compensation or reimbursement for any fees or expenses incurred in connection with this case.

4. Except as otherwise may be set forth herein, Entwistle has not to date shared any portion of said compensation with any other person or entity, other than the attorneys of said law firm. Further, neither Entwistle, nor any member thereof, has made any agreement for the sharing of compensation in connection with this case.

Dated: Norwalk, Connecticut
February 6, 2003

                        ENTWISTLE & CAPUCCI, LLP
                        Attorneys for the Official Committee
                        of Retired Employees

By: _____
Mark R. Jacobs
*Counsel for Entwistle & Capucci*
Jacobs Partners LLC
Merritt View
383 Main Avenue
Norwalk, CT 06851

Entwistle & Capucci LLP
123 N. Wacker Drive
Suite 1800
Chicago, IL 60606

## CERTIFICATE OF SERVICE

Stephanie Aldrich, certifies that on February 6, 2003 she caused a copy of the attached Revised Application of Entwistle & Cappucci served on

Steven B. Towbin, Esq.
D'Ancona & Pflaum LLC
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601
Fax # (312) 602-2000

by overnight mail, and on the attached service list by first class mail.

_____
Stephanie Aldrich

John Collen
Duane, Morris & Heckscher LLP
227 W. Monroe Street, Suite 3400
Chicago, IL 60606

Alex D. Moglia & Associates, Inc.
1325 Remington Road
Suite H
Schaumburg, IL 60173

Elizabeth Wallace
Senior Assistant Attorney General
Environmental Bureau
Illinois Attorney General's Office
188 West Randolph Street - Suite #2001
Chicago, IL 60601

Michael M. Eidelman
Vedder, Price, Kaufman & Kammholz
222 N. LaSalle Street
Suite 2600
Chicago, IL 60601

Alan S. Tenenbaum, Senior Counsel
Frank Biros
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611

John M. Heaphy, Jr.
Vurdelja & Heaphy
120 North LaSalle Street – Suite #1150
Chicago, IL 60602

Jerome I. Maynard
Dykema Gossett PLLC
55 E. Monroe St.
Suite 3050
Chicago, IL 60603-5709

Peter D. Morgenstern
Bragar Wexler Eagel & Morgenstern, LLP
12th Floor, 900 Third Avenue
New York, NY 10022

Russell C. Bergman
LaSalle Bank, N.A.
135 South LaSalle Street, Suite 1960
Chicago, IL 60603

James L. Eggeman
Michael Miller
Pension Benefit Guaranty Corporation
1200 K Street, N.W., Suite 340
Washington, DC 20005-4026

Stanley J. Parzen
Mayer, Brown & Platt
190 South LaSalle Street
Chicago, IL 60603-3441

Mark A. Stang
Holland & Knight LLP
55 West Monroe Street
Suite 800
Chicago, IL 60603

Michael S. Blazer
The Jeff Diver Group, L.L.C.
1749 S. Naperville Road – Suite #102
Wheaton, IL 60187

Brian Michael Graham
Russell B. Selman
Katten Muchin Zavis
525 W. Monroe St. Suite 1600
Chicago, IL 60661-3693

Joseph S. Wright, Jr.
McBride Baker & Coles
500 W. Madison St.
40th Floor
Chicago, IL 60661-2511

639829.v1: 102528/000

2