FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 29 2003
KENNETH S. GARDNER, CLERK
PS REP. - AR

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**OUTBOARD MARINE CORPORATION,** *et al.,*<br><br>Debtors. | Chapter 7<br>Case No. 00 B 37405<br>(Substantively Consolidated)<br><br>Hon. John H. Squires<br><br>Hearing Date: October 7 2003<br>Hearing Time: 8:30 a.m. |

### TRUSTEE'S FIRST AND FINAL APPLICATION FOR THE ALLOWANCE AND PAYMENT OF FEES AND EXPENSES INCURRED BY SINCLAIR, HAYNES & COWING, P.C., TO SHORTEN AND LIMIT NOTICE AND FOR RELATED RELIEF

Alex D. Moglia, not individually, but as trustee (the "**Trustee**") for the chapter 7 estates of Outboard Marine Corporation ("**OMC**") and its related debtor entities (collectively, the "**Debtors**"), hereby applies to this Court pursuant to 11 U.S.C. §§ 330 and 331 and Fed. R. Bankr. P. 2002(a)(6), 2002(i) and 2016(a) for the allowance and authority to pay $30,867.00 in compensation for 153.95 hours of professional services rendered, and the reimbursement of $1,068.88 for costs incurred incident to those services, to Paul D. Sinclair and the law firm of Sinclair, Haynes & Cowing, P.C. (collectively, "**Sinclair**"), special litigation counsel to the Trustee, for those services rendered and costs incurred during the period of January 1, 2003 through August 20, 2003 (the "**Application Period**") at the direction of and on behalf of the Trustee. In addition, the Trustee requests that other and further notice of the hearing on this application, in addition to that already provided, be waived. In support of this application, the Trustee respectfully represents as follows:

### I.    BACKGROUND

1.      On December 22, 2000, the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Each of the Debtors remained in possession of its assets and

continued to operate its business as a debtor in possession in accordance with 11 U.S.C. §§ 1107 and 1108 until the cases were converted to cases under chapter 7 of the Bankruptcy Code on August 20, 2001. The Trustee was appointed immediately thereafter.

2.      The Trustee's application to employ Sinclair under 11 U.S.C. § 327(a) as the Trustee's special litigation counsel was approved as to form on February 11, 2003 and as amended on April 8, 2003. Attached hereto as Group Exhibit 1 are copies of this Court's Orders Authorizing the Trustee to Employ Sinclair as Special Litigation Counsel To The Trustee (together, the **"Order"**). Sinclair was retained as special counsel to the Trustee to defend OMC in a personal injury case filed by Colby Elliott (**"Elliott"** or the **"Plaintiff"**) against OMC in the Missouri Circuit Cook of Jackson County case styled *Colby Elliott v. Four Winns, Inc. (Outboard Marine Corporation)*; 01 CV-215808. The Plaintiff, a young girl, alleges that she lost her legs in an accident involving OMC equipment.

## II.    SUMMARY AND DESCRIPTION OF PRINCIPAL ACTIVITIES

3.      As part of the legal services rendered to the Trustee, Sinclair's attorneys performed the following tasks:

   a.    Reviewed pleadings and correspondence with respect to the *Elliott* case;

   b.    Investigated various defenses which may be asserted against the Plaintiffs and contacted additional defendants to coordinate a defense to the Plaintiffs' action;

   c.    Drafted and revised an answer and subsequent amended answer to the *Elliott* complaint on behalf of the Trustee;

   d.    Drafted and responded to discovery requests including interrogatories, requests to admit, requests for production of documents and a request for a statement of damages; and reviewed materials produced by the Plaintiffs and other defendants

   e.    Regularly communicated with the Trustee's counsel with respect to developments in the case and strategy going forward; and

f.      Otherwise represented the interests of the Trustee and OMC's estate in connection with the *Elliott* litigation.

## IV.    PROFESSIONALS WHO PERFORMED SERVICES FOR THE TRUSTEE

4.      The professional services performed in this engagement were rendered by the follow individuals:

| Professional | Hours | Hourly rate | Total amount |
|---|---|---|---|
| Paul D. Cowing | 84.25 | 220.00 | $18,535.00 |
| Paul D. Sinclair | 43.50 | 220.00 | $9,570.00 |
| James J. O'Connell | 24.90 | 140.00 | 3,486.00 |
| Andrew S. Mendleson | 0.8 | 140.00 | $112.00 |
| Cheryl Rau, paralegal | 0.5 | 80.00 | $40.00 |

5.      The issues presented within the *Elliott* case are legally and factually complex. In addition, the amount of the claim asserted by Elliott against the Debtors is significant.

6.      In addition to possessing tremendous products liability and personal injury litigation experience and expertise, Sinclair's other attorneys have experience serving as special litigation counsel to entities in bankruptcy and liquidating products liability claims and personal injury claims in bankruptcy. This experience has allowed Sinclair to provide extremely competent, effective legal services to the Trustee in an efficient, cost-effective manner.

7.      As stated above, Sinclair has provided extensive legal services representing the Trustee and the Debtors in the *Elliott* Case. Annexed hereto as Group Exhibit 2 is a detailed statement of the services rendered by Sinclair's attorneys with respect to the above referenced matters, containing a description of the particular services rendered, the amounts of time spent thereon and the current billing rates of Sinclair's attorneys, as well as the expenses incurred incident to those services.

8.    The hourly rates charged by Sinclair's attorneys with respect to the *Elliott* case compare quite favorably with the rates charged by other Chicago metropolitan and Missouri law firms having professionals with similar levels of experience and expertise. Sinclair's rates also compare favorably with the rates of other counsel retained by the Debtors and the Trustee in this case. Further, the amount of time spent with respect to this personal injury/products liability case is reasonable given the range and complexity of the issues presented and the nature and amounts of the causes of action asserted against OMC.

9.    The Lodestar Amount for all of the services rendered by Sinclair during the Application Period is $30,867.00. Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services, (ii) the time spent, (iii) the rates charged for such services, (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and the nature of the problem, issue or task addressed, and (v) the reasonableness of the services based on the compensation charged by comparably skilled products liability litigators inside and outside of the bankruptcy context, the Trustee respectfully submits that the Lodestar Amount represents a fair and reasonable amount for the allowance of interim compensation in this case.

## THE EXPENSES REQUESTED

10.    All of the expenses for which reimbursement is requested are expenses which Sinclair customarily recoups from all of its clients. The types of costs for which reimbursement is sought are listed below:

| Expenses | Cost |
|---|---|
| Outsourced Copies | Actual cost |
| Postage | Actual cost |
| Photocopies at $0.10/page | Actual cost |
| Long Distance Telephone Charges | Actual cost |
| Overnight Mail | Actual cost |
| Mileage | Actual cost |
| Videotape Copy | Actual cost |
| Pacer Usage and Printing Charges | Actual cost |
| Film and Film Development | Actual cost |
| Courier Service | Actual cost |
| Deposition Service & Transcript – M. Elliott | Actual cost |
| Deposition Service & Transcript – J. Bell | Actual cost |

11.    The specific expenses for which reimbursement is requested during the

Application Period are as follows:

| Expenses | Cost |
|---|---|
| Outsourced Copies | $336.18 |
| Postage | $4.32 |
| Photocopies at $0.10/page | $56.70 |
| Long Distance Telephone Charges | $47.72 |
| Overnight Mail | $15.03 |
| Mileage | $83.20 |
| Videotape Copy | $25.00 |
| Pacer Usage and Printing Charges | $0.98 |
| Film and Film Development | $25.00 |
| Courier Service | $20.34 |
| Deposition Service & Transcript – M. Elliott | $204.01 |
| Deposition Service & Transcript – J. Bell | $250.40 |
| **TOTAL** | $1,068.88 |

12.    The expenses for which reimbursement is sought were actually borne by Sinclair

and necessarily incurred in connection with this case. As noted previously, the expenses for

which reimbursement is requested are of the type and amount that Sinclair customarily recoups

from all of its clients. Further, the expenses for which reimbursement is sought constitute the

type and amounts previously allowed by bankruptcy judges in this and other districts.

{A0052331.DOC}                           5

## V.    **COMPLIANCE WITH SECTION 504**

13.    Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between Sinclair and any other firm, person or entity for the sharing or division of any compensation paid or payable to Sinclair.

## VI.    **NOTICE**

14.    Seven days notice of this application has been provided to those entities designated by prior orders of this court to receive notice of all matters, including the Official Service List. Based on the extent of the notice already provided, the amount and interim nature of the relief requested and the costs and burdens of transmitting notice to all of the OMC's creditors, the Trustee respectfully requests that the court shorten the amount of notice to that given and that additional notice of the hearing on this Application be excused for good cause shown pursuant to Fed. R. Bankr. P. 2002(a)(6), 2003(i), 9006 and 9007.

WHEREFORE, the Trustee requests the entry of an order that:

(a)    allows and grants the Trustee authority to pay Sinclair $30,867.00 in compensation for the Application Period of January 1, 2003 through August 20, 2003;

(b)    allows and grants the Trustee authority to pay Sinclair $1,068.88 in expense reimbursement for the Application Period of January 1, 2003 through August 20, 2003;

(c)    authorizes and directs the Trustee to pay Sinclair $20,846.80, the total amount of unreimbursed fees and expenses for the Application Period of January 1, 2003 through August 20, 2003.

(d)    waives other and further notice of this hearing with respect to this Application; and

(c)     provides the Trustee with such additional relief as may be appropriate

under the circumstances.

Respectfully submitted,

Alex D. Moglia, not personally, but as
chapter 7 trustee for Outboard Marine
Corporation and its related debtor entities

Dated: September 29, 2003            By: _____
                                          One of his attorneys

Kathleen H. Klaus (#6211316)
Mark L. Radtke (#6275738)
Janice A. Alwin (#6277043)
Shaw Gussis Fishman Glantz Wolfson
    & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610
Tel: (312) 276-1323
Fax: (312) 275-0571
e-mail: jalwin@shawgussis.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | No. 00 B 37405 |
| OUTBOARD MARINE CORPORATION, | ) | (Jointly Administered) |
| *et al.*, | ) | Hon. John H. Squires |
| Debtors. | ) | Hearing Date: 02/11/03 |
| | ) | Hearing Time: 8:30 a.m. |

### ORDER AUTHORIZING TRUSTEE'S EMPLOYMENT OF SINCLAIR, HAYES & COWING, P.C., AS SPECIAL COUNSEL TO THE TRUSTEE

Upon consideration of the application (the "Application") filed by Alex D. Moglia, not individually, but as chapter 7 trustee ("Trustee") for the estates of Outboard Marine Corporation and its related debtor entities ("OMC") for approval of his Application for authorization to employ Sinclair, Hayes, & Cowing, P.C. ("Sinclair") as his special counsel for a limited purpose in connection with this case; due and proper notice of the hearing on the Application having been given to all parties entitled thereto; good cause having been shown to grant the relief requested by the Application to the extent set forth below; accordingly, it is **ORDERED**:

1.      To the extent provided herein, the Application is granted;

2.      Sinclair's retention as Trustee's special counsel pursuant to 11 U.S.C. §§ 327(e) is approved;

3.      The terms of Sinclair's proposed compensation as set forth in the Application, are approved pursuant to 11 U.S.C. §§ 327(e) and 328(a);

657724.v1



**EXHIBIT**

4.    This court shall retain jurisdiction over all issues pertaining to Sinclair's retention as the Trustee's special counsel for a limited purpose, the services to be provided by Sinclair as further specified in the Application, and Sinclair's compensation.

ENTER:

**ENTERED**

Dated: February __, 2003

FEB 1 1 2003

_____
John H. Squires
United States Bankruptcy Judge

John H. Squires Bankruptcy Judge
UNITED STATES BANKRUPTCY COURT

Steven B. Towbin (#2848546)
Kathleen H. Klaus (#6211316)
Jeremy C. Kleinman (#6270080)
D'Ancona & Pflaum LLC
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
(312) 602-2000

657724.v1                              -2-

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7    **F'O'D**  APR 1 1 2003 |
| | ) | |
| OUTBOARD MARINE CORPORATION, | ) | Case No. 00 B 37405 |
| *et. al.,* | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hon. John H. Squires |
| | ) | |

### ORDER ESTABLISHING NEW PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SINCLAIR, HAYNES & COWING, P.C., SPECIAL LITIGATION COUNSEL TO THE TRUSTEE

Under the consideration of the application of Alex D. Moglia, not personally but as chapter 7 trustee (the "Trustee") for Outboard Marine Corporation and its related debtor entities (the "Debtor"), made pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014, for authority to employ the law firm of Sinclair, Haynes & Cowing, P.C. ("Sinclair") as special litigation counsel; due and proper notice of the application having been given to the Committee, the Office of the United States Trustee and all other parties in interest entitled thereto; the court having considered the application and the statements of counsel with respect thereto; and the court being otherwise fully advised in the premises; it is hereby **ORDERED**:

1.    Sinclair shall file monthly statements of legal services rendered and expenses incurred on behalf of the Trustee, with a copy served on the Trustee, the members of the Committee, the Office of the United States Trustee and such other parties as the court directs. Sinclair shall file such statements by no later than the 20th of each month for the legal services rendered and expenses incurred during the preceding month. Unless an objection is filed within 15 days after filing of the statement by Sinclair, the Trustee shall be authorized and directed to

666700.v1: 102528/000

2330

pay Sinclair eighty percent (80%) of the professional compensation set forth on the statement plus reimbursement of one hundred percent (100%) of the expenses incurred. If an objection is timely interposed, the court shall set the matter for further hearing with respect to any disputed compensation and expense reimbursement.

2.     Not more frequently than once every 120 days, Sinclair shall apply for interim compensation and expense reimbursement, after notice and a hearing as the court directs. Such application shall cover all amounts previously paid to Sinclair on a monthly basis pursuant to the procedure outlined above, plus the balance of the compensation and expenses not reimbursed to Sinclair on a monthly basis pursuant to that procedure.

3.     Sinclair's professional compensation as special litigation counsel to the Trustee shall be subject to further court approval, after notice and a hearing on separate application made therefore, and the sole source of such compensation shall be funds of the Debtor's estate.

ENTER:

Dated: April ___, 2003

_____
Bankruptcy Judge

Prepared By:
Jon C. Vigano (#6257850)
Janice A. Alwin (#6277043)
D'Ancona & Pflaum LLC
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601
(312) 602-2000

Attorneys for Alex D. Moglia, not personally but as chapter 7 trustee for Outboard Marine Corporation and its related debtor entities

28 APR 2003

- 6 -

666700.v1: 102528/000

Sinclair, Haynes Cowing, P.C. - 2003 Billing Summary for Professional Services Rendered
In re Outboard Marine Corporation, et al, Case No. 00 B 37405; Colby Elliott v. Four Winns, Inc.

| FEES & EXPENSES | January 1-March 31 | April 1 - 30 | May 1 - 31 | June 1 - 30 | July 1 - 31 | August 1 - 20 | Total |
|---|---|---|---|---|---|---|---|
| Legal Fees | $ 4,142.00 | 2,874.00 | 6,296.00 | 7,071.00 | 7,928.00 | 2,556.00 | $ 30,867.00 |
| Expenses | $ 351.01 | 7.07 | 32.42 | 135.08 | 44.08 | 499.22 | $ 1,068.88 |
| Subtotal | $ 4,493.01 | 2,881.07 | 6,328.42 | 7,206.08 | 7,972.08 | 3,055.22 | $ 31,935.88 |
| 20% of Fees Deferred | $ 828.40 | 574.80 | 1,259.20 | 1,414.20 | 1,585.60 | 511.20 | $ 6,173.40 |
| 80% of Legal Fees | $ 3,313.60 | 2,299.20 | 5,036.80 | 5,656.80 | 6,342.40 | 2,044.80 | $ 24,693.60 |
| 100% of Expenses | $ 351.01 | 7.07 | 32.42 | 135.08 | 44.08 | 499.22 | $ 1,068.88 |
| Total 80%-Fees/100%-Expenses | $ 3,664.61 | 2,306.27 | 5,069.22 | 5,791.88 | 6,386.48 | 2,544.02 | $ 25,762.48 |
| Payment Totals | $ (3,692.96) | (2,306.27) | (5,089.77) | - | - | - | $ (11,089.00) |
| Credit Balance on Monthlys | $ (28.35) | - | (20.55) | | | | $ |
| Total Amount Due including 20% Deferred Fees | | | | | | | $ 20,846.88 |

| ATTORNEY/PARALEGAL TIME | January 1-March 31 | April 1 - 30 | May 1 - 31 | June 1 - 30 | July 1 - 31 | August 1 - 20 | Total |
|---|---|---|---|---|---|---|---|
| Paul D. Cowing | 9.10 | 7.80 | 23.10 | 23.45 | 16.00 | 4.80 | 84.25 |
| Paul D. Sinclair | 4.00 | 1.70 | 7.10 | 8.50 | 17.50 | 4.70 | 43.50 |
| James J. O'Connell | 9.00 | 5.60 | 1.00 | 3.00 | 3.70 | 2.60 | 24.90 |
| Andrew S. Mendelson | --- | --- | --- | --- | --- | 0.80 | 0.80 |
| Cheryl Rau, Paralegal | --- | --- | --- | --- | 0.50 | --- | 0.50 |
| | 22.10 | 15.10 | 31.20 | 34.95 | 37.70 | 12.90 | 153.95 |

| EXPENSES | January 1-March 31 | April 1 - 30 | May 1 - 31 | June 1 - 30 | July 1 - 31 | August 1 - 20 | Total |
|---|---|---|---|---|---|---|---|
| Outsourced Copies | 328.16 | | | | 8.02 | | 336.18 |
| Postage | 3.95 | | | | | 0.37 | 4.32 |
| Copies at $0.10/page | 18.90 | | 13.70 | | | 24.10 | 56.70 |
| Long Distance Calls | | 7.07 | 18.72 | 11.85 | 10.08 | | 47.72 |
| Federal Express | | | | 15.03 | | | 15.03 |
| Mileage | | | | 83.20 | | | 83.20 |
| Videotape Copy | | | | 25.00 | | | 25.00 |
| Pacer | | | | | 0.98 | | 0.98 |
| Film and developing | | | | | 25.00 | | 25.00 |
| Courier | | | | | | 20.34 | 20.34 |
| Deposition transcript - M. Elliott | | | | | | 204.01 | 204.01 |
| Deposition transcript - J. Bell | | | | | | 250.40 | 250.40 |
| | 351.01 | 7.07 | 32.42 | 135.08 | 44.08 | 499.22 | 1068.88 |

**SINCLAIR, HAYNES & COWING, P.C.**
4520 Main, Suite 980
Kansas City MO 64111
FEIN 43-1564553

April 1, 2003

Alex Moglia, Trustee
c/o Janice A. Alwin
Shaw Gussis Fishman, et al.
111 East Wacker Drive, Suite 2600
Chicago IL 60601

Re:     Colby Elliott v. Four Winns, Inc. (Outboard Marine
Corporation)

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | Hours |
|---|---|---|---|
| 1/17/03 | PDS | Review deposition notices received from opposing counsel (.2); telephone call to Jeremy Kleinman (.1). | 0.30 |
| 1/21/03 | PDS | Telephone call to John Turner concerning deposition notices (.1); obtain continuance of deposition settings (.1). | 0.20 |
| 1/27/03 | PDS | E-mail to Kleinman concerning status of case. | 0.10 |
| 1/28/03 | PDS | Review 2014 statement. | 0.50 |
| 2/1/03 | PDC | Review letter concerning scheduling of depositions from third party plaintiff's counsel. | 0.20 |
| 2/4/03 | PDC | Review letter from third party plaintiff's counsel concerning depositions (.1); review letter from plaintiff's counsel concerning same (.1). | 0.20 |
| 2/5/03 | PDC | Conference with third party plaintiff's counsel concerning depositions (.2); review two letters concerning status conference and deposition scheduling (.2); prepare memorandum to Paul D. Sinclair (.2). | 0.60 |

**Alex Moglia, Trustee**                                              **Page      2**

                                                                     Hours

| | | | |
|---|---|---|---|
| 2/6/03 | PDS | Letter from Poirier (.1); letter to Kleinman (.1). | 0.20 |
| 2/8/03 | PDS | Review motion (.2); e-mail to Kleinmann (.1). | 0.30 |
| 2/10/03 | PDC | Conference with third party plaintiff's paralegal concerning deposition arrangements. | 0.30 |
| 3/7/03 | PDS | Review correspondence (.2); telephone call to attorneys concerning procedures (.2); telephone call to Jon Vigano (.3). | 0.70 |
| 3/10/03 | PDS | Telephone call from George Vernon. | 0.20 |
| 3/13/03 | PDS | Telephone call from George Vernon (.3); telephone call to Poirier concerning case status (.2); review e-mails (.1); telephone call to Kleinman (.1). | 0.70 |
| 3/14/03 | PDS | Telephone call from Vernon concerning case strategy. | 0.50 |
| | PDC | Conference with Mr. Vernon (.6); telephone call to opposing counsel concerning withdrawal of default motion (.7). | 1.30 |
| 3/18/03 | PDC | Meeting with counsel for third party plaintiff (2.0); review portion of file (.3); telephone conference with Mr. Vernon concerning same (.3); prepare report concerning initial review of part of file (.8); review police report and initial pleadings (.3); prepare letter concerning insurance policy (.3) | 4.00 |
| 3/24/03 | PDC | Telephone conference with Mr. Rowan (.5); e-mail from Mr. Rowan concerning evaluation and planning (.2). | 0.70 |
| 3/25/03 | PDC | Work on responsive pleadings (.4); prepare letter to Vernon (.8). | 1.20 |
| 3/26/03 | PDS | E-mail to Kleinman. | 0.10 |
| | PDC | Prepare memorandum to associate concerning preparation of answer. | 0.20 |
| | JJO | Pretrial review of file for preparation of answer to third party petition (.6); conference with Paul D. Cowing concerning possigle defenses and issues for answer (.4); review of Raymond's documents produced (2.0); research concerning affirmative defenses, adequacy of pleadings in indemnity, venue and other defenses (1.5). | 4.50 |
| 3/27/03 | PDS | Work on answer. | 0.20 |

**Alex Moglia, Trustee**                                             **Page    3**

|  |  |  | **Hours** |  |
|---|---|---|---|---|
| 3/27/03 | PDC | Review memorandum from James J. O'Connell concerning preparation of responsive pleadings. | 0.20 | |
| | JJO | Additional research concerning affirmative defenses, indemnity and cross-claim (3.5); draft answer, affirmative defenses and cross claim (.8). | 4.30 | |
| 3/28/03 | PDC | Review memorandum from James J. O'Connell concerning amendment to pleadings. | 0.20 | |
| | JJO | Revise answer to add cross claim v. M. Elliott. | 0.20 | |

|  |  | **Amount** |
|---|---|---|
| **TOTAL HOURS AND LEGAL FEES** | **22.10** | **$4,142.00** |

**Attorney summary**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Paul D. Cowing | 9.10 | 220.00 | $2,002.00 |
| James J. O'Connell | 9.00 | 140.00 | $1,260.00 |
| Paul D. Sinclair | 4.00 | 220.00 | $880.00 |

**EXPENSES**

|  |  |
|---|---|
| 3/26/03- Outside copies of file (invoice attached) | 328.16 |
| 3/31/03- Postage | 3.95 |
| - 189 copies @ .10 | 18.90 |
| **TOTAL EXPENSES** | **$351.01** |

|  |  |
|---|---|
| **TOTAL AMOUNT OF THIS BILL** | **$4,493.01** |

|  |  |
|---|---|
| **TOTAL LEGAL FEES AND EXPENSES DUE** | **$4,493.01** |

**SINCLAIR, HAYNES & COWING, P.C.**
4520 Main, Suite 980
Kansas City MO 64111
FEIN 43-1564553

May 1, 2003

Alex Moglia, Trustee
c/o Janice A. Alwin
Shaw Gussis Fishman, et al.
111 East Wacker Drive, Suite 2600
Chicago IL 60601

Re:     Colby Elliott v. Four Winns, Inc. (Outboard Marine
        Corporation)

FOR PROFESSIONAL SERVICES RENDERED

| | | | Hours |
|---|---|---|---|
| 4/4/03 | PDS | Review motion and order. | 0.20 |
| | PDC | Review and revise answer to third party petition. | 1.00 |
| 4/7/03 | JJO | File review concerning answers and motions of other defendants and bankruptcy order (.5); modify draft answers and cross claims (1.0); add bankruptcy defenses (.2). | 1.70 |
| 4/8/03 | PDS | Work on strategy (.2); telephone call from Hegar Warren lawfirm (.1). | 0.30 |
| | PDC | Review memorandum concerning preparation of answers and filing of same and status of review. | 0.15 |
| | JJO | E-mail to G. Vernon concerning answer (.3); research concerning standards for propeller safety (.6); e-mail concerning pleading (.1). | 1.00 |
| 4/9/03 | PDS | Review and revise answer (.5); e-mail to Vigano (.1). | 0.60 |
| | PDC | Preparation of answer. | 0.15 |

**Alex Moglia, Trustee**                                                    **Page    2**

                                                                              **Hours**

| | | | |
|---|---|---|---|
| 4/9/03 | JJO | Conference with Paul D. Sinclair concerning order lifting automatic stay and bankruptcy defenses (.2); review bankruptcy defenses (.1); confirm SIR provisions in policy (.2); e-mail to Paul D. Cowing concerning same (.1); fax to G. Vernon (.1). | 0.70 |
| 4/10/03 | PDS | E-mail from Alwin (.1); e-mail to Alwin (.1). | 0.20 |
| | PDC | Review notice of hearing/settlement conference (.1); prepare report to client (.1). | 0.20 |
| 4/11/03 | JJO | Voice mail and telephone call to G. Vernon (.1); telephone call to G. Vernon concerning additions to pleadings (.3); revise pleading and prepare for filing and service (.1). | 0.50 |
| 4/12/03 | PDC | Review and revise answer. | 1.00 |
| 4/14/03 | PDC | Conference with Mr. Vernon concerning status of inquiry concerning insurance coverage and amendments to answer (.4); review motion for leave to file answer out of time (.1). | 0.50 |
| | JJO | Conferences with Paul D. Cowing and G. Vernon concerning pleadings, discovery and related issues (.4); file review (.2); revise answer (.4); prepare motion for expansion of time (.4); edit, revise and file motion and exhibit (.3). | 1.70 |
| 4/22/03 | PDS | Check on status. | 0.20 |
| 4/23/03 | PDS | Telephone call to Janie Alwin concerning case status. | 0.20 |
| 4/25/03 | PDC | Conference with Mr. Vernon concerning strategy with regard to status conference (.4); review status conference notice (.2); work on discovery responses (.4). | 1.00 |
| 4/28/03 | PDC | Review file in preparation for status conference. | 1.00 |
| 4/29/03 | PDC | Appear in the Circuit Court of Independence, MO on status conference (2.0); confer with opposing counsel concerning scheduling of depositions (.2); telephone conference with Mr. Vernon concerning strategy (.4). | 2.60 |
| 4/30/03 | PDC | Review letter from counsel for third party defendant and call from John Bell's attorney concerning deposition scheduling. | 0.20 |

                                                                    ————    **Amount**

**TOTAL HOURS AND LEGAL FEES**                                  **15.10   $2,874.00**

**Alex Moglia, Trustee**                                                    **Page    3**

Attorney summary

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Paul D. Cowing | 7.80 | 220.00 | $1,716.00 |
| James J. O'Connell | 5.60 | 140.00 | $784.00 |
| Paul D. Sinclair | 1.70 | 220.00 | $374.00 |

**EXPENSES**

|  |  | Amount |
|---|---|---|
| 4/23/03- Long Distance (6 calls) |  | 7.07 |
| **TOTAL EXPENSES** |  | **$7.07** |
| **TOTAL AMOUNT OF THIS BILL** |  | **$2,881.07** |
| **TOTAL LEGAL FEES AND EXPENSES DUE** |  | **$2,881.07** |

**SINCLAIR, HAYNES & COWING, P.C.**
4520 Main, Suite 980
Kansas City MO 64111
FEIN 43-1564553

June 1, 2003

Alex Moglia, Trustee
c/o Janice A. Alwin
Shaw Gussis Fishman, et al.
111 East Wacker Drive, Suite 2600
Chicago IL 60601

Re:    Colby Elliott v. Four Winns, Inc. (Outboard Marine
       Corporation)

FOR PROFESSIONAL SERVICES RENDERED

| | | | Hours |
|---|---|---|---|
| 5/1/03 | PDC | Review portion of file materials. | 1.30 |
| 5/2/03 | PDC | Survey of marine supply stores in Osage Beach, MO (1.0); review portion of file (.5). | 1.50 |
| 5/3/03 | PDC | Review portion of file materials. | 4.50 |
| 5/4/03 | PDC | Review portion of file materials. | 3.50 |
| 5/5/03 | PDC | Research concerning verdicts and venue issues (1.0); prepare extended report and analysis to Mr. Vernon (2.2). | 3.20 |
| 5/6/03 | PDC | Conference with Mr. Vernon concerning strategy and analysis. | 0.70 |
| 5/7/03 | PDC | Finalize report concerning review of file (.5); telephone conferences with counsel for Bridgeport Marine and Raymond's (1.0). | 1.50 |
| 5/8/03 | PDC | Conference with Mr. Vernon concerning additional insurance issues and scheduling of depositions. | 0.20 |
| 5/9/03 | PDS | Review case status. | 0.30 |

**Alex Moglia, Trustee**                                                      **Page      2**

|          |     |                                                                                                                                                                                                                                                                                  | Hours |
|----------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 5/9/03   | PDC | Telephone conferences concerning deposition arrangements.                                                                                                                                                                                                                         | 0.30  |
| 5/12/03  | PDS | Work on case analysis (.2); conference with Paul D. Cowing (.1).                                                                                                                                                                                                                  | 0.30  |
|          | PDC | Telephone conference with Mr. Vernon concerning discovery responses (.1); conference with Paul D. Sinclair concerning status; review deposition notices; telephone call to counsel for Raymond's concerning deposition scheduling (.1).                                            | 0.20  |
| 5/13/03  | PDC | Telephone conference with Mr. Vernon concerning background information concerning notice issues.                                                                                                                                                                                  | 0.40  |
| 5/14/03  | PDS | Review correspondence received.                                                                                                                                                                                                                                                   | 0.20  |
| 5/16/03  | PDC | Conference with Mr. Vernon concerning factual background relative to insurance coverage.                                                                                                                                                                                          | 0.30  |
| 5/19/03  | PDC | Review deposition notices for depositions of Days.                                                                                                                                                                                                                                | 0.10  |
| 5/20/03  | JJO | Draft proposed order and fax to court (.5); research concerning service (.5); prepare memo concerning conclusions and recommendations concerning objection to venue (1.6).                                                                                                         | 2.60  |
| 5/21/03  | PDC | Review e-mail from Mr. Vernon concerning interrogatory answers and proposed answers.                                                                                                                                                                                              | 0.30  |
| 5/22/03  | PDC | Review new case concerning venue issue (.4); review notice to take Raymond's employee's depositions (.2); telephone call to Mr. Turner concerning same (.2); review letter from Mr. Vernon concerning discovery responses and insurance policies (.2).                             | 1.00  |
| 5/23/03  | PDC | Telephone conference with Mr. Vernon concerning strategy (.3); work on discovery responses (.2); review insurance policies (.6); conference concerning strategy with respect to venue issue (.1); review Raymond's motion to amend answer (.1); conference with Mr. Vernon concerning motion to amend Four Winns' answer (.2) | 1.50  |
|          | JJO | Conference with Paul D. Cowing and George Vernon concerning venue, converage, interrogatory responses and related matters.                                                                                                                                                        | 1.10  |
| 5/27/03  | PDC | Review two letters concerning Raymond's depositions (.2); work on discovery responses (.3).                                                                                                                                                                                       | 0.50  |
|          | JJO | Preparation of response to discovery requests (.6); E-mail to G. Vernon concerning same (.2); draft motion to amend and revise answer (.4).                                                                                                                                        | 1.20  |

**Alex Moglia, Trustee**                                                      Page    **3**

|  |  |  | Hours |
|---|---|---|---|
| 5/28/03 | PDC | Conference with Ms. Poirier concerning issues relative to insurance coverage (.1); review memorandum concerning venue issue (.1); telephone call to Mr. McCormick (.1) | 0.30 |
|  | JJO | Telephone conference with G. Vernon concerning discovery responses (.3); telephone conference with Paul D. Cowing concerning immunity issues (.2); case law research concerning potential immunity and exceptions (.9); memo to Paul D. Cowing concerning same (.3); revise and file motion to amend and proposed order (.1). | 1.80 |
|  | JJO | Final review of discovery responses and certificate of service (.1); receipt and review of order granting extension of time to file answer and note to Paul D. Cowing concerning timing (.1); conference with Paul D. Cowing concerning Roldan's order and motion to amend (.2) | 0.40 |
| 5/29/03 | PDC | Extended conference with counsel for Raymond's boats (.6); conference with Mr. Vernon concerning strategy (.4); prepare two reports (.8). | 1.80 |
| 5/30/03 | PDS | Check on status. | 0.20 |

|  |  | Amount |
|---|---|---|
| **TOTAL HOURS AND LEGAL FEES** | **31.20** | **$6,296.00** |

**Attorney summary**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Paul D. Cowing | 23.10 | 220.00 | $5,082.00 |
| James J. O'Connell | 7.10 | 140.00 | $994.00 |
| Paul D. Sinclair | 1.00 | 220.00 | $220.00 |

**EXPENSES**

| | |
|---|---|
| 5/23/03- Long Distance (13 calls) | 18.72 |
| 5/30/03- 137 copies @ .10 | 13.70 |
| **TOTAL EXPENSES** | **$32.42** |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS BILL** | **$6,328.42** |

**Alex Moglia, Trustee**                                    **Page    4**

|                                          | Amount |
|------------------------------------------|--------|
| **TOTAL LEGAL FEES AND EXPENSES DUE**    | **$6,328.42** |

**SINCLAIR, HAYNES & COWING, P.C.**
4520 Main, Suite 980
Kansas City MO 64111
FEIN 43-1564553

**July 1, 2003**

Alex Moglia, Trustee
c/o Janice A. Alwin
Shaw Gussis Fishman, et al.
111 East Wacker Drive, Suite 2600
Chicago IL 60601

Re:     Colby Elliott v. Four Winns, Inc. (Outboard Marine
        Corporation)

FOR PROFESSIONAL SERVICES RENDERED

|  |  |  | Hours |
|---|---|---|---|
| 6/3/03 | PDS | Work on fact investigation. | 0.30 |
| | PDC | Telephone call from counsel for third party plaintiff concerning production of insurance policy (.2); review policy (.1); prepare letter to Mr. McCormick (.1); telephone call to Mr. Vernon concerning same (.1); conference with Paul D. Sinclair concerning status (.1). | 0.60 |
| 6/4/03 | PDC | Conference with Mr. Vernon concerning production of Commercial Union insurance policy. | 0.15 |
| 6/6/03 | PDC | Review Raymond's brief on status of Bell discovery vis-a-vis ruling on motion to dismiss. | 0.15 |
| 6/7/03 | PDC | Review amended deposition notice for depositions of Raymond's employees. | 0.10 |
| 6/9/03 | PDS | Work on fact investigation (.2); prepare for depositions (.6). | 0.80 |
| | PDC | Conference with Paul D. Sinclair concerning deposition planning and scheduling. | 0.20 |

**Alex Moglia, Trustee**                                                        **Page    2**

                                                                               Hours

| | | | |
|---|---|---|---|
| 6/10/03 | PDC | Telephone conference with Mr. Vernon concerning joint and several liability issues and settlement with plaintiff directly. | 0.15 |
| | PDS | Work on fact investigation. | 0.30 |
| 6/11/03 | PDS | Prepare for depositions. | 0.40 |
| | PDC | Conference with Paul D. Sinclair concerning Michael Elliott deposition. | 0.20 |
| 6/12/03 | PDS | Prepare for deposition of Michael Elliott. | 1.20 |
| | PDC | Conference with counsel for Michael Elliott concerning factual issues (.2); report to Paul D. Sinclair in connection with deposition preparation (.1). | 0.30 |
| 6/13/03 | PDS | Prepare for deposition (.5); deposition of Michael Elliott (3.5). | 4.00 |
| | PDC | Conference with Paul D. Sinclair concerning results of Michael Elliott deposition. | 0.40 |
| 6/14/03 | PDS | Dictate report. | 0.70 |
| 6/16/03 | JJO | Receipt of Order sustaining (.1); motion to file amended answer (.1); prepare answer for filing (.1). | 0.30 |
| 6/17/03 | PDS | Review report. | 0.40 |
| 6/18/03 | PDS | Proof report. | 0.20 |
| 6/19/03 | PDC | Review e-mails concerning status of depositions and preparation for depositions. | 0.40 |
| 6/21/03 | PDS | Telephone call to Cowing concerning deposition preparation. | 0.20 |
| 6/22/03 | PDC | Review report from Paul D. Sinclair concerning Michael Elliott deposition (.25); work on preparation for Raymond employee deposition (1.5). | 1.75 |
| 6/23/03 | PDC | Appear in three depositions of Raymond's Boats and Motor representatives in Gravois Mills, MO (6.5); travel to Gravois Mills (3.0). | 9.50 |
| 6/24/03 | PDC | Appear in two depositions of Raymond's employees at Gravois Mills, MO (1.0); travel to Kansas City (3.0). | 4.00 |

**Alex Moglia, Trustee**        .                                          **Page**    **3**

| | | Hours | |
|---|---|---|---|

| | | | Hours |
|---|---|---|---|
| 6/25/03 PDC | Prepare for John Bell deposition. | | 0.50 |
| 6/26/03 PDC | Appear in deposition of John Bell. | | 3.25 |
| 6/27/03 PDC | Review order concerning filing of amended answer; execute same. | | 0.25 |
| 6/29/03 PDC | Prepare report to Mr. Vernon concerning Raymond's depositions and deposition of John Bell. | | 1.25 |
| 6/30/03 PDC | Review video of religious testimonial with plaintiff. | | 0.30 |

|  |  |  | Amount |
|---|---|---|---|
| **TOTAL HOURS AND LEGAL FEES** | | 32.25 | $7,071.00 |

**Attorney summary**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Paul D. Cowing | 23.45 | 220.00 | $5,159.00 |
| James J. O'Connell | 0.30 | 140.00 | $42.00 |
| Paul D. Sinclair | 8.50 | 220.00 | $1,870.00 |

**EXPENSES**

| | |
|---|---|
| 6/1/03- Federal Express (5/7/03) | 15.03 |
| 6/24/03- Mileage | 83.20 |
| - Long Distance (8 calls) | 11.85 |
| 6/30/03- Copy of videotape | 25.00 |
| **TOTAL EXPENSES** | $135.08 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS BILL** | $7,206.08 |

| | |
|---|---|
| **TOTAL LEGAL FEES AND EXPENSES DUE** | $7,206.08 |

**SINCLAIR, HAYNES & COWING, P.C.**
4520 Main, Suite 980
Kansas City MO 64111
FEIN 43-1564553

**August 1, 2003**

Alex Moglia, Trustee
c/o Janice A. Alwin
Shaw Gussis Fishman, et al.
111 East Wacker Drive, Suite 2600
Chicago IL 60601

Re:    Colby Elliott v. Four Winns, Inc. (Outboard Marine
Corporation)

FOR PROFESSIONAL SERVICES RENDERED

|  |  |  | Hours |
|---|---|---|---|
| 7/1/03 | PDC | Prepare memorandum to paralegal concerning videotape (.1); finalize report concerning depositions of Raymond's employees and Mr. Bell (.15). | 0.25 |
| 7/2/03 | PDC | Telephone conference with Mr. Turner concerning inspection of boat. | 0.25 |
| 7/3/03 | PDC | Conference with Mr. Vernon concerning strategy. | 0.25 |
| 7/7/03 | PDC | Conference with Ms. Poirier concerning deposition planning. | 0.20 |
| 7/8/03 | PDC | Examine boat in Blue Springs, MO (1.0); take photographs (.2); prepare for depositions of Rodney Day, Ronda Day and Dustin Day (2.4). | 3.60 |
| 7/9/03 | PDS | Work on deposition scheduling (.3); e-mails to client (.2); work on fact investigation (.7). | 1.20 |
|  | PDC | Preparation for depositions (1.0); appear in depositions of Rodney and Dustin Day (4.6); conference with Paul D. Sinclair (.2); conference with Mr. Vernon (.2); conference concerning depositions and settlement conference with plaintiff's counsel concerning potential settlement (.60). | 6.60 |

**Alex Moglia, Trustee**                                        **Page    2**

                                                                      Hours

7/10/03  PDS   Review recent correspondence.                          0.20

7/11/03  PDS   Review correspondence.                                 0.20

         PDC   Telephone call from Mr. Turner concerning insurance policy and    0.30
               settlement (.2); conference with Paul D. Sinclair concerning
               status (.1).

7/13/03  PDC   Prepare report concerning depositions of Rodney Day and    1.00
               Dustin Day and boat inspection.

7/15/03  PDC   Conference with Mr. McCormick concerning innocent seller    0.30
               defense (.2); review notice of hearing concerning motion to
               dismiss by John Bell and deposition notices for depositions of
               Ronda Day and the Hudson family (.1).

7/16/03  PDS   Review report of depositions (.2); analyze legal issues (.2);    0.60
               conference concerning issues to explore (.2).

         PDC   Conference with Paul D. Sinclair concerning strategy (.2); review    0.80
               photographic evidence (.2); prepare letter to Mr. Vernon (.3);
               review and revise report concerning Day depositions; receipt of
               e-mail transcript of deposition of Raymond's employees (.1).

7/17/03  PDS   Review e-mails and deposition and hearing notices (.1); put on    0.80
               docket control (.1); prepare for depositions (.6).

7/18/03  PDC   Conference with Paul D. Sinclair concerning status and planning.    0.10

7/21/03  PDC   Conference with Mr. Vernon concerning strategy issues.            0.35

7/22/03  PDS   Prepare for deposition.                                          0.20

         PDC   Research concerning insurance assignment issues (.6);            0.70
               telephone conference with Ms. Poirier concerning deposition
               planning (.1).

7/23/03  PDS   Prepare for depositions.                                         0.50

         PDC   Conference with Mr. Vernon concerning strategy (.2); conference    0.30
               with Paul D. Sinclair (.1).

7/24/03  CAR   Search Missouri Water Patrol website for report (.2); call to water    0.50
               patrol to request photos (.2); fax request concerning same (.1).

**Alex Moglia, Trustee**                                                          **Page     3**

|  |  |  | Hours |
|---|---|---|---:|
| 7/24/03 | PDS | Prepare for depositions (.4); telephone call to George Vernon (.1). | 0.50 |
|  | PDS | Prepare for depositions. | 0.20 |
|  | PDC | Conference with Mr. Vernon concerning strategy (.5); conference with Paul D. Sinclair concerning deposition planning and strategy (.2). | 0.70 |
| 7/26/03 | PDS | Prepare for depositions (2.2); legal research on settlement issues (.4); e-mails with Alwin (.2). | 2.80 |
| 7/27/03 | PDS | Correspondence/memo with Alwin and Cowing. | 0.20 |
| 7/28/03 | PDS | Deposition of Mike Hudson, Sondra Hudson, Jarrod Hudson, Michael Hudson and Rhonda Day (7.6); conference with John Turner concerning settlement (.3); conference with Barry McCormick concerning settlement (.5). | 8.40 |
| 7/29/03 | PDC | Review four e-mails concerning deposition planning. | 0.20 |
| 7/31/03 | PDC | Conference with Paul D. Sinclair concerning strategy. | 0.10 |
|  | PDS | Correspondence with court reporter (.2); work on legal analysis of defense and settlement (1.5). | 1.70 |
|  | JJO | Review of prior research concerning insurer liability for SIR of insolvent insured (.5); analysis of CU provisions concerning effect of SIR provisions concerning confession of judgment (2.7); outline for legal memo (.5) | 3.70 |

|  |  | Amount |
|---|---:|---:|
| TOTAL HOURS AND LEGAL FEES | 37.70 | $7,928.00 |

**Attorney summary**

| Attorney | Hours | Rate | Amount |
|---|---:|---:|---:|
| Paul D. Cowing | 16.00 | 220.00 | $3,520.00 |
| James J. O'Connell | 3.70 | 140.00 | $518.00 |
| Cheryl A. Rau (paralegal) | 0.50 | 80.00 | $40.00 |
| Paul D. Sinclair | 17.50 | 220.00 | $3,850.00 |

**Alex Moglia, Trustee**                                           **Page    4**

**EXPENSES**

|  | Amount |
|---|---|
| 7/1/03- Pacer Copies (Internet) | 0.98 |
| 7/16/03- Film and developing | 25.00 |
| 7/18/03- Outside copies from other counsel | 8.02 |
| 7/23/03- Long Distance (7 calls) | 10.08 |
| **TOTAL EXPENSES** | **$44.08** |
| **TOTAL AMOUNT OF THIS BILL** | **$7,972.08** |
| **TOTAL LEGAL FEES AND EXPENSES DUE** | **$7,972.08** |

**SINCLAIR, HAYNES & COWING, P.C.**
4520 Main, Suite 980
Kansas City MO 64111
FEIN 43-1564553

September 1, 2003

Alex Moglia, Trustee
c/o Janice A. Alwin
Shaw Gussis Fishman, et al.
111 East Wacker Drive, Suite 2600
Chicago IL 60601

Re:    Colby Elliott v. Four Winns, Inc. (Outboard Marine
Corporation)

FOR PROFESSIONAL SERVICES RENDERED

|          |     |                                                                                                                                              | Hours |
|----------|-----|----------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 8/1/03   | PDS | Telephone call to George Vernon concerning settlement issues (.2); work on assignment issues (.6); telephone call from Vernon (.2); analyze settlement issues (.8). | 1.80  |
|          | JJO | Work on analysis and additional research of "confession of judgment" issues (2.0); memo to Paul D. Sinclair concerning same (.6). | 2.60  |
| 8/4/03   | PDS | Telephone call from court reporter.                                                                                                          | 0.20  |
|          | PDS | Conference with Cowing concerning discovery deadlines.                                                                                        | 0.10  |
|          | PDC | Telephone conference with Mr. Vernon concerning discovery issues and response to pending discovery (.4); telephone call to John Turner (.2). | 0.60  |
| 8/5/03   | PDS | Revise letter concerning settlement issues.                                                                                                   | 0.20  |
|          | PDC | Work on motion for extension of time to respond to discovery.                                                                                 | 0.30  |
|          | ASM | Draft motion for extension of time to respond to plaintiff's interrogatories and document requests.                                           | 0.80  |

**Alex Moglia, Trustee**

Page      2

Hours

8/6/03  PDC  Review memorandum from James J. O'Connell concerning        0.20
insurance coverage issues.

8/7/03  PDC  Review discovery responses from Raymond's (.2); prepare      0.40
report to Mr. Vernon concerning same (.2).

8/12/03 PDS  Telephone call from Aliver (.1); letter from Klaus (.1); telephone   0.60
call to Paul D. Cowing concerning status (.2); telephone call to
George Vernon concerning status (.2).

     PDC  Telephone call from Mr. Turner concerning extension of time to   0.40
respond to discovery (.2); review letter from Mr. Vernon
concerning discovery (.2).

8/13/03 PDS  Telephone call from Nabil Foster concerning case status (.4);    1.10
Conference with Paul D. Cowing concerning status report (.1);
telephone call to George Vernon (.2); telephone call from Mark
Christensen (.2); e-mail to Allwin concerning travel (.1); e-mail to
Allwin concerning withdrawal of appearance (.1).

     PDC  Telephone call from third-party plaintiff's counsel concerning    0.80
discovery responses (.1); telephone call from Mr. Foster (.2);
review letter concerning disengagement (.1); review deposition
notice (.1); prepare report to Mr. Vernon (.1); conference with Mr.
Vernon concerning evaluation (.2).

8/14/03 PDS  Review e-mails and fax from Vernon, Allwin and Klaus.         0.20

8/15/03 PDC  Review plaintiff's expert witness designations and opinions     1.50
(1.0); review letter concerning Williams Sonoma depositions (.5).

     PDC  Review letter from Mr. Vernon to Mr. Foster concerning         0.10
production of reports.

8/20/03 PDS  Review letter from Vernon and motion from Ian Bartolos (.2);    0.50
e-mail to Christensen (.3).

     PDC  Review letter from Mr. Vernon concerning discovery responses   0.50
(.2); prepare e-mail to Paul D. Sinclair concerning same (.1);
review letter from Mr. Barlos concerning motion to dismiss (.1);
prepare note to Paul D. Sinclair concerning same (.1).

Amount

TOTAL HOURS AND LEGAL FEES                              12.90  $2,566.00

**Alex Moglia, Trustee**                                           **Page    3**

### Attorney summary

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Paul D. Cowing | 4.80 | 220.00 | $1,056.00 |
| Andrew S. Mendelson | 0.80 | 140.00 | $112.00 |
| James J. O'Connell | 2.60 | 140.00 | $364.00 |
| Paul D. Sinclair | 4.70 | 220.00 | $1,034.00 |

**EXPENSES**

| | Amount |
|---|---|
| 8/4/03- Copy of deposition transcript of Michael Elliott | 204.01 |
| 8/5/03- Copy of deposition transcript of John Bell | 250.40 |
| - Courier | 20.34 |
| 8/20/03- Postage | 0.37 |
| - 241 copies @ .10 | 24.10 |
| **TOTAL EXPENSES** | **$499.22** |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS BILL** | **$3,065.22** |

| | |
|---|---|
| **TOTAL LEGAL FEES AND EXPENSES DUE** | **$3,065.22** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

*FILED*
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 2 9 2003
KENNETH S. GARDNER, CLERK
PS REP. - AR

In re:

**OUTBOARD MARINE CORPORATION,** *et al.,*

Debtors.

**Chapter 7**
**Case No. 00 B 37405**
**(Substantively Consolidated)**

**Hon. John H. Squires**

**Hearing Date: October 7, 2003**
**Hearing Time: 8:30 a.m.**

## NOTICE OF MOTION

TO:    Attached Service List

    **PLEASE TAKE NOTICE** that on **October 7, 2003 at 8:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable John H. Squires,** Bankruptcy Judge, in the room usually occupied by him as a Courtroom in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing bankruptcy motions, and shall then and there present the **Trustee's First and Final Application for the Allowance and Payment of Fees and Expenses Incurred By Sinclair, Haynes & Cowing, P.C., To Shorten and Limit Notice and For Related Relief,** a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleadings.

    **AT WHICH TIME AND PLACE** you may appear if you so see fit.

Janice A. Alwin (6277043)
Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610

## CERTIFICATE OF SERVICE

    Janice A. Alwin certifies that she caused to be served a true copy of the above and foregoing notice and attached pleadings upon the attached service list by first-class U.S. Mail, postage prepaid, on this 29th day of September, 2003.

{A0052331.DOC}

## SERVICE LIST

Catherine L. Steege*
Jenner & Block
One IBM Plaza, 38th Floor
Chicago, IL 60611
Fax: (312) 840-7352

Larry Nyhan
Matthew A. Clemente
Sidley & Austin
10 S. Dearborn St., 48th Floor
Chicago, IL 60603
Fax: (312) 853-7036

Mark Page
Bank One, NA
Law Dept., Mail Code IL1-0287
1 Bank One Plaza
Chicago, IL 60670-0287
Fax: (312) 732-3596

Harold Kaplan
Jeffrey Schwartz
Gardner Carton & Douglas
321 N. Clark St. Suite 3400
Chicago, IL 60610
Fax: (312) 644-3381

Alan Kornberg
Paul Weiss
Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064
Fax: (212) 757-3990

Anthony J. Smits
Bingham Dana LLP
One State Street
Hartford, CT 06103
Fax: (860) 240-2800

E. Decker Adams*
State Street Bank & Trust Co.
Two Avenue de Lafayette
Boston, MA 02111
Fax: (617) 662-1456

Kathryn Gleason
Office of the United States Trustee
Regional Office
227 West Monroe, Suite 3500
Chicago, IL 60606
Fax: (312) 886-5794

Alan P. Solow
Goldberg Kohn Bell Black Rosenbloom & Mortiz
55 East Monroe Street, Suite 3700
Chicago, IL 60603
Fax:  (312) 332-2196

Richard Hiersteiner
Palmer & Dodge LLP
111 Huntington Avenue, 19th Floor
Boston, MA 02199-7613
Fax: (617) 227-4420

David A. Blackburn
Chief Executive Officer
Thomas G. Faria Corporation
385 Norwich-New London Turnpike
Uncasville, CT 06382
Fax: (860) 848-2704

Michael L. Gesas
Gesas Pilati and Gesas, Ltd.
53 W. Jackson Blvd., Suite 528
Chicago, IL 60604
Fax:(312) 939-1742

Forrest Lammiman
Timothy W. Brink
Lord Bissell & Brook
115 South LaSalle Street
Chicago, IL 60603
Fax: (312) 443-0336

Michael M. Eidelman
Vedder, Price, Kaufman & Kammholz
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601
Fax: (312) 609-5005

John Collen
Duane, Morris & Heckscher LLP
227 W. Monroe Street, Suite 3400
Chicago, IL 60606
Fax: (312) 499-6701

Alex D. Moglia & Associates, Inc.
Attention:  Diana Casas
1325 Remington Road, Suite H
Schaumburg, IL 60173
Fax: (847) 884-1188

Elizabeth Wallace
Senior Assistant Attorney General
Environmental Bureau
Illinois Attorney General's Office
188 West Randolph Street, Suite #2001
Chicago, IL 60601
Fax: (312) 814-2347

Paul D. Sinclair
Sinclair, Haynes & Cowing, P.C.
4520 Main Street, Suite 980
Kansas City, MO 64111
Fax: (816) 531-7322

Robert L. Green
Dan Sullivan
Howrey Simon Arnold & White
1299 Pennsylvania Ave
Washington, DC 20004
Fax: (202) 383-6610

Howard L. Adelman
Adelman, Gettleman,
Merens, Berish & Carter, Ltd.,
53 West Jackson Blvd., Suite 1050
Chicago, IL 60604
Fax: (312) 435-1059

Russell C. Bergman*
LaSalle Bank, N.A.
135 South LaSalle Street, Suite 1960
Chicago, IL 60603
Fax: (312) 904-2236

James L. Eggeman
Michael Miller
Pension Benefit Guaranty Corporation
1200 K Street, N.W., Suite 340
Washington, DC 20005-4026
Fax: (202) 326-4112

Alan S. Tenenbaum
Frank Biros
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
Fax:  (202) 353-0296

George Vernon
Law Offices of George Vernon
AmCore Bank Blg
1625 10th Street, 2d Floor
P.O. Box 300
Monroe, WI 53566
Fax: (608) 329-7546

* Member of Chapter 7 Committee

{A0052331.DOC}                    3