## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7<br>Case No. 00 B 37405<br>(Substantively Consolidated) |
| **OUTBOARD MARINE CORPORATION**, *et al.*, | |
| Debtors. | Hon. John H. Squires<br><br>Hearing Date: April 6, 2004<br>Hearing Time: 8:30 a.m. |

### NOTICE OF MOTION

TO:    Attached Service List

**PLEASE TAKE NOTICE** that on **April 6, 2004 at 8:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable John H. Squires**, Bankruptcy Judge, in the room usually occupied by him as a Courtroom in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing bankruptcy motions, and shall then and there present the **Trustee's First and Final Application for the Allowance and Payment of Fees and Expenses Incurred By Novack & Macey LLP as Special Litigation Counsel to the Trustee for the period from December 15, 2002 through January 31, 2004, to Shorten and Limit Notice, and Related Relief**, a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleadings.

**AT WHICH TIME AND PLACE** you may appear if you see fit.

Janice A. Alwin (6277043)
Shaw Gussis Fishman Glantz Wolfson
  & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610
Tel: (312) 276-1323

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAR 16 2004
KENNETH S. GARDNER, CLERK
PS REP. - KS

### CERTIFICATE OF SERVICE

Janice A. Alwin certifies that she caused to be served a true copy of the above and foregoing notice and attached pleadings upon the attached service list by U.S. First Class Mail, proper postage affixed thereto on this 16th day of March, 2004.

{A0061918.DOC 2}

{A0061918.DOC;2}

## SERVICE LIST

Robert C. Butzier, Vice President*
U.S. Bank National Association
One Federal Street
Boston, MA 02110
Fax: (617) 603-6640

Kathryn Gleason
Office of the United States Trustee
Regional Office
227 West Monroe, Suite 3500
Chicago, IL 60606
Fax: (312) 886-5794

Alan P. Solow
Goldberg Kohn Bell Black Rosenbloom & Moritz
55 East Monroe Street, Suite 3700
Chicago, IL 60603
Fax: (312) 332-2196

Richard Hiersteiner
Palmer & Dodge LLP
111 Huntington Avenue, 19th Floor
Boston, MA 02199-7613
Fax: (617) 227-4420

David A. Blackburn
Chief Executive Officer
Thomas G. Faria Corporation
385 Norwich-New London Turnpike
Uncasville, CT 06382
Fax: (860) 848-2704

Michael L. Gesas
Gesas Pilati and Gesas, Ltd.
53 W. Jackson Blvd., Suite 528
Chicago, IL 60604
Fax:(312) 939-1742

Catherine L. Steege*
Jenner & Block
One IBM Plaza, 38th Floor
Chicago, IL 60611
Fax: (312) 840-7352

Larry Nyhan
Matthew A. Clemente
Sidley & Austin
10 S. Dearborn St., 48th Floor
Chicago, IL 60603
Fax: (312) 853-7036

Mark Page
Bank One, NA
Law Dept., Mail Code IL1-0287
1 Bank One Plaza
Chicago, IL 60670-0287
Fax: (312) 732-3596

Harold Kaplan
Jeffrey Schwartz
Gardner Carton & Douglas
191 North Wacker Drive
Chicago, IL 60606
FAX: (312) 644-3381

Alan Kornberg
Paul Weiss
Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064
Fax: (212) 757-3990

Anthony J. Smits
Bingham Dana LLP
One State Street
Hartford, CT 06103
Fax: (860) 240-2800

{A006191B.DOC:2}

2

Forrest Lammiman
Timothy W. Brink
Lord Bissell & Brook
115 South LaSalle Street
Chicago, IL 60603
Fax: (312) 443-0336

Michael M. Eidelman
Vedder, Price, Kaufman & Kammholz
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601
Fax: (312) 609-5005

John Colleen
Duane, Morris & Heckscher LLP
227 W. Monroe Street, Suite 3400
Chicago, IL 60606
Fax: (312) 499-6701

Alex D. Moglia & Associates, Inc.
1325 Remington Road, Suite H
Schaumburg, IL 60173
Fax: (847) 884-1188

Elizabeth Wallace
Senior Assistant Attorney General
Environmental Bureau
Illinois Attorney General's Office
188 West Randolph Street, Suite #2001
Chicago, IL 60601
Fax: (312) 814-2347

Attn: Mitchell L. Marinello
Novack & Macey LLP
303 West Madison Street, Suite 1500
Chicago, IL 60606

* Member of Chapter 7 Committee

Robert L. Green
Dan Sullivan
Howrey Simon Arnold & White
1299 Pennsylvania Ave
Washington, DC 20004
Fax: (202) 383-6610

Howard L. Adelman
Adelman, Gettleman,
Merens, Berish & Carter, Ltd.,
53 West Jackson Blvd, Suite 1050
Chicago, IL 60604
Fax: (312) 435-1059

Russell C. Bergman*
LaSalle Bank, N.A.
135 South LaSalle Street, Suite 1960
Chicago, IL 60603
Fax: (312) 904-2236

James L. Eggeman
Michael Miller
Pension Benefit Guaranty Corporation
1200 K Street, N.W., Suite 340
Washington, DC 20005-4026
Fax: (202) 326-4112

Alan S. Tenenbaum
Frank Biros
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
Fax: (202) 353-0296

(A006191R.DOC 2)

**KENNETH S. GARDNER, CLERK**
**PS REP. - KS**

MAR 16 2004 KA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

**F I L E D**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No. 00 B 37405 |
| **OUTBOARD MARINE CORPORATION**, *et al.*, | (Substantively Consolidated) |
| | Hon. John H. Squires |
| Debtors. | |
| | Hearing Date: April 6, 2004 |
| | Hearing Time: 8:30 a.m. |

**TRUSTEE'S FIRST AND FINAL APPLICATION FOR THE ALLOWANCE AND
PAYMENT OF FEES AND EXPENSES INCURRED BY NOVACK & MACEY LLP
TO SHORTEN AND LIMIT NOTICE AND FOR RELATED RELIEF**

Alex D. Moglia, not individually, but as trustee (the "Trustee") for the chapter 7 estates of Outboard Marine Corporation ("OMC") and its related debtor entities (collectively, the "Debtors"), hereby applies to this Court pursuant to 11 U.S.C. §§ 330 and 331, Fed. R. Bankr. P. 2002(a)(6), 2002(i) and 2016(a) and Local Bankruptcy Rule 5082-1 for the allowance and authority to pay $17,758.50 in compensation for 67.40 hours of professional services rendered, and the reimbursement of $598.27 for costs incurred incident to those services, to Novack & Macey LLP ("N&M"), as special litigation counsel for the purpose of investigating and prosecuting certain avoidance actions for the benefit of the Debtors' estates and creditors, for those services rendered and costs incurred during the period of December 15, 2002 through January 31, 2004 (the "Application Period") at the direction of the Trustee and for the benefit of the OMC estate. In addition, the Trustee requests that other and further notice of the hearing on this application, in addition to that already provided, be waived. In support of this application, the Trustee respectfully represents as follows:

{A006191R.DOC;2}

2

## BACKGROUND

1.    On December 22, 2000, the Debtors filed a voluntary petition for relief under

chapter 11 of the Bankruptcy Code.  Each of the Debtors remained in possession of its assets and

continued to operate its business as a debtor in possession in accordance with 11 U.S.C. §§ 1107

and 1108 until the cases were converted to cases under chapter 7 of the Bankruptcy Code on

August 22, 2001.  The Trustee was appointed immediately thereafter.

2.    N&M's application to be employed as special litigation counsel to the Trustee

was approved on January 14, 2003.  A copy of the Order Authorizing the Trustee to Employ

Novack & Macey as Special Litigation Counsel (the "Employment Order") is attached hereto as

**Exhibit A**.  N&M was retained for the limited purpose of prosecuting and investigating certain

preference claims in connection with those preference claims with which the Trustee's lead

counsel had a conflict.

## SUMMARY AND DESCRIPTION OF PRINCIPAL ACTIVITIES

3.    Throughout the Application Period, N&M investigated and prosecuted three (3)

preference claims for avoidance and recovery of preferential transfers pursuant to 11 U.S.C.

§§ 547 and 550 (the "Claims").  As part of the professional services rendered in connection with

the Claims, N&M performed the following tasks:

a.    Investigated, reviewed and analyzed relevant documents in support of the
Claims and asserted defenses and engaged in such other discovery
procedures;

b.    Filed and prosecuted adversary proceedings, on behalf of the Trustee, to
avoid and recover preferential payments made to parties with which the
Trustee's general bankruptcy counsel may have a conflict of interest;

c.    Participated on behalf of the Trustee in applicable hearings before this or
any other court;

d.    Provided written reports of the status of the Claims and recommended
resolutions to the Trustee;

e.      Regularly communicated with the Trustee with respect to developments in
the adversary proceedings and strategy going forward; and

f.      Otherwise represented the interests of the Debtors' estate in connection
with the Claims.

## PROFESSIONALS WHO PERFORMED SERVICES FOR THE TRUSTEE

4.      The issues with respect to the Claims have been legally and factually complex.
The amount of each Claim and potential recovery to the Debtors' estate was also significant.
N&M has experience investigating and prosecuting claims for preferential transfers pursuant to
11 U.S.C. §547. This experience has allowed N&M to provide extremely competent, effective
professional services in connection with the Claims in an efficient, cost-effective manner.

5.      In connection with its representation of the Trustee, N&M utilized the services of
three attorneys. The attorneys who have rendered services for the benefit of the Debtors' estates
at the direction of the Trustee, the length of time of the services provided and the hourly rates for
each individual are as follows:

| Attorney | Hourly Rate | Hours Worked | Total |
|---|---|---|---|
| Mitchell L. Marinello | $355.00 | 16.50 | $5,857.50 |
| Timothy J. Miller | $340.00 | 3.90 | $1,326.00 |
| Steven Ciszewski | $225.00 | 47.00 | $10,575.00 |

6.      The hourly rates charged by N&M's professionals in connection with the Claims
compare quite favorably with the rates charged by other Chicago metropolitan law firms having
professionals with similar levels of experience and expertise. N&M's rates also compare
favorably with the rates of other professionals retained by the Debtors and the Trustee in this
case. Further, the amount of time spent with respect to the Claims is reasonable given the range
and complexity of the issues presented and the level of investigation necessary to successfully
litigate the Claims.

3

7.      Annexed hereto as **Group Exhibit B** are detailed statements of the services

rendered by N&M's professionals with respect to the above referenced matters, containing a

description of the particular services rendered, the amounts of time spent thereon, the hours spent

by each professional and the current billing rates of N&M's professionals, as well as the

expenses incurred incident to those services. N&M provides a specific breakdown of the hours

spent by each professional for specific categories of work for this particular engagement.

8.      For the convenience of this Court and parties in interest, N&M classified its

services into three categories, one for each preference claim: Federal Die Casting –

OMCX01003; Textron Financial – OMCX01004; and Northwestern Life Insurance. Annexed

hereto as **Exhibit C** is a detailed summary of the fees and expenses, including the hours spent by

each professional and their current billing rates, by category.

9.      The Lodestar Amount for all of the services rendered by N&M during the

Application Period is $17,758.50. Given the criteria set forth in 11 U.S.C. § 330, namely (i) the

nature, extent and value of the services, (ii) the time spent, (iii) the rates charged for such

services, (iv) the performance of the services within a reasonable amount of time commensurate

with the complexity, importance and the nature of the problem, issue or task addressed, and (v)

the reasonableness of the services based on the compensation charged by comparably skilled

professionals inside and outside of the bankruptcy context, the Trustee respectfully submits that

the Lodestar Amount represents a fair and reasonable amount for the allowance of interim

compensation in this case.

## THE EXPENSES REQUESTED

10.     All of the expenses for which reimbursement is requested are expenses that N&M

customarily recoups from all of its clients. The types of costs for which reimbursement is sought

are listed below:

{A006191918.DOC;2}

| Expenses | Cost |
|---|---|
| Photocopies | Actual cost |
| Court/Filing Fees | Actual cost |
| Delivery Fees | Actual cost |
| Long Distance Telephone | Actual cost |

The specific expenses for which reimbursement is requested during the Application Period are as follows:

| Expenses | Cost |
|---|---|
| Photocopies | $105.76 |
| Court/Filing Fees | $450.00 |
| Delivery Fees | $41.67 |
| Long Distance Telephone | $0.84 |
| TOTAL | $598.27 |

11.    The expenses for which reimbursement is sought were actually borne by N&M and necessarily incurred in connection with the Claims. As noted previously, the expenses for which reimbursement is requested are of the type and amount that N&M customarily recoups from all of its clients. Further, the expenses for which reimbursement is sought constitute the type and amounts previously allowed by bankruptcy judges in this and other districts.

## COMPENSATION RECEIVED TO DATE BY N&M

12.    As set forth in the Employment Order, N&M was authorized to submit monthly interim requests for compensation and reimbursement; provided, however, that no objections were received thereto. Pursuant to the Employment Order, N&M received the following interim payments on account of services rendered during the Application Period:

| Period Ending: | 80% Legal Fees | 100% Expenses | Actual Payments Received: |
|---|---|---|---|
| 12/31/02 | $1,055.20 | $450.50 | $1,505.20 |
| 01/31/03 | $227.20 | $2.60 | $229.80 |
| 02/28/03 | $670.00 | $8.00 | $0.00 |
| 03/31/03 | $3,020.00 | $0.90 | $3,020.90 |
| 04/30/03 | $673.20 | $6.14 | $680.17 |

{A0061918.DOC 2}

| Period Ending: | 80% Legal Fees | 100% Expenses | Actual Payments Received: |
|---|---|---|---|
| 05/31/03 | $1,096.00 | $17.20 | $1,113.20 |
| 06/30/03 | $392.00 | $0.00 | $392.00 |
| 07/31/03 | $270.00 | $1.26 | $271.26 |
| 08/31/03 | $1,850.80 | $21.10 | $1,871.90 |
| 09/30/03 | $2,198.00 | $16.70 | $2,214.70 |
| 10/31/03 | $1,894.40 | $42.04 | $1,936.44 |
| 11/30/03 | $118.40 | $0.00 | $0.00 |
| 12/31/03 | $36.00 | $0.20 | $0.00 |
| 01/31/04 | $705.60 | $31.63 | $0.00 |
| Total | $14,206.80 | $598.27 | $13,235.57 |

13.    The payments actually received represent approximately 80% of the total amount due for compensation at N&M's hourly rates for the period in questions, plus 100% of recorded expenses.

**COMPLIANCE WITH SECTION 504**

14.    Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between N&M and any other firm, person or entity for the sharing or division of any compensation paid or payable to N&M.

**NOTICE**

15.    Twenty-one days notice of this application has been provided to those entities designated by prior orders of this court to receive notice of all matters, including the Official Service List. Based on the extent of the notice already provided, the amount and interim nature of the relief requested and the costs and burdens of transmitting notice to all of the Debtors' creditors, the Trustee respectfully requests that the court shorten the amount of notice to that given and that additional notice of the hearing on this Application be excused for good cause shown pursuant to Fed. R. Bankr. P. 2002(a)(6), 2003(i), 9006 and 9007.

WHEREFORE, the Trustee requests the entry of an order that:

(a)    allows and grants the Trustee authority to pay N&M $17,758.50 in compensation for the Application Period of December 15, 2002 through January 31, 2003;

(b)    allows and grants the Trustee authority to pay N&M $598.27 in expense reimbursement for the Application Period of December 15, 2002 through January 31, 2003;

(c)    waives other and further notice of this hearing with respect to this Application; and

(d)    provides the Trustee with such additional relief as may be appropriate under the circumstances.

Respectfully submitted,

Alex D. Moglia, not personally, but as chapter 7 trustee for Outboard Marine Corporation and its related debtor entities

By: _____
     One of His Attorneys

Dated: March 16, 2004

Kathleen H. Klaus (#6211316)
Mark L. Radtke (#6275738)
Janice A. Alwin (#6277043)
Shaw Gussis Fishman Glantz
   Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610
Tel: (312) 276-1323
Fax: (312) 275-0571
e-mail: jalwin@shawgussis.com

*Alex D. Moglia, not personally, but as chapter 7 trustee for Outboard Marine Corporation and its related debtor entities*

7

{A0061918.DOC 2}

E O D   JAN 1 5 2003

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | ) | Chapter 7 |
| In re: | ) | |
| | ) | Case No. 00 B 37405 |
| OUTBOARD MARINE CORPORATION, | ) | |
| et. al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. John H. Squires |
| | ) | |

## ORDER AUTHORIZING THE TRUSTEE TO EMPLOY
## NOVACK & MACEY AS SPECIAL LITIGATION COUNSEL

Under the consideration of the application of Alex D. Moglia, not personally but as

chapter 7 trustee (the "Trustee") for Outboard Marine Corporation and its related debtor entities

(the "Debtor"), made pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014, for authority to

employ Mitchell L. Marinello and the law firm of Novack & Macey (collectively, "N&M") as

special litigation counsel; due and proper notice of the application having been given to the

Debtor, the Office of the United States Trustee and all other parties in interest entitled thereto;

the court having considered the application and the statements of counsel with respect thereto;

and the court being otherwise fully advised in the premises; it is hereby **ORDERED**:

1.    The Trustee is authorized to employ N&M as special litigation counsel in

connection with this converted chapter 7 proceeding effective as of December 15, 2002, to

render the professional services set forth in the Trustee's application.

2.    N&M shall file monthly statements of legal services rendered and expenses

incurred on behalf of the Trustee, with a copy served on the Trustee, the members of the

Committee, the Office of the United States Trustee and such other parties as the court directs.

N&M shall file such statements by no later than the 20th of each month for the legal services

rendered and expenses incurred during the preceding month. Unless an objection is filed within

2206

649926.v3:  102528/000

15 days after filing of the statement by N&M, the Trustee shall be authorized and directed to pay
N&M eighty percent (80%) of the professional compensation set forth on the statement plus
reimbursement of one hundred percent (100%) of the expenses incurred.  If an objection is
timely interposed, the court shall set the matter for further hearing with respect to any disputed
compensation and expense reimbursement.

    3.    Not more frequently than once every 120 days, N&M shall apply for interim
compensation and expense reimbursement, after notice and a hearing as the court directs.  Such
application shall cover all amounts previously paid to N&M on a monthly basis pursuant to the
procedure outlined above, plus the balance of the compensation and expenses not reimbursed to
N&M on a monthly basis pursuant to that procedure.

    4.    N&M's professional compensation as special litigation counsel to the Trustee
shall be subject to further court approval, after notice and a hearing on separate application made
therefor, and the sole source of such compensation shall be funds of the Debtor's estate.

ENTER:

Bankruptcy Judge

1 4 JAN 2003

Dated: January 14, 2003

Prepared By:

Janice A. Alwin (#6277043)
D'Ancona & Pflaum LLC
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601
(312) 602-2000

Attorneys for Alex D. Moglia, not personally but
as chapter 7 trustee for Outboard Marine
Corporation and its related debtor entities

# NOVACK AND MACEY LLP

### ATTORNEYS AT LAW

SUITE 1500
303 WEST MADISON STREET
CHICAGO, ILLINOIS 60606

TELEPHONE: (312) 419-6900

TAX IDENTIFYING NO.: 36-3331397

January 1, 2004

Billed through 12/31/2003

Invoice No. 17276    OMCX 01003

Janice A. Alwin
Shaw Gussis Fishman Glantz
    Wolfson & Towbin, LLC
111 East Wacker Drive, Suite 2600
Chicago, IL 60601

Re:  Preference Action-Federal Die Casting

LEGAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 12/31/03 | SJC | Draft letter to N. Rzepka regarding settlement payments. | 0.20  hrs |
| | | Total fees for this matter | $45.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| | Photocopies | $0.20 |
| | Total disbursements for this matter | $0.20 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Steven J. Ciszewski | 0.20  hrs | $225.00 | $45.00 |
| TOTAL FEES | 0.20  hrs | | 45.00 |
| TOTAL DISBURSEMENTS | | | $0.20 |
| AMOUNT DUE THIS INVOICE | | | $45.20 |
| BALANCE OUTSTANDING | | | $2,116.91 |
| TOTAL AMOUNT DUE | | | $2,162.11 |

# NOVACK AND MACEY LLP

ATTORNEYS AT LAW

SUITE 1500
303 WEST MADISON STREET
CHICAGO, ILLINOIS 60606

TAX IDENTIFYING No.: 36-3331397

TELEPHONE: (312) 419-6900

December 1, 2003

Billed through 11/30/2003

Invoice No. 17095   OMCX 01003

Janice A. Alwin
Shaw Gussis Fishman Glantz
    Wolfson & Towbin, LLC
111 East Wacker Drive, Suite 2600
Chicago, IL 60601

Re:  Preference Action-Federal Die Casting

LEGAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 11/06/03 | SJC | Telephone conference with Federal Die counsel regarding settlement payment. | 0.20  hrs |
| | | Total fees for this matter | $45.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Steven J. Ciszewski | 0.20  hrs | $225.00 | $45.00 |
| TOTAL FEES | 0.20  hrs | | 45.00 |
| AMOUNT DUE THIS INVOICE | | | $45.00 |

# NOVACK AND MACEY LLP

ATTORNEYS AT LAW

SUITE 1500
303 WEST MADISON STREET
CHICAGO, ILLINOIS 60606

TAX IDENTIFYING NO.: 36-3331397

TELEPHONE: (312) 419-6900

November 1, 2003

Billed through 10/31/2003

Invoice No. 16944    OMCX 01003

Janice A. Alwin
Shaw Gussis Fishman Glantz
    Wolfson & Towbin, LLC
111 East Wacker Drive, Suite 2600
Chicago, IL 60601

Re:  Preference Action-Federal Die Casting

LEGAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 10/01/03 | MLM | Call K. Klaus (.2); call T. Magill regarding settlement of case (.2). | 0.40 | hrs |
| 10/06/03 | SJC | E-mails regarding settlement status. | 0.20 | hrs |
| 10/06/03 | MLM | Email (.1); call from K. Klaus (.1); conference with SJC (.1). | 0.30 | hrs |
| 10/08/03 | MLM | Email. | 0.10 | hrs |
| 10/09/03 | SJC | Prepare stipulation of dismissal. | 0.40 | hrs |
| 10/10/03 | MLM | Review settlement agreement. | 0.20 | hrs |
| 10/10/03 | SJC | Draft settlement agreement and letter to counsel regarding same. | 1.00 | hrs |
| 10/21/03 | SJC | Telephone discussion regarding settlement. | 0.10 | hrs |
| 10/23/03 | SJC | Exchange e-mails regarding settlement. | 0.20 | hrs |
| 10/28/03 | SJC | Final preparation of settlement agreement (.3); draft letter to Federal Die's counsel regarding same (.1). | 0.40 | hrs |

Total fees for this matter                    $872.50

Federal Die Casting                                                      PAGE        2
Invoice No.   16944

DISBURSEMENTS                                                                     $8.40
                       Photocopies                                               $33.34
                       Delivery expense

                                                                                $41.74
                       Total disbursements for this matter


BILLING SUMMARY

                                          1.00  hrs     $355.00          $355.00
        Mitchell L. Marinello            2.30  hrs     $225.00          $517.50
        Steven J. Ciszewski

                                          3.30  hrs                     872.50
        TOTAL FEES

                                                                         $41.74
        TOTAL DISBURSEMENTS

                                                                        $914.24
        AMOUNT DUE THIS INVOICE

                                                                      $1,867.57
        BALANCE OUTSTANDING

                                                                      $2,781.81
        TOTAL AMOUNT DUE

# NOVACK AND MACEY LLP

ATTORNEYS AT LAW

SUITE 1500
303 WEST MADISON STREET
CHICAGO, ILLINOIS 60606

TELEPHONE: (312) 419-6900

TAX IDENTIFYING NO.: 36-3331397

October 1, 2003

Billed through 09/30/2003

Invoice No. 16639    OMCX 01003

Janice A. Alwin
Shaw Gussis Fishman Glantz
    Wolfson & Towbin, LLC
111 East Wacker Drive, Suite 2600
Chicago, IL 60601

Re:  Preference Action-Federal Die Casting

LEGAL SERVICES RENDERED

| Date | | Description | Hours |
|------|------|-------------|-------|
| 09/02/03 | MLM | Read memorandum and review enclosures analyzing claim and defenses to preference action; call J. Alwin. | 0.30 hrs |
| 09/09/03 | MLM | Consider settlement demand and authority to make same. | 0.20 hrs |
| 09/18/03 | SJC | Draft letter to trustee regarding case status and settlement. | 1.10 hrs |
| 09/24/03 | MLM | Email correspondence, and potential settlement of case. | 0.30 hrs |
| 09/29/03 | SJC | Draft settlement letter. | 0.70 hrs |
| 09/29/03 | MLM | Call K. Klaus (.1); G. Wencel (.1); read letter (.1); email to K. Klaus regarding settlement (.2). | 0.50 hrs |

Total fees for this matter                                    $866.50

DISBURSEMENTS

Photocopies                                                   $16.70

Total disbursements for this matter                          $16.70

BILLING SUMMARY

NOVACK AND MACEY LLP

Federal Die Casting                                              PAGE      2
Invoice No.   16639

| | | | |
|---|---|---|---|
| Mitchell L. Marinello | 1.30  hrs | $355.00 | $461.50 |
| Steven J. Ciszewski | 1.80  hrs | $225.00 | $405.00 |
| TOTAL FEES | 3.10  hrs | | 866.50 |
| TOTAL DISBURSEMENTS | | | $16.70 |
| AMOUNT DUE THIS INVOICE | | | $883.20 |
| BALANCE OUTSTANDING | | | $984.37 |
| TOTAL AMOUNT DUE | | | $1,867.57 |

# NOVACK AND MACEY LLP

ATTORNEYS AT LAW

SUITE 1800
303 WEST MADISON STREET
CHICAGO, ILLINOIS 60606

TAX IDENTIFYING NO: 36-3331397

TELEPHONE: (312) 419-6900

September 1, 2003

Billed through 08/31/2003

Invoice No. 16427   OMCX 01003

Janice A. Alwin
Shaw Gussis Fishman Glantz
   Wolfson & Towbin, LLC
111 East Wacker Drive, Suite 2600
Chicago, IL 60601

Re:  Preference Action-Federal Die Casting

LEGAL SERVICES RENDERED

| Date | Atty | Description | Hours | |
|------|------|-------------|-------|---|
| 07/01/03 | SJC | Draft status e-mail MLM. | 0.40 | hrs |
| 08/18/03 | MLM | Read order requiring status report. | 0.20 | hrs |
| 08/21/03 | MLM | Review work to be done to comply with pretrial order. | 0.10 | hrs |
| 08/24/03 | SJC | Begin analysis of Federal Die's August 13, 2003 letter regarding ordinary course and new value defenses. | 1.00 | hrs |
| 08/26/03 | MLM | Conference with SJC regarding document review. | 0.20 | hrs |
| 08/27/03 | MLM | Meet with SJC; consider his analysis of defendant's documents and defenses; call M. Hirsch for further information regarding same. | 0.70 | hrs |
| 08/27/03 | SJC | Review documents produced by Federal Die; verify back-up for K. Carlson settlement letter; begin drafting memorandum regarding same. | 4.60 | hrs |
| 08/29/03 | SJC | Finish memorandum regarding ordinary course and subsequent new value defenses. | 1.60 | hrs |

Total fees for this matter                    $2,136.00

DISBURSEMENTS

Federal Die Casting                                                PAGE      2
Invoice No.   16427
                          Photocopies                            ___  $21.10

                          Total disbursements for this matter         $21.10


BILLING SUMMARY

        Mitchell L. Marinello          1.20  hrs   $355.00       $426.00
        Steven J. Ciszewski            7.60  hrs   $225.00     $1,710.00

        TOTAL FEES                     8.80  hrs               2,136.00

        TOTAL DISBURSEMENTS                                     ___ $21.10

        AMOUNT DUE THIS INVOICE                                 $2,157.10

        BALANCE OUTSTANDING                                       $557.17

        TOTAL AMOUNT DUE                                        $2,714.27

# NOVACK AND MACEY

### ATTORNEYS AT LAW

SUITE 1500
303 WEST MADISON STREET
CHICAGO, ILLINOIS 60606

TELEPHONE. (312) 419-6900

TAX IDENTIFYING NO.: 36-3331397

July 1, 2003

Billed through 06/30/2003

Invoice No. 16110    OMCX 01003

Janice A. Alwin
Shaw Gussis Fishman Glantz
    Wolfson & Towbin, LLC
111 East Wacker Drive, Suite 2600
Chicago, IL 60601

Re:  Preference Action-Federal Die Casting

LEGAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 06/05/03 | MLM | Update and status from SJC and assignment to him. | 0.10 | hrs |
| 06/19/03 | MLM | Correspondence. | 0.10 | hrs |
| 06/27/03 | MLM | Read pretrial order. | 0.10 | hrs |
| | | Total fees for this matter | $106.50 | |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Mitchell L. Marinello | 0.30 hrs | $355.00 | $106.50 |
| TOTAL FEES | 0.30 hrs | | 106.50 |
| AMOUNT DUE THIS INVOICE | | | $106.50 |
| BALANCE OUTSTANDING | | | $1,844.30 |
| TOTAL AMOUNT DUE | | | $1,950.80 |

# NOVACK AND MACEY

### ATTORNEYS AT LAW

SUITE 1500
303 WEST MADISON STREET
CHICAGO, ILLINOIS 60606

TELEPHONE: (312) 419-6900

TAX IDENTIFYING NO.: 36-3331397

June 1, 2003

Billed through 05/31/2003

Invoice No. 15905   OMCX 01003

Janice A. Alwin
Shaw Gussis Fishman Glantz
    Wolfson & Towbin, LLC
111 East Wacker Drive, Suite 2600
Chicago, IL 60601

Re:  Preference Action-Federal Die Casting

LEGAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 05/05/03 | SJC | Read answer and affirmative defenses (.5); draft interrogatories and document requests to Federal Die (1.6). | 2.10 hrs |
| 05/06/03 | MLM | Review discovery request. | 0.10 hrs |
| | | Total fees for this matter | $508.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| | Photocopies | $3.40 |
| | Total disbursements for this matter | $3.40 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Mitchell L. Marinello | 0.10 hrs | $355.00 | $35.50 |
| Steven J. Ciszewski | 2.10 hrs | $225.00 | $472.50 |
| TOTAL FEES | 2.20 hrs | | 508.00 |
| TOTAL DISBURSEMENTS | | | $3.40 |
| AMOUNT DUE THIS INVOICE | | | $511.40 |
| BALANCE OUTSTANDING | | | $1,332.90 |

NOVACK AND MACEY

Federal Die Casting                                    PAGE        2
Invoice No.   15905

        TOTAL AMOUNT DUE                              $1,844.30

# NOVACK AND MACEY

### ATTORNEYS AT LAW

SUITE 1500
303 WEST MADISON STREET
CHICAGO, ILLINOIS  60606

TAX IDENTIFYING NO.:  36-3331397

TELEPHONE:  (312) 419-6900

May 1, 2003

Billed through  04/30/2003

Invoice No. 15751   OMCK 01003

Janice A. Alwin
D'Ancona & Pflaum LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

Re:  Preference Action-Federal Die Casting

LEGAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/03/03 | MLM | Call A. Moglia (.1); call G. Wencel regarding disclosures by OMC in preference action (.1); review draft (.1). | 0.30  hrs |
| 04/07/03 | MLM | Call S. Towbin regarding status hearing tomorrow morning (.1). | 0.10  hrs |
| 04/07/03 | SJC | Prepare outline for 4/8 status. | 0.40  hrs |
| 04/08/03 | MLM | Attend status conference (.3). | 0.30  hrs |

Total fees for this matter                           $338.50

DISBURSEMENTS

Photocopies                                              $0.20

Total disbursements for this matter                      $0.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Mitchell L. Marinello | 0.70  hrs | $355.00 | $248.50 |
| Steven J. Ciszewski | 0.40  hrs | $225.00 | $90.00 |
| TOTAL FEES | 1.10  hrs | | 338.50 |
| TOTAL DISBURSEMENTS | | | $0.20 |

NOVACK AND MACEY

Federal Die Casting                                           PAGE      2
Invoice No.  15751

                                                                    $338.70
              AMOUNT DUE THIS INVOICE
                                                                  $1,404.10
              BALANCE OUTSTANDING
                                                                  $1,742.80
              TOTAL AMOUNT DUE

# NOVACK AND MACEY

ATTORNEYS AT LAW

SUITE 1500
303 WEST MADISON STREET
CHICAGO, ILLINOIS  60606

TAX IDENTIFYING No.: 36-3331397

TELEPHONE (312) 419-6900

April 1, 2003

Billed through  03/31/2003

Invoice No. 15547   OMCX 01003

Janice A. Alwin
D'Ancona & Pflaum LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

Re:  Preference Action-Federal Die Casting

LEGAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 03/18/03 | MLM | Call and email Abe about discovery responses (.2). | 0.20  hrs |
| 03/19/03 | MLM | Correspondence regarding Federal Die Casting. | 0.10  hrs |
| 03/19/03 | SJC | Review file (.3); draft letter to Federal Die Casting regarding response to complaint (.5). | 0.80  hrs |
| 03/20/03 | SJC | Telephone conference with company representative (.3); draft confirmation letter regarding due date for response to complaint (.2). | 0.50  hrs |
| 03/27/03 | SJC | Prepare status report (.5). | 0.50  hrs |
| | | Total fees for this matter | $511.50 |

DISBURSEMENTS

| | |
|---|---|
| Photocopies | $0.70 |
| Total disbursements for this matter | $0.70 |

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Mitchell L. Marinello | 0.30 | hrs | $355.00 | $106.50 |
| Steven J. Ciszewski | 1.80 | hrs | $225.00 | $405.00 |
| TOTAL FEES | 2.10 | hrs | | 511.50 |
| TOTAL DISBURSEMENTS | | | | $0.70 |

NOVACK AND MACEY

Federal Die Casting
Invoice No.  15547

PAGE     2

AMOUNT DUE THIS INVOICE                                  $512.20

BALANCE OUTSTANDING                                      $891.90

TOTAL AMOUNT DUE                                       $1,404.10

# NOVACK AND MACEY

ATTORNEYS AT LAW

SUITE 1500
303 WEST MADISON STREET
CHICAGO, ILLINOIS 60606

TELEPHONE: (312) 419-6900

TAX IDENTIFYING No.: 36-3331397

March 1, 2003

Billed through 02/28/2003

Invoice No. 15402    OMCX 01003

Janice A. Alwin
D'Ancona & Pflaum LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

Re:  Preference Action-Federal Die Casting

LEGAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/21/03 | MLM | Conference with TJM (.1). | 0.10 hrs |
| 02/24/03 | TJM | Work on rule 26 disclosures (.2). | 0.20 hrs |
| 02/25/03 | MLM | Review and revise disclosures under Rule 26 (.1). | 0.10 hrs |

Total fees for this matter    $139.00

DISBURSEMENTS

Photocopies    $7.00

Total disbursements for this matter    $7.00

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Mitchell L. Marinello | 0.20 hrs | $355.00 | $71.00 |
| Timothy J. Miller | 0.20 hrs | $340.00 | $68.00 |
| TOTAL FEES | 0.40 hrs | | 139.00 |
| TOTAL DISBURSEMENTS | | | $7.00 |
| AMOUNT DUE THIS INVOICE | | | $146.00 |
| BALANCE OUTSTANDING | | | $745.90 |
| TOTAL AMOUNT DUE | | | $891.90 |

# NOVACK AND MACEY

### ATTORNEYS AT LAW

SUITE 1500
303 WEST MADISON STREET
CHICAGO, ILLINOIS 60606

TELEPHONE: (312) 419-6900

TAX IDENTIFYING NO.: 36-3331397

February 1, 2003

Billed through 01/31/2003

Invoice No. 15250   OMCX 01003

Janice A. Alwin
D'Ancona & Pflaum LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

Re:  Preference Action-Federal Die Casting

LEGAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 01/09/03 | MLM | Correspondence; read motion regarding preference actions. | 0.20  hrs |
| 01/16/03 | MLM | Call J. Alwin about guidelines for settling preference actions (.1); conference with TJM (.1). | 0.20  hrs |
| | | Total fees for this matter | $142.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| | Photocopies | $2.40 |
| | Total disbursements for this matter | $2.40 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Mitchell L. Marinello | 0.40  hrs | $355.00 | $142.00 |
| TOTAL FEES | 0.40  hrs | | 142.00 |
| TOTAL DISBURSEMENTS | | | $2.40 |
| AMOUNT DUE THIS INVOICE | | | $144.40 |
| BALANCE OUTSTANDING | | | $601.50 |
| TOTAL AMOUNT DUE | | | $745.90 |

# NOVACK AND MACEY

### ATTORNEYS AT LAW

SUITE 1500
303 WEST MADISON STREET
CHICAGO, ILLINOIS  60606

TAX IDENTIFYING NO.:  36-3331397

TELEPHONE:  (312) 419-6900

January 1, 2003

Billed through  12/31/2002

Invoice No. 15012    OMCX 01003

Janice A. Alwin
D'Ancona & Pflaum LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

Re:  Preference Action—Federal Die Casting

LEGAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/19/02 | TJM | Review draft complaint (.1); review file regarding payments (.1); draft complaint (.1); conference with M. Hirsch regarding preference analysis (.1). | 0.40  hrs |
| 12/20/02 | MLM | Review papers to be filed (.2); conference with TJM and e-mail to Janice (.1). | 0.30  hrs |
| 12/20/02 | TJM | Finalize and file complaints. | 0.30  hrs |
| 12/30/02 | MLM | Call J. Alwin regarding case (.2); review motion papers (.1). | 0.30  hrs |

|  |  |
|---|---|
| Total fees for this matter | $451.00 |

DISBURSEMENTS

| | |
|---|---|
| Photocopies | $0.50 |
| Court fees | $150.00 |
| Total disbursements for this matter | $150.50 |

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Mitchell L. Marinello | 0.60  hrs | $355.00 | $213.00 |
| Timothy J. Miller | 0.70  hrs | $340.00 | $238.00 |
| TOTAL FEES | 1.30  hrs | | 451.00 |
| TOTAL DISBURSEMENTS | | | $150.50 |

NOVACK AND MACEY

Federal Die Casting                                          PAGE        2
Invoice No.   15012

        TOTAL AMOUNT DUE                                    $601.50

# NOVACK AND MACEY LLP

### ATTORNEYS AT LAW

SUITE 1500
303 WEST MADISON STREET
CHICAGO, ILLINOIS 60606

TELEPHONE: (312) 419-6900

TAX IDENTIFYING NO.: 36-3331397

October 15, 2003

Invoice No. QMCX 01004

Janice A. Alwin
Shaw Gussis Fishman Glantz
    Wolfson & Towbin, LLC
111 East Wacker Drive, Suite 2600
Chicago, IL 60601

Re:  Preference action-Northwestern Life Insurance

Our records indicate that the following bills are outstanding:

| DATE | ORIGINAL AMOUNT | AMOUNT DUE |
|------|-----------------|------------|
| 01/01/2003 | $601.00 | $90.20 |
| 03/01/2003 | $454.00 | $454.00 |
| 04/01/2003 | $2,308.20 | $461.60 |
| 05/01/2003 | $142.84 | $28.40 |
| 06/01/2003 | $830.80 | $163.40 |
| 07/01/2003 | $312.50 | $62.50 |
| TOTAL AMOUNT DUE | | $1,260.10 |

# NOVACK AND MACEY

### ATTORNEYS AT LAW

SUITE 1500
303 WEST MADISON STREET
CHICAGO, ILLINOIS  60606

TELEPHONE:  (312) 419-6900

TAX IDENTIFYING NO:  36-3331397

July 1, 2003

Billed through  06/30/2003

Invoice No. 16111   OMCX 01004

Janice A. Alwin
Shaw Gussis Fishman Glantz
    Wolfson & Towbin, LLC
111 East Wacker Drive, Suite 2600
Chicago, IL 60601

Re:  Preference action-Northwestern Life Insurance

LEGAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 06/02/03 | MLM | Conference with TJM and email. | 0.10  hrs |
| 06/18/03 | MLM | Emails with G. Wencel; obtain approval of dismissal of case; call J. Alwin regarding same. | 0.30  hrs |
| 06/20/03 | MLM | Email from J. Alwin with form for motion. | 0.10  hrs |
| 06/27/03 | SJC | Prepare notice of dismissal. | 0.60  hrs |
| | | Total fees for this matter | $312.50 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Mitchell L. Marinello | 0.50  hrs | $355.00 | $177.50 |
| Steven J. Ciszewski | 0.60  hrs | $225.00 | $135.00 |
| TOTAL FEES | 1.10  hrs | | 312.50 |
| AMOUNT DUE THIS INVOICE | | | $312.50 |
| BALANCE OUTSTANDING | | | $2,490.24 |
| TOTAL AMOUNT DUE | | | $2,802.74 |

# NOVACK AND MACEY

### ATTORNEYS AT LAW

SUITE 1500
303 WEST MADISON STREET
CHICAGO, ILLINOIS 60606

TAX IDENTIFYING NO.: 36-3331397

TELEPHONE: (312) 419-6900

July 1, 2003

Billed through 06/30/2003

Invoice No. 16118   OMCX 01005

Janice A. Alwin
Shaw Gussis Fishman Glantz
   Wolfson & Towbin, LLC
111 East Wacker Drive, Suite 2600
Chicago, IL 60601

Re:  Preference Action-Textron Financial

LEGAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 06/05/03 | MLM | Update and status from SJC and assignment to him. | 0.10 | hrs |
| 06/27/03 | MLM | Read pretrial order. | 0.10 | hrs |
| | | Total fees for this matter | $71.00 | |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Mitchell L. Marinello | 0.20 hrs | $355.00 | $71.00 |
| TOTAL FEES | 0.20 hrs | | 71.00 |
| AMOUNT DUE THIS INVOICE | | | $71.00 |
| BALANCE OUTSTANDING | | | $1,556.90 |
| TOTAL AMOUNT DUE | | | $1,627.90 |

# NOVACK AND MACEY

### ATTORNEYS AT LAW

SUITE 1500
303 WEST MADISON STREET
CHICAGO, ILLINOIS 60606

TELEPHONE: (312) 419-6900

TAX IDENTIFYING NO.: 36-3331397

June 1, 2003

Billed through 05/31/2003

Invoice No. 15906   OMCX 01004

Janice A. Alwin
Shaw Gussis Fishman Glantz
   Wolfson & Towbin, LLC
111 East Wacker Drive, Suite 2600
Chicago, IL 60601

Re:  Preference action-Northwestern Life Insurance

LEGAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/05/03 | SJC | Analysis of Northwestern Mutual specimen policies (.8); revise memorandum to TJM regarding same (.3). | 1.10  hrs |
| 05/06/03 | TJM | Review memorandum regarding defenses. | 0.30  hrs |
| 05/07/03 | MLM | Read memorandum about Northwestern Insurance defense and revise same (.2); conference with TJM (.1). | 0.30  hrs |
| 05/12/03 | MLM | Read revised memo (.2); draft letter to client (.1). | 0.30  hrs |
| 05/12/03 | SJC | Revise memorandum regarding validity of avoidance claim for life insurance premiums. | 0.50  hrs |
| 05/13/03 | MLM | Correspondence. | 0.10  hrs |
| 05/28/03 | MLM | Call J. Alwin (.1); letter to A. Moglia (.1). | 0.20  hrs |
| 05/29/03 | MLM | Correspondence to A. Moglia. | 0.10  hrs |

Total fees for this matter                    $817.00

DISBURSEMENTS

Photocopies                                   $13.80

Total disbursements for this matter           $13.80

NOVACK AND MACEY

Northwestern Life Insurance                                           PAGE      2
Invoice No.   15906


BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Mitchell L. Marinello | 1.00 | hrs | $355.00 | $355.00 |
| Timothy J. Miller | 0.30 | hrs | $340.00 | $102.00 |
| Steven J. Ciszewski | 1.60 | hrs | $225.00 | $360.00 |
| TOTAL FEES | 2.90 | hrs | | 817.00 |
| TOTAL DISBURSEMENTS | | | | $13.80 |
| AMOUNT DUE THIS INVOICE | | | | $830.80 |
| BALANCE OUTSTANDING | | | | $1,659.44 |
| TOTAL AMOUNT DUE | | | | $2,490.24 |

# NOVACK AND MACEY

### ATTORNEYS AT LAW

SUITE 1500
303 WEST MADISON STREET
CHICAGO, ILLINOIS  60606

TAX IDENTIFYING NO·  36-3331397

TELEPHONE:  (312) 419-6900

May 1, 2003

Billed through  04/30/2003

Invoice No. 15744    OMCX  01004

Janice A. Alwin
D'Ancona & Pflaum LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

Re:  Preference action-Northwestern Life Insurance

LEGAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 04/07/03 | MLM | Check with SJC on status of case and whether we have obtained documents requested from NW insurer (.1). | 0.10  hrs |
| 04/08/03 | MLM | Attend status conference (.3). | 0.30  hrs |
| | | Total fees for this matter | $142.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| | Long Distance telephone | $0.84 |
| | Total disbursements for this matter | $0.84 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Mitchell L. Marinello | 0.40  hrs | $355.00 | $142.00 |
| TOTAL FEES | 0.40  hrs | | 142.00 |
| TOTAL DISBURSEMENTS | | | $0.84 |
| AMOUNT DUE THIS INVOICE | | | $142.84 |
| BALANCE OUTSTANDING | | | $3,363.20 |
| TOTAL AMOUNT DUE | | | $3,506.04 |

# NOVACK AND MACEY

### ATTORNEYS AT LAW

SUITE 1500
303 WEST MADISON STREET
CHICAGO, ILLINOIS 60606

TAX IDENTIFYING NO: 36-3331397

TELEPHONE: (312) 419-6900

April 1, 2003

Billed through 03/31/2003

Invoice No. 15548   OMCX 01004

Janice A. Alwin
D'Ancona & Pflaum LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

Re:  Preference action-Northwestern Life Insurance

LEGAL SERVICES RENDERED

| Date | | Description | | |
|---|---|---|---|---|
| 03/03/03 | SJC | Continue research regarding issues raised in 2/26 letter from Northwestern Mutual (3.2). | 3.20 | hrs |
| 03/04/03 | TJM | Review research regarding insurance premiums as preference (.3). | 0.30 | hrs |
| 03/05/03 | SJC | Review file regarding insurance policy documents (.2); e-mail to TJM regarding same. | 0.20 | hrs |
| 03/10/03 | TJM | Review cases regarding Northwestern's position (0.3); conference wtih CZ regarding research (0.1) | 0.40 | hrs |
| 03/13/03 | SJC | Telephone conference with C. Shaw, counsel for Northwestern Mutual (.3); draft research memorandum for client regarding defenses asserted in C. Shaw's 2/26/03 letter (1.5). | 1.80 | hrs |
| 03/14/03 | SJC | Work on draft memorandum regarding Northwestern Mutual letter asserting defenses to preferential transfer (3.3). | 3.30 | hrs |
| 03/27/03 | SJC | Prepare status report memorandum. | 0.70 | hrs |
| | | Total fees for this matter | $2,308.00 | |

DISBURSEMENTS

| | | |
|---|---|---|
| | Photocopies | $0.20 |
| | Total disbursements for this matter | $0.20 |

NOVACK AND MACEY

Northwestern Life Insurance                                        PAGE      2
Invoice No.  15548

BILLING SUMMARY

|  |  |  |  |
|---|---|---|---|
| Timothy J. Miller | 0.70  hrs | $340.00 | $238.00 |
| Steven J. Ciszewski | 9.20  hrs | $225.00 | $2,070.00 |
| TOTAL FEES | 9.90  hrs |  | 2,308.00 |
| TOTAL DISBURSEMENTS |  |  | $0.20 |
| AMOUNT DUE THIS INVOICE |  |  | $2,308.20 |
| BALANCE OUTSTANDING |  |  | $1,055.00 |
| TOTAL AMOUNT DUE |  |  | $3,363.20 |

## NOVACK AND MACEY

ATTORNEYS AT LAW

SUITE 1500
303 WEST MADISON STREET
CHICAGO, ILLINOIS 60606

TAX IDENTIFYING No.: 36-3331397

TELEPHONE: (312) 419-6900

March 1, 2003

Billed through 02/28/2003

Invoice No. 15407   OMCX 01004

Janice A. Alwin
D'Ancona & Pflaum LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

Re:  Preference action—Northwestern Life Insurance

LEGAL SERVICES RENDERED

| Date | | Description | Hours |
|------|------|-------------|------|
| 02/24/03 | TJM | Work on rule 26 disclosures. | 0.20 hrs |
| 02/25/03 | MLM | Review and revise Rule 26 disclosures. | 0.10 hrs |
| 02/27/03 | TJM | Review letter from Northwestern (.2); conference with SZ regarding same (.1). | 0.30 hrs |
| 02/27/03 | SJC | Review letter from Northwestern Mutual regarding adversary complaint; begin research regarding issues raised in letter. | 1.10 hrs |

Total fees for this matter                                    $453.00

DISBURSEMENTS

Photocopies                                                   $1.00

Total disbursements for this matter                          $1.00

BILLING SUMMARY

| | | | | |
|-|-|-|-|-|
| Mitchell L. Marinello | 0.10 hrs | $355.00 | $35.50 |
| Timothy J. Miller | 0.50 hrs | $340.00 | $170.00 |
| Steven J. Ciszewski | 1.10 hrs | $225.00 | $247.50 |
| TOTAL FEES | 1.70 hrs | | 453.00 |
| TOTAL DISBURSEMENTS | | | $1.00 |

NOVACK AND MACEY

Northwestern Life Insurance                                          PAGE      2
Invoice No.   15407

AMOUNT DUE THIS INVOICE                                              $454.00

BALANCE OUTSTANDING                                                  $601.00

TOTAL AMOUNT DUE                                                   $1,055.00

# NOVACK AND MACEY

### ATTORNEYS AT LAW

SUITE 1500
303 WEST MADISON STREET
CHICAGO, ILLINOIS  60606

TAX IDENTIFYING NO.: 36-3331397

TELEPHONE:  (312) 419-6900

February 24, 2003

Invoice No.  OMCX  01004

Janice A. Alwin
D'Ancona & Pflaum LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

Re:  Preference action-Northwestern Life Insurance

Our records indicate that the following bills are outstanding:

| DATE | ORIGINAL AMOUNT | AMOUNT DUE |
|------|-----------------|------------|
| 01/01/2003 | $601.00 | $601.00 |
| | TOTAL AMOUNT DUE | $601.00 |

# NOVACK AND MACEY

### ATTORNEYS AT LAW

SUITE 1500
303 WEST MADISON STREET
CHICAGO, ILLINOIS  60606

TAX IDENTIFYING NO.: 36-3331397

TELEPHONE: (312) 419-6900

January 1, 2003

Billed through 12/31/2002

Invoice No. 15013   OMCX 01004

Janice A. Alwin
D'Ancona & Pflaum LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

Re:  Preference action-Northwestern Life Insurance

LEGAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 12/19/02 | TJM | Review draft complaint (.1); review file regarding payments (.1); draft complaint (.1); conference with M. Hirsch regarding preference analysis (.1). | 0.40  hrs |
| 12/20/02 | MLM | Review papers to be filed (.2); conference with TJM and e-mails to Janice (.1). | 0.30  hrs |
| 12/20/02 | TJM | Finalize and file complaints. | 0.30  hrs |
| 12/30/02 | MLM | Review Complaint (.1); review motion papers (.2). | 0.30  hrs |

Total fees for this matter                 $451.00

DISBURSEMENTS

Court fees                                 $150.00

Total disbursements for this matter        $150.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Mitchell L. Marinello | 0.60  hrs | $355.00 | $213.00 |
| Timothy J. Miller | 0.70  hrs | $340.00 | $238.00 |
| TOTAL FEES | 1.30  hrs | | 451.00 |
| TOTAL DISBURSEMENTS | | | $150.00 |
| TOTAL AMOUNT DUE | | | $601.00 |

# NOVACK AND MACEY LLP

### ATTORNEYS AT LAW

SUITE 1500
303 WEST MADISON STREET
CHICAGO, ILLINOIS  60606

TAX IDENTIFYING NO.:  36-3331397

TELEPHONE:  (312) 419-6900

January 20, 2004

Billed through 01/20/2004

Invoice No. 17254    OMCX 01005

Janice A. Alwin
Shaw Gussis Fishman Glantz
   Wolfson & Towbin, LLC
111 East Wacker Drive, Suite 2600
Chicago, IL 60601

Re:  Preference Action-Textron Financial

LEGAL SERVICES RENDERED

| Date | Atty | Description | Hours | |
|------|------|-------------|-------|---|
| 12/03/03 | SJC | Revise settlement agreement based upon input from Bank of America and Textron counsel. | 0.70 | hrs |
| 12/04/03 | MLM | Review settlement agreement; give comments to SJC. | 0.20 | hrs |
| 12/08/03 | SJC | E-mail to Textron counsel regarding settlement agreement. | 0.20 | hrs |
| 12/09/03 | MLM | Email regarding settlement. | 0.10 | hrs |
| 12/10/03 | SJC | Telephone conference with Textron counsel regarding settlement. | 0.20 | hrs |
| 12/15/03 | SJC | Follow up on December 11 e-mail from Janice Alwin. | 0.20 | hrs |
| 12/19/03 | SJC | Review settlement papers to be presented on Monday. | 0.20 | hrs |
| 12/22/03 | SJC | Attend hearing regarding motion to approve settlement agreement. | 0.80 | hrs |
| 12/29/03 | MLM | Read motion to approve settlement. | 0.20 | hrs |
| 12/30/03 | SJC | Finalize settlement agreement. | 0.20 | hrs |
| 12/30/03 | MLM | Conference with SJC regarding client approval of settlement form and execution of same. | 0.20 | hrs |
| 01/12/04 | MLM | Conference with SJC regarding status of settlement | 0.20 | hrs |

Textron Financial
Invoice No.   17254                                                    PAGE        2

                      and call to J. Alwin regarding same.


                      Total fees for this matter                          $882.00


DISBURSEMENTS
                      Photocopies                                          $23.30
                      Delivery expense                                      $8.33


                      Total disbursements for this matter                  $31.63


BILLING SUMMARY

        Mitchell L. Marinello          0.90  hrs    $355.00            $319.50
        Steven J. Ciszewski            2.50  hrs    $225.00            $562.50

        TOTAL FEES                     3.40  hrs                        882.00

        TOTAL DISBURSEMENTS                                             $31.63

        AMOUNT DUE THIS INVOICE                                       $913.63

        BALANCE OUTSTANDING                                         $2,721.80

        TOTAL AMOUNT DUE                                            $3,635.43

# NOVACK AND MACEY LLP

ATTORNEYS AT LAW

SUITE 1500
303 WEST MADISON STREET
CHICAGO, ILLINOIS 60606

TAX IDENTIFYING NO.: 36-3331397

TELEPHONE: (312) 419-6900

December 1, 2003

Billed through 11/30/2003

Invoice No. 17096   OMCX 01005

Janice A. Alwin
Shaw Gussis Fishman Glantz
   Wolfson & Towbin, LLC
111 East Wacker Drive, Suite 2600
Chicago, IL 60601

Re:  Preference Action-Textron Financial

LEGAL SERVICES RENDERED

| 11/03/03 | MLM | Review proposed settlement agreement. | 0.10 hrs |
| 11/19/03 | SJC | Telephone conferences with K. Rettberg and B. O'Connor regarding draft settlement agreement. | 0.30 hrs |

Total fees for this matter                                $103.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Mitchell L. Marinello | 0.10 hrs | $355.00 | $35.50 |
| Steven J. Ciszewski | 0.30 hrs | $225.00 | $67.50 |
| TOTAL FEES | 0.40 hrs | | 103.00 |
| AMOUNT DUE THIS INVOICE | | | $103.00 |

# NOVACK AND MACEY LLP

ATTORNEYS AT LAW

SUITE 1500
303 WEST MADISON STREET
CHICAGO, ILLINOIS 60606

TAX IDENTIFYING NO.: 36-3331397                    TELEPHONE: (312) 419-6900

November 1, 2003

Billed through 10/31/2003

Invoice No. 16945   OMCX 01005

Janice A. Alwin
Shaw Gussis Fishman Glantz
   Wolfson & Towbin, LLC
111 East Wacker Drive, Suite 2600
Chicago, IL 60601

Re:  Preference Action-Textron Financial

LEGAL SERVICES RENDERED

| Date | Atty | Description | Hours | |
|------|------|-------------|------|---|
| 10/01/03 | SJC | Conference with MLM regarding preference action; telephone conference with judge's clerk regarding same. | 0.80 | hrs |
| 10/08/03 | SJC | Review e-mails regarding settlement and pretrial conference. | 0.30 | hrs |
| 10/09/03 | SJC | Prepare stipulation of dismissal (.4); review pleadings from Bank of America adversary regarding settlement (.2). | 0.60 | hrs |
| 10/10/03 | MLM | Review settlement agreement. | 0.20 | hrs |
| 10/10/03 | SJC | Draft settlement agreement. | 0.70 | hrs |
| 10/13/03 | SJC | Finalize draft settlement agreement. | 0.50 | hrs |
| 10/15/03 | MLM | Call from B. O'Connor (.1); email from SJC regarding settlement (.1). | 0.20 | hrs |
| 10/20/03 | MLM | Conference with SJC regarding status of settlement. | 0.10 | hrs |
| 10/24/03 | SJC | Prepare motion to extend time to submit stipulation of dismissal. | 0.60 | hrs |
| 10/24/03 | MLM | Conference with SJC and email regarding settlement status. | 0.10 | hrs |

NOVACK AND MACEY LLP

Textron Financial
Invoice No.   16945                                                      PAGE        2

| Date | | | hrs |
|---|---|---|---|
| 10/27/03 | SJC | Final preparation of motion for additional time to submit stipulation of dismissal. | 0.20  hrs |
| 10/28/03 | SJC | Finalize motion regarding settlement. | 0.20  hrs |
| 10/29/03 | SJC | Review and analysis of claims in Bank of America adversary proceeding and revise settlement agreement regarding same. | 1.80  hrs |

Total fees for this matter                     $1,495.50

DISBURSEMENTS

Photocopies                                         $0.30

Total disbursements for this matter                 $0.30

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Mitchell L. Marinello | 0.60  hrs | $355.00 | $213.00 |
| Steven J. Ciszewski | 5.70  hrs | $225.00 | $1,282.50 |
| TOTAL FEES | 6.30  hrs | | 1,495.50 |
| TOTAL DISBURSEMENTS | | | $0.30 |
| AMOUNT DUE THIS INVOICE | | | $1,495.80 |
| BALANCE OUTSTANDING | | | $2,627.80 |
| TOTAL AMOUNT DUE | | | $4,123.60 |

# NOVACK AND MACEY LLP

ATTORNEYS AT LAW

SUITE 1500
303 WEST MADISON STREET
CHICAGO, ILLINOIS 60606

TAX IDENTIFYING NO.: 36-3331397

TELEPHONE: (312) 419-6900

October 1, 2003

Billed through 09/30/2003

Invoice No. 16641   OMCX 01005

Janice A. Alwin
Shaw Gussis Fishman Glantz
    Wolfson & Towbin, LLC
111 East Wacker Drive, Suite 2600
Chicago, IL 60601

Re:  Preference Action-Textron Financial

LEGAL SERVICES RENDERED

| Date | Atty | Description | Hours | |
|------|------|-------------|-------|---|
| 09/04/03 | SJC | Begin review of documents received from Textron. | 0.60 | hrs |
| 09/04/03 | MLM | Call J. Alwin (.1) and send her letter with memo enclosed (.2). | 0.30 | hrs |
| 09/05/03 | MLM | Conference with SJC regarding analyzing defenses. | 0.10 | hrs |
| 09/12/03 | MLM | Textron -- call from opposing counsel. | 0.10 | hrs |
| 09/15/03 | MLM | Call to McGill (.2); call to G. Wencel (.1); conference with SJC regarding possible swap of claims (.1). | 0.40 | hrs |
| 09/16/03 | MLM | Call A. Moglia. | 0.10 | hrs |
| 09/18/03 | SJC | Draft letter to trustee regarding case status and settlement. | 0.70 | hrs |
| 09/18/03 | MLM | Conference with SJC regarding his progress with memo (.1); call G. Wencel (.1). | 0.20 | hrs |
| 09/19/03 | MLM | Correspondence (.2); call A. Moglia (.1); revise letter to him (.2); call counsel for Textron regarding settlement (.2); call Roberts and Klaus regarding settlement and need for documents (.3). | 1.10 | hrs |
| 09/22/03 | MLM | Call from A. Moglia. | 0.10 | hrs |
| 09/23/03 | MLM | Call Marianna regarding status of documents | 0.20 | hrs |

NOVACK AND MACEY LLP

Textron Financial
Invoice No.   16641                                                    PAGE        2
                    relating to Textron payments.

09/26/03    SJC    Review new documents regarding subject payment and    2.80  hrs
                   prepare written analysis regarding same.

09/26/03    MLM    Email from SJC regarding settlement of Federal        0.10  hrs
                   Die.


                   Total fees for this matter                          $1,881.00


BILLING SUMMARY

        Mitchell L. Marinello          2.70  hrs    $355.00         $958.50
        Steven J. Ciszewski            4.10  hrs    $225.00         $922.50

        TOTAL FEES                     6.80  hrs                    1,881.00

        AMOUNT DUE THIS INVOICE                                  $1,881.00

        BALANCE OUTSTANDING                                        $746.80

        TOTAL AMOUNT DUE                                         $2,627.80