**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>**OUTBOARD MARINE CORPORATION,** *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 00 B 37405<br>(Substantively Consolidated)<br><br>Hon. John H. Squires<br><br>Hearing Date: December 6, 2005<br>Hearing Time: 9:30 a.m. |

**NOTICE OF MOTION**

TO:    Attached Service List

**PLEASE TAKE NOTICE** that on **December 6, at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable John H. Squires,** Bankruptcy Judge, in the room usually occupied by him as a Courtroom in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing bankruptcy motions, and shall then and there present the **First and Final Application of Ernst & Young Australia as Consultants to Chapter 7 for Allowance of Compensation and Reimbursement of Expenses, and Related Relief**, a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleadings.

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

> Patrick A. Clisham
> Shaw Gussis Fishman Glantz
>   Wolfson & Towbin LLC
> 321 North Clark Street, Suite 800
> Chicago, IL 60610

**CERTIFICATE OF SERVICE**

Patrick A. Clisham certifies that service of the above and foregoing notice and attached pleadings was accomplished upon the attached service list by first-class U.S. Mail, postage prepaid, on this 25th day of October, 2005

> /s/ Patrick A. Clisham

{A0106136.DOC}

**OFFICIAL SERVICE LIST**

| | |
|---|---|
| Catherine L. Steege* <br> Jenner & Block <br> One IBM Plaza, 38th Floor <br> Chicago, IL 60611 <br> Fax:   (312) 840-7352 | Robert C. Butzier, Vice President* <br> U.S. Bank National Association <br> 1 Federal Street <br> Boston, MA 02110 <br> Fax:   (617) 603-6640 |
| Kathryn M. Gleason <br> Office of the United States Trustee <br> 227 West Monroe Street, Suite 3500 <br> Chicago, IL 60606 <br> Fax:   (312) 886-5794 | Harold Kaplan <br> Jeffrey Schwartz <br> Gardner Carton & Douglas <br> 191 North Wacker Drive, Suite 3700 <br> Chicago, IL 60606-1698 <br> Fax:   (312) 569-3201 |
| Richard Hiersteiner <br> Palmer & Dodge LLP <br> 111 Huntington Avenue, 19th Floor <br> Boston, MA 02199-7613 <br> Fax:   (617) 227-4420 | William Daniel Sullivan <br> LeClair Ryan, A Professional Corporation <br> 225 Reinekers Lane, Suite 700 <br> Alexandria, VA 22314 <br> Fax:   (703) 684-8075 |
| Russell C. Bergman* <br> LaSalle Bank, N.A. <br> 135 South LaSalle Street, Suite 1960 <br> Chicago, IL  60603 <br> Fax:   (312) 904-2236 | Alex D. Moglia & Associates, Inc. <br> Attention:  Alex D Moglia <br> 1325 Remington Road, Suite H <br> Schaumburg, IL  60173 <br> Fax:   (847) 884-1188 |
| Frank Anderson, Kartar Khalsa, <br> Sam Batsell and Bonnie Keippel <br> Pension Benefit Guaranty Corporation <br> 1200 K Street, N.W., Suite 340 <br> Washington, DC  20005-4026 <br> Fax:   (202) 326-4112 | Michael J. Baughman <br> Brian E. Mahoney <br> Cohn Baughman & Martin <br> 333 West Wacker Drive, Suite 900 <br> Chicago, IL 60606 <br> Fax:   (312) 753-6601 |
| Paul B. Bech <br> Bazelon Less & Feldman, P.C. <br> 1515 Market Street, Suite 700 <br> Philadelphia, PA 19102-1907 <br> Fax:   (215) 568-9319 | Steven M. Adams <br> Wayzata Investment Partners LLC <br> 701 East Lake Street, Suite 300 <br> Wayzata, MN 55391 <br> Fax:   (951-345-8901 |
| Margaret A. Costello <br> Dykema Gossett PLLC <br> 400 Renaissance Center <br> Detroit, MI 48243 <br> Fax:   (313) 568-6658 | Simon Tonkin <br> Ernst & Young Australia <br> 680 George St. <br> Sydney NSW 2000 <br> Australia <br> Fax: 61 2 9248 5959 |

*Members of Chapter 7 Committee

{A0106136.DOC}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:**<br><br>**OUTBOARD MARINE CORPORATION,** *et al.*,<br><br>Debtors. | **Chapter 7**<br><br>**Case No. 00 B 37405**<br>**(Substantively Consolidated)**<br><br>**Hon. John H. Squires**<br><br>**Hearing Date: December 6, 2005**<br>**Hearing Time: 9:30 a.m.** |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant:    **Ernst & Young Australia as Consultant to Alex D. Moglia, chapter 7 trustee (the "Trustee") for the Bankruptcy Estates of Outboard Marine, Corporation, et al.**

Authorized to Provide Professional Services to:    **Alex D. Moglia, Trustee**

Date of Order Authorizing Employment:    **February 1, 2005**

Period for Which Compensation is Sought:    **November 9, 2004 through June 20, 2005**

Amount of Fees Sought:    **$18,719.79**

Amount of Expense Reimbursement Sought:    **$0.00**

This is an:    Interim Application _____        Final Application ___X__

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| **Date Filed** | **Period Covered** | **Total Requested (Fees and Expenses)** | **Total Allowed** | **Amount Ordered Withheld** |
|---|---|---|---|---|
| None. | | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is:    **$0.00**

|  |  |
|---|---|
| Applicant: | Alex D. Moglia, not personally, but as chapter 7 trustee for Outboard Marine Corporation and its related debtor entities |

Dated: October 25, 2005                    By:    /s/ Patrick A. Clisham
                                                                One of the attorneys for the Trustee

{A0106136.DOC}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>**OUTBOARD MARINE CORPORATION,** *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 00 B 37405<br>(Substantively Consolidated)<br><br>Hon. John H. Squires<br><br>Hearing Date: December 6, 2005<br>Hearing Time: 9:30 a.m. |

**FIRST AND FINAL FEE APPLICATION ERNST & YOUNG AUSTRALIA AS CONSULTANTS TO CHAPTER 7 TRUSTEE FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AND RELATED RELIEF**

Simon Tonkin and the consulting firm of Ernst & Young Australia (collectively, "Ernst & Young") apply to this Court pursuant to 11 U.S.C. §§ 330 and 331, Rules 2002(a)(6), (i), 2016(a), 9006(c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5082-1 for the allowance of $18,719.79[1] in compensation for 42 hours of professional services rendered as consultants to Alex. D. Moglia, not personally, but as chapter 7 trustee (the "Trustee") of Outboard Marine Corporation and its related debtor entities (collectively, "OMC"), for the period beginning November 9, 2004 through and including June 20, 2005 (the "Application Period"). In addition, Ernst & Young requests that further notice of the hearing on this application (the "Application") be waived. In support of this Application, Ernst & Young states as follows:

**BACKGROUND**

1. On December 22, 2000 (the "Petition Date"), OMC commenced its chapter 11 case (the "Case"). OMC continued to administer its estate as a debtor in possession pursuant to the applicable provisions of the Bankruptcy Code and various orders of this Court until the Case

---

[1] All dollar amounts reflected herein are in U.S. Dollars based of .74778 as of October 17, 2005.

{A0106136.DOC}

was converted to a case under chapter 7 on August 20, 2001. The Trustee was duly appointed on August 24, 2001.

2. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

## RETENTION OF ERNST & YOUNG

3. On February 1, 2005, this Court approved the retention of Ernst & Young as consultants to the Trustee to assist with and facilitate a refund of tax withholding from the Australian Commissioner of Taxation (the "Retention Order"). A copy of the Retention Order is attached hereto as Exhibit A.

## SUMMARY AND DESCRIPTION OF PRINCIPAL ACTIVITIES

4. Ernst & Young assisted the Trustee in successfully applying for and negotiating a tax refund from the Australian Commissioner of Taxation in the amount of $170,133.53 (the "Refund"). In connection therewith, during the Application Period, Ernst & Young performed, *inter alia*, the following tasks:

   a. Reviewed all available and correspondence and related documents with respect to the Refund;

   b. Consulted with certain other of the Australian professionals and liquidators responsible for the liquidation of OMC's Australian assets;

   c. Reviewed and analyzed tax precedent and request requirements to facilitate the Refund;

   d. Prepared and filed Application for Tax Refund with Australian Commissioner of Taxation; and

e.  Regularly communicated with, the Trustee and the Trustee's counsel with respect to developments concerning the Refund.

**PROFESSIONALS WHO PERFORMED SERVICES FOR THE TRUSTEE**

5. The chart below is a summary of the total amount of time entered by each timekeeper during the Application Period, as well as the corresponding dollar value of those services:

| Professional | Hours | Hourly Rate | Amount |
| --- | --- | --- | --- |
| Simon Tonkin | 13.5 | $711.34 | $9,603.09 |
| Owen Ticli | 13.0 | $484.38 | $6,296.94 |
| Lisa Leong | 10.5 | $188.32 | $1,977.36 |
| Jennifer Yeo | 5.0 | $168.48 | $842.40 |

6. All of the services for which compensation is requested were services which were necessarily rendered after due consideration of the expected costs and anticipated benefit of such services. Attached hereto as Exhibit A is the invoice issued by Ernst & Young which provides: (a) detailed descriptions of all services rendered and (b) the timekeeper, date and amount of time expended with respect to each individual and task.

7. The hourly rates charged by Ernst & Young compare favorably with the rates charged by other tax professionals in Sydney, Australia and having similar experience and expertise. Further, the amount of time spent by Ernst and Young with respect to the Refund is reasonable given the complexity of the issues presented, the amounts at stake and the ultimate benefit the OMC estate.

8. Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services, (ii) the time spent, (iii) the rates charged for such services, (iv) the

performance of the services within a reasonable amount of time commensurate with the complexity, importance and the nature of the problem, issue or task addressed, and (v) the reasonableness of the services based on the compensation charged by comparably skilled professionals inside and outside of the bankruptcy context, the Trustee respectfully submits that the amounts requested by Ernst & Young represent fair and reasonable amounts for the allowance of final compensation in this case.

## **PAYMENTS RECEIVED BY ERNST & YOUNG TO DATE**

4. This is Ernst & Young's first and final fee application. Ernst & Young has not received any compensation or expense reimbursement to date in connection with the services rendered during the Application Period.

## **COMPLIANCE WITH 11 U.S.C. § 504**

5. Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between Ernst & Young and any other firm, person or entity for the sharing of division of any compensation paid or payable to Ernst & Young.

## **NOTICE**

6. Notice of this Application has been provided to the Trustee, the U.S. Trustee, and other parties on the attached service list. Based on the extent of notice already provided, the nature of the relief requested and the costs and burdens of transmitting notice to all of OMC's creditors, Ernst & Young respectfully requests that additional notice of the hearing on this Application be waived for good cause shown pursuant to Rules 2006(a), 2002(i), and 9007 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Ernst & Young requests the entry of an order, substantially in the form attached hereto, that:

{A0106136.DOC}

(a) Allows Ernst & Young $18,719.79 in final compensation for the Application Period beginning November 9, 2004 through and including June 20, 2005;

(b) Authorizes and directs the Trustee to pay Ernst & Young $18,719.79, less any payments not reflected herein;

(c) Waives other and further notice of the hearing with respect to this Application; and

(d) Provides Ernst & Young with such additional relief as may be appropriate and just under the circumstances.

Respectfully submitted,

Ernst & Young Australia

Dated: October 25, 2005

By:   /s/ Patrick A. Clisham
One of the attorneys for Alex D. Moglia, not individually, but as chapter 7 trustee to Outboard Marine Corporation and its related debtor entities

Steven B. Towbin (2848546)
Patrick A. Clisham (6277264)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610
Tel: (312) 980-3836
Fax: (312) 275-0584
e-mail: pclisham@shawgussis.com

{A0106136.DOC}