THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>**OUTBOARD MARINE CORPORATION, et al.,**<br><br>Debtors. | Chapter 7<br><br>Case No. 00-37405<br>(Substantively Consolidated)<br><br><br>Hearing Date: December 6, 2005<br>Hearing Time: 9:30 a.m. |

### NOTICE OF FILING OF MOTION FOR PERMANENT INJUNCTIVE RELIEF

**PLEASE TAKE NOTICE** that on **December 6, 2005 at 9:30 a.m.**, the undersigned will appear before the Honorable John H. Squires, Bankruptcy Judge, in Courtroom 680 in the U.S. Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and shall present the **Trustee's Motion For Entry Of Final Order And Permanent Injunction In Favor Of Liberty Mutual Insurance Company And Related Relief** (the "Motion"), a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleadings in the adversary proceeding styled, *Moglia v. U.S. EPA, et al.*, Adv. Pro. No. 03-04469.

**PLEASE TAKE FURTHER NOTICE**, pursuant to this Court's May 4, 2004 *Order Certifying Class Under Rule 23(B)(1)(B) and Appointing Class Counsel*, any decision by the Court concerning the Motion will be binding on "All Persons or Entities That May Have Claims That Are Or May Be Covered By One Or More Insurance Policies Issued to Outboard Marine Corporation by Liberty Mutual Insurance Company" (the "Class"). **Your rights may be affected.**

**PLEASE TAKE FURTHER NOTICE**, the Motion asks the Court to enter an injunction barring all members of the Class from seeking any payment or other relief from Liberty Mutual under any policy of insurance issued by Liberty to OMC. If the injunction is entered, you will not be able to seek payment from Liberty for any claim you have against OMC that is or may be covered by a policy issued to OMC by Liberty.

**PLEASE TAKE FURTHER NOTICE**, that all objections to the Motion must be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Room 710, Chicago, IL 60604 and mailed to the attorneys listed below so that it is received on or before December 5, 2005.

| | |
|---|---|
| Janice A. Alwin<br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 North Clark Street, Suite 800<br>Chicago, IL 60610<br>Tel: (312) 276-1323    Fax: (312) 275-0571<br>jalwin@shawgussis.com | Douglas R. Gooding, P.C.<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>Tel: (617) 248-5000    Fax: (617) 248-4000<br>dgooding@choate.com |

{A0109060.DOC}

## CERTIFICATE OF SERVICE

Janice A. Alwin certifies that service of the above and foregoing notice and attached pleadings was accomplished through the Electronic Notice for Registrants on the attached CM/ECF service list on this 18th day of November, 2005.

                                              /s/ Janice A. Alwin

{A0109060.DOC}

**Electronic Mail Notice List for Case 00-37405 as of November 18, 2005**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

- **Janice A Alwin**
  jalwin@shawgussis.com

- **Richard E. Braun**
  braunre@doj.state.wi.us gurholtks@doj.state.wi.us

- **Kurt M Carlson**
  kcarlson@tishlerandwald.com

- **Patrick A Clisham**
  pclisham@shawgussis.com

- **Joseph E Cohen**
  jcohenattorney@aol.com jcohen@cohenandkrol.com;lkujaca@cohenandkrol.com

- **Christopher Combest**
  ccombest@quarles.com fbf@quarles.com

- **William J Connelly**
  wconnelly@hinshawlaw.com

- **Timothy C Culbertson**
  tculbertson1@sbcglobal.net

- **Jeffrey C Dan**
  jdan@craneheyman.com gbalderas@craneheyman.com;dwelch@craneheyman.com

- **John S. Delnero**
  jdelnero@bellboyd.com

- **Michael K Desmond**
  mdesmond@fslegal.com

- **Bruce Dopke**
  bruce@dopkelaw.com

- **Dennis A Dressler**
  ddressler@askborst.com

- **Kenneth A Fedinets**
  kfedinets@gpgglaw.com

- **David L Freidberg**
  dfreidberg@freidberglaw.com

- **Jeffrey L. Gansberg**
  gansberg@wildmanharrold.com

- **Michael L. Gesas**
  mgesas@gpgglaw.com

- **Chad H. Gettleman**
  cgettleman@ag-ltd.com

- **Geoffrey S. Goodman**
  ggoodman@foley.com egreen@foley.com;khall@foley.com

- **David B. Goroff**
  dgoroff@foley.com

- **John S Graettinger**
  jsg@pentwater.com ecf@pentwater.com

- **Allen J Guon**
  aguon@shawgussis.com

- **Forrest L Ingram**
  foringpc@aol.com

- **Paula K. Jacobi**
  pjacobi@sff-law.com lbentivegna@sff-law.com

- **Steven R Jakubowski**
  sjakubowski@colemanlawfirm.com

- **Gregory J Jordan**
  gjordan@dykema.com

- **Gina B Krol**
  kingkrol@aol.com

- **Robert W Lannan**
  lannanr@gtlaw.com

- **Charles B. Leuin**
  cleuin@jenkens.com

- **Douglas J. Lipke**
  dlipke@vedderprice.com

- **Sajida A Mahdi**
  smahdi@mayerbrownrowe.com

- **Tony Mankus**
  tman@irstax.com

- **Mitchell L. Marinello**
  mmarinello@novackandmacey.com

- **Kelly J McClintic**
  ksltd@flash.net

- **Timothy S. Mcfadden**
  tmcfadde@lordbissell.com docket@lordbissell.com

- **James E. Morgan**
  jmorgan@muchshelist.com

- **Jill L Murch**
  jmurch@foley.com ypena@foley.com

- **Robert D. Nachman**
  rnachman@scgk.com

- **Joel R Nathan**
  joel.nathan@usdoj.gov
  leslie.steffen@usdoj.gov,maryjo.ochs@usdoj.gov,ecf1.ausa@usdoj.gov

- **Norman B Newman**
  nnewman@muchshelist.com

- **Kenneth J Ottaviano**
  kenneth.ottaviano@kmzr.com

- **Gus A Paloian**
  gpaloian@seyfarth.com

- **Kathryn A Pamenter**
  kathryn.pamenter@goldbergkohn.com

- **Eric S. Prezant**
  eprezant@vedderprice.com

- **Dennis E. Quaid**
  dquaid@fagelhaber.com

- **Mark L Radtke**
  mradtke@shawgussis.com

- **N Neville Reid**
  nreid@mayerbrownrowe.com

- **Elizabeth E Richert**
  erichert@colemanlawfirm.com

- **Charles S Riecke**
  criecke@seyfarth.com

- **Peter J Roberts**
  proberts@shawgussis.com

- **Scott N. Schreiber**
  sschreiber@muchshelist.com

- **Adam P. Silverman**
  asilverman@ag-ltd.com

- **Bryan M Sims**
  bsims@jgtattorneys.com

- **Catherine L Steege**
  csteege@jenner.com docketing@jenner.com

- **Nathan L Strup**
  nstrup@foley.com

- **Reiko E. Suber**
  rsuber@mayerbrownrowe.com mcainlyle@mayerbrownrowe.com

- **Matthew A Swanson**
  mswanson@shawgussis.com

- **Steven B Towbin**
  stowbin@shawgussis.com

- **Katherine D Vega**
  kvega@ngelaw.com

- **Donna B Wallace**
  dbwallace@ameritech.net

- **Melville W Washburn**
  mwashburn@sidley.com efilingnotice@sidley.com

- **David A. Weininger**
  dweininger@msn.com