# EXHIBIT C

CTDOCS:1478183.1

# Outboard Marine Corporation, et al.
Chapter 7 Case No. 00-37405, Jointly Administered
Fees for the Period January 1, 2005 through July 31, 2006

## EXPENSE SUMMARY

| Category | Amount |
|---|---|
| Electronic Research | $1.12 |
| International Telephone Charges via CAS | $394.94 |
| Overnight/Express Delivery | $32.24 |
| Photocopy | $45.10 |
| Teleconferencing | $24.93 |
| Telephone Charges | $98.16 |
| **GRAND TOTAL OF EXPENSES** | **$596.49** |

**Outboard Marine Corporation, et al.**
Chapter 7 Case No. 00-37405, Jointly Administered
Fees for the Period January 1, 2005 through July 31, 2006

| Category | Date | Amount | Description |
|---|---|---|---|
| **Electronic Research** | | | |
| Electronic Research | 03/04/05 | $0.96 | Electronic Research Date: 3/4/2005 Vendor: Pacer - Linda Miller |
| Electronic Research | 03/31/05 | $0.16 | Electronic Research Date: 3/31/2005 Vendor: Pacer - Linda Miller |
| SUBTOTAL: | | $1.12 | |

## Outboard Marine Corporation, et al.
Chapter 7 Case No. 00-37405, Jointly Administered
Fees for the Period January 1, 2005 through July 31, 2006

| Category | Date | Amount | Description |
|---|---|---|---|
| **International Telephone Charg** | | | |
| International Telephone Charges via CAS | 06/06/05 | $2.17 | International Telephone Charges via CAS Date: 20050606 Telephone: 01152555523525258 Time: 1050 Length: 60 City: MEXICO, State: |
| International Telephone Charges via CAS | 06/21/05 | $2.17 | International Telephone Charges via CAS Date: 20050621 Telephone: 01152555523525258 Time: 1116 Length: 60 City: MEXICO, State: |
| International Telephone Charges via CAS | 06/22/05 | $26.04 | International Telephone Charges via CAS Date: 20050622 Telephone: 01152555523525258 Time: 1120 Length: 720 City: MEXICO, State: |
| International Telephone Charges via CAS | 06/24/05 | $43.40 | International Telephone Charges via CAS Date: 20050624 Telephone: 01152555523525258 Time: 1019 Length: 1200 City: MEXICO, State: |
| International Telephone Charges via CAS | 07/11/05 | $4.34 | International Telephone Charges via CAS Date: 20050711 Telephone: 01152555523525258 Time: 1747 Length: 120 City: MEXICO, State: |
| International Telephone Charges via CAS | 07/14/05 | $41.23 | International Telephone Charges via CAS Date: 20050714 Telephone: 01152555523525258 Time: 1310 Length: 1140 City: MEXICO, State: |
| International Telephone Charges via CAS | 07/15/05 | $41.23 | International Telephone Charges via CAS Date: 20050715 Telephone: 01152555523525258 Time: 1011 Length: 1140 City: MEXICO, State: |
| International Telephone Charges via CAS | 07/15/05 | $17.36 | International Telephone Charges via CAS Date: 20050715 Telephone: 01152555523525258 Time: 1135 Length: 480 City: MEXICO, State: |

**Outboard Marine Corporation, et al.**
Chapter 7 Case No. 00-37405, Jointly Administered
Fees for the Period January 1, 2005 through July 31, 2006

| Category | Date | Amount | Description |
|---|---|---|---|
| **International Telephone Charg** | | | |
| International Telephone Charges via CAS | 07/15/05 | $13.02 | International Telephone Charges via CAS Date: 20050715 Telephone: 01152555235258 Time: 1606 Length: 360 City: MEXICO, State: |
| International Telephone Charges via CAS | 07/18/05 | $13.02 | International Telephone Charges via CAS Date: 20050718 Telephone: 01152555235258 Time: 1252 Length: 360 City: MEXICO, State: |
| International Telephone Charges via CAS | 07/28/05 | $13.02 | International Telephone Charges via CAS Date: 20050728 Telephone: 01152555235258 Time: 1240 Length: 360 City: MEXICO, State: |
| International Telephone Charges via CAS | 08/04/05 | $2.17 | International Telephone Charges via CAS Date: 20050804 Telephone: 01152555235258 Time: 1247 Length: 60 City: MEXICO, State: |
| International Telephone Charges via CAS | 08/09/05 | $10.85 | International Telephone Charges via CAS Date: 20050809 Telephone: 01152555235258 Time: 1217 Length: 300 City: MEXICO, State: |
| International Telephone Charges via CAS | 08/15/05 | $8.68 | International Telephone Charges via CAS Date: 20050815 Telephone: 01152555235258 Time: 1249 Length: 240 City: MEXICO, State: |
| International Telephone Charges via CAS | 09/06/05 | $6.51 | International Telephone Charges via CAS Date: 20050906 Telephone: 01152555235258 Time: 1744 Length: 180 City: MEXICO, State: |
| International Telephone Charges via CAS | 09/08/05 | $28.21 | International Telephone Charges via CAS Date: 20050908 Telephone: 01152555235258 Time: 1119 Length: 780 City: MEXICO, State: |
| International Telephone Charges via CAS | 09/14/05 | $54.25 | International Telephone Charges via CAS Date: 20050914 Telephone: 01152555235258 Time: 1359 Length: 1500 City: MEXICO, State: |

## Outboard Marine Corporation, et al.
Chapter 7 Case No. 00-37405, Jointly Administered
Fees for the Period January 1, 2005 through July 31, 2006

| Category | Date | Amount | Description |
|---|---|---|---|
| **International Telephone Charg** | | | |
| International Telephone Charges via CAS | 09/14/05 | $15.19 | International Telephone Charges via CAS Date: 20050914 Telephone: 01152555235258 Time: 1259 Length: 420 City: MEXICO, State: |
| International Telephone Charges via CAS | 10/04/05 | $30.38 | International Telephone Charges via CAS Date: 20051004 Telephone: 01152555235258 Time: 1122 Length: 840 City: MEXICO, State: |
| International Telephone Charges via CAS | 10/12/05 | $4.34 | International Telephone Charges via CAS Date: 20051012 Telephone: 01152555235258 Time: 1233 Length: 120 City: MEXICO, State: |
| International Telephone Charges via CAS | 10/19/05 | $2.17 | International Telephone Charges via CAS Date: 20051019 Telephone: 01152555235258 Time: 1755 Length: 60 City: MEXICO, State: |
| International Telephone Charges via CAS | 11/01/05 | $4.34 | International Telephone Charges via CAS Date: 20051101 Telephone: 01152555235258 Time: 1028 Length: 120 City: MEXICO, State: |
| International Telephone Charges via CAS | 11/02/05 | $2.17 | International Telephone Charges via CAS Date: 20051102 Telephone: 01152555235258 Time: 1308 Length: 60 City: MEXICO, State: |
| International Telephone Charges via CAS | 11/10/05 | $2.17 | International Telephone Charges via CAS Date: 20051110 Telephone: 01152555235258 Time: 1426 Length: 60 City: MEXICO, State: |
| International Telephone Charges via CAS | 12/05/05 | $2.17 | International Telephone Charges via CAS Date: 20051205 Telephone: 01152555235258 Time: 1308 Length: 60 City: MEXICO, State: |
| International Telephone Charges via CAS | 12/06/05 | $4.34 | International Telephone Charges via CAS Date: 20051206 Telephone: 01152555235258 Time: 1611 Length: 120 City: MEXICO, State: |

Page: 29

# Outboard Marine Corporation, et al.
Chapter 7 Case No. 00-37405, Jointly Administered
Fees for the Period January 1, 2005 through July 31, 2006

| Category | Date | Amount | Description |
|---|---|---|---|
| International Telephone Charg | | | |
| SUBTOTAL: | | $394.94 | |

**Outboard Marine Corporation, et al.**
Chapter 7 Case No. 00-37405, Jointly Administered
Fees for the Period January 1, 2005 through July 31, 2006

| Category | Date | Amount | Description |
|---|---|---|---|
| **Overnight/Express Delivery** | | | |
| Overnight/Express Delivery | 02/10/05 | $14.51 | FEDEX#: 635704333554 INVOICE: 772323904 TO: GEORGINA LAZADA, MARTINEZ, RODRIGUES & ASOCI INSURGENTES SUR NO. 800, PISO 10 COLONIA DEL VALLE,DF 03100 MX |
| Overnight/Express Delivery | 06/02/05 | $17.73 | FEDEX#: 790532942497 INVOICE: 387289695 TO: Patrick Clisham, ESQ, Shaw Gussis 321 N Clark St CHICAGO,IL 60610 US |
| SUBTOTAL: | | $32.24 | |

**Outboard Marine Corporation, et al.**
Chapter 7 Case No. 00-37405, Jointly Administered
Fees for the Period January 1, 2005 through July 31, 2006

| Category | Date | Amount | Description |
|---|---|---|---|
| **Photocopy** | | | |
| Photocopy | 06/02/05 | $0.20 | Photocopy Date: 20050602 Pages: 2 |
| Photocopy | 06/02/05 | $43.60 | Photocopy Date: 20050602 Pages: 436 |
| Photocopy | 07/18/05 | $0.90 | Photocopy Date: 20050718 TerminalID: CTCOP22W Pages: 9 |
| Photocopy | 08/02/05 | $0.40 | Photocopy Date: 20050802 TerminalID: CTCOP22W Pages: 4 |
| SUBTOTAL: | | $45.10 | |

## Outboard Marine Corporation, et al.
Chapter 7 Case No. 00-37405, Jointly Administered
Fees for the Period January 1, 2005 through July 31, 2006

| Category | Date | Amount | Description |
|---|---|---|---|
| **Teleconferencing** | | | |
| Teleconferencing | 10/31/05 | $24.93 | Teleconferencing - Raindance Communications, Inc. Bank ID: PAYMODE Check Number: 108220 - Oscar Urizar |
| SUBTOTAL: | | $24.93 | |

## Outboard Marine Corporation, et al.
Chapter 7 Case No. 00-37405, Jointly Administered
<u>Fees for the Period January 1, 2005 through July 31, 2006</u>

| Category | Date | Amount | Description |
|---|---|---|---|
| **Telephone Charges** | | | |
| Telephone Charges | 01/13/05 | $0.30 | Telephone Charges Date: 20050113 Time: 1350 Telephone: 3129803836 Length (in sec.): 60 City: CHICAGO, State: IL |
| Telephone Charges | 01/21/05 | $19.53 | Telephone Charges Date: 20050121 Time: 1244 Telephone: 01152555235258 Length (in sec.): 540 City: MEXICO, State: |
| Telephone Charges | 01/21/05 | $2.17 | Telephone Charges Date: 20050121 Time: 1132 Telephone: 01152555235258 Length (in sec.): 60 City: MEXICO, State: |
| Telephone Charges | 02/14/05 | $2.17 | Telephone Charges Date: 20050214 Time: 1113 Telephone: 01152555235258 Length (in sec.): 60 City: MEXICO, State: |
| Telephone Charges | 02/17/05 | $4.34 | Telephone Charges Date: 20050217 Time: 1625 Telephone: 01152555235258 Length (in sec.): 120 City: MEXICO, State: |
| Telephone Charges | 03/04/05 | $0.30 | Telephone Charges Date: 20050304 Time: 1340 Telephone: 3129803836 Length (in sec.): 60 City: CHICAGO, State: IL |
| Telephone Charges | 03/09/05 | $2.95 | Telephone Charges Date: 20050309 Time: 1404 Telephone: 3129803836 Length (in sec.): 600 City: CHICAGO, State: IL |
| Telephone Charges | 03/10/05 | $0.89 | Telephone Charges Date: 20050310 Time: 0953 Telephone: 3129803836 Length (in sec.): 180 City: CHICAGO, State: IL |
| Telephone Charges | 03/11/05 | $4.13 | Telephone Charges Date: 20050311 Time: 1032 Telephone: 8478848282 Length (in sec.): 840 City: ROSELLE, State: IL |
| Telephone Charges | 04/01/05 | $32.55 | Telephone Charges Date: 20050401 Time: 0953 Telephone: 01152555235258 Length (in sec.): 900 City: MEXICO, State: |
| Telephone Charges | 06/01/05 | $2.17 | Telephone Charges Date: 20050601 Telephone: 01152555235258 Time: 1158 Length: 60 City: MEXICO, State: |
| Telephone Charges | 06/01/05 | $2.17 | Telephone Charges Date: 20050601 Telephone: 01152555235258 Time: 1155 Length: 60 City: MEXICO, State: |

## Outboard Marine Corporation, et al.
Chapter 7 Case No. 00-37405, Jointly Administered
Fees for the Period January 1, 2005 through July 31, 2006

| Category | Date | Amount | Description |
|---|---|---|---|
| **Telephone Charges** | | | |
| Telephone Charges | 06/01/05 | $0.70 | Telephone Charges Date: 20050601 Telephone: 3129803836 Time: 1437 Length: 120 City: CHICAGO, State: IL |
| Telephone Charges | 06/15/05 | $2.45 | Telephone Charges Date: 20050615 Telephone: 3129803836 Time: 1232 Length: 420 City: CHICAGO, State: IL |
| Telephone Charges | 07/14/05 | $0.35 | Telephone Charges Date: 20050714 Telephone: 3129803836 Time: 1445 Length: 60 City: CHICAGO, State: IL |
| Telephone Charges | 08/31/05 | $14.69 | Telephone Charges - Raindance Communications, Inc. Bank ID: PAYMODE Check Number: 107118 - Oscar Urizar |
| Telephone Charges | 09/01/05 | $2.80 | Telephone Charges Date: 20050901 Telephone: 3129803836 Time: 1039 Length: 480 City: CHICAGO, State: IL |
| Telephone Charges | 09/21/05 | $0.35 | Telephone Charges Date: 20050921 Telephone: 5147327002 Time: 1559 Length: 60 City: MONTREAL State: PQ |
| Telephone Charges | 10/18/05 | $3.15 | Telephone Charges Date: 20051018 Telephone: 3129803836 Time: 0938 Length: 540 City: CHICAGO, State: IL |
| SUBTOTAL: | | $98.16 | |

**GRAND TOTAL OF EXPENSES** $596.49