# EXHIBIT A



**BDO Hernández Marrón y Cía. S.C.**
Contadores Públicos y
Consultores de Empresas

P. Triunfo de la República No. 3340, Suite 201
Edificio Atlantis
32330-Ciudad Juárez, Chihuahua,
México
Teléfono:   (656) 629 0188
Telefax:    (656) 629 0198
E-mail:     cdjuarez@bdo-mexico.com

U.S. Mailing Address
P.O. Box 1889
El Paso, Texas 79950-1889

# Outboard Marine de Mexico, S.A. de C.V.

## Statement of Account
## As of May 5, 2006

| Date | Detail of Professional Services | Hours | Amount US Dollars |
|---|---|---|---|
| 07/2003 | Preparation and file the annual income tax return for the year ended december 31, 2000 as well as conferences with tax officers and provide them information and documentation regarding this fiscal year. | 30 | $ 1,950 |
| July-Ago/2003 | Conference calls and e-mail communications with Jose Luis Laporta and Oscar Uriza regarding with the income tax for the year 2000 | 15 | 975 |
| 09/19/2003 | Conference with Alex Moglia in order to discuss the fee statement as of June 25, 2003 | 1 | 65 |
| 03/2004 | File a notice before the Ministry of Communications in order to cancel the microwave permit. | 10 | 650 |
| 2004 | Preparation of the balance sheet of liquidation as well all the accounting books. | 45 | 2,925 |
| 12/2004-2005 | Conference calls with Georgina Lozada, Mr. Eduardo martinez and Oscar Uriza in order to discuss the process and advances of OMEX's liquidation as well the indemnity agreement | 20 | 1,300 |
| 2006 | Information requested to the custom tax authorities regarding to the OMEX's import and export activities | 69 | 4,485 |
| 2006 | Meeting with the tax authoriites in order to obtain a tax statement | 36 | 2,340 |

BDO Internacional es una red mundial de firmas de contadores públicos, llamadas Firmas Miembro de BDO, que sirven a clientes internacionales. Cada Firma Miembro es una entidad legal independiente constituida en sus países respectivos.
La red es coordinada por BDO Global Coordination B.V. incorporada en Holanda, con oficina en Bruselas, Bélgica en donde está localizada la Oficina de Coordinación Global.

**BDO**

| | |
|---|---:|
| Travel expenses in Chihuahua City regarding with the audit performed by the tax authorities of the Financial Statements for the year ended December 5, 2001 | 2,190.00 |
| Audit of the Financial Statements for the period December 6, 2001, to the date of the liquidation, as well as the audit tax report. | 7,000.00 |
| Preparation of the corporate income tax return for the period December 6, 2001, to the date of the liquidation | 1,200.00 |
| Preparation of the annual informative returns for the period December 5, 2001, to the date of the liquidation | 1,500.00 |
| Advance income tax payments for the period December 6, 2001, to the date of the liquidation | 1,100.00 |
| Value added tax returns and recovery | 8,000.00 |
| Liquidation assistance for a period of five years after the active liquidation. | 10,000.00 |
| Out-of- pocket expenses | 800.00 |
| Total of Services | 46,480.00 |
| Value-added Tax | 4648.00 |
| Less: fee reserve | 0.00 |
| Balance due | $51,128.00 |

BDO Internacional es una red mundial de firmas de contadores públicos, llamadas Firmas Miembro de BDO, que sirven a clientes internacionales. Cada Firma Miembro es una entidad legal independiente constituida en sus países respectivos
La red es coordinada por BDO Global Coordination B.V, incorporada en Holanda, con oficina en Bruselas, Bélgica en donde está localizada la Oficina de Coordinación Global

# EDUARDO MARTÍNEZ, ABOGADOS S.C.

Tel:
(52 55) 5559 4209
Fax:
(52 55) 5559 4144

San Francisco 1384 Torre B - 5° piso
Col. Del Valle
03100, México D.F., México

Eduardo Martínez R.
Fausto Acosta G.
Mario Bonilla Y.
Mark Pérez L.
Alejandro Isla H.
Emilia Caballero O.

October 9, 2006

**OUTBOARD MARINE DE MEXICO, S.A. DE C.V.**
1325 Remington Road
Suite H
Shaumburg, IL, 60173
U.S.A.

Attention: Alex Moglia, Chapter 7 Trustee of Outboard Marine Corporation and Subsidiaries

**Re: Fee Statement.**

Dear Sir:

Enclosed please find our fee statement for legal services rendered to Outboard Marine Corporation and Subsidiaries plus expenses, from November, 2005 to October, 2006, in the amount of **$23,812.63 US. Cy.**

Should you find the enclosed fee statement in order, kindly place it in line for payment by deposit to our account as follows:

| | |
|---|---|
| HSBC MÉXICO, S.A. | |
| ACCOUNT NUMBER: | 7000341156 |
| CLABE NUMBER: | 021180070003411567 |
| BRANCH TO: | 619 "Dakota" |
| SWIFT: | BIMEMXMM |

We take this opportunity to remind you that the following fee statements are pending payment:

1) Fee Statement dated February 15, 2005, in the amount of $2,870.00 US Cy; and

2) Fee Statement dated January 10, 2006, in the amount of $10,409.06 US Cy.

October 9, 2006

Alex Moglia
**Chapter 7 Trustee of Outboard
Marine Corporation and Subsidiaries**

**FEE STATEMENT**
-2-

Therefore, the total amount due to this Firm is $37,091.69 USD.

Sincerely,

Ing. Nayeli Martinez L.
Administrative Manager

## EDUARDO MARTÍNEZ, ABOGADOS S.C.

Tel:
(52 55) 5559 4209
Fax:
(52 55) 5559 4144

San Francisco 1384 Torre B - 5° piso
Col. Del Valle
03100, México D.F., México

Eduardo Martínez R.
Fausto Acosta G.
Mario Bonilla Y.
Mark Pérez L.
Alejandro Isla H.
Emilia Caballero O.

October 9, 2006

Alex Moglia
**Chapter 7 Trustee of Outboard
Marine Corporation and Subsidiaries**

### FEE STATEMENT
-1-

Statement for legal services rendered from November, 2005 to October, 2006, to **OUTBOARD MARINE DE MÉXICO, S.A. DE C.V. ("OMEX")**, consisting of:

Conferences with Mr. Marcos Ocejo on OMLAC litigation. Representation before Notary Public No.3 in order to obtain the appraisal of the Real State Rancho la Herradura No.109, Santa Cecilia, Coyoacan. Correspondence with Mr. Patrick Clisham on the foregoing.

Conference with Mr. Solis on liquidation of OMEX and information to be obtained from the customs authorities. Review of antecedents of liquidation of OMEX. Conference with Mr. Solis on obtainment of information from tax authorities. Correspondence on OMEX liquidation. Review of antecedents for execution of minutes of final liquidation. Review of draft of minutes for final liquidation. Correspondence with Notary Public and with liquidator on minutes of liquidation for formalization of same.

Conferences and correspondence with Notary Public on minutes of liquidation of OMEX and review of draft of public instrument and requirements of such instrument. Representation before the National Registry of Foreign Investments in order to obtain official information of the company.

Review of files obtained in the Foreign Investments Registry. Conferences with Mr. Solis. Review of fines to be paid to the Ministry of Economy on lack of reports of the company. Correspondence with Mr. Solis on liquidation and payment of fines. Representation before the National Registry of Foreign Investments in order to obtain official information of Outboard Marine de México, S.A. de C.V.

October 9, 2006

Alex Moglia
Chapter 7 Trustee of Outboard
Marine Corporation and Subsidiaries

## FEE STATEMENT
-2-

Representation before the National Registry of Foreign Investments in order to obtain the fines imposed by such Registry to Outboard Marine de México, S.A. de C.V. Review of status and conferences on execution of liquidation. Representation before the National Registry of Foreign Investments.

Conferences with Mr. Solis on liquidation of OMEX and payment of fines to the National Registry of Foreign Investments.

Trip to Ciudad Juarez, Chihuahua, Mexico in order to execute final liquidation instrument. Meetings with Mr. Solis and with Notary Public on the foregoing and on payment of fines.

| ATTORNEY | HOURLY RATE | TIME |
|---|---|---|
| Eduardo Martínez R. | $275.00 US. Cy. | 48:00 hrs. |
| Alejandro Isla H. | $200.00 US. Cy. | 22:00 hrs. |

| | |
|---|---|
| FEE | $17,600.00 US Cy. |
| VAT | $ 2,640.00 US Cy. |
| **TOTAL FEE OMEX:** | **$20,240.00 US Cy.** |
| EXPENSES | $ 3,572.63 US. Cy. |
| **TOTAL** | **$23,812.63 US. Cy.** |
| Plus February 15, 2005 | $ 2,870.00 US. Cy. |
| January 10, 2006 | $10,409.06 US. Cy. |
| **TOTAL DUE** | **$37,091.69 US Cy.** |

# MARTÍNEZ, RODRÍGUEZ Y HERNÁNDEZ-OJEDA, S.C

Insurgentes Sur No.800 15° piso,
Col. Del Valle Centro
C.P. 03100 México, D.F.
Tels.: (52)+55 5523-5258
Fax (52)+55 5523-5243
(52)+55 5523-9708
www.mryh.com.mx

ABOGADOS-ATTORNEYS

EDUARDO MARTÍNEZ F
JUAN DANIEL RODRÍGUEZ C
HUGO HERNÁNDEZ-OJEDA A
ANA LAURA CURRÍA A
MARIO BONILLA
GEORGINA LOZADA
GUILLERMO TORRESLANDA C
MIGUEL ANGEL CASTAÑEDA A

January 10, 2006

**OUTBOARD MARINE DE MEXICO, S.A. DE C.V.**
1325 Remington Road
Suite H
Shaumburg, IL, 60173
U.S.A.

Attention: Alex Moglia, Chapter 7 Trustee of Outboard Marine Corporation and Subsidiaries

**Re: Fee Statement.**

Dear Sir:

Enclosed please find our fee statement report for legal services rendered to Outboard Marine Corporation and Subsidiaries during the months of May to October 2005 in the amount of **$10,409.06 US. Cy.**

Should you find the enclosed fee statement in order, kindly place it in line for payment by deposit to our account as follows:

     HSBC MÉXICO, S.A.
     ACCOUNT NUMBER:   7000341156
     CLABE NUMBER:      021180070003411567
     BRANCH TO:           619 "Dakota"
     SWIFT:                 BIMEMXMM

Sincerely,

Ing. Nayeli Martinez L.
Administrative Manager

# MARTÍNEZ, RODRÍGUEZ Y HERNÁNDEZ-OJEDA, S.C.

January 10, 2006

Alex Moglia
Chapter 7 Trustee of Outboard
Marine Corporation and Subsidiaries

## FEE STATEMENT
-1-

Statement for legal services rendered during May to October 2005, to **OUTBOARD MARINE DE MÉXICO, S.A. DE C.V. ("OMEX")**, consisting of:

Review of liquidation and pending litigation. Review of information requested by client. Review the by-laws and the shareholders' meeting books of Omex, in order to prepare the final approval of the final balance sheet. Review of Corporate documents of the corporation. Preparation of minutes of Extraordinary Shareholders Meeting whereby the final balance sheet of the corporation is approved by the Shareholders. Conference with O. Urizar on liquidation of Omex. Review of antecedents on OMLAC. Conference with Mr. Ocejo on OMLAC and pending actions before Notary Public. Correspondence with O. Urizar on OMLAC and OMEX. Request for indemnity by liquidator of OMEX. Review of indemnity agreement. Attendance to conference call and correspondence to obtain appraisal of property. Conference with appraiser on preparation of appraisal as requested by Notary Public. Review Tax law and Tax Convention signed by and between the US and Mexico. Review all files regarding the assignment agreement between OMLAC and Mr. Ocejo. Meeting with Mr. Ocejo to establish the pending steps in the assignment of OMLAC's litigation rights. Correspondence with Oscar Urizar to inform the results of such meeting. Review indemnity agreement proposed by the liquidator. Meeting with Mr. Ocejo at the Notary's office regarding the pending steps to end the assignment issue. Conference call with O. Urizar and A. Moglia regarding pending issues in both Motores and Omex. Meeting with Mr. Ocejo regarding the requirements in order to acquire and sell the real state of OMLAC. Conference on liability of Omex for use of import permit by subsidiary of Bombardier. Conference on alternatives to obtain indemnity for possible import liability. Correspondence on indemnity and termination of liquidation process. Correspondence with Mr. Solis on information on liability. Review of records on sale of assets to Bombardier and possible liability of liquidator.

4

# MARTÍNEZ, RODRÍGUEZ Y HERNÁNDEZ-OJEDA, S.C

January 10, 2006

Alex Moglia
**Chapter 7 Trustee of Outboard
Marine Corporation and Subsidiaries**

## FEE STATEMENT
-2-

Correspondence with O. Urizar on liability of liquidator. Conferences and correspondence with Oscar Urizar regarding the liquidation of Omex and the issues involving the use of the "maquila" permit by Bombardier after the sale was completed. Conference call with O. Urizar and A. Moglia regarding the abovementioned issues. Conference on liquidation of Omex. Review of appraisal and correspondence with Notary Public. Attention to conference call on indemnity to be provided by Bombardier regarding use of Maquila permit. Correspondence on indemnity to be received fron Bombardier. Conference on acquisition of house. Attention to conference call and instructions thereon. Coordinate the appraisal of the property located in Rancho la Herradura and its the delivery to the Notary Public. Coordinate conference call w/ Oscar Uriza, Oralia Cano and Francisco Solis to discuss pending issues related to the liquidation of Omex. Conference call w/ Alex Moglia to discuss the consequences of the use of the "maquila" permit of Omex by Bombardier and/or its subsidiaries and steps to be taken. Review of status of litigation of OMLAC. Conference on liquidation of Omex. Review of tax aspects of liquidation of Omex. Preparation of draft agreement with Bombardier. Review of draft agreement prepared by O. Urizar. Review the requirements and obligations of the user of the maquila permit. Conference call with Oscar Urizar and Martin Langelier in order to discuss the terms and conditions of the indemnity agreement requested by Omex related to the unauthorized use of its maquila permit. Draft indemnity agreement. Review indemnity agreement drafted by Oscar Urizar. Correspondence and conferences with BDO Mexico in connection with the indemnity agreement. Conference on liquidation of Omex. Conference on liquidation of Omex with Oscar Urizar and Francisco Solis.

| ATOTORNEY | HOURLY RATE | TIME |
|---|---|---|
| Eduardo Martínez R. | $275.00 US. Cy. | 6:15 hrs. |
| Mario Bonilla Y. | $200.00 US. Cy. | 16:30 hrs. |
| Georgina Lozada Z. | $200.00 US. Cy. | 19:15 hrs. |

# MARTÍNEZ, RODRÍGUEZ Y HERNÁNDEZ-OJEDA, S.C

January 10, 2006

Alex Moglia
Chapter 7 Trustee of Outboard
Marine Corporation and Subsidiaries

**FEE STATEMENT**
-3-

| | |
|---|---|
| FEE | $ 8,868.75 US Cy. |
| VAT | $ 1,330.31 US Cy. |
| **TOTAL FEE OMEX:** | $10,199.06 US Cy. |
| | |
| EXPENSES | |
| Publication of financial statements in Ciudad Juárez | $ 210.00 US. Cy. |
| **TOTAL FEE** | $10,409.06 US. Cy. |

MARTÍNEZ, RODRÍGUEZ Y HERNÁNDEZ-OJEDA, S.C

M A R T Í N E Z ,   R O D R Í G U E Z   Y   A S O C I A D O S ,   S . C

Insurgentes  Sr No.890 15piso,
Col. Del Valle Centro
c.p. 03100 México, D.F.
Tels.: (52)+55 5523-5258
Fax: (52)+55 5523-9706
         (52)+55 5523-5243

ABOGADOS-ATTORNEYS

EDUARDO MARTÍNEZ F
JUAN DANIEL RODRÍGUEZ C
HUGO HERNÁNDEZ-OJEDA A
ANA LAURA CURRÍA A
MARIO BONILLA Y
LUCIANO PÉREZ C
GEORGINA LOZADA Z

February 15, 2005.

**OUTBOARD MARINE DE MEXICO, S.A. DE C.V.**
1325 Remington Road
Suite H
Shaumburg, IL, 60173
U.S.A.

Attention: Mr. Alex Moglia, Chapter 7 trustee of Outboard Marine Corporation and Subsidiaries

*Re: Fee statement*

Dear Sir:

Enclosed please find our fee statement report for services and expenses rendered to Outboard Marine Corporation and Subsidiaries during the month of January 2005, in the amount of $2,870.00 U.S. Cy.

Should you find the mentioned fee statement in order, kindly place it in line for payment by deposit to our account, as follows:

BANK:                    HSBC MÉXICO S.A.
ACCOUNT HOLDER:          MARTÍNEZ RODRÍGUEZ Y ASOCIADOS S.C.
ACCOUNT NUMBER:          7000341156
BRANCH TO:               619 "NÁPOLES"
SWIFT:                   BIMEMXMM

Sincerely,

Nayeli E. Martínez L.
Administrative Manager

MARTÍNEZ, RODRÍGUEZ Y ASOCIADOS, S.C

February 15, 2005

Mr. Alex Moglia
Chapter 7 Trustee of Outboard Marine
Corporation and Subsidiaries

**FEE STATEMENT**

Statement for legal services rendered to Outboard Marine Corporation and Subsidiaries, during January 2005, consisting of:

Conferences with Oscar Urizar on the final balance sheet of Outboard Marine de México. Review of corporate books of the Company in order to prepare actions to be taken on the liquidation of the Company. Correspondence with Oscar Urizar in that regard. Preparation of proxy letters to be executed by the shareholders of the Company in order to hold a Shareholders General Meeting whereby the final balance sheet shall be approved. Conference with the Notary Public in Ciudad Juárez, Chihuahua in that regard and on publication of notices of liquidation.

| ATTORNEY | HOURLY RATE | TIME |
|---|---|---|
| Eduardo Martinez | $275.00 U.S. C.Y. | 2:00 hours |
| Georgina Lozada | $180.00 U.S. C.Y. | 6:30 hours |
| Luciano Pérez | $180.00 U.S. C.Y. | 2:00 hours |

TOTAL FEE                                    $2,080.00 U.S. C.Y.

Expenses for the publication of the
final balance sheet in the official gazette
in Ciudad Juárez, Chihuahua and initial
expenses of protocolization.                $ 790.00 U.S.C.Y.

TOTAL (FEES + EXPENSES)                     $2,870.00 U.S.C.Y.

2