# EXHIBIT A

ADAMS GALLINAR, P.A.
1000 BRICKELL AVENUE
SUITE 300
MIAMI, FLORIDA 33131

December 11, 2007

Billed through 12/11/07

Bill number     003220-00001-004 MDG

**Alex Moglia, Chapter 7 Trustee**
c/o Patrick A. Clisham
**Shaw Gussis Fishman Glantz**
**Wolfson & Towbin, LLC**
321 N. Clark St., Suite 800
Chicago, IL 60610

Outboard Marine Corporation: General Matter

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 12/12/02 | MDG | Telephone Conferences with Jose Astigarraga (.2); Prepare, review, analyze and/or revise correspondence and title work (.8); Prepare list of questions and issues (.4). | 1.40 hrs 310 /hr | 434.00 |
| 12/17/02 | MDG | Prepare/review/analyze email to/from Alex Moglia. | .20 hrs 310 /hr | 62.00 |
| 12/20/02 | MDG | Prepare, review, analyze and/or revise Title Work, Title Instruments and related documentation. | .40 hrs 310 /hr | 124.00 |
| 01/23/03 | MDG | Prepare, review, analyze and/or revise Title Work, Title Instruments, Real Estate Tax Printout and related documentation. | .30 hrs 320 /hr | 96.00 |
| 02/12/03 | MDG | Review and provide comments regarding Bobo correspondence. | .20 hrs 320 /hr | 64.00 |
| 09/04/03 | MDG | Prepare, review, analyze and/or revise Tax Deed-related documentation (.1); Research and analyze Tax Deed matters (1.2). | 1.30 hrs 320 /hr | 416.00 |
| 09/08/03 | MDG | Telephone conferences with Alex Moglia, K. Klauss and multiple county personnel (.6); Research regarding multiple outstanding title issues (.8); Review and revise list of open issues (.2); Coordinate resolution of same (.4). | 2.00 hrs 320 /hr | 640.00 |
| 09/10/03 | MDG | Handle Tax Deed matters (.3); Prepare/review/analyze email to/from K. Klauss and A. Moglia (.1). | .40 hrs 320 /hr | 128.00 |

*6.2 hr* (handwritten annotation)

```
Alex Moglia, Chapter 7 Trustee                                        PAGE    2
Bill number       003220-00001-004 MDG

09/12/03  MDG   Review request regarding updated Title Work.
                                              .20 hrs   320 /hr      64.00
09/15/03  MDG   Prepare, review, analyze and/or revise Title Work
                and correspondence (.4); Research regarding
                status of title and course of action regarding
                subject mortgages(1.4); Prepare/review/analyze
                email to/from K. Klauss and A. Moglia (.1).
                                             1.90 hrs   320 /hr     608.00
09/29/03  MDG   Prepare, review, analyze and/or revise Updated
                Title Work and Title Instruments.
                                              .60 hrs   320 /hr     192.00
09/30/03  MDG   Prepare list of open questions and issues.
                                              .30 hrs   320 /hr      96.00
05/24/04  MDG   Review A. Moglia email.       .10 hrs   330 /hr      33.00
09/23/04  MDG   Review correspondence from A. Moglia.
                                              .10 hrs   330 /hr      33.00
09/27/04  MDG   Telephone Conferences with A. Moglia and C.
                Matsakis regarding pending issues.
                                              .30 hrs   330 /hr      99.00
10/03/04  MDG   Research regarding pending questions and issues.
                                             1.10 hrs   330 /hr     363.00
10/06/04  MDG   Prepare memo to A. Moglia     .70 hrs   330 /hr     231.00
12/08/04  MDG   Prepare/review/analyze email to/from C. Matsakis.
                                              .10 hrs   330 /hr      33.00
12/09/04  MDG   Telephone Conferences with A. Moglia and C.
                Matsakis                      .30 hrs   330 /hr      99.00
12/19/04  MDG   Review and revise Memo to A. Moglia.
                                              .60 hrs   330 /hr     198.00
12/20/04  MDG   Revise Memorandum (.1); Prepare/review/analyze
                email to/from A. Moglia (.1). .20 hrs   330 /hr      66.00
01/07/05  MDG   Prepare/review/analyze email to/from A. Moglia.
                                              .10 hrs   340 /hr      34.00
12/14/05  MDG   Telephone Conferences with P. Clisham.
                                              .20 hrs   340 /hr      68.00
01/10/06  MDG   Telephone Conferences with P. Clisham.
                                              .10 hrs   350 /hr      35.00
02/10/06  MDG   Telephone Conferences with P. Clisham.
                                              .20 hrs   350 /hr      70.00
02/11/06  MDG   Research and prepare reply regarding pending
                questions and issues.        1.20 hrs   350 /hr     420.00
02/27/06  MDG   Telephone Conferences with P. Clisham.
                                              .20 hrs   350 /hr      70.00
03/04/06  MDG   Research and prepare reply regarding pending
                questions and issues.         .40 hrs   350 /hr     140.00
05/01/06  MDG   Prepare draft email to P. Clisham regarding
                pending matters.              .60 hrs   350 /hr     210.00
05/03/06  MDG   Prepare email to P. Clisham.  .30 hrs   350 /hr     105.00
05/17/06  MDG   Prepare email to P. Clisham regarding co-counsel.
                                              .20 hrs   350 /hr      70.00
```

(0 hr

```
Alex Moglia, Chapter 7 Trustee                                          PAGE   3
Bill number      003220-00001-004 MDG

05/22/06 MDG   Email to P. Clisham.         .10 hrs   350 /hr      35.00
05/23/06 MDG   Telephone Conferences with P. Clisham (.2);
               Review and provide comments to pleadings (.2).
                                            .40 hrs   350 /hr     140.00
05/24/06 MDG   Prepare/review/analyze email to/from P. Clisham.
                                            .10 hrs   350 /hr      35.00
06/09/06 MDG   Prepare, review, analyze and/or revise Loan
               Documents, Title Commitments, Title Work, Title
               Instruments and other documentation regarding
               foreclosure action (2.2); Review and revise
               foreclosure questions and issues (.4); Determine
               and analyze proper parties (.6).
                                           3.20 hrs   350 /hr   1,120.00
06/18/06 MDG   Compile and review updated Title Work, Title
               Commitment and Title Instruments (.5); Prepare
               foreclosure outline (1.4).  1.90 hrs   350 /hr     665.00
06/20/06 MDG   Review and revise foreclosure outline (.7);
               Request additional Title Instruments (.2); Review
               and revise list of open questions and issues (.2).
                                           1.10 hrs   350 /hr     385.00
06/22/06 MDG   Preliminary research regarding various
               foreclosure issues (2.4); Revise list of issues
               for title underwriter (.7). 3.10 hrs   350 /hr   1,085.00
06/26/06 MDG   Compile file and outline summary for co-counsel.
                                           2.20 hrs   350 /hr     770.00
06/28/06 MDG   Discuss foreclosure complaint and issues with
               co-counsel.                 1.10 hrs   350 /hr     385.00
07/12/06 MDG   Telephone Conferences with Mindy Pallot regarding
               foreclosure issues (.6); Revise list of open
               issues (.2).                 .80 hrs   350 /hr     280.00
07/13/06 MDG   Prepare, review, analyze and/or revise Loan
               Documents, Title Commitment, Title Work and
               related documentation (.6); Coordinate and
               analyze resolution of open issues, including
               issues regarding lost note and proper parties
               (1.5).                      2.10 hrs   350 /hr     735.00
07/17/06 MDG   Telephone Conferences with Mindy Pallot.
                                            .40 hrs   350 /hr     140.00
07/18/06 MDG   Prepare, review, analyze and/or revise Loan
               Documents and Foreclosure Complaint outline.
                                            .80 hrs   350 /hr     280.00
07/20/06 MDG   Coordinate resolution of various foreclosure
               issues (1.1); Update list regarding proper
               parties (.3).               1.40 hrs   350 /hr     490.00
07/27/06 MDG   Prepare, review, analyze and/or revise Loan
               Documents, Title Work and Foreclosure
               documentation (.4); Prepare reply to P. Clisham
               (.2).                        .60 hrs   350 /hr     210.00
```

(9.3)

Alex Moglia, Chapter 7 Trustee                                           PAGE   4
Bill number       003220-00001-004 MDG

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/06 | MDG | Telephone Conferences with Patrick Clisham (.2); Telephone conferences with Mindy Pallot (.3); Telephone Conferences with Title Underwriter (.6); Telephone Conferences with Tom Paigo (.7); Prepare, review, analyze and/or revise Loan Documents, Title Work, Title Commitments, Title Instruments and related documents (.8); Review research and foreclosure documentation (.5). | 3.10 hrs | 350 /hr | 1,085.00 |
| 08/02/06 | MDG | Review legal research, Loan Documents and Title Work (1.1); Analyze application to subject foreclosure action (.6). | 1.70 hrs | 350 /hr | 595.00 |
| 08/03/06 | MDG | Telephone Conferences with Brian Stack and Mindy Pallot (.5); Prepare, review, analyze and/or revise Loan Documents and Title Work (.7); Review and revise Foreclosure Complaint (2.1). | 3.30 hrs | 350 /hr | 1,155.00 |
| 08/04/06 | MDG | Prepare, review, analyze and/or revise Loan Documents and Title Updates (.4); Review and revise Lis Pendens and Foreclosure Complaint (1.5). | 1.90 hrs | 350 /hr | 665.00 |
| 08/05/06 | MDG | Research regarding status of real property taxes for various parcels (1.3); Prepare email to Title Company regarding reconciliation of paid and unpaid taxes (.4). | 1.70 hrs | 350 /hr | 595.00 |
| 08/06/06 | MDG | Review and annotate changes to Title Commitment (.6); Prepare, review, analyze and/or revise Updated Title Commitment, Title Instruments (.4); Revise list of open questions and issues (.2). | 1.20 hrs | 350 /hr | 420.00 |
| 08/07/06 | MDG | Research and resolve open title issues, including failure to record certain loan documents, improper makers, status of UCC filings (1.2); Coordinate deletion of certain liens referenced in Title Commitment (.4). | 1.60 hrs | 350 /hr | 560.00 |
| 08/08/06 | MDG | Telephone Conferences with Patrick Clisham (.3); Prepare, review, analyze and/or revise Loan Documents, Updated Title Work and Title Instruments (.6); Coordinate resolution of various title issues, including deletion of code enforcement liens, revised legal descriptions and new parties holding ownership interest in subject collateral (2.1); Prepare email to P. Clisham (.1); Revise Lis Pendens Foreclosure Complaint (.6); Email to P. Clisham (.1). | 3.80 hrs | 350 /hr | 1,330.00 |
| 08/09/06 | MDG | Handle resolution of various title and foreclosure issues, including deletion of code enforcement liens, deletion of new mortgage and probate issues and purported conveyance of subject property by Paigo (1.3); Review and revise Foreclosure Complaint (.6). | 1.90 hrs | 350 /hr | 665.00 |

20.2

```
Alex Moglia, Chapter 7 Trustee                                          PAGE   5
Bill number       003220-00001-004 MDG
```

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/10/06 | MDG | Coordinate resolution of open issues, including title issues, service if process and procedural issues. | .60 hrs | 350 /hr | 210.00 |
| 08/11/06 | MDG | Revise Foreclosure Complaint. | .40 hrs | 350 /hr | 140.00 |
| 08/14/06 | MDG | Telephone Conferences with Mindy Pallot regarding service of Process issues (.6); Review and revise Motions regarding Assignment of Leases (.3). | .90 hrs | 350 /hr | 315.00 |
| 08/16/06 | MDG | Telephone Conferences with Brian Stack regarding status of revised Complaint and title issues. | .30 hrs | 350 /hr | 105.00 |
| 08/22/06 | MDG | Coordinate resolution of open title and foreclosure issues. | .30 hrs | 350 /hr | 105.00 |
| 09/11/06 | MDG | Telephone Conferences with Patrick Clisham (.2); Review and revise list of open foreclosure issues (.3). | .50 hrs | 350 /hr | 175.00 |
| 09/18/06 | MDG | Telephone Conferences with Tom Paigo (.6); Prepare, review, analyze and/or revise Loan Documents and related correspondence in connection with settlement discussions (.3). | .90 hrs | 350 /hr | 315.00 |
| 09/19/06 | MDG | Handle settlement discussions with Tom Paigo. | .40 hrs | 350 /hr | 140.00 |
| 09/24/06 | MDG | Prepare, review, analyze and/or revise Loan Documents, Title Work, Foreclosure Complaint and related documents (.9); Prepare for meeting with Tom Paigo (.4). | 1.30 hrs | 350 /hr | 455.00 |
| 09/25/06 | MDG | Prepare for travel to and attend meeting with Tom Paigo (3.1); Telephone Conferences with Terri Sorin regarding past claims against Paigo (.2). | 3.30 hrs | 350 /hr | 1,155.00 |
| 09/27/06 | MDG | Attend meeting with Brian Stack regarding Paigo update. | .30 hrs | 350 /hr | 105.00 |
| 09/29/06 | MDG | Email to P. Clisham (.1); Meeting with B. Stack regarding Foreclosure issues (.4). | .50 hrs | 350 /hr | 175.00 |
| 10/23/06 | MDG | Telephone Conferences with Tom Paigo (.2); Review emails (.2). | .40 hrs | 350 /hr | 140.00 |
| 10/31/06 | MDG | Email update to P. Clisham. | .10 hrs | 350 /hr | 35.00 |
| 11/28/06 | MDG | Telephone Conferences with Tom Paigo (.3); Email to P. Clisham (.1). | .40 hrs | 350 /hr | 140.00 |
| 12/08/06 | MDG | Multiple attempts to contact Tom Paigo. | .20 hrs | 350 /hr | 70.00 |
| 12/10/06 | MDG | Attempt to contact Tom Paigo. | .10 hrs | 350 /hr | 35.00 |
| 12/18/06 | MDG | Attempt to contact Tom Paigo. | .10 hrs | 350 /hr | 35.00 |
| 12/22/06 | MDG | Telephone Conferences with Tom Paigo regarding settlement. | .30 hrs | 350 /hr | 105.00 |
| 01/09/07 | MDG | Telephone Conferences with Tom Paigo regarding settlement (.4); Update P. Clisham (.1); Email to T. Paigo (.1). | .60 hrs | 360 /hr | 216.00 |

11.9

```
Alex Moglia, Chapter 7 Trustee                                       PAGE   6
Bill number       003220-00001-004 MDG

01/23/07 MDG    Emails to P. Clisham and T. Paigo.
                                          .20 hrs   360 /hr       72.00
01/24/07 MDG    Negotiate settlement with Tom Paigo.
                                          .30 hrs   360 /hr      108.00
01/25/07 MDG    Telephone Conferences with Tom Paigo regarding
                settlement.               .40 hrs   360 /hr      144.00
02/01/07 MDG    Telephone Conferences with Tom Paigo regarding
                settlement.               .30 hrs   360 /hr      108.00
02/02/07 MDG    Telephone Conferences with Tom Paigo regarding
                settlement (.3); Email update to P. Clisham (.1).
                                          .40 hrs   360 /hr      144.00
02/15/07 MDG    Email from P. Clisham.    .10 hrs   360 /hr       36.00
02/19/07 MDG    Attempts to contact Tom Paigo.  .10 hrs  360 /hr  36.00
02/20/07 MDG    Negotiate settlement with Tom Paigo (.2); Email
                to P. Clisham (.1).      .30 hrs   360 /hr      108.00
02/27/07 MDG    Negotiate settlement with Tom Paigo.
                                          .20 hrs   360 /hr       72.00
02/28/07 MDG    Emails to and from P. Clisham.  .20 hrs  360 /hr  72.00
03/07/07 MDG    Emails to and from P. Clisham.  .10 hrs  360 /hr  36.00
03/20/07 MDG    Emails to and from P. Clisham.  .10 hrs  360 /hr  36.00
06/15/07 MDG    Review Pleadings.         .20 hrs   360 /hr       72.00
                                                               ----------
                Total fees for this matter            2.9      $24,341.00

COSTS & DISBURSEMENTS

         ATIDS Search                                            120.00
         Photocopies                                              52.00
         Foreclosure Commitment                                  350.00
         Parking and tolls.                                        8.00
         Search and Exam Fee                                     300.00
                                                              ----------
         Total costs for this matter                    $        830.00
                                                              ----------
         TOTAL CHARGES FOR THIS BILL                           $25,171.00
```

01

ADAMS GALLINAR, P.A.
1000 BRICKELL AVENUE
SUITE 300
MIAMI, FLORIDA 33131

December 11, 2007

Billed through 12/11/07

Client number 003220 MDG

Alex Moglia, Chapter 7 Trustee
c/o Patrick A. Clisham
Shaw Gussis Fishman Glantz
Wolfson & Towbin, LLC
321 N. Clark St., Suite 800
Chicago, IL 60610


Outboard Marine Corporation: General Matter

| | |
|---|---:|
| TOTAL FEES FOR THIS MATTER | $24,341.00 |
| TOTAL DISBURSEMENTS FOR THIS MATTER | $   830.00 |
| | |
| TOTAL FEES | $24,341.00 |
| | |
| TOTAL COSTS & DISBURSEMENTS | $   830.00 |
| TOTAL CHARGES FOR THESE BILLS | $25,171.00 |
| TOTAL BALANCE NOW DUE | $25,171.00 |