**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>**OUTBOARD MARINE CORPORATION,** *et al.*,<br><br>Debtors. | **Chapter 7**<br><br>**Case No. 00 B 37405**<br>**(Substantively Consolidated)**<br><br>**Hon. John H. Squires**<br><br>Hearing Date: March 4, 2008<br>Hearing Time: 9:30 a.m. |

## NOTICE OF MOTION

TO:   Attached Service List

**PLEASE TAKE NOTICE** that on **March 4, 2008 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable John H. Squires,** Bankruptcy Judge, in the room usually occupied by him as a Courtroom in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing bankruptcy motions, and shall then and there present the **Application for the Allowance And Payment of Fees And Expenses Incurred By Stack Fernandez Anderson & Harris, P.A. for the Period From June 6, 2006 Through December 11, 2007 and Related Relief**, a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleadings.

   **AT WHICH TIME AND PLACE** you may appear if you so see fit.

                        Patrick A. Clisham
                        Shaw Gussis Fishman Glantz
                          Wolfson & Towbin LLC
                        321 North Clark Street, Suite 800
                        Chicago, IL 60610

## CERTIFICATE OF SERVICE

Patrick A. Clisham that service of the above and foregoing notice and attached pleadings was accomplished through the Electronic Notice for Registrants, as well as upon the attached service in the manner indicated, on this 11th day of February, 2008.

                        /s/ Patrick A. Clisham

{3991 APPL A0136415.DOC}

**OFFICIAL SERVICE LIST – MAIL**

Catherine L. Steege
Jenner & Block
One IBM Plaza, 38th Floor
Chicago, IL 60611
Fax:    (312) 840-7352

Kathryn M. Gleason
Office of the United States Trustee
227 West Monroe Street, Suite 3500
Chicago, IL 60606
Fax:    (312) 886-5794

Richard Hiersteiner
Palmer & Dodge LLP
111 Huntington Avenue, 19th Floor
Boston, MA 02199-7613
Fax:    (617) 227-4420

Erik Benson
LaSalle Bank, N.A.
135 South LaSalle Street, Suite 1960
Chicago, IL  60603
Fax:    (312) 904-2236

Frank Anderson, Kartar Khalsa,
and Bonnie Keippel
Pension Benefit Guaranty Corporation
1200 K Street, N.W., Suite 340
Washington, DC  20005-4026
Fax:    (202) 326-4112

Paul B. Bech
Bazelon Less & Feldman, P.C.
1515 Market Street, Suite 700
Philadelphia, PA 19102-1907
Fax:    (215) 568-9319

Margaret A. Costello
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI 48243
Fax:    (313) 568-6658

Robert C. Butzier, Vice President
U.S. Bank National Association
1 Federal Street
Boston, MA 02110
Fax:    (617) 603-6640

Harold Kaplan
Jeffrey Schwartz
Gardner Carton & Douglas
191 North Wacker Drive, Suite 3700
Chicago, IL 60606-1698
Fax:    (312) 569-3201

William Daniel Sullivan
LeClair Ryan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
Fax:    (703) 684-8075

Alex D. Moglia & Associates, Inc.
Attention:  Alex D Moglia
1325 Remington Road, Suite H
Schaumburg, IL  60173
Fax:    (847) 884-1188

Michael J. Baughman
Brian E. Mahoney
Cohn Baughman & Martin
333 West Wacker Drive, Suite 900
Chicago, IL 60606
Fax:    (312) 753-6601

Steven M. Adams
Wayzata Investment Partners LLC
701 East Lake Street, Suite 300
Wayzata, MN 55391
Fax:    (952) 345-8901

Brian Stack
Stack Fernandez Anderson & Harris, P.A.
1200 Brickell Ave., Suite 950
Miami, FL 33131

{3991 APPL A0136415.DOC}

# CM/ECF Mailing Information for Case 00-37405

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

- Janice A Alwin     jalwin@shawgussis.com
- Beverly A Berneman     bberneman@querrey.com, cfallara@querrey.com
- Richard E. Braun     braunre@doj.state.wi.us, gurholtks@doj.state.wi.us
- Patrick A Clisham     pclisham@shawgussis.com
- Thomas J. Dillon     mcfaddendillonlaw@ameritech.net
- Robert M Fishman     rfishman@shawgussis.com
- David L Freidberg     dfreidberg@freidberglaw.com
- Evangelos J. Gegas     egegas@dykema.com
- Chad H. Gettleman     cgettleman@ag-ltd.com
- John W Guarisco     , wshaw@ngelaw.com
- Rodney W. Kimes     brmkksc@charter.net
- Robert W Lannan     lannanr@gtlaw.com
- Sajida A Mahdi     smahdi@mayerbrown.com
- Tony Mankus     tman@irstax.com
- Mark Melickian     mmelickian@gcd.com
- Alex D Moglia     amoglia@mogliaadvisors.com, IL31@ecfcbis.com
- Joel R Nathan     joel.nathan@usdoj.gov, leslie.steffen@usdoj.gov,marina.ravelo@usdoj.gov,ecf1.ausa@usdoj.gov
- William T Neary     USTPRegion11.ES.ECF@usdoj.gov
- Mark L Radtke     mradtke@shawgussis.com
- N Neville Reid     nreid@mayerbrown.com, mclyle@mayerbrown.com
- Charles S Riecke     criecke@seyfarth.com
- Henry J Riordan     henry.j.riordan@usdoj.gov
- Rebecca M Shanaman     rshanaman@mcdnslaw.com, tweilandt@mcdnslaw.com
- Timothy J Somen     tsomenlaw@ameritech.net
- Catherine L Steege     csteege@jenner.com, docketing@jenner.com
- Ann E Stockman     astockman@shawgussis.com
- Reiko E. Suber     rsuber@mayerbrownrowe.com, mclyle@mayerbrownrowe.com
- Matthew A Swanson     matthew.swanson@bfkn.com
- Steven B Towbin     stowbin@shawgussis.com
- Scott R Zemnick     szemnick@kirkland.com

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>OUTBOARD MARINE CORPORATION, et al.,<br><br>Debtors. | Chapter 7<br><br>Case No. 00 B 37405<br>(Substantively Consolidated)<br><br>Hon. John H. Squires<br><br>**Hearing Date: March 4, 2008**<br>**Hearing Time: 9:30 a.m.** |

**TRUSTEE'S FIRST AND FINAL APPLICATION FOR THE ALLOWANCE
AND PAYMENT OF FEES AND EXPENSES INCURRED BY STACK
FERNANDEZ ANDERSON & HARRIS, P.A. FOR THE
PERIOD FROM JUNE 6, 2006 THROUGH DECEMBER 11, 2007**

Alex D. Moglia, as chapter 7 trustee (the "Trustee") of Outboard Marine Corporation and its related debtor entities (collectively, the "Debtors" or "OMC"), applies to this Court, pursuant to 11 U.S.C. § 330, Fed. R. Bankr. P. 2002(a)(6), (i), 2016(a), 9006(c)(1) and 9007 and Local Bankruptcy Rule 5082-1, for the allowance of $5,044.50 in compensation for 14.6 hours of professional services rendered by Brian J. Stack and Stack Fernandez Anderson & Harris, P.A. (collectively, "Stack"), special litigation counsel to the Trustee, for the period beginning June 6, 2006 through and including December 11, 2007 (the "Application Period"), and the reimbursement of $727.80 for actual costs incurred incident to those services. In support of this application (the "Application"), the Trustee states as follows:

### I. BACKGROUND

1.   On December 22, 2000 (the "Petition Date"), the Debtors filed related petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. On August 22, 2001, the Debtors' cases (the "Cases") were converted to chapter 7 proceedings under the Bankruptcy Code. Thereafter the Trustee was appointed as the chapter 7 trustee of the Debtors' estates.

## II. RETENTION OF STACK

3. Prior to the Petition Date, OMC held mortgages on four parcels of real estate located in Florida (the "Florida Properties").

4. On March 12, 2003, this Court authorized the Trustee to employ Adams Gallinar, P.A. ("Gallinar") to investigate the values of the Florida Properties and to evaluate the feasibility of collecting on their mortgages or foreclosing on the Florida Properties. Gallinar subsequently determined that it would be appropriate to move forward with foreclosure proceedings on the Florida Properties, and in connection therewith, Gallinar required the assistance of co-counsel to handle the litigation aspects of any foreclosure proceedings.

5. On June 6, 2006, this Court entered an order (the "Retention Order") authorizing the Trustee to employ Stack for the limited purpose of serving as the special litigation co-counsel to Gallinar with respect to the foreclosure actions on the Florida Properties. (Dkt. No.4393).

## III. SUMMARY AND DESCRIPTION OF PRINCIPAL ACTIVITIES

6. During the Application Period, Stack coordinated with Gallinar and advised the Trustee and his counsel, Shaw Gussis Fishman Glantz Wolfson & Towbin L.L.C. ("Shaw Gussis") as to various issues relating to the foreclosure actions on the Florida Properties.

7. In connection therewith, Stack provided the following services:

    a. Drafting complaints for foreclosure of mortgage for certain of the Florida Properties.

8. During the Application Period, Stack provided 14.6 hours of professional service having a value of more than $5,044.50 (the "Fees").

9. The chart below is a summary of Fees, including the total amount of time entered by each timekeeper during the Application Period, as well as the corresponding dollar value of those services:[1]

| Professional | Hours | Hourly Rate | Amount |
|---|---|---|---|
| Brian J. Stack | 1.50 | $350.00 | $525.00 |
| Mindy Pallot | 13.10 | $345.00 | $4,519.50 |
| Total | 14.60 | N/A | $5,044.50 |

10. All of the services for which compensation is requested were services, which in the billing judgment of Stack, were necessarily rendered after due consideration of the expected costs and anticipated benefit of such services. Attached hereto as Exhibit A are the invoices issued by Stack for the Application Period which provide: (a) detailed descriptions of all services rendered and (b) the timekeeper, date and amount of time expended in each category.

11. The hourly rates charged by Stack compare favorably with the rates charged by other attorneys in similar regions and having similar experience and expertise. Further the amount of time spent by Stack with respect to the Florida Properties is reasonable given the issues presented and the scope of the work required.

12. Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services, (ii) the time spent, (iii) the rates charged for such services, (iv) the performance of the services within a reasonable amount of time commensurate with the

---

[1] As all services provided by Stack were limited in scope to issues relating to foreclosure litigation of the Florida Properties, Stack's hourly services have not been further categorized.

{3991 APPL A0197619.DOC}

complexity, importance and the nature of the problem, issue or task addressed, and (v) the reasonableness of the services based on the compensation charged by the comparably skilled attorneys inside and outside of the bankruptcy context, the Trustee respectfully submits that the amounts requested by Stack represent fair and reasonable amounts for the allowance of compensation in this case.

### V. EXPENSES FOR ACTUAL COSTS

13. The actual and necessary costs expended by Stack during the Application Period are detailed in the attached monthly invoices. The requested reimbursement amount for expenses incurred during the Application Period is $727.80. All of the expenses for which reimbursement is requested are expenses which Stack customarily recoups from all of its clients.

14. The specific expenses incurred by Gallinar during the Application Period for which reimbursement is sought are as follows:

| Category | Amount |
|---|---|
| Westlaw computer research charges (June 2006) | $111.00 |
| Westlaw computer research charges (July 2006) | $340.20 |
| Westlaw computer research charges (August 2006) | $276.60 |
| Total: | $727.80 |

15. All expenses incurred by Stack were ordinary and necessary expenses. All expenses billed to the Trustee were billed in the same manner as Stack bills its non-bankruptcy clients. Further, the expenses for which reimbursement is sought constitute the types and amounts previously allowed by bankruptcy judges in this and other districts.

## VI. PAYMENTS RECEIVED BY STACK TO DATE

16.     This is Stack's first and final application for compensation.  Stack has not been previously compensated for any services provided or expenses incurred during the Application Period.

## VII. COMPLIANCE WITH SECTION 504

17.     Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between or among Stack and any other firm, person or entity for the sharing or division of any compensation paid or payable to Stack.

## VIII. NOTICE

18.     Notice of this Application bas been provided to the U.S. Trustee, and other parties in interest entitled to notice thereof.  Based on the extent of the notice provided, the nature of the relief requested and the costs and burdens of transmitting notice to all of the Debtors' creditors, the Trustee respectfully requests that additional notice of the hearing on this Application be waived for good cause shown pursuant to Fed. R. Bankr. P. 2006(a), 2002(i) and 9007.

{3991 APPL A0197619.DOC}

WHEREFORE, the Trustee requests the entry of an order, substantially in the form attached hereto, that:

a. allows, as final, Stack's fees in the amount of $5,044.50

b. allows, as final, Stack's expenses in the amount of $727.80;

c. authorizes the Trustee to pay Stack $5,772.30 as final compensation and final expense reimbursement for the Application Period;

d. waives other and further notice of this hearing with respect to this Application; and

e. provides the Trustee with such additional relief as may be appropriate and just under the circumstances.

                                                Respectfully submitted,

                                                Alex D. Moglia, as Chapter 7 Trustee of
                                                Outboard Marine Corporation

Date: February 11, 2008                    By:    /s/ Patrick A. Clisham_____

Steven B. Towbin (2848546)
Patrick A. Clisham (6277264)
Vipin Gandra (6289540)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610
Tel: (312) 541-0151
Fax: (312) 980-3888

{3991 APPL A0197619.DOC}