UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re:<br><br>OUTBOARD MARINE CORPORATION, et al.,<br><br>Debtors. | Chapter 7<br><br>Case No. 00 B 37405<br>(Substantively Consolidated)<br><br>Hon. John H. Squires |
|---|---|

### ORDER APPROVING FIRST AND FINAL APPLICATION FOR THE ALLOWANCE AND PAYMENT OF FEES AND EXPENSES INCURRED BY ADAMS GALLINAR, P.A.

Upon consideration of the application (the "Application") of the Trustee[1] requesting the entry of an order pursuant to 11 U.S.C. § 330, Rules 2002(a)(6), (i), 2016(a), 9006(c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5082-1 for the final allowance of: $24,341.00 in compensation for 70.5 hours of professional services rendered by Adams Gallinar, P.A. ("Gallinar"), as special real estate counsel to the Trustee for the Application Period; and $830.00 for actual costs incurred incident to those services; due and proper notice of the Application having been provided; the Court having jurisdiction to hear and determine the Application; it appearing that there is good cause to grant the relief requested; there being no objection to the requested relief, it is hereby ORDERED:

a. The Application is allowed;

b. Notice of the Application as provided therein is sufficient and further notice is waived;

c. Gallinar is herewith allowed, as final, $24,341.00 in compensation for the Application Period;

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

      d.    Gallinar is herewith allowed, as final, $830.00 in expense reimbursement for the Application Period; and

      e.    the Trustee is authorized to pay Gallinar $25,171.00 as final compensation and final expense reimbursement for the Application Period.

ENTER: *[signed]*

Dated: **MAR - 4 2008**

**United States Bankruptcy Judge**

*Order Prepared By:*

Vipin R. Gandra (#6289540)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610
Tel: (312) 541-0151
Fax: (312) 980-3888

{3991 ORD A0197618.DOC}