UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| OUTBOARD MARINE CORPORATION, et al., | Case No. 00 B 37405 (Substantively Consolidated) |
| Debtors. | Hon. John H. Squires |

**ORDER APPROVING FIRST AND FINAL APPLICATION FOR THE ALLOWANCE AND PAYMENT OF FEES AND EXPENSES INCURRED BY STACK FERNANDEZ ANDERSON & HARRIS, P.A.**

Upon consideration of the application (the "Application") of the Trustee[1] requesting the entry of an order pursuant to 11 U.S.C. § 330, Rules 2002(a)(6), (i), 2016(a), 9006(c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5082-1 for the final allowance of: $5,044.50 in compensation for 14.6 hours of professional services rendered by Stack Fernandez Anderson & Harris, P.A. ("Stack"), as special litigation counsel to the Trustee for the Application Period; and $727.80 for actual costs incurred incident to those services; due and proper notice of the Application having been provided; the Court having jurisdiction to hear and determine the Application; it appearing that there is good cause to grant the relief requested; there being no objection to the requested relief, it is hereby ORDERED:

    a.    The Application is allowed;

    b.    Notice of the Application as provided therein is sufficient and further notice is waived;

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

{3991 ORD A0197646.DOC}

c. Stack is herewith allowed, as final, $5,044.50 in compensation for the Application Period;

d. Stack is herewith allowed, as final, $727.80 in expense reimbursement for the Application Period; and

e. the Trustee is authorized to pay Stack $5,772.30 as final compensation and final expense reimbursement for the Application Period.

Dated: MAR - 4 2008

ENTER: _____
United States Bankruptcy Judge

*Order Prepared By*:

Vipin R. Gandra (#6289540)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610
Tel: (312) 541-0151
Fax: (312) 980-3888

{3991 ORD A0197646.DOC}