UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>OUTBOARD MARINE CORPORATION, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 00 B 37405<br>(Substantively Consolidated)<br><br>Hon. John H. Squires<br>Hearing Date: December 21, 2010<br>Hearing Time: 9:30 a.m. |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**

| | |
|---|---|
| Name of Applicant: | Oliver Wyman Actuarial Consulting, Inc. |
| Authorized to Provide Professional Services to: | Alex D. Moglia, Trustee |
| Date of Order Authorizing Employment: | June 7, 2005 |
| Period for Which Compensation is Sought: | From August 1, 2008 through and including January 31, 2010 |
| Amount of Fees Sought: | $13,212.50 |
| Amount of Expense Reimbursement Sought: | $0.00 |
| This is a(n): | ☐ Interim Application      ☒ Final Application |

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| 3/12/07 | 6/1/05 – 10/31/06 | $6,367.50 Fees | $6,367.50 Fees | $0.00 |
| 9/15/08 | 11/1/06 – 7/31/08 | $3,675.50 Fees | $3,675.50 Fees | $0.00 |

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred during the Application Period: $0.00

Applicant:       Shaw Gussis Fishman Glantz Wolfson & Towbin LLC

Date:   November 30, 2010       By: __*/s/ Marylynne Schwartz*__

{3991 CVR A0279283.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>OUTBOARD MARINE CORPORATION, *et al.*,<br><br>Debtors. | Chapter 7<br>Case No. 00 B 37405<br>(Substantively Consolidated)<br><br>Hon. John H. Squires<br><br>Hearing Date: December 21, 2010<br>Hearing Time: 9:30 a.m. |

## NOTICE OF MOTION

TO:   Attached Service List

**PLEASE TAKE NOTICE** that on **December 21, 2010 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable John H. Squires,** Bankruptcy Judge, in the room usually occupied by him as a Courtroom in the U.S. Courthouse, 219 South Dearborn Street, Room 680, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing bankruptcy motions, and shall then and there present the **Trustee's Third and Final Application for the Allowance and Payment of Fees and Expenses Incurred by Oliver Wyman Actuarial Consulting, Inc. as Consultant to the Trustee and Related Relief**, a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleadings.

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

> Marylynne Schwartz
> Shaw Gussis Fishman Glantz
>   Wolfson & Towbin LLC
> 321 North Clark Street, Suite 800
> Chicago, IL 60654

## CERTIFICATE OF SERVICE

Marylynne Schwartz certifies that she caused to be served a true copy of the above and foregoing notice and attached pleadings upon the attached Service List in the manner so indicated on this 30th day of November 2010.

> ___/s/ Marylynne Schwartz_____

{3991 APPL A0279288.DOC}

## U.S. MAIL SERVICE LIST

Robert C. Butzier, Vice President*
U.S. Bank National Association
1 Federal Street
Boston, MA 02110
Fax:   (617) 603-6640

Kathryn M. Gleason
Office of the United States Trustee
227 West Monroe Street, Suite 3500
Chicago, IL 60606
Fax:   (312) 886-5794

Harold Kaplan
Jeffrey Schwartz
Gardner Carton & Douglas
191 North Wacker Drive, Suite 3700
Chicago, IL 60606-1698
Fax:   (312) 569-3201

Richard Hiersteiner
Palmer & Dodge LLP
111 Huntington Avenue, 19th Floor
Boston, MA 02199-7613
Fax:   (617) 227-4420

Erik R. Benson*
LaSalle Bank, N.A.
135 South LaSalle Street, Suite 1960
Chicago, IL  60603
Fax:   (312) 904-2236

Alex D. Moglia & Associates, Inc.
Attention:  Alex D Moglia
1325 Remington Road, Suite H
Schaumburg, IL  60173
Fax:   (847) 884-1188

Frank Anderson, Kartar Khalsa,
Sam Batsell and Bonnie Keippel
Pension Benefit Guaranty Corporation
1200 K Street, N.W., Suite 340
Washington, DC  20005-4026
Fax:   (202) 326-4112

Michael J. Baughman
Brian E. Mahoney
Cohn Baughman & Martin
333 West Wacker Drive, Suite 900
Chicago, IL 60606
Fax:   (312) 753-6601

Paul B. Bech
Bazelon Less & Feldman, P.C.
1515 Market Street, Suite 700
Philadelphia, PA 19102-1907
Fax:   (215) 568-9319

Steven M. Adams
Wayzata Investment Partners LLC
701 East Lake Street, Suite 300
Wayzata, MN 55391
Fax:   (951-345-8901

Margaret A. Costello
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI 48243
Fax:   (313) 568-6658

Iron Mountain Information Management, Inc.
c/o Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
Fax:   (617) 422-0383

*Members of Chapter 7 Committee

{3991 APPL A0279288.DOC}

*Mailing Information for Case 00-37405*

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notices for this case.

- Janice A Alwin
  janice@oakpointpartners.com,
  jake@oakpointpartners.com

- Terence G Banich
  tbanich@shawgussis.com,
  kdevries@shawgussis.com

- Beverly A Berneman
  baberneman@golanchristie.com,
  lreuther@golanchristie.com;jromanowski@querrey.com;rhernandez@golanchristie.com;jfunk@golanchristie.com

- Richard E. Braun
  braunre@doj.state.wi.us,
  ramseywh@doj.state.wi.us;gurholtks@doj.state.wi.us

- Timothy W Brink
  timothy.brink@dlapiper.com,
  docketingchicago@dlapiper.com;william.guthrie@dlapiper.com

- Patrick A Clisham
  patrickclisham@hotmail.com

- Thomas J. Dillon
  mcfaddendillonlaw@ameritech.net

- Robert M Fishman
  rfishman@shawgussis.com

- David L Freidberg
  dfreidberg@freidberglaw.com

- Vipin R Gandra
  vipingandra@yahoo.com

- Evangelos J. Gegas
  egegas@dykema.com

- Chad H. Gettleman
  cgettleman@ag-ltd.com

- John W Guarisco
  johnguarisco@gmail.com,
  wshaw@ngelaw.com

- Bojan Guzina
  bguzina@sidley.com,
  efilingnotice@sidley.com

- John W Guzzardo
  jguzzardo@shawgussis.com

- Reed A Heiligman
  rheiligman@fgllp.com,
  ccarpenter@fgllp.com

- Rodney W. Kimes
  brmkksc@charter.net

- Robert W Lannan
  lannanr@gtlaw.com

- Sajida A Mahdi
  smahdi@mayerbrown.com

- Brian E. Mahoney
  brian.mahoney@mclolaw.com

- Tony Mankus    tman@irstax.com

- Mark Melickian
  mmelickian@gcd.com,
  markmelickian@yahoo.com;andrew.groesch@dbr.com

- Alex D Moglia
  amoglia@mogliaadvisors.com,
  IL31@ecfcbis.com

- Anne C Murphy
  murphyac@doj.state.wi.us,
  gurholtks@doj.state.wi.uw

- Joel R Nathan
  joel.nathan@usdoj.gov,

{3991 APPL A0279288.DOC}

leslie.steffen@usdoj.gov,marina.ravelo@usdoj.gov,ecf1.ausa@usdoj.gov

- William T Neary
  USTPRegion11.ES.ECF@usdoj.gov

- Mark L Radtke
  mradtke@shawgussis.com,
  bharrington@shawgussis.com

- N Neville Reid    nreid@fhslc.com,
  docket@fhslc.com

- Charles S Riecke
  criecke@seyfarth.com

- Henry J Riordan
  henry.j.riordan@usdoj.gov

- Travis Rojakovick
  trojakovick@mayerbrown.com

- Marylynne K Schwartz
  mschwartz@shawgussis.com

- Rebecca M Shanaman
  rshanaman@mcdnslaw.com,
  tweilandt@mcdnslaw.com

- Timothy J Somen
  t.somen@mcdillaw.com

- Catherine L Steege
  csteege@jenner.com,
  docketing@jenner.com

- Ann E Stockman
  astockman@shawgussis.com

- Reiko E. Suber
  rsuber@mayerbrownrowe.com,
  mclyle@mayerbrownrowe.com

- Steven B Towbin
  stowbin@shawgussis.com

- Scott R Zemnick
  szemnick@vpcadvisors.com

4

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>OUTBOARD MARINE CORPORATION, *et al.*,<br><br>Debtors. | Chapter 7<br>Case No. 00 B 37405<br>(Substantively Consolidated)<br><br>Hon. John H. Squires<br><br>Hearing Date: December 21, 2010<br>Hearing Time: 9:30 a.m. |

### TRUSTEE'S THIRD AND FINAL APPLICATION FOR THE ALLOWANCE AND PAYMENT OF FEES INCURRED BY OLIVER WYMAN ACTUARIAL CONSULTING, INC. AS CONSULTANT TO THE TRUSTEE FOR THE PERIOD FROM AUGUST 1, 2008 THROUGH JANUARY 31, 2010

Alex D. Moglia, not individually, but as chapter 7 trustee (the "Trustee") of Outboard Marine Corporation and its related debtor entities (collectively, the "Debtors"), applies to this Court pursuant to 11 U.S.C. §§ 330 and Rules 2002(a)(6), (i), 2016(a), 9006(c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 5082-1 for (i) the final allowance of $13,212.50 in compensation for 25 hours of professional services rendered by Leon Gottlieb and other professionals of Oliver Wyman Actuarial Consulting, Inc. (collectively "Oliver") as actuarial consultants to the Trustee for the period beginning August 1, 2008 through and including January 31, 2010 (the "Application Period"); (ii) final approval of interim compensation previously applied for and awarded by this Court on an interim basis; and (iii) further notice of the hearing on this application ("Application") be waived. In support of this Application, the Trustee states as follows:

### BACKGROUND

1.  On December 22, 2000, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. Each of the Debtors remained in possession of its assets and

{3991 APPL A0279288.DOC}

continued to operate its business as a debtor in possession in accordance with 11 U.S.C. §§ 1107 and 1108 until the cases were converted to cases under chapter 7 of the Bankruptcy Code on August 20, 2001. The Trustee was duly appointed August 24, 2001.

2. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

### RETENTION OF OLIVER

3. On June 7, 2005, this Court entered an order (the "Retention Order") authorizing the Trustee retain and employ Oliver as his actuarial consultant in connection with his prosecution of certain claims against ACE USA in the adversary proceeding pending before this Court and styled as *Moglia v. ACE USA*, Case No. 02-2546 (the "ACE Litigation"). A copy of the Retention Order is attached hereto as Exhibit A.

4. Specifically, the Trustee retained Oliver to, among other things, review and analyze certain claims assumptions and projections made by ACE USA actuaries in determining the required ACE Reserves.

### SUMMARY AND DESCRIPTION OF PRINCIPAL ACTIVITIES

5. During the Application Period, Oliver coordinated with and advised the Trustee with respect to the ACE Litigation. Those efforts, included:

(i) Consulting with the Trustee and his counsel concerning the issues implicated in the ACE Litigation;

(ii) Analyzing and evaluating the claims projections prepared by ACE USA and its actuaries;

(iii) Calculating the Trustee's own projections as to the amount of reserves required to satisfy future insurance claims against the Debtors; and

(iv) Advising the Trustee and his counsel with respect to his findings.

2

## SERVICES PERFORMED

6.  All services rendered in connection with this Application as described above were performed by Oliver and were necessarily rendered after due consideration of the expected costs and anticipated benefit of such services. Attached hereto as Exhibit B is a summary of Oliver's time and fees incurred during the Application Period, including the identification of the Oliver professional rendering the services and a break down of the date, time, and fees incurred.[1]

7.  The hourly rates charged by Oliver compare favorably with the rates charged by other professionals having similar experience and expertise and engaged in similar proceedings. Further, the amount of time spent by Oliver with respect to the ACE Litigation is reasonable given the issues presented and scope of the work required.

8.  Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services, (ii) the time spent, (iii) the rates charged for such services, (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and the nature of the problem, issue or task addressed, and (v) the reasonableness of the services based on the compensation charged by comparably skilled professionals inside and outside of the bankruptcy context, the Trustee respectfully submits that the amounts requested by Oliver represent fair and reasonable amounts for the allowance of compensation in this case.

## EXPENSES FOR ACTUAL COSTS

9.  Oliver did not incur any billable expenses in connection with the services rendered during the Application Period.

---

[1] Because the services provided by Oliver were limited in scope to the Ace Litigation, the hourly services have not been divided into subcategories.

3

### PAYMENTS RECEIVED BY OLIVER TO DATE

10. This is Oliver's third application for compensation. Oliver was previously allowed and paid by the Trustee $10,043 in connection with Oliver's first and second applications for compensation ("Previously Allowed Fees"). Oliver has not otherwise been compensated for any services provided or expenses incurred hereunder.

### COMPLIANCE WITH SECTION 504

11. Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between or among Oliver and any other firm, person or entity for the sharing or division of any compensation paid or payable to Oliver.

### NOTICE

12. Notice of this Application has been provided to the U.S. Trustee, and other parties in interest entitled to notice thereof. Based on the extent of the notice provided, the nature of the relief requested and the costs and burdens of transmitting notice to all of OMC's creditors, the Trustee respectfully requests that additional notice of the hearing on this Application be waived for good cause shown pursuant to Rules 2006(a), 2002(i) and 9007 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, the Trustee requests the entry of an order, substantially in the form attached hereto, that:

    a.    allows Oliver's fees in the amount of $13,231.50 for services rendered to the Trustee during the Application Period

    b.    authorizes the Trustee to pay Oliver $13,231.50 as final compensation for services rendered to the Trustee during the Application Period;

    c.    approves on a final basis all Previously Awarded Fees awarded by the Court on an interim basis;

    d.    waives other and further notice of this hearing with respect to this Application; and

    e.    provides the Trustee with such additional relief as may be appropriate and just under the circumstances.

Respectfully submitted,

Alex D. Moglia, not personally, but as chapter 7 trustee for Outboard Marine Corporation and its related debtor entities

Dated: November 30, 2010

By: /s/ Marylynne Schwartz
One of his attorneys

Marylynne Schwartz (#6297576)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 N. Clark St., Ste. 800
Chicago, IL 60610
Tel: (312) 980-3805
Fax: (312) 252-4907
mschwartz@shawgussis.com

5