UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case No.: 00 B 37405 |
| | ) | |
| OUTBOARD MARINE CORPORATION, | ) | Chapter: 7 |
| et al., | ) | Honorable John H. Squires |
| | ) | |
| | ) | |
| Debtor(s) ) | | |

### ORDER ALLOWING THIRD AND FINAL FEE APPLICATION OF OLIVER WYMAN ACTUARIAL CONSULTING, INC., AS CONSULTANT TO THE CHAPTER 7 TRUSTEE

Upon consideration of the application (the "Application") of the Trustee, as defined in the Application, requesting the entry of an order pursuant to 11 U.S.C. §§ 330 and 331, Rules 2002(a)(6), (i), 2016(a), 9006(c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5082-1 for the final allowance of: $13,212.50 in compensation for 25.0 hours of professional services rendered by Oliver Wyman Actuarial Consulting, Inc. ("Oliver"), as consultant to the Trustee for the Application Period; due and proper notice of the Application having been provided; the Court having jurisdiction to hear and determine the Application; it appearing that there is good cause to grant the relief requested; there being no objection to the requested relief, it is hereby ORDERED as follows:

(i) The Application is allowed.

(ii) Notice of the Application as provided for therein is sufficient and further notice is waived.

(iii) Oliver is herewith allowed, $13,212.50 in final compensation for services rendered during the Application Period.

(iv) The Previously Awarded Fees, as defined in the Application, are approved on a final basis.

(v) The Trustee is authorized and directed to pay Oliver for all fees allowed and approved herein.

Enter: *[signature]*

Honorable John H. Squires
United States Bankruptcy Judge

Dated: DEC 21 2010

**Prepared by counsel of Movant:**

Marylynne Schwartz (#6297576)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610
(312) 980-3805  telephone
(312) 252-4907  facsimile
Counsel for the Debtors

Rev: ILNB20100428_bko